IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FRED BECK, ET AL.,                                                                  PLAINTIFFS,

VS.                                              CIVIL ACTION NO. 3:03CV60-P-D

KOPPERS INDUSTRIES, INC., ET AL.,                                DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Rule 72 Objections to Judge Davis's November 17, 2004 Order [160-1]. Upon due consideration of the objections and the responses thereto the court finds as follows, to-wit:

Because on this day the court has granted the defendants' motion to sever, the instant objections are moot and should therefore be overruled.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Rule 72 Objections to Judge Davis's November 17, 2004 Order [160-1] are hereby **OVERRULED**.

**SO ORDERED** this the 14th day of April, A.D., 2005.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE