IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FRED BECK, ET AL.,                                                   PLAINTIFFS,

VS.                                         CIVIL ACTION NO. 3:03CV60-P-D

KOPPERS INDUSTRIES, INC., ET AL.,                         DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Motion for Court to Designate First Trial Plaintiff and for Expedited Consideration of the Motion [257-1]. Upon due consideration of the motion the court finds as follows, to-wit:

The motion is not well-taken and should be denied. The plaintiffs have the right to choose which among the twelve separate-trial plaintiffs should be tried first.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Court to Designate First Trial Plaintiff and for Expedited Consideration of the Motion [257-1] is hereby **DENIED**.

**SO ORDERED** this the 20th day of April, A.D., 2005.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE