## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**FRED BECK, Individually and on behalf of the**
**Estate of EASTER BECK, Deceased; et al.**                    **PLAINTIFFS**

**v.**                                                       **CIVIL NO. 3:03CV60-P-D**

**KOPPERS INC., f/k/a KOPPERS INDUSTRIES,**              **DEFENDANTS**
**INC.; et al.**

### CONSOLIDATED WITH

**HOPE ELLIS, et al.**                                        **PLAINTIFFS**

**v.**                                                      **CIVIL NO. 3:04CV160-P-D**

**KOPPERS INC., f/k/a KOPPERS INDUSTRIES,**              **DEFENDANTS**
**INC.; et al.**

### MOTION TO COMPEL THE COMPLETION OF THE DEPOSITION
### OF JAMES DAHLGREN, M.D., OR, IN THE ALTERNATIVE,
### TO BAR THE TESTIMONY OF DR. DAHLGREN

DEFENDANTS, Beazer East, Inc. and Koppers Inc. (collectively "Defendants")

by their attorneys, move this Court, pursuant to F.R.C.P. 37(a) to compel plaintiffs to

present their expert, James Dahlgren, M.D. for two (2) additional days to complete his

deposition regarding the first trial plaintiff in this case, Sherrie Barnes. In the alternative,

Defendants move this Court to bar Dr. Dahlgren from testifying in this matter. In support

thereof, Defendants state as follows:

1.     Plaintiffs have refused to produce one of their experts for the completion

of his deposition. The purpose of this Motion is to explain to this Court why the

deposition is not yet complete and to demonstrate the severe prejudice that will result if

Defendants are not allowed to complete the deposition.

2.     Plaintiffs contend that substances allegedly released from the Koppers'

wood treating plant in Grenada, Mississippi (the "Grenada Plant") gave rise to various

ailments and conditions. Among these conditions is the breast cancer allegedly suffered by the plaintiff whose trial is to proceed first in this matter: Sherrie Barnes.

3.　　In support of these claims, plaintiffs have produced an expert report by James Dahlgren, M.D. Dr. Dahlgren has opined that Ms. Barnes' breast cancer was caused, in part, by her exposures to polycyclic aromatic hydrocarbons (PAHs) and dioxin from the Grenada Plant. Plaintiffs have produced Dr. Dahlgren for four sessions of his deposition, but have refused to produce him for the two additional days needed to complete his deposition with respect to Sherrie Barnes.

4.　　Dr. Dahlgren's report totaled 304 pages. His report and accompanying bibliography cited over 225 scientific references. At the third session of his deposition, on May 9, 2005, Dr. Dahlgren produced a new list of references containing well over 1000 scientific articles, some of which duplicated his previously cited articles, but most of which were completely new. Dr. Dahlgren's attempt to ambush Defendants with substantial additional references in support of his opinions, delivered three months after his expert report was due, is a major reason why Defendants have not completed yet his deposition.

5.　　Defendants have taken four sessions of Dr. Dahlgren's deposition. This is not unusual for Dr. Dahlgren. Owing to the often massive scope of his expert reports, the hundreds of scientific references he routinely cites and his habit of changing his opinions at successive sessions of his deposition. Dr. Dahlgren's depositions almost always run into multiple sessions. In the *Major Andrews v. Kerr-McGee* case (Court No. 1:00 CV 158-D-A) in the Northern District of Mississippi, Defendants took four sessions of Dr. Dahlgren's deposition. In the *Shutes v. Platte Chemical* case (Civil Action No. CI 2002-373) pending in the Circuit Court of Washington County, Mississippi, Defendants have

taken four sessions thus far, and the deposition is not yet complete. Dr. Dahlgren's deposition in *In Re Redlands Tort Litigation* (Case No. RCV 31496) in the Superior Court of San Bernardino, California, ran to twenty sessions. Dr. Dahlgren's opinions are lengthy and complex, and he relies on voluminous published and unpublished sources. Deposing Dr. Dahlgren on his expert opinions sometimes takes a long, long time.

6.      In this case, two of the sessions of Dr. Dahlgren's deposition took place before this Court entered its order severing these cases and before plaintiffs chose Sherrie Barnes as their initial trial plaintiff. The questioning during these sessions covered Dr. Dahlgren's qualifications, some of his recent publications, discrepancies in the way in which Dr. Dahlgren reports his data, and superficially touched on his opinions regarding the then twelve plaintiffs in the first trial. Excerpts from transcripts from the four sessions of Dr. Dahlgren's deposition are attached as Exhibit A.

7.      The third session primarily addressed testing of the Grenada residents and "non-exposed" persons for dioxin and PAHs. Dr. Dahlgren claims that residents of Grenada were over exposed to dioxins and PAHs. In support of this opinion, Dr. Dahlgren relies on blood tests performed on a group of Grenada residents and on two groups of allegedly non-exposed individuals, one in Jerome, Florida, and one in Greenville, Mississippi. (Ex. A, p. 446).

8.      At the beginning of the third session of his deposition, Dr. Dahlgren was asked whether he intended to rely upon the results of his blood testing to support his opinion with respect to Sherrie Barnes. (Ex. A, p. 446). He answered affirmatively, and most of the remainder of the third session of Dr. Dahlgren's deposition was devoted to identifying and discussing Dr. Dahlgren's reports and charts for the dozens of people from when he collected blood. The remainder of the third session was devoted to

3

questions regarding the factors that influence levels of PAHs and dioxins in blood and the effects of PAHs and dioxins on human health, with particular emphasis on breast cancer.

9.  The fourth session was devoted to questioning Dr. Dahlgren regarding risk factors for breast cancer and the articles he has cited in support of his opinions that exposures to PAHs and dioxin cause breast cancer or increase a person's risk of breast cancer.

10.  Despite the best efforts of Defendants, Dr. Dahlgren's deposition is not complete. Dr. Dahlgren has cited over 1200 papers in support of his opinions regarding Sherrie Barnes' breast cancer. Defense counsel has questioned Dr. Dahlgren regarding a large number of these papers, but a significant number of papers remain. Defense counsel could not have been prepared to question Dr. Dahlgren regarding all of his literature references during the last session of his deposition because Dr. Dahlgren produced additional references at the beginning of the third session.

11.  It is necessary to question Dr. Dahlgren regarding each of the studies upon which he purports to rely. Despite having listed hundreds of studies as references for the proposition that PAHs and dioxin cause breast cancer, Dr. Dahlgren admitted during the fourth session of his deposition that some of the studies on his reference list are "informative but not directly related" to his opinions. (Ex. A, pp. 798, 807, 811, 819, 838). He has also admitted that some of his references contradict his opinions. (Ex. A, pp. 683, 685).

12.  In their letter refusing to produce Dr. Dahlgren for the completion of his deposition, plaintiffs' counsel contends that, on the third and fourth days of Dr. Dahlgren's deposition, defense counsel "chose not to address the Sherrie Barnes case." A copy of plaintiffs' counsel's letter dated June 13, 2004 is attached as Exhibit B. This

4

statement is so utterly, intentionally and demonstrably false as to be nothing short of mystifying. Defendants spent the entirety of the third and fourth sessions of Dr. Dahlgren's deposition questioning Dr. Dahlgren about Sherrie Barnes and breast cancer. In addition to the descriptions of the third and fourth sessions set forth above, this Court should note:

(a)     That the word "Sherrie" appears 13 times in the transcript of the third session and 38 times in the transcript of the fourth. (Ex. A, pp. 662, 877).

(b)     The word "Barnes" appears 24 times in the transcript of the third session and 48 times in the fourth. (Ex. A, pp. 645, 860).

(c)     The word "breast" appears 25 times in the transcript of the third session and over 200 times in the transcript of the fourth. (Ex. A, pp. 645, 861).

(d)     The word "cancer" appears 63 times in the transcript of the third session and over 300 times in the transcript of the fourth. (Ex., pp. 646, 861).

13.     Dr. Dahlgren's deposition has taken a long time because of the enormous amount of information on which he has purported to rely and the fact that he did not identify much of that information until just prior to the third session of his deposition. It is nearly complete, but two additional days will be necessary to finish the deposition as it relates to Sherrie Barnes.

14.     In the alternative, if Dr. Dahlgren does not appear for the completion of his deposition, this Court should bar him from testifying at all.

15.     On June 15, 2004, counsel for Defendants, Cal Burnton, telephoned counsel for plaintiffs, Hunter Lundy, in an effort to resolve this dispute. Mr. Lundy reiterated his refusal to produce Dr. Dahlgren for additional sessions of his deposition.

Mr. Lundy has also refused to execute a Rule 37.1 affidavit in this matter. See Affidavit of Anthony G. Hopp attached as Exhibit C.

16.     Dr. Dahlgren disclosed the vast majority of the bases for his opinions in this case on May 9, 2004, some two and one-half months after the Court-ordered deadline for disclosure of his report, and just moments before the beginning of the third session of his deposition. Further, both his new and pre-existing references are open to question because many of them are irrelevant and some even contradict his opinions. Allowing Dr. Dahlgren to testify without adequate opportunity to depose him on his extensive and sometimes contradictory references would amount to nothing less than trial by ambush, a result that this Circuit has long disfavored. *Shelak v. White Motor Company,* 581 F.2d 1155, 1159 (5th Cir. 1978); *Combee v. Shell Oil Co.,* 615 F.2d 698 (5th Cir. 1980); *Jimenez v. Tuna Vessel "Grenada",* 652 F.2d 415, 420 (5th Cir. 1981).

WHEREFORE, Defendants, Beazer East, Inc. and Koppers Inc., respectfully request that this Court order plaintiffs to produce James Dahlgren, M.D. two additional days for the completion of his deposition related to Sherrie Barnes, or, in the alternative, to exclude Dr. Dahlgren from testifying at trial.

This is the 22nd day of June, 2005.

                                        Respectfully submitted,
                                        Koppers Inc. and Beazer East, Inc.
                                        Defendants

                                        By:     s/Anthony G. Hopp
                                                One of their Attorneys

OF COUNSEL:

Cal R. Burnton, Esq.
Anthony G. Hopp, Esq.
Leonard S. Kurfirst, Esq.
William M. Barnes, Jr., Esq.
Wildman, Harrold, Allen & Dixon

225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000
(312) 201-2555 (fax)

Christopher A. Shapley, Esq. (MSB No. 6733)
Robert G. Gibbs, Esq. (MSB No. 4816)
William Trey Jones, III, Esq. (MSB No. 99185)
Larry E. Allison, Jr., Esq. (MSB No. 1534)
Steven J. Allen, Esq. (MSB No. 8910)
Joseph A. Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower, Hewes
248 East Capitol Street
P.O. Box 119
Jackson, Mississippi 39205-0119
(601) 948-3101
(601) 960-6902 (fax)

Reuben V. Anderson, Esq.
Phelps Dunbar
200 South Lamar Street
P.O. Box 23066
Jackson, Mississippi 39225-3066
(601) 352-2300
(601) 360-9777 (fax)

Jay Gore, III, Esq.
Gore, Kilpatrick, Purdie, Metz & Adock
135 First Street
P.O. Box Drawer 901
Grenada, MS 38902
(662) 226-1891
(662) 226-2237 (fax)

## CERTIFICATE OF SERVICE

I, Anthony Hopp, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Reuben V. Anderson, Esq.
Phelps Dunbar
111 East Capitol Street, Suite 600
Jackson, MS 39225-3066

Christopher A. Shapley, Esq.
Robert G. Gibbs, Esq.
William Trey Jones, III, Esq.
Larry E. Allison, Jr., Esq.
Steven J. Allen, Esq.
Joseph A. Sclafani, Esq.
Brunini, Grantham, Grower, Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Harold J. Barkley, III, Esq.
221 E. Main Street
P.O. Box 662
West Point, MS 39773

Chris W. Winter, Esq.
Lonnie Bailey, Esq.
Glenn F. Beckham, Esq.
Upshaw, Williams, Biggers, Beckham
   & Riddick
309 Fulton Street
Greenwood, MS 38935-8230

Peter Martin, Esq.
Patterson & Patterson
304 E. Jefferson Street
P.O. Box 663
Aberdeen, MS 39830

Frank S. Thackston, Jr. Esq.
Lake Tindall, LLP
127 South Poplar Street
Greenville, MS 38702-0918

And I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Hunter W. Lundy, Esq.
Catherine E. Cramer, Esq.
James D. Crain, Jr., Esq.
David H. Hanchey, Esq.
M. Keith Prudhomme, Esq.
Lundy & Davis
501 Broad Street
Lake Charles, LA 70602

Jay Gore, III, Esq.
Gore, Kilpatrick, Purdie, Metz & Adcock
135 First Street
Grenada, MS 38901

Andre F. Ducote, Esq.
Lundy & Davis
1855 Lakeland Drive, Suite R-306
Jackson, MS 39216

Harold J. Barkley, Jr., Esq.
9 Lakeland Circle
P.O. Box 55849
Jackson, MS 39296

Wilbur Colom, Esq.
Shirley C. Byers, Esq.
The Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Morris Collins Bailey, Esq.
367 Highway 51 North
P.O. Box 1615
Batesville, MS 38606

J.P. Hughes, Jr., Esq.
Carter C. Hitt, Esq.
Hughes Law Firm, P.A.
510 Azalea Drive, Suite 100
Oxford, MS 38655

     This is the 22nd day of June, 2005

                        s/Anthony G. Hopp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,          )
                            )
      Plaintiffs,           ) No. 3:03C0-P-D
                            )
      vs.                   )
                            )
KOPPERS, INC., ET AL.,      )
                            )
      Defendants.           )
_____)

JAMES DAHLGREN, M.D.
Santa Monica, California
Monday, May 9, 2005
Volume III

Reported by:
DIANA JANNIERE
CSR NO. 10034
L.A. JOB No. 910791

412

---

APPEARANCES:
For Plaintiffs:
      LAW OFFICES OF LUNDY & DAVIS, LLP
      BY: KEITH PRUDHOMME, ESQ.
      501 Broad Street
      Lake Charles, Louisiana 70602
      (337) 439-0707
      kprudhomme@lundydavis.com

For Defendants Beazer, Inc., and Koppers, Inc.:

      WILDMAN, HARROLD, ALLEN & DIXON, LLP
      BY: ANTHONY G. HOPP, ESQ.
      225 West Wacker Drive
      Chicago, Illinois 60606-1229
      (312) 201-2537
      hopp@wildmanharrold.com

For Defendant Illinois Central Railroad:
      UPSHAW, WILLIAMS, BIGGERS,
      BECKHAM & RIDDICK, LLP
      BY: CHRISTOPHER W. WINTERS, ESQ.
      309 Fulton Street
      Greenwood, Mississippi 38935
      (662) 455-1613
      chris@uwbbr.com

414

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,          )
                            )
      Plaintiffs,           ) No. 3:03C0-P-D
                            )
      vs.                   )
                            )
KOPPERS, INC., ET AL.,      )
                            )
      Defendants.           )
_____)

DEPOSITION of JAMES DAHLGREN, M.D., Volume
III, taken on behalf of Defendants at 1700 Ocean Avenue,
Santa Monica, California, beginning at 9:10 a.m., and
ending at 5:00 p.m., Monday, May 9, 2005, before Diana
Janniere, Certified Shorthand Reporter No. 10034.

