Page 644

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE NORTHERN DISTRICT OF

3                  MISSISSIPPI, WESTERN DIVSION

4

5    FRED BECK, ET AL.,                )
                                       )
6              Plaintiffs,             ) No. 3:03C0V60-P-D
                                       )
7         vs.                          )
                                       )
8    KOPPERS, INC., ET AL.,            )
                                       )
9              Defendants.             )
     _____)

10

11

12

13

14

15              JAMES DAHLGREN, M.D.

16             Santa Monica, California

17             Tuesday, May 10, 2005

18                  Volume IV

19

20

21

22   Reported by:

23   DIANA JANNIERE
     CSR NO. 10034

24   L.A. JOB No. 910792

25

Page 645

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF

3               MISSISSIPPI, WESTERN DIVSION

4

5    FRED BECK, ET AL.,                    )
                                           )
6              Plaintiffs,                 ) No. 3:03CV60-P-D
                                           )
7              vs.                         )
                                           )
8    KOPPERS, INC., ET AL.,                )
                                           )
9              Defendants.                 )
     _____    )

10

11

12

13

14

15          DEPOSITION of JAMES DAHLGREN, M.D., Volume

16   IV, taken on behalf of Defendants at 1700 Ocean Avenue,

17   Santa Monica, California, beginning at 9:00 a.m., and

18   ending at 5:00 p.m., Tuesday, May 10, 2005, before Diana

19   Janniere, Certified Shorthand Reporter No. 10034.

20

21

22

23

24

25

Page 646

```
 1   APPEARANCES:
 2   For Plaintiffs:
 3           LAW OFFICES OF LUNDY & DAVIS, LLP
             BY: KEITH PRUDHOMME, ESQ.
 4           501 Broad Street
             Lake Charles, Louisiana  70602
 5           (337) 439-0707
             kprudhomme@lundydavis.com
 6
     For Defendants Beazer, Inc., and Koppers, Inc.:
 7
             WILDMAN, HARROLD, ALLEN & DIXON, LLP
 8           BY:  ANTHONY G. HOPP, ESQ.
             225 West Wacker Drive
 9           Chicago, Illinois  60606-1229
             (312) 201-2537
10           hopp@wildmanharrold.com
11   For Defendant Illinois Central Railroad:
12           UPSHAW, WILLIAMS, BIGGERS,
             BECKHAM & RIDDICK, LLP
13           BY:  CHRISTOPHER W. WINTERS, ESQ.
             309 Fulton Street
14           Greenwood, Mississippi  38935
             (662) 455-1613
15           chris@uwbbr.com
16
17
18
19
20
21
22
23
24
25
```

```
 1                        INDEX
 2   WITNESS                          EXAMINATION
 3   JAMES DAHLGREN, M.D.
     Volume IV
 4
 5                     MR. HOPP                    649
 6
 7                     EXHIBITS
 8   DEFENDANTS'                                  PAGE
 9       127      Persistent Organic Pollutants    675
10       128      Cancer and Developmental Exposure
                  to Endocrine Disruptors          687
11
         129      A Novel Effect of Dioxin         696
12
         130      Prenatal TCDD and Predisposition
13                to Mammary Cancer in Rat         698
14       131      Polychlorinated Biphenyls Contamination
                  in Women with Breast Cancer      765
15
         132      Plasma Concentration of
16                Polychlorinated Biphenyls        769
17       133      Cancer Rates in a Community Exposed
                  to Low Levels of Creosote Components
18                in Municipal Water               776
19       134      Adjusting Morbidity Ratios       782
20       135      Genotoxicity of Environmental Agents
                  in Human Mammary Epithelial Cells 785
21
         136      Pesticides and Polychlorinated Biphenyl 789
22
         137      Elevated Risk for Male Breast Cancer  795
23
         138      Joint Effects of Nine PCB Congeners   799
24
         139      Organochlorine Exposure and Risk of
25                Breast Cancer                    807
```

1                        EXHIBITS (Continued):
2      DEFENDANTS'                                              PAGE

3          140      Human Health Effects of Dioxins            810
4          141      Polychlorinated Biphenyls, Cytochrome
                    P450 1A1, and Breast Cancer Risk in
5                   the Nurses' Health Study                    814
6          142      Diagnosis of Breast Cancer Clinical
                    and Preclinical                            818
7
           143      Short Communication                        819
8
           144      Cancer Mortality among Workers in
9                   Chemical Plant Contaminated with
                    Dioxin                                     822
10
           145      The Role of Aromatic Hydrocarbons          827
11
           146      Adipose Concentrations of
12                  Organochlorine                             830
13         147      Environmental exposure to PCB's            836
14         148      Risk of Premenopausal Breast Cancer        838
15         149      Deregulation of Cell Proliferation
                    by Polycyclic Aromatic Hydrocarbons        843
16
           150      Dioxin exposure and Public Health
17                  in Chapaevsk, Russia                       849
18
19
20
21
22
23
24
25

Page 649

1          Santa Monica, California, Tuesday, May 10, 2005

2                    9:00 A.M. - 5:00 P.M.

3

4                    JAMES DAHLGREN, M.D.,

5          having been duly sworn, testified as follows:

6

7                    FURTHER EXAMINATION

8     BY MR. HOPP:

9          Q     Back on the record.  Doctor, you remember that

10    you are under oath?

11         A     Yes.

12         Q     Dr. Dahlgren, what is your hourly rate in your

13    work with creosote?

14         A     465 an hour.

15         Q     Do you bill for time devoted by your staff?

16         A     Yes.

17         Q     What is your staff rates?  What is a range or

18    average rate for your staff?

19         A     It varies depending on what it is that they are

20    doing.

21         Q     Can you give me a range?

22         A     No, I don't have that in my memory.

23         Q     How much time did you do in your work for

24    creosote cases from inception until now?

25         A     I don't know.

Page 650

1    Q    Can you give me a range or an estimate?

2    A    I have been working on this case for several

3    years.  I don't have that in my memory.

4    Q    Do you know how much you or entities billed

5    into the creosote case so far?

6    A    I don't know.

7    Q    How much of these entities owned by you have

8    been paid on these creosote cases?

9    A    I don't know.

10   Q    Now, as we discussed previously, you mentioned

11   dioxin levels of the blood of residents of Carver

12   Circle?

13   A    Yes.

14   Q    It is an ongoing --

15   A    Yes.  That is based on PAH analysis which, I

16   think, I indicated.

17   Q    It depends on the soils and house dust

18   indicated that was collected by others?

19   A    Yes.

20   Q    Do you have reason to believe that the blood

21   level of dioxin in the people from the Carver City

22   neighborhood were higher in the past than they are now?

23   A    I don't know.  I mean, you are talking about

24   higher for dioxin levels?

25   Q    Yes.

Page 651

1    A    Well, there are various reasons why they may

2  have been higher at certain times, at least on an acute

3  basis when they were burning the treated wood.

4         During that time, they probably would have been

5  higher because of the dioxin being generated by that

6  activity, more than presumably today, they are not

7  treating any treated wood as an energy source.  So that

8  would make a difference.

9         So based on that, one would expect the dioxins

10  to have been higher in years past.

11    Q    Would that have had been an acute basis or

12  during the years which they were breathing treated wood?

13    A    Chronic during the years when they were burning

14  treated wood.

15    Q    Do you know how much higher the dioxin blood

16  levels would have been during the years which they were

17  burning treated wood?

18    A    No, I don't think we have any way of making an

19  estimate about that.  All we can say is that it would

20  have been higher.

21    Q    Would it be safe to assume then that, that the

22  dioxin blood levels in the people in the Carver Circle

23  neighborhood would have begun to decrease when the plant

24  stopped burning treated wood?

25    A    Yes.  I think they would have experienced a

Page 652

1   decrease in their concentrations over time.  I mean, the

2   half-life of the dioxins is very long in the body.  So

3   it wouldn't have been a very rapid change.

4          But if the dose is significantly higher and you

5   reduce that dose, it will be reflected over time in the

6   blood level.

7      Q    Do you have any way of estimating or using

8   literature to provide a reference for, by what rate the

9   level of dioxin in the blood in Carver Circle would have

10  decreased over time after the plant stopped burning

11  treated wood?

12     A    Well, the half-life of the various dioxins is

13  variable.  The lower the chlorination, the shorter the

14  half-life.  The more chlorine atoms attach, the longer

15  the half-life in general.

16         TCDD, which is the most toxic one, as we

17  discussed before, has a half-life of about seven years

18  based on the studies that have been published.

19         There is a range.  I mean, some people are a

20  little slower.  Some people are a little faster, but on

21  average, it is seven years half-life.

22         That means if your exposure stops completely or

23  is reduced to background, let's say, you will experience

24  a 50 percent decline over a period of seven years in

25  TCDD.

1        OCDD will probably be longer.  It's half-life

2   is probably 12 years.  So it would take longer for that

3   one to come down.

4        And the hepta and the hexadioxins also have a

5   very long half-life.  Probably longer than TCDD, but

6   less than OCDD.

7   Q    Okay.  I'm sorry.  I know you said this before,

8   but you gave me some way of -- of tagging half-lives to

9   chlorine atoms.

10       Can you just repeat that?  I mean, what

11  dictates that?

12  A    The more -- the more chlorine atoms, the -- the

13  longer the half-life.  And the slower it is excreted

14  into the body in general -- and that holds for the

15  furans and the PCBs as well.

16  Q    Have you done any investigations of exposures

17  of the Penco Hosiery plant in Grenada?

18  A    Exposure estimate?

19  Q    Um-hmm.

20  A    No.  My understanding is that the other

21  potential sources of pollution in the neighborhood were

22  examined by other experts.  I did not specifically focus

23  on other sources.

24       The only other source that has been mentioned

25  to me as being a source of some contamination, at least

1    in the ground water is the Heat Craft plant.  I have not

2    heard any discussion about the hosiery plant.

3         Q     Yeah.  I am not talking about the hosiery plant

4    being in the neighborhood.  I believe the -- Sherrie

5    Barnes and some other plaintiffs in this case actually

6    worked in the hosiery plant.

7         A     Yes, I believe that's correct.

8         Q     Did you do any investigation of what they might

9    have been exposed to at work?

10        A     Well, the history that was taken by Dr. Sawyer

11   specifically indicated that they did not have any

12   chemicals that they were aware of at that plant while

13   they were working there.  I mean, that was the family

14   given history for Sherrie Barnes.

15        Q     Sure.  And you were relying on Dr. Sawyer for

16   that piece of your analysis to the extent that is even

17   part of your analysis; is that correct?

18        A     Yes.  In terms of looking for confounders or

19   additional risk factors, that did not appear to be one.

20              From what I know about the hosiery

21   manufacturing business, it is mainly a garment-type

22   operation where they are making garments of clothing.

23   And the hazards that might occur in such a setting would

24   be lint if it was cotton that they were using.  It could

25   be some exposure.

1        I have studied garment workers in the past, and

2   usually there is no measurable effect in work in the

3   garment manufacturing in terms of lung disease or cancer

4   risk or any of these other issues.  So as far as I know,

5   there would be no confounding from that source.

6      Q    Well, so if they were actually making nylon

7   hosiery, do you think there might be any exposures to

8   any -- whatever chemical is going in to making nylon?

9      A    If you were at a hosiery plant, you are

10  probably not making nylon.  You are buying nylon from a

11  chemical company that makes the nylon.  You are not

12  making --

13         (Telephonic interruption.)

14         THE WITNESS:  -- nylon material that would be

15  present --

16         THE REPORTER:  I'm sorry.

17         THE WITNESS:  -- in the setting there.

18         THE REPORTER:  Is that my phone or your phone?

19         THE WITNESS:  No.  It was noisy.  I think that

20  was the first couple of notes of Unsolved Mysteries.

21         THE REPORTER:  It's mine.

22         (Whereupon, the record was read as

23         follows:

24            "Q    Well, so if they were

25         Actually making nylon hosiery, do

1           You think there might be any

2           Exposures to any -- whatever

3           Chemical is going in to making

4           Nylon?")

5           THE WITNESS:  Nylon manufacturing is not done

6  by very many companies.  In fact, as I understand it,

7  nylon has become less and less popular.  They use

8  synthetic fibers, but they would make it into the cloth

9  somewhere else.  They would not be making nylon at a

10  hosiery plant there.

11  BY MR. HOPP:

12    Q    They would dye it somewhere else, die the

13  fabric, or is that done at a hosiery plant?

14    A    It depends.  Most likely they would buy the

15  fabric already dyed in various colors.  That is the

16  normal clothing manufacturing practice.

17        They don't -- if you go to a -- any of the

18  garment manufacturing plants in Los Angeles, for

19  example, they don't do dying in those plants.  They buy

20  the fabric dyed somewhere else.

21    Q    Let's talk specifically about Sherrie Barnes.

22        What was her body mass index at the time that

23  she contracted cancer?

24    A    Well, let's see.  We need to look at the file.

25  I think she was 190 pounds, but I forget her height.

Page 657

1    Q    While you are looking, how does one calculate

2    body mass index?

3    A    Let's see.  I think it is the weight in

4    kilograms divided by the height in meters squared.

5    Something like that.

6    Q    Okay.

7    A    She was diagnosed June 15, 1997.  I have to

8    find her weight to see if anybody bothered to write it

9    down.  Let's see.  She was 202 pounds on June 20th, 1997

10   and her height was 66 inches.

11   Q    So based on that, one could calculate her body

12   mass index?

13   A    Yes.  She had -- 2.06 was her height in meters

14   squared, in kilograms was about 90.  So it would be --

15   it was around 40, 45.

16   Q    40 to 45 was her body mass index?

17   A    That would be in that range.

18   Q    Did her body mass index change much during her

19   adult life?

20   A    I don't have that information.  I mean, I think

21   that she lost some weight.  Let's see.

22        No, she didn't lose any weight.  Between the

23   time she was diagnosed and the time that she died, she

24   stayed around -- around the 200-pound range.  I think

25   the last weight that was recorded was 190.

1    Q    She was in her mid to late 30's when she passed

2  away?

3    A    35, I believe when she died.

4    Q    She died in '98?

5    A    She died in September of '98.

6    Q    She was born in September of '62?

7    A    That's right.  So she was 36, just -- just 36

8  or maybe she was a few days shy of 36 when she passed

9  away.  She was still in the 35th year.

10    Q    What was her age at menarche?

11    A    Menarche.  Menarche sometimes said -- I don't

12  know if that information was obtained.  It is on my

13  questionnaire.  So let me try to find that.  The

14  daughter may not have known.

15         12.  It was written down.  So she had menarche

16  at age 12.

17    Q    Would that be considered early?

18    A    No, it is not.  It is smack dab in the middle

19  of normal range.

20    Q    What was her age at her first full-term

21  pregnancy?

22    A    I guess, I have to find out the age of her

23  daughter and figure that out.

24    Q    Well, she had the one daughter, Kenesha.  Was

25  that her only one child?  Do you know?

1    A    Well, I have to find my report.

2    Q    Just for your reference, Doctor, I am handing

3    you Exhibit 34 and 35 which were previously marked.

4         This is your narrative report and then the

5    questionnaire from Kenesha Barnes.

6    A    Okay.  22 was the daughter's age, so 22 from

7    35, 23.  So she was 23 when she had her daughter.

8    Q    That is when she had Kenesha.  Do you know

9    whether she had a full-term pregnancy before Kenesha?

10   A    Well, that's a possibility.  Number of

11   pregnancies:  One.  Number of live births:  One.  So she

12   only had one pregnancy and one birth.

13   Q    Do you know how many months she lactated?

14   A    No.  I don't think we obtained the history as

15   to whether she breast fed or not.

16   Q    Was she in menopause at the time that she was

17   diagnosed with breast cancer?

18   A    She stopped menstruating when they started the

19   chemotherapy, not before.  She stopped menstruating at

20   34 with the chemo.

21   Q    So we assume that she was not naturally in

22   menopause at that time?

23   A    Correct.

24   Q    I think we established it last time, just to

25   double check today, it is accurate to say that we do not

1    know whether she had ever used hormonal contraceptives?

2         A     No.   The only medicine she took was high blood

3    pressure medicine before the -- before the diagnosis was

4    made.

5         Q     Did her questionnaire specifically ask whether

6    she had ever used hormonal contraceptives?

7         A     No.   It simply said, what medicines were you

8    taking, and we didn't ask -- I don't remember asking

9    specifically about her form of contraception prior to

10   the -- in the histories of Sawyer, myself, and Wolfson.

11   I did not see any mention of contraceptive use.

12        Q     And the history was given by her daughter.  And

13   so, I mean, was it reasonable to assume that her

14   daughter may not have that information whether or not

15   her mother used --

16        A     Well, it is not just her daughter, but her

17   mother and her sisters were interviewed and none of them

18   were aware.  It is most likely that she was on birth

19   control pills, one of those family members would have

20   known it.

21        Q     But none of them mentioned it; correct?

22        A     Correct.  Thank you.  And I believe it would

23   have been asked by one or all of us who interviewed the

24   family.

25        Q     Okay.  Do you know if she ever used hormone

1    replacement therapy for any purpose?

2      A    As I said, there was no history of any other

3    medication use.

4      Q    Do you agree that a high body mass index is a

5    risk factor for breast cancer?

6      A    Well, I am trying to remember if that has been

7    mentioned as a risk factor.  I don't -- let me look in

8    my -- I think one of these references does a review of

9    the various risk factors.  Elm Rich.  Elm Rich is a

10   review article on risk factors on cancer -- breast

11   cancer.

12     Q    Just for the purpose of the question, I would

13   be happy if you could read off your screen what the risk

14   factors that are mentioned in Elm Rich?

15     A    I will do that when it comes up here.  This is

16   1983, but I think it covers at least some of the more

17   popular issues.  They studied 1,185 women with breast

18   cancer and compared the 3,227 controls.  The risk of

19   breast cancer increased with increasing age of first

20   birth.  This effect was not accounted for by parity.

21     Q    What is parity?

22     A    The number of pregnancies.  An early age of

23   first birth appeared to reduce the risk relative to no

24   pregnancy; whereas, a late age first birth was

25   associated with a higher risk.  Relative risk decreased

1  with increasing obesity among premenopausal women.  So

2  in this study obesity was protective.

3      Q     In premenopausal women?

4      A     In premenopausal women, that is what I just

5  read.

6      Q     Okay.

7      A     The risk was higher among those who were obese,

8  but there was no evidence of a trend with increasing

9  body mass index.

10     Q     I'm sorry.  That seemed to be contradictory,

11 that last sentence?

12     A     I am just reading from his abstract.

13     Q     Okay.

14     A     We can discuss it if you want, but anyway let

15 me keep going.

16     Q     Okay.

17     A     Risk did not vary with the risk of abortion.

18 Risk was lower among postmenopausal women than the

19 premenopausal women of the same age.  And increased with

20 increasing age of menopause, bilateral oophorectomy --

21 let me spell that, o-o-p-h-o-r -- reduced the risk more

22 than hysterectomy alone; the positive history of benign

23 breast disease; a positive family history of breast

24 cancer; Jewish religion; 12 or more years of education

25 was each independently associated with increased breast

1    cancer.

2              Now, in terms of that contradiction about

3    obesity, we need to go into more detail.  Among

4    premenopausal women, the relative risk estimate

5    decreased as body mass index increased and the trend was

6    that statistically significant.  Among postmenopausal

7    woman the opposite effect was evident relative to the

8    BMI of under 30.

9              The relative risk estimate was 1.5, with

10   confidence interval of 1.2, 1.9, and that was for

11   postmenopausal woman and that was the body mass index

12   was under 30, the relative risk was higher.

13        Q    In postmenopausal?

14        A    Postmenopausal does not apply to our patient

15   who was not postmenopausal.

16             With a body mass index over 30, there was no

17   evidence with a trend for a relative risk of increased

18   cross-categories of increasing body mass.

19        Q    So over 30, there is no increasing trend in

20   both pre and post or --

21        A    Correct.  So I think the answer is -- and I

22   think this is one of the biggest studies of that issue.

23   It does not appear that obesity is a major factor.

24             Let's put it that way.  It may contribute in

25   some way, but it says among premenopausal, which is our

1  group, the relative risk decreased as the body mass

2  increased.

3      Q    Okay.  Do you agree that age at menarche --

4  menarche is a risk factor?

5      A    Well, it has been mentioned.  This particular

6  paper -- let's see.  Where does it talk about it?

7            Risk according to menarche -- menarche, those

8  that have menarche under 12, the relative risk was 1.4,

9  but it wasn't statistically significant.  The relative

10 risk if they had menarche at the age of 11 to 12 was

11 2.1.

12     Q    Which is increased; right?

13     A    Which has increased.

14     Q    You are looking for a relative risk number of

15 one for it to be normal; correct?

16     A    Correct, but none of these are one.  It is kind

17 of interesting.  One has to wonder where -- 13 to 14 the

18 relative risk is two, but above 15 it is one, so -- but

19 it is rare to be over one.

20            Of the total population, there is only 200

21 people out of 5,000 that had menarche over 15.  So that

22 is not statistically significant because it is stayed

23 with small numbers.  So none of these ages at menarche

24 in premenopausal women were at one.  They were all

25 elevated.

1      Q      All right.

2      A      So that is interesting and it holds up for

3  postmenopausal as well.  The values are all 1 at

4  postmenopausal.  So it appears to be that all of the

5  premenopausal women seemed to have a higher risk no

6  matter whether they were before 11, 11 to 12, 13 to 14,

7  the only ones that were not elevated were above 15.

8      Q      Do you agree that age at the first full-term

9  pregnancy is a risk factor of breast cancer?

10      A      Well, that is what this made -- this one is all

11  about.  It says, "Age of first birth," you know, that is

12  the other table here.

13      Q      All right.

14      A      And what it says is that if they have the baby,

15  first baby, under the age of 20, the risks are reduced.

16          If they have the baby between 20 and 24, the

17  risk is at one across the board.  One and 1.6 and 1.9,

18  similar to under 20.

19          If it is between 25 and 29, the risk goes up

20  overall, and it is statistically significant.  So having

21  the first baby after 25 raised the breast cancer to 1.7,

22  70 percent increase; and over 30, it is about the same.

23  1.8 is the relative risk.

24      Q      Do you think that age -- strike that.

25          So you agree that months of lactation is a risk

1   factor for breast cancer?

2       A    You know what, they did not study that in this

3   paper, and I have never heard about it being a risk

4   factor.  So I don't know what the answer to that is.

5       Q    Now, the issue of smoking and breast cancer, is

6   it accurate to say that that remains somewhat

7   controversial?

8       A    Well, there is evidence.  A number of studies

9   have found a link.  And, in fact, there is even a study

10  that found a link with secondhand smoke.  So I think the

11  evidence is building that cigarette smoke contributes to

12  the risk of breast cancer.

13      Q    All right.  Well, do you agree that race is a

14  risk factor for breast cancer?

15      A    Yes.  It is more common in white women than

16  black women.  So it is -- appears to be, as I had said

17  here, that women who have higher education levels and

18  other studies have shown that are more common in upper

19  middle class women than in poor blacks.

20      Q    Does anybody have any notion for what the basis

21  for that is?  Why would women who have more education

22  have a higher risk factor?

23      A    Higher incomes probably eat more fish and eat

24  more PCBs and dioxins.

25      Q    More fatty foods?

1      A      No.  More fish.

2      Q      More fish.

3      A      Because the biggest source at this point for

4   all of the halogenated persistent organic pollutants is

5   fish.

6      Q      There is a series of studies done in the '80's,

7   I believe, in Michigan having to do with fish

8   consumption and dioxin.  Have you reviewed those?  Do

9   you know which studies I am talking about?

10     A      There was one study of Michigan, studying women

11   that ate more fish that was locally caught, wild fish,

12   not -- not commercial fish.  They were studying the

13   women who were eating the PCB laden fish --

14            (Telephonic interruption.)

15            THE WITNESS:  -- out of the sport fishing

16   activities.

17   BY MR. HOPP:

18     Q      Out of the Great Lakes?

19     A      Out of the Great Lakes.

20            And there was -- what I remember is that they

21   found elevated values.  I don't remember if they studied

22   any of the disease outcomes.  I have to rereview that.

23     Q      When you say that the fish consumption is a

24   major source of dioxin exposure, are you talking about

25   sport fish or commercially grade fish?

1      A      Well, right now, it is both, especially

2    farm-raised salmon is quite high in dioxin and

3    dioxin-like compounds.

4            And there is -- also depending on the water

5    they come from -- sport fish, like the Santa Monica Bay

6    here, the fish are very high in PCB and dioxin.  It used

7    to be signs on, it appears, "Do not eat the fish."

8            Somehow the health department exhibited the

9    wisdom to come and had taken those signs down; but they

10   are still here, like the Santa Monica Pier here, there

11   is a little, tiny sign that you can barely read that

12   says, "Don't eat the fish."

13     Q      Sure.  We got the same problem in Lake

14   Michigan.  Depending on whether you were pregnant or of

15   a certain age and that had to do with --

16     A      Mercury.  Mercury.  That was mercury.  Mercury

17   is another contaminate in fish and it is a major issue

18   for pregnant women.

19           Because if you do eat three fish meals a week,

20   you have a risk to have enough high level to impact your

21   offspring.

22     Q      Do you agree that the use of hormonal

23   contraceptives is a risk factor for breast cancer?

24     A      I believe it is, yes.

25     Q      Do you agree that the use of hormone

1    replacement therapy is a risk factor for breast cancer?

2        A    Yes, it is.

3        Q    Are cancer rates in Mississippi the highest in

4    the nation?

5        A    I have got a paper here by me that talks

6    about --

7        Q    By who?

8        A    By me.  I think the guy's name is Mitra.  He is

9    a Mississippi research guy.  Let me see what he says.

10       Q    Which list is it in?

11       A    The breast cancer list.  Breast cancer in

12   Mississippi.  Anyways, he went to each county and looked

13   at county incidents versus state incidents.  Incident

14   rates of female breast cancer in Mississippi in 82

15   counties is 61.2 per 100,000 in 1996.

16       Q    That's state-wide?

17       A    That's state-wide.  Whites were higher by a big

18   factor, more so than blacks or non-whites, which is

19   mainly blacks.

20            And there are certain high risk counties in

21   Mississippi that correlated with pollution.  Six

22   counties had rates 40 percent higher than the state

23   rate.  And those six counties are listed here.  He did

24   not include Grenada County.

25       Q    Where did Grenada County stack up in terms --

1   as part of the state?

2        A    It is part of the lower ones.  It is the white

3   state, which means the rate is significantly lower than

4   the state rate, and it has not been increasing.

5        Q    You said, "It is a white state."  You mean a

6   white county?

7        A    A white county, correct.

8             MR. PRUDHOMME:  I think he is talking about the

9   shaded areas.

10            THE WITNESS:  The shaded -- the dark ones are

11  the counties with the highest rates.  They have a

12  40 percent or more increase in breast cancer and the

13  white states have shown no increase.

14  BY MR. HOPP:

15       Q    Again, you mean white counties?  You keep

16  saying, "States."

17       A    I mean counties.

18       Q    Okay.

19       A    I'm sorry.  And the maximum air pollution

20  levels correlated with the rates.

