**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

FRED BECK, et al                                                         PLAINTIFFS

VS.                                            CAUSE NO.: 3:03CV60-P-D

KOPPERS, INC., et al                                               DEFENDANTS

**SEPARATE REPLY OF ILLINOIS CENTRAL RAILROAD TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL THE COMPLETION OF THE DEPOSITION OF JAMES DAHLGREN, M.D.**

COMES NOW Illinois Central Railroad Company, by and through counsel, and would state unto the Court that this Defendant has had no opportunity whatsoever to question Dr. James Dahlgren, M.D. up to this point. The plaintiff's position that Illinois Central should not be afforded the opportunity to depose Dr. Dahlgren flies in the face of the entire discovery frame work of the Federal Rules of Civil Procedure. In addition, Illinois Central Railroad joins in the Reply filed herein by Koppers and Beazer East, Inc.

Respectfully submitted, this the 12th day of July, 2005.

                                             UPSHAW, WILLIAMS, BIGGERS,
                                               BECKHAM & RIDDICK, LLP

                    BY:      /s/ Chris Winter
                                CHRIS W. WINTER; MSB#10300
                                OF COUNSEL TO DEFENDANT,
                                ILLINOIS CENTRAL RAILROAD

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS,
BECKHAM & RIDDICK, LLP
POST OFFICE DRAWER 8230
GREENWOOD, MISSISSIPPI 38935-8230
(662) 455-1613

HONORABLE EDWARD BLACKMON, JR.
HONORABLE ROY SMITH
BLACKMON & BLACKMON, PLLC
POST OFFICE DRAWER 105
CANTON, MISSISSIPPI 39046
(662) 859-1567

### CERTIFICATE OF SERVICE

I, Chris W. Winter, of counsel to Defendant(s), hereby certify that I have this day mailed with postage prepaid, a true and correct copy of the above and foregoing document unto:

**Counsel for Plaintiffs:**
Honorable Hunter W. Lundy
Honorable Andre F. Ducote
Lundy & Davis, L.L.P.
501 Broad Street
Post Office Box 3010
Lake Charles, Louisiana 70602
1855 Lakeland Drive
Suite Q230
Jackson, Mississippi 39232

Honorable Jerry P. Hughes
Hughes Law Firm
510 Azalea Drive
Suite 100
Oxford, MS 386550

Frank S. Thackston, Jr.
Lake Tindall, LLP
P. O. Box 918
Greenville, MS 38702

**Counsel for Koppers, Beazer-East, and Clayton:**
Honorable Christopher A. Shapley
Honorable Robert G. Gibbs
Honorable Trudy D. Fisher
Honorable William E. Jones, III
Brunini, Grantham, Grower, Hewes
248 East Capitol Street
Post Office Box 119
Jackson, Mississippi 39205-0119

Honorable Reuben V. Anderson
Phelps Dunbar
200 South Lamar Street
Post Office Box 23066
Jackson, Mississippi 39225-3066

Honorable Jay Gore, III
Gore, Kilpatrick, Purdie, Metz & Adcock
135 First Street
Post Office Drawer 901
Grenada, Mississippi 38902

Honorable Cal R Burton
Honorable William M. Barnes, Jr.
Honorable Jeffrey K. McGinness
Wildman, Harrold, Allen & Dixon
225 West Wacker Strive, Suite 2800
Chicago, Illinois 60606-1229

SO CERTIFIED, this the 12th day of July, 2005.

/s/ Chris Winter
CHRIS W. WINTER; MSB#10300