IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| FRED BECK, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:03CV60-P-D |
| KOPPERS INC., ET AL. | DEFENDANTS |

CONSOLIDATED WITH

| | |
|---|---|
| HOPE ELLIS, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV160PD |
| KOPPERS INC., ET AL. | DEFENDANTS |

APPENDIX OF DEFENDANTS BEAZER EAST, INC. AND KOPPERS, INC.
TO THEIR MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE
EXPERT TESTIMONY OF JAMES G. DAHLGREN, M.D.

VOLUME I

| Exhibit Description | Exhibit Tab |
|---|---|
| Main report of Dr. Dahlgren | 1 |
| Dr. Dahlgren's "examination report" related to Sherrie Barnes | 2 |
| Deposition Transcript of Mary Barnes | 3 |
| Plaintiffs' Responses to Interrogatories (Sherrie Barnes) | 4 |
| Deposition Transcripts of Dr. Dahlgren (Volumes I-VI) | 5 |
| Expert Report of Dr. Philip Guzelian | 6 |
| Guzelian Medical Toxicology Questionnaire | 7 |
| Excerpt from Medical Record for Sherrie Barnes | 8 |
| Death Certificate for Sherrie Barnes | 9 |
| Excerpt from American Cancer Society website | 10 |

| Exhibit Description | Exhibit Tab |
|---|---|
| Excerpt from National Breast Cancer Foundation website | 11 |
| Defendants' Chart of Dr. Dahlgren's Key References for Sherrie Barnes | 12 |
| Deposition Transcript of Thomas L. Henderson | 13 |
| ATSDR, Toxicological Profile for Wood Creosote, Coal Tar Creosote, Coal Tar, Coal Tar Pitch, and Coal Tar Pitch Volatiles (September 2002) (excerpt) | 14 |
| AWPA standard for P1/13 creosote | 15 |
| ATSDR, Toxicological Profile for Pentachlorophenol (September 2001) (excerpt) | 16 |
| Plaintiffs' Fourth Amended Complaint | 17 |
| ATSDR, Toxicological Profile for CDDs (Dioxins) (December 1998) (excerpt) | 18 |
| Decision barring Dr. Dahlgren's opinions | 19 |
| Dr. Dahlgren's bibliography | 20 |
| Wong, Otto. "Retrospective Cohort Mortality Study and Nested Case-Control Study of Workers Exposed to Creosote at 11 Wood-Treating Plants in the United States." *Journal of Occupational and Environmental Medicine.* (July 2005) | 21 |