21. Peper M, Ertl M, Gerhard I.. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance in women. American Journal of Industrial Medicine 1999; 35: 632-641.

22. Porterfield SP. Vulnerability of the Developing Brain to Thyroid Abnormalities: Environmental Insults to the Thyroid System. Environ Health Perspect 1994; 102(Suppl 2): 125-130.

23. Porterfield SP, Hendry LB. Impact of PCBs on thyroid hormone directed brain development. Toxicol Ind Health 1998; 14(1-2): 103-120.

24. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

25. Safe S.. Toxicology, Structure-Function Relationship, and Human and Environmetnal Health Impacts of Polychlorinated Biphenyls: Progress and Problems. Environmental Health Prespectives 1992; 100: 259-268.

26. Sauer PJJ, Huisman M, Koopman-Esseboom C, Morse DC, Smits-van Prooije AE, van de Berg KJ, Tuinstra LGMTh, van der Paauw CG, Boersma ER, Weisglas-Kuperus N, Lammers JHCM, Kulig BM, Brouwer A. Effects of Polychlorinated Biphenyls (PCBs)

and Dioxins on growth and development. Human & Experimental Toxicology 1994; 13: 900-906.

27. Schantz SL, Widholm JJ. Cognitive effects of endocrine disrupting chemicals in animals. Environmental Health Perspectives 2001; 109(12): 1197-1206.

28. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

29. Simmons SL, Cummings JA, Clemens LG, Nunez AA. Exposure to PCB 77 Affects the Maternal Behavior of Rats. Physiology and Behavior 2005; 84: 81-86.

30. Stein J, Schettler T, Wallinga D, Valenti M. In harm's way: toxic threats to child development. J Dev Behav Pediatr 2002; 23(Suppl 1): S13-S22.

31. Stewart P, Fitzgerald S, Reihman J, Gump B, Lonky E, Darvill T, Pagano J, Hauser P. Prenatal PCB exposure, the corpus callosum, and response inhibition. Environmental Health Perspectives 2003; 111(13): 1670-1677.

32. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

33. Vreugdenbil HJI, Lanting CI, Mulder PGH, Boersma ER, Weisglas-Kuperus N. Effects of Prenatal PCB and Dioxin Background Exposure on Cognitive and Motor Abilities in Dutch Children at School Age. J Pediatr 2002; 140: 48-56.

34. Weiss B. Sexually Dimorphic Nonreproductive Behaviors as Indicators of Endocrine Disruption. Environmental Health Perspectives 2002; 110(Suppl.3): 387-391.

35. Winneke G. Endpoints of developmental neurotoxicity in environmentally exposed children. Toxicol Lett 1995; 77(1-3): 127-136.

36. Yonemoto J. The Effects of Dioxin on Reproduction and Development. Industrial Health 2000; 38: 259-268.

37. Zetterstrom R. Child Health and Environmental Pollution in the Aral Sea Region in Kazakhstan. Acta Paediatr 1999; Suppl 429: 49-54.

### *Breast Cancer*

1. Brown N, Manzolillo P, Zhang J, Wang J, Lamartiniere C. Prenatal TCDD and Predisposition to Mammary Cancer in the Rat. Carcinogenesis 1998; 19(9): 1623-1629.

2. Charlier C, Albert A, Zhang L, Dubois N, Plomteux G. Polychlorinated Biphenyls Contamination in Women with Breast Cancer. Clinica Chimica Acta 2004; 347: 177-181.

3. Demers A, Ayotte P, Brisson J, Dodin S, Robert J, Dewailly E. Plasma Concentrations of Polychlorinated Biphenyls and the Risk of Breast Cancer: A Congener-specific Analysis. American Journal of Epidemiology 2002; 155(7): 629-635.

4. Dusich K, Sigurdson E, Hall WN, Dean AG.. Minnesota Department of Health: Cancer rates in a community exposed to low levels of creosote components in municipal water. Minnesota Medicine 1980; 63(11): 803,805-806.

5. Eldridge S, Gould M, Butterworth B. Genotoxicity of Environmental Agents in Human Mammary Epithelial Cells. Lancer Research 1992; 52: 5617-5621.

6. Falck F, Ricci A, Wolff M, Godbold J, Deckers P. Pesticides and Polychlorinated Biphenyl Residues in Human Breast Lipids and their Relation to Breast Cancer. Archives of Environmental Health 1992; 47(2): 143-146.

7. Hansen J. Elevated Risk for Male Breast Cancer After Occupational Exposure to Gasoline and Vehicular Combustion Products. American Journal of Industrial Medicine 2000; 37: 349-352.

8. Holford T, Zheng T, Mayne S, Zahm S, Tessari J, Boyle P. Joint Effects of Nine Polychlorinated Biphenyl (PCB) Congeners on Breast Cancer Index. International Journal of Epidemiology 2000; 29: 975-982.

9. Hoyer A, Grandjean P, Jorgensen T, Brock J, Hartvig H. Organochlorine Exposure and Risk of Breast Cancer. The Lancet 1998; 352: 1816-1820.

10. Kogevinas M.. Human health effects of dioxins: cancer, reproductive and endocrine system effects. Human Reproduction Update 2001; 7(3): 331-339.

11. Laden F, Ishibe N, Hankinson S, Wolff M, Gertig D, Hunter D, Kelsey K. Polychlorinated Biphenyls, Cytochrome P450 1A1, and Breast Cancer Risk in the Nurses' Health Study. Cancer Epidemiology, Biomarkers & Prevention 2002; 11: 1560-1565.

12. Leis H.. Diagnosis of Breast Cancer: Clinical and Preclinical. Comprehensive Therapy 1979; 5: 16-Sep.

13. Lucena R, Allam M, Costabeber I, Willarejo M, Navajas R. Breast Cancer Risk Factors: PCB Congeners. European Journal of Cancer Prevention 2001; 10: 117-119.

14. Manz A, Berger J, Dwyer J, Flesch-Janys D, Nagel S, Waltsgott H. Cancer Mortality Among Workers in Chemical Plant Contaminated with Dioxin. The Lancet 1991; 338: 959-964.

15. Morris J, Seifter E. The Role of Aromatic Hydrocarbons in the Genesis of Breast Cancer. Medical Hypotheses 1992; 38: 177-184.

16. Muscat J, Britton J, Djordjevic M, Citron M, Kemeny M, Busch-Devereaux, Pittman B, Stellman S. Adipose Concentrations of Organochlorine Compounds and Breast Cancer Recurrence in Long Island, New York. Cancer Epidemiology, Biomarkers & Prevention 2003; 12: 1474-1478.

17. Negri E, Bosetti C, Fattore E, La Vecchia C. Environmental Exposure to Polychlorinated Biphenyls (PCBs) and Breast Cancer: A Systematic Review of the Epidemiological Evidence. European Journal of Cancer Prevention 2003; 12: 509-516.

18. Petralia SA, Vena JE, Freudenheim JL, Dosemeci M, Michalek A, Goldberg MS, Brasure J, Graham S. Risk of premenopausal breast cancer in association with occupational exposure to polycyclic aromatic hydrocarbons and benzene. Scand J Work Environ Health 1999; 25(3): 215-221.

19. Pliskova M, Vondracek J, Vojtesek B, Kozubik A, Machala M. Deregulation of Cell Proliferation by Polycyclic Aromatic Hydrocarbons in Human Breast Carcinoma MCF-7 Cells Reflects Both Genotoxic and Nongenotoxic Events. Toxicol Sci 2005; 83: 246-256.

20. Revich B, Aksel E, Ushakova T, Ivanova I, Zhuchenko N, Klyuev N, Brodsky B, Sotskov Y. Dioxin Exposure and Public Health in Chapaevsk, Russia. Chemosphere 2001; 43: 951-966.

21. Stellman S, Djordjevic M, Britton J, Muscat J, Citron M, Kemeny M, Busch E, Gong L. Breast Cancer Risk in Relation to Adipose Concentrations of Organochlorine Pesticides and Polychlorinated Biphenyls in Long Island, New York. Cancer Epidemiology, Biomarkers & Prevention 2000; 9: 1241-1249.

22. Terry P, Rohan T. Cigarette Smoking and the Risk of Breast Cancer in Women: A Review of the Literature. Cancer Epidemiology, Biomarkers & Prevention 2002; 11: 953-971.

23. Warner M, Eskenazi B, Mocarelli P, Gerthoux P, Samuels S, Needham L, Patterson D, Brambilla P. Serum Dioxin Concentrations and Breast Cancer Risk in the Seveso Women's Health Study. Environmental Health Perspectives 2002; 110(7): 625-628.

24. Wolff M.. Pesticides- How Research Has Succeeded and Failed in Informing Policy: DDT and the Link with Breast Cancer. Environ Health Prespect 1995; 103(6): 87-91.

25. Zhang Y, Wise J, Holford T, Xie H, Boyle P, Zahm S, Rusiecki J, Zou K, Zhang B, Zhu Y, Owens P, Zheng T. Serum Polychlorinated Biphenyls, Cytochrome P-450 1A1 Polymorphisms, and Risk of Breast Cancer in Connecticut Women. American Journal of Epidemiology 2004; 160(12): 1177-1183.

### *Darion Griffen*

#### *Developmental/Cognitive*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Birnbaum LS. Developmental effects of dioxins and related endocrine disrupting chemicals. Toxicol Lett 1995; 82-83: 743-750.

3. Birnbaum LS, Fenton, SE. Cancer and Developmental Exposure to Endocrine Disruptors. Environmental Health Perspectives 2003; 111(4): 389-394.

4. Chen YC, Guo YL, Hsu CC. Cognitive development of children prenatally exposed to polychlorinated biphenyls (Yu-Cheng children) and their siblings. J Formos Med Assoc 1992; 91(7): 704-707.

5. Chen Y-J, Hsu C-C.. Effets of Prenatal Exposure to PCBs on the Neurological Function of Children: A Neuropsychological and Neurophysiological Study. Developmental Medicine and Child Neurology 1994; 36: 312-320.