413

---

INDEX

WITNESS                          EXAMINATION
JAMES DAHLGREN, M.D.
Volume III

      MR. HOPP                   420

      EXHIBITS

DEFENDANTS'                              PAGE
   36   Background Dioxins in House Dusts     424
   37   Data Summary Sheet (Wet)             428
   38   Quebec Laboratory Report             437
   39   Ergo Laboratory Report TEQ          446
   40   Dr. Dahlgren's Report on Clyde Bailey    450
   41   Dr. Dahlgren's Report on Randy Barnes   455
   42   Dr. Dahlgren's Report on Sheila Barnes  456
   43   Dr. Dahlgren's Report on Franklin Beck  458
   44   Dr. Dahlgren's Report on Patricia Beck  459
   45   Dr. Dahlgren's Report on Arthur Blake   460
   46   Dr. Dahlgren's Report on J. Bradford    461
   47   Dr. Dahlgren's Report on Dorothy Brown  464
   48   Dr. Dahlgren's Report on J. Brown       465
   49   Dr. Dahlgren's Report on Lorethra Brown 467
   50   Dr. Dahlgren's Report on C.W. Carver    468
   51   Dr. Dahlgren's Report on Glenda Collins 469
   52   Dr. Dahlgren's Chart on Sam Conley      470

415

---

1 (Pages 412 to 415)

EXHIBIT A

1    A    Sure.  It is certainly true that when she had
2  the cancer and had the chemo, these things can cause
3  symptoms.  No question.  And I don't know in detail how
4  to differentiate those two.
5    Q    Do you -- can you tell me, then, what symptoms
6  Sherrie Barnes had that are consistent with wood
7  treating waste induced symptom complex other than her
8  breast cancer?
9    A    Well, at this point, what I would emphasize is
10  that almost everybody we examined in Columbus,
11  Mississippi and in this setting, and even in some other
12  cases that we are working on, involve creosote.
13        There is sort of a pattern of illness.  And
14  if -- if -- well, I can't distinguish, as I have stated,
15  which of those symptoms were related; but it was worth
16  noting that she did have a pattern similar to her means.
17        Having said that, you know, I don't think that
18  is an important issue in her case whether or not she had
19  any of these symptoms before she developed her cancer
20  and had her chemotherapy because of the overriding issue
21  here, which is her cancer.
22        So I didn't -- I should have -- if it was
23  important and critical for us, I would have inquired
24  further about it to distinguish the two.
25        And in terms of putting together my original

444

1  report, I included it mainly because of what I said.  It
2  wasn't consistent with other people.
3    Q    But the real issue for Sherrie Barnes is the
4  breast cancer?
5    A    That's right.
6    Q    And we are not going to talk about Sherrie
7  Barnes' neurological symptoms or other things?
8    A    That's right.
9    Q    Because we cannot separate those symptoms from
10  pre-chemotherapy and post-chemotherapy?
11    A    And as I said, it does not matter anyway.  I
12  would have spent the time and effort to do and attempt
13  that because, let's face it, it is probably knowable.  I
14  just didn't find out.
15    Q    All right.  Now, for the purpose of giving your
16  opinions on Sherrie Barnes, do you still intend to rely
17  on the comparison between the blood samples for PAH and
18  dioxin that you obtained for the 25 or 29 other people
19  in Grenada and -- strike that.  Strike that question.
20  Let me ask it again.
21        For the purpose of your opinions in this case,
22  you obtained 29 samples -- blood samples for dioxin
23  analysis from Grenada people; is that right?
24    A    Yes.
25    Q    And you also got 25 samples for PAH analysis;

445

1  is that right?
2    A    That's right.
3    Q    And then you compared the results of those
4  Grenada samples, the analysis of those Grenada with
5  analyses for other samples and have the opinion that the
6  people in Grenada, at least the 29 people that you
7  evaluated, was overexposed to dioxin PAH; is that right?
8    A    Yes, I did.  Those values reflected the group,
9  as a whole, had overexposure.
10    Q    And you would tend to rely on that work; that
11  is, the comparison blood sample work for the purpose of
12  your opinions with respect to Sherrie Barnes?
13    A    Yes, I mean, we have a lot of other evidence
14  that is important here but as part of the total evidence
15  would be those blood levels, yes.
16        MR. HOPP:  Let's mark as deposition Exhibit
17  No. 39.
18        (Defendants' Exhibit 39 was marked for
19        identification by the court reporter.)
20  BY MR. HOPP:
21    Q    Dr. Dalhgren, I hand you what we have marked as
22  deposition Exhibit No. 39.  Do you see that?
23    A    Yes.
24    Q    And deposition Exhibit No. 39 is something that
25  I printed off of disks which plaintiff's counsel

446

1  produced in this case as part of responding to defense
2  counsel's request for background materials in your
3  possession?
4    A    Yes.
5    Q    Do you recognize the printout as we see in
6  Exhibit 39?
7    A    No, I don't recall this.  This is an Excel
8  spreadsheet.
9    Q    Does deposition Exhibit No. 39, at least the
10  first page of it, accurately reflect the names and dates
11  of birth of the 29 background samples -- strike that.
12        Does deposition Exhibit No. 39, at least on the
13  first page, accurately reflect the names and dates of
14  birth of the 29 people from whom you obtained background
15  samples for the purpose of dioxin analysis in Grenada?
16    A    Well, I would have to go check the records to
17  make sure that the dates of births is correct.  I can
18  just say, in general, these look like the names that I
19  recall were part of the Grenada patients we examined.
20        But I certainly cannot tell -- cannot testify
21  about the dates of births without referring to each of
22  their records.
23    Q    Let's do that.  Dr. Dalhgren, we are looking at
24  deposition Exhibit No. 39.  Let me ask you first.  We
25  touched on this a little bit.

447

9 (Pages 444 to 447)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,          )
                            )
        Plaintiffs,         ) No. 3:03C0V60-P-D
                            )
    vs.                     )
                            )
KOPPERS, INC., ET AL.,      )
                            )
        Defendants.         )
_____ )

JAMES DAHLGREN, M.D.
Santa Monica, California
Tuesday, May 10, 2005
Volume IV

Reported by:
DIANA JANNIERE
CSR NO. 10034
L.A. JOB No. 910792

644

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,          )
                            )
        Plaintiffs,         ) No. 3:03CV60-P-D
                            )
    vs.                     )
                            )
KOPPERS, INC., ET AL.,      )
                            )
        Defendants.         )
_____ )

DEPOSITION of JAMES DAHLGREN, M.D., Volume
IV, taken on behalf of Defendants at 1700 Ocean Avenue,
Santa Monica, California, beginning at 9:00 a.m., and
ending at 5:00 p.m., Tuesday, May 10, 2005, before Diana
Janniere, Certified Shorthand Reporter No. 10034.

645

---

APPEARANCES:
For Plaintiffs:
    LAW OFFICES OF LUNDY & DAVIS, LLP
    BY: KEITH PRUDHOMME, ESQ.
    501 Broad Street
    Lake Charles, Louisiana 70602
    (337) 439-0707
    kprudhomme@lundydavis.com

For Defendants Beazer, Inc., and Koppers, Inc.:

    WILDMAN, HARROLD, ALLEN & DIXON, LLP
    BY: ANTHONY G. HOPP, ESQ.
    225 West Wacker Drive
    Chicago, Illinois 60606-1229
    (312) 201-2537
    hopp@wildmanharrold.com
For Defendant Illinois Central Railroad:
    UPSHAW, WILLIAMS, BIGGERS,
    BECKHAM & RIDDICK, LLP
    BY: CHRISTOPHER W. WINTERS, ESQ.
    309 Fulton Street
    Greenwood, Mississippi 38935
    (662) 455-1613
    chris@uwbbr.com

646

---

INDEX

WITNESS                     EXAMINATION
JAMES DAHLGREN, M.D.
Volume IV

    MR. HOPP              649

            EXHIBITS

DEFENDANTS'                     PAGE
127    Persistent Organic Pollutants    675
128    Cancer and Developmental Exposure
       to Endocrine Disruptors          687

129    A Novel Effect of Dioxin         696

130    Prenatal TCDD and Predisposition
       to Mammary Cancer in Rat         698
131    Polychlorinated Biphenyls Contamination
       in Women with Breast Cancer      765

132    Plasma Concentration of
       Polychlorinated Biphenyls        769
133    Cancer Rates in a Community Exposed
       to Low Levels of Creosote Components
       in Municipal Water               776
134    Adjusting Morbidity Ratios       782
135    Genotoxicity of Environmental Agents
       in Human Mammary Epithelial Cells   785

136    Pesticides and Polychlorinated Biphenyl 789

137    Elevated Risk for Male Breast Cancer   795

138    Joint Effects of Nine PCB Congeners    799

139    Organochlorine Exposure and Risk of
       Breast Cancer                    807

647

1  know whether she had ever used hormonal contraceptives?
2     A   No.  The only medicine she took was high blood
3  pressure medicine before the -- before the diagnosis was
4  made.
5     Q   Did her questionnaire specifically ask whether
6  she had ever used hormonal contraceptives?
7     A   No.  It simply said, what medicines were you
8  taking, and we didn't ask -- I don't remember asking
9  specifically about her form of contraception prior to
10  the -- in the histories of Sawyer, myself, and Wolfson.
11  I did not see any mention of contraceptive use.
12     Q   And the history was given by her daughter.  And
13  so, I mean, was it reasonable to assume that her
14  daughter may not have that information whether or not
15  her mother used --
16     A   Well, it is not just her daughter, but her
17  mother and her sisters were interviewed and none of them
18  were aware.  It is most likely that she was on birth
19  control pills, one of those family members would have
20  known it.
21     Q   But none of them mentioned it; correct?
22     A   Correct.  Thank you.  And I believe it would
23  have been asked by one or all of us who interviewed the
24  family.
25     Q   Okay.  Do you know if she ever used hormone

660

1  replacement therapy for any purpose?
2     A   As I said, there was no history of any other
3  medication use.
4     Q   Do you agree that a high body mass index is a
5  risk factor for breast cancer?
6     A   Well, I am trying to remember if that has been
7  mentioned as a risk factor.  I don't -- let me look in
8  my -- I think one of these references does a review of
9  the various risk factors.  Elm Rich.  Elm Rich is a
10  review article on risk factors on cancer -- breast
11  cancer.
12     Q   Just for the purpose of the question, I would
13  be happy if you could read off your screen what the risk
14  factors that are mentioned in Elm Rich?
15     A   I will do that when it comes up here.  This is
16  1983, but I think it covers at least some of the more
17  popular issues.  They studied 1,185 women with breast
18  cancer and compared the 3,227 controls.  The risk of
19  breast cancer increased with increasing age of first
20  birth.  This effect was not accounted for by parity.
21     Q   What is parity?
22     A   The number of pregnancies.  An early age of
23  first birth appeared to reduce the risk relative to no
24  pregnancy; whereas, a late age first birth was
25  associated with a higher risk.  Relative risk decreased

661

1  with increasing obesity among premenopausal women.  So
2  in this study obesity was protective.
3     Q   In premenopausal women?
4     A   In premenopausal women, that is what I just
5  read.
6     Q   Okay.
7     A   The risk was higher among those who were obese,
8  but there was no evidence of a trend with increasing
9  body mass index.
10     Q   I'm sorry.  That seemed to be contradictory,
11  that last sentence?
12     A   I am just reading from his abstract.
13     Q   Okay.
14     A   We can discuss it if you want, but anyway let
15  me keep going.
16     Q   Okay.
17     A   Risk did not vary with the risk of abortion.
18  Risk was lower among postmenopausal women than the
19  premenopausal women of the same age.  And increased with
20  increasing age of menopause, bilateral oophorectomy --
21  let me spell that, o-o-p-h-o-r -- reduced the risk more
22  than hysterectomy alone; the positive history of benign
23  breast disease; a positive family history of breast
24  cancer; Jewish religion; 12 or more years of education
25  was each independently associated with increased breast