21            In other words, if the county had more

22  pollution based upon its toxic release inventory, it had

23  higher rates.  Grenada, again, was not one of the

24  states -- one of the counties with the higher rate.

25       Q    So to summarize then, based on the paper you

Page 671

1    are reading -- which, again, can you give me the

2    author's name?

3         A    Mitra, M-i-t-r-a.

4         Q    Okay.  Based on the Mitra paper, whites in

5    Mississippi have a higher risk of breast cancer than

6    blacks; correct?

7         A    Yes.  Yes.  The white rate is 1.8 or 61.4 per

8    100,000.  The non-white is 52.3 per 100,000.

9         Q    Does the Mitra paper discuss at all where

10   Mississippi ranks in terms of the 50 states as far as

11   cancer incidents is concerned?

12        A    I thought he had mentioned that here.  Let me

13   go down to the Discussion and see.

14             No, I -- I don't -- I don't think he mentions

15   that whether they are lower than the rest of the country

16   or not.

17        Q    Are you aware of any reference that discusses

18   where Mississippi ranks among the 50 states in terms of

19   cancer incidents at all sites?

20        A    I did not remember Mississippi being the

21   highest state rate for cancer overall.  I remember that

22   Louisiana and New Jersey had the higher rates than

23   Mississippi, but that's just my recollection.  I didn't

24   research that question.

25        Q    Do you have -- do you have any recollection of

Page 672

1    any studies indicating where Mississippi ranks among the

2    50 states for the incidents of breast cancer

3    specifically?

4        A    No, I don't.

5        Q    I want to skip back to the New York City

6    firefighters for just a few questions.

7             Yesterday I was searching for the name of a

8    drug that I thought one of the papers you mentioned that

9    you administered.  The drug was called cholestyramine,

10   c-h-o-l-e-s-t-y-r-a-m-i-n-e.

11            Did you or someone else administer

12   cholestyramine to the New York City firefighters?

13       A    No, it wasn't part of their treatment.

14       Q    Did an institutional review board approve the

15   firefighter research paper -- firefighter research

16   project?

17       A    Yes.

18       Q    Which one?

19       A    The one that we maintain in our institution,

20   our own in-house IRB.

21       Q    Which institution are you talking about?

22       A    Well, within the -- within my -- my -- my

23   practice, I have a group of people that we sit down and

24   review it.  And it is our own internal review board.

25       Q    So that is the internal review board at James

Page 673

1    Dahlgren Medical?

2        A    Correct.

3        Q    And who sits on the IRB at James Dahlgren?

4        A    Ren Schmidt, Pam Anderson, Harpeet Tarkar, and

5    myself.

6        Q    You said Ren Schmidt?

7        A    Um-hmm.

8        Q    Is the first name R-e-n?

9        A    Reynold.  It is R-e-y-n-o-l-d.

10       Q    And Pam Anderson, Harpeet Tarkar, and yourself?

11       A    Correct.

12       Q    And I know you are an M.D.  I know Harpeet

13   Tarkar is not an M.D.  Is Pam Anderson an M.D.?

14       A    No.  She is a Ph.D.

15       Q    A Ph.D. in what?

16       A    Epidemiology.

17       Q    And what is Ren Schmidt's professional

18   qualifications?

19       A    He is an M.D. and Harpeet Tarkar has a master's

20   in epidemiology.

21       Q    Do you have any formal report from the IRB at

22   James Dahlgren Medical authorizing or approving the New

23   York City firefighter program?

24       A    Yeah, we have one somewhere.  I'm not sure

25   where it is at this point, but yes, we do.

1       Q       But you document the work of your IRB approved

2   study?

3       A       That's correct.

4       Q       Is that a standard procedure; that is, for a

5   doctor who is going to head a study to sit on the IRB

6   which approves the study?

7       A       It happens sometimes, yes.

8       Q       Is it common?

9       A       I don't know how common.  I never studied it.

10      Q       For the New York City firefighter project, did

11  any of the firefighters receive a placebo treatment or

12  some sort of sham treatment to check placebo effect?

13      A       No.  I think I mentioned yesterday, we tried to

14  figure out if it was some point.  There is no way you

15  can have a placebo sauna, except sit in a room with no

16  heat and with --

17      Q       Maybe not hot enough.  I don't know.

18      A       Well, anyway, I think the main way to do it is

19  to match them with patients who are similarly situated

20  and see what happens to them with no treatment, no

21  activity.

22              And we've actually followed how several dozen

23  of these firemen, who didn't get treated, and they have

24  not gotten any better.

25      Q       Okay.  I have got the recent paper that you

Page 675

1    handed me entitled Persistent Organic Pollutants in 9/11

2    Rescue Workers:  Reduction Following Detoxification.

3    And this is a follow-up of the paper that we marked at

4    the session; is that right?

5        A    This is the paper that we presented at the

6    meeting.  The other was an abstract for the purpose of

7    securing a position to make the presentation.  This is

8    what we presented in the meeting.

9             MR. HOPP:  Let's mark this as an exhibit.

10            (Defendants' Exhibit 127 was marked for

11            identification by the court reporter.)

12    BY MR. HOPP:

13        Q    Dr. Dahlgren, I am handing you what we have

14    marked as deposition Exhibit No. 127, and this is the

15    Reduction of Detoxification paper.

16            And I appreciate your providing me with a copy

17    of it this morning.  I have not finished reading it, but

18    does this paper compare the firefighters who received

19    the detoxification treatment with one or more

20    firefighters who did not?

21        A    No, we didn't put any data in there.  We didn't

22    have any measurements of other firefighters.  I am just

23    indicating to you that we have followed a group of these

24    fellows, who didn't get treated, and they continued to

25    be symptomatic, continued to require medication,

1    continued to be unwell.  So just the passage of time

2    doesn't -- doesn't explain the improvement.

3         Q    Have you taken blood level measurements from

4    the group of firefighters that you are following who did

5    not receive the detoxification treatment?

6         A    No, I didn't.  The fire department did take PCB

7    levels of -- on 1200 firemen, I believe, maybe more, and

8    found elevated values in some of them.  We haven't been

9    given -- given that data.  We just been told about it.

10        Q    Okay.  And you said the fire department took

11   blood levels, is that recently?  That is several years

12   postclean-up, or was that --

13        A    No.  That was 6 to 12 months after clean-up.

14        Q    And are there more recent blood level

15   measurements in the people that did not receive the

16   detoxification treatment?

17        A    I do not know of any follow-up on those people

18   in terms of measurements.

19        Q    So the following --

20        A    I know about the clinical status, but in terms

21   of measurements of PCB's, I don't think that has been

22   done.

23        Q    By "clinical status," you mean their symptoms?

24        A    Correct.

25        Q    Do you sit on a medical advisory board for the

1    New York Rescue Workers Detoxification Project?

2         A    Yes.

3         Q    I just want to go through some other names to

4    ask you whether these people also served on the board.

5              Does Mary Cecchini, C-h -- Cecchini, C-e --

6         A    Cecchini.

7         Q    There we go.  C-e-c-c-h-i-n-i, does she also

8    sit on the board?

9         A    Don't know.

10        Q    Does Bob Graves also sit on the board?

11        A    Don't know.

12        Q    Does Kathleen Kerr, K-e-r-r, also sit on the

13   board?

14        A    Don't know.

15        Q    Does Keith Miller also sit on the board?

16        A    Don't know.

17        Q    Does Ernest Pecoraro, P-e-c-o-r-a-r-o, also sit

18   on the board?

19        A    I don't know.

20        Q    How about Rita Weinberg, W-e-i-n-b-e-r-g?

21        A    I don't know.

22        Q    Jim Woodworth also sits on the board?

23        A    I don't know.

24        Q    Do you know who any of your other fellow board

25   members are?

Page 678

1       A       Dave Root is the only one I know.

2       Q       Rude?

3       A       Root, R-o-o-t.

4       Q       Do you have meetings with this advisory board?

5       A       I believe we had one meeting that I remember

6   with New York City, maybe a year and a half ago.  It

7   does not have regular meetings, obviously.

8       Q       Do you know Mary Cecchini?

9       A       Yes.

10      Q       Have you worked with her in the past?

11      A       Yes.

12      Q       On what?

13      A       On this project on analyzing the data for the

14  firefighters.

15      Q       Have you worked with Bob Graves on this

16  project?

17      A       No.

18      Q       Do you know Bob Graves?

19      A       No.

20      Q       Have you worked with Kathleen Kerr on this

21  project?

22      A       No.

23      Q       Do you know Kathleen Kerr?

24      A       No.

25      Q       Do you know Keith Miller?

1      A    Yes.

2      Q    Have you worked with Keith -- Keith Miller on

3   this project?

4      A    No.

5      Q    And what is Mr. Miller's sort of professional

6   background, if you know?

7      A    He is a businessman.  His job is -- used to be

8   to administer the clinic that did the detoxification

9   procedure for Dr. Root's practice in Sacramento.

10         He is also the head of a foundation called The

11   Foundation for the Advancement of Science and Education

12   here in Los Angeles.

13     Q    Is that Advancement in Education?

14     A    And Education.

15     Q    And Education.  Dr. Root's practice is at

16   Health Med Sacramento?

17     A    Yes.  That is his clinic where he does the

18   detoxification in Sacramento.

19     Q    And Ernest Pecoraro, do you know Ernest

20   Pecoraro?

21     A    No.

22     Q    Do you know a Cal Smith?

23     A    No.

24     Q    Now, you do know April McNight; right?

25     A    Yes.  She is the doctor who runs the downtown

1   medical clinic where the detoxification has been done

2   for the last two plus years.

3       Q    Do you know Rita Weinberg?

4       A    Yes.

5       Q    Have you worked with Rita Weinberg on anything

6   other than the detoxification project?

7       A    No, she doesn't really work on it anyway.  She

8   is just one of the friends of Keith Miller who

9   frequently accompanies him on his enterprise or visits

10  to New York.

11      Q    Do you know Jim Woodworth?

12      A    Yes.  He is the administrator of the downtown

13  medical clinic.

14      Q    Has he also -- he also worked for Health Med in

15  Sacramento?

16      A    Yes.  He used to run that clinic.

17      Q    Did you work with Jim Woodworth on anything

18  other than the detoxification project?

19      A    No.

20      Q    Are you aware of any studies that correlate PAH

21  and dioxin exposure with breast cancer strains that are

22  resistent to treatment?

23      A    I have not seen any data on distinguishing

24  cancers that are resistent to therapy versus cancers

25  that are more responsive to therapy.

1    Q    Are you aware of any studies that correlate PAH

2  or dioxin exposure with breast cancer strains that are

3  likely to metastasize?

4    A    I have never seen studies that differentiate in

5  that way.

6    Q    All right.  Can you quantitate Sherrie Barnes'

7  risk for breast cancer using the Gail Model?  G-a-i-l.

8    A    No, I don't know how to do that.

9    Q    Do you know what the Gail Model is?

10   A    No.

11   Q    Do you think that Sherrie Barnes' mother Mary

12  Barnes is at increase risk for breast cancer?

13           MR. PRUDHOMME:  At present?

14           MR. HOPP:  At present.

15           THE WITNESS:  Oh, gosh, I don't know.  Let's

16  see.  I don't remember what her mother's history is.

17  BY MR. HOPP:

18   Q    Well, if -- if I can refresh you, I believe

19  that Sherrie Barnes' mother testified that she moved

20  into the house in Carver Circle in 1961 or so, just

21  before Sherrie was born and she lives there today.

22   A    And she is now in her 60's?

23   Q    I think so.  I'm not quite sure how old she is.

24  Probably in her 50's or 60's.

25   A    Well, she had to be in her 60's and moved into

Page 682

1    the house and had the baby at '61.  She had to be at

2    least 18.

3            MR. WINTERS:  I thought she was 69 or 70, in

4    that range.

5            THE WITNESS:  The risk drops off as you get

6    older, you pass certain milestones in age, but it is

7    usually a little older than that.  She is probably still

8    at risk for breast cancer.

9    BY MR. HOPP:

10       Q    Do you think Kenesha Barnes is at increase risk

11   for breast cancer?

12       A    Yes.

13       Q    Based on environmental exposure?

14       A    Based on environmental exposures.  And the

15   sister, the two sisters, and if there is an interaction,

16   and I believe there is the environmental factor and host

17   factors, then they would be at increase risk based on

18   environmental exposure plus the history.

19       Q    You believe then -- just to be clear then, you

20   believe that Kenesha Barnes is at an -- you believe that

21   Kenesha Barnes is at an increased risk for breast cancer

22   based in part on the fact that her mother and her

23   maternal aunt had breast cancer?

24       A    Yes.

25       Q    Do you believe that Kenesha Barnes -- strike

Page 683

1    that.

2             Do you believe that Sherrie Barnes' sisters are

3    at an increased risk for breast cancer?

4        A    Yes.  I think the sisters -- I should have

5    found out, I guess, but I don't know where in the birth

6    order Sherrie Barnes is.  And what is her name?  Kay

7    Hobbs.  I don't know if the sisters are older or

8    younger.  I just don't remember, but I think they would

9    be at increased risk probably because of exposure.

10            Probably exposure.  I have to confirm that, but

11   if they were, indeed, exposed in the Carver Circle home,

12   they would also be at increased risk.

13       Q    Do you think that they, the sisters of Sherrie

14   Barnes and Kay Hobbs, also has a host factor that would

15   increase their risk?

16       A    Yes.

17       Q    Are you aware of any studies indicating that

18   TCDD is chemoprotective for breast cancer?

19       A    Yes.

20       Q    Are you aware of any studies indicating that

21   PCBs -- certain particular PCB congeners are

22   chemoprotective for breast cancer?

23       A    No, I am not aware of that.  I have not

24   reviewed that particular question but CIIT, C-I-I-T,

25   composed a paper, did some rat studies that showed that

Page 684

1    TCDD is reduced, and prevents the breast cancers, but

2    reduces the numbers and prolongs the time that it took

3    for the PAH that they used to induce the man-making

4    cancer to occur.

5            So it was a study that indicated that the TCDD

6    somehow had a -- what they thought was an anti-estrogen

7    effect.  And that that allowed it to then reduce the

8    potency of the, you know, chemical that was used to

9    induce the brain cancer -- breast cancer in an animal

10   study.

11       Q    Would you characterize that study as junk

12   science?

13       A    No.  It is an interesting study.

14       Q    A lot of what we talked about earlier today

15   with respect to breast cancers and risk factors sort of

16   the common thread running through a lot of those risk

17   factors is estrogen; is that right?

18       A    Yes.  It is felt that breast cancer is at least

19   one of the mechanisms and one of the factors is

20   estrogen.  Some kind of interaction with other factors,

21   obviously, because estrogen is a normal necessity for

22   normal development, but there could be some kind of

23   derangements.

24            So maybe with higher levels which is why birth

25   control pills, hormone replacement, are suspected to be

Page 685

1    increasing the risk because you have an increased amount

2    of estrogen that somehow creates an imbalance.

3        Q    And something that is an anti-estrogen is, at

4    least in theory, are potentially chemoprotective for

5    breast cancers?

6        A    Yes.  And there hasn't been any follow-up that

7    I am aware of that looked at that question, but the

8    other side of the coin is, that a study was done also in

9    rats where they exposed the fetus by exposing the mother

10   rat to TCDD in a single dose during pregnancy -- and

11   early on in the pregnancy, and then looked at the breast

12   cancer risk in that fetus when it grew -- grew up.

13            And interestingly enough, there was an increase

14   in risk of breast cancer in that setting.  So the timing

15   of the TCDD exposure is important in terms of breast

16   cancer risk.

17       Q    And I think you mentioned that study yesterday.

18            Is that contained within your bibliography?

19       A    Yes.

20       Q    Can you tell me the name of that particular

21   study?

22       A    Let me check to see in here what I thought it

23   was.  At least one of the papers addresses this question

24   is the Vorder Strasse, V-o-r-d-e-r, S-t-r-a-s-s-e, paper

25   and the other -- let me look at the reference list here.

1    Q    Are you aware of other studies that discusses

2    the issue of administering TCDD to rats during pregnancy

3    and following their offspring for incidents of breast

4    cancer?

5    A    The other paper that I was talking about was

6    Birnbaum, B-i-r-n-b-a-u-m, 2003.  "Prenatal exposure to

7    natural and synthetic estrogens is associated with

8    increases in breast and vaginal tumors in humans as well

9    as uterine tumors in animals.  And then they talk about

10   these issues.

11   Q    This is Birnbaum and Fenton?

12   A    Correct.

13   Q    2003?

14   A    Correct.

15   Q    The title is Cancer and Developmental Exposure

16   to Endocrine Disruptors?

17   A    That's right.

18   Q    National Health and Environmental Effects

19   Research Lab?

20   A    That's right.  It is a review paper, and she

21   talks about these various issues that I just mentioned.

22        See, if I can find the other section, she talks

23   about dioxins.  The term dioxins is used for members of

24   the PHAHS, that would be polyhalogenated aromatic

25   hydrocarbons, that are structurally related and have

1    similar halogen substitution patterns are persistent and

2    bioaccumulative, and have a common spectrum of

3    biological responses mediated via binding to a specific

4    high-affinity cellular protein, the aryl hydrocarbon

5    receptor.

6            The prototype chemical for this class of dioxin

7    or TCDD, and it goes on to discuss its developmental

8    toxicity.

9            Let me see if I can find it.

10    Q    128.

11            (Defendants' Exhibit 128 was marked for

12            identification by the court reporter.)

13            THE WITNESS:  Let's see if she says that.

14    BY MR. HOPP:

15    Q    Are you finished looking for it?

16    A    No.  I am looking at this prenatal -- this

17    whole section called Prenatal Endocrine Destruction and

18    Mammary Tumors.  It is on -- you got the page in front

19    of you?  It is on Page 392.

20    Q    And just for the record, we have marked the

21    review paper as deposition Exhibit 128.

22    A    Yes.  And here is Brown.

23    Q    So she is citing a paper by someone named

24    Brown?

25    A    Yeah.  Brown is the other paper which is the

Page 688

1    one that I am looking for.  Brown '98.  Has the prenatal

2    TCDD exposure.

3           This was the one I was specifically referring

4    to.  The rats were gavaged with one microgram of TCDD

5    per kilogram on day 15 postconception.

6    Q    So Brown is the -- the rat study?

7    A    The one that I was specifically referring to.

8    They then looked at the response of those rats to a

9    mammary carcinogen, which I thought was mentioned here,

10   but let's see if I can find it.

11          Prenatal TCDD treatment increased total

12   proliferative compartments in the terminal endbuds in 50

13   day-old rats.  Prenatal TCDD resulting in an increased

14   number of mammary adrenal carcinomas in rats.

15          Let's see see what they used for the induction.

16   DMBA, dimethylbenz[a]anthracene.

17   Q    Is that a PAH?

18   A    It's a PAH.

19   Q    So it is not a dioxin?

20   A    No.  It is a PAH.  DMBA, which is a PAH and

21   anthracene.  So that this was the specific one, but

22   there was -- Birnbaum talks about some others.

23   Q    All right.  I found actually Birnbaum Vonder

24   Strasse and Brown.  I would like to dig through them one

25   at a time.

Page 689

```
 1              Birnbaum, first of all, is deposition
 2    Exhibit -- Birnbaum is deposition Exhibit 128 and
 3    Birnbaum is a review paper; right?
 4         A    Birnbaum is a review paper.
 5         Q    So it is not an -- it is not an original
 6    research project, but rather a summary of other people's
 7    published work; correct?
 8         A    Yes.
 9         Q    And Birnbaum, as you have stated, is looking at
10    prenatal exposure to TCDD as a risk factor for breast
11    cancer; correct?
12         A    Yes.
13         Q    And one of the questions that Birnbaum asks at
14    the end is -- well, let me read it to you.
15              She talks about other studies and says,
16              "These particular studies have
17              Measured the levels of exposures
18              Of these chemicals in adult women
19              Who develop breast cancer.  Could
20              We be trying to correlate exposure
21              And effect at the wrong time?"
22              If it is early or prenatal life
23              Stage exposure that is critical to
24              disease susceptiblity, why are we
25              measuring the environmental
```

Page 690

1          Chemical in people once they have

2          developed breast cancer?  The

3          Critical exposure may have occurred

4          Much earlier."

5          Those are the last words in the Birnbaum

6   article.

7      A    Sure.

8      Q    What is your response to those questions?

9      A    I think that is exactly right.  There is

10  nothing wrong -- I think it is an extremely important

11  point.

12     Q    So do you think that -- that Sherrie Barnes'

13  risk of breast cancer may have been influenced by her

14  prenatal exposures?

15     A    Yes.

16     Q    Does --

17     A    For example, her other sisters might have been

18  in utero elsewhere prior to '61.  That is one of the

19  questions I don't know the answer to, which in Kay Hobbs

20  and Sherrie maybe would be the ones that were in utero

21  in the Carver Circle area.

22     Q    Okay.  And she may have been in utero before

23  her mother moved to Carver?

24     A    She may have been.  '61, she was born -- '60 --

25  '62.  It is likely she was pregnant when she was there.

1    She was nine months into '62 when she was born.  So it

2    is likely that she was conceived and the entire

3    pregnancy was in Carver Circle that you just told me.

4        Q    Right.  And I may be incorrect.  We will have

5    to check that, but either way, whenever she moved

6    into --

7        A    Whenever she moved in is when her exposure

8    started.  That does not mean that it has to be prenatal

9    exposure.

10           I am just agreeing that Dr. Birnbaum it is

11    probably an important issue and needs more attention.

12    We have to look at these early developments.

13           In fact, another major issue, which she does

14    not address in any detail -- I don't think Dr. Birnbaum

15    has not had a big focus on this, but I have been very

16    interested in it, and that is so-called male mediated

17    developmental toxicity.

18           That is sperm exposure to these kind of

19    chemicals, altering the sperm and then increasing the

20    risk of cancer in the offspring.

21           There are a number of studies, not with dioxins

22    or PAHs, but with other chemicals like arylamine is the

23    most common one.

24           If the father is exposed at the time of

25    conception, that baby, in this case rat, is, more likely

Page 692

1    to develop certain cancers.

2         Q    And do you think that may be an issue with

3    Sherrie Barnes given that her father had breast cancer

4    or may have had cancer?

5         A    Yes.  That sees to be some question about

6    cancer.  Again, that could be an issue.  Could be an

7    issue.

8         Q    Now, did Birnbaum's article -- if I understand

9    it correctly, was more asking questions than answering

10   them?  It was a hypothesis-generating type of paper?

11        A    Well, she also cited a number of studies that

12   indicated that -- you know, I think quite clearly the

13   studies that she cited weren't just speculation.  They

14   were data.  And they weren't just hypothesis.  They were

15   data.

16             And she is generalizing from this by pulling

17   together -- you understand that Linda is a policy

18   walker.  She is a person that tries to get people to do

19   research in certain areas and she finds money for them.

20             So what she is saying by this paper to the

21   community, hey, guys, I will give you some money to

22   study this question.

23        Q    Linda Birnbaum is with the Environmental

24   Protection Agency?

25        A    Correct.

1    Q    She is not an epidemiologist?

2    A    No.  She is an epidemiologist.

3    Q    And her job is more policy than research?

4    A    Well, she does some of her own research but

5    very little.  She mainly reads and studies and funds and

6    gets people to do things, rather than spending a lot of

7    time herself in the lab.

8    Q    Does the Birnbaum paper give relative risk data

9    for breast cancer?

10   A    Relative risk?

11   Q    Right.  Does she calculate relative risk?

12   A    I don't see any relative risks in here.

13   Q    It is not a case control study or a cohort

14   study; is it?

15   A    It's not even a review paper of that data.

16   This is mainly a mechanism paper we are talking about,

17   what is it that causes, among other things, breast

18   cancer.

19   Q    She hasn't even isolated that mechanism.  She

20   identified papers which look at that; correct?  She is

21   not committing to -- Ms. Birnbaum is not coming to any

22   firm conclusions on plea condition subpoenas in her

23   paper; does she?

24   A    She does talk about endocrine disruption, the

25   Ah receptor, and the anti-estrogen effect that we were

1    discussing a minute ago.

2              And she -- she even gives this reference that

3    we talked about.  I believe she gives a reference about

4    the anti-estrogen effect.

5              Anyway, she talks about the Ah receptor noting

6    that -- there it is on Page 392.  Again, she states,

7              "The Ah receptor, which is required

8              for dioxin effects, is present

9              during organogenesis in most

10             tissues.  It continues to be

11             expressed in the mammary gland of

12             the pubescent rodents and is

13             localized in the mammary ducts

14             and developing lobules.  In addition,

15             these authors demonstrated that mice

16             in which the Ah receptor has been

17             eliminated display decreased mammary

18             gland size and supressed lobule

19             development, suggesting a critical

20             role of the Ah receptor in normal and

21             TCDD-exposed mammary gland development."

22             So, I believe, there are other paragraphs and

23   little discussion about the Ah receptor.

24        Q    But as we discussed yesterday, we don't know

25   everything about the Ah receptor and how it induces

1  cancer; correct?  There is still a lot of open questions

2  about it?

3      A    There are still questions, sure.

4      Q    Now, did Birnbaum for the purpose of her paper,

5  isolate the exposure at issue, or is she talking about

6  all different types of endocrine disruptors?

7      A    She talks about anthracene.  She talks about

8  other chemicals besides TCDD.  She talks about

9  nitrotoluene, DMBA, which we mentioned earlier and which

10  is dimethylbenz[a]anthracene.

11      Q    Another PAH?

12      A    Another PAH, correct.

13      Q    And PAHs are endocrine disruptors?

14      A    Yes.  They -- they can disrupt the function.

15  Not so -- well, some of them have estrogenic effects,

16  but they do stimulate the estrogen receptors.  Some of

17  them more so than others.

18      Q    Are they weak endocrine disruptors?  Did you

19  say that yesterday?

20      A    Yes.

21      Q    They are more popularly known as being known as

22  directly genotoxic?

23      A    That mechanism is definitely present and one of

24  the more potent.  It -- it is the reason I think that

25  PAHs are so toxic is because of their ability to bind to

1    DNA as we discussed yesterday.

2        Q    Does Birnbaum document any of the exposure

3    levels which are required to produce mammary tumors?

4        A    She does not discuss that in this paper.

5        Q    In your report at Page 116, you site Birnbaum's

6    paper in the aid of the proposition that,

7             "We have much more work to do in order

8             to clearly understand the mechanisms of

9             action."

10            Do you stand by that statement?

11       A    Yes.

12       Q    And you believe that Birnbaum supports that

13   statement?

14       A    Yes.  We need to know more.  That's certainly

15   true.

16       Q    Let's talk about Vonder Strasse for a minute.

17   This is Deposition Exhibit 129.

18            (Defendants' Exhibit 129 was marked for

19            identification by the court reporter.)

20   BY MR. HOPP:

21       Q    Vonder Strasse looked at mammary gland

22   differentiation; is that right?

23       A    Yes.

24       Q    And is it an in vitro study?  Vonder Strasse --

25   oh, it is mice?

1     A    Mice.

2     Q    It is a mouse study?

3     A    Mice, yes.

4     Q    But it didn't directly study mammary gland

5  cancer, correct, or breast cancer?