6. Eriksson P. Developmental neurotoxicity of environmental agents in the neonate. Neurotoxicology 1997; 18(3): 719-726.

7. Fisher B.. Aldrin Chlordane DDT Dieldrin Dioxins and Furans Endrin Heptachlor HCB Mirex PCBs Toxaphene. Environmental Health Prespectives 1999; 107(1): 18-23.

8. Gasiewicz TA. Dioxins and the Ah Receptor: Probes to Uncover Processes in Neuroendocrine Development. Neurotoxicology 1997; 18(2): 393-414.

9. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

10. Hamm JT, Chen CY, Birnbaum LS. A Mixture of Dioxins, Furans, and Non-ortho PCBs Based upon Consensus Toxic Equivalency Factors Produces Dioxin-Like Reproductive Effects. Toxicol Sci 2003; 74: 182-191.

11. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

12. Huisman M, Koopman-Esseboom C, Fidler V, Hadders-Algra M.. Perinatal exposure to polychlorinated biphenyls and dioxins and its effect on neonatal neurological development.. Early Human Development 1995; 41: 111-127.

13. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

14. Koopman-Esseboom C, Huisman M, Touwen BC, Boersma ER, Browner A, Sauer PJJ, Weisglas-Kuperus N. Newborn Infants Diagnosed as Neurologically Abnormal with Relation to PCB and Dioxin Exposure and Their Thyroid-Hormone Status. Developmental Medicine and Child Neurology 1997; 39: 785.

15. Lai T-J, Liu X, Guo Y, Guo N-W, Yu M-L.. A Cohort Study of Behavioral Problems and Intelligence in Children With High Prenatal Polychlorinated Biphenyl Exposure.. Arch Gen Psychiatry 2002; 59: 1061-1066.

16. MacLusky NJ, Brown TJ, Schantz S, Seo BW, Peterson RE. Hormonal Interactions in the Effects of Halogenated Aromatic Hydrocarbons on the Developing Brain. Toxicology and Industrial Health 1998; 14(1/2): 185-208.

17. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

18. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

19. Patandin S, Koopman-Esseboom C, De Ridder M, Weisglas-Kuperus N, Sauer P. Effects of Environmental Exposure to Polychlorinated Biphenyls and Dioxins on Birth Size and Growth in Dutch Children. Pediatr Res 1998; 44(4): 538-545.

20. Patandin S, Lanting CI, Mulder PGH, Boersma ER, Sauer PJJ, Weisglas-Kuperus N. Effects of environmental exposure to polychlorinated biphenyls and dioxins on cognitive abilities in Dutch children at 42 months of age. J Pediatr 1999; 134: 33-41.

21. Peper M, Ertl M, Gerhard I.. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance in women. American Journal of Industrial Medicine 1999; 35: 632-641.

22. Porterfield SP. Vulnerability of the Developing Brain to Thyroid Abnormalities: Environmental Insults to the Thyroid System. Environ Health Perspect 1994; 102(Suppl 2): 125-130.

23. Porterfield SP, Hendry LB. Impact of PCBs on thyroid hormone directed brain development. Toxicol Ind Health 1998; 14(1-2): 103-120.

24. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

25. Safe S.. Toxicology, Structure-Function Relationship, and Human and Environmetnal Health Impacts of Polychlorinated Biphenyls: Progress and Problems. Environmental Health Prespectives 1992; 100: 259-268.

26. Sauer PJJ, Huisman M, Koopman-Esseboom C, Morse DC, Smits-van Prooije AE, van de Berg KJ, Tuinstra LGMTh, van der Paauw CG, Boersma ER, Weisglas-Kuperus N, Lammers JHCM, Kulig BM, Brouwer A. Effects of Polychlorinated Biphenyls (PCBs) and Dioxins on growth and development. Human & Experimental Toxicology 1994; 13: 900-906.

27. Schantz SL, Widholm JJ. Cognitive effects of endocrine disrupting chemicals in animals. Environmental Health Perspectives 2001; 109(12): 1197-1206.

28. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

29. Simmons SL, Cummings JA, Clemens LG, Nunez AA. Exposure to PCB 77 Affects the Maternal Behavior of Rats. Physiology and Behavior 2005; 84: 81-86.

30. Stein J, Schettler T, Wallinga D, Valenti M. In harm's way: toxic threats to child development. J Dev Behav Pediatr 2002; 23(Suppl 1): S13-S22.

31. Stewart P, Fitzgerald S, Reihman J, Gump B, Lonky E, Darvill T, Pagano J, Hauser P. Prenatal PCB exposure, the corpus callosum, and response inhibition. Ehvironmental Health Perspectives 2003; 111(13): 1670-1677.

32. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

33. Vreugdenbil HJI, Lanting CI, Mulder PGH, Boersma ER, Weisglas-Kuperus N. Effects of Prenatal PCB and Dioxin Background Exposure on Cognitive and Motor Abilities in Dutch Children at School Age. J Pediatr 2002; 140: 48-56.

34. Weiss B. Sexually Dimorphic Nonreproductive Behaviors as Indicators of Endocrine Disruption. Environmental Health Perspectives 2002; 110(Suppl.3): 387-391.

35. Winneke G. Endpoints of developmental neurotoxicity in environmentally exposed children. Toxicol Lett 1995; 77(1-3): 127-136.

36. Yonemoto J. The Effects of Dioxin on Reproduction and Development. Industrial Health 2000; 38: 259-268.

37. Zetterstrom R. Child Health and Environmental Pollution in the Aral Sea Region in Kazakhstan. Acta Paediatr 1999; Suppl 429: 49-54.

### Reproductive

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. De Maeyer J, Schepens PJC, Jorens PG, Verstraete R. Exposure to pentachlorophenol as a possible cause of miscarriages. British Journal of Obstetrics and Gynaecology 1995; 102: 1010-1011.

3. Exon JH, Koller LD. Effects of Transplacental Exposure to Chlorinated Phenols. Environ Health Perspect 1982; 46: 137-140.

4. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

5. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

6. Hochstein MS, Render JA, Bursian SJ, Aulerich RJ. Chronic toxicity of dietary 2,3,7,8-tetrachlorodibenzo-p-dioxin to mink. Vet Hum Toxicol 2001; 43(3): 134-139.

7. Karmaus W, Wolf N. Reduced Birthweight and Length in the Offspring of Females Exposed to PCDFs, PCP, and Lindane. Environ Health Perspect 1995; 103(12): 1120-1125.

8. Kogevinas M. Human Health Effects of Dioxins: Cancer, Reproductive and Endocrine System Effects. Human Reproduction Update 2001; 7(3): 331-339.

9. Mizuyachi K, Son D, Rozman KK, Terranova PF. Alteration in Ovarian Gene Expression in Response to 2,3,7,8-tetrachlorodibenzo-p-dioxin: Reduction of Cyclooxygenase-2 in the Blockage of Ovulation. Reproductive Toxicology 2002; 16: 299-307.

10. Sharara FI, Seifer DB, Flaws JA. Environmental Toxicants and Female Reproduction. Fertility and Sterility 1998; 70(4): 613-622.

11. Sweeney MH, Calvert GM, Egeland GA, Fingerhut MA, Halperin WE, Piacitelli LA. Review and Update of the Results of the NIOSH Medical Study of Workers Exposed to Chemicals Contaminated with 2,3,7,8-Tetrachlorodibenzodioxin. Teratogenesis Carcinog Mutagen 1997/98; 17: 241-247.

## *Makia Carver*

### *Developmental/Cognitive*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Birnbaum LS. Developmental effects of dioxins and related endocrine disrupting chemicals. Toxicol Lett 1995; 82-83: 743-750.

3. Birnbaum LS, Fenton, SE. Cancer and Developmental Exposure to Endocrine Disruptors. Environmental Health Perspectives 2003; 111(4): 389-394.

4. Chen YC, Guo YL, Hsu CC. Cognitive development of children prenatally exposed to polychlorinated biphenyls (Yu-Cheng children) and their siblings. J Formos Med Assoc 1992; 91(7): 704-707.

5. Chen Y-J, Hsu C-C.. Effets of Prenatal Exposure to PCBs on the Neurological Function of Children: A Neuropsychological and Neurophysiological Study. Developmental Medicine and Child Neurology 1994; 36: 312-320.

6. Eriksson P. Developmental neurotoxicity of environmental agents in the neonate. Neurotoxicology 1997; 18(3): 719-726.

7. Fisher B.. Aldrin Chlordane DDT Dieldrin Dioxins and Furans Endrin Heptachlor HCB Mirex PCBs Toxaphene. Environmental Health Prespectives 1999; 107(1): 18-23.

8. Gasiewicz TA. Dioxins and the Ah Receptor: Probes to Uncover Processes in Neuroendocrine Development. Neurotoxicology 1997; 18(2): 393-414.

9. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

10. Hamm JT, Chen CY, Birnbaum LS. A Mixture of Dioxins, Furans, and Non-ortho PCBs Based upon Consensus Toxic Equivalency Factors Produces Dioxin-Like Reproductive Effects. Toxicol Sci 2003; 74: 182-191.

11. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

12. Huisman M, Koopman-Esseboom C, Fidler V, Hadders-Algra M.. Perinatal exposure to polychlorinated biphenyls and dioxins and its effect on neonatal neurological development.. Early Human Development 1995; 41: 111-127.

13. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

14. Koopman-Esseboom C, Huisman M, Touwen BC, Boersma ER, Browner A, Sauer PJJ, Weisglas-Kuperus N. Newborn Infants Diagnosed as Neurologically Abnormal with Relation to PCB and Dioxin Exposure and Their Thyroid-Hormone Status. Developmental Medicine and Child Neurology 1997; 39: 785.

15. Lai T-J, Liu X, Guo Y, Guo N-W, Yu M-L.. A Cohort Study of Behavioral Problems and Intelligence in Children With High Prenatal Polychlorinated Biphenyl Exposure.. Arch Gen Psychiatry 2002; 59: 1061-1066.

16. MacLusky NJ, Brown TJ, Schantz S, Seo BW, Peterson RE. Hormonal Interactions in the Effects of Halogenated Aromatic Hydrocarbons on the Developing Brain. Toxicology and Industrial Health 1998; 14(1/2): 185-208.

17. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

18. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

19. Patandin S, Koopman-Esseboom C, De Ridder M, Weisglas-Kuperus N, Sauer P. Effects of Environmental Exposure to Polychlorinated Biphenyls and Dioxins on Birth Size and Growth in Dutch Children. Pediatr Res 1998; 44(4): 538-545.

20. Patandin S, Lanting CI, Mulder PGH, Boersma ER, Sauer PJJ, Weisglas-Kuperus N. Effects of environmental exposure to polychlorinated biphenyls and dioxins on cognitive abilities in Dutch children at 42 months of age. J Pediatr 1999; 134: 33-41.

21. Peper M, Ertl M, Gerhard I.. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance in women. American Journal of Industrial Medicine 1999; 35: 632-641.

22. Porterfield SP. Vulnerability of the Developing Brain to Thyroid Abnormalities: Environmental Insults to the Thyroid System. Environ Health Perspect 1994; 102(Suppl 2): 125-130.

23. Porterfield SP, Hendry LB. Impact of PCBs on thyroid hormone directed brain development. Toxicol Ind Health 1998; 14(1-2): 103-120.

24. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

25. Safe S.. Toxicology, Structure-Function Relationship, and Human and Environmetnal Health Impacts of Polychlorinated Biphenyls: Progress and Problems. Environmental Health Prespectives 1992; 100: 259-268.

26. Sauer PJJ, Huisman M, Koopman-Esseboom C, Morse DC, Smits-van Prooije AE, van de Berg KJ, Tuinstra LGMTh, van der Paauw CG, Boersma ER, Weisglas-Kuperus N, Lammers JHCM, Kulig BM, Brouwer A. Effects of Polychlorinated Biphenyls (PCBs) and Dioxins on growth and development. Human & Experimental Toxicology 1994; 13: 900-906.

27. Schantz SL, Widholm JJ. Cognitive effects of endocrine disrupting chemicals in animals. Environmental Health Perspectives 2001; 109(12): 1197-1206.

28. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

29. Simmons SL, Cummings JA, Clemens LG, Nunez AA. Exposure to PCB 77 Affects the Maternal Behavior of Rats. Physiology and Behavior 2005; 84: 81-86.

30. Stein J, Schettler T, Wallinga D, Valenti M. In harm's way: toxic threats to child development. J Dev Behav Pediatr 2002; 23(Suppl 1): S13-S22.

31. Stewart P, Fitzgerald S, Reihman J, Gump B, Lonky E, Darvill T, Pagano J, Hauser P. Prenatal PCB exposure, the corpus callosum, and response inhibition. Environmental Health Perspectives 2003; 111(13): 1670-1677.

32. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

33. Vreugdenbil HJI, Lanting CI, Mulder PGH, Boersma ER, Weisglas-Kuperus N. Effects of Prenatal PCB and Dioxin Background Exposure on Cognitive and Motor Abilities in Dutch Children at School Age. J Pediatr 2002; 140: 48-56.

34. Weiss B. Sexually Dimorphic Nonreproductive Behaviors as Indicators of Endocrine Disruption. Environmental Health Perspectives 2002; 110(Suppl.3): 387-391.

35. Winneke G. Endpoints of developmental neurotoxicity in environmentally exposed children. Toxicol Lett 1995; 77(1-3): 127-136.

36. Yonemoto J. The Effects of Dioxin on Reproduction and Development. Industrial Health 2000; 38: 259-268.

37. Zetterstrom R. Child Health and Environmental Pollution in the Aral Sea Region in Kazakhstan. Acta Paediatr 1999; Suppl 429: 49-54.

*Reproductive*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. De Maeyer J, Schepens PJC, Jorens PG, Verstraete R. Exposure to pentachlorophenol as a possible cause of miscarriages. British Journal of Obstetrics and Gynaecology 1995; 102: 1010-1011.

3. Exon JH, Koller LD. Effects of Transplacental Exposure to Chlorinated Phenols. Environ Health Perspect 1982; 46: 137-140.

4. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

5. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

6. Hochstein MS, Render JA, Bursian SJ, Aulerich RJ. Chronic toxicity of dietary 2,3,7,8-tetrachlorodibenzo-p-dioxin to mink. Vet Hum Toxicol 2001; 43(3): 134-139.

7. Karmaus W, Wolf N. Reduced Birthweight and Length in the Offspring of Females Exposed to PCDFs, PCP, and Lindane. Environ Health Perspect 1995; 103(12): 1120-1125.

8. Kogevinas M. Human Health Effects of Dioxins: Cancer, Reproductive and Endocrine System Effects. Human Reproduction Update 2001; 7(3): 331-339.

9. Mizuyachi K, Son D, Rozman KK, Terranova PF. Alteration in Ovarian Gene Expression in Response to 2,3,7,8-tetrachlorodibenzo-p-dioxin: Reduction of Cyclooxygenase-2 in the Blockage of Ovulation. Reproductive Toxicology 2002; 16: 299-307.

10. Sharara FI, Seifer DB, Flaws JA. Environmental Toxicants and Female Reproduction. Fertility and Sterility 1998; 70(4): 613-622.

11. Sweeney MH, Calvert GM, Egeland GA, Fingerhut MA, Halperin WE, Piacitelli LA. Review and Update of the Results of the NIOSH Medical Study of Workers Exposed to Chemicals Contaminated with 2,3,7,8-Tetrachlorodibenzodioxin. Teratogenesis Carcinog Mutagen 1997/98; 17: 241-247.

*Respiratory*

1. Abramson MJ, Marks GB, Pattemore PK. Are non-allergenic environmental factors important in asthma?. Med J Aust 1995; 163(10): 542-545.

2. Adler A, Ngo L, Tosta P, Tager IB. Association of tobacco smoke exposure and respiratory syncitial virus infection with airways reactivity in early childhood. Pediatr Pulmonol 2001; 32(6): 418-427.

3. Agabiti N, Mallone S, Forastiere F, Corbo G, Ferro S, Renzoni E, Sestini P.. The Impact of Parental Smoking on Asthma and Wheezing. Epidemiology 1999; 10: 692-698.

4. Alo C, Huang P, McCusker ME. Secondhand smoke exposure among middle and high school students--Texas, 2001. MMWR Morb Mortal Wkly Rep 2003; 52(8): 152-154.

5. Anonymous. Environmental tobacco smoke: a hazard to children. Pediatrics 1997; 99(4): 639-642.

6. Barber K, Mussin E, Taylor D.. Fetal exposure to involuntary maternal smoking and childhood respiratory disease. Ann Allergy Asthma Immunol 1996; 76: 427-430.

7. Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M. Health Effects of Outdoor Air Pollution. Am J Respir Crit Care Med 1996; 153: 3-50.

8. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

9. Bjornsdottir US, Smith D. South African religious leader with hyperventilation, hypophosphataemia, and respiratory arrest. Lancet 1999; 354(9196): 2130.

10. Cerna M, Jelinek R, Janoutova J, Kotesovec F, Benes I, Leixner M. Risk Assessment of the Common Air Pollutants in Teplice, Czech Republic. Toxicology Letters 1998; 96,97: 203-208.

11. Chen Y, Rennie D, Dosman J.. Influence of Environmental Tobacco Smoke on Asthma in Nonallergic and Allergic Children. Epidemiology 1996; 7: 536-539.

12. Dekker C, Dales R, Bartlett S, Brunekreef B, Zwanenburg H.. Childhood Asthman and the Indoor Environment. Chest 1991; 100: 922-926.

13. DiFranza JR, Aligne CA, Weitzman M. Prenatal and postnatal environmental tobacco smoke exposure and children's health. Pediatrics 2004; 113(Suppl 4): 1007-1015.

14. Ehrenstein O, Mutius E, Maier E, Hirsch T, Carr D, Schaal W, Roscher A, Olgemoller B, Nicolai T.. Lung function of school children with low levels of a1-antitrypsin and tobacco smoke exposure. Eur Respir J 2002; 19: 1099-1106.

15. Ehrlich R, Jordaan E, Du Toit D, Potter P, Volmink J, Zwarenstein M, Weinberg E. Household smoking and bronchial hyperresponsiveness in children with asthma. J Asthma 2001; 38(3): 239-251.

16. Esamai F.. Relationship Between Exposure to Tobacco Smoke and Bronchial Asthma in Children: A Review. East African Medical Journal 1998; 75(1): 47-50.

17. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

18. Floreani AA, Rennard SI. The role of cigarette smoke in the pathogenesis of asthma and as a trigger for acute symptoms. Curr Opin Pulm Med 1999; 5(1): 38-46.

19. Gibbs GW. Mortality of Aluminum Reduction Plant Workers, 1950 through 1977. J Occup Med 1985; 27(10): 761-770.

20. Gilliland FD, Berhane K, McConnell R, Gauderman WJ, Vora H, Rappaport EB, Avol E, Peters JM. Maternal smoking during pregnancy, environmental tobacco smoke exposure and childhood lung function. Thorax 2000; 55(4): 271-276.

21. Gilliland FD, Li YF, Peters JM. Effects of maternal smoking during pregnancy and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2001; 163(2): 429-436.

22. Gilliland FD, Li YF, Dubeau L, Berhane K, Avol E, McConnell R, Gauderman WJ, Peters JM. Effects of glutathione S-transferase M1, maternal smoking during pregnancy, and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2002; 166(4): 457-463.

23. Gold DR. Environmental tobacco smoke, indoor allergens, and childhood asthma. Environ Health Perspect 2000; 108 (Suppl 4): 643-651.

24. Heederik D, Kromhout H, Burema J, Biersteker K, Kromhout D. Occupational Exposure and 25-Year Incidence Rate of Non-Specific Lung Disease: The Zutphen Study. International Journal of Epidemiology 1990; 19(4): 945-952.

25. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

26. Jaakkola JJ, Nafstad P, Magnus P. Environmental tobacco smoke, parental atopy, and childhood asthma. Environ Health Perspect 2001; 109(6): 579-582.

27. Kilpelainen M, Koskenvuo M, Helenius H, Terho E. Wood stove heating, asthma and allergies. Respir Med 2001; 95(11): 911-916.