662

1  cancer.
2     Now, in terms of that contradiction about
3  obesity, we need to go into more detail.  Among
4  premenopausal women, the relative risk estimate
5  decreased as body mass index increased and the trend was
6  that statistically significant.  Among postmenopausal
7  woman the opposite effect was evident relative to the
8  BMI of under 30.
9     The relative risk estimate was 1.5, with
10  confidence interval of 1.2, 1.9, and that was for
11  postmenopausal woman and that was the body mass index
12  was under 30, the relative risk was higher.
13     Q   In postmenopausal?
14     A   Postmenopausal does not apply to our patient
15  who was not postmenopausal.
16     With a body mass index over 30, there was no
17  evidence with a trend for a relative risk of increased
18  cross-categories of increasing body mass.
19     Q   So over 30, there is no increasing trend in
20  both pre and post or --
21     A   Correct.  So I think the answer is -- and I
22  think this is one of the biggest studies of that issue.
23  It does not appear that obesity is a major factor.
24     Let's put it that way.  It may contribute in
25  some way, but it says among premenopausal, which is our

663

1 medical clinic where the detoxification has been done
2 for the last two plus years.
3    Q   Do you know Rita Weinberg?
4    A   Yes.
5    Q   Have you worked with Rita Weinberg on anything
6 other than the detoxification project?
7    A   No, she doesn't really work on it anyway. She
8 is just one of the friends of Keith Miller who
9 frequently accompanies him on his enterprise or visits
10 to New York.
11    Q   Do you know Jim Woodworth?
12    A   Yes. He is the administrator of the downtown
13 medical clinic.
14    Q   Has he also -- he also worked for Health Med in
15 Sacramento?
16    A   Yes. He used to run that clinic.
17    Q   Did you work with Jim Woodworth on anything
18 other than the detoxification project?
19    A   No.
20    Q   Are you aware of any studies that correlate PAH
21 and dioxin exposure with breast cancer strains that are
22 resistent to treatment?
23    A   I have not seen any data on distinguishing
24 cancers that are resistent to therapy versus cancers
25 that are more responsive to therapy.

680

1    Q   Are you aware of any studies that correlate PAH
2 or dioxin exposure with breast cancer strains that are
3 likely to metastasize?
4    A   I have never seen studies that differentiate in
5 that way.
6    Q   All right. Can you quantitate Sherrie Barnes'
7 risk for breast cancer using the Gail Model? G-a-i-l.
8    A   No, I don't know how to do that.
9    Q   Do you know what the Gail Model is?
10    A   No.
11    Q   Do you think that Sherrie Barnes' mother Mary
12 Barnes is at increase risk for breast cancer?
13    MR. PRUDHOMME: At present?
14    MR. HOPP: At present.
15    THE WITNESS: Oh, gosh, I don't know. Let's
16 see. I don't remember what her mother's history is.
17 BY MR. HOPP:
18    Q   Well, if -- if I can refresh you, I believe
19 that Sherrie Barnes' mother testified that she moved
20 into the house in Carver Circle in 1961 or so, just
21 before Sherrie was born and she lives there today.
22    A   And she is now in her 60's?
23    Q   I think so. I'm not quite sure how old she is.
24 Probably in her 50's or 60's.
25    A   Well, she had to be in her 60's and moved into

681

1 the house and had the baby at '61. She had to be at
2 least 18.
3    MR. WINTERS: I thought she was 69 or 70, in
4 that range.
5    THE WITNESS: The risk drops off as you get
6 older, you pass certain milestones in age, but it is
7 usually a little older than that. She is probably still
8 at risk for breast cancer.
9 BY MR. HOPP:
10    Q   Do you think Kenesha Barnes is at increase risk
11 for breast cancer?
12    A   Yes.
13    Q   Based on environmental exposure?
14    A   Based on environmental exposures. And the
15 sister, the two sisters, and if there is an interaction,
16 and I believe there is the environmental factor and host
17 factors, then they would be at increase risk based on
18 environmental exposure plus the history.
19    Q   You believe then -- just to be clear then, you
20 believe that Kenesha Barnes is at an -- you believe that
21 Kenesha Barnes is at an increased risk for breast cancer
22 based in part on the fact that her mother and her
23 maternal aunt had breast cancer?
24    A   Yes.
25    Q   Do you believe that Kenesha Barnes -- strike

682

1 that.
2    Do you believe that Sherrie Barnes' sisters are
3 at an increased risk for breast cancer?
4    A   Yes. I think the sisters -- I should have
5 found out, I guess, but I don't know where in the birth
6 order Sherrie Barnes is. And what is her name? Kay
7 Hobbs. I don't know if the sisters are older or
8 younger. I just don't remember, but I think they would
9 be at increased risk probably because of exposure.
10    Probably exposure. I have to confirm that, but
11 if they were, indeed, exposed in the Carver Circle home,
12 they would also be at increased risk.
13    Q   Do you think that they, the sisters of Sherrie
14 Barnes and Kay Hobbs, also has a host factor that would
15 increase their risk?
16    A   Yes.
17    Q   Are you aware of any studies indicating that
18 TCDD is chemoprotective for breast cancer?
19    A   Yes.
20    Q   Are you aware of any studies indicating that
21 PCBs -- certain particular PCB congeners are
22 chemoprotective for breast cancer?
23    A   No, I am not aware of that. I have not
24 reviewed that particular question but CIIT, C-I-I-T,
25 composed a paper, did some rat studies that showed that

683

0 (Pages 680 to 683)

1 TCDD is reduced, and prevents the breast cancers, but
2 reduces the numbers and prolongs the time that it took
3 for the PAH that they used to induce the man-making
4 cancer to occur.
5     So it was a study that indicated that the TCDD
6 somehow had a -- what they thought was an anti-estrogen
7 effect. And that that allowed it to then reduce the
8 potency of the, you know, chemical that was used to
9 induce the brain cancer -- breast cancer in an animal
10 study.
11     Q    Would you characterize that study as junk
12 science?
13     A    No. It is an interesting study.
14     Q    A lot of what we talked about earlier today
15 with respect to breast cancers and risk factors sort of
16 the common thread running through a lot of those risk
17 factors is estrogen; is that right?
18     A    Yes. It is felt that breast cancer is at least
19 one of the mechanisms and one of the factors is
20 estrogen. Some kind of interaction with other factors,
21 obviously, because estrogen is a normal necessity for
22 normal development, but there could be some kind of
23 derangements.
24     So maybe with higher levels which is why birth
25 control pills, hormone replacement, are suspected to be

684

1 increasing the risk because you have an increased amount
2 of estrogen that somehow creates an imbalance.
3     Q    And something that is an anti-estrogen is, at
4 least in theory, are potentially chemoprotective for
5 breast cancers?
6     A    Yes. And there hasn't been any follow-up that
7 I am aware of that looked at that question, but the
8 other side of the coin is, that a study was done also in
9 rats where they exposed the fetus by exposing the mother
10 rat to TCDD in a single dose during pregnancy -- and
11 early on in the pregnancy, and then looked at the breast
12 cancer risk in that fetus when it grew -- grew up.
13     And interestingly enough, there was an increase
14 in risk of breast cancer in that setting. So the timing
15 of the TCDD exposure is important in terms of breast
16 cancer risk.
17     Q    And I think you mentioned that study yesterday.
18 Is that contained within your bibliography?
19     A    Yes.
20     Q    Can you tell me the name of that particular
21 study?
22     A    Let me check to see in here what I thought it
23 was. At least one of the papers addresses this question
24 is the Vorder Strasse, V-o-r-d-e-r, S-t-r-a-s-s-e, paper
25 and the other -- let me look at the reference list here.

685

1     Q    Are you aware of other studies that discusses
2 the issue of administering TCDD to rats during pregnancy
3 and following their offspring for incidents of breast
4 cancer?
5     A    The other paper that I was talking about was
6 Birnbaum, B-i-r-n-b-a-u-m, 2003. "Prenatal exposure to
7 natural and synthetic estrogens is associated with
8 increases in breast and vaginal tumors in humans as well
9 as uterine tumors in animals. And then they talk about
10 these issues.
11     Q    This is Birnbaum and Fenton?
12     A    Correct.
13     Q    2003?
14     A    Correct.
15     Q    The title is Cancer and Developmental Exposure
16 to Endocrine Disruptors?
17     A    That's right.
18     Q    National Health and Environmental Effects
19 Research Lab?
20     A    That's right. It is a review paper, and she
21 talks about these various issues that I just mentioned.
22     See, if I can find the other section, she talks
23 about dioxins. The term dioxins is used for members of
24 the PHAHS, that would be polyhalogenated aromatic
25 hydrocarbons, that are structurally related and have

686

1 similar halogen substitution patterns are persistent and
2 bioaccumulative, and have a common spectrum of
3 biological responses mediated via binding to a specific
4 high-affinity cellular protein, the aryl hydrocarbon
5 receptor.
6     The prototype chemical for this class of dioxin
7 or TCDD, and it goes on to discuss its developmental
8 toxicity.
9     Let me see if I can find it.
10     Q    128.
11     (Defendants' Exhibit 128 was marked for
12     identification by the court reporter.)
13     THE WITNESS: Let's see if she says that.
14 BY MR. HOPP:
15     Q    Are you finished looking for it?
16     A    No. I am looking at this prenatal -- this
17 whole section called Prenatal Endocrine Destruction and
18 Mammary Tumors. It is on -- you got the page in front
19 of you? It is on Page 392.
20     Q    And just for the record, we have marked the
21 review paper as deposition Exhibit 128.
22     A    Yes. And here is Brown.
23     Q    So she is citing a paper by someone named
24 Brown?
25     A    Yeah. Brown is the other paper which is the

687

11 (Pages 684 to 687)

1    A    Yes.
2    Q    What relevance does it have to Sherrie Barnes?
3    A    Well, that's a good question. The mechanism of
4  breast cancer in men is possibly different than the
5  breast cancer in women.
6        I mean, men and women's breast cancer may have
7  a different etiology. I think probably the important
8  issue here is this would be support of these chemicals
9  that were, in this case, particularly the benzene and
10 the PAHs are present in our case here.
11       And the implication of the study was that there
12 was an increased risk that they thought was attributable
13 to these exposures and this is a one case report.
14       It is not terribly important to our overall
15 case, but it is -- let's go to the last paragraph where
16 he discusses this issue:
17       He basically talks about, "The
18       Elevated risk of breast cancer
19       Among men, occupational exposed
20       Gasoline and combustion products
21       Has not been reported previously
22       Except in one small study with
23       nonsignificant odds ratio of 1.3.
24       However, two recent studies show an
25       increase in breast cancer in women

796

1  to these chemicals that developed a rare disease.
2        Oftentimes rare diseases, like men's breast
3  cancer or mesothelioma can give us a lot of clues and
4  should be followed up when they occur.
5    Q    Would it be fair to characterize the Hansen
6  paper as generally informative, but not directly related
7  to the cause of Sherrie Barnes' breast cancer?
8    A    Yes.
9    Q    In fact, the article does not calculate the
10 relative risk for breast cancer in women; is that right?
11   A    Correct.
12   Q    And at what exposure level does the study
13 indicate that breast cancer has increased in men?
14   A    Well, he has got an odds ratio here of 2.2 with
15 no lag time and 2.5 with ten years of lag time with
16 statistical significance.
17   Q    Lag time being years of exposure? What does
18 lag time mean?
19   A    No. What that does is it allows for more
20 latency.
21   Q    Okay.
22   A    In other words, you look at the people's
23 exposure and then you make sure that you are at least
24 allowing for ten years of lag time from the time of
25 exposure to the time of the disease diagnosis.

798

1        exposed to benzene and PAHs."
2        Which is the Petralia study, I believe is also
3  on this list. I know it is on my new list.
4        And it is here on this list; and then he
5  states, "The similarities among some of
6        The known risk factors for breast
7        Cancer in men and women and a
8        Similar variation in incidents
9        Point to common etiologic factors;
10       therefore, gasoline and combustion
11       products caused breast cancer in
12       Men. It probably does so in women,
13       too."
14       And then it goes on to discuss some other
15 things.
16   Q    So the author is hypothesizing that this result
17 that he obtained in this paper might be applicable to
18 women, as well; is that fair?
19   A    Yes, and then he alludes to some other studies
20 that showed he doesn't do an exhaustive review. Where
21 we actually know that there are other papers that he
22 could have cited.
23   Q    Sure. And we will get to those.
24   A    But the point is that it is just another study
25 of a case of someone who has some pretty good exposures

797

1    Q    Is it accurate to say that the Hansen study
2  doesn't examine specific exposure levels, but rather
3  looks at occupational exposure of gasoline and
4  combustible products in general?
5    A    Yeah, 230 male employees were members of the
6  National Pension Fund and the country is Denmark. And
7  he looks at job title for exposure.
8    Q    Okay. So there is no exposure data for the
9  individual study subject?
10   A    No.
11   Q    Next one on your list -- your breast cancer
12 reference list number eight is the Holford,
13 H-O-L-F-O-R-D, study?
14   A    Yes.
15   Q    Handing you what we have marked as Deposition
16 Exhibit No. 138. This is a copy of the Holford study.
17 The Holford study is entitled Joint Effects of Nine
18 Polychlorinated Biphenyl (PCB) Congeners on Breast
19 Cancer Risk; is that right?
20       (Defendants' Exhibits 138 was marked for
21       identification by the court reporter.)
22       THE WITNESS: Yes.
23 BY MR. HOPP:
24   Q    And Holford looked at nine PCB congeners;
25 right?