6     A    No.  It looked at a mammary gland alteration,

7  which is thought to be indicative of the same type of

8  disruption of the mammary gland and would lead to

9  cancer, carcinogenic outcome.

10        The study was looked at in the different days

11  of pregnancy and then looked at the mammary gland

12  development, you know, after that.

13        They didn't go all the way -- let the animals

14  grow up and expose them to the cancer-causing agent.  It

15  just shows the profound effect of TCDD on mammary

16  development in utero.

17     Q    And how the TCDD administered to the mice in

18  Vonder Strasse?

19     A    They gave them by gavage.

20     Q    And gavage means to actually put a mixture of

21  the toxic down the mouse's throat; is that right?

22     A    Yes.  They put a little tube down to the

23  stomach and inject it.  And they put in five micrograms

24  per kilogram in peanut oil.

25     Q    So it is a mouse-feeding study?

Page 698

1    A    Yes.

2    Q    And this, the Vonder Strasse paper, does not

3  give any relative risk data for breast cancer; does it?

4    A    No.  No, it is not the point of it.

5    Q    And it studies TCDD in isolation; correct?

6    A    Yes.

7    Q    Let's look at Brown.  Brown is deposition

8  Exhibit 130.

9         MR. HOPP:  Did I give you Brown, Keith?

10        MR. PRUDHOMME:  Yes.

11        (Defendants' Exhibit 130 was marked for

12        identification by the court reporter.)

13  BY MR. HOPP:

14    Q    All right.  Well, Brown is another mouse study;

15  is that right?

16    A    Yes, it is another rat study.

17    Q    It's rats this time.  And this is, again, a

18  rat-feeding study?

19    A    I think we indicated it was gavage.

20    Q    Yes.  And just to be clear, gavage is the same

21  thing that you mentioned before where they put it down

22  the mouse's throat?

23    A    That's right.

24    Q    And it is one microgram per kilogram in this --

25  in the Brown study; correct?

1      A     Yes, I believe that's right.

2      Q     Administered a single time on day 15

3   postconception?

4      A     Correct.

5      Q     Now, on Brown in the Discussion section, Page

6   1625 states, "However, for every report of

7              Dioxin being associated with breast

8              cancer, there seems to be one that

9              Finds no significant effect."

10             Do you agree with that statement?

11     A     The statement speaks for itself.  Yeah, there

12   are some negative studies.

13     Q     Well, looking at Brown's Conclusion, this is on

14   Page 1628, Brown states:  In humans, neither ecological

15   data nor occupational studies, provide clear support for

16   an association between organochlorine endocrine

17   disruptor exposure in the occurrence of breast cancer."

18             Do you agree with that statement?

19     A     No, I think that is wrong.  I think that it's

20   overly stated.  I think the evidence is consistent and

21   the other point that Brown makes is that it probably has

22   to do with -- with the timing of the exposure.

23             Exposure to dioxin as we have been discussing

24   earlier, in the -- in the adult may not increase the

25   risk of breast cancer, which is one of the reasons you

Page 700

1    get some of these -- you are looking at occupational

2    studies; and that may not be the time when the breast is

3    susceptible to the breast cancer induction.

4           There is a study in here that if you -- if you

5    looked at adult exposure, if you look -- follow the

6    hypothesis that has been generated here, you may not see

7    an excess of breast cancer from dioxin alone.  That is

8    what is suggested by what we have been discussing this

9    morning.

10     Q    Let me just go on.  In Brown's concluding

11   paragraph, she says, "It is possible that

12              postnatal as opposed to prenatal

13              exposure to TCDD may yield a different

14              outcome, perhaps rendering a protective

15              effect against mammary cancer."

16          That is what you were just talking about;

17   right?

18     A    Yes.  That is what I said, estrogen effect.  If

19   you are exposed as an adult, it may be protective.  That

20   is a pretty amazing idea because you don't want to go

21   around administering TCDD to people to prevent breast

22   cancer; but, you know, conceivably based on what we

23   discussed, it may not increase the risk.

24          It may be quite amazing if it actually

25   decreased the risk because it would increase the risk of

1    other adverse outcomes.  So I would not recommend it as

2    therapy.

3         It is one of the reasons why you are seeing

4    different outcomes and different studies just because of

5    the timing.  I think that is the point.

6    Q    Sure.  Brown went on to say, though,

7         "It is our intention to investigate a

8         potential neonatal TCDD treatment to

9         predispose for mammary cancer in the

10        underlying molecular mechanism action

11        for perinatal exposure to

12        organochlorine."

13        Do you know if Brown ever did the following?

14   A    Well, she is 98.  I think the wheels of science

15   move slowly.

16   Q    Okay.

17   A    I would suspect that she is working on that.

18   She may not have gotten around to publishing it, but

19   it's -- you know, usually these professors have a lot of

20   things that they are trying to do.  And it takes them a

21   while to get things public.

22   Q    Do you know Nadine Brown?

23   A    No.

24   Q    So you do not know whether she is working on it

25   or whether she has moved on to something else?

1    A    Correct.  It is a question of funding.

2    Q    Sure.  And, again, the Brown paper isolates

3  TCDD as the exposure; correct?

4    A    Yes.  And that's -- that is the way the

5  research is usually done, as I discussed with you

6  yesterday when you were talking about the individual

7  dioxins.  You know, you wouldn't have any reason to use

8  any of the other dioxins.  You would use this one.

9    Q    Right.  Does the Brown paper provide any

10  indication as to what exposure level would be necessary

11  to produce these effects in humans?

12    A    Well, she used a very fairly low dose.  I mean,

13  a milligram per -- I'm sorry -- a microgram per

14  kilogram.  That's a pretty low dose.

15       In fact, I think, if I remember correctly, they

16  didn't demonstrate the no effect level.  It may well be

17  that if you go down to lower doses -- and the effect may

18  still be there.

19       I mean, this study wasn't intended to find out

20  what the lowest threshold for this effect would be.  You

21  notice that -- what was it?  The Vorder Strasser (sic).

22    Q    Vonder Strasse.

23    A    -- used five micrograms.  This one they used --

24    Q    I think it was one.

25    A    -- one microgram, and they did it only once.

1    Q    Yup.

2    A    So that is a lot lower dose and they are still

3  getting this effect.  So it is really quite remarkable.

4         I mean, that is one of the reasons EPA's risk

5  assessment that we were discussing yesterday has -- has

6  become concerned because this is not a very -- not a

7  very high dose.

8    Q    I understand that Brown used a very low dose,

9  but does Brown in her paper tend to extrapolate that low

10  dose in rats to human effect?

11    A    I have already stated that she did not do that.

12  She did not attempt to -- to find a no effect level, and

13  she did not attempt to extrapolate that to current human

14  exposures.

15         MR. HOPP:  Can we take five minutes for a

16  comfort break, Dr. Dahlgren?

17         THE WITNESS:  Yes.

18         (Brief recess.)

19  BY MR. HOPP:

20    Q    I want to focus on the history that you took

21  for Sherrie Barnes.  When you talked to Kenesha Barnes

22  and Mary Barnes and the other relatives, did you talk

23  about Sherrie Barnes' diet at all?

24    A    No, I did not ask about diet.  I don't usually

25  do that because I don't really know what to do with the

Page 704

1    information when I collect it.

2        Q    Do you know if Dr. Sawyer or Dr. Wolfson asked

3    questions about diet?

4        A    Dr. Sawyer did.  Her diet history:  Vegetable,

5    primarily green beans and various greens.  Ms. Barnes

6    farm raised catfish approximately twice per month.

7    Sherrie's brother William Jay caught fish from Bow Creek

8    which was consumed by the family.

9            Sherrie consumed fish two or three times per

10   month and occasionally bought fish at a local fish

11   market or restaurant.

12       Q    So any information on Sherrie Barnes' diet

13   would come from Dr. Sawyer's report as opposed to your

14   own data collection; is that correct?

15       A    Yes.  That is what I said.  Like I said, I

16   don't know what to do with that information because that

17   is very similar to what most people would say.

18           They happen to be fish haters, which

19   occasionally you run in to.  People who never eat fish.

20   And we know that that might increase the likelihood that

21   you find PCB or mercury maybe at a lower level of

22   someone that never ate fish; but still it is background.

23           Everybody in the South has PCB and mercury in

24   their system.

25       Q    Does Sherrie Barnes' fish consumption as

1    summarized on Dr. Sawyer's report strike you as

2    abnormally high or abnormally low?

3        A    No.  I would say it is very typical of what

4    most people would say.

5            I mentioned earlier a study that was done a

6    couple years ago where they asked patients to eat more

7    than -- who ate more than three fish meals a week to

8    allow their blood to be sampled for mercury.

9            Among women child-bearing ages, about

10   20 percent, who had those three, had mercury levels that

11   would be high enough where it would be harmful to the

12   fetus if they were to have a pregnancy.

13       Q    What are the toxic end points of mercury

14   consumption when a woman is pregnant?

15       A    Neurological effects in the baby.

16       Q    Have there been any studies that you are aware

17   of indicating that prenatal consumption of fish

18   increases the baby's risk of breast cancer later in

19   life?

20       A    No studies.

21       Q    Are you aware of any studies that talk about

22   postnatal exposure to mercury being a perspective breast

23   cancer?

24       A    No.

25       Q    Do you know whether Sherrie Barnes ever used

1    nonstick cookware containing Teflon?

2        A    No, I didn't ask that question.

3        Q    Now, you have been involved in litigation in

4    something called C8; is that right?

5        A    Yes.

6        Q    What is C8?

7        A    Perfluorooctanoic.

8        Q    And is C8 a component of Teflon?

9        A    Yes.

10       Q    And what are the disease end points that are

11   significant to C8 exposure?

12       A    Cancer.  Breast cancer and prostate cancer

13   among others.  Those were the most striking findings.

14       Q    And the C8 case that -- that I'm aware of --

15   I'm not sure if this was the one that you are involved

16   in or not.

17            The C8 case I'm aware of had to do with

18   environmental contamination from C8 which had somehow

19   allegedly got out of the factory.

20       A    The water in the neighborhood got contaminated

21   from the factory in West Virginia.  Parker Springs, West

22   Virginia.

23       Q    Is there any literature that you are aware of

24   cooking with Teflon-coated cookware increases a person's

25   exposure to C8?

1    A    No.  No one knows how the C8 is getting into

2  the blood of the general population, but it is there.

3         One possibility is Teflon cookware.  But C8 is

4  present in a number of other products.  And there is

5  probably more likely to be the root of exposure.

6    Q    What are those products?

7    A    Things like hydraulic fluids sometimes have C8

8  in them.  And let me think.  Gortex has it.

9    Q    Gortex; is that fabric or rainwear?

10   A    The big exposure is from Stain Master Carpet

11  and other textile-treating chemicals that are used to

12  make them -- make them.  So they don't -- the stain does

13  not stick on the fiber.

14   Q    Okay.

15   A    Stain Master Carpet is a DuPont brand and it --

16  they coat the entire fiber and the whole carpet is

17  filled with this C8.

18        The Dutch Environmental Protective Agency did

19  some studies and they showed that when you walk across

20  the carpet that is treated with this stuff, you kick up

21  molecules that are up in the air and so that may be one

22  of the ways that they may be exposed.  We just don't

23  know yet.  EPA is doing some studies on how it is

24  getting into the people.

25   Q    And does C8 -- strike that.

1          Does C8 give off gas from recently treated

2     carpet?

3     A     No.  It is not volatile, but it comes off in

4     particulates and there is some volumination.  It is not

5     totally lacking in volatility, but it is mainly the

6     particulates that does it.

7          I mean, the air concentrations around the

8     factory at one time in the past were quite high, and so

9     there is some vapor that gets in the air.  But no one

10    has done measurements about how much is above the

11    carpet.  And the Dutch felt that it was mostly

12    particulates exposure.

13    Q     Now, one of the other exposures that you and

14    Dr. Schecter studied recently is this fire retardant

15    chemical product?

16    A     PBDE, polybrominated diphenyl ether.

17    Q     And that is something that scientists have

18    recently found is in the environment in levels that no

19    one ever suspected?

20    A     Yeah.  That was the main point of the paper --

21    the main point of the paper.  That it is higher in the

22    United States, particularly in breast milk than it is in

23    Europe.  That is because Europeans banned the stuff and

24    which we have not yet done.

25    Q     Do you know what the toxic end points are for

Page 709

1    PBDE exposure?

2        A    It is generally felt that it is going to be

3    similar to dioxin.  Limited animal studies suggest that

4    they have the same cancer inducing, immune system

5    damaging, neurological -- neurological damage, and

6    endocrine disruption.  So it has got all the similar

7    toxic end points as dioxins and PCBs.

8        Q    And do we know what the PBDE levels are in

9    Mississippi, generally?

10       A    We did them on these 29 people.

11       Q    Okay.  And?

12       A    And they are included in that paper.

13       Q    Well, let me back up.  It is my understanding

14   that the focus on PBDE is a new thing relatively, recent

15   and people are discovering this as an issue?

16       A    I would say it has been an issue in the last

17   10, 15 years.

18       Q    And just to go back to your paper with

19   Dr. Schecter -- I know we marked it here.

20       A    I think it is here somewhere.

21       Q    Here we go.  What did you conclude?  Deposition

22   Exhibit 15, what did you conclude about the levels of

23   PBDE in the blood of the 29 people from Mississippi as

24   compared to 1973 serum levels?

25       A    Well, we didn't have '73 PBDEs; did we?

1     Q   Oh, is that the dioxin?

2     A   Dioxin.  We may have looked at it.  This is

3 breast milk, whole blood -- yeah.  This is Mississippi

4 and New York.

5     Q   Okay.

6     A   So these are the blood levels that we found.

7     Q   What figure is that?

8     A   Figure 3 and Table 4 is the 29 patients in this

9 case.

10    Q   And you found that their levels were high in

11 comparison to somewhere else or --

12    A   No.  The levels were similar to what we found

13 in New York.  This is Table 3.  New York is the firemen,

14 and actually, the people in Mississippi were -- let's

15 see.

16          Let's look at 99.  Levels are similar between

17 the firemen and the individuals in Mississippi.  There

18 is one person, 37-year-old female was high; 158 on PBDE,

19 which is the one that is most abundant than anybody, but

20 that particular person's is real high.

21          And who was that?  That is an interesting

22 question.

23    Q   37-year-old woman?

24    A   Yeah.

25    Q   Deposition Exhibit 39, is this the one that we

1    could not find from yesterday?  I will give you my copy.

2        A    Let's see if we can make a copy of this stupid

3    thing.  I wouldn't take your copy if we can avoid it.

4             I will use your copy.  Okay.  37, in 2004,

5    means that she was born in '67.  So it was Lorethra

6    Brown, '67.

7        Q    And she had high PBDE levels?

8        A    Yes.

9        Q    Or high levels of one of the PBDEs?

10       A    Yes.  The one that you look at is 99.  Among

11   the fireman, the highest was 34.  It was just one lady

12   Lorethra Brown who did not have a big, high TEQ

13   particularly.

14       Q    A high TEQ per dioxin?

15       A    Yes.

16       Q    But she had a high --

17       A    She had a high TCE level.  I don't know why.

18   It is a mystery.

19       Q    Are there TEQs -- have TEQs been calculated --

20   strike that.

21            Have TEFs been calculated for various congeners

22   for PBDE?

23       A    I asked Dr. Schecter that question.  I don't

24   know if it is addressed here, but the short answer is

25   no, but there has been -- somebody has at least raised

Page 712

1    the possibility, but I have not seen any charts.

2         Q     Is there a level of PBDE in blood which

3    scientists believe gives rise to a health concern?  How

4    much do you need to make you sick?

5         A     Well, let me read the -- let me read this

6    sentence to you from the paper.

7               "Although there is no way at

8               Present to be certain of the

9               Nature and extent of the toxicity

10              Of PBDEs, which is especially of

11              Concern as PBDE body burned

12              Increases measure level, and toxic

13              equivalent factors and other pops, such

14              as dioxins, furans and PCBs decreasing

15              in human living in an industrialized

16              country."  So there is no PCDF yet.

17        Q     But PBDEs are going up while --

18        A     That's right.

19              THE REPORTER:  I'm sorry.  I got mixed up with

20    the --

21              THE WITNESS:  Okay.

22              THE REPORTER:  Hold on.  Just give me the

23    abbreviations.  You got PDBE.  What's the other one?

24              THE WITNESS:  No.  PBDE, polybrominated

25    diphenyl ether.  Yeah, it's alphabet soup.

1   BY MR. HOPP:

2       Q    My question was PBDEs are going up while, I

3   think, it was dioxins and PCBs are going down, and the

4   answer to that question is "yes"; correct?

5       A    That's correct.  And the PBDEs were done on the

6   '73 sampling and they were essentially nondetect for

7   everything.  So it wasn't present in '73 even, amazingly

8   enough, but now it is present in significant quantities.

9            The pooled blood value totals showed a level of

10  61 parts per billion, whereas it was .77 parts per

11  billion in 1973.  And that serum, whole blood is 79;

12  slightly more.

13      Q    Okay.  Now, we talked last time and a little

14  bit today about dose calculations for Sherrie Barnes.

15           Did you do your own independent dose

16  calculation for Sherrie Barnes' exposure to creosote and

17  dioxin?

18      A    No.

19      Q    You relied on Dr. Sawyer for that; correct?

20      A    Yeah, Dr. Sawyer.  And Dr. Samara, also, I

21  believe, gave information regarding that individual's

22  exposure, but the main one is Dr. Sawyer.

23      Q    Can you give me a dose of creosote or a dose of

24  dioxin which you would consider to be a significant dose

25  for the purpose of causing breast cancer or is that

1    something, again, that you would defer to Dr. Sawyer?

2        A    Well, I think -- again, I would say similar to

3    what Dr. Sawyer said, these people are at increased risk

4    of cancer as a result of the exposure.

5             And specifically, one of the cancers to which

6    they are at risk -- I mean, all of the people in this

7    neighbor are at risk of breast cancer because of the

8    nature of these chemicals that we alluded to in the last

9    two days.

10            The nature of these chemicals being endocrine

11   disruptors concentrating in the fatty tissue of the

12   breast, specifically in the fairly active tissue, breast

13   tissue.

14            Every tissue that these chemicals reach, it can

15   increase the risk of the cancer in those tissues; but

16   breast is particularly at risk because of its lipid

17   nature and the lipid nature of these chemicals and

18   because the metabolic activity and the sensitivity to

19   estrogen which these chemicals mimic.

20            So for a variety of reasons, these chemicals we

21   are talking about increase the risk.  And as far as I

22   know, there is no safe level of exposure to a

23   carcinogen.

24            What we do with our quantitative risk activity

25   is try to define the level which we consider to carry

1    with it a so-called acceptable level of risk, is a very

2    low risk; but I don't know of any -- well, any evidence

3    that there is a threshold for cancer effects.

4           So then the answer to your question is that any

5    exposure is going to increase the risk.  The higher the

6    exposure, the higher the risk.

7           In these individuals, as Dr. Sawyer calculated

8    in Sherrie Barnes in particular is significantly

9    increased risk of breast cancer.

10          From his calculations, he calculated a dioxin

11   dose, a PAH dose, naphthalene dose, creosote exposure

12   levels, and so clearly, this -- this patient had a high

13   risk.

14   Q    Now, when I asked Dr. Sawyer questions about

15   risk of breast cancer and dioxin exposure, for example,

16   he answered by a reference to EPA slope factors for all

17   cancers.

18          Are you aware of any science which isolates a

19   dose of dioxin exposure which is significant for the

20   purpose of causing breast cancer?

21   A    Same answer.  I don't think that -- none of the

22   studies that I am aware of distinguishes between the

23   different cancers.

24          Clearly, PAH and dioxins have both been shown

25   to create cancers in animals and specifically, to create

1    mammary cancers.

2          I don't remember offhand that the slope factor

3    was calculated from breast cancer in the occurrence and

4    the lung cancers occurrence in the animals.

5          That is how slope factors are derived in animal

6    studies with a single compound; and therefore, somewhat

7    abstract and are mainly used for the comparison purposes

8    so that we have some sense of the potency of this given

9    chemical to cause a cancer.

10          As I said, like yesterday when you are in the

11   real world, you are exposed to a variety of things and

12   many of those things contribute to the risk, then the

13   safe level of exposure of any one compound has to be

14   reduced.

15   Q    Just to be complete then, are you aware of any

16   science which isolates a dose, the PAH, which is

17   significant of causing breast cancer or is your answer

18   the same?

19   A    Yeah, my answer is the same.  I don't -- I

20   don't think there is any known threshold for cancer.  So

21   any exposure increases the risk.  The higher the

22   exposure, the higher the risk.  And then it can occur at

23   any tissue that the chemical is present.

24          And as I have stated, PAH concentrates in the

25   breast has been shown to cause this type of cancer in

1    animal studies.  And all of the things that we have

2    discussed about dioxin apply to PAHs and so -- but in

3    addition to it, its estrogenic quality and most

4    important toxicity and its ability to disrupt DNA

5    function; but it has been shown quite significantly to

6    be present in patients with breast cancer.

7            PAH adducts is present in the breast tissue --

8    normal breast tissue adjacent to the tumor.  And then

9    the levels of these PAH adducts is so much higher in

10   breast cancer patients than patients without breast

11   cancer, showing quite clearly that it is probably a

12   major contributing factor to occurrence of breast

13   cancer.

14       Q    Don't a lot of the recent studies on that -- on

15   that subject in particular indicate that it is not clear

16   whether the concentration of PAH, DNA adducts of breast

17   cancer -- I'm sorry -- in breast tissue in people who

18   have breast cancer is the cause of the breast cancer or

19   a effect of the breast cancer?

20       A    No.  I think that the evidence is quite clear

21   that what it means is that they have been exposed to

22   more PAHs than other people.  And therefore, that is why

23   they are getting the breast cancer.

24           Now, there is -- there is susceptibility

25   factors.  Some patients are less able to repair the DNA

1    damage due to genetic differences.  Some patients make

2    more of the toxic intermediary due to genetic factor.

3            So there are susceptibility factors, but

4    clearly, there is a dose effect as well when you are

5    exposed to a higher dose of PAHs or dioxins, you are

6    going to get more breast cancer.

7        Q    All right.  Let's -- let's go back a question.

8            In answer to one of my earlier questions, you

9    mentioned the subject of threshold.  Leaving thresholds

10   aside, the EPA and other similar bodies have identified

11   level of exposure to carcinogen including dioxin which

12   they believe to be acceptable for policy reasons, if not

13   scientific reasons; is that not correct?

14       A    We -- they -- they come up with what they

15   called cancer slope factors.  And if you were exposed

16   below that amount, their theory is that you will have an

17   acceptable level of risk of developing the cancer.

18       Q    And that applies whether the dose response

19   curve for the carcinogen is linear or nonlinear.  Even

20   with a linear dose response curve, they isolate or

21   identified an accept --

22       A    It is a linear.  It is a linear response curve

23   that they are using to calculate the slope factor.  And

24   what they are doing is saying, okay, at this, you get

25   one in a million or one in 100,000, or one in 10,000

1    depending on what date of the week, what they consider

2    to be an acceptable level of risk.

3        Q    Do you know what the acceptable level of

4    whatever benchmark you want to use of exposure to dioxin

5    is?

6        A    Well, the EPA's level is a microgram per

7    kilogram per day.

8        Q    Do you know what the safe level of PAH exposure

9    is for humans according to the EPA or any other

10   benchmark?

11       A    I don't think they have established a reference

12   dose or they haven't expressed it quite the same way.

13   The chronic oral level of acceptable PAH exposure, I

14   don't recall from memory what it is, if they do have

15   one.

16           Let me see.  Maybe there is.  Let me look at

17   something.  Maybe Sawyer has it here.  What does he say

18   about the number?  No, he calculates from an EPA cancer

19   potency factor of 730 micrograms per kilogram per day.

20       Q    That is total PAH?

21       A    It is a cancer potency factor.  I think

22   that's -- let me see if I could.

23       Q    The question is micrograms per what --

24   microgram of what?

25       A    Well, that is what I am going to look at.  That

1    is PAH.  Benzopyrene equivalent, just the carcinogenic

2    PAHs.  Yes, I think it is probably -- it may be

3    benzopyrene.  Let me see.

4            Yeah.  I don't know how Dr. Sawyer got that

5    EPA -- the dosage.  Anyway, he has calculated the

6    dosage.  I have to ask him about where it came from.

7    Q    If I were to ask you what level of PAH or

8    dioxin exposure you would consider to be an

9    insignificant increase of a person's risk of breast

10   cancer, wouldn't your answer be referencing the case EPA

11   slope factor and whatever their decision is is an

12   acceptable level?

13   A    Well, I don't know if -- sometimes the problem

14   is the EPA plays games and they will come up with a

15   slope factor of one in 100,000 and one in a million; and

16   you ask them why?  And they don't tell you.

17           But the usual, the oldest most common

18   acceptable level of risk is one in a million.

19   Q    So whatever -- anything under the one in a

20   million risk is something that would be, in your view,

21   an acceptable level of dioxin or PAH exposure?

22   A    You know, if I was that one patient, I don't

23   think that I would find it acceptable.  And I have also

24   indicated that, you know, there is no safe level of

25   exposure that an individual patient can have.

1          This is the significant contributing factor.

2     And if they hadn't had that exposure, they wouldn't have

3     gotten the cancer.

4          So this is, you know, I mean -- just because it

5     was, say, less than one in a million, I mean, you know,

6     I -- I think that risk is certainly lower if your

7     calculated risk is under one in a million.

8          Your question is do I accept that as

9     sufficient?  Excluded as the causative factor?

10          Well, I think we have to go on an individual

11     case basis to see what is going on with that.  For

12     example, as I said earlier, if they are exposed to PAH

13     at the one in a million risk, using this somewhat

14     artificial construct; and they are at one in a million

15     risk from the other chemical, both are going to be

16     contributing.

17          And like I said before, the risk would have to

18     be -- or the exposure -- acceptable exposure would have

19     to be reduced to take into account the mixture exposure.

20          And in this case, we got dioxins.  We've got

21     PAHs.  And we also have Benzene.  Although, the dose is

22     unclear.  And then we have naphthalene.

23     Q     Which is a PAH?

24     A     Which is a PAH, but it has a separate slope

25     factor because it is not included in the so-called

1   carcinogenic PAHs.

2           TEFs that are usually identified, but

3   California has given a slope factor for cancer causation

4   now.  And there are, you know, animal studies to show

5   that it does induce cancers.  So it has to be added to

6   our list.

7           Anyhow, just because the calculated PAH dose

8   would be at one in a million, because of the

9   circumstances in this case, it still may be contributing

10  because of the synergistic additive and/or additive

11  effect of the other exposures.

12  Q    Let me ask you this:  Do you think, leaving

13  synergistic and additive effects aside, how low a dose

14  would you consider to be too low -- strike that.

15          How low a dose would be too low for you to

16  consider PAHs as a risk factor for breast cancer?

17  A    I don't know the answer to that.

18  Q    How low a dose would you -- strike that.

19          How low a dose would be too low for you to

20  consider dioxin as a risk factor for breast cancer?