28. Klemmer HW, Wong L, Sato MM, Reichert EL, Korsak RJ, Rashad MN. Clinical findings in workers exposed to pentachlorophenol. Arch Environm Contam Toxicol 1980; 9: 715-725.

29. Koren HS. Associations between Criteria Air Pollutants and Asthma. Environ Health Perspect 1995; 103(Suppl 6): 235-242.

30. Larsson ML, Frisk M, Hallstrom J, Kiviloog J, Lundback B. Environmental tobacco smoke exposure during childhood is associated with increased prevalence of asthma in adults. Chest 2001; 120(3): 711-717.

31. Leikauf GD, Kline S, Albert RE, Baxter CS, Bernstein DI, Bernstein J, Buncher CR. Evaluation of a Possible Association of Urban Air Toxics and Asthma. Environmental Health Perspectives 1995; 103(Suppl 6): 253-271.

32. Lodrup Carlsen KC, Carlsen KH. Effects of maternal and early tobacco exposure on the development of asthma and airway hyperreactivity. Curr Opin Allergy Clin Immunol 2001; 1(2): 139-143.

33. Lux AL, Henderson AJ, Pocock SJ. Wheeze associated with prenatal tobacco smoke exposure: a prospective, longitudinal study. ALSPAC Study Team. Arch Dis Child 2000; 83(4): 307-312.

34. Mahalanabis D, Gupta S, Paul D, Gupta A, Lahiri M, Khaled MA. Risk factors for pneumonia in infants and young children and the role of solid fuel for cooking: a case-control study. Epidemiol Infect 2002; 129(1): 65-71.

35. Martinez F, Antognoni G, Macri F, Bonci E, Midulla F.. Parental Smoking Enhances Bronchial Responsiveness in Nine-Year-Old Children. Am Rev Respir Dis. 1988; 138: 518-523.

36. Martinez FD, Cline M, Burrows B. Increased incidence of asthma in children of smoking mothers. Pediatrics 1992; 89(1): 21-26.

37. O'Connor GT, Sparrow D, Demolles D, Dockery D, Raizenne M, Fay M, Ingram RH, Speizer FE. Maximal and partial expiratory flow rates in a population sample of 10- to 11-yr-old schoolchildren. Effect of volume history and relation to asthma and maternal smoking. Am J Respir Crit Care Med 2000; 162(2): 436-439.

38. Peat JK, Keena V, Harakeh Z, Marks G. Parental smoking and respiratory tract infections in children. Paediatr Respir Rev 2001; 2(3): 207-213.

39. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

40. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

41. Saldiva P, Lichtenfels A, Paiva P, Barone I, Martins M, Massad E, Pereira J, Xavier V, Singer J, Bohm G. Association between Air Pollution and Mortality Due to Respiratory Diseases in Children in Sao Paulo, Brazil: A Preliminary Report. Environmental Research 1994; 65: 218-225.

42. Stoddard J, Miller T.. Impact of Parental Smoking on the Prevalence of Wheezing Respiratory Illness in Children. American Journal of Epidemiology 1995; 141(2): 96-102.

43. Strachan DP, Cook DG. Parental smoking and childhood asthma: longitudinal and case-control studies. Thorax 1998; 53(3): 204-212.

44. Sturm JJ, Yeatts K, Loomis D. Effects of tobacco smoke exposure on asthma prevalence and medical care use in North Carolina middle school children. Am J Public Health 2004; 94(2): 308-313.

45. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

46. Thompson JP, Casey PB, Vale JA. Suspected Paediatric Pesticide Poisoning in the UK. II - Home Accident Surveillance System 1989-1991. Human and Experimental Toxicology 1994; 13: 534-536.

47. Tusscher GW ten, Weerdt J de, Roos CM, Griffioen RW, De Jongh FH, Westra M, Slikke JW van der, Oosting J, Olie K, Koppe JG. Decreased Lung Function Associated with Perinatal Exposure to Dutch Background Levels of Dioxins. Acta Paediatr 2001; 90: 1292-1298.

48. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

49. von Mutius E. Environmental factors influencing the development and progression of pediatric asthma. J Allergy Clin Immunol 2002; 109(Suppl 6): 525-532.

50. Wahlgren DR, Hovell MF, Meltzer EO, Meltzer SB. Involuntary smoking and asthma. Curr Opin Pulm Med 2000; 6(1): 31-36.

51. Weitzman M, Gortmaker S, Walker DK, Sobol A. Maternal smoking and childhood asthma. Pediatrics 1990; 85(4): 505-511.

52. Willers S, Svenonius E, Skarping G.. Passive smoking and childhood asthma. Allergy 1991; 46: 330-334.

53. Zheng T, Niu S, Lu B, Fan X, Sun F, Wang J, Zhang Y, Zhang B, Owens P, Hao L, Li Y, Leaderer B. Childhood asthma in Beijing, China: a population-based case-control study. Am J Epidemiol 2002; 156(10): 977-983.

54. Zock J, Sunyer J, Kogevinas M, Kromhout H, Burney P, Anto JM, ECRHS Study Group. Occupation, Chronic Bronchitis, and Lung Function in Young Adults. Am J Respir Crit Care Med 2001; 163: 1572-1577.

### *Dermal*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Assennato G, Cervino D, Emmett EA, Longo G, Merlo F. Follow-up subjects who developed chloracne following TCDD exposure at Seveso. American Journal of Industrial Medicine 1989; 16: 119-125.

3. Bertazzi PA. Long-Term Effects of Chemical Disasters. Lessons and Results from Seveso. The Science of the Total Environment 1991; 106: 5-20.

4. Brender JD, Pichette JL, Suarez L, Hendricks KA, Holt M. Health Risks of Residential Exposure to Polycyclic Aromatic Hydrocarbons. Archives of Environmental Health 2003; 58(2): 111-118.

5. Cheng WN, Coenraads PJ, Hao ZH, Liu GF. A health survey of workers in the pentachlorophenol section of a chemical manufacturing plant. American Journal of Industrial Medicine 1993; 24: 81-92.

6. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

7. Hryhorczuk DO, Wallace WH, Persky V, Furner S, Webster Jr. JR, Oleske D, Haselhorst B, Ellefson R, Zugerman C. A morbidity study of former pentachlorophenol-production workers. Environ Health Perspect 1998; 106: 401-408.

8. Lambert J, Schepens P, Janssens J, Dockx P. Skin Lesions as a Sign of Subacute Pentachlorophenol Intoxication. Aca Derm Venereol 1986; 66: 170-172.

9. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects—carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

10. Reggiani G. Acute human exposure to TCDD in Seseso, Italy. Journal of Toxicology and Environmental Health 1980; 6: 27-43.

11. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

12. Suskind RR. Chloracne. Scand J Work Environ Health 1985; 11: 165-171.

13. Sweeney MH, Calvert GM, Egeland GA, Fingerhut MA, Halperin WE, Piacitelli LA. Review and Update of the Results of the NIOSH Medical Study of Workers Exposed to Chemicals Contaminated with 2,3,7,8-Tetrachlorodibenzodioxin. Teratogenesis Carcinog Mutagen 1997/98; 17: 241-247.

14. Wood S, Rom WN, White GL, Logan DC. Pentachlorophenol Poisoning. J Occup Med 1983; 25(7): 527-530.

15. Wrench R, Britten AZ. Evaluation of Coal Tar Fractions for Use in Psoriasiform Diseases Using the Mouse Tail Test. British Journal of Dermatology 1975; 93: 67-74.

## Dentition

1. Alaluusua S, Calderara P, Gerthoux PM, Lukinmaa P, Kovero O, Needham L, Patterson DG, Tuomisto J, Mocarelli P. Developmental Dental Aberrations After the

Dioxin Accident in Seveso. Environmental Health Perspectives 2004; 112(13): 1313-1318.

2. Alaluusua S, Kiviranta H, Leppaniemi A, Holtta P, Lukinmaa P, Lope L, Jarvenpaa A, Renlund M, Toppari J, Virtanen H, Kaleva M, Vartiainen T. Natal and Neonatal Teeth in Relation to Environmental Toxicants. Pediatr Res 2002; 52: 652-655.

3. Alaluusua S, Lukinmaa P, Koskimies M, Pirinen S, Holtta P, Kallio M, Holttinen T, Salmenpera L. Developmental Dental Defects Associated with Long Breast Feeding. Eur J Oral Sci 1996; 104: 493-497.

4. Alaluusua S, Lukinmaa P, Pohjanvirta. Exposure to 2,3,7,8-tetrachlorodibenzo-para-dioxin Leads to Defective Dentin Formation and Pulpal Perforation in Rat Incisor Tooth. Toxicology 1993; 81: 13-Jan.

5. Jan J, Vrbic V. Polychlorinated Biphenyls Cause Developmental Enamel Defects in Children. Caries Res 2000; 34: 469-473.

6. Kattainen H, Tuukkanen J, Simanainen U, Tuomisto JT, Kovero O, Lukinmaa P, Alaluusua S, Tuomisto J, Viluksela M. In Utero/Lactational 2,3,7,8-Tetrachlorodibenzo-p-dioxin Exposure Impairs Molar Tooth Development in Rats. Toxicol Appl Pharmacol 2001; 174: 216-224.

7. Lukinmaa P, Sahlberg C, Leppaniemi A, Partanen A, Kovero O, Pohjanvirta R, Tuomisto J, Alaluusua S. Arrest of Rat Molar Tooth Development by Lactational Exposure to 2,3,7,8-Tetrachlorodibenzo-p-dioxin. Toxicol Appl Pharmacol 2001; 173: 38-47.

8. Partanen A, Alaluusua S, Miettinen PJ, Thesleff I, Tuomisto J, Pohjanvirta R, Lukinmaa P. Epidermal Growth Factor Receptor as a Mediator of Developmental Toxicity of Dioxin in Mouse Embryonic Teeth. Lab Invest 1998; 78(12): 1473-1481.

9. Partanen A, Kiukkonen A, Sahlberg C, Alaluusua S, Thesleff I, Pohjanvirta R, Lukinmaa P. Developmental Toxicity of Dioxin to Mouse Embryonic Teeth In Vitro: Arrest of Tooth Morphogenesis Involves Stimulation of Apoptotic Program in the Dental Epithelium. Toxicol Appl Pharmacol 2004; 194: 24-33.