799

39 (Pages 796 to 799)

1 Are positively associated with breast
2 cancer risk, while others are negative";
3 is that right?
4 A Well, if you look at the standard coefficient,
5 the first line, when it says, negative .021, that means
6 that the higher the PCB level of the congener, the lower
7 the breast cancer risk.
8 Q All right.
9 A So that is right. There were three -- four
10 that were negative and then one, two, three, four, five
11 that were positive.
12 And 180 was the most positive statistical and
13 it reached almost statistical significance and 183 did.
14 Q And in the Discussion section, this is on Page
15 979, the authors point out that, "The
16 Association of total PCB exposure with
17 breast cancer risk in this analysis was
18 estimated to be small and inverted."
19 Is that what you are talking about?
20 A Yes, for those who had it -- the higher the
21 level, the lower the risk, suggesting -- I think, you
22 know, you can find and do these fancy statistics. You
23 can find things like this. That may not mean anything.
24 The most important thing here is to look at all
25 the congener correlations, and 180 and 183, again,

804

1 people get this disease, that anything that contributes
2 to the risk is important to address.
3 Q Is this a case control study?
4 A This is a biomarker study. I mean, there is
5 cases and controls. What they are doing is they are
6 studying the presence of a biomarker in PCBs in two
7 populations to see if the testing hypothesis that the
8 cases would have a higher level of these chemicals than
9 the controls.
10 And the answer is, yes, and it does show
11 correlation.
12 Q Does this study indicate what dose of any
13 particular PCB congener is necessary to cause an
14 increased risk of breast cancer?
15 A No, I mean, if you look at the -- I don't think
16 there is a single measurement in this whole paper. It
17 is all statistical analysis.
18 Let me just see. Maybe they are mentioned
19 somewhere. The level -- no, what they are really trying
20 to do is the correlation or the association of the
21 chemical versus the risk. And that is not going to give
22 you thresholds or slope factors.
23 Q The next paper in order on your reference list,
24 this is number nine, is the Hoyer paper; is that right?
25 A Yes.

806

1 correlates strongly with the total congeners.
2 In other words, you are getting a positive
3 effect on the breast cancer. And like the other studies
4 we have looked at, if you add up all of the PCB
5 congeners, that also correlates with breast cancer risk.
6 So what it would suggest is that the overall
7 mixture, maybe some components being more important than
8 others, is contributing to the risk; and that the
9 negative components do not outweigh the positive
10 components in terms of causing the effect that we are
11 seeing in the increased risk.
12 Q But they do balance out and that is why the
13 authors say that the overall risk is small?
14 A That's correct.
15 Q And they go on in the Discussion section and
16 say, "These results suggest that some
17 Congeners have a protective effect on
18 breast cancer risk, while others are
19 associated with an increased risk"; is
20 that right?
21 A That's right. That is correct.
22 And I think that is consistent with all the
23 data. It shows that there is a small but significant
24 increase in risk. And the reason it is important is
25 that there are so many dam people exposed and so many

805

1 Q I am handing you what we have marked as
2 deposition Exhibit No. 139.
3 (Defendants' Exhibits 139 was marked for
4 identification by the court reporter.)
5 BY MR. HOPP:
6 Q Is this the Hoyer paper?
7 A Yes.
8 Q And it is entitled Organochlorine Exposure and
9 Risk of Breast Cancer. What question was Hoyer trying
10 to answer?
11 A The same question. He looked at Dieldren,
12 which is an organochlorine. He looked at
13 chlorocyclohexane, which is another pesticide,
14 organochlorine pesticide.
15 Q Did this study look particularly at TCDD or
16 dioxin?
17 A No, it looked at PCBs, DDE, but it did not look
18 at dioxin per se.
19 Q So this would be another study that is
20 generally informative, but it is not directly related to
21 Sherrie Barnes; is that right?
22 A Yes. For the reasons that I indicated earlier,
23 I thought it was relevant.
24 Q And they actually looked at serum levels; is
25 that correct?

807

41 (Pages 804 to 807)

1    A  Yes.

2    Q  So these are blood samples and not tissue

3 samples?

4    A  Yes, serum sampling. That is right.

5    Q  The Result section indicates that,

6    "The risk of breast cancer decreased

7    with increasing number of full-term

8    pregnancies and increased with" — I'm

9    sorry — "and increasing with body

10    weight and height."

11    Do you see that?

12    A  Where are you reading from?

13    Q  The Result section, this is Page 1818 starting

14 right above that table.

15    A  "Increasing number of full-term

16    Pregnancies and increasing with

17    Body weight and height."

18    So height was made a standard.

19    Q  You wouldn't think so. But Hoyer at least

20 concludes that increasing body weight and height are a

21 risk factor; is that right?

22    A  This is the first time I have ever seen height

23 as a risk factor for anything. And unmarried women had

24 an 89 percent higher risk than married women. It is

25 probably because they didn't have babies.

808

1    Q  Moving on down this page, this is 1818. It

2 says, "We found a slight increase in

3    Risk of breast cancer with increasing

4    concentrations of BHCH, but no

5    association was apparent for total

6    DDT or total PCBs."

7    Do you see that?

8    A  Um-hmm.

9    Q  So this study tends to conflict with some of

10 the other studies which have indicated PCBs increase the

11 risk of breast cancer?

12    A  Well, they did 28 PCBs. They don't tell us

13 which ones. So this wasn't as detailed a congener

14 analysis as the others.

15    They do list them here. And — yes, they just

16 didn't find a correlation.

17    Q  And then the Conclusion, which is on the last

18 page states, "Our results support the

19    Hypothesis that organochlorine

20    compounds, such as dieldrin,

21    Which have oestrogenic properties,

22    May increase the risk of breast cancer.

23    They do not, however, suggest that

24    exposure to total PCB, total DDT,"

25    And I guess, "P prime-DDE have any

809

1    influence on the risk of breast cancer."

2    Is that right?

3    A  Yes, in this study, they did not find an

4 increase in breast cancer. That's correct.

5    Q  The next study in order under List of Breast

6 Cancer References is the — maybe you can pronounce it

7 for me. Kogevinas paper?

8    A  Kogevinas is as good as any.

9    Q  Kogevinas, K-O-G-E-V-I-N-A-S.

10    I am handing you what we have marked as

11 deposition Exhibit No. 140, which is the Kogevinas

12 paper.

13    (Defendants' Exhibits 140 was marked for

14    identification by the court reporter.)

15 BY MR. HOPP:

16    Q  Now, this is a review article; is that right?

17    A  It is.

18    Q  So it doesn't report on a new experiment, but

19 rather discusses studies done by other people?

20    A  Yes.

21    Q  And does Kogevinas find — well, let me — what

22 does Kogevinas conclude, generally, based on the other

23 studies?

24    A  More studies are needed. That was his main

25 conclusion, but he reviews some of the studies and it is

810

1 interesting in that respect.

2    Q  And that is, again, generally informative, but

3 not particularly relevant to Sherrie Barnes?

4    A  Correct. He gives a list of the various

5 studies and notes, you know, the breast cancer,

6 including male breast cancer, has been found to be

7 increased.

8    Q  He finds increasing mortality from breast

9 cancer that is not statistically significant; is that

10 right?

11    A  Yes.

12    Q  That is in Table 5?

13    A  Yes. Table 5 he is looking at — where is

14 that? He has got different references 170 — where is

15 it? I am trying to see what his references are for

16 that.

17    Anyway, he — I guess, IARC's international

18 cohort study of phenoxy herbicides or chlorophenols

19 where TCDD was presumed to be present and the SMRs are

20 elevated for all of the cancers, but all malignant

21 neoplasms are statistically significantly increased.

22    And the individual types of cancer, breast

23 female is almost statistically significant. The odds of

24 SMR is 2.16, but the confidence interval is at .99. We

25 are talking about 100ths off. Otherwise, it would be

811

2 (Pages 808 to 811)

1    A   Although there is no independent association,
2  blah, blah, blah -- yeah, the point of this paper is
3  that if you look at the nurses who have this particular
4  polymorphism, CYP1A1-exon 7, this is a risk factor for
5  breast cancer.
6    Q   Okay.
7    A   And I think what they found was --
8    Q   Was what he found that this was a genetically
9  susceptible population?
10    A   Correct.
11    Q   Okay. Doctor, do you want to continue with
12  your answer?
13    A   What they say here is, "However
14    High levels of PCBs may be associated
15    with breast cancer risk in the subgroup
16    of women who have variant
17    CYP1A1-exon 7 polymorphism."
18    Additional studies are needed to examine
19    that possibility.
20    Q   That is CYP1A1-exon 7 polymorphism, that is
21  something to do with the particular genetic structure of
22  these women; is that right?
23    A   Yes.
24    Q   It is a gene?
25    A   Their ability to transform the PCBs or handle

816

1  or not it would be relevant to test her.
2    Q   This study looks at latent PCBs, correct?
3    A   Correct.
4    Q   Doctor, I have handed you what we have marked
5  as Exhibit 142. This is the next reference on your
6  breast cancer list. It is number 12 and the author is
7  Leis or Lees. L-E-I-S.
8    (Defendants' Exhibits 142 was marked for
9    identification by the court reporter.)
10    THE WITNESS: Yeah.
11  BY MR. HOPP:
12    Q   And this is really just a paper on diagnosing
13  breast cancer; is that right?
14    A   Yes, it has risk factors. That is the reason
15  it is here.
16    Q   But does it talk about environmental risk
17  factors or TCDD?
18    A   Not really, it talks -- Table 1 and Table 2,
19  exogenous estrogen, which would be in birth control
20  pills and hormone replacement. And then it says,
21    "Carcinogenic exposure,
22    particularly to viral agents
23    and some drugs."
24    Q   So --
25    A   Really, it just kind of gives you a list of

818

1  them is impaired or reduced.
2    Q   And that's the only study -- strike that.
3    That is the only population in which the Laden
4  paper found an effect with increased levels of PCB; is
5  that right?
6    A   That's right.
7    Q   And we don't know whether Sherrie Barnes had
8  that particular polymorphism, do we?
9    A   No. You asked me that yesterday. So we don't
10  have any studies on Sherrie Barnes or anybody else on
11  cohort. It is not a routine thing you send to the lab.
12    Q   You have to take a tissue sample?
13    A   You have to do genetic studies. That is what
14  you have to do to find this particular variant. It is
15  expensive and it is possible to be done. But it is very
16  important particularly in people that we don't have
17  disease in yet; but we want to know who is at high risk.
18  These kind of studies would be highly relevant.
19    Q   Would it be possible to test Kenesha Barnes to
20  find out whether her mother had that particular
21  polymorphism?
22    A   Well, we would have to check her dad, too. I
23  don't know how the inheritance goes for that particular
24  gene. I don't know if it can be an acquired defect. I
25  would have to study it to answer that question whether

817

1  things that have been raised as -- just kind of a
2  general review of the disease. So you know what you are
3  talking about.
4    Q   Not very informative with respect to causation?
5    A   Correct. I don't think he has references for a
6  lot of those causative factors. He doesn't give a
7  reference. He makes the assertion in this table.
8    Q   The next breast cancer reference that you have
9  in order, number 13, Lucena, L-U-C-E-N-A; is that right?
10    A   Right.
11    Q   I am handing you what we have marked as
12  Exhibit 143.
13    (Defendants' Exhibits 143 was marked for
14    identification by the court reporter.)
15  BY MR. HOPP:
16    Q   This is the Lucena paper; is that right?
17    A   Yes.
18    Q   It is entitled Short Communication. Is this --
19  is there some significance to that?
20    A   Well, what they do is they write a very brief
21  paper presenting one table, maybe, which they think is
22  important when they want to publish it as a -- quickly,
23  so it is easier for the reviewers to deal with a short
24  paper with very little information, so you can get it
25  published faster.