21  A    Same answer, I don't know.

22  Q    You indicated earlier that naphthalene has been

23  shown in some animal studies to cause cancers; correct?

24  A    Yes.

25  Q    And forgive me if we covered this before, but

1    those animal studies were inhalation studies of rats?

2        A    I don't remember whether it is inhalation or

3    feeding, but it was rat studies, yes.

4        Q    But do you know whether the cancer that was

5    induced in the rats was nasal cancer?

6        A    I don't remember.  I would have to look at the

7    article to see the answer to that question.  I believe

8    it may have been an inhalation study with nasal cancers,

9    but I just don't remember from memory.

10       Q    And you know that rats are obligate nose

11   breathers; right?

12       A    Yes, I do know that.

13       Q    Are you familiar with the term

14   organotrophotropism?

15       A    Organotrophotropism, I think that has to

16   something -- something to do with the tendency of a

17   chemical to effect a certain organ.  I think that is

18   what organotrophotropism is.

19       Q    In your clinical practice, have you ever

20   prescribed a drug called Rifanpin, R-i-f-a-n-p-i-n?

21       A    Many, many years ago, I think I wrote a couple

22   of prescriptions for Rifanpin to treat some patient with

23   tuberculosis.

24       Q    Are you aware that it is an animal carcinogen?

25       A    I have not remembered that, no.  If it is, it

1    is not in my memory banks.

2        Q    Do you remember giving any specific warnings

3    when you prescribed Rifanpin regarding cancer risk?

4        A    I don't remember.

5        Q    Have you ever prescribed a drug called

6    Isoniazid, I-s-o-n-i-a-z-i-d?

7        A    I think that is misspelled.

8        Q    I may mispronounce it, too.  I-s-o-n-i-a-z-i-d.

9    Does that sound like something else?

10       A    I don't recall prescribing that.

11       Q    Do you ever recall prescribing a drug called

12    Clofibrate, C-l-o-f-i-b-r-a-t-e?

13       A    Clofibrate is a cholesterol lowering agent.

14    I've never prescribed it.

15       Q    Have you ever prescribed Disulfiram,

16    D-i-s-u-l-f-i-r-a-m?

17       A    No.  That's -- that's a drug to make -- to give

18    to alcoholics to keep them from -- from alcoholics

19    drinking because it makes them sick to drink.

20       Q    All right.  Have you ever prescribed

21    Phenobarbital?

22       A    I have prescribed that a couple of times, yeah.

23       Q    Are you aware that that is an animal

24    carcinogen?

25       A    No, I was not aware that it was an animal

Page 725

```
1    carcinogen.

2        Q    Have you ever recommended -- strike that.

3             Acetaminophen used to be a prescriptive drug;

4    is that right?

5        A    You mean Tylenol?

6        Q    Yeah.

7        A    I didn't know that was ever a prescription

8    drug.

9        Q    Did you ever recommend people to take

10   Acetaminophen?

11       A    I definitely -- I always recommend patients

12   never to take Tylenol or --

13       Q    Why is that?

14       A    Because of its liver toxicity.  It is

15   equivalent -- it killed more people last year than Vioxx

16   and any of the rest of them.  It is real a bad drug.

17       Q    Is it a carcinogen -- an animal carcinogen?

18       A    I don't know.

19       Q    Have you ever prescribed a drug

20   called Metronidazole?  Let me spell it for you,

21   M-e-t-r-o-n-i-d-a-z-o-l-e.

22       A    Metronidazole?

23       Q    Metronidazole.

24       A    Yes, I have prescribed that.

25       Q    What is it?
```

1  A  It's an anti-parasite drug.  It is used to

2 treat things like Giardia and it is also used to treat

3 anaerobic infections.

4  Q  What is Giardia?  Keith knows it.

5  A  Intestinal parasites, very common.

6  Q  Are you aware that it is an animal carcinogen?

7  A  Yeah, I was aware of that.

8  Q  When you prescribe it or when did you prescribe

9 it, did you ever give warnings on that subject to the

10 patients?

11  A  No.

12  Q  Have you ever prescribed a drug called -- and I

13 need to spell this one, too --

14 S-u-l-f-i-s-o-x-a-z-o-l-e, Sulfisoxazole?

15  A  I may have prescribed it once.

16  Q  Do you know what it is?

17  A  It is an antibiotic.

18  Q  Do you know it was an animal carcinogen?

19  A  No.

20  Q  Have you ever prescribed Dapsone,

21 D-a-p-s-o-n-e?

22  A  No.

23  Q  Have you ever prescribed Methimazole,

24 M-e-t-h-i-m-a-z-o-l-e?

25  A  No.

Page 727

1      Q     Have you ever prescribed Oxazepam,

2    O-x-a-z-e-p-a-m?

3      A     No.

4      Q     Have you ever prescribed Furosemide?

5    Furosemide, F-u-r-o-s-e-m-i-d-e.

6      A     No -- well, I probably did when I was a

7    resident.

8      Q     Do you know what that is?  What that drug is?

9      A     Yes.  It is a diuretic.

10     Q     Are you aware it is an animal carcinogen?

11     A     No.

12     Q     How many cases of breast cancer are diagnosed

13   in the U.S. each year?

14     A     160,000, in that range.

15     Q     Do you know how many cases are attributable to

16   creosote exposure?

17     A     No.

18     Q     Do you know how many of those cases are

19   attributable to dioxin exposure?

20     A     No.

21     Q     In how many cases would you say the cause is

22   known, the cause of breast cancer is known?

23     A     Very few.  They say about 15 percent are

24   related to family history, strong family history.  The

25   other 85 percent are of unknown cause, but it is clear

Page 728

1    from the epidemiological studies, that it is

2    environmental because when people move from one country

3    to the other, they assume the cancer -- breast cancer

4    risk of the region they move to.

5              For example, Japanese women have a low rate of

6    breast cancer, but when Japanese women moved to the

7    United States, their breast cancer risk approximates

8    that of a U.S. population.  So it is pretty clear that

9    it is related to the environment.

10             Africa, in the bush, people don't get cancer.

11   They don't get breast cancer.  It is unheard of, but we

12   live in an industrial society.  We get these cancers.

13   Q     And does breast cancer ever occur in people who

14   have none of the known risk factors?

15   A     85 percent.

16   Q     85 percent of the time; that is what you just

17   talked about?

18   A     Yes.

19   Q     Are you aware of something called -- strike

20   that.

21             Have you ever heard of something called

22   evidence-based medicine?

23   A     Yes.

24   Q     What is evidence-based medicine?

25   A     It's a trick by the insurance industry to not

Page 729

1    pay bills.

2         Q    Can you elaborate?

3         A    Yeah.  They had a bunch of phony protocols.

4    And if you don't follow the protocol, we don't pay.  So

5    it is an attempt by the insurance company to keep your

6    premium and not pay for your medical care.

7         Q    What is the likelihood that an adult female

8    living in the U.S. today would develop cancer today at

9    some point in her lifetime?

10             THE REPORTER:  Cancer or breast cancer?

11   BY MR. HOPP:

12        Q    Cancer in general.

13        A    The likelihood of getting a cancer is about --

14   well, if you exclude skin cancer, it is about

15   30 percent.

16        Q    What is the likelihood that an adult living in

17   the U.S. today would have cancer written on his or her

18   death certificate as either being a primary or secondary

19   cause?

20        A    About 30 -- 30 to 35 percent.

21        Q    Do you agree with the proposition that someone

22   can be exposed to a carcinogen and not get cancer from

23   that carcinogen?

24        A    Yes.  We all are exposed to carcinogens

25   constantly.  And the body is able to repair the damage

Page 730

1    and keep us from developing cancer.  So we die of

2    something else, but certain number of people die as a

3    result of cancer as their bodies are overwhelmed, either

4    by being exposed to an overexposure of a carcinogenic

5    agent or susceptibility.

6             We know that dose matters.  The higher the

7    dose, the more likely you are able to contract cancer.

8             Extensive studies of asbestos workers show a

9    clear dose response.  The higher the exposure, the

10   higher the cancer rate.  Such that an asbestos exposed

11   cigarette smoker, the risk of getting lung cancer as the

12   cause of death approaches 50 percent.

13   Q    Do you agree with the proposition that someone

14   can be exposed to a carcinogen and develop cancer for

15   reasons totally unrelated to that carcinogen?

16   A    Well, again, we are all exposed to various

17   carcinogenic agents in the environment.  So many of

18   those agents don't -- may not be contributing to the

19   cancer that you ultimately develop.

20            So on a theoretical basis, you might be exposed

21   to a carcinogen that doesn't contribute to your cancer.

22   It is theoretically possible, but we want to talk about

23   details.

24            As a general statement, you can say it is true,

25   but it needs to be clarified in terms of an individual

1    case.

2         Q    Are you familiar with aflatoxin?

3         A    Yes.

4         Q    Is aflatoxin a carcinogen?

5         A    Yes, it is considered to be a carcinogen.

6         Q    And it primarily attacks the liver; is that

7    correct?

8         A    Yes.  It is thought to be a cause of liver

9    cancer.

10        Q    Can it cause breast cancer?

11        A    Don't know.  Never seen any data on that.

12        Q    Are you aware of any recent aflatoxin outtakes

13   in green crops in Mississippi?

14        A    No.

15        Q    Is there any way to model or to otherwise,

16   calculate Sherry Barnes' blood dioxin level?

17        A    No, not that I am aware of.  We could -- I have

18   been thinking about maybe doing an extrapolation from

19   the house dust level or soil levels in the homes and see

20   what the correlation with the people living in those

21   homes with their house -- house dust.

22             Theoretically, you can extrapolate using some

23   technique similar to that.

24        Q    Is the science available to take the facts that

25   we know about Sherry Barnes' body mass index, et cetera,

Page 732

1    and the environmental exposure in her home to calculate

2    a blood dose level?

3         A     Yeah.  This -- this has been done with lead,

4    for example.  Where they take the studies that

5    patients -- they look at their blood leads; they look at

6    the house dust levels for lead; and they then see what

7    the correlation is and construct a model, so that you

8    can predict certain dust levels would result in a blood

9    lead of X amount.

10             And I have been thinking about doing that with

11   this group, to see what we might be able to say about

12   extrapolation using that technique.

13        Q     Now, in your report, I believe it is -- I'm

14   sorry, Page 49 of 305.

15        A     You want me to look at it?

16        Q     Just read it to yourself.  You state that --

17   you are talking about the 29 people whose blood was

18   taken for the purpose of analysis.

19             You say subject selected for biomonitoring

20   randomly chosen a total of 103 total residents who were

21   part of the ongoing litigation against the wood

22   treatment plant due to their concern about associated

23   health problems.

24             And then you say that the inclusion criteria

25   for the randomly selected subjects were 1, above 20

Page 733

1    years old; 2, living in the same residence for five

2    years.

3            Those are the two inclusion criterias you list?

4    A    Yes.

5    Q    Let me go back.  How did you come up with the

6    list of 103 residents for the purpose of potential blood

7    level measurements?  There are several hundred people

8    involved in this litigation.

9    A    This is in the Columbus case?

10   Q    No.  This is in Grenada.

11   A    Grenada?

12   Q    Yes.

13   A    How did the 103 get picked?  I am trying to

14   remember.  I didn't say.  I didn't explain it there?

15   Q    I don't think so.  It is Page 49.  If you want

16   to look at it.

17   A    These were the 103 that were picked by the

18   attorneys.  I didn't participate.  I didn't look at a

19   larger group.  These were the total number of people

20   that were assigned by the attorneys to be examined.

21   Q    So out of that group of 103 that were presented

22   by the attorneys, you picked 29 based on at least in

23   part on the inclusion criteria that you reference on

24   Page 49?

25   A    Right.  After the -- we looked at that, and we

1    just picked them at random.

2        Q    All right.  That is where I am going.  I want

3    to make sure I understand the process.

4        A    Yes.

5        Q    Narrate for me then, how did you go from 103

6    down to 29?

7        A    We asked them -- well, we looked at the

8    questionnaire and we would talk to them and say, look,

9    you are over 20, yes, live with -- what is it, two

10   miles?

11       Q    Same place for five years?

12       A    Same place for five years, and I think within a

13   certain range; one or two miles from the plant.  It

14   would have been one mile or two miles.

15       Q    Okay.

16       A    And then we -- I think, Emma Wood, is that the

17   one we talked about yesterday that lived further away

18   than that, but had a real high exposure based on her

19   husband?

20       Q    Husband.

21       A    But everybody else lived within, I think, a

22   certain range from the plant.  We tried to make sure

23   that it was, some of the people would be farther away.

24   We just didn't want to just look at all Carver Circle

25   people.  We looked at several other people who lived

1  farther away.  But other than that, we did not make any

2  selection.

3      Q    So the three inclusion criterias were age, five

4  years in the same residence, and with the exceptions

5  that you just mentioned, within a certain distance from

6  the plant?

7      A    And we didn't say it was a mile or two?

8      Q    It may be somewhere else in your report.

9      A    I think that is what it was.  I think it was a

10  mile.

11     Q    Did you have any other inclusion criteria?

12     A    No.

13     Q    Did you have any exclusion criteria other than

14  not meeting the inclusion criteria?

15     A    No.

16     Q    Well, after you applied those three inclusion

17  criteria, how big was the group?  That is, did you get

18  to 29 then applied those three criterias or was there a

19  group of larger than 29?

20     A    No.  The people we picked is the people we did

21  the blood on.  What we do with the rest of the

22  people --

23     Q    No.  Criteria you looked at.  And if people met

24  the three criterias, they went into the --

25     A    Okay.  We went until 30 people.  We ended up at

Page 736

1    29.  We were limited by how many we could do by the

2    resources available.

3        Q    By the cost?  By the budget?

4        A    Yes.

5        Q    Okay.  And I am still trying to understand the

6    process.

7             Did you start with a list of people and go

8    through and see who met the inclusion criterias until

9    you hit 29 or 30, or did you look at everyone, apply the

10   inclusion criterias, and came up with 30 and then --

11       A    29.

12       Q    -- met them?

13       A    There was more than met them.  Once we got our

14   29 or 30, we stopped.

15            In other words, there may have been some more

16   people that met the inclusion criteria that we did not

17   test.  We did not look at them.  Because once we got to

18   the number we wanted, we stopped.

19       Q    So just taking off the surveys off a pile, the

20   surveys' answers --

21       A    As they were coming through the phlebotomist

22   room where the blood, extra blood needed to be taken for

23   these purposes, we screened them --

24       Q    All right.

25       A    -- at the time and we got the people that we

Page 737

1    wanted to get.

2         Q     So you got the first 30 who came through the --

3         A     That met the criteria, yes.  And by the way, I

4    am looking at the naphthalene data, and it was

5    inhalation and it was respiratory, nasal hyperplasia;

6    but it was also alveolar or bronchial or adenomas or

7    carcinogens.  So it was just not nose, but it was also

8    lung.

9         Q     Is this the NPT study in 2000?

10        A     Yes.

11        Q     Is there any other study on rats?

12        A     No.  This is on mice about 636 F1, mice.

13        Q     Again, NTP 2000?

14        A     NTP 2000 -- no, this is NTP 1992.  This is

15   Table 1.  That was mice.

16             Now, let me see the 2000 paper.  Neuroblastomas

17   were also found.

18        Q     In mice or rats?

19        A     That is in rats.

20        Q     And what is the reference?

21        A     NTP, but it is the 2000.  Let me see if I can

22   find it.  NTP 2000.  49 male and female rats exposed to

23   inhalation, 6.2 hours a day, five days a week for 105

24   weeks at the rate of zero, 10, 30, or 60 parts per

25   million; and that is when they got not only the lung

1    cancers and they got a neuroblastoma dose response.

2        Q    At the parts per million range?

3        A    Yes.

4        Q    And so there is two NTP studies that you are

5    relying on for naphthalene than any others?

6        A    That was what -- what California used to derive

7    the slope factor, were these two studies.

8        Q    All right.  For the purpose of your opinions in

9    this case, are you relying on any other naphthalene

10   studies that appear to show an increase in risk of

11   cancer?

12       A    Well, let's see.  And what can we say about

13   that?  The IARC classified that it is a 2B carcinogen in

14   2002.

15       Q    What is 2B?

16       A    2B is possibly carcinogenic to humans.

17       Q    And prior to 2002, it was not classified even

18   as a possible human carcinogen; is that right?

19       A    That's right.

20            MR. PRUDHOMME:  And, Tony, for the record there

21   was one exclusion I noted in Dr. Dahlgren's report on

22   Page 49, and that was none of the members worked at the

23   wood treatment facility.

24            MR. HOPP:  That was the exclusion?

25            MR. PRUDHOMME:  That was the exclusion factor.

Page 739

1          MR. HOPP:  Thank you.

2          THE WITNESS:  Other factors that would

3     indicate --

4     BY MR. HOPP:

5          Q    Well, other studies?

6          A    Other studies that would support that is

7     carcinogenic.

8          Q    I am aware of a couple of animal studies.  I

9     want to know if you have any animal or human studies

10    that support that naphthalene is either an animal or

11    human carcinogen?

12         A    No.  Let me look at this.

13              In the Crisp, C-R-I-S-P, study, this scientific

14    database is maintained by the public health service and

15    they list various studies.  I don't know.  Maybe I

16    should look through this later.

17         Q    Okay.  Maybe that is something that we can come

18    back to.  Just to finish on the topic of naphthalene,

19    old style moth balls were made of naphthalene; correct?

20         A    They were.  And they were banned because of the

21    concerns about its cancer-causing capacity.

22         Q    How long ago were they banned?

23         A    In California?  They were banned -- all

24    pesticide registration of naphthalene including moth

25    repellant was canceled in 1991.

Page 740

1      Q    I know that I bought naphthalene moth balls in
2  Naperville, Illinois after 2000 because I have them in
3  my garage.
4      A    Well, you could not buy them in California.
5      Q    But you could buy them in other places even
6  now, if you know?
7      A    You just told me that you bought some.  So I
8  suppose Illinois did not ban them, I guess.
9      Q    But the moth balls that everybody's grandmother
10  used to use, those were naphthalene; right?
11      A    Yes, that's right.
12           MR. HOPP:  Shall we break for lunch?
13           MR. PRUDHOMME:  That's fine.
14           (Lunch recess.)
15  BY MR. HOPP:
16      Q    Dr. Dahlgren, referring your attention back to
17  page 49 of 305 of your report, this is where we were
18  looking at the notion of choosing the test subjects.
19      A    Yes.
20      Q    You state that the subjects selected -- let me
21  just read it.  "The subject selected for
22           Biomonitoring were randomly chosen
23           From a total of 103 residents, were
24           Part of an ongoing litigation against
25           the wood treatment plan due to their

1          concern of associated health problems."

2          So the 103 people who came through the testing

3    center you described before lunch were already

4    plaintiffs or potential plaintiffs in litigation; is

5    that right?

6    A    Yes.

7    Q    And were they all ill or were some of them ill

8    and some of them were concerned about being ill?

9    A    Both.  Some were ill.  Some were concerned

10   about being effected in the future.

11   Q    And -- strike that.

12         Did each of these 103 people fill out your

13   questionnaire?

14   A    Yes.

15   Q    Do you have a list somewhere of the 103 people

16   from whom you selected the 29?

17   A    Yes, I'm sure I do.  I'm not sure if I have it

18   with me today, but I think I do have a list.

19   Q    I will follow up with a letter to Keith, but I

20   will make a request for the list of the 103 people from

21   whom the 29 were selected.

22         Where was the blood drawn done for the 29

23   people from Grenada?

24   A    We rented a hotel.  I am trying to remember

25   what hotel it was.

1      Q      It was in Grenada somewhere?

2      A      In Grenada.

3      Q      So these people were not bussed to Miami?

4      A      No, they weren't.

5      Q      Okay.  And were there specific blood collection

6   procedures that you had to observe for the purpose of

7   dioxin testing?

8      A      Yes.  ERGO sends us glassware and instructions

9   of how to handle the blood.

10      Q      Was there a local phlebotomist you used who

11   then collected the blood and followed ERGO instructions?

12      A      No.  It was a phlebotomist who I brought with

13   me; actually, two women who, I believe, in Grenada.

14   They were the people from Lake Charles that we used in

15   phlebotomy for years now.

16      Q      What are their qualifications?

17      A      They are professional phlebotomists.

18      Q      Do you know their names?

19      A      Betty and -- what is the other lady's name?  I

20   don't remember.

21      Q      And these are technicians from Lake Charles,

22   Louisiana?

23      A      Yes.  Correct, that draws the blood for us when

24   we do study in the fields.

25      Q      I take it, that it is important to follow

1  ERGO's instruction for collecting the blood and

2  preserving it for shipment?

3      A    Yes, it is quite an elaborate procedure because

4  we ended up sending the blood on dry ice.

5      Q    Do you send whole blood on dry ice or do you

6  spin it down to serum before you send it?

7      A    Spin it down and separate it and put it on the

8  dry ice and then ship it in a special glassware.

9      Q    Was there a lab, then, that these phlebotomist

10  used for these purposes?

11     A    We have our own centrifuge.  That is all we

12  need.

13     Q    So you actually brought the centrifuge with you

14  and set it up at the examination site?

15     A    Yes.

16     Q    What -- strike that.

17          If the samples are improperly preserved, if one

18  of the technicians, for some reason, makes a mistake,

19  how could that impact the results of the sampling?

20     A    Well, you could, I suppose -- I am trying to

21  think what kind of a mistake we would talk about.

22     Q    Well, let's just say, for example, the samples

23  warm up and they are not frozen or they are not cold

24  enough by the time it reached West Germany -- I guess,

25  now Germany?

Page 744

1    A    Yeah, they don't distinguish west and east any

2    longer.

3    Q    That's right.  I am showing my age.

4    A    I always thought that the dioxins are

5    exceedingly stable and as we were talking yesterday, you

6    can keep them in a freezer for years and still get

7    reliable results.

8         I don't know what the effect -- the reason why

9    you don't want to get it warm is you can get bacterial

10   growth and bacteria might -- might metabolize the

11   dioxins a little bit.  That is why you keep them frozen

12   because you don't want any microbial action to reduce

13   your, you know, the anolytes of interest.

14        So, I guess, that is the point I would make is

15   that if they got unduly defrosted, there might be some

16   errors introduced, which would tend to reduce the

17   values.

18   Q    Let's talk about the PAH and DNA adduct study.

19        Are there geographical variations in the blood

20   level of PAH, DNA adducts in the United States?

21   A    Yes.

22   Q    Can you describe what those variations are?

23   A    Yes.  The biggest difference is urban versus

24   rural.  If you live in an urban area, you tend to have

25   higher adduct levels than if you live in a rural area.

1    We talked about that yesterday.

2            If you live close to a roadway, you are more

3    likely to have elevated values than if you lived further

4    away from the roadway.  And I think those are the major

5    regional or geographic differences that have been

6    described.

7        Q    Is there any sort of general distinction

8    between DNA adduct levels -- background DNA adduct

9    levels in Mississippi as opposed to Florida?

10       A    You wouldn't expect that if they were in

11   similar size towns, as we discussed yesterday, as well.

12           Now, there may be a difference -- the urban,

13   rural differences are not great.  There are some slight

14   differences.  There may be -- let me just look at this

15   paper.

16           I think I see where it went.  It is right here.

17   There is a review paper on this urban, rural difference.

18       Q    Is that one of the papers you cited in your

19   recent bibliography?

20       A    Yes.  Let's see which one was it.  I guess,

21   it's the Kriek '98 might be the one that I am looking

22   for.

23           Here is my list.  Okay.  Relevant -- this is

24   Kriek, K-R-I-E-K, 1998.  And he has got a review of a

25   lot of the different studies.  I thought he had an

1    urban, rural distinction in one of his tables, but I am

2    not finding it right quick.

3              Here we go.  Well, interesting study.  He

4    doesn't quite do what we want because there is a -- bus

5    drivers looked at in --

6         Q    Bus drivers what?

7         A    They looked at bus drivers.

8         Q    They have higher exposure?

9         A    They have very high exposures from bus driving,

10   and the one here with environmental exposures, they are

11   mainly talking about summer and winter differences.

12        Q    And that is a relevant distinction, people tend

13   to have higher DNA adduct levels in the winter; is that

14   right?

15        A    Yes.

16        Q    Is it because they are in the house?

17        A    Yes.  And there is more -- in this study,

18   anyway, there is more burning of fossil fuels to keep

19   warm.  This is in Poland.  The difference between summer

20   and winter is approximately a doubling of the level in

21   the exposed population; but there is no difference in

22   the control group between the winter and summer.

23        Q    Okay.  Eric Kriek, is that the name?

24        A    K-R-I-E-K, and --

25        Q    Mutation Research 1998?

1       A       Mutation Research '98, yes, that is the paper.

2       Q       What table are you on for your --

3       A       We are looking at Table 3.  And let me see,

4  there are some other papers that address this, too.

5       Q       This Table 3 looks both at P32 post-labeling

6  and Alyssa techniques.  That's correct.

7       A       2000 Perera.

8       Q       If you look at the Perera for the urban, rural

9  distinction?

10      A       Well, I think she did show -- she discusses it

11  in some of her papers.  Let me see if I can find the one

12  quickly about this issue.

13      Q       This is Frederica Perera?

14      A       That's right.  She has probably written more on

15  this subject than anybody else.  P-E-R-E-R-A.  She

16  discussed breast cancer in PAHs in this paper.

17      Q       Which paper?

18      A       This is 2000, Perera 2000.  I am just looking

19  for her discussion of our point, but environmental

20  susceptibility versus exposure, which we were

21  discussing, she addressed that issue, also.

22              This is just an old point.  Maybe I will go

23  back to the older papers.  And there is a significant

24  difference in the Hemicky paper, 1990, talked about

25  urban, rural differences.

1    Q    Kari Hemicky?

2    A    Um-hmm.  I think I have that paper on another

3  file.  I am not finding it.

4    Q    But, generally speaking, you think there is a

5  slight distinction between urban and rural residents in

6  effect to PAH, DNA adducts?

7    A    Yes, there is a difference.

8    Q    Exposure to various sources of PAHs is going to

9  effect the level of someone's PAH, DNA adducts; is that

10  right?

11    A    Yes.

12    Q    And that is why cigarette smoking increases the

13  level of PAH, DNA adducts in someone's blood?

14    A    Correct.

15    Q    Also, exposure to side stream smoke?

16    A    Yes.

17    Q    Secondhand smoke?

18    A    Side stream/secondhand smoke will increase the

19  risk.

20    Q    And if someone does household burning of waste

21  or leaves, that would also increase their risk -- or I

22  am sorry, their level?

23    A    Their level of PAH adducts, yes, can be

24  increased by burning of carbonaceous materials.

25    Q    Now, do you know how the daily dose of PAHs

Page 749

1    from cigarettes smoke compared to daily PAH dose

2    incurred by one of the plaintiffs in this case from

3    creosote smoking?

4              In other words, the --

5         A    The smoking effect?

6         Q    Yeah.  What would the smoking effect be?

7         A    It is very, very slight.  Even in this case,

8    you can see, if you look at the paper, we have a few

9    current smokers and they were not any different than the

10   other smokers and -- I mean, nonsmokers.  That is what

11   all of the studies have shown.  A very slight

12   difference.