10. Wang S, Chen T, Hsu J, Hsu C, Chang L, Ryan J, Guo Y, Lambert G. Neonatal and Childhood Teeth in Relation to Perinatal Exposure to Polychlorinated Biphenyls and Dibenzofurans: Observations of the Yucheng Children in Taiwan. Environmental Research 2003; 93: 131-137.

*Neurological*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

3. Kilburn KH, Warshaw RH. Neurobehavioral testing of subjects exposed residentially to groundwater contaminated from an aluminum die-casting plant and local referents. J Toxicol Environ Health 1993; 39(4): 483-496.

4. Legare ME, Hanneman WH, Barhoumi R, Burghardt RC, Tiffany-Castiglioni E. 2,3,7,8-Tetrachlorodibenzo-p-Dioxin Alters Hippocampal Astroglia-Neuronal Gap Junctional Communication. Neurotoxicology 2000; 21(6): 1109-1116.

5. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

6. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of

hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

7. Peper M, Ertl M, Gerhard I. Long-Term Exposure to Wood-Preserving Chemicals Containing Pentachlorophenol and Lindane Is Related to Neurobehavioral Performance in Women. American Journal of Industrial Medicine 1999; 35: 632-641.

8. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

9. Ryan CM, Morrow LA, Hodgson M. Cacosmia and Neurobehavioral Dysfunction Associated with Occupational Exposure to Mixtures of Organic Solvents. Am J Psychiatry 1988; 145: 1442-1445.

10. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

11. Schwartz BS, Ford DP, Bolla KI, Agnew J, Rothman N, Bleecker ML. Solvent-Associated Decrements in Olfactory Function in Paint Manufacturing Workers. American Journal of Industrial Medicine 1990; 18: 697-706.

12. Seegal RF, Brosch KO, Bush B. Regional Alterations in Serotonin Metabolism Induced by Oral Exposure of Rats to Polychlorinated Biphenyls. Neurotoxicology 1986; 7(1): 155-166.

13. Seegal RF, Bush B, Brosch KO. Sub-Chronic Exposure of the Adult Rat to Aroclor 1254 Yields Regionally-Specific Changes in Central Dopaminergic Function. Neurotoxicology 1991; 12: 55-66.

14. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

15. Tilson HA, Kodavanti PRS. The Neurotoxicity of Polychlorinated Biphenyls. Neurotoxicology 1998; 19(4-5): 517-526.

16. Wood S, Rom WN, White GL, Logan DC. Pentachlorophenol Poisoning. J Occup Med 1983; 25(7): 527-530.

### *Precocious Puberty*

1. Krstevska-Konstantinova M, Charlier C, Craen M, Du Caju M, Heinrichs C, Beaufort C de, Plomteux G, Bourguignon JP. Sexual Precocity after Immigration from Developing Countries to Belgium: Evidence of Previous Exposure to Organochlorine Pesticides. Human Reproduction 2001; 16(5): 1020-1026.

2. Sharara FI, Seifer DB, Flaws JA. Environmental Toxicants and Female Reproduction. Fertility and Sterility 1998; 70(4): 613-622.

3. Wilson DM, Killen JD, Hayward C, Robinson TN, Hammer LD, Kraemer HC, Varady A, Taylor CB. Timing and Rate of Sexual Maturation and the Onset of Cigarette and Alcohol Use among Teenage Girls. Arch Pediatr Adolesc Med 1994; 148: 789-795.

### *Ny'kiya A'miracle Latiece George*

### *Developmental/Cognitive*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Birnbaum LS. Developmental effects of dioxins and related endocrine disrupting chemicals. Toxicol Lett 1995; 82-83: 743-750.

3. Birnbaum LS, Fenton, SE. Cancer and Developmental Exposure to Endocrine Disruptors. Environmental Health Perspectives 2003; 111(4): 389-394.

4. Chen YC, Guo YL, Hsu CC. Cognitive development of children prenatally exposed to polychlorinated biphenyls (Yu-Cheng children) and their siblings. J Formos Med Assoc 1992; 91(7): 704-707.

5. Chen Y-J, Hsu C-C.. Effets of Prenatal Exposure to PCBs on the Neurological Function of Children: A Neuropsychological and Neurophysiological Study. Developmental Medicine and Child Neurology 1994; 36: 312-320.

6. Eriksson P. Developmental neurotoxicity of environmental agents in the neonate. Neurotoxicology 1997; 18(3): 719-726.

7. Fisher B.. Aldrin Chlordane DDT Dieldrin Dioxins and Furans Endrin Heptachlor HCB Mirex PCBs Toxaphene. Environmental Health Prespectives 1999; 107(1): 18-23.

8. Gasiewicz TA. Dioxins and the Ah Receptor: Probes to Uncover Processes in Neuroendocrine Development. Neurotoxicology 1997; 18(2): 393-414.

9. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

10. Hamm JT, Chen CY, Birnbaum LS. A Mixture of Dioxins, Furans, and Non-ortho PCBs Based upon Consensus Toxic Equivalency Factors Produces Dioxin-Like Reproductive Effects. Toxicol Sci 2003; 74: 182-191.

11. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

12. Huisman M, Koopman-Esseboom C, Fidler V, Hadders-Algra M.. Perinatal exposure to polychlorinated biphenyls and dioxins and its effect on neonatal neurological development.. Early Human Development 1995; 41: 111-127.

13. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

14. Koopman-Esseboom C, Huisman M, Touwen BC, Boersma ER, Browner A, Sauer PJJ, Weisglas-Kuperus N. Newborn Infants Diagnosed as Neurologically Abnormal with Relation to PCB and Dioxin Exposure and Their Thyroid-Hormone Status. Developmental Medicine and Child Neurology 1997; 39: 785.

15. Lai T-J, Liu X, Guo Y, Guo N-W, Yu M-L.. A Cohort Study of Behavioral Problems and Intelligence in Children With High Prenatal Polychlorinated Biphenyl Exposure.. Arch Gen Psychiatry 2002; 59: 1061-1066.

16. MacLusky NJ, Brown TJ, Schantz S, Seo BW, Peterson RE. Hormonal Interactions in the Effects of Halogenated Aromatic Hydrocarbons on the Developing Brain. Toxicology and Industrial Health 1998; 14(1/2): 185-208.

17. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

18. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

19. Patandin S, Koopman-Esseboom C, De Ridder M, Weisglas-Kuperus N, Sauer P. Effects of Environmental Exposure to Polychlorinated Biphenyls and Dioxins on Birth Size and Growth in Dutch Children. Pediatr Res 1998; 44(4): 538-545.

20. Patandin S, Lanting CI, Mulder PGH, Boersma ER, Sauer PJJ, Weisglas-Kuperus N. Effects of environmental exposure to polychlorinated biphenyls and dioxins on cognitive abilities in Dutch children at 42 months of age. J Pediatr 1999; 134: 33-41.

21. Peper M, Ertl M, Gerhard I.. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance in women. American Journal of Industrial Medicine 1999; 35: 632-641.

22. Porterfield SP. Vulnerability of the Developing Brain to Thyroid Abnormalities: Environmental Insults to the Thyroid System. Environ Health Perspect 1994; 102(Suppl 2): 125-130.

23. Porterfield SP, Hendry LB. Impact of PCBs on thyroid hormone directed brain development. Toxicol Ind Health 1998; 14(1-2): 103-120.

24. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

25. Safe S.. Toxicology, Structure-Function Relationship, and Human and Environmetnal Health Impacts of Polychlorinated Biphenyls: Progress and Problems. Environmental Health Prespectives 1992; 100: 259-268.

26. Sauer PJJ, Huisman M, Koopman-Esseboom C, Morse DC, Smits-van Prooije AE, van de Berg KJ, Tuinstra LGMTh, van der Paauw CG, Boersma ER, Weisglas-Kuperus N, Lammers JHCM, Kulig BM, Brouwer A. Effects of Polychlorinated Biphenyls (PCBs) and Dioxins on growth and development. Human & Experimental Toxicology 1994; 13: 900-906.

27. Schantz SL, Widholm JJ. Cognitive effects of endocrine disrupting chemicals in animals. Environmental Health Perspectives 2001; 109(12): 1197-1206.

28. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

29. Simmons SL, Cummings JA, Clemens LG, Nunez AA. Exposure to PCB 77 Affects the Maternal Behavior of Rats. Physiology and Behavior 2005; 84: 81-86.

30. Stein J, Schettler T, Wallinga D, Valenti M. In harm's way: toxic threats to child development. J Dev Behav Pediatr 2002; 23(Suppl 1): S13-S22.

31. Stewart P, Fitzgerald S, Reihman J, Gump B, Lonky E, Darvill T, Pagano J, Hauser P. Prenatal PCB exposure, the corpus callosum, and response inhibition. Ehvironmental Health Perspectives 2003; 111(13): 1670-1677.

32. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

33. Vreugdenbil HJI, Lanting CI, Mulder PGH, Boersma ER, Weisglas-Kuperus N. Effects of Prenatal PCB and Dioxin Background Exposure on Cognitive and Motor Abilities in Dutch Children at School Age. J Pediatr 2002; 140: 48-56.

34. Weiss B. Sexually Dimorphic Nonreproductive Behaviors as Indicators of Endocrine Disruption. Environmental Health Perspectives 2002; 110(Suppl.3): 387-391.

35. Winneke G. Endpoints of developmental neurotoxicity in environmentally exposed children. Toxicol Lett 1995; 77(1-3): 127-136.

36. Yonemoto J. The Effects of Dioxin on Reproduction and Development. Industrial Health 2000; 38: 259-268.

37. Zetterstrom R. Child Health and Environmental Pollution in the Aral Sea Region in Kazakhstan. Acta Paediatr 1999; Suppl 429: 49-54.

### *Respiratory*

1. Abramson MJ, Marks GB, Pattemore PK. Are non-allergenic environmental factors important in asthma?. Med J Aust 1995; 163(10): 542-545.

2. Adler A, Ngo L, Tosta P, Tager IB. Association of tobacco smoke exposure and respiratory syncitial virus infection with airways reactivity in early childhood. Pediatr Pulmonol 2001; 32(6): 418-427.