819

14 (Pages 816 to 819)

1    Q    Handing you what I have marked as Exhibit 147.
2         (Defendants' Exhibits 147 was marked for
3         identification by the court reporter.)
4    BY MR. HOPP:
5    Q    This is the Negri study; right?
6    A    Um-hmm.
7    Q    This is a review article; right?
8    A    It is.
9    Q    And it looks at exposure to PCB and breast
10   cancer?
11   A    Yes.
12   Q    And what does Negri and/or her coauthor
13   conclude?
14   A    Well, I think the important point is that you
15   need to take into account genetic susceptibility in
16   order to explain what is going on; and that in the
17   general population, without the genetic risk factor,
18   there probably isn't an increased risk.
19   Q    So, in fact, at the concluding part of the
20   study, right above the acknowledgments, Negri and
21   coauthors say, "In conclusion, the
22        epidemiological evidence does
23        not support the hypothesis of
24        a direct relation between
25        environmental exposure to PCB

836

1         adulthood in the general population
2         and the risk of breast cancer"; right?
3    A    That is what he said in the abstract, which I
4    just read to you.
5    Q    And then he goes and talks about a
6    specific genetic variation like —
7    A    Right. He is really just repeating what we
8    said earlier about the CYP1A1 and the exon 7. He does
9    not mention exon 7, but in Table 5, he mentioned that.
10   Q    But for the general public, Negri is,
11   essentially, a negative paper; right?
12   A    Yes, that's the point. But when you take into
13   account the — see, there is a couple of papers that we
14   have not gone through that are reviewed here that make
15   the same point.
16        Interaction between PCB and the CYP1A1
17   polymorphism, I think the science has evolved to
18   the point that it takes — you can have the CYP1A1 gene
19   and not get breast cancer; but if you have it and are
20   exposed to PCBs, then your risk of breast cancer
21   increases significantly.
22   Q    And how is this study relevant to Sherrie
23   Barnes?
24   A    Well, it is like all of the others. I have
25   referred to in the PCB literature. It shows the effect

837

1    of the related compound.
2    Q    So it is generally informative, but not
3    directly related?
4    A    Correct.
5    Q    The next paper in order on your breast cancer
6    reference list is Petralia; is that right?
7    A    Yes.
8    Q    It is Petralia, 1999?
9    A    Yes.
10   Q    Petralia has written several articles on this
11   subject; right?
12   A    I have Petralia — another one of the Petralia
13   papers on the new — that I gave you. Two more, '95 and
14   '98.
15   Q    So you have got some older papers?
16   A    '98 and '99. So I have got the '99 paper, but
17   I have got an earlier '98 paper that I have added.
18   Q    Let me show you Exhibit 148.
19        (Defendants' Exhibits 148 was marked for
20        identification by the court reporter.)
21   BY MR. HOPP:
22   Q    This is 1999 Petralia paper?
23   A    Yes.
24   Q    And Petralia is looking at the premenopausal —
25   I'm sorry, risk of premenopausal breast cancer in

838

1    association with occupational exposure to polycyclic
2    aromatic hydrocarbons and benzene; is that right?
3    A    Yes.
4    Q    So this is an occupational study?
5    A    Yes.
6    Q    And does it look at women particularly in these
7    occupations?
8    A    It has to be.
9    Q    Premenopausal —
10   A    The rate in men, as we know, is quite low. So
11   it is women. And the exposures were variable.
12        They took occupational history of the exposure
13   assessment for PAHs and benzene was developed to
14   determine which occupations had exposure. And then they
15   developed a matrix for that, which included the PAHs and
16   the benzene and others things, as well.
17   Q    And which exposure levels did they find to be
18   significant to increase the risk of premenopausal in
19   breast cancer in their occupation when exposed to both?
20   A    PAH and benzene, highest risk was in PAH and
21   benzene together. They found statistical significance
22   in all of them and the biggest abnormalities were in the
23   ER positive cases.
24   Q    What is that?
25   A    Estrogen receptor positive, which we looked at

839

49 (Pages 836 to 839)

Page 645

501:5 562:8
575:21 595:13
596:22,24
605:22 642:10
attack 637:15
attacks 487:2
attempt 445:12
572:20 573:5
attention 546:10
attic 426:16 427:14
attorney 643:13
author 421:15
624:14
authors 421:15
615:6
availability 550:19
available 499:21
499:24 574:25
608:9 609:18
Ave 548:16,21
Avenue 413:16
average 434:15
479:3 549:11,14
550:5,8
averages 432:20
aware 425:23
456:1 480:20
492:23 550:8
601:6 610:7
625:10,23 626:2
Axys 427:23 428:8
428:12,22
429:23 430:9
500:8,12 501:16
503:23 504:17
505:10 506:5,25
507:18 509:15
509:19 511:7
512:14 513:10
514:4,24 515:21
516:19 517:13
518:11 519:13
520:7 521:3,25
522:19 523:17
524:11 525:11
526:14 527:10
528:4 529:4,23
530:19 532:13
533:7 534:6,25
535:19 536:24
537:18 538:13
539:13 540:13
541:9 542:3,22
543:4,18,25
544:1,8,21
545:20 570:10
571:7,14 589:18
589:20 591:11
592:19 611:16

A-X-Y-S 427:24
a.m 413:17 420:2
—— B ——
B 429:20 436:8
452:7 490:22
492:8 547:15
549:22 577:17
baby 472:25
494:10
back 418:21
420:11 437:13
440:16 460:11
465:10,13,19
466:4 490:16
492:12 494:18
496:23 500:6,12
502:16 508:14
532:4 544:17
545:9 546:24
551:12,22
552:15 554:19
554:19 555:13
557:8 562:6
567:4 575:4
580:21 586:8
587:16 589:16
592:16 601:15
610:19 611:14
background 415:9
425:19,24 426:1
426:7,9,11
429:10,17
431:19 434:13
447:2,11,14
448:5,18 502:18
502:19 573:15
579:16,19
580:13 640:6,7
backgrounds
580:4
bacteria 485:11
bad 556:23
bag 427:1
Bailey 415:13
449:23,25
450:15
balance 606:18
ballpark 434:12
banned 428:18
barbecue 448:10
448:10,12,20,24
barking 592:15
Barnes 415:14,15
420:21,25 421:2
427:9 442:21
443:4,19,22
444:6 445:3,7,16
446:12 456:3,6

456:10,15,19,25
457:6,8 496:5
Baron 425:10
base 497:11
based 432:9 439:12
439:17,22
496:21,22
544:11 562:21
563:2 593:12,25
594:2,12 605:4
618:2 620:4
628:8 641:15,16
basic 562:22
basically 494:4
571:11 575:14
575:25 578:6
602:14,16 625:3
627:4 637:10
641:7
basis 430:20,24
431:12 433:21
436:2 502:20
551:8 602:23
604:15,24 611:8
626:17 640:9
batch 549:17
Bates 430:4
bathing 551:4
552:8
battery 606:20
Beazer 414:6
Beck 412:5 413:5
415:16,17
420:12 458:11
458:13,18,23
459:2,3,8,14
498:4
BECKHAM
414:12
began 469:12
476:14 531:4
533:17
beginning 413:17
behalf 413:16
570:7,11
behavior 619:18
628:8
believe 422:22
427:13 435:21
438:19 443:20
449:22 450:8
451:9 452:20
453:15 458:1
485:12 495:22
496:11,15
550:17 554:10
586:16 594:21
595:7 601:23
608:2 611:9

612:24 618:3
631:22 634:10
641:1
believed 587:12
benign 477:16
benzene 595:22,23
596:23 598:11
600:21 601:12
benzopyrene
595:13
Berlin 608:5
best 582:5
better 438:24,25
561:23 575:8
607:12,16
bibliography
624:1
big 435:15 479:14
586:17 587:25
606:8
BIGGERS 414:12
biggest 449:8
billions 618:18,21
bind 631:15,20
632:8
binding 631:1
binds 596:9,11
630:9 633:4
bioaccumulate
484:25
Bioassay 624:9
biochemical
636:15
biography 623:4
biological 636:15
biomonitor 593:16
593:22
biomonitoring
592:13 594:7
biphenyls 595:16
598:11
birth 447:11,14
467:13 471:13
472:19
births 447:17,21
bit 439:18 447:25
462:22 493:6
black 455:13,21
457:6 458:19
462:3 464:20
493:21
blacks 581:17
582:15
bladder 495:14
Blake 415:18
460:14,17,23
461:2 496:1,2
499:15
block 465:4,8

631:17,19
blocked 556:7
blood 421:21 422:2
422:13,17,19
423:5,9,10,24
427:20 428:9,19
429:7 432:3,15
445:17,22
446:11,15 448:2
448:8,17 449:2
449:20 451:5,8
451:11,20,23
454:5,12,13,13
454:14,18
455:12,14,21,22
456:7 457:2
458:15 459:10
460:24 461:19
464:12 466:16
467:8 468:12
469:1 470:5
471:9 472:5
473:11 474:8,16
475:8 476:6
477:7 478:3,19
480:8 481:20
483:8 484:5
485:12 487:18
488:20 489:16
490:7 492:20
493:2,18 495:5
495:14,16
497:22 499:24
500:16 503:23
504:16 507:17
509:15 511:6
527:9 530:18
534:24 535:18
544:19 545:5,13
548:5 549:3
553:5,7,14,24
554:4 558:18
575:11,14,25
576:2,3,4 578:18
579:17 586:19
586:24,24
587:13 588:7
594:21 603:16
604:5,12,20
605:2,18 606:4,6
606:9 607:20
610:4,17,20
611:1 612:20
613:14,25
615:25
body 442:8 511:22
511:24 573:22
579:18 582:5,14
601:25 602:10

602:24 604:17
606:3 607:19
627:24 629:16
633:3 637:13,25
bond 578:9
border 512:3
borderline 510:6
518:20 522:9
523:5 525:18,19
529:13 537:8
541:1 565:21
567:18
Borgersen 491:25
born 467:3 472:11
566:23 567:20
bottle 423:8
bottled 551:3,14
551:20,22,24
568:4
bottom 433:5
474:16 482:7,13
489:3 495:13
560:3 589:6
bound 575:17
631:14
box 427:2 568:20
Bradford 415:19
461:13 463:17
brain 618:21 619:1
Branch 464:15
branches 619:6
break 474:22
508:10 555:8
585:5 635:25
breaks 485:10
breast 420:25
421:2 444:8
445:4 457:15,17
457:21,24 458:2
470:19 600:3
601:1,8,11,14
621:12,18,19
622:11,17
625:12,16,19,25
636:10
breathe 614:2
breed 633:24
brevity 503:18
Brief 460:8 474:23
493:12 508:11
555:10 584:8
briefly 601:16
bring 434:4,5
498:15 569:12
572:8 599:23
608:22 609:9,11
brings 433:6
462:11
British 427:24

500:21
Broad 414:4
broken 561:9
622:2
brought 434:17
569:15 603:24
619:11 624:3
Brown 415:20,21
415:22 464:8,11
464:15 466:6,12
466:14 467:6,14
467:15,15,20,21
467:21 468:2,3,6
468:11 563:8
Budd 425:10
bunch 501:15
584:20 628:5
burn 485:2 614:1,2
614:3
burned 498:20
499:1
burning 440:6,10
614:6,11
burns 613:23
bus 549:3 552:21
553:12,17
business 623:20,20
638:22
bussed 552:19
553:4
busy 580:4 612:15
buy 609:19
B3 607:3

---

**C**

C 416:4 429:21
CAH 568:24 569:7
569:20
calculate 593:6
calculated 439:18
594:12 597:17
calculation 433:18
512:1
calculations
594:10
California 412:16
413:17 420:1
643:2
call 423:13 438:11
443:13 464:1
503:20 554:1
555:5 583:24
586:19 617:7
called 560:18
575:9 577:4
578:11 601:17
608:10
Canada 619:7
cancer 421:1,2

443:12 444:2,8
444:19,21 445:4
457:16,18,21,24
458:2,23,24,25
470:19 471:17
471:19,20
472:12,22,25
485:23,24
486:13,16 499:7
570:2 598:14
600:3 601:1,8,11
601:14 621:12
621:18,19
622:11,18
625:12,16,20,25
626:12 627:6
636:10,21,25
638:8,12,17,19
639:2,6,8,17,24
640:2,4,17 641:7
641:18
cancerous 469:9
cancers 485:4
639:21
cancer-causing
627:8 639:20
capable 426:23
631:1 641:9
capacity 627:8
631:5
caps 491:20
carcinogen 626:3,7
626:9,24 627:22
627:13,19,25
628:14,19,21,24
629:2
Carcinogenesis
570:2
carcinogens
626:18
cardio 607:4
Carmelita 473:5
473:10
carpet 426:18,25
427:5,10,10,13
carrying 479:16
Carver 415:23
426:3,10 427:8
440:14,17
441:25 442:14
466:8 468:23,25
469:6,9,12
case 420:12,15,20
424:19 427:10
439:9 444:18
445:21 447:1
448:9 452:24
453:4 457:23
458:1 463:12,13

473:2 484:17
492:24 493:1
496:12 499:13
501:24 502:25
545:2 546:8
563:8 570:14
571:23 572:20
573:9 574:1,3
581:14 582:13
583:24 585:11
585:22,24
588:13 591:2
595:1 598:1
601:6 607:15
620:16 622:21
cases 426:12
444:12 452:22
453:4 493:7
573:21 580:23
581:2 582:20
causation 497:8
cause 441:10 442:3
444:2 477:21
598:12 601:11
601:14 620:13
621:12,18,18,19
627:5 632:9
633:20 636:24
639:2,8,21
caused 442:11
482:17 547:16
553:20 637:14
638:12
causes 457:15
458:2 477:18
630:13 636:21
638:17 639:6,17
640:4
causing 479:5
625:11
caveats 575:3
CD 609:1
CDC 613:5
CDPs 623:5
Cedrick 603:19,24
604:25
cell 629:16,18,18
630:6,8,15,19,23
630:24 635:1,16
635:19 637:5,6,8
637:8,11,12,14
637:18,19 638:1
cells 455:22 554:3
554:5,6,7 575:15
575:25 576:4
630:20 637:15
637:22,24
cellular 630:22
636:2