13             It is not as important as the urban, rural

14   difference.  However, if you want to look at smoking,

15   and if you look at the papers that have been published,

16   they may indicate that there is a slightly, higher level

17   in smokers.  Not all of the studies have shown that, but

18   some have.

19        Q    Are you familiar with an experimental concept

20   called a positive control?

21        A    Yes.

22        Q    Would you consider cigarette smoking a positive

23   control for detecting PAH, DNA adducts?

24        A    Let's look at our sheet.  Which exhibit was it

25   that had the DNA adducts?  Because it really wouldn't

1    work as a positive control.

2       Q    That's 68.  It does indicate smoker and

3    nonsmoker.  Here is my copy.

4       A    See, if you look at current smoker levels,

5    clearly, you know, you got Gloria Loggins.  She is 2.74.

6    Glenn Collins, 5.44, which is the highest value -- no,

7    Randy Barnes is the highest value.

8       Q    And he is a nonsmoker?

9       A    He is a nonsmoker.  Sherrie Ratliff is a

10   current smoker and she is only 2.  So if you look at

11   those, it does not look like smoking has any impact.

12      Q    Is that consistent with what the literature

13   indicates?

14      A    Yes.  Yes, as I said, most of the studies have

15   concluded that smoking is, you know, not the main

16   source.

17      Q    Do you know the average daily exposure of PAHs

18   of a nonsmoker?

19      A    The average PAH level?

20      Q    Yeah, in nonsmokers?

21      A    It is not -- we don't have the numbers like we

22   can talk about dioxin TEQs.  We don't have that same

23   luxury here because, as I said, there is variability in

24   the way it is done.  So that there is no defined value

25   out there for normal and abnormal.

1     Q    No defined background level?

2     A    No defined background level in terms of the

3  number type thing.  There is a general range, but, you

4  know, how many new -- how many adducts per 10 to

5  be nucleotides.

6     Q    Do you know a range of variation in PAH, DNA

7  adducts in an individual day-to-day -- bad question.

8  Let me ask it again.

9        Do individuals, you or me, for example, have --

10    A    Day-to-day variation?

11    Q    -- day-to-day variation In PAH, DNA adduct

12  level?

13    A    No -- well, what we do know is that it is

14  attached to the lymphocytes and that is what we try and

15  look at among the nuclear cells.  And that includes

16  monocytes and lymphocytes and they tend -- monocytes

17  tend to have a fairly short half-life, but the

18  lymphocytes have a long half-life.

19        The bulk of stuff you look at is, you know, 25

20  to 40 percent of the cells are lymphocytes and those

21  have a long half-life.  So they are not likely to change

22  radically from day-to-day unless there was a big spike

23  of exposure.

24        In the studies of smokers who stopped smoking,

25  they can have quite high levels and they follow them

Page 752

1    through to see how long it took the adducts to go away.

2    I was just looking at that.  It takes about two months

3    for them to go down.

4         Q    You said lymphocytes and --

5         A    Monocytes.

6         Q    Those are white blood cells; correct?

7         A    Yes.

8         Q    And when you do these PAH, DNA adducts studies

9    you are actually looking for PAH, DNA adducts in white

10   blood cells; right?

11        A    Yes.

12        Q    You are not looking for them in liver cells and

13   breast cells?

14        A    No.  The blood is the easiest tissue to get.  I

15   mean, obviously, there have been studies on these other

16   tissues, but the ones that we are talking about here

17   that we did in this case were done on white blood cells.

18        Q    And going back to your earlier answer, you said

19   that the two different types of white blood cells have

20   different half-lives.  What are those half-lives?

21             What is the half-life for lymphocytes?

22        A    Well, the lymphocytes half-life varies.  There

23   is a small segment of long lived lymphocytes who

24   actually are in the blood stream for two to three years.

25             They are memory cells.  And then there are

1  lymphocytes that have a half-life of about two to three

2  months, and that is the bulk of it.

3      Q    How about the other type of white blood cells

4  who you said have a shorter half-life?

5      A    The leukocytes, those are the polymorphonuclear

6  leukocytes.  They have a shorter half-life, in a matter

7  of hours.

8      Q    Now, the P32 post-labeling technique, how

9  specific is that technique for PAH adducts?

10     A    It is very specific for PAH adducts.  In other

11 words, you are asking would it cross-react with adducts

12 formed by other chemicals like, let's say, atrazine.

13     Q    More specifically, can it defect other bulky

14 DNA atoms?

15     A    My understanding is that the bulky adducts that

16 are detected by this method are PAH and I am not

17 familiar with what might be giving additional signals

18 that are not PAHs.

19          I don't know how pure, how specific the

20 technique is.  It is my understanding that it is very

21 specific, but the percentage of specificity, I don't

22 know.

23     Q    All right.  You state, on Page 47 of your

24 report, that PAH leave characteristics, fingerprints

25 when they bind to mononucleotizing DNA.

Page 754

1          Were you able to identify any PAH fingerprints

2     in this case without being able to determine patterns of

3     PAH, DNA adducts, and how they vary between these

4     exposed and control groups?

5          A     You would have to talk to Dr. Phillips about

6     that.  He is the author of the opinion that these things

7     are specific.

8          Q     Okay.

9          A     And we don't know which PAHs they are, but we

10    know that there are -- you know, I think mostly like 90

11    plus percent PAH adducts and not adducts of other types.

12         Q     On Page 50 of your report, you state you did

13    not adjust for dietary confounders.  And then you say,

14              "Barbecue intake, because

15              that history was unavailable

16              at the time in our comparison

17              group."

18         A     That's right.

19         Q     What would be the magnitude of PAH, DNA adduct

20    levels you would expect in a regular consumer barbecue?

21         A     I don't know.  Because I looked at these

22    papers, I was looking for someone to try to quantify

23    barbecue.  And I know there is -- I read a paper on it

24    at one point in the distant past, but I could not put my

25    hand on it recently.

Page 755

1    Q    Are you aware of any peer-reviewed published

2    papers which demonstrate an association between creosote

3    PAH, DNA adducts in white blood cells and human cancer?

4        A    Where the source of the PAH was creosote?

5        Q    Yes.

6        A    No.

7        Q    How about generally, are you aware of any

8    peer-reviewed papers that show an increase in PAH, DNA

9    adducts in white blood cells and human cancer?

10       A    Yes, there are a number of studies that have

11   shown that.

12       Q    And are those in your bibliography?

13       A    They are in the bibliography.  Perera, the one

14   that we just looked at, has a whole section of her paper

15   on the association of DNA white blood cell adducts and

16   human lung cancer.

17       Q    Lung cancer?

18       A    Human lung cancer and human breast cancer,

19   both.

20       Q    Which Perera paper was that?  What year?

21       A    I think I was looking at it a second ago.  It

22   was '99; wasn't it?  2000.

23       Q    Well, you got it up.  What is the title of that

24   Perera paper, 2000 paper?

25       A    Molecular Epidemiology, On the Path to

1    Prevention.

2        Q    Are you aware of any peer-reviewed public study

3    that demonstrates an association between environmental

4    creosote exposure and increased PAH, DNA adduct levels

5    in human white blood cells?

6        A    No, I don't think that anybody has done this

7    using -- where creosote was the source of exposure.

8    Coke oven workers have been studied.  Smokers have been

9    studied.  People living in Silesia, Poland has been

10   studied and a whole host of other people studied using

11   white blood cells; but I don't remember any of them

12   having creosote as the source.

13            Our paper, when we finally get it published,

14   will be the first peer-reviewed article where PAH

15   adducts have been measured in a creosote exposed

16   population.

17       Q    And are you currently writing the paper?

18       A    We are working on the expansion on the paper

19   that we talked about yesterday.

20       Q    Biomonitoring paper?

21       A    Biomonitoring paper, yes.

22       Q    Who are the authors going to be on that one?

23       A    Well, myself, Dr. Schmidt, Dr. Anderson,

24   Harpeet Tarkar, and possibly Dr. Philips.  And I'm not

25   sure who else might be added to the author list.

1    Dr. Sposs from my office may be added.

2        Q    Are you aware of any peer-reviewed published

3    studies that demonstrate that living on PAH contaminated

4    soils can increase PAH, DNA adduct levels in white blood

5    cells in human?

6        A    That is something that we are going to look at

7    to see if there does seem to be any trend from the PAH

8    adduct levels we found in the house dust and in the

9    soils of these various homes to see if there is any

10   linkage to the PAH adduct levels that we found.

11       Q    What effect do polymorphisms in xenobiotic

12   metabolizing and detoxifying genes have on white blood

13   cells, PAH, DNA adduct levels in humans?

14       A    There is an effect.  Again, we can go to that

15   Kriek paper.  In the Kriek paper, there is a Table 4

16   looks at different polymorphisms and there appears to be

17   a difference.

18            For example, in those individuals who have an

19   enzyme that is CYP1A1 BAL positive/negative, those ten

20   patients had adducts that were significantly higher than

21   other types, other polymorphisms.

22            And then if you look down to coke oven workers,

23   the ones with the very highest adducts were ones that

24   had a CYP1A12A/2A-GSTM1 null.  That GSTM null 00

25   indicates that they were deficient in glutathione

Page 758

1    metabolizing enzyme and that caused their adducts to be

2    very high.

3              They were 44, where as some of the other coke

4    oven workers were -- but there was only one worker who

5    had that polymorphism.  So we do not want to generalize

6    too much from it, but it was strikingly high.

7              What it means is that that person with that

8    defect was not able to process effectively the adducts

9    and get rid of them and repair the DNA.  So the DNA

10   adducts built up to a higher level in that particular

11   polymorphism.

12       Q    So depending upon your genetic makeup, you

13   could have a particular sensitivity to PAHs?

14       A    Yes.

15       Q    Do you know what types of polymorphisms the

16   plaintiffs in case had or has?

17       A    No, there is no data on what their various

18   genetic patterns are.

19       Q    How great an increase in cancer risk do you

20   believe is associated with an increase in PAH, DNA

21   adducts from 0.75 per 10 to the 8th nucleotides to

22   4.11 per 10 to the 8th nucleotides in white blood cells?

23       A    You mean how much difference in risk would

24   there be indicated by those two levels?

25       Q    Right.  If you go from .75 to 4.11, what is the

1    jump in the risk level or is that something that has

2    even been calculated?

3        A    I have not seen anybody calculate it using that

4    technique.  What they usually do is they talk about the

5    population of people who have higher values as opposed

6    to a population of people of lower values and the risks

7    in the two populations.

8            I don't -- I have not seen anybody really zero

9    in on an individual patient and say, okay, their value

10   is three and their value is seven; and, therefore, that

11   person has got two-and-a-third times higher risk of

12   getting cancer.  It isn't that precise.

13       Q    Okay.  And you have not seen anybody generalize

14   on risk levels for human cancer based on PAH, DNA adduct

15   levels?  Apart from, you said the single patient in your

16   prior answer.

17           Has anybody published a slope --

18       A    That was a single patient who had the higher

19   adduct levels after being exposed to the coke ovens and

20   had a particular polymorphism.

21           The point that there are -- I mean, every study

22   practically in here reports a higher rate of cancer in

23   the people who have higher adduct levels.

24       Q    Sure.  Is there a slope factor that you know of

25   that is accepted for PAH, DNA adducts and cancer risks?

Page 760

1       A       No.  As I said, I don't think anybody has

2    worked that out.  What they have looked at is groups.

3       Q       Now, PAH, DNA adduct levels that were detected

4    in your study were in circulating white blood cells;

5    correct?

6       A       Yes.

7       Q       And circulating white blood cells cannot

8    develop in the cancerous cells because they are

9    terminally differentiated; is that right?

10      A       They are terminally differentiated cells.

11   Therefore, they cannot become cancer.

12      Q       Right.  They can't -- well, let me ask you

13   generally.  Do white blood cells in circulation become

14   cancerous?

15      A       No, the -- no, I don't think so.  I mean, the

16   leukemias come from earlier cell types.  Obviously,

17   then, circulating a cancer cell in a leukemia patient,

18   but if you have a normally developed cell, it is not

19   going to undergo cancers degeneration from what I

20   understand, anyway.

21      Q       Well, in part, because -- correct me if I am

22   wrong -- white blood cells, once they are in the

23   bloodstream, don't multiply?

24      A       Well, I am trying to remember.  There are some

25   changes that they can go through, but I think,

1    generally, you are right.

2        Q    And in the 29 people in Grenada, you did not

3    measure PAH, DNA adducts in other tissue; is that

4    correct?

5        A    Correct.

6        Q    Now, on the second table of your report that is

7    Pages 52 through 53, you show the results for 24 people

8    who underwent PAH, DNA adduct testing.

9             And then you state that 5 of the 29 randomly

10   selected plaintiffs failed to show up to have their

11   blood drawn.

12            In your experience, is a 17 percent refusal

13   rate unusual?

14       A    Usually it ranges between 10 to 15 percent.  So

15   it isn't too far out.

16       Q    Do you believe that the 17 percent refusal rate

17   in this case affected your results at all?

18       A    I don't think so.  I mean, it is kind of hard

19   to know why they didn't want to do it, but --

20       Q    But on Table 3 of your report, you present

21   demographic data for all 29 as opposed to just the 25

22   that showed up; right?

23       A    Right.

24       Q    Can you tell me which people didn't show up?

25       A    Well, we can look at those two tables and

1   figure that out.  We have the dioxin table and we have

2   the PAH labels to see what is missing.

3        Q    If you compare birthdays, you can figure out

4   who they are?

5        A    Yeah.

6        Q    We will save that exercise rather than take the

7   time.

8             So does Table 3 represent the -- I guess, I am

9   confused.

10            You got demographics for 29 people in Table 2

11   and then you got Table 3.  Does the -- do the averages

12   or the mean levels that you calculated reflect just the

13   measurements in the 25 or is it all 29?

14       A    For the adducts?

15       Q    On Table 3.  Does that relate to just the

16   people who were measured or does that relate to

17   everybody?

18       A    Well, it looks like it relates to -- something

19   is a little off here.  It should be 24 people.  It must

20   be just a mistake in the table.  We have to fix that

21   because it looks -- refers to 28 and one missing race.

22            So it refers to 29, but the adducts were only

23   done in 24.  So that doesn't make sense.  This is the

24   demographics of the whole 29 and not of the 24 that were

25   tested for adducts.

Page 763

1     Q     And do you think the mean adduct level would go

2   up or down if you subtracted the four that didn't show

3   up?

4     A     Well, what value would you assign them?  You

5   wouldn't -- you would not assign them a value because

6   you wouldn't have any idea where they stood.  But I

7   mean, you assign them the mean value, it would not

8   change anything.

9     Q     On Page 47 of your report, this is the next and

10  last sentence of the page, you state, "PAH,

11          DNA adduct levels in white blood

12          Cells reflect environmental exposure

13          To PAHs," and then you cite Haugen for that and

14  Phillips.

15    A     Okay.  What page?

16    Q     Page 47, it lists Footnote 77 and 78.

17    A     PAH adduct levels and reflects environmental

18  exposure, okay.

19    Q     And the references are Haugen, H-A-U-G-E-N, and

20  Phillips.  Was it the Haugen paper a coke oven workers

21  study?

22    A     I will have to look and see.  I don't remember

23  from memory.  Should we look at Haugen?

24    Q     Yes, if you could confirm it to me.  You can

25  probably look at your footnotes in your paper.

1    A    Is there footnotes?  Where are the reference

2   pages?  I forgot.  It is back there somewhere.  I think

3   it might be faster.

4    Q    H-A-U-G-E-N, 1986.

5    A    Right.  Frustrating.

6    Q    It is not cited in your bibliography; Haugen?

7    A    Where is it?  It should be here under coal tar.

8   I don't see it.  Well, I got to find the reference.

9    Q    Let's move on.  The Phillips paper, which you

10  also cited to support that point, is Phillips 1990; is

11  that right?  While you are looking at the references.

12   A    Phillips 1990 is right here.

13   Q    And the Phillips 1990 paper examined 31 heavy

14  smokers and 20 nonsmokers; is that right?

15   A    Let's see 37 smokers, eight former smokers, and

16  eight nonsmokers; is that the right paper?

17   Q    Right.  31 of the people he looked at were in

18  excess of 20 cigarettes a day?

19   A    Correct.

20   Q    I want to turn now to the paper cited in your

21  report, specifically in reference to breast cancer.

22         If you remember your report contained a main

23  section and then a patient reference list?

24   A    Yeah.

25   Q    And there is a reference for each patient?

1    A    Yes.

2    Q    Sherrie Barnes, you have a list of breast

3  cancer references -- and correct me if I am wrong -- it

4  appears to me, at least, that the breast cancer

5  references for Kay Hobbs, for example, are the same for

6  the references for Sherrie Barnes?

7    A    Well, that would make sense.

8    Q    So it is the same papers.  The first one you

9  cited was Brown 1998; correct?

10    A    Um-hmm.

11    Q    And we already looked at that.  That is

12  deposition Exhibit No. 130?

13    A    That's correct.

14    Q    One, the next one is Corinne Charlier,

15  C-H-A-R-L-I-E-R.  We are at 131; right?

16        (Defendants' Exhibits 131 was marked for

17        identification by the court reporter.)

18        MR. PRUDHOMME:  You are at 131 -- the next one

19  would be 131.

20  BY MR. HOPP:

21    Q    I am handing you a copy of the Charlier paper

22  that we have marked as 131.  Is this the same paper that

23  you have cited?

24    A    Yes.

25    Q    And this deals with PCB contamination in women

1   with breast cancer; is that correct?

2       A    Yes.

3       Q    And what did Charlier conclude?  What I have

4   given you, I think, is an incomplete copy.

5       A    Relationship between PCB concentrations in

6   serum and risk factor was mainly due to serum levels PCB

7   153, which was significantly higher in breast cancer

8   women than in diseased-free subjects.

9            1.63 versus 0.63, even after accounting for

10  other potential risk factors, these results suggest

11  environmental exposure to PCBs may contribute to

12  multifactorial pathogenesis of breast cancer.

13      Q    Now, in the group that Charlier studied, I am

14  looking at Page 179.

15      A    Um-hmm.

16      Q    The prevalence of menopause was significantly

17  higher in the woman with breast cancer; is that right?

18      A    Yes.

19      Q    Also -- and this is further down the page.

20           Also, for PCBs 52, 101, and 180 serum

21  concentrations did not differ between the two groups; is

22  that right?

23      A    Help me out here.  Where are you?

24      Q    This is under PCB Concentrations, Page 179.

25      A    Okay.  Yeah, I read that in the abstract the

1    153 and 138 were higher in cases in control and total

2    PCB content was also higher.

3        Q    In cases?

4        A    Yes.

5        Q    Okay.  Looking, again, at 179 under the heading

6    Association with Breast Cancer, she states.

7            "High concentrations of PCB

8            153 were significantly associated

9            With an increased risk of breast

10           Cancer despite the presence of other

11           factors"; is that right?

12       A    Um-hmm.  Right.

13       Q    So it was the presence of that single PCB that

14   she identified as the risk factor for breast cancer; is

15   that correct?

16       A    Um-hmm.  Yes.  That's right.

17       Q    Looking at the conclusions, I am on Page 180,

18   it is toward the end above Table 3, it says,

19           "In conclusion, our results

20           Comfort the debate that there

21           Is not sufficient evidence to

22           Answer the question on human

23           Risk resulting from low-dose

24           endocrine-related effects."

25           Is that a typo or do you know what that means,

Page 768

1   "comfort debate"?

2      A    I have never seen that phraseology.  I am not

3   sure what he meant.  Results comfort -- I don't know.  I

4   don't know.

5           This is a Belgium who is not a native speaker

6   of English.  He may have thought of something he was

7   trying to say.

8      Q    And then what Charlier recommends is

9           "Further interdisciplinary research,

10          combining detection and quantification

11          of pollutants, epidemiological data

12          collection, but also metabolic

13          polymorphism investigations";  Is that

14          right?

15     A    Yes.

16     Q    Does the Charlier article include relative risk

17  data for breast cancer?

18     A    Well, it has the odds ratio here.  Multiple

19  Logistic Regression Table 3.  Basically, PCB 153 is

20  elevated, your odds ratio is 1.8 and it is statistically

21  significant.

22     Q    To what extent is PCB 153 dioxin-like?

23     A    I don't remember what its TEF is.  Let's see if

24  we can figure that out.  I may have put it on my -- I

25  probably didn't put it on my table to make it easy.  So

1  we have to look somewhere for it.  I'm pretty sure I

2  didn't put that one in my -- no, I didn't include it.

3  So I have to look it up.

4          Looking for the table with the TEFs in it.

5  And, hopefully, we will find it.  I can't find it.

6      Q    All right.  I don't think we are going to

7  finish today.  We are going to have to return on that

8  subject.

9          But in answer to the question to what extent

10  PCB 153 is dioxin-like the answer, by its TEF; is that

11  right?

12      A    Yes.

13      Q    Next one is Demers, D-E-M-E-R-S, 2002?

14      A    Okay.

15      Q    I am handing you what we have marked as

16  Exhibit 132.

17          (Defendants' Exhibit 132 was marked for

18          identification by the court reporter.)

19  BY MR. HOPP:

20      Q    This is a copy of the Demers article entitled

21  Plasma Concentrations of Polychlorinated Biphenyls and

22  the Risk of Breast Cancer:  A Congener-Specific

23  Analysis.

24          What did Demers conclude?

25      A    Cases had significantly higher concentrations

1    of PCB 99, 118, and 156.  Associations were found

2    between breast cancer risk and PCB 118 or PCB 156.

3           Breast cancer risk was also associated with

4    total concentration of three monoorthosubstituted

5    congeners.  105, 118, and 156, TCDD paradioxin toxic

6    equivalence with the highest concentration of 2.02,

7    fourth vs. first quartile.

8           These results suggest that dioxin-like PCB

9    increases breast cancer risk.  Alternatively, the

10   results may be explained by differences between cases

11   and controls regarding metabolic pathways involved in

12   the transformation of both monoortho PCBs and estrogens.

13      Q    What does that mean, the alternatively?

14      A    It is the susceptibility issue that they can't

15   handle PCBs as effectively.  You know, therefore, they

16   have higher concentrations because they cannot excrete

17   them efficiently.

18           Therefore, they go on to have the adverse

19   effect.  As opposed to patients who can get rid of them

20   more effectively.

21      Q    And Demers concludes, this is at the very end

22   of the paper, "Although levels of these

23           Dioxin-like compounds may

24           Present a risk factor for the

25           Disease, additional studies are

1          Needed before concluding that

2          These compounds are causally

3          Involved in the etiology of breast

4          cancer"; correct?

5     A    Yes.  That is what all academics always say, we

6    need more studies.  Standard procedure in almost every

7    paper.

8     Q    Fair enough.  But Demers is not willing to

9    commit to the definite conclusion that they have

10   demonstrated a risk between these exposures and these

11   diseases; correct?

12    A    That is what he says, yes.

13    Q    And is this a case control study?

14    A    Let's see, they identified 315 women for breast

15   cancer and then recruited 219 controls at four different

16   hospitals for the first control.

17          The second control was 307 women selected

18   randomly from the general population of Quebec.  Case

19   controls were then matched for age into five-year age

20   groups.  And region, rural versus urban.

21          Cases were excluded that they showed distant

22   metastasis of diagnosis or if they had a previous

23   history of breast cancer or other cancers, et cetera.

24    Q    So they attempted to match cases with controls?

25    A    Yes, they did, although there was a little bit

1  of a cross-sectional aspect of it, as well.

2          Let's see, what did they end up with?  How many

3  controls did they end up with at the end of their

4  process?

5          Selected characteristics on Table 1.  314 cases

6  at 523 controls.  So it looks like they just added them

7  together, at least for the demographic study.

8          Yeah, it doesn't look like they excluded

9  anybody from their control group, but they did -- as

10  part of their analysis, they looked at different age

11  groups and compared groups and age, 30 to 35.

12          In cases and controls for the various use in --

13  I don't see where they talk too much about age after

14  that.  They are mainly talking about the PCB levels

15  after that.

16          So, anyway, it's a very large case control

17  study where they had almost twice as many controls as

18  exposed.  And, you know, I think it is sort a

19  combination cross-sectional and case control study.

20      Q   On Page 2 of the study, Page 2 of 13, Demers

21  states -- he talks about previous studies, since the

22  early 1990's.  It says, "Most studies that

23          used the sum of all PCB congeners

24          as the measure of exposure did

25          not report an association with the

1          risk of breast cancer."

2          Do you agree with that statement?

3     A    Well, I think the statement is correct.  He has

4  got one to seven here.  These are the earlier studies

5  where they use total PCBs.

6     Q    Right.  So if you --

7     A    That is using the Webb-McCall technique.  It

8  only quantifies a fraction of the PCBs anyway.  So it is

9  really a lousy way of estimating PCB fiber.

10          And what they have done here and other studies

11  that are broken out in other specific congeners, that is

12  where they started to see the effects.

13    Q    Right.  And it actually goes on to say that,

14          "However, a series of recent studies

15          that examined the relationships

16          with individual PCB congeners or

17          Groups of congeners have yielded

18          conflicting results."

19          Do you agree with that statement?

20    A    Well, we have to look at each paper, but the

21  statement, obviously, is what he said.  Whether I agree

22  with it or not, I guess we would have to go through each

23  paper to see.

24          I think there are some negative studies.  I

25  just don't -- you know, that is usually the case.  There

Page 774

1    is usually positive and negative studies, and I think

2    that is all he is saying.

3        Q    Again, looking a little further down, this is

4    on Page 2, five lines up from the bottom of the page, it

5    says, "On the one hand, the dioxin-like

6              Compounds elicit a broad spectrum

7              Of antiestrogenic activities and may

8              reduce breast cancer risk."

9              Do you agree with that statement?

10       A    Yes, we talked about that this morning.  And,

11   again, it gets back to this question that Dr. Burnbaum

12   brought up, which is that what we really want to look at

13   is the time of exposure and maybe that is one of the

14   confusing things.

15             If we look at a patient with breast cancer

16   already, we may not be looking at the right time.

17       Q    Now, Demers did look at serum levels for

18   individual PCB congeners for the cases and controls;

19   correct, that is Table 2?

20       A    Yes, and he selected the PCBs.  I think that's

21   probably more numerous and have the dioxin-like toxicity

22   and the so-called monoortho and coplanars.

23       Q    And at what exposure level, if any, did

24   Dr. Demers identify an increase risk of breast cancer

25   for the congeners that he associates with the increased

1    risk of breast cancer?

2        A     You mean what was the level of the PCB?

3        Q     Yes.  How much was enough to increase your risk

4    above the odds ratio above one?

5        A     Let's see.  The differences between cases and

6    controls, I guess, there is a difference PCB 99 -- it is

7    the ones he identified, 99, 118, 156.  He didn't find

8    153 elevating the risk.

9        Q     In contrast to Charlier or who did?

10       A     Yes.  But I think I could tell you, it is

11   possible that they misidentified them.  Anyway --

12       Q     You think they may have misidentified a

13   congener?

14       A     Well, it is possible.  You know, it's a --

15   wait, we will see.