3. Agabiti N, Mallone S, Forastiere F, Corbo G, Ferro S, Renzoni E, Sestini P.. The Impact of Parental Smoking on Asthma and Wheezing. Epidemiology 1999; 10: 692-698.

4. Alo C, Huang P, McCusker ME. Secondhand smoke exposure among middle and high school students--Texas, 2001. MMWR Morb Mortal Wkly Rep 2003; 52(8): 152-154.

5. Anonymous. Environmental tobacco smoke: a hazard to children. Pediatrics 1997; 99(4): 639-642.

6. Barber K, Mussin E, Taylor D.. Fetal exposure to involuntary maternal smoking and childhood respiratory disease. Ann Allergy Asthma Immunol 1996; 76: 427-430.

7. Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M. Health Effects of Outdoor Air Pollution. Am J Respir Crit Care Med 1996; 153: 3-50.

8. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

9. Bjornsdottir US, Smith D. South African religious leader with hyperventilation, hypophosphataemia, and respiratory arrest. Lancet 1999; 354(9196): 2130.

10. Cerna M, Jelinek R, Janoutova J, Kotesovec F, Benes I, Leixner M. Risk Assessment of the Common Air Pollutants in Teplice, Czech Republic. Toxicology Letters 1998; 96,97: 203-208.

11. Chen Y, Rennie D, Dosman J.. Influence of Environmental Tobacco Smoke on Asthma in Nonallergic and Allergic Children. Epidemiology 1996; 7: 536-539.

12. Dekker C, Dales R, Bartlett S, Brunekreef B, Zwanenburg H.. Childhood Asthman and the Indoor Environment. Chest 1991; 100: 922-926.

13. DiFranza JR, Aligne CA, Weitzman M. Prenatal and postnatal environmental tobacco smoke exposure and children's health. Pediatrics 2004; 113(Suppl 4): 1007-1015.

14. Ehrenstein O, Mutius E, Maier E, Hirsch T, Carr D, Schaal W, Roscher A, Olgemoller B, Nicolai T.. Lung function of school children with low levels of a1-antitrypsin and tobacco smoke exposure. Eur Respir J 2002; 19: 1099-1106.

15. Ehrlich R, Jordaan E, Du Toit D, Potter P, Volmink J, Zwarenstein M, Weinberg E. Household smoking and bronchial hyperresponsiveness in children with asthma. J Asthma 2001; 38(3): 239-251.

16. Esamai F.. Relationship Between Exposure to Tobacco Smoke and Bronchial Asthma in Children: A Review. East African Medical Journal 1998; 75(1): 47-50.

17. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

18. Floreani AA, Rennard SI. The role of cigarette smoke in the pathogenesis of asthma and as a trigger for acute symptoms. Curr Opin Pulm Med 1999; 5(1): 38-46.

19. Gibbs GW. Mortality of Aluminum Reduction Plant Workers, 1950 through 1977. J Occup Med 1985; 27(10): 761-770.

20. Gilliland FD, Berhane K, McConnell R, Gauderman WJ, Vora H, Rappaport EB, Avol E, Peters JM. Maternal smoking during pregnancy, environmental tobacco smoke exposure and childhood lung function. Thorax 2000; 55(4): 271-276.

21. Gilliland FD, Li YF, Peters JM. Effects of maternal smoking during pregnancy and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2001; 163(2): 429-436.

22. Gilliland FD, Li YF, Dubeau L, Berhane K, Avol E, McConnell R, Gauderman WJ, Peters JM. Effects of glutathione S-transferase M1, maternal smoking during pregnancy, and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2002; 166(4): 457-463.

23. Gold DR. Environmental tobacco smoke, indoor allergens, and childhood asthma. Environ Health Perspect 2000; 108 (Suppl 4): 643-651.

24. Heederik D, Kromhout H, Burema J, Biersteker K, Kromhout D. Occupational Exposure and 25-Year Incidence Rate of Non-Specific Lung Disease: The Zutphen Study. International Journal of Epidemiology 1990; 19(4): 945-952.

25. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

26. Jaakkola JJ, Nafstad P, Magnus P. Environmental tobacco smoke, parental atopy, and childhood asthma. Environ Health Perspect 2001; 109(6): 579-582.

27. Kilpelainen M, Koskenvuo M, Helenius H, Terho E. Wood stove heating, asthma and allergies. Respir Med 2001; 95(11): 911-916.

28. Klemmer HW, Wong L, Sato MM, Reichert EL, Korsak RJ, Rashad MN. Clinical findings in workers exposed to pentachlorophenol. Arch Environm Contam Toxicol 1980; 9: 715-725.

29. Koren HS. Associations between Criteria Air Pollutants and Asthma. Environ Health Perspect 1995; 103(Suppl 6): 235-242.

30. Larsson ML, Frisk M, Hallstrom J, Kiviloog J, Lundback B. Environmental tobacco smoke exposure during childhood is associated with increased prevalence of asthma in adults. Chest 2001; 120(3): 711-717.

31. Leikauf GD, Kline S, Albert RE, Baxter CS, Bernstein DI, Bernstein J, Buncher CR. Evaluation of a Possible Association of Urban Air Toxics and Asthma. Environmental Health Perspectives 1995; 103(Suppl 6): 253-271.

32. Lodrup Carlsen KC, Carlsen KH. Effects of maternal and early tobacco exposure on the development of asthma and airway hyperreactivity. Curr Opin Allergy Clin Immunol 2001; 1(2): 139-143.

33. Lux AL, Henderson AJ, Pocock SJ. Wheeze associated with prenatal tobacco smoke exposure: a prospective, longitudinal study. ALSPAC Study Team. Arch Dis Child 2000; 83(4): 307-312.

34. Mahalanabis D, Gupta S, Paul D, Gupta A, Lahiri M, Khaled MA. Risk factors for pneumonia in infants and young children and the role of solid fuel for cooking: a case-control study. Epidemiol Infect 2002; 129(1): 65-71.

35. Martinez F, Antognoni G, Macri F, Bonci E, Midulla F.. Parental Smoking Enhances Bronchial Responsiveness in Nine-Year-Old Children. Am Rev Respir Dis. 1988; 138: 518-523.

36. Martinez FD, Cline M, Burrows B. Increased incidence of asthma in children of smoking mothers. Pediatrics 1992; 89(1): 21-26.

37. O'Connor GT, Sparrow D, Demolles D, Dockery D, Raizenne M, Fay M, Ingram RH, Speizer FE. Maximal and partial expiratory flow rates in a population sample of 10- to 11-yr-old schoolchildren. Effect of volume history and relation to asthma and maternal smoking. Am J Respir Crit Care Med 2000; 162(2): 436-439.

38. Peat JK, Keena V, Harakeh Z, Marks G. Parental smoking and respiratory tract infections in children. Paediatr Respir Rev 2001; 2(3): 207-213.

39. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

40. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

41. Saldiva P, Lichtenfels A, Paiva P, Barone I, Martins M, Massad E, Pereira J, Xavier V, Singer J, Bohm G. Association between Air Pollution and Mortality Due to Respiratory Diseases in Children in Sao Paulo, Brazil: A Preliminary Report. Environmental Research 1994; 65: 218-225.

42. Stoddard J, Miller T.. Impact of Parental Smoking on the Prevalence of Wheezing Respiratory Illness in Children. American Journal of Epidemiology 1995; 141(2): 96-102.

43. Strachan DP, Cook DG. Parental smoking and childhood asthma: longitudinal and case-control studies. Thorax 1998; 53(3): 204-212.

44. Sturm JJ, Yeatts K, Loomis D. Effects of tobacco smoke exposure on asthma prevalence and medical care use in North Carolina middle school children. Am J Public Health 2004; 94(2): 308-313.

45. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

46. Thompson JP, Casey PB, Vale JA. Suspected Paediatric Pesticide Poisoning in the UK. II - Home Accident Surveillance System 1989-1991. Human and Experimental Toxicology 1994; 13: 534-536.

47. Tusscher GW ten, Weerdt J de, Roos CM, Griffioen RW, De Jongh FH, Westra M, Slikke JW van der, Oosting J, Olie K, Koppe JG. Decreased Lung Function Associated with Perinatal Exposure to Dutch Background Levels of Dioxins. Acta Paediatr 2001; 90: 1292-1298.

48. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

49. von Mutius E. Environmental factors influencing the development and progression of pediatric asthma. J Allergy Clin Immunol 2002; 109(Suppl 6): 525-532.

50. Wahlgren DR, Hovell MF, Meltzer EO, Meltzer SB. Involuntary smoking and asthma. Curr Opin Pulm Med 2000; 6(1): 31-36.

51. Weitzman M, Gortmaker S, Walker DK, Sobol A. Maternal smoking and childhood asthma. Pediatrics 1990; 85(4): 505-511.

52. Willers S, Svenonius E, Skarping G.. Passive smoking and childhood asthma. Allergy 1991; 46: 330-334.

53. Zheng T, Niu S, Lu B, Fan X, Sun F, Wang J, Zhang Y, Zhang B, Owens P, Hao L, Li Y, Leaderer B. Childhood asthma in Beijing, China: a population-based case-control study. Am J Epidemiol 2002; 156(10): 977-983.

54. Zock J, Sunyer J, Kogevinas M, Kromhout H, Burney P, Anto JM, ECRHS Study Group. Occupation, Chronic Bronchitis, and Lung Function in Young Adults. Am J Respir Crit Care Med 2001; 163: 1572-1577.

### *Jarvis McNeal*

#### *Respiratory*

1. Abramson MJ, Marks GB, Pattemore PK. Are non-allergenic environmental factors important in asthma?. Med J Aust 1995; 163(10): 542-545.

2. Adler A, Ngo L, Tosta P, Tager IB. Association of tobacco smoke exposure and respiratory syncitial virus infection with airways reactivity in early childhood. Pediatr Pulmonol 2001; 32(6): 418-427.

3. Agabiti N, Mallone S, Forastiere F, Corbo G, Ferro S, Renzoni E, Sestini P.. The Impact of Parental Smoking on Asthma and Wheezing. Epidemiology 1999; 10: 692-698.