Center 423:11
Central 414:11
certain 437:13
439:4 442:8
443:2 562:21
596:19 600:9
605:22 611:9
633:19 634:15
636:23 639:23
639:24
certainly 444:1
447:20 455:16
492:10 497:6
590:18 623:13
639:25
Certified 413:19
643:1
certify 643:2,11
change 561:12
593:6 600:18
606:7,10 607:19
625:18
changed 561:22
changes 496:21
589:12 598:14
606:8,13
characteristics
584:4 585:17,19
characterization
617:10
characterizations
616:15,24
characterize
475:21 494:3
505:20 506:15
508:6 519:3
524:22 531:8
Charles 414:4
chart 415:25 450:3
450:4,6,10,12,13
456:3,19 458:10
459:3 460:14
461:12 464:8
466:12 468:3,22
470:1,25 471:3,5
471:21 473:4
474:1 475:1,25
476:22 478:16
480:2 481:17
487:14 488:13
489:9,24 493:15
497:19
charts 499:20,23
chasing 619:8
check 437:14
447:16 498:3
552:9 582:8
604:21 611:12
611:17 634:16

checked 544:22
551:15
Chek 452:19
Chekov 452:19
chemical 442:11
501:24 502:1,1
578:9 594:21
595:25 600:15
600:18 602:13
614:14 618:18
618:19,24 619:8
620:6,21,25
621:2,18 623:18
627:21 628:5,16
636:24 641:9
chemicals 428:16
428:20 429:8,13
442:10 479:17
595:18 601:13
602:7 618:11,25
619:10 620:12
620:12,13
630:25
chemistry 618:21
chemo 444:2
chemotherapy
443:22 444:20
chemotoxic 632:3
chemotoxicity
632:6
chest 482:14,18
Chicago 414:9
children 580:4,5
chloracne 598:13
chlordane 429:3
429:10
chlorinated 428:17
437:24 484:17
484:21
chlorinating
484:24
chlorine 484:12,20
484:23,25 485:6
485:7,8,10,15,17
485:20 595:13
596:22,24
600:22
chlorines 600:17
600:20,23
cholesterol 474:16
609:17
choose 452:3
CHRISTOPHER
414:13
chris@uwbbr.com
414:15
chromatographic
576:20
chronic 483:5

CHSS 568:21
chubby 559:1,3
cigarette 613:19
640:2,4
cigarettes 463:25
470:14 475:18
476:17 487:24
488:5 493:25
519:1 521:15
524:20 526:2
528:16 530:10
531:6 533:20
536:7 613:21
621:5
cigars 564:17,19
Circle 426:3,10
427:8 440:14,18
441:25 442:14
466:9
citation 624:5
cite 632:25
cited 484:16 622:6
622:9 624:22
citizens 613:7
city 423:2 435:16
clarification 421:6
clarify 422:18
class 429:3,7
595:20 598:10
598:18,23 602:8
630:4
classification
628:11
classified 511:20
626:20 627:25
classify 626:19
CLAUS 624:9
clean 555:7
cleaner 426:19,25
427:1
cleaners 426:18
clear 422:24
423:23 434:8
450:23 488:2
500:15 549:9
580:8 584:16
client 501:5,7,18
501:23 502:25
climbing 478:8
climbs 477:24
478:2
clinical 586:1
close 435:18 548:8
549:14 553:1
573:18 574:13
578:24 580:8
581:7,24 584:5

535:18 536:23
537:17 538:12
539:12 540:12
541:8 542:2,21
543:4,17 545:20
558:18 570:19
587:22 610:17
610:21
separate 445:9
554:5 576:7
594:8 623:25
624:1
sequence 557:11
serial 424:6
series 491:18
serum 422:17,19
423:8,23 544:19
554:6
served 552:11
server 554:19
serves 424:24
Services 560:5,19
561:5,21 562:3
562:15 569:3,14
569:18
session 420:13
421:4 424:14
443:18
set 424:6 428:7
432:25 437:8
559:9 560:23
565:1 570:14
611:19 612:5
615:10,14,17
621:25 643:4
setting 430:8
444:11 570:10
571:15 580:10
638:20
seven 475:19
546:13,17
550:16,20,22
552:13,14 558:8
558:13 597:17
severely 617:20
Seveso 634:6
sex 505:1 586:17
shade 618:8
sham 606:16
shared 436:5
599:15,16
Shark 426:19
Sharma 439:18
Sharma's 439:11
441:11
Sharp 426:21
sheet 415:10
490:16 542:23
Sheila 415:15

456:19,25
shelf 545:6
Sherrie 420:21,25
421:2 427:9
442:21 443:4,19
443:22 444:6
445:3,6,16
446:12
Sherry 416:13
487:14,17
shipped 553:25
Shirley 489:25
490:5 492:11
shook 498:17
shoot 576:4
shop 569:16
shorthand 413:19
590:12 591:15
643:1,8
show 427:17 428:2
430:12 451:4
482:5 510:25
546:4 555:25
589:17 595:4
showed 430:1
549:18 558:6,14
619:13
showing 436:20
508:15 558:6
shown 637:2
shows 428:15
499:6 558:11
620:5
sick 432:10 436:8
436:11 441:8
side 436:7 483:14
483:18 579:12
Sidney 500:21
signal 433:2
signaling 630:20
632:9
significant 480:19
581:19 606:7
significantly
436:18 438:3
573:4 605:2
signify 501:21
silver 480:15
similar 429:17
432:2,4,6 435:19
443:14 444:16
479:10,11 498:5
502:11 571:14
573:2,15 574:13
574:21 581:6
582:25 584:21
595:14 599:21
601:24 610:4
618:25

similarities 573:14
similarity 573:15
598:12
Simmons 416:16
489:25 490:5,5,6
490:22,22 492:4
492:8,8,11
495:25 549:21
549:22 577:17
577:17
simple 485:9
simply 613:16
simulation 620:24
simultaneous
579:3
simultaneously
574:4 579:6
single 453:22 550:4
554:14 620:6
629:12
sir 420:22 424:15
461:23 501:2
530:7
sit 492:8 631:11
site 498:25
sitting 602:3
situated 584:21
situation 573:7
situations 620:16
639:23
six 574:10 597:16
Six-foot 533:13
542:9
size 573:16 582:20
skin 485:2 552:8
602:9 603:1,2,4
603:6,13,14,18
604:7,9,17,19,22
604:23,25 605:5
605:20
sky 579:10
sleep 481:1
slight 449:5,7
531:8 581:13,14
615:12 616:25
slightly 502:23
615:11 623:20
small 425:21 435:1
435:14 477:12
573:17 585:25
587:25 597:1
611:23
smaller 583:12
586:2
smear 467:17
smell 439:23,25
440:17,23
Smith 416:17
493:15,17

smoke 463:25
464:25 471:16
476:15 613:20
614:2,5 640:2,4
640:5
smoked 462:7,10
463:14,17,20
464:23 469:15
470:14 493:23
505:18 508:3
509:6 510:2,4
518:23,25
521:15 528:16
531:6 533:19
536:4,11 568:16
smoker 469:12,19
470:11,15,18
471:15 475:14
475:16,21,22,23
476:12,18 482:1
482:2 487:3,6,6
487:7 493:23
494:1 504:3,3,21
505:17,18
506:10,11,12
507:6,7,22 509:3
510:1 511:13
513:16 514:8
515:25 517:25
518:21 519:3,5
520:17,18 526:5
528:19,20
563:12 564:15
568:14
smokers 448:7
smokes 482:3
487:24 488:4
516:1 523:8
526:2
smoking 448:24
450:21 469:16
470:17 476:14
482:6 488:10
507:10 508:1
509:5 516:2
521:13 523:6
524:17,23
525:20,25
528:14 530:8,11
531:4 533:17,22
536:12 563:15
582:18,19,21,24
583:1
social 467:18 499:5
582:25
social/economic
502:11
sodium 485:12,12
soil 439:15 552:9

sole 560:14
solubility 576:7
soluble 602:7,9,19
602:23 605:24
solvent 576:6,8
solvents 602:17,18
somebody 584:2
610:10 612:13
someone's 455:12
604:16
someplace 559:21
somewhat 432:7
436:15 583:2
soon 482:14
544:25
sorry 421:11
432:23 434:23
450:23 451:20
461:15 472:2,17
474:12 476:21
486:12 488:7
506:11 508:21
511:24 512:5,7
516:9 522:25
525:23 529:16
531:23 536:17
540:1 557:15
558:18 563:16
564:2 567:14
568:14 578:15
585:6 593:20
604:11,13
616:10 625:1
sort 438:11 444:13
448:1 464:2
579:7 588:12
590:12 592:23
sought 440:23
source 424:5 448:5
594:22
South 612:11
southern 573:17
573:17
Southwestern
423:10
so-called 435:9
596:17
speaking 599:18
611:24
speaks 435:25
special 607:2
species 632:14,16
632:19 635:16
635:19
specific 427:6
495:15 553:13
562:21 627:21
630:4
specifically 443:4

sole 560:14
452:7 572:25
573:11 595:11
601:6 611:23
625:10 627:15
specimens 549:5
speed 605:25
spelled 477:2
spend 605:9
spent 445:12
465:10 638:19
638:21
spin 554:4
spite 638:21
spoke 442:19
452:25 622:17
spot 553:2
spots 576:10,14
spotted 566:11
spreadsheet
416:18 447:8
491:13 548:18
554:17,24
555:18 571:19
571:22
stack 622:24
staff 492:13 568:21
569:7 572:10
622:16,19
stage 635:16
stages 630:21
stage-specific
635:20
standard 573:20
576:25 580:21
580:22,25 581:2
610:25 611:1,3,5
614:21
standardizations
580:15
start 421:3 455:11
491:20 618:14
started 507:9
510:2 523:6
525:20,25
528:14 530:8,11
568:3 603:7
starting 491:24
503:6 505:19
state 499:4 573:16
642:16 643:2
stated 440:17
444:14 448:9
472:11 497:25
502:18 550:9
573:11 576:20
580:14 586:21
statement 556:14
579:21 616:13
617:8,17 636:5

Page 860

836:7 843:20
844:1,3 846:13
articles 838:10
artificial 721:14
aryl 687:4 846:18
arylamine 691:22
asbestos 730:8,10
Asian 834:13,14
aside 718:10
722:13
asked 660:23 704:2
705:6 711:23
715:14 734:7
817:9
asking 660:8 692:9
753:11 775:18
840:12
asks 689:13
aspect 772:1
assay 786:21
assertion 819:7
assessing 791:16
assessment 703:5
839:13
assign 763:4,5,7
assigned 733:20
associated 661:25
662:25 686:7
699:7 732:22
741:1 758:20
767:8 770:3
776:25 800:5,7
800:20,22 804:1
805:19 816:14
820:4 832:4,10
associates 774:25
association 699:16
755:2,15 756:3
767:6 772:25
778:5 792:17
800:3 804:16
806:20 809:5
816:1 839:1
841:9
Associations 770:1
assume 651:21
659:21 660:13
728:3
assumed 852:4
ate 667:11 704:22
705:7
atoms 652:14
653:9,12 753:14
atrazine 753:12
attach 652:14
attached 751:14
857:10
attacks 731:6
attempt 703:12,13

729:5 852:2
attempted 771:24
attempting 826:10
attention 691:11
740:16 813:12
attorney 858:13
attorneys 733:18
733:20,22
attributable
727:15,19
796:12
aunt 682:23
Austria 825:24
826:3,13
author 754:6
756:25 783:6
792:16 797:16
818:6
authored 784:14
784:15
authorizing 673:22
authors 694:15
756:22 783:11
783:13,14
803:24 804:15
805:13 832:20
840:13
author's 671:2
832:15
available 731:24
736:2 790:21
825:8
Avenue 645:16
average 649:18
652:21 750:17
750:19 853:7
averages 762:11
avoid 711:3
aware 654:12
660:18 671:17
680:20 681:1
683:17,20,23
685:7 686:1
705:16,21
706:14,17,23
715:18,22
716:15 723:24
724:23,25 726:6
726:7 727:10
728:19 731:12
731:17 739:8
755:1,7 756:2
757:2 785:9,15
awful 855:12
A-R-Y-L 846:18
a.m 645:17 649:2

B

B 782:13

BaA 845:8,12,23
babies 808:25
baby 665:14,15,16
665:21 682:1
691:25 705:15
baby's 705:18
back 649:9 672:5
709:13,18 718:7
733:5 739:18
740:16 747:23
752:18 764:2
774:11 776:3
782:9 792:6,8
829:20 831:17
843:22 848:25
background
652:23 679:6
704:22 745:8
751:1,2 829:21
852:17
backhandedly
779:2
bacteria 744:10
bacterial 744:9
bad 725:16 751:7
830:16
BAL 757:19
balance 805:12
balls 739:19 740:1
740:9
ban 740:8
banks 724:1
banned 708:23
739:20,22,23
BaP 844:16,18
845:1,8,11,23
barbecue 754:14
754:20,23
barely 668:11
Barnes 654:5,14
656:21 659:5
681:6,11,12,19
682:10,20,21,25
683:2,6,14
690:12 692:3
703:21,21,22,23
704:5,12,25
705:25 713:14
713:16 715:8
731:16,25 750:7
765:2,6 781:15
796:2 798:7
807:21 811:3
817:7,10,19
821:21 831:21
832:5 837:21
840:9 842:23
847:7
based 650:15 651:9

652:18 657:11
670:22,25 671:4
682:13,14,17,22
700:22 733:22
734:18 759:14
782:14 784:22
784:24,25
810:22
basic 787:18
basically 768:19
796:17
basis 651:3,11
666:20 721:11
730:20
Bay 668:5
beans 704:5
Beazer 646:6
BECK 644:5 645:5
BECKHAM
646:12
beginning 645:17
792:6
begun 651:23
behalf 665:16
behavior 831:23
Belgium 768:5
believe 650:20
654:4,7 658:3
660:22 667:7
668:24 676:7
678:5 681:18
682:16,19,20,20
682:25 683:2
694:3,22 696:12
699:1 712:3
713:21 718:12
723:7 732:13
742:13 758:20
761:16 797:2
825:16 831:24
benchmark 719:4
719:10
benign 662:22
790:17 821:11
821:13
Benzanthracene
844:5
benzene 721:21
796:9 797:1
827:25 829:17
839:2,13,16,20
839:21 841:19
841:20,21
842:24 843:3
benzopyrene 720:1
720:3 786:16
788:7,14 827:25
829:9 844:4,13
better 674:24