16           Further studies, I'm sure are going to be done.

17   I haven't gone through and looked at the -- all of the

18   studies in detail asking that question about 153 versus

19   156.

20       Q     The question, though, pending is did Demers

21   identity a level of any particular PCB congener in the

22   blood which would necessarily result as an increased

23   risk?

24       A     Well, I'm not sure that he exactly -- yeah, he

25   just says as the TEQs go up, the risk goes up.  I don't

1    see that he quantifies that risk in terms of saying what

2    level of PCB you need.

3              And, again, we go back to the Birnbaum

4    argument.  It is probably not the level of PCB level

5    that she has today that is the culprit.  It is probably

6    PCB exposure over time; but what is important is that

7    there is this consistent finding of PCBs and breast

8    cancer in study after study after study.  And where

9    there is smoke, there is probably a fire.

10       Q    Next one you have cited is -- I don't know how

11   to pronounce it, I guess Dusich, D-U-S-I-C-H.  Dusich?

12       A    Yes.

13       Q    This is 133.

14              (Defendants' Exhibits 133 was marked for

15              identification by the court reporter.)

16   BY MR. HOPP:

17       Q    I am handing you what we have marked as

18   deposition Exhibit 133, the Dusich paper entitled

19   Minnesota Department of Public Health, Cancer Rates in a

20   Community Exposed to Low Levels of Creosote Components

21   in Municipal Water.

22              Can you tell me generally what Dusich

23   concluded?

24       A    Well, what he concluded is that there was an

25   increased rate of breast cancer associated with the

Page 777

1    contamination.

2         Q     This is the study of St. Louis Park, Minnesota?

3         A     Yes.

4         Q     And somewhere near St. Louis Park, Minnesota

5    there was an old wood treatment plant; right?

6         A     Yes.

7         Q     And there were PAHs in the ground water in

8    St. Louis Park?

9         A     That's right.

10        Q     But the PAH concentrations were detected some

11   time in the 1970's or '80's and no one knows how many

12   years that contamination was there; correct?

13        A     Correct.

14        Q     And Dusich states there -- this is on page --

15   the first page of the article near the bottom of the

16   first column, "There appear to be no

17               Epidemiological studies of human

18               populations exposed to low

19               Levels of PAH in water supplies."

20               Do you see that?

21        A     Yes.

22        Q     In fact, Dusich is probably one of the only

23   studies, if not the only study that examines that;

24   right?

25        A     I didn't find any other others, no.

Page 778

1      Q      Except the Dean paper which followed; right?

2      A      Yes, that's true, also.  The Dean paper did not

3  address this same population.

4      Q      Now, Dusich found an increased incidence of

5  breast cancer, and I think a weak association with

6  gastrointestinal cancers; is that right?

7      A      Yes.

8      Q      But she found no other increases in cancer

9  rates; is that right?

10      A      That's right.

11      Q      So it is negative for every cancer other than

12  breast and GI?

13      A      That's correct.

14      Q      Did Dusich ever calculate the relative risk for

15  breast cancer?

16      A      Isn't it right here somewhere?  Let me see.  I

17  think it is.  Let's see.  They have a 1.5 full

18  difference in rates.  So I presume he -- he is not

19  terribly clear the way he writes it, but it appears the

20  relative risk is 1.5.

21      Q      But it is not expressed as a relative risk

22  calculation; correct?

23      A      Well, he expresses everything else as a

24  relative risk.

25      Q      Right.

Page 779

1    A    Anyway, he states here -- you got almost

2    backhandedly, he says, because of the sizeable

3    population of Jewish ancestry estimated to be 20 percent

4    in 1971, the influence of this factor as a particular

5    interest, but would not explain the 1.5 fold difference

6    in race even if 20 percent of St. Louis Park's breast

7    cancer cases were Jewish, and a twofold relative risk

8    existed.

9         So by implication, there was 1.5 fold increase.

10   Q    Okay.  But -- and I have to confess.  I have a

11   little trouble interpreting that sentence and I think

12   maybe you may have expressed the same concern.

13   A    Yes.  Well, here is relative risk down here.

14   It is at the bottom of the table, it says, Comparison,

15   St. Louis Park versus Edena, breast cancer, 3.38.

16   Q    Okay.

17   A    P value, 0005.

18        Next, St. Louis versus Richfield, 10.85, .001.

19   St. Louis Park versus SMSA, 13.64, so those are very

20   high relative risks.

21   Q    So that column, 3.38 and 10.85 and 13.65, those

22   are relative risk numbers?

23   A    Yes.  Comparisons with different population.

24   You see up above it says St. Louis Park, Edena,

25   Richfield and MSP SMSA.  I think that is Minnesota state

Page 780

1    rates.

2        Q    It is the standard Metropolitan statistical

3    area for Minneapolis, St. Paul.

4        A    I see.  Compared to those three other groups,

5    you get different relative risks depending on which

6    group you are looking at.

7        Q    What is the relevance of the P value?

8        A    That is the degree of statistical significance.

9    Anything that is greater than .05 is considered highly

10   significant.

11       Q    And so the only P value that is higher than

12   .05, according to Dusich, is St. Louis Park versus

13   Edena; right?

14       A    Yeah, he has listed this as .05 -- less than

15   .05.  P less than .1.  I think what he meant to say was

16   it was between .05 and .1.

17            I think he made a mistake or she made a mistake

18   when she expressed that table.  But I think that is what

19   she is meaning there.

20       Q    But the St. Louis Park versus Richfield and

21   St. Louis Park versus SMSA, those are not statistically

22   significant; correct?

23       A    No, no, no.  Those are highly statistically

24   significant.  .05 or less is considered highly

25   statistically significant.  So all the rest of those are

1    highly significant statistically.  At a very, very high

2    level of certainty, that is statistically significant.

3    Borderline.

4         Q    In our case; that is, in the Grenada case, the

5    exposures were not due to ground water; correct?

6         A    As far as we know.  Now, there were some

7    personal wells that people drew water from, but they

8    were never measured.

9              And, apparently, they -- most of the people

10   were still on municipal water.  They apparently did use

11   some water from a local well from playing in it and so

12   on, which was eventually closed; but we just don't have

13   any data.

14        Q    And in particular with respect to Sherrie

15   Barnes, you don't know whether she was ever on well

16   water; right?

17        A    Correct.

18        Q    Does the Dusich study isolate the level of

19   creosote in ground water which is necessary to cause an

20   increase risk of breast cancer?

21        A    No.  All they said in this paper is that there

22   was levels considered to be above the MCL.

23        Q    And what is the MCL for PAHs in ground water?

24        A    Don't know offhand.

25        Q    Just, for the record, what is an MCL?

Page 782

1      A      Maximum contaminant limit.

2      Q      And that is the limit that is set by the United

3  States EPA; is that right?

4      A      Yes, and sometimes by state or local

5  governments.

6      Q      And the idea there is it is an acceptable level

7  of a particular constituent in ground water; is that

8  right?

9      A      Yes.  Again, you go back to this whole issue of

10  regulatory values, which are set and it doesn't mean

11  they are necessarily safe, and there would be no adverse

12  effect below that level because their knowledge is

13  constantly evolving, A, and, B, sometimes they set those

14  based on economic issues.

15      Q      All right.  Let me hand you 134, which is the

16  Dean paper.

17             (Defendants' Exhibits 134 was marked for

18             identification by the court reporter.)

19             THE WITNESS:  Yes.  I didn't include this in my

20  bibliography because this paper is a joke.

21  BY MR. HOPP:

22      Q      All right.  Let's talk about that.

23      A      What they did is they eliminated people who

24  were complaining of environmental worry, and when they

25  excluded them from the cohort, which they did, they

1    found no significant difference.  No one that I ever

2    heard of would ever do anything like that.  It is just

3    ridiculous.

4        Q    All right.  Dean Dusich?

5        A    Dusich isn't on this paper.

6        Q    Yes, she is.  She is the third author on the

7    Dean paper.  So --

8        A    You're right.

9        Q    So looking at deposition Exhibits 133 and 134,

10   the Dean paper is 134 and the Dusich paper is 134; they

11   have authors in common?

12       A    No, no.  It is the same cohort.

13       Q    It is the same cohort and same authors?

14       A    Same cohort -- well, two of the same authors.

15   But what difference does that make?  The point is this

16   is the same cohort.  They just reanalyzed their data.

17   You see, they got Harriet Imrey instead of Eunice

18   Sigurdson.

19       Q    Right.

20       A    It is on both of them.

21       Q    Kari Dusich, William Hall, and Andrew Dean are

22   on both papers?

23       A    Yes.

24       Q    And the Hall paper retracts the finding from

25   the Dusich paper; is that right?

Page 784

1      A     Yes, using the trick that I just told you they

2   use.   That is ridiculous.   I don't know how they ever

3   got this thing published.   It is ridiculous to eliminate

4   people because of environmental worries is nuts.

5      Q     Is that the only reason they eliminated people?

6      A     Um-hmm.

7      Q     Didn't they actually look at a larger control

8   group in the Hall paper?

9      A     Yes, but that would not eliminate the problem

10  that I am referring to.

11     Q     So you reject the Hall paper out of hand?

12     A     Out of hand.   Absolute garbage.   This is

13  unbelievable.

14     Q     Even though it is authored by the same people

15  who authored the Dean paper?

16     A     I know what happened here.

17     Q     What happened?

18     A     They got pressure from their bosses to

19  reanalyze the data and get rid of that finding.   I have

20  seen it over and over in government agencies.

21     Q     Do you know that for a fact or are you saying

22  that based on your experience with public health

23  agencies?

24     A     Based on my experience with public health

25  agencies and based on this paper itself.   If you -- I

1   mean, if you tell a group of epidemiologists that that

2   is what they did, everyone would say that is not

3   appropriate.

4          My epidemiologist threw up her hands and said,

5   I have never seen anything like this in my entire life.

6   What are they trying to do?

7      Q   Well, have you ever seen a published critique

8   or criticism of the Dean paper?

9      A   I haven't looked for one, but I am not aware of

10  any.  It was published a long time ago, 1988.

11     Q   Has anybody gone into the St. Louis Park,

12  Minnesota area since 1988 and tried to confirm or

13  contradict the findings in either the Dean paper or the

14  Dusich paper?

15     A   Not that I am aware.

16     Q   We will mark this next one 135.

17         (Defendants' Exhibits 135 was marked for

18         identification by the court reporter.)

19  BY MR. HOPP:

20     Q   This is the Eldridge paper.  Eldridge is cited

21  in on your reference list for breast cancer as number

22  five; is that right?

23     A   Yes.

24     Q   And the title is Genotoxicity of Environmental

25  Agents in Human Mammary Epithelial Cells; is that right?

Page 786

1    A    Yes.  Um-hmm.

2    Q    What is a mammary epithelial cell?

3    A    It is a cell from the breast tissue.

4    Q    Is it close to the outside of the breast tissue

5  or is it closer to the skin?

6    A    No, it's a ductal cells.  It's the -- when they

7  say epithelial, they are talking about the lining of the

8  ducts in the breast.

9    Q    And what did Eldridge conclude?

10    A    Well, they were screening various agents to see

11  which ones caused DNA changes that would be compatible

12  with cancerous change or precancerous change.

13    Q    And one of these agents was TCDD?

14    A    One of those agents was TCDD.  One of them was

15  712 dimethylphenanthrene.  One was tobacco smoke, and

16  one was benzopyrene.

17    Q    Okay.  And what did she conclude?

18    A    Positive response is absorbed with direct

19  acting agents suggesting that HMEC may lose their

20  metabolic capabilities in long-term cultures.

21        The HMEC UDS assay will be used to address the

22  role environmental agents in human breast cancer by

23  determining whether chemicals are DNA reactive for

24  metabolized and DNA reactive species in this critical

25  target tissue.

Page 787

1  Q  This was an in vitro study?

2  A  Yes.

3  Q  That means that the cells were taken out of

4 women or taken out of breast tissue.  The breast tissue

5 was --

6  A  Reduction mammoplasty.  Women who were having

7 their -- they had normal breasts and they were having

8 them reduced in size.  So they could take out some

9 breast tissue to do that.

10  Q  They take the extra tissues, then, and Eldridge

11 and her co-authors then experimented on the tissue that

12 had been removed; is that right?

13  A  Yes.  They grew it up in a culture.

14  Q  And then they introduced these agents to see

15 what would happen?

16  A  That's right.

17  Q  And so it is not a case control study?

18  A  No.  It is a basic, you know, do these types of

19 chemicals cause this disease.

20  Q  And does it indicate --

21  A  It shows relevant potency, too.  I mean, some

22 things are more powerful than others causing the effect.

23  Q  Does it contain relative risk data for breast

24 cancer?

25  A  No.

Page 788

1      Q      Does it indicate a statistically significant

2    relationship between any particular exposure and breast

3    cancer?

4      A      No, it doesn't.  He just talks about the agents

5    itself.

6      Q      And the exposures that you think are relevant

7    to our case are TCDD, benzopyrene, and what else?

8      A      The anthracene.

9      Q      The study states that, no UDS activity was seen

10   with 2, 3, 7, 8-TCDD; is that right?

11     A      Correct.

12     Q      And so it is negative for TCDD?

13     A      That's correct.  It is positive for the PAHs.

14   It shows the BP, benzopyrene, was a more stronger

15   inducer of UDS than an equimolar concentration of DMBA.

16   These data correlate with in vitro mutagenicity and DNA

17   binding levels.

18     Q      All right.  And what is DMBA?

19     A      That is the anthracene, the other PAH.

20     Q      Was there an effect detected with aflatoxin?

21     A      Yes.

22     Q      So aflatoxin produced the result that they were

23   looking for?

24     A      Yes.

25     Q      And what -- just so I am clear, what they were

1  looking for was a DNA repair response; is that it?

2      A    Yeah.  What was it?  UDS means unscheduled

3  repair or something or other.  Unscheduled -- what is

4  it?  Unscheduled DNA synthesis.

5      Q    And --

6      A    Induced by chemicals.  It is a marker of

7  genotoxicity.

8      Q    That is not surprising that TCDD did not show a

9  genotoxic response exactly because TCDD is not a

10 genotoxin; correct?

11     A    Yes.

12     Q    PAHs are?

13     A    Yes.

14     Q    As is aflatoxin?

15     A    As is aflatoxin, that's correct.

16     Q    Did they study anthracene?

17     A    I didn't see that mentioned here.  I read you

18 the list.

19     Q    Yeah.  Next one on your list is Falck,

20 F-A-L-C-K?

21     A    Yes.

22     Q    I am handing you what we have marked as

23 Deposition Exhibit 136.

24          (Defendants' Exhibits 136 was marked for

25          identification by the court reporter.)

Page 790

1    BY MR. HOPP:

2       Q    This is a copy of the Falck paper that you have

3    cited; is that right?

4       A    Yes.

5       Q    And the title is Pesticides and Polychlorinated

6    Biphenyl Residues in Human Breast Lipids and Their

7    Relation to Cancer; is that correct?

8       A    Yes.

9       Q    And was this another in vitro study?

10      A    No.  This is a measurement of PCBs and also DDT

11   and some other chlorinated pesticides in women mammary

12   tissue, who had breast cancer, in 20 patients and 20

13   controls.  So it was a human study.

14      Q    A human case control study?

15      A    Human -- yeah, I guess you could call it a case

16   control.  The cases were probably matched pretty well.

17   Let's see, benign breast disease.

18      Q    And what did Falck's --

19      A    And they matched as close as they could on

20   height, weight, and smoking, and no dietary history was

21   available.

22      Q    What did Falck, et al., conclude?

23      A    I think that there was a correlation with PCBs

24   and DDT and the levels were higher in the case and

25   control; and it was statistically significantly higher.

1    Q    So PCB and DDT.  Did they study dioxins?

2    A    No, this was PCBs using the Webb-McCall

3    technique, as I said before.

4    Q    And this is the technique that you thought was

5    not reliable?

6    A    It is reliable, but it does not measure as many

7    PCBs because it only measures those -- the pattern --

8    the peaks that are similar to Aroclor 1260 or 1242.  So

9    they count all of the peaks.

10        They don't quantify all of the PCBs, so -- here

11   it is.  "PCBs were calculated as Aroclor

12        1260 (peaks with prevention

13        Time greater than that for p, p DDE)

14        By the method of Webb and McCall."

15        And see, that technique is not as accurate in

16   terms of assessing the PCB body burden or the specific

17   congeners.

18        So this is an older technique.  And, you know,

19   it is not going to be a good -- as good a

20   characterization of the dioxin-like PCB.

21        The congener specific studies are.  And -- but

22   still, this -- they found a positive correlation.  This

23   paper triggered a whole bunch of more papers to be

24   written and huge arguments had occurred.

25   Q    What kind of arguments?

Page 792

1    A    Oh, other people did studies and said, well, we
2  did not find that, so it must be wrong.
3    Q    So there was a debate in the scientific
4  literature about whether Falck was correct?
5    A    There was some disagreement about it, yes.
6  Now, I think now things are beginning to come back with
7  the congener specific analysis.  They are going to come
8  back and probably validate what they put forward in '92.
9    Q    What Falck, et al., put forward in '92?
10   A    Yes.
11   Q    But Falck and his co-authors were looking at
12 PCBs generally, not specific congeners?
13   A    That's right.  They looked at, as I said, a
14 summation technique.
15   Q    And that was the technique that we saw cited in
16 later literature where the author said it didn't show
17 any association?
18   A    Yes.
19   Q    And what Falck actually does say is on page
20 145, "The finding of higher tissue levels
21           among cancer cases may also
22           signify a redistribution of chemicals to
23           the breast during the disease process."
24           Do you see that?
25   A    Yes.

Page 793

1    Q    Do you agree with that statement?

2    A    I think subsequent events would indicate that

3    is probably not occurring.

4    Q    That subsequent examination of specific levels

5    of specific congeners --

6    A    Yes, where they looked at blood fat PCBs and --

7    you know, this was a tissue issue.  There is no reason

8    to think that patients with breast cancer would have

9    higher blood PCB levels.

10        I mean, there is just no precedent for that.

11   In fact, there is not even any data to support the

12   notion that there is distribution of greater number of

13   PCBs into the breast tissue of a patient with breast

14   cancer.  I mean, there is no biological support for that

15   notion.

16   Q    But why do scientists look at breast tissue and

17   calculate PCB levels in breast cancer patients as

18   opposed to looking at -- I don't know -- legs or toes?

19   A    Because breast tissue is a fatty tissue and the

20   chemical accumulates in fat.

21   Q    Is lipid filled?

22   A    Yes.  But you are also interested in disease in

23   that organ.  You want to know is there a concentration

24   in that organ of this chemical.

25   Q    So Falck, et al, did not calculate relative

1    risk; is that correct?

2        A    No, they didn't.  All they did is 20 patients

3    and 20 controls.  It is not a population study.  You

4    can't do relative risk.  What you are doing here is a

5    biomarker study.

6        Q    Simply showing a correlation between a level

7    of --

8        A    Right.  As they say in the brief introduction,

9    this class of compounds is a good candidate for being a

10   risk factor for breast cancer.  That is why they looked

11   at it.

12       Q    That is really all they are doing, to try to

13   find out if it is a risk factor?

14       A    Right.

15       Q    Not to find out to what extent its risk factor

16   or what dose level --

17       A    No, there is no quantification intended or

18   implied here.

19       Q    And --

20       A    And what it does simply say is that the higher

21   the exposure, presumably the higher the risk.

22       Q    Does it say that?

23       A    No, I said it implies.  That is the implication

24   of the study and that is why it created such a stir,

25   because it raised the possibility, oh, my God, there may

Page 795

1    be this chemical that is in every single person in the

2    United States.

3              It is in half the foods that we eat and it

4    causes breast cancer, maybe that is why the rate of

5    breast cancer has doubled in last 20 years.

6        Q    PCBs are in half the food we eat?

7        A    Oh, yeah, just like dioxins.  Particularly in

8    farmed salmon.

9        Q    Right.  We talked about that.

10       A    But there is a lot of other foods where it is

11   present not in such high amounts like in salmon, but it

12   is present.

13             THE WITNESS:  Time for a break?

14             MR. HOPP:  Let's take one.

15             (Brief recess.)

16             (Defendants' Exhibits 137 was marked for

17             identification by the court reporter.)

18   BY MR. HOPP:

19       Q    Handing you what we have marked as Exhibit 137.

20   This is the Hansen article referenced in your report at

21   number seven under breast cancer; correct?

22       A    Yes.

23       Q    This actually talks about male breast cancer

24   after occupational exposure to gasoline and vehicular

25   combustion products; right?

Page 796

1      A      Yes.

2      Q      What relevance does it have to Sherrie Barnes?

3      A      Well, that's a good question.  The mechanism of

4    breast cancer in men is possibly different than the

5    breast cancer in women.

6            I mean, men and women's breast cancer may have

7    a different etiology.  I think probably the important

8    issue here is this would be support of these chemicals

9    that were, in this case, particularly the benzene and

10   the PAHs are present in our case here.

11           And the implication of the study was that there

12   was an increased risk that they thought was attributable

13   to these exposures and this is a one case report.

14           It is not terribly important to our overall

15   case, but it is -- let's go to the last paragraph where

16   he discusses this issue.

17           He basically talks about, "The

18           Elevated risk of breast cancer

19           Among men, occupational exposed

20           Gasoline and combustion products

21           Has not been reported previously

22           Except in one small study with

23           nonsignificant odds ratio of 1.3.

24           However, two recent studies show an

25           increase in breast cancer in women

Page 797

1          exposed to benzene and PAHs."

2          Which is the Petralia study, I believe is also

3    on this list.  I know it is on my new list.

4          And it is here on this list, and then he

5    states, "The similarities among some of

6          The known risk factors for breast

7          Cancer in men and women and a

8          Similar variation in incidents

9          Point to common etiologic factors;

10         therefore, gasoline and combustion

11         products caused breast cancer in

12         Men.  It probably does so in women,

13         too."

14         And then it goes on to discuss some other

15   things.

16     Q    So the author is hypothesizing that this result

17   that he obtained in this paper might be applicable to

18   women, as well; is that fair?

19     A    Yes, and then he alludes to some other studies

20   that showed he doesn't do an exhaustive review.  Where

21   we actually know that there are other papers that he

22   could have cited.

23     Q    Sure.  And we will get to those.

24     A    But the point is that it is just another study

25   of a case of someone who has some pretty good exposures

1    to these chemicals that developed a rare disease.

2         Oftentimes rare diseases, like men's breast

3    cancer or mesothelioma can give us a lot of clues and

4    should be followed up when they occur.

5    Q    Would it be fair to characterize the Hansen

6    paper as generally informative, but not directly related

7    to the cause of Sherrie Barnes' breast cancer?

8    A    Yes.

9    Q    In fact, the article does not calculate the

10   relative risk for breast cancer in women; is that right?

11   A    Correct.

12   Q    And at what exposure level does the study

13   indicate that breast cancer has increased in men?

14   A    Well, he has got an odds ratio here of 2.2 with

15   no lag time and 2.5 with ten years of lag time with

16   statistical significance.

17   Q    Lag time being years of exposure?  What does

18   lag time mean?

19   A    No.  What that does is it allows for more

20   latency.

21   Q    Okay.

22   A    In other words, you look at the people's

23   exposure and then you make sure that you are at least

24   allowing for ten years of lag time from the time of

25   exposure to the time of the disease diagnosis.

Page 799

1      Q    Is it accurate to say that the Hansen study

2  doesn't examine specific exposure levels, but rather

3  looks at occupational exposure of gasoline and

4  combustible products in general?

5      A    Yeah, 230 male employees were members of the

6  National Pension Fund and the country is Denmark.  And

7  he looks at job title for exposure.

8      Q    Okay.  So there is no exposure data for the

9  individual study subject?

10      A    No.

11      Q    Next one on your list -- your breast cancer

12  reference list number eight is the Holford,

13  H-O-L-F-O-R-D, study?

14      A    Yes.

15      Q    Handing you what we have marked as Deposition

16  Exhibit No. 138.  This is a copy of the Holford study.

17  The Holford study is entitled Joint Effects of Nine

18  Polychlorinated Biphenyl (PCB) Congeners on Breast

19  Cancer Risk; is that right?

20           (Defendants' Exhibits 138 was marked for

21           identification by the court reporter.)

22           THE WITNESS:  Yes.

23  BY MR. HOPP:

24      Q    And Holford looked at nine PCB congeners;

25  right?

Page 800

1    A    Yes.

2    Q    And, generally, what did Holford conclude?

3    A    There is an association with some of them.

4  Let's see if I can make sense out of this.

5        Table 2 shows odds relative risk associated

6  with a ten PB change in exposure to individual congeners

7  by type of model; and I think the risk associated

8  congener values that are listed in the middle .2153 and

9  156 is not being significant.

10    Q    Okay.

11    A    But 183 is significant.

12    Q    180 is slightly elevated, but not significant;

13  right?

14    A    Yes, 180 is slightly elevated, but it is not

15  very significant.  It is almost significant, it is .99.

16  It is real close.  Anyway --

17    Q    But 183 is the culprit in that Holford paper;

18  right?

19    A    That is the one that they felt was

20  statistically significantly associated.

21        Now, on Table 3, they give an odds ratio

22  associated with a level of PCB in quintiles and they

23  divided them into five levels.

24    Q    I'm sorry.  Table 3?

25    A    Table 3, it is at the bottom of 979.

Page 801

1    Q    Okay.

2    A    And there, they -- as the level of the PCB

3  increased, the odds ratio of relative risk -- I think it

4  is related risk score, which is similar to relative

5  risk, it is adjusted estimates of relative risk.  Risk

6  becomes statistically significant only at the top

7  quintile.  Otherwise, the curve is pretty flat.

8    Q    And Table 3 is looking at all of the congeners

9  that are being studied or is it --

10   A    They have some kind of PCB score.  It is a

11  score -- let's see how they scored it.  Somewhere in

12  here they describe the score.

13        All right.  Well, it is on Page 977.  It is

14  called Principal Components, and they describe what they

15  did.

16        "In order to understand better

17        the nature of the effects for

18        individual congeners, principal

19        components analysis was used

20        to create factors that were

21        independent of each other.

22        Using PRO PRINCOMP in SAS we

23        estimated the eigenvectors, which

24        provided loading scores that gave

25        rise to new variables to be

1          included in linear logistic model."

2     Q     What the heck does that mean?  Do you

3  understand that?

4     A     Yeah, they are doing statistical analysis,

5  which is -- when you have multiple variables like this,

6  you know, a dozen or so PCBs, plus other variables, age

7  and whatever else you put in the model, you have got a

8  very complex statistics; but not being a statistician, I

9  cannot really explain to you what they are doing.  It is

10  a very high order statistical.

11     Q     Well, principal component analysis is the

12  general name for what they did?

13     A     Yes.  Well, that component.

14     Q     All right.

15     A     In the Statistical Methods, they discuss their

16  analysis, how they did it, and one they want to look at

17  the joint effects of individual PCB congeners on the

18  risk of breast cancer and whether the effect of each

19  congener was the same, which was tested using linear

20  contrast.