4. Alo C, Huang P, McCusker ME. Secondhand smoke exposure among middle and high school students--Texas, 2001. MMWR Morb Mortal Wkly Rep 2003; 52(8): 152-154.

5. Anonymous. Environmental tobacco smoke: a hazard to children. Pediatrics 1997; 99(4): 639-642.

6. Barber K, Mussin E, Taylor D.. Fetal exposure to involuntary maternal smoking and childhood respiratory disease. Ann Allergy Asthma Immunol 1996; 76: 427-430.

7. Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M. Health Effects of Outdoor Air Pollution. Am J Respir Crit Care Med 1996; 153: 3-50.

8. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

9. Bjornsdottir US, Smith D. South African religious leader with hyperventilation, hypophosphataemia, and respiratory arrest. Lancet 1999; 354(9196): 2130.

10. Cerna M, Jelinek R, Janoutova J, Kotesovec F, Benes I, Leixner M. Risk Assessment of the Common Air Pollutants in Teplice, Czech Republic. Toxicology Letters 1998; 96,97: 203-208.

11. Chen Y, Rennie D, Dosman J.. Influence of Environmental Tobacco Smoke on Asthma in Nonallergic and Allergic Children. Epidemiology 1996; 7: 536-539.

12. Dekker C, Dales R, Bartlett S, Brunekreef B, Zwanenburg H.. Childhood Asthman and the Indoor Environment. Chest 1991; 100: 922-926.

13. DiFranza JR, Aligne CA, Weitzman M. Prenatal and postnatal environmental tobacco smoke exposure and children's health. Pediatrics 2004; 113(Suppl 4): 1007-1015.

14. Ehrenstein O, Mutius E, Maier E, Hirsch T, Carr D, Schaal W, Roscher A, Olgemoller B, Nicolai T.. Lung function of school children with low levels of a1-antitrypsin and tobacco smoke exposure. Eur Respir J 2002; 19: 1099-1106.

15. Ehrlich R, Jordaan E, Du Toit D, Potter P, Volmink J, Zwarenstein M, Weinberg E. Household smoking and bronchial hyperresponsiveness in children with asthma. J Asthma 2001; 38(3): 239-251.

16. Esamai F.. Relationship Between Exposure to Tobacco Smoke and Bronchial Asthma in Children: A Review. East African Medical Journal 1998; 75(1): 47-50.

17. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

18. Floreani AA, Rennard SI. The role of cigarette smoke in the pathogenesis of asthma and as a trigger for acute symptoms. Curr Opin Pulm Med 1999; 5(1): 38-46.

19. Gibbs GW. Mortality of Aluminum Reduction Plant Workers, 1950 through 1977. J Occup Med 1985; 27(10): 761-770.

20. Gilliland FD, Berhane K, McConnell R, Gauderman WJ, Vora H, Rappaport EB, Avol E, Peters JM. Maternal smoking during pregnancy, environmental tobacco smoke exposure and childhood lung function. Thorax 2000; 55(4): 271-276.

21. Gilliland FD, Li YF, Peters JM. Effects of maternal smoking during pregnancy and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2001; 163(2): 429-436.

22. Gilliland FD, Li YF, Dubeau L, Berhane K, Avol E, McConnell R, Gauderman WJ, Peters JM. Effects of glutathione S-transferase M1, maternal smoking during pregnancy, and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2002; 166(4): 457-463.

23. Gold DR. Environmental tobacco smoke, indoor allergens, and childhood asthma. Environ Health Perspect 2000; 108 (Suppl 4): 643-651.

24. Heederik D, Kromhout H, Burema J, Biersteker K, Kromhout D. Occupational Exposure and 25-Year Incidence Rate of Non-Specific Lung Disease: The Zutphen Study. International Journal of Epidemiology 1990; 19(4): 945-952.

25. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

26. Jaakkola JJ, Nafstad P, Magnus P. Environmental tobacco smoke, parental atopy, and childhood asthma. Environ Health Perspect 2001; 109(6): 579-582.

27. Kilpelainen M, Koskenvuo M, Helenius H, Terho E. Wood stove heating, asthma and allergies. Respir Med 2001; 95(11): 911-916.

28. Klemmer HW, Wong L, Sato MM, Reichert EL, Korsak RJ, Rashad MN. Clinical findings in workers exposed to pentachlorophenol. Arch Environm Contam Toxicol 1980; 9: 715-725.

29. Koren HS. Associations between Criteria Air Pollutants and Asthma. Environ Health Perspect 1995; 103(Suppl 6): 235-242.

30. Larsson ML, Frisk M, Hallstrom J, Kiviloog J, Lundback B. Environmental tobacco smoke exposure during childhood is associated with increased prevalence of asthma in adults. Chest 2001; 120(3): 711-717.

31. Leikauf GD, Kline S, Albert RE, Baxter CS, Bernstein DI, Bernstein J, Buncher CR. Evaluation of a Possible Association of Urban Air Toxics and Asthma. Environmental Health Perspectives 1995; 103(Suppl 6): 253-271.

32. Lodrup Carlsen KC, Carlsen KH. Effects of maternal and early tobacco exposure on the development of asthma and airway hyperreactivity. Curr Opin Allergy Clin Immunol 2001; 1(2): 139-143.

33. Lux AL, Henderson AJ, Pocock SJ. Wheeze associated with prenatal tobacco smoke exposure: a prospective, longitudinal study. ALSPAC Study Team. Arch Dis Child 2000; 83(4): 307-312.

34. Mahalanabis D, Gupta S, Paul D, Gupta A, Lahiri M, Khaled MA. Risk factors for pneumonia in infants and young children and the role of solid fuel for cooking: a case-control study. Epidemiol Infect 2002; 129(1): 65-71.

35. Martinez F, Antognoni G, Macri F, Bonci E, Midulla F.. Parental Smoking Enhances Bronchial Responsiveness in Nine-Year-Old Children. Am Rev Respir Dis. 1988; 138: 518-523.

36. Martinez FD, Cline M, Burrows B. Increased incidence of asthma in children of smoking mothers. Pediatrics 1992; 89(1): 21-26.

37. O'Connor GT, Sparrow D, Demolles D, Dockery D, Raizenne M, Fay M, Ingram RH, Speizer FE. Maximal and partial expiratory flow rates in a population sample of 10- to 11-yr-old schoolchildren. Effect of volume history and relation to asthma and maternal smoking. Am J Respir Crit Care Med 2000; 162(2): 436-439.

38. Peat JK, Keena V, Harakeh Z, Marks G. Parental smoking and respiratory tract infections in children. Paediatr Respir Rev 2001; 2(3): 207-213.

39. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

40. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

41. Saldiva P, Lichtenfels A, Paiva P, Barone I, Martins M, Massad E, Pereira J, Xavier V, Singer J, Bohm G. Association between Air Pollution and Mortality Due to Respiratory Diseases in Children in Sao Paulo, Brazil: A Preliminary Report. Environmental Research 1994; 65: 218-225.

42. Stoddard J, Miller T.. Impact of Parental Smoking on the Prevalence of Wheezing Respiratory Illness in Children. American Journal of Epidemiology 1995; 141(2): 96-102.

43. Strachan DP, Cook DG. Parental smoking and childhood asthma: longitudinal and case-control studies. Thorax 1998; 53(3): 204-212.

44. Sturm JJ, Yeatts K, Loomis D. Effects of tobacco smoke exposure on asthma prevalence and medical care use in North Carolina middle school children. Am J Public Health 2004; 94(2): 308-313.

45. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

46. Thompson JP, Casey PB, Vale JA. Suspected Paediatric Pesticide Poisoning in the UK. II - Home Accident Surveillance System 1989-1991. Human and Experimental Toxicology 1994; 13: 534-536.

47. Tusscher GW ten, Weerdt J de, Roos CM, Griffioen RW, De Jongh FH, Westra M, Slikke JW van der, Oosting J, Olie K, Koppe JG. Decreased Lung Function Associated with Perinatal Exposure to Dutch Background Levels of Dioxins. Acta Paediatr 2001; 90: 1292-1298.

48. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

49. von Mutius E. Environmental factors influencing the development and progression of pediatric asthma. J Allergy Clin Immunol 2002; 109(Suppl 6): 525-532.

50. Wahlgren DR, Hovell MF, Meltzer EO, Meltzer SB. Involuntary smoking and asthma. Curr Opin Pulm Med 2000; 6(1): 31-36.

51. Weitzman M, Gortmaker S, Walker DK, Sobol A. Maternal smoking and childhood asthma. Pediatrics 1990; 85(4): 505-511.

52. Willers S, Svenonius E, Skarping G.. Passive smoking and childhood asthma. Allergy 1991; 46: 330-334.

53. Zheng T, Niu S, Lu B, Fan X, Sun F, Wang J, Zhang Y, Zhang B, Owens P, Hao L, Li Y, Leaderer B. Childhood asthma in Beijing, China: a population-based case-control study. Am J Epidemiol 2002; 156(10): 977-983.

54. Zock J, Sunyer J, Kogevinas M, Kromhout H, Burney P, Anto JM, ECRHS Study Group. Occupation, Chronic Bronchitis, and Lung Function in Young Adults. Am J Respir Crit Care Med 2001; 163: 1572-1577.

*Neurological*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

3. Kilburn KH, Warshaw RH. Neurobehavioral testing of subjects exposed residentially to groundwater contaminated from an aluminum die-casting plant and local referents. J Toxicol Environ Health 1993; 39(4): 483-496.

4. Legare ME, Hanneman WH, Barhoumi R, Burghardt RC, Tiffany-Castiglioni E. 2,3,7,8-Tetrachlorodibenzo-p-Dioxin Alters Hippocampal Astroglia-Neuronal Gap Junctional Communication. Neurotoxicology 2000; 21(6): 1109-1116.

5. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

6. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

7. Peper M, Ertl M, Gerhard I. Long-Term Exposure to Wood-Preserving Chemicals Containing Pentachlorophenol and Lindane Is Related to Neurobehavioral Performance in Women. American Journal of Industrial Medicine 1999; 35: 632-641.

8. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

9. Ryan CM, Morrow LA, Hodgson M. Cacosmia and Neurobehavioral Dysfunction Associated with Occupational Exposure to Mixtures of Organic Solvents. Am J Psychiatry 1988; 145: 1442-1445.

10. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

11. Schwartz BS, Ford DP, Bolla KI, Agnew J, Rothman N, Bleecker ML. Solvent-Associated Decrements in Olfactory Function in Paint Manufacturing Workers. American Journal of Industrial Medicine 1990; 18: 697-706.

12. Seegal RF, Brosch KO, Bush B. Regional Alterations in Serotonin Metabolism Induced by Oral Exposure of Rats to Polychlorinated Biphenyls. Neurotoxicology 1986; 7(1): 155-166.

13. Seegal RF, Bush B, Brosch KO. Sub-Chronic Exposure of the Adult Rat to Aroclor 1254 Yields Regionally-Specific Changes in Central Dopaminergic Function. Neurotoxicology 1991; 12: 55-66.

14. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

15. Tilson HA, Kodavanti PRS. The Neurotoxicity of Polychlorinated Biphenyls. Neurotoxicology 1998; 19(4-5): 517-526.

16. Wood S, Rom WN, White GL, Logan DC. Pentachlorophenol Poisoning. J Occup Med 1983; 25(7): 527-530.

*Anxiety*

1. Michalek JE, Barrett DH, Morris RD, Jackson WG Jr, Stat M. Serum Dioxin and Psychological Functioning in US Air Force Veterans of the Vietnam War. Military Medicine 2003; 168(2): 153-159.

## *Carlus Loggins*

### *Developmental/Cognitive*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Birnbaum LS. Developmental effects of dioxins and related endocrine disrupting chemicals. Toxicol Lett 1995; 82-83: 743-750.

3. Birnbaum LS, Fenton, SE. Cancer and Developmental Exposure to Endocrine Disruptors. Environmental Health Perspectives 2003; 111(4): 389-394.

4. Chen YC, Guo YL, Hsu CC. Cognitive development of children prenatally exposed to polychlorinated biphenyls (Yu-Cheng children) and their siblings. J Formos Med Assoc 1992; 91(7): 704-707.

5. Chen Y-J, Hsu C-C.. Effets of Prenatal Exposure to PCBs on the Neurological Function of Children: A Neuropsychological and Neurophysiological Study. Developmental Medicine and Child Neurology 1994; 36: 312-320.

6. Eriksson P. Developmental neurotoxicity of environmental agents in the neonate. Neurotoxicology 1997; 18(3): 719-726.

7. Fisher B.. Aldrin Chlordane DDT Dieldrin Dioxins and Furans Endrin Heptachlor HCB Mirex PCBs Toxaphene. Environmental Health Prespectives 1999; 107(1): 18-23.

8. Gasiewicz TA. Dioxins and the Ah Receptor: Probes to Uncover Processes in Neuroendocrine Development. Neurotoxicology 1997; 18(2): 393-414.

9. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

10. Hamm JT, Chen CY, Birnbaum LS. A Mixture of Dioxins, Furans, and Non-ortho PCBs Based upon Consensus Toxic Equivalency Factors Produces Dioxin-Like Reproductive Effects. Toxicol Sci 2003; 74: 182-191.

11. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

12. Huisman M, Koopman-Esseboom C, Fidler V, Hadders-Algra M.. Perinatal exposure to polychlorinated biphenyls and dioxins and its effect on neonatal neurological development.. Early Human Development 1995; 41: 111-127.

13. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

14. Koopman-Esseboom C, Huisman M, Touwen BC, Boersma ER, Browner A, Sauer PJJ, Weisglas-Kuperus N. Newborn Infants Diagnosed as Neurologically Abnormal with Relation to PCB and Dioxin Exposure and Their Thyroid-Hormone Status. Developmental Medicine and Child Neurology 1997; 39: 785.

15. Lai T-J, Liu X, Guo Y, Guo N-W, Yu M-L.. A Cohort Study of Behavioral Problems and Intelligence in Children With High Prenatal Polychlorinated Biphenyl Exposure.. Arch Gen Psychiatry 2002; 59: 1061-1066.

16. MacLusky NJ, Brown TJ, Schantz S, Seo BW, Peterson RE. Hormonal Interactions in the Effects of Halogenated Aromatic Hydrocarbons on the Developing Brain. Toxicology and Industrial Health 1998; 14(1/2): 185-208.

17. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

18. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

19. Patandin S, Koopman-Esseboom C, De Ridder M, Weisglas-Kuperus N, Sauer P. Effects of Environmental Exposure to Polychlorinated Biphenyls and Dioxins on Birth Size and Growth in Dutch Children. Pediatr Res 1998; 44(4): 538-545.

20. Patandin S, Lanting CI, Mulder PGH, Boersma ER, Sauer PJJ, Weisglas-Kuperus N. Effects of environmental exposure to polychlorinated biphenyls and dioxins on cognitive abilities in Dutch children at 42 months of age. J Pediatr 1999; 134: 33-41.

21. Peper M, Ertl M, Gerhard I.. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance in women. American Journal of Industrial Medicine 1999; 35: 632-641.

22. Porterfield SP. Vulnerability of the Developing Brain to Thyroid Abnormalities: Environmental Insults to the Thyroid System. Environ Health Perspect 1994; 102(Suppl 2): 125-130.

23. Porterfield SP, Hendry LB. Impact of PCBs on thyroid hormone directed brain development. Toxicol Ind Health 1998; 14(1-2): 103-120.

24. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

25. Safe S.. Toxicology, Structure-Function Relationship, and Human and Environmetnal Health Impacts of Polychlorinated Biphenyls: Progress and Problems. Environmental Health Prespectives 1992; 100: 259-268.

26. Sauer PJJ, Huisman M, Koopman-Esseboom C, Morse DC, Smits-van Prooije AE, van de Berg KJ, Tuinstra LGMTh, van der Paauw CG, Boersma ER, Weisglas-Kuperus N, Lammers JHCM, Kulig BM, Brouwer A. Effects of Polychlorinated Biphenyls (PCBs) and Dioxins on growth and development. Human & Experimental Toxicology 1994; 13: 900-906.

27. Schantz SL, Widholm JJ. Cognitive effects of endocrine disrupting chemicals in animals. Environmental Health Perspectives 2001; 109(12): 1197-1206.

28. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

29. Simmons SL, Cummings JA, Clemens LG, Nunez AA. Exposure to PCB 77 Affects the Maternal Behavior of Rats. Physiology and Behavior 2005; 84: 81-86.

30. Stein J, Schettler T, Wallinga D, Valenti M. In harm's way: toxic threats to child development. J Dev Behav Pediatr 2002; 23(Suppl 1): S13-S22.

31. Stewart P, Fitzgerald S, Reihman J, Gump B, Lonky E, Darvill T, Pagano J, Hauser P. Prenatal PCB exposure, the corpus callosum, and response inhibition. Ehvironmental Health Perspectives 2003; 111(13): 1670-1677.

32. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

33. Vreugdenbil HJI, Lanting CI, Mulder PGH, Boersma ER, Weisglas-Kuperus N. Effects of Prenatal PCB and Dioxin Background Exposure on Cognitive and Motor Abilities in Dutch Children at School Age. J Pediatr 2002; 140: 48-56.

34. Weiss B. Sexually Dimorphic Nonreproductive Behaviors as Indicators of Endocrine Disruption. Environmental Health Perspectives 2002; 110(Suppl.3): 387-391.

35. Winneke G. Endpoints of developmental neurotoxicity in environmentally exposed children. Toxicol Lett 1995; 77(1-3): 127-136.

36. Yonemoto J. The Effects of Dioxin on Reproduction and Development. Industrial Health 2000; 38: 259-268.

37. Zetterstrom R. Child Health and Environmental Pollution in the Aral Sea Region in Kazakhstan. Acta Paediatr 1999; Suppl 429: 49-54.

*Respiratory*

1. Abramson MJ, Marks GB, Pattemore PK. Are non-allergenic environmental factors important in asthma?. Med J Aust 1995; 163(10): 542-545.

2. Adler A, Ngo L, Tosta P, Tager IB. Association of tobacco smoke exposure and respiratory syncitial virus infection with airways reactivity in early childhood. Pediatr Pulmonol 2001; 32(6): 418-427.

3. Agabiti N, Mallone S, Forastiere F, Corbo G, Ferro S, Renzoni E, Sestini P.. The Impact of Parental Smoking on Asthma and Wheezing. Epidemiology 1999; 10: 692-698.

4. Alo C, Huang P, McCusker ME. Secondhand smoke exposure among middle and high school students--Texas, 2001. MMWR Morb Mortal Wkly Rep 2003; 52(8): 152-154.

5. Anonymous. Environmental tobacco smoke: a hazard to children. Pediatrics 1997; 99(4): 639-642.

6. Barber K, Mussin E, Taylor D.. Fetal exposure to involuntary maternal smoking and childhood respiratory disease. Ann Allergy Asthma Immunol 1996; 76: 427-430.

7. Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M. Health Effects of Outdoor Air Pollution. Am J Respir Crit Care Med 1996; 153: 3-50.

8. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

9. Bjornsdottir US, Smith D. South African religious leader with hyperventilation, hypophosphataemia, and respiratory arrest. Lancet 1999; 354(9196): 2130.

10. Cerna M, Jelinek R, Janoutova J, Kotesovec F, Benes I, Leixner M. Risk Assessment of the Common Air Pollutants in Teplice, Czech Republic. Toxicology Letters 1998; 96,97: 203-208.

11. Chen Y, Rennie D, Dosman J.. Influence of Environmental Tobacco Smoke on Asthma in Nonallergic and Allergic Children. Epidemiology 1996; 7: 536-539.

12. Dekker C, Dales R, Bartlett S, Brunekreef B, Zwanenburg H.. Childhood Asthman and the Indoor Environment. Chest 1991; 100: 922-926.

13. DiFranza JR, Aligne CA, Weitzman M. Prenatal and postnatal environmental tobacco smoke exposure and children's health. Pediatrics 2004; 113(Suppl 4): 1007-1015.