801:16
Betty 742:19
BHCH 809:4
bias 803:14 834:21
834:23,25 835:5
835:6
bibliography
685:18 745:19
755:12,13 764:6
782:20
big 669:17 691:15
707:10 711:12
735:17 751:22
841:23
bigger 812:21
833:14,16
BIGGERS 646:12
biggest 663:22
667:3 744:23
834:4 839:22
bilateral 662:20
bill 649:15
billed 650:4
billion 713:10,11
834:6
bills 729:1
bind 695:25 753:25
binding 687:3
788:17
bioaccumulative
687:2
biological 687:3
793:14
biomarker 794:5
806:4,6 851:23
biomonitoring
732:19 740:22
756:20,21
Biphenyl 647:21
790:6 799:18
Biphenyls 647:14
647:16 648:4
769:21
Birnbaum 686:6
686:11 688:22
688:23 689:1,2,3
689:4,9,13 690:5
691:10,14
692:23 693:8,21
695:4 696:2,12
776:3
Birnbaum's 692:8
696:5
birth 659:12
660:18 661:20
661:23,24
665:11 683:5
684:24 818:19
birthdays 762:3

births 659:11
bit 713:14 744:11
771:25 826:23
828:5,17 829:16
850:13 854:25
855:3
black 666:16 834:8
blacks 666:19
669:18,19 671:6
834:5,9,10
blah 816:2,2,2
blood 650:11,20
651:15,22 652:6
652:9 660:2
676:3,11,14
705:8 707:2
709:23 710:3,6
712:2 713:9,11
731:16 732:2,5,8
732:17 733:6
735:21 736:22
736:22 741:22
742:5,9,11,23
743:1,4,5 744:19
748:13 752:6,10
752:14,17,19,24
753:3 755:3,9,15
756:5,11 757:4
757:12 758:22
760:4,7,13,22
761:11 763:11
775:22 793:6,9
808:2 824:9
833:24 851:10
851:12 852:14
852:25 853:24
854:22 855:1,14
bloodstream
760:23
BMI 663:8
board 665:17
672:14,24,25
676:25 677:4,8
677:10,13,15,18
677:22,24 678:4
678:18
Bob 677:10 678:15
678:18
bodies 718:10
730:3
body 652:2 653:14
656:22 657:2,11
657:16,18 661:4
662:9 663:5,11
663:16,18 664:1
712:11 729:25
731:25 791:16
808:9,17,20
Bootstrap 803:12
borderline 781:3

823:6,17,20
**born** 658:6 681:21
  690:24 691:1
  711:5
**bosses** 784:18
**bothered** 657:8
**bottom** 774:4
  777:15 779:14
  800:25
**bought** 704:10
  740:1,7
**Bow** 704:7
**BP** 788:14
**brain** 684:9
**brand** 707:15
**BrdU** 845:6
**break** 703:16
  740:12 795:13
  841:16
**breakdown** 853:20
**breast** 647:14,22
  647:25 648:4,6
  648:14 659:15
  659:17 661:5,10
  661:17,19
  662:23,23,25
  665:9,21 666:1,5
  666:12,14
  668:23 669:1,11
  669:11,14
  670:12 671:5
  672:2 680:21
  681:2,7,12 682:8
  682:11,21,23
  683:3,18,22
  684:1,9,15,18
  685:5,11,14,15
  686:3,8 689:10
  689:19 690:2,13
  692:3 693:9,17
  697:5 698:3
  699:7,17,25
  700:2,3,7,21
  705:18,22
  706:12 708:22
  710:3 713:25
  714:7,12,12,16
  715:9,15,20
  716:3,17,25
  717:6,7,8,10,10
  717:12,16,17,18
  717:18,19,23
  718:6 720:9
  722:16,20
  727:12,22 728:3
  728:6,7,11,13
  729:10 731:10
  747:16 752:13
  755:18 764:21

765:2,4 766:1,7
766:12,17 767:6
767:9,14 768:17
769:22 770:2,3,9
771:3,14,23
773:1 774:8,15
774:24 775:1
776:7,25 778:5
778:12,15 779:6
779:15 781:20
785:21 786:3,4,8
786:22 787:4,4,9
787:23 788:2
790:6,12,17
792:23 793:8,13
793:13,16,17,19
794:10 795:4,5
795:21,23 796:4
796:5,6,18,25
797:6,11 798:2,7
798:10,13
799:11,18
802:18,23 804:1
804:7,17 805:3,5
805:18 806:14
807:9 808:6
809:3,11,22
810:1,4,5 811:5
811:6,8,22
812:25 814:1,4
815:22 816:5,15
818:6,13 819:8
820:12 821:5,6
821:25 822:25
823:4,12 824:5
827:4,6,10 828:2
829:8,25 830:11
830:20 831:6,16
831:20 832:2,16
833:13 835:22
836:9 837:2,19
837:20 838:5,25
839:19 840:2,10
840:15 843:9
850:17,22,24
851:3,5 852:1
854:5
**breasts** 787:7
**breathers** 723:11
**breathing** 651:12
**brief** 703:18 794:8
  795:15 819:20
**bright** 852:20
**broad** 646:4 774:6
  828:8
**broken** 773:11
**bronchial** 737:6
**brother** 704:7
**brought** 742:12

743:13 774:12
**Brown** 687:22,24
  687:25 688:1,6
  688:24 698:7,7,9
  698:14,25 699:5
  699:14,21 701:6
  701:13,22 702:2
  702:9 703:8,9
  711:6,12 765:9
**Brown's** 699:13
  700:10
**budget** 736:3
**building** 666:11
**built** 758:10
**bulk** 751:19 753:2
**bulky** 753:13,15
**bunch** 729:3
  791:23 820:9
  828:9
**burden** 791:16
**Burnbaum** 774:11
**burned** 712:11
**burning** 651:3,13
  651:17,24
  652:10 746:18
  748:20,24
**bus** 746:4,6,7,9
**bush** 728:10
**business** 654:21
**businessman** 679:7
**bussed** 742:3
**buy** 656:14,19
  740:4,5
**buying** 655:10
**B-i-r-n-b-a-u-m**
  686:6

| **C** |
**Cal** 679:22
**calculate** 657:1,11
  693:11 718:23
  731:16 732:1
  759:3 778:14
  793:17,25 798:9
  820:18 830:7
  832:22
**calculated** 711:19
  711:21 715:7,10
  716:3 720:5
  721:7 722:7
  759:2 762:12
  791:11
**calculates** 719:18
**calculation** 713:16
  778:22
**calculations**
  713:14 715:10
**California** 644:16
  645:17 649:1

722:3 738:6
739:23 740:4
858:2
**call** 790:15 827:21
  849:9
**called** 672:9
  679:10 687:17
  706:4 718:15
  723:20 724:5,11
  725:20 726:12
  728:19,21
  749:20 801:14
  814:20 815:6
**cancel** 847:3
**canceled** 739:25
**cancer** 647:10,13
  647:14,17,22,25
  648:4,6,8,14
  655:3 656:23
  659:17 661:5,10
  661:11,18,19
  662:24 663:1
  665:9,21 666:1,5
  666:12,14
  668:23 669:1,3
  669:11,11,14
  670:12 671:5,11
  671:19,21 672:2
  680:21 681:2,7
  681:12 682:8,11
  682:21,23 683:3
  683:18,22 684:4
  684:9,9,18
  685:12,14,16
  686:4,15 689:11
  689:19 690:2,13
  691:20 692:3,4,6
  693:9,18 695:1
  697:5,5,9 698:3
  699:8,17,25
  700:3,7,15,22
  701:9 705:18,23
  706:12,12,12
  709:4 713:25
  714:4,7,15 715:3
  715:9,15,20
  716:3,9,17,20,25
  717:6,10,11,13
  717:17,18,18,19
  717:23 718:6,15
  718:17 719:18
  719:21 720:10
  721:3 722:3,16
  722:20 723:4,5
  724:3 727:12,22
  728:3,3,6,7,10,11
  728:13 729:8,10
  729:10,12,13,14
  729:17,22 730:1

730:3,7,10,11,14
730:19,21 731:9
731:10 738:11
747:16 755:3,9
755:16,17,18,18
758:19 759:12
759:14,22,25
760:11,17
764:21 765:3,4
766:1,7,12,17
767:6,10,14
768:17 769:22
770:2,3,9 771:4
771:15,23 773:1
774:8,15,24
775:1 776:8,19
776:25 778:5,8
778:11,15 779:7
779:15 781:20
785:21 786:22
787:24 788:3
790:7,12 792:21
793:8,14,17
794:10 795:4,5
795:21,23 796:4
796:5,6,18,25
797:7,11 798:3,7
798:10,13
799:11,19
802:18,23 804:2
804:7,17 805:3,5
805:18 806:14
807:9 808:6
809:3,11,22
810:1,4,6 811:5
811:6,9,22
812:25 814:1,5
815:22 816:5,15
818:6,13 819:8
820:4,12 821:6
821:25 823:1,12
824:5 827:4,7,10
828:2,20 829:8
829:18,25
830:11,20 831:6
831:16,17,20,24
832:2,16 833:13
835:22 836:10
837:2,19,20
838:5,25 839:19
840:15 843:9
847:18 849:8
850:17,22,24
851:3,5 852:1,21
854:5
**cancerous** 760:8
  760:14 786:12
**cancers** 680:24,24
  684:1,15 685:5

692:1 714:5
715:17,23,25
716:1,4 722:5,23
723:8 728:12
738:1 760:19
771:23 778:6
811:20 813:10
813:11,19
850:23
**cancer-causing**
  697:14 739:23
**candidate** 794:9
  828:7
**capabilities** 786:20
**capacity** 739:21
**carbonaceous**
  748:24
**carcinogen** 688:9
  714:23 718:11
  718:19 723:24
  724:24 725:1,17
  725:17 726:6,18
  727:10 729:22
  729:23 730:14
  730:15,21 731:4
  731:5 738:13,18
  739:11
**carcinogenesis**
  829:4
**carcinogenic** 697:9
  720:1 722:1
  730:4,17 738:16
  739:7 818:21
**carcinogens**
  729:24 737:7
  829:10
**carcinoma** 823:3
**carcinomas** 688:14
**care** 729:6
**carpet** 707:10,15
  707:16,20 708:2
  708:11
**carry** 714:25
**Carver** 650:11,21
  651:22 652:9
  681:20 683:11
  690:21,23 691:3
  734:24
**case** 650:2,5 654:5
  691:25 693:13
  706:14,17 710:9
  720:10 721:11
  721:20 722:9
  731:1 733:9
  738:9 749:2,7
  752:17 754:2
  758:16 761:17
  771:13,18
  772:16,19

824:25 825:4,23
826:16,24,25
827:12 828:15
829:4 831:7,9
832:17,21
835:24 836:5,7
836:20 837:2,7
837:11 838:6,11
839:2 840:10,19
841:15,18
842:16 843:8,10
846:6,24 847:22
847:25 849:2,12
849:17,23 850:1
850:7,16 852:7
853:8,25 854:4
854:19 855:23
856:1
right-hand 842:14
845:3 846:14
rise 712:3 801:25
risk 647:22,24
648:4,14 654:19
655:4 661:5,7,9
661:10,13,18,23
661:25,25 662:7
662:17,17,18,21
663:4,9,12,17
664:1,4,7,8,10,14
664:18 665:5,9
665:17,19,23,25
666:3,12,14,22
668:20,23 669:1
669:20 671:5
681:7,12 682:5,8
682:10,17,21
683:3,9,12,15
684:15,16 685:1
685:12,14,16
689:10 690:13
691:20 693:8,10
693:11 698:3
699:25 700:23
700:25,25 703:4
705:18 714:3,6,7
714:15,16,21,24
715:1,2,5,6,9,13
715:15 716:12
716:21,22
718:17 719:2
720:9,18,20
721:6,7,13,15,17
722:16,20 724:3
728:4,7,14
730:11 738:10
748:19,21
758:19,23 759:1
759:11,14 766:6
766:10 767:9,14

767:23 768:16
769:22 770:2,3,9
770:24 771:10
773:1 774:8,24
775:1,3,8,23,25
776:1 778:14,20
778:21,24 779:7
779:13,22
781:20 787:23
794:1,4,10,13,15
794:21 796:12
796:18 797:6
798:10 799:19
800:5,7 801:3,4
801:5,5,5 802:18
802:23 803:14
803:23 804:2,7
804:17,21 805:5
805:8,11,13,18
805:19,24 806:2
806:14,21 807:9
808:6,21,23,24
809:3,11,22
810:1 812:11,13
814:1 815:17,22
816:4,15 817:17
818:14,16 820:4
820:12,18,23
822:25 824:5
830:7 831:23
832:2,22,24,25
833:8,13 835:6
836:17,18 837:2
837:20 838:25
839:18,20
841:14 850:21
852:2
risks 665:15
693:12 759:6,25
779:20 780:5
Rita 677:20 680:3
680:5
roadway 745:2,4
rodents 694:12
role 648:10 694:20
-786:22
room 674:15
736:22
root 678:1,3 707:5
Root's 679:9,15
routine 817:11
Rude 678:2
run 680:16 704:19
running 684:16
825:8
runs 679:25
rural 744:24,25
745:13,17 746:1
747:8,25 748:5