21          "If these results suggested

22          That the magnitude of effect on

23          Breast cancer risk was different

24          From the congeners, then it

25          Would not make sense to evaluate

Page 803

1           Total PCB exposure, but to

2           Investigate the joint effects of each

3           congener.  Regression diagnostics

4           Were used to determine whether

5           The results were sensitive to one or

6           more influential observations."

7      Q    I'm sorry.

8      A    Now, we are talking about regression

9  diagnostics was used on one or more influential

10 observation.

11          "But the overall conclusions

12          Were found to be stable.  Bootstrap

13          methods were used to estimate

14          Bias in the estimates of risk, as well

15          as providing alternative estimates of

16          standard errors.  While the resulting

17          standard errors were slightly greater,

18          the conclusions were essentially

19          unchanged, so these results are not

20          present."

21          I think what they are saying is that their

22 principal component analysis is what they used and that

23 is what they used in Table 3 as a related risk score.

24     Q    And above Table 2, the authors point out, the

25 statement is, "Notice that some congeners

1          Are positively associated with breast

2          cancer risk, while others are negative";

3          is that right?

4     A     Well, if you look at the standard coefficient,

5     the first line, when it says, negative .021, that means

6     that the higher the PCB level of the congener, the lower

7     the breast cancer risk.

8     Q     All right.

9     A     So that is right.  There were three -- four

10    that were negative and then one, two, three, four, five

11    that were positive.

12         And 180 was the most positive statistical and

13    it reached almost statistical significance and 183 did.

14    Q     And in the Discussion section, this is on Page

15    979, the authors point out that, "The

16         Association of total PCB exposure with

17         breast cancer risk in this analysis was

18         estimated to be small and inverted."

19         Is that what you are talking about?

20    A     Yes, for those who had it -- the higher the

21    level, the lower the risk, suggesting -- I think, you

22    know, you can find and do these fancy statistics.  You

23    can find things like this.  That may not mean anything.

24         The most important thing here is to look at all

25    the congener correlations, and 180 and 183, again,

Page 805

1    correlates strongly with the total congeners.

2            In other words, you are getting a positive

3    effect on the breast cancer.  And like the other studies

4    we have looked at, if you add up all of the PCB

5    congeners, that also correlates with breast cancer risk.

6            So what it would suggest is that the overall

7    mixture, maybe some components being more important than

8    others, is contributing to the risk; and that the

9    negative components do not outweigh the positive

10   components in terms of causing the effect that we are

11   seeing in the increased risk.

12       Q    But they do balance out and that is why the

13   authors say that the overall risk is small?

14       A    That's correct.

15       Q    And they go on in the Discussion section and

16   say, "These results suggest that some

17            Congeners have a protective effect on

18            breast cancer risk, while others are

19            associated with an increased risk"; is

20            that right?

21       A    That's right.  That is correct.

22            And I think that is consistent with all the

23   data.  It shows that there is a small but significant

24   increase in risk.  And the reason it is important is

25   that there are so many darn people exposed and so many

1    people get this disease, that anything that contributes

2    to the risk is important to address.

3         Q    Is this a case control study?

4         A    This is a biomarker study.  I mean, there is

5    cases and controls.  What they are doing is they are

6    studying the presence of a biomarker in PCBs in two

7    populations to see if the testing hypothesis that the

8    cases would have a higher level of these chemicals than

9    the controls.

10              And the answer is, yes, and it does show

11   correlation.

12        Q    Does this study indicate what dose of any

13   particular PCB congener is necessary to cause an

14   increased risk of breast cancer?

15        A    No, I mean, if you look at the -- I don't think

16   there is a single measurement in this whole paper.  It

17   is all statistical analysis.

18              Let me just see.  Maybe they are mentioned

19   somewhere.  The level -- no, what they are really trying

20   to do is the correlation or the association of the

21   chemical versus the risk.  And that is not going to give

22   you thresholds or slope factors.

23        Q    The next paper in order on your reference list,

24   this is number nine, is the Hoyer paper; is that right?

25        A    Yes.

Page 807

1      Q      I am handing you what we have marked as

2    deposition Exhibit No. 139.

3               (Defendants' Exhibits 139 was marked for

4               identification by the court reporter.)

5    BY MR. HOPP:

6      Q      Is this the Hoyer paper?

7      A      Yes.

8      Q      And it is entitled Organochlorine Exposure and

9    Risk of Breast Cancer.  What question was Hoyer trying

10   to answer?

11     A      The same question.  He looked at Dieldren,

12   which is an organochlorine.  He looked at

13   chlorocyclohexane, which is another pesticide,

14   organochlorine pesticide.

15     Q      Did this study look particularly at TCDD or

16   dioxin?

17     A      No, it looked at PCBs, DDE, but it did not look

18   at dioxin per se.

19     Q      So this would be another study that is

20   generally informative, but it is not directly related to

21   Sherrie Barnes; is that right?

22     A      Yes.  For the reasons that I indicated earlier,

23   I thought it was relevant.

24     Q      And they actually looked at serum levels; is

25   that correct?

Page 808

1    A    Yes.

2    Q    So these are blood samples and not tissue

3    samples?

4    A    Yes, serum sampling.  That is right.

5    Q    The Result section indicates that,

6         "The risk of breast cancer decreased

7         with increasing number of full-term

8         pregnancies and increased with" -- I'm

9         sorry -- "and increasing with body

10        weight and height."

11        Do you see that?

12   A    Where are you reading from?

13   Q    The Result section, this is Page 1818 starting

14   right above that table.

15   A    "Increasing number of full-term

16        Pregnancies and increasing with

17        Body weight and height."

18        So height was made a standard.

19   Q    You wouldn't think so.  But Hoyer at least

20   concludes that increasing body weight and height are a

21   risk factor; is that right?

22   A    This is the first time I have ever seen height

23   as a risk factor for anything.  And unmarried women had

24   an 89 percent higher risk than married women.  It is

25   probably because they didn't have babies.

Page 809

1     Q     Moving on down this page, this is 1818.  It

2     says, "We found a slight increase in

3               Risk of breast cancer with increasing

4               concentrations of BHCH, but no

5               association was apparent for total

6               DDT or total PCBs."

7               Do you see that?

8     A     Um-hmm.

9     Q     So this study tends to conflict with some of

10    the other studies which have indicated PCBs increase the

11    risk of breast cancer?

12    A     Well, they did 28 PCBs.  They don't tell us

13    which ones.  So this wasn't as detailed a congener

14    analysis as the others.

15              They do list them here.  And -- yes, they just

16    didn't find a correlation.

17    Q     And then the Conclusion, which is on the last

18    page states, "Our results support the

19              Hypothesis that organochlorine

20              compounds, such as dieldrin,

21              Which have oestrogenic properties,

22              May increase the risk of breast cancer.

23              They do not, however, suggest that

24              exposure to total PCB, total DDT,"

25              And I guess, "P prime-DDE have any

Page 810

1              influence on the risk of breast cancer."

2              Is that right?

3      A    Yes, in this study, they did not find an

4   increase in breast cancer.  That's correct.

5      Q    The next study in order under List of Breast

6   Cancer References is the -- maybe you can pronounce it

7   for me.  Kogevinas paper?

8      A    Kogevinas is as good as any.

9      Q    Kogevinas, K-O-G-E-V-I-N-A-S.

10             I am handing you what we have marked as

11  deposition Exhibit No. 140, which is the Kogevinas

12  paper.

13             (Defendants' Exhibits 140 was marked for

14             identification by the court reporter.)

15  BY MR. HOPP:

16     Q    Now, this is a review article; is that right?

17     A    It is.

18     Q    So it doesn't report on a new experiment, but

19  rather discusses studies done by other people?

20     A    Yes.

21     Q    And does Kogevinas find -- well, let me -- what

22  does Kogevinas conclude, generally, based on the other

23  studies?

24     A    More studies are needed.  That was his main

25  conclusion, but he reviews some of the studies and it is

1    interesting in that respect.

2       Q    And that is, again, generally informative, but

3    not particularly relevant to Sherrie Barnes?

4       A    Correct.  He gives a list of the various

5    studies and notes, you know, the breast cancer,

6    including male breast cancer, has been found to be

7    increased.

8       Q    He finds increasing mortality from breast

9    cancer that is not statistically significant; is that

10   right?

11      A    Yes.

12      Q    That is in Table 5?

13      A    Yes.  Table 5 he is looking at -- where is

14   that?  He has got different references 170 -- where is

15   it?  I am trying to see what his references are for

16   that.

17           Anyway, he -- I guess, IARC's international

18   cohort study of phenoxy herbicides or chlorophenols

19   where TCDD was presumed to be present and the SMRs are

20   elevated for all of the cancers, but all malignant

21   neoplasms are statistically significantly increased.

22           And the individual types of cancer, breast

23   female is almost statistically significant.  The odds of

24   SMR is 2.16, but the confidence interval is at .99.  We

25   are talking about 100ths off.  Otherwise, it would be

1  statistically significant.

2          So that, in light of all the other evidence we

3  have, this is supportive.

4      Q    All right.  But you are looking in this paper,

5  Table 5, you are looking at nine deaths; is that right?

6      A    Yes.

7      Q    Out of how many expected?

8      A    Well, that would be 2.16 more than expected.

9  So you would expect in that population -- I guess, the

10  174 reflects the number of something rather -- what is

11  it?  I don't know the number of people at risk; but they

12  expected half of that many cases.  So there is a

13  doubling of risk.

14      Q    If the spread at the 95 percent confidence

15  interval includes one, then it is not statistically

16  significant?

17      A    Yeah, I know.  And if it was one more, it would

18  be.

19          That is the point I am trying to make is it is

20  very close to statistically significant; but if the

21  numbers were bigger, it would be significantly.

22          And as I say, by itself, it would not be

23  important, but taken in light of all of the other

24  evidence, it is supportive.

25          Now, the same is true of male breast cancer.

Page 813

1    It has doubled 2 1/2 times the -- twice as they

2    expected.

3             And, again, that goes along with our other

4    observations about this and, similarly, prostrate is

5    elevated.  Testes is elevated.  Thyroid is elevated, and

6    all endocrine organs are elevated.  The numbers are

7    small.

8        Q    And not statistically significant?

9        A    Not statistically significant, but the point is

10   all of these cancers are endocrine disruption sensitive

11   cancers.  And, again, in view of other information, it

12   certainly is worth paying attention to.

13            Now, if you go over to the last one,

14            "All workers exposed to any phenoxy

15            herbicide or chlorophenyl."

16       Q    Still on Table 5; right?

17       A    Still on Table 5.  You have got a statistically

18   significant excess of, again, all malignant neoplasms

19   and other endocrine organ cancers are elevated

20   statistically significant.

21            So it would appear to me that, you know, this

22   paper is useful.

23       Q    In a general way?

24       A    Correct.

25       Q    It does not identify a particular dose level

1    which is required to increase the risk of breast cancer;

2    is that correct?

3        A    No.

4        Q    The next paper in order on your list of breast

5    cancer references is the Laden paper, L-A-D-E-N; is that

6    right?

7        A    Yes.

8        Q    And it is number 11; correct?

9        A    Yes.

10       Q    I am handing you what I have marked as

11   Deposition Exhibit No. 141.

12            (Defendants' Exhibits 141 was marked for

13            identification by the court reporter.)

14   BY MR. HOPP:

15       Q    This is the Laden paper; is that right?

16       A    Yes.

17       Q    And the Laden paper looks at the Nurses' Health

18   Study; is that right?

19       A    Yes.

20       Q    Is that otherwise sometimes called the Harvard

21   Nurses' Study?

22       A    Well, this is from Harvard.  So it could be

23   considered the Harvard Nurses' Study.

24       Q    Have you heard that expression before, the

25   Harvard Nurses' Study?

1     A     No.  I heard the Harvard Doctors' Study, but

2  yesterday when you mentioned the Harvard Nurses, this is

3  the first I heard of it.

4         But as I said, this is a study of nurses

5  conducted by Harvard.  So it would be appropriately

6  called that.

7     Q     And correct me if I am wrong, but it appears

8  that what happened was Harvard or some group at Harvard

9  has collected and has continued to collect data on a

10  large group of nurses.

11         It is sort of a prospective study.  It examines

12  health effects over the course of the lives of these

13  women?

14     A     Yes, just like the doctors' study.  Same idea.

15     Q     The idea is to --

16     A     Follow the large group and see what happens to

17  them and look at the different risk factors

18  prospectively.

19     Q     It states, at the end of the abstract,

20         "The majority of studies have concluded

21         the exposure to PCB are unlikely to be a

22         major risk factor for breast cancer."

23         Is that right?

24     A     Are you talking about --

25     Q     I am looking at the end of the abstract.

Page 816

1    A    Although there is no independent association,

2    blah, blah, blah -- yeah, the point of this paper is

3    that if you look at the nurses who have this particular

4    polymorphism, CYP1A1-exon 7, this is a risk factor for

5    breast cancer.

6    Q    Okay.

7    A    And I think what they found was --

8    Q    Was what he found that this was a genetically

9    susceptible population?

10   A    Correct.

11   Q    Okay.  Doctor, do you want to continue with

12   your answer?

13   A    What they say here is, "However

14        High levels of PCBs may be associated

15        with breast cancer risk in the subgroup

16        of women who have variant

17        CYP1A1-exon 7 polymorphism."

18        Additional studies are needed to examine

19        that possibility.

20   Q    That is CYP1A1-exon 7 polymorphism, that is

21   something to do with the particular genetic structure of

22   these women; is that right?

23   A    Yes.

24   Q    It is a gene?

25   A    Their ability to transform the PCBs or handle

1   them is impaired or reduced.

2        Q    And that's the only study -- strike that.

3             That is the only population in which the Laden

4    paper found an effect with increased levels of PCB; is

5    that right?

6        A    That's right.

7        Q    And we don't know whether Sherrie Barnes had

8    that particular polymorphism, do we?

9        A    No.  You asked me that yesterday.  So we don't

10   have any studies on Sherrie Barnes or anybody else on

11   cohort.  It is not a routine thing you send to the lab.

12       Q    You have to take a tissue sample?

13       A    You have to do genetic studies.  That is what

14   you have to do to find this particular variant.  It is

15   expensive and it is possible to be done.  But it is very

16   important particularly in people that we don't have

17   disease in yet; but we want to know who is at high risk.

18   These kind of studies would be highly relevant.

19       Q    Would it be possible to test Kenesha Barnes to

20   find out whether her mother had that particular

21   polymorphism?

22       A    Well, we would have to check her dad, too.  I

23   don't know how the inheritance goes for that particular

24   gene.  I don't know if it can be an acquired defect.  I

25   would have to study it to answer that question whether

Page 818

1    or not it would be relevant to test her.

2        Q    This study looks at latent PCBs; correct?

3        A    Correct.

4        Q    Doctor, I have handed you what we have marked

5    as Exhibit 142.  This is the next reference on your

6    breast cancer list.  It is number 12 and the author is

7    Leis or Lees.  L-E-I-S.

8            (Defendants' Exhibits 142 was marked for

9            identification by the court reporter.)

10           THE WITNESS:  Yeah.

11   BY MR. HOPP:

12       Q    And this is really just a paper on diagnosing

13   breast cancer; is that right?

14       A    Yes, it has risk factors.  That is the reason

15   it is here.

16       Q    But does it talk about environmental risk

17   factors or TCDD?

18       A    Not really, it talks -- Table 1 and Table 2,

19   exogenous estrogen, which would be in birth control

20   pills and hormone replacement.  And then it says,

21           "Carcinogenic exposure,

22           particularly to viral agents

23           and some drugs."

24       Q    So --

25       A    Really, it just kind of gives you a list of

1  things that have been raised as -- just kind of a

2  general review of the disease.  So you know what you are

3  talking about.

4      Q    Not very informative with respect to causation?

5      A    Correct.  I don't think he has references for a

6  lot of those causative factors.  He doesn't give a

7  reference.  He makes the assertion in this table.

8      Q    The next breast cancer reference that you have

9  in order, number 13, Lucena, L-U-C-E-N-A; is that right?

10     A    Right.

11     Q    I am handing you what we have marked as

12  Exhibit 143.

13          (Defendants' Exhibits 143 was marked for

14          identification by the court reporter.)

15  BY MR. HOPP:

16     Q    This is the Lucena paper; is that right?

17     A    Yes.

18     Q    It is entitled Short Communication.  Is this --

19  is there some significance to that?

20     A    Well, what they do is they write a very brief

21  paper presenting one table, maybe, which they think is

22  important when they want to publish it as a -- quickly,

23  so it is easier for the reviewers to deal with a short

24  paper with very little information, so you can get it

25  published faster.

Page 820

1      Q      Right.  And this paper really identifies one

2    specific congener or PCB?

3      A      28.

4      Q      As associated with an increase risk of cancer;

5    is that right?

6      A      Yes.  Fascinating.  It is like every paper has

7    a different congener.  Congener of the week.

8      Q      Did Lucena look at other congeners?

9      A      They looked at a bunch of them.  It is listed

10   on the top of 118, left-hand column.

11     Q      But the only one they found that significantly

12   increased the risk of breast cancer was 28; correct?

13     A      Yes.

14     Q      Once again, they think there is a great need

15   for more studies?

16     A      That's, as I told you, every study will say

17   that.  It is the stock and trade of a researcher.

18     Q      Does Lucena calculate a relative risk for

19   exposure to PCB 28?

20     A      Yes, 9.597, huge odds ratio.  Same thing.

21     Q      But it does not identify a particular dose

22   level for that congener which would result in that

23   increase risk; is that correct?

24     A      I don't see that it was quantified.  What they

25   said was in the difference between the exposed and the

Page 821

1    controls, it was a ninefold difference in that chemical.

2        Q    So what they were -- this was a study in Spain;

3    is that right?

4        A    Yes.

5        Q    And they were actually looking at breast tissue

6    that had been removed from women who had breast cancer;

7    correct?

8        A    Yes, that's correct.

9        Q    And these were malignant lesions?

10       A    Well, in the exposed, they were malignant.

11       Q    And the controls, they were benign lesions; is

12   that right?

13       A    Benign lesions.

14       Q    So what they found was that if someone had a

15   detectible level of PCB 28 in the malignant lesion,

16   those people turned out to have a 9.597 odds ratio; is

17   that correct?

18       A    That's right.

19       Q    How is this paper -- strike that.

20            How does this paper relate to or inform your

21   opinion with respect to Sherrie Barnes?

22       A    The same as the other PCB papers.  We are

23   talking about a similar toxicity for dioxin-like

24   chemicals.

25       Q    The next one in order on your breast cancer

Page 822

1    reference list is the Manz paper; is that right,

2    M-A-N-Z.

3        A    Yes.

4        Q    I have marked that deposition as 144.  This is

5    the Manz paper; is that correct?

6             (Defendants' Exhibits 144 was marked for

7             identification by the court reporter.)

8             THE WITNESS:  Manz paper, correct.

9    BY MR. HOPP:

10       Q    M-A-N-Z?

11       A    M-A-N-Z, from Germany.

12       Q    This is a German study of exposure, actually,

13   of workers in a chemical plant; is that right?

14       A    That's correct.

15       Q    And they characterized -- first of all, it is a

16   retrospective mortality study; correct?

17       A    Yes.

18       Q    And they characterized the herbicide workers in

19   this plant in Germany as being having been exposed to

20   heavy contamination of 2, 3, 7, 8-TCDD?

21       A    Yes.

22       Q    But only seven percent of the women worked in

23   high exposure areas of the plant; is that right?

24       A    Yes.

25       Q    Did they detect an increased risk of breast

Page 823

1    cancer as a resulted of heavy exposure of 2, 3, 7,

2    8-TCDD?

3        A    I think this is overall, the SMR for carcinoma

4    of the breast was 2.15 with a 95 percent confidence

5    interval of 0.98.

6            Again, right at the borderline, and 409 for

7    nine deaths.

8        Q    And this is what table?

9        A    It is on Page 962 under Mortality Among Women.

10       Q    All right.

11       A    Malignant neoplasms were right at not

12   significant, but the breast cancer was.  And that's

13   really the point of the paper, which is about TCDD.

14       Q    Okay.  So it is just about TCDD, and the 2.15

15   is an increased SMR, but is it statistically

16   significant?

17       A    Well, it is right at that borderline at 0.98.

18       Q    Again, the 95 percent confidence level includes

19   one?

20       A    That's right.  It is right at the borderline.

21           Again, I think I have said it before, when it

22   is taken into the context of everything else, it is

23   supportive.  They also review a study, which I don't

24   think we got, but --

25       Q    Which study is that?

Page 824

1     A     I am just looking at it here.  I am wrong.

2  That's the only point of this study.

3     Q     Does the Manz paper identify a dose level of 2,

4  3, 7, 8-TCDD, which is significant for increasing the

5  risk of breast cancer?

6     A     No.

7     Q     Is the exposure level documented in the Manz

8  paper?

9     A     No, they don't do blood levels or the chemical

10  plant was found to have high TCDD levels enough to cause

11  chloracne.  And that was led to the change in practices

12  to reduce exposures.

13     Q     So qualitatively, they think it was high

14  because of the chloracne?

15     A     Well, we know that when you get chloracne, you

16  are at high levels; but they don't give the numbers in

17  here.

18     Q     While we are on the subject of chloracne, I

19  know I discussed this with Dr. Sawyer, and forgive me if

20  I covered this with you.

21          Are you familiar with the case of Victor

22  Yushchenko?

23     A     Yes, I am.

24     Q     Victor Yushchenko is the president of the

25  Ukraine; is that right?

Page 825

1      A      Yes, he is.

2      Q      He was actually -- someone tried to poison him

3   with dioxin?

4      A      That's right.

5      Q      Do we know if it was 2, 3, 7, 8-TCDD?

6      A      No, we don't know precisely, but he had dioxin

7   poisoning.  And in the poisoning episode, they usually

8   use TCDD because it is available.  If you are running a

9   lab when you are testing this, you can get TCDD as a

10  standard.

11     Q      You could have gone to the German factory and

12  seen the Manz paper and gotten it?

13     A      Yeah, I guess so.  You can get purified TCDD

14  from a chemical supply house.

15     Q      Now, the acute exposure to -- strike that.

16            I believe Dr. Sawyer testified that the level

17  of Victor Yushchenko's exposure to TCDD was among the

18  highest ever recorded?

19     A      Among the highest recorded, that is correct.

20     Q      There were a couple of other acute poisoning

21  cases that were documented, several women 20 years ago

22  or so, who were up in that range, as well; is that

23  right?

24     A      Yes, from Vienna, Austria.

25     Q      But Victor Yushchenko did not die from his

Page 826

1    poisoning; correct?

2         A    Not yet.

3         Q    How about the women in Vienna, Austria; did

4    they --

5         A    They have not died yet either, but they are

6    being followed.  They are about ten years from the onset

7    of exposure.  And --

8         Q    Did they --

9         A    They are quite ill and I suspect Victor

10   Yushchenko is quite ill.  They have been attempting to

11   get the levels down using various techniques to

12   detoxify, but nothing is working.  But the levels of

13   both the two women from Austria and Yushchenko are still

14   extremely high.

15        Q    They were using Olestra, I think, with

16   Yushchenko; is that right?

17        A    They used Olestra with the two ladies from

18   Vienna, also.

19        Q    Did it work?

20        A    It is a miserable, miserable drug.  It causes

21   diarrhea and people can't take it.  So they take it for

22   a while till they get sick of it.  It may lower the

23   level a bit.  It is not terribly effective.

24        Q    Olestra is the fake fat; right?

25        A    That's right.  The non-absorbable fat.  It is

Page 827

1    the same as Cholestyramine and the cold pressed oils

2    that we use.  It compresses (phonetic) in the gut.

3        Q    And the women from Vienna, have they developed

4    breast cancer?

5        A    No, not yet.  And we talked about this earlier,

6    it may not be TCDD in the adult that causes the breast

7    cancer, anyhow.  Or it may not be nearly as potent a

8    factor in the equation.  I mean, you can induce --

9        Q    Let's move on.  The next paper you have cited

10   in your breast cancer references, it is number 15, the

11   Morris paper; is that correct?

12       A    That's right.

13       Q    I am handing you what I have marked as

14   Deposition Exhibit No. 145.  This is the Morris paper;

15   correct?

16            (Defendants' Exhibits 145 was marked for

17            identification by the court reporter.)

18            THE WITNESS:  Yes.

19   BY MR. HOPP:

20       Q    And this paper is -- would it be accurate to

21   call the Morris paper a hypothesis-generating paper?

22       A    Well, he reviews all the data.  That's the

23   value of reading a paper like this.

24       Q    What, if anything, does Morris conclude?

25       A    Well, he talks about benzene, benzopyrene.  He

Page 828

1    does talk about cigarettes, aromatic hydrocarbons, and

2    breast cancer, and PAHs.

3         Q     Is Morris a review paper?

4         A     Yes.  He goes on to talk about PAHs and in

5    quite a bit of detail.  And then concludes, you know,

6    that something going on in our environment is causing

7    this.  And his candidate is aromatic hydrocarbons, in a

8    broad sense.

9              And he reviews a bunch of them.  And, of

10   course, PAH is at the top of the list here.  He does not

11   go into much detail on the polychlorinated hydrocarbons.

12             He is mainly focused on the aromatic

13   hydrocarbons.  It is a very thorough review of those

14   papers up to that time.

15        Q     It is sort of a dated paper; right, this is

16   '92?

17        A     '92, but there was still quite a bit more

18   evidence already at that time.

19        Q     Morris identifies radiation and aromatic

20   hydrocarbons as inducing and promoting mammary cancer;

21   is that correct?

22        A     Yes, that's correct.

23        Q     He also states that such disparate factors as

24   urban residents, geographic location of residents, and

25   life-style factors, such as alcohol ingestion, high

1  polyunsaturated fat diet, and food selection and

2  preparation all contribute to exposure to promoter and

3  initiating influence of aromatic hydrocarbon

4  carcinogenesis; is that right?

5      A    That's correct.  That is what he says.

6      Q    Does Morris isolate any particular exposure,

7  any particular PAH which he thinks is significant for

8  causing breast cancer?

9      A    Benzopyrene and DB(AH)A anthracene, which are

10  the experimental animal carcinogens.  He also mentioned

11  DMBA and PAHs in general.

12      Q    In his review, does he discuss human

13  epidemiology studies, or any the animal studies and in

14  vitro studies?

15      A    Well, he does -- he touches on animal studies

16  quite a bit.  Because in '92, there were fewer studies,

17  but he mentions benzene, as well, and its ability to

18  induce cancer, and talks about the -- mostly the animal

19  study.

20          There wasn't as many studies back at that time

21  in humans as there are now.  But he gives a background

22  as to why people started looking so hard at human

23  studies, subsequently.

24          And he points out why these chemical PAHs, in

25  particular, are likely to be the cause of breast cancer.

Page 830

1     Q     He does not address creosote as a mixture;

2   correct?

3     A     No, he doesn't.

4     Q     And does he document any exposure levels to any

5   particular PAHs?

6     A     No.

7     Q     Does he calculate relative risk levels?

8     A     No, he doesn't do that either.  This is a

9   review paper of pointing out all of the papers that

10  exist at that time that point towards a link between the

11  PAHs and breast cancer.

12    Q     I understand, but Morris does not identify any

13  particular exposure level that is necessary to produce

14  harm; correct?