749:13 771:20
Russia 648:17
850:1,3,25 851:6
Russian 855:8,11
R-E-F-E-R-E-N-...
842:8
R-e-n 673:8
R-c-y-n-o-l-d
673:9
R-i-f-a-n-p-i-n
723:20
R-o-o-t 678:3

                S
Sacramento 679:9
679:16,18
680:15
safe 651:21 714:22
716:13 719:8
720:24 782:11
salmon 668:2
795:8,11
Samara 713:20
sample 817:12
sampled 705:8
samples 743:17,22
808:2,3 855:14
sampling 713:6
743:19 808:4
Santa 644:16
645:17 649:1
668:5,10
SAS 801:22
sauna 674:15
save 762:6
saw 792:15
Sawyer 654:10,15
660:10 704:2,4
713:19,20,22
714:1,3 715:7,14
719:17 720:4
824:19 825:16
Sawyer's 704:13
705:1
saying 670:16
692:20 718:24
774:2 776:1
784:21 803:21
846:6 849:4
says 663:25 665:11
665:14 668:12
669:9 687:13
689:15 700:11
767:18 771:12
772:22 774:5
775:25 779:2,14
779:24 804:5
809:2 818:20
829:5 842:4

845:4 846:15
855:1
Schecter 708:14
709:19 711:23
Schmidt 673:4,6
756:23
Schmidt's 673:17
science 679:11
684:12 701:14
715:18 716:16
731:24 837:17
scientific 718:13
739:13 792:3
scientists 708:17
712:3 793:16
score 801:4,10,11
801:12 803:23
scored 801:11
scores 801:24
screen 661:13
screened 736:23
screening 786:10
screwing 835:1
se 807:18
searching 672:7
second 755:21
761:6 771:17
831:18 844:4
secondary 729:18
secondhand
666:10 748:17
section 686:22
687:17 699:5
755:14 764:23
804:14 805:15
808:5,13
securing 675:7
see 654:25 657:3,8
657:9,21 660:11
664:6 669:9
671:13 674:20
681:16 685:22
686:22 687:9,13
688:10,15,15
693:12 700:6
710:15 711:2
719:16,22 720:3
721:11 723:7
731:19 732:6,11
736:8 737:16,21
738:12 745:16
745:20 747:3,11
749:8 750:4
752:1 757:7,9
762:2 763:22
764:8,15 768:23
771:14 772:2,13
773:12,23 775:5
775:15 776:1

777:20 778:16
778:17 779:24
780:4 783:17
786:10 787:14
789:17 790:17
791:15 792:24
800:4 801:11
806:7,18 808:11
809:7 811:15
815:14 820:24
831:15 832:24
837:13 840:18
842:14 852:3,4
853:11 855:6
seeing 701:3
805:11 833:22
852:18
seen 680:23 681:4
712:1 731:11
759:3,8,13 768:2
784:20 785:5,7
788:9 808:22
825:12 840:4,5,5
840:6
sees 692:5
segment 752:23
selected 732:19,25
740:20,21
741:16,21
761:10 771:17
772:5 774:20
selection 735:2
829:1
send 743:5,6
817:11
sending 743:4
sends 742:8
sense 716:8 762:23
765:7 800:4
802:25 828:8
831:25
sensitive 803:5
813:10
sensitivity 714:18
758:13
sentence 662:11
712:6 763:10
779:11
separate 721:24
743:7
September 658:5,6
series 667:6 773:14
serum 709:24
713:11 743:6
766:6,6,20
774:17 807:24
808:4
serum-starved
845:14

served 677:4
service 739:14
session 675:4
848:25
set 743:14 782:2,10
782:13 858:4
setting 654:23
655:17 685:14
seven 652:17,21,24
759:10 773:4
795:21 822:22
shaded 670:9,10
sham 674:12
sheet 749:24
Sherrie 654:4,14
656:21 681:6,11
681:19,21 683:2
683:6,13 690:12
690:20 692:3
703:21,23 704:9
704:12,25
705:25 713:14
713:16 715:8
750:9 765:2,6
781:14 796:2
798:7 807:21
811:3,817:7,10
821:21 831:21
832:5 837:22
842:23 847:7
Sherrie's 704:7
Sherry 731:16,25
ship 743:8
shipment 743:2
short 648:7 711:24
751:17 819:18
819:23
shorter 652:13
753:4,6
shorthand 645:19
858:1,8
show 722:4 730:8
738:10 747:10
755:8 761:7,10
761:24 763:2
789:8 792:16
796:24 806:10
833:11 838:18
showed 683:25
707:19 713:9
761:22 771:21
797:20
showing 717:11
744:3 794:6
831:22 832:15
shown 666:18
670:13 715:24
716:25 717:5
722:23 749:11

# LUNDY & DAVIS, L.L.P.
## ATTORNEYS AT LAW

HUNTER W. LUNDY*
CLAYTON A.L. DAVIS**
MATTHEW E. LUNDY**
DAVID A. BOWERS†
SAMUEL B. GABB
DAVID H. HANCHEY
JAMES D. CAIN, JR.
M. KEITH PRUDHOMME
MICHAEL D. CARLETON
THOMAS P. LEBLANC
CHARLES H. PECKHAM††
JACKEY W. SOUTH****
ANDRE F. DUCOTE†
CATHERINE H. CRAMER
JENNIFER L. RAY
LISA L. STEWART††
WILLIAM M. QUIN, II*

OF COUNSEL:
CARL H. HANCHEY

ALSO ADMITTED IN
MISSISSIPPI*
TEXAS**
ARKANSAS***
ADMITTED IN MISSISSIPPI ONLY†
ADMITTED IN TEXAS ONLY††

501 BROAD STREET
P. O. BOX 3010
LAKE CHARLES, LOUISIANA 70602
(337) 439-0707
FACSIMILE (337) 439-1029
www.lundydavis.com

333 N. SAM HOUSTON PKWY E.
SUITE 375
HOUSTON, TEXAS 77060
(281) 272-0797
FACSIMILE (281) 272-0781

1855 LAKELAND DRIVE
SUITE R-305
JACKSON, MISSISSIPPI 39216
(601) 362-0001
FACSIMILE (601) 362-0661

OF COUNSEL:
WAYNE E. FERRELL, JR.†
MASTERS OF LAWS, LL.M.
AVIATION & SPACE LAW
405 TOMBIGBEE
JACKSON, MISSISSIPPI 39201
(601) 969-4700
FACSIMILE (601) 969-7514

June 13, 2005

**VIA FACSIMILE AND U. S. MAIL**

Cal R. Burton Esq.
Wildman, Harold, Allen & Dixon
225 West Wacker Drive, Suit 2800
Chicago, IL 60606-1229

Glenn F. Beckham, Esq.
Upshaw, Williams, Biggers,
  Beckham & Riddick
309 Fulton Street
Greenwood, MS 38935

Christopher A. Shapley, Esq.
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
Jackson, MS 39201

RE:    **Fred Beck, et al. v. Koppers Industries, Inc., et al.**
          **Civil Action No. 3:03CV60-P-B**

Gentlemen:

Enclosed please find a list of the defense experts and plaintiffs' counsel responsible for taking their depositions.

We intend to begin taking depositions on Monday, June 20, 2005 and be completed by July 8, 2005. As the motion deadline for all parties is July 30, 2005, we need to be through taking these depositions at least three (3) weeks before that time.

We ask that you provide us with dates for depositions of all defense experts by Wednesday of this week. If we do not have dates from you by that time, we will notice the depositions at the location the witnesses work and at our convenience. Additionally, please consider this as our request for all back-up data, notes, documents, literature or any other material compiled in the files of the

EXHIBIT B

June 13, 2005
Page 2

experts and/or considered by the experts in the formulation of their opinion and have it provided to our office by Friday of this week.

On another note, after this week, we will not permit the taking of any other testimony from our experts by defense counsel without a court order. You have abused this process and mislead the reasons for which you were taking the depositions. Dr. Dahlgren has been deposed four (4) days, two (2) of which occurred after the severance. During the second two (2) dates, you chose not to address the Sherri Barnes case when you knew the case was severed for trial. We will not permit the taking of anymore plaintiffs' experts in the Sherri Barnes case. Randy Horsak will be produced this week for the Sherri Barnes case only.

Again, please provide us with dates and locations for the depositions of your experts as indicated above. If not, we will notice them accordingly.

Awaiting your response.

Sincerely,

HUNTER W. LUNDY

HWL/cp

June 13, 2005
Page 3

Defense Experts
and
The Responsible Attorney for Taking the Deposition

Fred Beck, et al
v.
Koppers, Inc., et al

| | | |
|---|---|---|
| Paul Anderson, Ph.D. | Evaluation of dust and sediment samples for PAHs, PCDDs and PCDFs; and Also evaluated PAH in soil samples provided by AquAeTer | David Hanchey or James Cain |
| Frederick B. Carlton, M.D. | Toxicology | Hunter Lundy or Keith Prudhomme |
| Philip Cole, MD, Dr.PH | Epidemiologist | Catherine Cramer |
| Michael R. Corn | Ambient Air Testing; PAH Identifications; Soil Analysis of Dixon & Furan; and Soil Analysis of PAH and PCP : | David Hanchey or James Cain |
| Raymond A. Ferrara, Ph.D. | Water Resource Aspects | David Hanchey or James Cain |
| Robert Frehner, P.E. | Opinions: 1. Remediation; and 2. Residential Properties Located North and Northeast of Grenada Facility | David Hanchey or James Cain |
| Wayne M. Grip | Photointerpretation and Photogrammetry | No one assigned at this time |
| Philip S. Guzelian | Toxicologist | Keith Prudhomme |
| Gale F. Hoffnagle, CCM, QEP | Air Evaluation | Hunter Lundy |
| Gary Kleinrichert, CPA | Certified Public Accountant | No assigned at this time |
| Gary D. McGinnis, Ph.D. | History and state of the art of wood treating operations | David Hanchey or James Cain |
| H.M. Rollins, P.E. | Wood Preserving | David Hanchey or James Cain |
| Joseph J. Santoleri, P.E. | Wellons Waste Wood Fired Boiler System Design and Operation Installed at Koppers in Grenada | Andre Ducote |
| James Cain V. Shea, Jr., CIH, CSP | Railroad Expert | Keith Prudhomme |
| Walter J. Shields, Ph.D. | Evaluation of Dioxins, Furans, and PAHs | Hunter Lundy |
| James Cain Tate Thigpen, M.D. | Oncologist | Keith Prudhomme |
| Otto Wong, Sc.D. | Epidemiologist | Hunter Lundy or Keith Prudhomme |

## AFFIDAVIT OF ANTHONY G. HOPP

STATE OF ILLINOIS

COUNTY OF COOK:

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the state and county listed above, the within named Anthony G. Hopp, who after being first duly sworn, stated on oath the following:

1. My name is Anthony G. Hopp. I am an attorney licensed to practice in the State of Illinois (Bar Number 1699290). I am admitted to practice before the United States District Court for the Northern District of Illinois. I have been admitted to the Northern District of Mississippi, *pro hac vice,* for the purpose of this case. I am competent to testify to the matters contained in this Affidavit. My testimony is based upon my personal knowledge.

2. I am counsel of record for the Koppers Inc. and Beazer East, Inc. in the civil action captioned *Fred Beck, et al. v. Koppers Inc., et al.*; Civil Action No. 3:03CV-60-P-D; currently pending in the United States District Court for the Northern District of Mississippi, Western Division. This affidavit is submitted in accordance with Local Rule 37.1(a) in support of the Defendants' Motion to Compel the Completion of the Deposition of James Dahlgren, M.D., or, in the Alternative, to Bar the Testimony of Dr. Dahlgren. This affidavit outlines the good-faith attempts made by the Defendants' counsel to resolve this discovery dispute extra-judicially, and Plaintiffs' counsel's failure to cooperate in Defendants' counsel's efforts.

3. Defendants have taken four sessions of Dr. Dahlgren's expert deposition in this case. Owing to the enormous amount of material on which Dr. Dahlgren purports to rely to support his opinions, the deposition is not yet complete as to the first trial plaintiff in this case, Sherrie Barnes.

4. Defendants have repeatedly asked for Plaintiffs to provide dates for what Defendants hope will be the two final sessions of Dr. Dahlgren's deposition related to Ms. Barnes.

5. On June 13, 2005, Plaintiffs' counsel wrote to defense counsel and stated that Plaintiffs refused to produce Dr. Dahlgren for the completion of his deposition.

6. On June 20, 2005, my partner, Cal Burnton, sent, via e-mail, to Plaintiffs' counsel a Rule 37.1 Good Faith Certificate. Mr. Burnton requested that Plaintiffs' counsel execute and return the Good Faith Certificate. To date, Plaintiffs' counsel has failed to return the Good Faith Certificate.

1544512_1.DOC



PENGAD 800-631-6989

**EXHIBIT C**

FURTHER AFFIANT SAYETH NOT this the 22nd day of June, 2005.

_____
Anthony G. Hopp

SWORN TO AND SUBSCRIBED BEFORE ME this the 22nd day of _JUNE_____, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MILENKA S. HRNCIAR
Notary Public, State of Illinois
My Commission Expires March 10, 2007

2