15    A     No.

16    Q     I'm sorry.  That was a bad question.

17          Does Morris identify a particular exposure

18  level that is necessary to produce harm?

19    A     No, he doesn't.

20    Q     The next paper on your list of breast cancer

21  references is number 16, Muscat, M-U-S-C-A-T; correct?

22    A     Yes.

23    Q     I am handing you what we have marked as

24  Deposition No. 146.

25          (Defendants' Exhibits 146 was marked for

Page 831

1           identification by the court reporter.)

2    BY MR. HOPP:

3         Q    This is the Muscat paper; correct?

4         A    Yes, it is.

5         Q    Entitled Adipose Concentrations of

6    Organochlorine Compounds and Breast Cancer Recurrence in

7    Long Island, New York; right?

8         A    Yes.

9         Q    So, again, he is looking at PCBs; right?

10        A    Yes.

11        Q    And what, if anything, does Morris conclude?

12        A    Muscat.

13        Q    I'm sorry.  Muscat conclude?

14        A    That there is a linkage between adipose PCB

15   levels, which is -- let me see.  I think it is

16   recurrence in -- of breast cancer.

17        Q    Muscat is looking at cancer coming back a

18   second time?

19        A    Yes, he is talking about it being a predictor

20   of recurrence of breast cancer.  Interesting study.

21        Q    How does this relate to Sherrie Barnes?

22        A    Again, it is showing PCBs which are dioxin-like

23   in their behavior increasing the risk of recurrent

24   cancer, which is relevant to our patient, I believe, in

25   the sense that she had a tumor that was very aggressive.

Page 832

1    What they are suggesting here is that PCBs

2  probably increased breast cancer risk, but that is not

3  the main point.  The main point is that it is -- or

4  associated with recurrence.

5    Q    So Sherrie Barnes had it once and it was fatal?

6    A    Yes.  She did not have a recurrence.  She did

7  not respond to the therapy either, suggesting that her

8  tumor was very aggressive and malignant.

9    And this paper suggests that making the tumor

10  grow more readily would be associated with these types

11  of exposures.

12    Q    And in the concluding paragraph, they point out

13  that these results, that is, the results represented in

14  deposition Exhibit 146, conflict -- I'm sorry --

15  contrast with the author's previous data showing no

16  effect of organochlorine compounds of breast cancer in

17  these women; is that right?

18    A    Yes.

19    Q    So there was a previous paper by the same

20  authors which was negative; correct?

21    A    That's right.

22    Q    Does the Muscat paper calculate relative risk

23  of recurrence?

24    A    Let's see, relative risk is on Table 5, and as

25  the level grows, most of the relative risk grows

Page 833

1    significantly with each PCB congener.

2          It is interesting.  Not all of them were that

3    way, but starting with -- with the 74, lowest tertile

4    was 1; middle tertile was 1.3; and highest tertile 1.7.

5          And then, anyway, they go all the way down.

6    Some of them are statistically significant.  Some

7    aren't.  The total PCBs is most significant at the

8    highest tertile.  2.9 is the relative risk with the

9    statistical significance.

10    Q    This paper actually does contrast with some of

11    the other papers we looked at, even today, which show

12    that some of these same congeners do not increase the

13    risk of breast cancer; correct?

14    A    Yeah, I think it would be -- they need bigger

15    numbers, probably, to do that, but more importantly --

16    Q    Explain that.  Who would need bigger numbers to

17    do what?

18    A    Well, how many patients did they have?  30

19    patients in the recurrence category.

20    Q    You are talking about Muscat?

21    A    Muscat.  If you had maybe 300, you might be

22    able to start seeing differences in the individual

23    congeners; but they do have mean concentrations in the

24    blood of the various congeners and consistently --

25    pretty consistently, they are higher in the recurrence

Page 834

1    patients all the way -- there are three or four that

2    aren't.

3            And no one stands out, but then the total turns

4    out to be statistically significant.  And the biggest

5    difference is in the blacks.  Where they -- it is 129

6    parts per billion difference.

7        Q    Can you explain that?  What does it say about

8    black women?

9        A    That blacks with no recurrence, their PCB total

10   was 406.  The blacks with recurrence, their PCB level

11   was 529.  Both of those values were higher than the

12   whites.

13           And the highest at all are the Asian with no

14   recurrence, but there is very small number of Asian,

15   so --

16       Q    So does the Muscat paper identify an exposure

17   level as necessary to cause harm?

18       A    No, they do not.

19       Q    Muscat does indicate on, Page 1477, that there

20   were relatively few events in this study and the

21   positive findings could have been due to bias?

22       A    Sure.

23       Q    What is bias in this context?

24       A    Something that is causing the results that is

25   not a true cause.  Bias just means that there is

Page 835

1    something that is screwing it up.

2         Epidemiology people always say those sorts of

3    things.  It is just terms of epidemiology.

4         It could have been through chance.  It could

5    have been bias.  We don't know.  We tried to remove all

6    the bias; but there is always a risk.  Something that we

7    didn't control for.

8    Q    Isn't that what epidemiologists spend most of

9    their time doing?  Try to eliminate possibility of their

10   chances, influencing their --

11   A    Yes, they spend a lot of time.

12   Q    That is the whole point.  If the result is

13   dictated by chance, then you have wasted your time doing

14   your --

15   A    Exactly.  You are going to get a negative

16   study.  That is why they tighten, over the years, the

17   criteria to say significant.

18        It used to be, when I started out in medicine,

19   P value of .1 was considered significant.  Now, it is

20   .05.  So you have to have a really good study, really a

21   strong effect to get statistical significance.

22   Q    Your next study on your list of breast cancer

23   references is the Negri, N-E-G-R-I, study; is that

24   right?

25   A    Yes.

Page 836

1    Q    Handing you what I have marked as Exhibit 147.

2         (Defendants' Exhibits 147 was marked for

3         identification by the court reporter.)

4    BY MR. HOPP:

5    Q    This is the Negri study; right?

6    A    Um-hmm.

7    Q    This is a review article; right?

8    A    It is.

9    Q    And it looks at exposure to PCB and breast

10   cancer?

11   A    Yes.

12   Q    And what does Negri and/or her coauthor

13   conclude?

14   A    Well, I think the important point is that you

15   need to take into account genetic susceptibility in

16   order to explain what is going on; and that in the

17   general population, without the genetic risk factor,

18   there probably isn't an increased risk.

19   Q    So, in fact, at the concluding part of the

20   study, right above the acknowledgments, Negri and

21   coauthors say, "In conclusion, the

22        epidemiological evidence does

23        not support the hypothesis of

24        a direct relation between

25        environmental exposure to PCB

1         adulthood in the general population

2         and the risk of breast cancer"; right?

3    A    That is what he said in the abstract, which I

4    just read to you.

5    Q    And then he goes and talks about a

6    specific genetic variation like --

7    A    Right.  He is really just repeating what we

8    said earlier about the CYP1A1 and the exon 7.  He does

9    not mention exon 7, but in Table 5, he mentioned that.

10   Q    But for the general public, Negri is,

11   essentially, a negative paper; right?

12   A    Yes, that's the point.  But when you take into

13   account the -- see, there is a couple of papers that we

14   have not gone through that are reviewed here that make

15   the same point.

16        Interaction between PCB and the CYP1A1

17   polymorphism, I think what the science has evolved to

18   the point that it takes -- you can have the CYP1A1 gene

19   and not get breast cancer; but if you have it and are

20   exposed to PCBs, then your risk of breast cancer

21   increases significantly.

22   Q    And how is this study relevant to Sherrie

23   Barnes?

24   A    Well, it is like all of the others.  I have

25   referred to in the PCB literature.  It shows the effect

Page 838

1    of the related compound.

2        Q    So it is generally informative, but not

3    directly related?

4        A    Correct.

5        Q    The next paper in order on your breast cancer

6    reference list is Petralia; is that right?

7        A    Yes.

8        Q    It is Petralia, 1999?

9        A    Yes.

10       Q    Petralia has written several articles on this

11   subject; right?

12       A    I have Petralia -- another one of the Petralia

13   papers on the new -- that I gave you.  Two more, '95 and

14   '98.

15       Q    So you have got some older papers?

16       A    '98 and '99.  So I have got the '99 paper, but

17   I have got an earlier '98 paper that I have added.

18       Q    Let me show you Exhibit 148.

19           (Defendants' Exhibits 148 was marked for

20           identification by the court reporter.)

21   BY MR. HOPP:

22       Q    This is 1999 Petralia paper?

23       A    Yes.

24       Q    And Petralia is looking at the premenopausal --

25   I'm sorry, risk of premenopausal breast cancer in

Page 839

1    association with occupational exposure to polycyclic

2    aromatic hydrocarbons and benzene; is that right?

3        A    Yes.

4        Q    So this is an occupational study?

5        A    Yes.

6        Q    And does it look at women particularly in these

7    occupations?

8        A    It has to be.

9        Q    Premenopausal --

10       A    The rate in men, as we know, is quite low.  So

11   it is women.  And the exposures were variable.

12           They took occupational history of the exposure

13   assessment for PAHs and benzene was developed to

14   determine which occupations had exposure.  And then they

15   developed a matrix for that, which included the PAHs and

16   the benzene and others things, as well.

17       Q    And which exposure levels did they find to be

18   significant to increase the risk of premenopausal in

19   breast cancer in their occupation when exposed to both?

20       A    PAH and benzene, highest risk was in PAH and

21   benzene together.  They found statistical significance

22   in all of them and the biggest abnormalities were in the

23   ER positive cases.

24       Q    What is that?

25       A    Estrogen receptor positive, which we looked at

Page 840

1    yesterday in our case.

2         Q    Oh, ER positive breast tumors, that is a

3    particular type of tumor?

4         A    Yes, this is the first time we have seen that.

5         Q    Okay.  Seen what?  Seen a study?

6         A    Seen a study where they looked at the ER

7    positive and ER negative.

8         Q    Forgive me for covering this again, but we

9    don't know whether Ms. Barnes had a ER positive or ER

10   negative breast; right?

11        A    Yes, I don't think we do.

12        Q    Again, forgive me for asking you to say this

13   again, but what was the dose level that the authors of

14   the Petralia paper found to be significant for inducing

15   breast cancer?  Did you say it was every dose?

16        A    Well, they have got some duration data here

17   which would be a surrogate for dose.

18        Q    Oh, I see.  They use job exposure matrixes and

19   lifetime occupational history; is that right?

20        A    Yes.  And they had low exposure and medium to

21   high and then cumulative low, medium to high and, in

22   general, I think they only found a few cases that were a

23   statistically significant; but the numbers in each cell

24   are so small that it is not likely to find statistical

25   significance.

Page 841

1          So there were some elevated odd ratios.  In
2     fact, lots of them were elevated; but it didn't reach
3     statistical significance, except in a few cases.
4          And, again, if you look at the ends, that is
5     the problem.  There aren't enough in each of the cells
6     to reach statistical significance.
7     Q    So it is too small a study, really, to
8     effectively evaluate statistically significant
9     association?
10    A    With dose.  It is a large enough study to say
11    in general.  I mean, you have got quite a few people in
12    the exposed categories.
13    Q    So overall, looking at overall exposure, they
14    find an increase risk?
15    A    That's right.
16    Q    But they cannot break that down by exposure
17    classification?
18    A    Right.  Of the patients that they looked at,
19    they had 25 of PAH alone; 35 of benzene alone; 6
20    exclusively PAH; 19 PAH and benzene; and 16 exclusively
21    with benzene.  Those are --
22    Q    Small numbers?
23    A    Relatively small numbers, but big enough to get
24    statistical significance on many of these; but then when
25    the numbers drop down to 16, 8, 13, and 11, 10 and 9 --

1    10 and 8, then they don't get statistical significance

2    even though they have elevated odds ratios.

3        Q    Looking at Page 220, this is the first full

4    paragraph.  It says, "When our results

5             are interpreted, several issues

6             need to be considered.  The

7             response rates for both the cases and

8             referents" -- that is R-E-F-E-R-E-N-T-S

9             -- "were low."

10            Now, that is a problem for epidemiology?

11       A    Where are you reading from?

12       Q    Page 220, first full paragraph, starting with

13   the words, "When our results are interpreted."

14       A    Oh, I see, on the right-hand side.

15       Q    Low response rate is a problem for an epi

16   study; right?

17       A    Yes, the response rates were low.  That is a

18   problem.

19       Q    And would you characterize it as a case control

20   study or a cohort study?

21       A    Case control.

22       Q    How does this paper, the Petralia paper, relate

23   to Sherrie Barnes?

24       A    She was exposed to both benzene and to PAHs,

25   and so it would be a direct relationship.  Although it

Page 843

1    was not occupational exposure, she had environmental

2    exposure.  I would submit that she probably had higher

3    exposures to PAHs and benzene than the people in this

4    study.

5        Q    Does the Petralia study, then, identify an

6    exposure level that is necessary to cause harm?

7        A    No, it doesn't have any quantitative data.

8        Q    All right.  The next study in order on your

9    list of breast cancer references is Pliskova; is that

10   right?

11       A    Yes.

12       Q    P-L-I-S-K-O-V-A.  I am handing you what I have

13   marked as deposition Exhibit 149.  This is the Pliskova

14   paper; correct?

15            (Defendants' Exhibits 149 was marked for

16            identification by the court reporter.)

17            THE WITNESS:  Yes.

18   BY MR. HOPP:

19       Q    I have actually handed you two things.  One is

20   the abstract and one is the article.

21       A    Oh, yeah.

22       Q    Let me have the abstract back, so we don't

23   confuse ourselves.

24       A    Okay.

25       Q    So Deposition Exhibit 149 is the Pliskova

1    article; correct?

2         A    Yes.

3         Q    And Pliskova article states what, specifically?

4         A    Benzopyrene and -- what is the second one?

5    Benzanthracene.

6         Q    Is this an in vitro study?

7         A    This is an in vitro study.

8         Q    So, again, they are studying cells in a petre

9    dish?

10        A    Yes.

11        Q    What does Pliskova conclude, if anything?

12        A    Well, it is a mechanism paper.  They talk about

13   how it induces -- benzopyrene induces P53 tumor

14   suppressor expression and abolish both S-phase arrest

15   and apoptosis induced by the PAHs.

16             Potentiated deprecative effect of BaP.  Thus,

17   specific genotoxic and non-genotoxic event for

18   interacting on the effects of BaP cell proliferation.

19        Q    How about in layman's term, what are we looking

20   at?

21        A    I think the reason that I thought this was

22   important is because of this notation about

23   non-genotoxic mechanisms which hadn't been talked about

24   too much on any other paper.

25        Q    Well --

Page 845

 1      A      And they also talk about the BAP and TCDD have

 2   some similar toxicities.

 3             On Page 254, in the right-hand column, in the

 4   first full paragraph, about halfway down it says,

 5             "Using a combination of DNA

 6             staining and detection of BrdU

 7             incorporation, we found that

 8             like TCDD, BAP and BAA also

 9             partially inhibited induction of

10             S-phase entry by E2.  However,

11             unlike TCDD, both BaP and

12             BaA also stimulated G1-S-phase

13             transition, when applied to

14             serum-starved cells, albeit to a

15             lesser extent than E2 itself.

16             Interestingly Dibeno[a,h]anthracene,

17             a strong AhR ligand, which has been

18             shown to be antiestrogenic in MCF-7

19             cells, had the same effect as TCDD

20             both on the E2-treated and untreated

21             cells.  These results seem to support

22             the hypothesis that unlike other PAH's,

23             BaP and BaA, or their metabolites that

24             are less efficient inducers of

25             AhR-mediated activity, can activate ER

1          and stimulate cell proliferation."

2          Point being, that they have similar toxicity of

3    TCDD and that the effects of the two together are going

4    to be at least additive.

5     Q    Similar effects, when they contact the Ah

6    receptor; right; that is what they are saying?

7     A    No, this is talking about other effects.  That

8    is the point I was trying to make.

9          Non-Ah receptor stimulated toxicity, because

10   these other types of toxicity to the cells are not

11   related to the age receptor.  And they are pointing that

12   out.  That's all.

13    Q    Let's look at the first page of the article.

14   This is on the right-hand column, about an inch or so

15   down, she says, "Today, PAHs are

16          regarded mostly as antiestrogens

17          principally due to their ability to

18          activate aryl," A-R-Y-L, "hydrocarbon

19          receptor," that is AhR receptor, "which

20          may lead to supression of estrogen

21          response element controlled gene

22          expression."

23          So they are talking about the PAHs being

24   protective in some measure; is that right?

25    A    No.  Stimulating Ah receptor creates adverse

Page 847

1    effect.  It influences the ability to the cell to

2    regulate its growth properly.

3        Q    Does an antiestrogen cancel out an estrogenic

4    compound?

5        A    Yes, it would.

6        Q    What is the relevance of the Pliskova paper to

7    Sherrie Barnes?

8        A    Well, I have been trying to say that, to me, it

9    addresses the issue of the dioxin, plus the PAHs being

10   more harmful.

11       Q    Okay.  Does it identify a particular dose or

12   exposure level in which harm would occur?

13       A    No.  It is an in vitro study.  It wouldn't have

14   any quantitative value.

15       Q    So it is hypothesis generating in that regard?

16       A    No, it demonstrates in an in vitro system, a

17   mechanism.  Those give us insights into why we would

18   have this young woman developing such a malignant cancer

19   at such a young age following in vitro, in utero, and

20   early childhood exposure to these chemicals.

21       Q    Well, it looked at particular PAHs; is that

22   right?

23       A    Yes, they looked at two particular PAHs.

24       Q    They did not look at creosote as a mixture?

25       A    Right.  Correct.

Page 848

1     Q    Which -- which congeners of dioxin did the

2   Pliskova paper study?

3     A    TCDD.

4     Q    So you had one congener of dioxin and two

5   different congeners of PAH?

6     A    I don't think they actually did TCDD.  They

7   just referred TCDD studies.  They, themselves, just did

8   PAH studies.

9     Q    Okay.  So the Pliskova paper does not actually

10  study a synergistic effect between PAHs and TCDD?

11    A    Correct.

12    Q    It just shows that certain -- certain PAHs at

13  certain levels can have a dioxin-like effect?

14    A    There is some missing page here.

15    Q    Sorry.

16    A    247 is missing.

17    Q    I will have to supply that.

18    A    249 is missing.  251 is missing.  252 is

19  missing.

20    Q    You just got the even pages?

21    A    So I am looking for things like what they used,

22  but the pages are missing.

23    Q    But from the abstract -- and I apologize for

24  that, Doctor.  We will supply a full copy when we come

25  back to this in our next session.

1           From the abstract, it looks like they were not

2    studying the synergistic effect; is that right?

3         A    No, they were not studying the synergistic

4    effect.  I am simply saying that that is one the reasons

5    why it is relevant.

6         Q    It suggests --

7         A    It suggested that the two together are going to

8    have a more likelihood of developing the cancer.

9         Q    Can we do one more paper and then call it

10   quits?

11        A    We will do Revich.

12           MR. HOPP:  Keith, you all right?  Can you hang

13   in there?

14           MR. PRUDHOMME:  Sure.

15   BY MR. HOPP:

16        Q    Let's do Revich.  The next document on your

17   list, Doctor, 20, is the Revich paper; right?

18        A    Yea.

19        Q    Handing you what we marked as Exhibit 150.

20           (Defendants' Exhibits 150 was marked for

21           identification by the court reporter.)

22   BY MR. HOPP:

23        Q    This is the Revich paper; right?

24        A    Yes, sir.

25        Q    And Revich is looking at dioxin exposure in

Page 850

1    Chapaevsk, C-H-A-P-A-E-V-S-K, Russia; is that right?

2         A    Yes.

3         Q    What happened in Chapaevsk, Russia to make

4    Revich want to study dioxin exposure?

5         A    There was a pesticide plant there that made

6    chlorinated pesticides.

7         Q    In particular, TCDD; right?

8         A    No.  Nobody makes TCDD, but they were making

9    lindane.

10        Q    Lindane.  Okay.

11        A    And they generated a huge pollution with TCDD,

12   TEQs.  There was a -- they had levels that are a little

13   bit higher than the levels that we have outside the

14   Koppers plant in Grenada, but not too much higher.

15   There is certainly a good overlap there.

16        Q    Okay.  All right.  Did Revich find an increase

17   incidence of breast cancer in this exposed population?

18        A    Yes, I think that is the point.  The

19   Chapaevsk -- how did you pronounce it?

20        Q    Chapaevsk.

21        A    Chapaevsk women had a higher risk overall due

22   to breast cancer.  2.1, at 1.6 to 2.7 and then some

23   other cancers, as well.

24             Increase female breast cancer in all age groups

25   compared to Russia and the Sumara region in 1998.  There

Page 851

1   is a table in here.  I think a graph -- a figure that --

2   Figure 1 and Figure 2.

3           Figure 2 is the female breast cancer rate.  958

4   is the page.  And it shows consistently at all ages

5   higher breast cancer rate for women in that region.

6       Q    Compared to the rest of Russia and to this

7   other area, the Sumara area?

8       A    Yes, which is probably the general area that

9   this thing is in.  And they also have some data on

10  concentrations of the PCDD and PCDF in the blood, milk;

11  soil; air; and they also have some data on how far away

12  they were from the plant for concentration of blood.

13          The -- I think this is TEQ -- yes.  Picogram

14  TEQ on Table 13, they had six people that they studied

15  which was within one to three kilometers of the plant.

16          Their values were 75, picogram TEQ, opposed to

17  those that were five to eight kilometers away where it

18  was four people.  And their value was 24.  And then they

19  did some other control values.

20      Q    So is this like a cohort study or a

21  cross-sectional?

22      A    This is cross-sectional, environmental,

23  biomarker and -- yeah, cross-sectional study.  I don't

24  think they had any controls.  They used, as I said

25  already, published rates.

1    Q    So did Revich, in looking at breast cancer,

2    attempt to control other known risk factors?

3    A    Let me see what he did in terms of that issue.

4         I think he assumed that -- I don't see that he

5    did any analysis, for example, age of menarche,

6    menopause, and all of that other stuff.

7    Q    Right.  Now, he did identify exposure levels or

8    at least --

9    A    Yes, he had exposure levels.

10   Q    And did he identify the level at which the

11   exposure is likely to cause harm?

12   A    Well, I don't think we can say that because he

13   doesn't have a no effect level.

14        In other words, he has a level of blood TEQs in

15   six people that lives within one to three kilometers of

16   the center.  So we can say that if you are between the

17   background level and that level, somewhere in there

18   would be the level at which you start seeing any

19   excesses.

20   Q    He does not give us a bright line for excess

21   levels of cancer?

22   A    Well, what they say in regulatory circles is

23   that he gave a single value that was the only and,

24   therefore, the lowest observed adverse effect level of

25   75 in the blood.

Page 853

1    Q    75 picograms per gram?

2    A    Yes, picograms per gram.

3    Q    And that is total TEQ?

4    A    Total TEQ.

5    Q    Which is much higher than the level that was

6    measured in the cohort in Grenada; correct?

7    A    Well, it is a -- it is higher than the average.

8    Q    Total TEQ in Grenada was 34; right?

9    A    Not the highest values, no.  I think we had

10   some others that were high.

11        Let's see if I can find where I did look at

12   this.  We have one -- I think one of these values.  The

13   TEQ was 92 on one of our folks and another one was 93.

14   One had 50.  One at 89.  So we had some that were

15   clearly up in that range.

16   Q    Okay.  But --

17   A    Yeah, the mean value is whatever we said it

18   was.

19   Q    But what is the mean value in the Revich paper?

20   A    75.  They didn't give the breakdown.  Yeah, the

21   mean value is higher.  I agree with that.  Now, there is

22   also some soil values here.

23   Q    Well, let's start with the workers -- female

24   workers' blood.  The workers had a total TEQ of 412; is

25   that right?

Page 854

1        A      Yeah, that is the workers.  I am talking about

2    people who were living next to the site.

3        Q      One to three kilometers, it was 75.2?

4        A      That's right.

5        Q      And for his analysis of breast cancer, does he

6    combine the workers and women who lived near the plant

7    or does he examine just the women who lived one to three

8    kilometers from the plant?

9        A      I think he may have combined them, but I don't

10   know, looking at this.  Yes, that was four workers who

11   worked in the plant.  And that he refers to an earlier

12   paper that he published that report.

13       Q      Six women who lived from one to three

14   kilometers?

15       A      And there was six women who lived between one

16   to three kilometers.  That is where the 75 came from.

17   That's also from an earlier paper.

18       Q      So workers from one to three kilometers

19   combined, that is a total of ten women; right?

20       A      Yes.  Well, it does not say that they are all

21   women; do they?

22       Q      Yeah, look at Table 4.  Female blood?

23       A      One to three kilometers.  Four -- okay.  The 75

24   is the one -- is the six there?

25       Q      Maybe it is a bit obscure, I mean, the title of

1   the table says Female Workers Blood and then the column,

2   one to three kilometers, that is not workers.  So it is

3   a bit ambiguous; isn't it, with respect --

4        A    Yeah, it is.  That is an interesting question.

5             Are they all women or is this men and women?

6   Let's see, we are talking about dioxin and public

7   health.  The guy is not a really skilled writer.

8        Q    Well, he is Russian.

9        A    Well, it is not his native language.  It's hard

10  for them to sometimes get it straight.  Even I have had

11  Russian papers that I read and had them translated, and

12  they were really awful.

13            But here is an example of some complexity that

14  is hard -- blood samples were taken from 14 people.

15  90 percent of women lived in Chapaevsk versus for more

16  than three years.  So maybe it is all women.

17       Q    Total on Table 4 is 14.  You got four workers,

18  six --

19       A    Yeah.  90 percent of the women -- it must be

20  all women.

21       Q    Okay.

22       A    But it does not say that anywhere.

23       Q    All right.  In any event -- at any rate, Revich

24  identifies the effect level being 75 picograms per --

25       A    Yeah.  Yeah.  We do have something to look at.

Page 856

1          MR. HOPP:  Okay.  All right.  Shall we knock

2     off for the day?  It is 5:00 o'clock.

3          THE WITNESS:  You won't get an argument out of

4     me.

5     ///

6     ///

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 857

1

2

3

4

5

6

7          I, JAMES DAHLGREN, M.D., do hereby declare

8   under penalty of perjury that I have read the foregoing

9   transcript; that I have made any corrections as appear

10  noted, in ink, initialed by me, or attached hereto; that

11  my testimony as contained herein, as corrected, is true

12  and correct.

13          EXECUTED this _____ day of

14  _____,

15  20__, at _____, _____.

16                              (City)          (State)

17

18

19  _____

20    JAMES DAHLGREN, M.D.

21

22

23

24

25

Page 858

1          I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were placed under oath; that a verbatim

7   record of the proceedings was made by me using machine

8   shorthand which was thereafter transcribed under my

9   direction; further, that the foregoing is an accurate

10  transcription thereof.

11         I further certify that I am neither

12  financially interested in the action nor a relative or

13  employee of any attorney of any of the parties.

14         IN WITNESS WHEREOF, I have this date

15  subscribed my name.

16

17

        Dated: _____

18

19             _____

                    Diana Janniere

20                  CSR No. 10034

21

22

23

24

25