14. Ehrenstein O, Mutius E, Maier E, Hirsch T, Carr D, Schaal W, Roscher A, Olgemoller B, Nicolai T.. Lung function of school children with low levels of a1-antitrypsin and tobacco smoke exposure. Eur Respir J 2002; 19: 1099-1106.

15. Ehrlich R, Jordaan E, Du Toit D, Potter P, Volmink J, Zwarenstein M, Weinberg E. Household smoking and bronchial hyperresponsiveness in children with asthma. J Asthma 2001; 38(3): 239-251.

16. Esamai F.. Relationship Between Exposure to Tobacco Smoke and Bronchial Asthma in Children: A Review. East African Medical Journal 1998; 75(1): 47-50.

17. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

18. Floreani AA, Rennard SI. The role of cigarette smoke in the pathogenesis of asthma and as a trigger for acute symptoms. Curr Opin Pulm Med 1999; 5(1): 38-46.

19. Gibbs GW. Mortality of Aluminum Reduction Plant Workers, 1950 through 1977. J Occup Med 1985; 27(10): 761-770.

20. Gilliland FD, Berhane K, McConnell R, Gauderman WJ, Vora H, Rappaport EB, Avol E, Peters JM. Maternal smoking during pregnancy, environmental tobacco smoke exposure and childhood lung function. Thorax 2000; 55(4): 271-276.

21. Gilliland FD, Li YF, Peters JM. Effects of maternal smoking during pregnancy and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2001; 163(2): 429-436.

22. Gilliland FD, Li YF, Dubeau L, Berhane K, Avol E, McConnell R, Gauderman WJ, Peters JM. Effects of glutathione S-transferase M1, maternal smoking during pregnancy, and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2002; 166(4): 457-463.

23. Gold DR. Environmental tobacco smoke, indoor allergens, and childhood asthma. Environ Health Perspect 2000; 108 (Suppl 4): 643-651.

24. Heederik D, Kromhout H, Burema J, Biersteker K, Kromhout D. Occupational Exposure and 25-Year Incidence Rate of Non-Specific Lung Disease: The Zutphen Study. International Journal of Epidemiology 1990; 19(4): 945-952.

25. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

26. Jaakkola JJ, Nafstad P, Magnus P. Environmental tobacco smoke, parental atopy, and childhood asthma. Environ Health Perspect 2001; 109(6): 579-582.

27. Kilpelainen M, Koskenvuo M, Helenius H, Terho E. Wood stove heating, asthma and allergies. Respir Med 2001; 95(11): 911-916.

28. Klemmer HW, Wong L, Sato MM, Reichert EL, Korsak RJ, Rashad MN. Clinical findings in workers exposed to pentachlorophenol. Arch Environm Contam Toxicol 1980; 9: 715-725.

29. Koren HS. Associations between Criteria Air Pollutants and Asthma. Environ Health Perspect 1995; 103(Suppl 6): 235-242.

30. Larsson ML, Frisk M, Hallstrom J, Kiviloog J, Lundback B. Environmental tobacco smoke exposure during childhood is associated with increased prevalence of asthma in adults. Chest 2001; 120(3): 711-717.

31. Leikauf GD, Kline S, Albert RE, Baxter CS, Bernstein DI, Bernstein J, Buncher CR. Evaluation of a Possible Association of Urban Air Toxics and Asthma. Environmental Health Perspectives 1995; 103(Suppl 6): 253-271.

32. Lodrup Carlsen KC, Carlsen KH. Effects of maternal and early tobacco exposure on the development of asthma and airway hyperreactivity. Curr Opin Allergy Clin Immunol 2001; 1(2): 139-143.

33. Lux AL, Henderson AJ, Pocock SJ. Wheeze associated with prenatal tobacco smoke exposure: a prospective, longitudinal study. ALSPAC Study Team. Arch Dis Child 2000; 83(4): 307-312.

34. Mahalanabis D, Gupta S, Paul D, Gupta A, Lahiri M, Khaled MA. Risk factors for pneumonia in infants and young children and the role of solid fuel for cooking: a case-control study. Epidemiol Infect 2002; 129(1): 65-71.

35. Martinez F, Antognoni G, Macri F, Bonci E, Midulla F.. Parental Smoking Enhances Bronchial Responsiveness in Nine-Year-Old Children. Am Rev Respir Dis. 1988; 138: 518-523.

36. Martinez FD, Cline M, Burrows B. Increased incidence of asthma in children of smoking mothers. Pediatrics 1992; 89(1): 21-26.

37. O'Connor GT, Sparrow D, Demolles D, Dockery D, Raizenne M, Fay M, Ingram RH, Speizer FE. Maximal and partial expiratory flow rates in a population sample of 10- to 11-yr-old schoolchildren. Effect of volume history and relation to asthma and maternal smoking. Am J Respir Crit Care Med 2000; 162(2): 436-439.

38. Peat JK, Keena V, Harakeh Z, Marks G. Parental smoking and respiratory tract infections in children. Paediatr Respir Rev 2001; 2(3): 207-213.

39. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

40. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

41. Saldiva P, Lichtenfels A, Paiva P, Barone I, Martins M, Massad E, Pereira J, Xavier V, Singer J, Bohm G. Association between Air Pollution and Mortality Due to Respiratory Diseases in Children in Sao Paulo, Brazil: A Preliminary Report. Environmental Research 1994; 65: 218-225.

42. Stoddard J, Miller T.. Impact of Parental Smoking on the Prevalence of Wheezing Respiratory Illness in Children. American Journal of Epidemiology 1995; 141(2): 96-102.

43. Strachan DP, Cook DG. Parental smoking and childhood asthma: longitudinal and case-control studies. Thorax 1998; 53(3): 204-212.

44. Sturm JJ, Yeatts K, Loomis D. Effects of tobacco smoke exposure on asthma prevalence and medical care use in North Carolina middle school children. Am J Public Health 2004; 94(2): 308-313.

45. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

46. Thompson JP, Casey PB, Vale JA. Suspected Paediatric Pesticide Poisoning in the UK. II - Home Accident Surveillance System 1989-1991. Human and Experimental Toxicology 1994; 13: 534-536.

47. Tusscher GW ten, Weerdt J de, Roos CM, Griffioen RW, De Jongh FH, Westra M, Slikke JW van der, Oosting J, Olie K, Koppe JG. Decreased Lung Function Associated with Perinatal Exposure to Dutch Background Levels of Dioxins. Acta Paediatr 2001; 90: 1292-1298.

48. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

49. von Mutius E. Environmental factors influencing the development and progression of pediatric asthma. J Allergy Clin Immunol 2002; 109(Suppl 6): 525-532.

50. Wahlgren DR, Hovell MF, Meltzer EO, Meltzer SB. Involuntary smoking and asthma. Curr Opin Pulm Med 2000; 6(1): 31-36.

51. Weitzman M, Gortmaker S, Walker DK, Sobol A. Maternal smoking and childhood asthma. Pediatrics 1990; 85(4): 505-511.

52. Willers S, Svenonius E, Skarping G.. Passive smoking and childhood asthma. Allergy 1991; 46: 330-334.

53. Zheng T, Niu S, Lu B, Fan X, Sun F, Wang J, Zhang Y, Zhang B, Owens P, Hao L, Li Y, Leaderer B. Childhood asthma in Beijing, China: a population-based case-control study. Am J Epidemiol 2002; 156(10): 977-983.

54. Zock J, Sunyer J, Kogevinas M, Kromhout H, Burney P, Anto JM, ECRHS Study Group. Occupation, Chronic Bronchitis, and Lung Function in Young Adults. Am J Respir Crit Care Med 2001; 163: 1572-1577.

## Patricia McNeal

### Developmental/Cognitive

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Birnbaum LS. Developmental effects of dioxins and related endocrine disrupting chemicals. Toxicol Lett 1995; 82-83: 743-750.

3. Birnbaum LS, Fenton, SE. Cancer and Developmental Exposure to Endocrine Disruptors. Environmental Health Perspectives 2003; 111(4): 389-394.

4. Chen YC, Guo YL, Hsu CC. Cognitive development of children prenatally exposed to polychlorinated biphenyls (Yu-Cheng children) and their siblings. J Formos Med Assoc 1992; 91(7): 704-707.

5. Chen Y-J, Hsu C-C.. Effets of Prenatal Exposure to PCBs on the Neurological Function of Children: A Neuropsychological and Neurophysiological Study. Developmental Medicine and Child Neurology 1994; 36: 312-320.

6. Eriksson P. Developmental neurotoxicity of environmental agents in the neonate. Neurotoxicology 1997; 18(3): 719-726.

7. Fisher B.. Aldrin Chlordane DDT Dieldrin Dioxins and Furans Endrin Heptachlor HCB Mirex PCBs Toxaphene. Environmental Health Prespectives 1999; 107(1): 18-23.

8. Gasiewicz TA. Dioxins and the Ah Receptor: Probes to Uncover Processes in Neuroendocrine Development. Neurotoxicology 1997; 18(2): 393-414.

9. Grassman JA, Masten SA, Walker NJ, Lucier GW. Animal Models of Human Response to Dioxins. Environ Health Perspect 1998; 106(Suppl 2): 761-775.

10. Hamm JT, Chen CY, Birnbaum LS. A Mixture of Dioxins, Furans, and Non-ortho PCBs Based upon Consensus Toxic Equivalency Factors Produces Dioxin-Like Reproductive Effects. Toxicol Sci 2003; 74: 182-191.

11. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

12. Huisman M, Koopman-Esseboom C, Fidler V, Hadders-Algra M.. Perinatal exposure to polychlorinated biphenyls and dioxins and its effect on neonatal neurological development.. Early Human Development 1995; 41: 111-127.

13. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

14. Koopman-Esseboom C, Huisman M, Touwen BC, Boersma ER, Browner A, Sauer PJJ, Weisglas-Kuperus N. Newborn Infants Diagnosed as Neurologically Abnormal with Relation to PCB and Dioxin Exposure and Their Thyroid-Hormone Status. Developmental Medicine and Child Neurology 1997; 39: 785.

15. Lai T-J, Liu X, Guo Y, Guo N-W, Yu M-L.. A Cohort Study of Behavioral Problems and Intelligence in Children With High Prenatal Polychlorinated Biphenyl Exposure.. Arch Gen Psychiatry 2002; 59: 1061-1066.

16. MacLusky NJ, Brown TJ, Schantz S, Seo BW, Peterson RE. Hormonal Interactions in the Effects of Halogenated Aromatic Hydrocarbons on the Developing Brain. Toxicology and Industrial Health 1998; 14(1/2): 185-208.

17. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

18. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

19. Patandin S, Koopman-Esseboom C, De Ridder M, Weisglas-Kuperus N, Sauer P. Effects of Environmental Exposure to Polychlorinated Biphenyls and Dioxins on Birth Size and Growth in Dutch Children. Pediatr Res 1998; 44(4): 538-545.

20. Patandin S, Lanting CI, Mulder PGH, Boersma ER, Sauer PJJ, Weisglas-Kuperus N. Effects of environmental exposure to polychlorinated biphenyls and dioxins on cognitive abilities in Dutch children at 42 months of age. J Pediatr 1999; 134: 33-41.

21. Peper M, Ertl M, Gerhard I.. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance in women. American Journal of Industrial Medicine 1999; 35: 632-641.

22. Porterfield SP. Vulnerability of the Developing Brain to Thyroid Abnormalities: Environmental Insults to the Thyroid System. Environ Health Perspect 1994; 102(Suppl 2): 125-130.

23. Porterfield SP, Hendry LB. Impact of PCBs on thyroid hormone directed brain development. Toxicol Ind Health 1998; 14(1-2): 103-120.

24. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

25. Safe S.. Toxicology, Structure-Function Relationship, and Human and Environmetnal Health Impacts of Polychlorinated Biphenyls: Progress and Problems. Environmental Health Prespectives 1992; 100: 259-268.

26. Sauer PJJ, Huisman M, Koopman-Esseboom C, Morse DC, Smits-van Prooije AE, van de Berg KJ, Tuinstra LGMTh, van der Paauw CG, Boersma ER, Weisglas-Kuperus N, Lammers JHCM, Kulig BM, Brouwer A. Effects of Polychlorinated Biphenyls (PCBs) and Dioxins on growth and development. Human & Experimental Toxicology 1994; 13: 900-906.

27. Schantz SL, Widholm JJ. Cognitive effects of endocrine disrupting chemicals in animals. Environmental Health Perspectives 2001; 109(12): 1197-1206.

28. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

29. Simmons SL, Cummings JA, Clemens LG, Nunez AA. Exposure to PCB 77 Affects the Maternal Behavior of Rats. Physiology and Behavior 2005; 84: 81-86.

30. Stein J, Schettler T, Wallinga D, Valenti M. In harm's way: toxic threats to child development. J Dev Behav Pediatr 2002; 23(Suppl 1): S13-S22.

31. Stewart P, Fitzgerald S, Reihman J, Gump B, Lonky E, Darvill T, Pagano J, Hauser P. Prenatal PCB exposure, the corpus callosum, and response inhibition. Ehvironmental Health Perspectives 2003; 111(13): 1670-1677.

32. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

33. Vreugdenbil HJI, Lanting CI, Mulder PGH, Boersma ER, Weisglas-Kuperus N. Effects of Prenatal PCB and Dioxin Background Exposure on Cognitive and Motor Abilities in Dutch Children at School Age. J Pediatr 2002; 140: 48-56.

34. Weiss B. Sexually Dimorphic Nonreproductive Behaviors as Indicators of Endocrine Disruption. Environmental Health Perspectives 2002; 110(Suppl.3): 387-391.

35. Winneke G. Endpoints of developmental neurotoxicity in environmentally exposed children. Toxicol Lett 1995; 77(1-3): 127-136.

36. Yonemoto J. The Effects of Dioxin on Reproduction and Development. Industrial Health 2000; 38: 259-268.

37. Zetterstrom R. Child Health and Environmental Pollution in the Aral Sea Region in Kazakhstan. Acta Paediatr 1999; Suppl 429: 49-54.

### *Respiratory*

1. Abramson MJ, Marks GB, Pattemore PK. Are non-allergenic environmental factors important in asthma?. Med J Aust 1995; 163(10): 542-545.

2. Adler A, Ngo L, Tosta P, Tager IB. Association of tobacco smoke exposure and respiratory syncitial virus infection with airways reactivity in early childhood. Pediatr Pulmonol 2001; 32(6): 418-427.

3. Agabiti N, Mallone S, Forastiere F, Corbo G, Ferro S, Renzoni E, Sestini P.. The Impact of Parental Smoking on Asthma and Wheezing. Epidemiology 1999; 10: 692-698.

4. Alo C, Huang P, McCusker ME. Secondhand smoke exposure among middle and high school students--Texas, 2001. MMWR Morb Mortal Wkly Rep 2003; 52(8): 152-154.

5. Anonymous. Environmental tobacco smoke: a hazard to children. Pediatrics 1997; 99(4): 639-642.

6. Barber K, Mussin E, Taylor D.. Fetal exposure to involuntary maternal smoking and childhood respiratory disease. Ann Allergy Asthma Immunol 1996; 76: 427-430.

7. Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M. Health Effects of Outdoor Air Pollution. Am J Respir Crit Care Med 1996; 153: 3-50.

8. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

9. Bjornsdottir US, Smith D. South African religious leader with hyperventilation, hypophosphataemia, and respiratory arrest. Lancet 1999; 354(9196): 2130.

10. Cerna M, Jelinek R, Janoutova J, Kotesovec F, Benes I, Leixner M. Risk Assessment of the Common Air Pollutants in Teplice, Czech Republic. Toxicology Letters 1998; 96,97: 203-208.

11. Chen Y, Rennie D, Dosman J.. Influence of Environmental Tobacco Smoke on Asthma in Nonallergic and Allergic Children. Epidemiology 1996; 7: 536-539.

12. Dekker C, Dales R, Bartlett S, Brunekreef B, Zwanenburg H.. Childhood Asthman and the Indoor Environment. Chest 1991; 100: 922-926.

13. DiFranza JR, Aligne CA, Weitzman M. Prenatal and postnatal environmental tobacco smoke exposure and children's health. Pediatrics 2004; 113(Suppl 4): 1007-1015.

14. Ehrenstein O, Mutius E, Maier E, Hirsch T, Carr D, Schaal W, Roscher A, Olgemoller B, Nicolai T.. Lung function of school children with low levels of a1-antitrypsin and tobacco smoke exposure. Eur Respir J 2002; 19: 1099-1106.

15. Ehrlich R, Jordaan E, Du Toit D, Potter P, Volmink J, Zwarenstein M, Weinberg E. Household smoking and bronchial hyperresponsiveness in children with asthma. J Asthma 2001; 38(3): 239-251.

16. Esamai F.. Relationship Between Exposure to Tobacco Smoke and Bronchial Asthma in Children: A Review. East African Medical Journal 1998; 75(1): 47-50.

17. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

18. Floreani AA, Rennard SI. The role of cigarette smoke in the pathogenesis of asthma and as a trigger for acute symptoms. Curr Opin Pulm Med 1999; 5(1): 38-46.

19. Gibbs GW. Mortality of Aluminum Reduction Plant Workers, 1950 through 1977. J Occup Med 1985; 27(10): 761-770.

20. Gilliland FD, Berhane K, McConnell R, Gauderman WJ, Vora H, Rappaport EB, Avol E, Peters JM. Maternal smoking during pregnancy, environmental tobacco smoke exposure and childhood lung function. Thorax 2000; 55(4): 271-276.

21. Gilliland FD, Li YF, Peters JM. Effects of maternal smoking during pregnancy and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2001; 163(2): 429-436.

22. Gilliland FD, Li YF, Dubeau L, Berhane K, Avol E, McConnell R, Gauderman WJ, Peters JM. Effects of glutathione S-transferase M1, maternal smoking during pregnancy, and environmental tobacco smoke on asthma and wheezing in children. Am J Respir Crit Care Med 2002; 166(4): 457-463.

23. Gold DR. Environmental tobacco smoke, indoor allergens, and childhood asthma. Environ Health Perspect 2000; 108 (Suppl 4): 643-651.

24. Heederik D, Kromhout H, Burema J, Biersteker K, Kromhout D. Occupational Exposure and 25-Year Incidence Rate of Non-Specific Lung Disease: The Zutphen Study. International Journal of Epidemiology 1990; 19(4): 945-952.

25. Holsclaw DS, Topham AL. The effects of smoking on fetal, neonatal, and childhood development. Pediatr Ann 1978; 7(3): 105-135.

26. Jaakkola JJ, Nafstad P, Magnus P. Environmental tobacco smoke, parental atopy, and childhood asthma. Environ Health Perspect 2001; 109(6): 579-582.

27. Kilpelainen M, Koskenvuo M, Helenius H, Terho E. Wood stove heating, asthma and allergies. Respir Med 2001; 95(11): 911-916.

28. Klemmer HW, Wong L, Sato MM, Reichert EL, Korsak RJ, Rashad MN. Clinical findings in workers exposed to pentachlorophenol. Arch Environm Contam Toxicol 1980; 9: 715-725.

29. Koren HS. Associations between Criteria Air Pollutants and Asthma. Environ Health Perspect 1995; 103(Suppl 6): 235-242.

30. Larsson ML, Frisk M, Hallstrom J, Kiviloog J, Lundback B. Environmental tobacco smoke exposure during childhood is associated with increased prevalence of asthma in adults. Chest 2001; 120(3): 711-717.

31. Leikauf GD, Kline S, Albert RE, Baxter CS, Bernstein DI, Bernstein J, Buncher CR. Evaluation of a Possible Association of Urban Air Toxics and Asthma. Environmental Health Perspectives 1995; 103(Suppl 6): 253-271.

32. Lodrup Carlsen KC, Carlsen KH. Effects of maternal and early tobacco exposure on the development of asthma and airway hyperreactivity. Curr Opin Allergy Clin Immunol 2001; 1(2): 139-143.

33. Lux AL, Henderson AJ, Pocock SJ. Wheeze associated with prenatal tobacco smoke exposure: a prospective, longitudinal study. ALSPAC Study Team. Arch Dis Child 2000; 83(4): 307-312.

34. Mahalanabis D, Gupta S, Paul D, Gupta A, Lahiri M, Khaled MA. Risk factors for pneumonia in infants and young children and the role of solid fuel for cooking: a case-control study. Epidemiol Infect 2002; 129(1): 65-71.

35. Martinez F, Antognoni G, Macri F, Bonci E, Midulla F.. Parental Smoking Enhances Bronchial Responsiveness in Nine-Year-Old Children. Am Rev Respir Dis. 1988; 138: 518-523.

36. Martinez FD, Cline M, Burrows B. Increased incidence of asthma in children of smoking mothers. Pediatrics 1992; 89(1): 21-26.

37. O'Connor GT, Sparrow D, Demolles D, Dockery D, Raizenne M, Fay M, Ingram RH, Speizer FE. Maximal and partial expiratory flow rates in a population sample of 10- to 11-yr-old schoolchildren. Effect of volume history and relation to asthma and maternal smoking. Am J Respir Crit Care Med 2000; 162(2): 436-439.

38. Peat JK, Keena V, Harakeh Z, Marks G. Parental smoking and respiratory tract infections in children. Paediatr Respir Rev 2001; 2(3): 207-213.

39. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

40. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

41. Saldiva P, Lichtenfels A, Paiva P, Barone I, Martins M, Massad E, Pereira J, Xavier V, Singer J, Bohm G. Association between Air Pollution and Mortality Due to Respiratory Diseases in Children in Sao Paulo, Brazil: A Preliminary Report. Environmental Research 1994; 65: 218-225.

42. Stoddard J, Miller T.. Impact of Parental Smoking on the Prevalence of Wheezing Respiratory Illness in Children. American Journal of Epidemiology 1995; 141(2): 96-102.

43. Strachan DP, Cook DG. Parental smoking and childhood asthma: longitudinal and case-control studies. Thorax 1998; 53(3): 204-212.

44. Sturm JJ, Yeatts K, Loomis D. Effects of tobacco smoke exposure on asthma prevalence and medical care use in North Carolina middle school children. Am J Public Health 2004; 94(2): 308-313.

45. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

46. Thompson JP, Casey PB, Vale JA. Suspected Paediatric Pesticide Poisoning in the UK. II - Home Accident Surveillance System 1989-1991. Human and Experimental Toxicology 1994; 13: 534-536.

47. Tusscher GW ten, Weerdt J de, Roos CM, Griffioen RW, De Jongh FH, Westra M, Slikke JW van der, Oosting J, Olie K, Koppe JG. Decreased Lung Function Associated with Perinatal Exposure to Dutch Background Levels of Dioxins. Acta Paediatr 2001; 90: 1292-1298.

48. Tusscher GW ten, Koppe JG. Perinatal Dioxin Exposure and Later Effects- A Review. Chemosphere 2004; 54: 1329-1336.

49. von Mutius E. Environmental factors influencing the development and progression of pediatric asthma. J Allergy Clin Immunol 2002; 109(Suppl 6): 525-532.

50. Wahlgren DR, Hovell MF, Meltzer EO, Meltzer SB. Involuntary smoking and asthma. Curr Opin Pulm Med 2000; 6(1): 31-36.

51. Weitzman M, Gortmaker S, Walker DK, Sobol A. Maternal smoking and childhood asthma. Pediatrics 1990; 85(4): 505-511.

52. Willers S, Svenonius E, Skarping G.. Passive smoking and childhood asthma. Allergy 1991; 46: 330-334.

53. Zheng T, Niu S, Lu B, Fan X, Sun F, Wang J, Zhang Y, Zhang B, Owens P, Hao L, Li Y, Leaderer B. Childhood asthma in Beijing, China: a population-based case-control study. Am J Epidemiol 2002; 156(10): 977-983.

54. Zock J, Sunyer J, Kogevinas M, Kromhout H, Burney P, Anto JM, ECRHS Study Group. Occupation, Chronic Bronchitis, and Lung Function in Young Adults. Am J Respir Crit Care Med 2001; 163: 1572-1577.

*Cardiovascular*

1. Bertazzi PA, Zocchetti C, Pesatori AC, Guercilena S, Sanarico M, Radice L. Ten-Year Mortality Study of the Population Involved in the Seveso Incident in 1976. Am J Epidemiol 1989; 129(6): 1187-1200.

2. Bertazzi PA. Long-Term Effects of Chemical Disasters. Lessons and Results from Seveso. The Science of the Total Environment 1991; 106: 5-20.

3. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

4. Chau N, Bertrand JP, Mur JM, Figueredo A, Patris A, Moulin JJ, Pham QT. Mortality in retired coke oven plant workers. British Journal of Industrial Medicine 1993; 50: 127-135.

5. Flesch-Janys D, Berger J, Gurn P, Manz A, Nagel S, Waltsgott H, Dwyer JH. Exposure to Polychlorinated Dioxins and Furans (PCDD/F) and Mortality in a Cohort of Workers from a Herbicide-producing Plant in Hamburg, Federal Republic of Germany. Am J Epidemiol 1995; 142(11): 1165-1175.

6. Mayer L, Chau N, Bertrand JP, Guenzi M, Patris A, Pham QT, Mur JM, Moulin JJ. Morbidity in Retired Coke Oven Plant Workers. Am J Indus Med 1992; 22: 347-361.

7. Glantz SA, Parmley WW. Passive Smoking and Heart Disease. Circulation 1991; 83(1): 1-12.

8. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

9. Steenland K, Piacitelli L, Deddens J, Fingerhut M, Chang L. Cancer, Heart Disease, and Diabetes in Workers Exposed to 2,3,7,8-Tetrachlorodibenzo-p-dioxin. Journal of the National Cancer Institute 1999; 91(9): 779-786.

10. Vena J, Boffetta P, Becher H, Benn T, Bueno-de-Mesquita H, Coggon D, Colin D, Flesch-Janys D, Green L, Kauppinen T, Littorin M, Lynge E, Mathews JD, Neuberger M, Pearce N, Pesatori AC, Saracci R, Steenland K, Kogevinas M. Exposure to Dioxin and Nonneoplastic Mortality in the Expanded IARC International Cohort Study of Phenoxy Herbicide and Chlorophenol Production Workers and Sprayers. Environ Health Perspect 1998; 106(Suppl 2): 645-653.

11. Zoloth SR, Michaels DM, Villalbi JR, Lacher M. Patterns of Mortality Among Commercial Pressmen. JNCI 1986; 76(6): 1047-1051.

*Neurological*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Jacobson JL, Jacobson SW. Intellectual impairment in children exposed to polychlorinated biphenyls in utero. N Engl J Med 1996; 335(11): 783-789.

3. Kilburn KH, Warshaw RH. Neurobehavioral testing of subjects.exposed residentially to groundwater contaminated from an aluminum die-casting plant and local referents. J Toxicol Environ Health 1993; 39(4): 483-496.

4. Legare ME, Hanneman WH, Barhoumi R, Burghardt RC, Tiffany-Castiglioni E. 2,3,7,8-Tetrachlorodibenzo-p-Dioxin Alters Hippocampal Astroglia-Neuronal Gap Junctional Communication. Neurotoxicology 2000; 21(6): 1109-1116.

5. Mendola P, Selevan SG, Gutter S, Rice D. Environmental Factors Associated with a Spectrum of Neurodevelopmental Deficits. Mental Retardation and Developmental Disabilities Research Reviews 2002; 8: 188-197.

6. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

7. Peper M, Ertl M, Gerhard I. Long-Term Exposure to Wood-Preserving Chemicals Containing Pentachlorophenol and Lindane Is Related to Neurobehavioral Performance in Women. American Journal of Industrial Medicine 1999; 35: 632-641.

8. Robson AM, Kissane JM, Elvick NH, Pundavela L. Pentachlorophenol Poisoning in a Nursery for Newborn Infants. I. Clinical Features and Treatment. The Journal of Pediatrics 1969; 75(2): 309-316.

9. Ryan CM, Morrow LA, Hodgson M. Cacosmia and Neurobehavioral Dysfunction Associated with Occupational Exposure to Mixtures of Organic Solvents. Am J Psychiatry 1988; 145: 1442-1445.

10. Rylander L, Hagmar L. Medical and Psychometric Examinations of Conscripts Born to Mothers with a High Intake of Fish Contaminated with Persistent Organochlorines. Scand J Work Environ Health 2000; 26(3): 207-212.

11. Schwartz BS, Ford DP, Bolla KI, Agnew J, Rothman N, Bleecker ML. Solvent-Associated Decrements in Olfactory Function in Paint Manufacturing Workers. American Journal of Industrial Medicine 1990; 18: 697-706.

12. Seegal RF, Brosch KO, Bush B. Regional Alterations in Serotonin Metabolism Induced by Oral Exposure of Rats to Polychlorinated Biphenyls. Neurotoxicology 1986; 7(1): 155-166.

13. Seegal RF, Bush B, Brosch KO. Sub-Chronic Exposure of the Adult Rat to Aroclor 1254 Yields Regionally-Specific Changes in Central Dopaminergic Function. Neurotoxicology 1991; 12: 55-66.

14. Sher ES, Xu XM, Adams PM, Craft CM, Stein SA. The effects of thyroid hormone level and action in developing brain: are these targets for the actions of polychlorinated biphenyls and dioxins?. Toxicol Ind Health 1998; 14(1-2): 121-158.

15. Tilson HA, Kodavanti PRS. The Neurotoxicity of Polychlorinated Biphenyls. Neurotoxicology 1998; 19(4-5): 517-526.

16. Wood S, Rom WN, White GL, Logan DC. Pentachlorophenol Poisoning. J Occup Med 1983; 25(7): 527-530.

*Dermal*

1. Aoki Y. Polychlorinated Biphenyls, Polychlorinated Dibenzo-p-dioxins, and Polychlorinated Dibenzofurans as Endocrine Disrupters- What We Have Learned from Yusho Disease. Environ Res Section A 2001; 86: 2-11.

2. Assennato G, Cervino D, Emmett EA, Longo G, Merlo F. Follow-up subjects who developed chloracne following TCDD exposure at Seveso. American Journal of Industrial Medicine 1989; 16: 119-125.

3. Bertazzi PA. Long-Term Effects of Chemical Disasters. Lessons and Results from Seveso. The Science of the Total Environment 1991; 106: 5-20.

4. Brender JD, Pichette JL, Suarez L, Hendricks KA, Holt M. Health Risks of Residential Exposure to Polycyclic Aromatic Hydrocarbons. Archives of Environmental Health 2003; 58(2): 111-118.

5. Cheng WN, Coenraads PJ, Hao ZH, Liu GF. A health survey of workers in the pentachlorophenol section of a chemical manufacturing plant. American Journal of Industrial Medicine 1993; 24: 81-92.

6. Exon JH. A Review of Chlorinated Phenols. Vet Hum Toxicol 1984; 26(6): 508-520.

7. Hryhorczuk DO, Wallace WH, Persky V, Furner S, Webster Jr. JR, Oleske D, Haselhorst B, Ellefson R, Zugerman C. A morbidity study of former pentachlorophenol-production workers. Environ Health Perspect 1998; 106: 401-408.

8. Lambert J, Schepens P, Janssens J, Dockx P. Skin Lesions as a Sign of Subacute Pentachlorophenol Intoxication. Aca Derm Venereol 1986; 66: 170-172.

9. Ostrowski SR, Wilbur S, Chou CH, Pohl HR, Stevens YW, Allred PM, Roney N, Fay M, Tylenda CA. Agency for Toxic Substances and Disease Registry's 1997 priority list of hazardous substances. Latent effects--carcinogenesis, neurotoxicology, and developmental deficits in humans and animals. Toxicol Ind Health 1999; 15(7): 602-644.

10. Reggiani G. Acute human exposure to TCDD in Seveso, Italy. Journal of Toxicology and Environmental Health 1980; 6: 27-43.

11. Suskind RR, Hertzberg VS. Human health effects of 2,4,5-T and its toxic contaminants. JAMA 1984; 251: 2372-2380.

12. Suskind RR. Chloracne. Scand J Work Environ Health 1985; 11: 165-171.

13. Sweeney MH, Calvert GM, Egeland GA, Fingerhut MA, Halperin WE, Piacitelli LA. Review and Update of the Results of the NIOSH Medical Study of Workers Exposed to Chemicals Contaminated with 2,3,7,8-Tetrachlorodibenzodioxin. Teratogenesis Carcinog Mutagen 1997/98; 17: 241-247.

14. Wood S, Rom WN, White GL, Logan DC. Pentachlorophenol Poisoning. J Occup Med 1983; 25(7): 527-530.

15. Wrench R, Britten AZ. Evaluation of Coal Tar Fractions for Use in Psoriasiform Diseases Using the Mouse Tail Test. British Journal of Dermatology 1975; 93: 67-74.

### Diabetes

1. Bertazzi PA, Consonni D, Bachetti S, Rubagotti M, Baccarelli A, Zocchetti C, Pesatori AC. Health Effects of Dioxin Exposure: A 20-Year Mortality Study. Am J Epidemiol 2001; 153(11): 1031-1044.

2. Pesatori AC, Zocchetti C, Guercilena S, Consonni D, Turrini D, Bertazzi PA. Dioxin exposure and non-malignant health effects: a mortality study. Occup Environ Med 1998; 55: 126-131.

3. Sweeney MH, Calvert GM, Egeland GA, Fingerhut MA, Halperin WE, Piacitelli LA. Review and Update of the Results of the NIOSH Medical Study of Workers Exposed to Chemicals Contaminated with 2,3,7,8-Tetrachlorodibenzodioxin. Teratogenesis Carcinog Mutagen 1997/98; 17: 241-247.

4. Vena J, Boffetta P, Becher H, Benn T, Bueno-de-Mesquita H, Coggon D, Colin D, Flesch-Janys D, Green L, Kauppinen T, Littorin M, Lynge E, Mathews JD, Neuberger M, Pearce N, Pesatori AC, Saracci R, Steenland K, Kogevinas M. Exposure to Dioxin and Nonneoplastic Mortality in the Expanded IARC International Cohort Study of Phenoxy Herbicide and Chlorophenol Production Workers and Sprayers. Environ Health Perspect 1998; 106(Suppl 2): 645-653.

**Medical Monitoring:**

The acute and chronic exposures of the Tie Plant area residents to markedly elevated levels of multiple toxic emissions from the Koppers plant for decades place them at increased risk for significant adverse health effects in the future. Those individuals with already diagnosed exposure-related medical conditions or diseases are certain to need comprehensive medical care for the remainder of their lives. A medical monitoring program, including the components described below, allows for the early detection of disease. This monitoring regime is considerably different from that recommended for normal healthy adults or children with no known toxic exposures. Additionally, a monitoring regime is reasonably necessary and indicated for an exposed group of individuals, such as the Tie Plant area residents, according to modern standards of occupational and environmental medicine.

1.     Complete history (baseline) – medical, occupational, and environmental.

2.     Complete (baseline) physical examination – to include:
        breast examination (yearly beginning at age 18),
        testicular examination (yearly beginning at age 14)
        pelvic examination with pap smear (yearly beginning at age 18)
        rectal examination (yearly beginning at age 30)

3.      Interim history and physical – once per year or more often as indicated by symptoms or signs of disease and/or on the basis of clinical evaluation.

4.      Oral/dental examination – once every 6 months or more often as indicated by symptoms or signs of disease.

5.      Complete otolaryngology evaluation including assessment for chemosensory disorders (smell and taste) – once per year or more often as indicated by symptoms or signs of disease.

6.      Complete neuropsychological evaluation – initial and once every 2 years or as indicated by symptoms or test results.

7.      Complete educational achievement and intellectual capacity testing for all children every 1-3 years as indicated beginning at age 2-3 until age 18, or longer if needed.

8.      Complete developmental and neurological evaluation of all infants and preschool children to be repeated with neuropsychological and/or other developmental testing at intervals to be determined based on initial and subsequent assessments.

9.      Baseline laboratory evaluations:

            urinalysis

urine cytology

complete blood count with differential

blood chemistries including electrolytes

liver profile

renal profile

lipid profile

thyroid function tests

urine and/or blood heavy metal testing as indicated

PCBs

dioxins and dibenzofurans

urine 1 – hydroxypyrene

specific urine and blood tests for mutagenic and carcinogenic substances

Tests to be repeated yearly except PCBs, dioxins/dibenzofurans, and tests for mutagenic and carcinogenic substances – to be repeated every 2-5 years or as indicated.

10. Baseline chest x-rays for adults repeated every 2-3 years beginning at age 40 or as indicated. Chest x-rays for those under 40 as indicated by exposure history or by signs or symptoms of disease.

11. Mammography – baseline at age 30 (or earlier based on family and/or exposure history; once every 2 years ages 30-40; once per year after age 40. Schedule may vary depending on risk factors.

12. Stool for occult blood yearly beginning at age 30.

13. Flexible sigmoidoscopy – baseline at age 40; then every 2-3 years or as indicated.

14. Spirometry and peak flow meter reading – baseline followed by yearly testing. More frequent testing to be performed on individuals with symptoms or signs of respiratory disease (e.g. asthma, RADS, etc.). Oximetry as indicated.

15. Electrodiagnostic testing – initial EMG and nerve conduction studies – repeat as indicated.

16. CAT Scan and/or MRI of brain with or without contrast as indicated.

17. Other appropriate laboratory testing as indicated, including but not limited to: sedimentation rate, PSA, sputum cytology, thyroid function testing, immunologic testing, sperm count, fertility evaluation, fetal in utero or amniotic fluid testing, non-routine blood chemistry evaluations, fat biopsy, CEA.

18. Other appropriate diagnostic studies as indicated, including but not limited to: abdominal and/or pelvic sonography, abdominal and/or pelvic CT and/or MRI studies, and PET scans of the brain.

19. Genetic and reproductive counseling and evaluation.

20. Helical CT of the chest and abdomen is necessary for all Exposed Plaintiffs over the age of 35 at approximately 3-year intervals. Virtual colonoscopy should be part of the helical CT study to enhance detection of lower gastrointestinal tract cancer (Cost $1500). This test will detect cancer as small as 2 millimeters in diameter. At this tumor size and stage it is most likely that a cure can be achieved for most malignancies. Cancer of the lymph nodes, kidney, thyroid, lung, colon, pancreas, liver and other locations can be detected with this test. If a non-calcified nodule is seen, follow-up is required, including biopsy or other procedures.

The following costs are based on fee schedules from Syracuse, New York, or on estimated costs for services for which a specific fee has not been determined. This list includes diagnostic tests which are currently indicated or may be necessary and is not meant to be all inclusive.

*MEDICAL SURVEILLANCE COSTS*

| Test Description | Frequency / Age | Estimated Cost Per Visit, Test, or Procedure |
|---|---|---|
| Initial History & Physical (H&P) | Initial | 350.00 |
| Breast Physical Exam | 1/year begin at 18 | (included in H&P) |
| Testicular Physical Exam | 1/year begin at 14 | (included in H&P) |
| Oral/Dental Exam | 1/year or as indicated | 90.00 |
| Interim H & P | 1/year or as indicated by symptoms | 250.00 |
| Rectal Exam | 1/year begin at 30 | (included in H&P) |
| Pelvic Exam with PAP smear | 1/year begin at 18 | 175.00 |
| Otolaryngology (ENT) Eval. | Initial and 1/year or as indicated | 250.00 |
| *(Cost does not include anosmia evaluation - Initial and follow up as indicated)* | | |
| Neuropsychological Eval. | Initial and every 2 years or as indicated by symptoms | 2,400.00 |
| Sputum Cytology | 1/year begin at 30 (earlier as indicated) | 85.00 |
| Chest X-Ray | Initial at 40, then every 2-3 years or as indicated by symptoms | 90.00 |
| Mammography | Baseline (30) and per schedule above | 155.00 |
| Stool Occult Blood | 1/year begin at 30 | 20.00 |
| Urinalysis | 1/year | 15.00 |
| Urine Cytology | 1/year begin at 25 (earlier as indicated) | 45.00 |
| Prostate Specific Antigen | 1/year begin at 40 (earlier as indicated) | 50.00 |
| Blood Chemistry (Comprehensive Metabolic Profile) | 1/year | 50.00 |
| Complete Blood Count | 1/year | 30.00 |
| Liver Profile | 1/year | 45.00 |
| Sedimentation Rate | As indicated | 18.00 |
| EKG | Initial at 40 and every 3 | 85.00 |

| | years after 40 | |
|---|---|---|
| Spirometry | Initial, then yearly (more often as indicated) | 85.00 |
| Spirometry - Pre & Post Bronchodilator | As indicated | 130.00 |
| Peak Flow Meter | Initial, then yearly (more often as indicated) | 50.00 |
| Flexible Sigmoidoscopy | Initial at 40, then every 2-3 years or as indicated | 225.00 |
| MRI (Brain) w/o contrast | Frequency as indicated by clinical condition | 500.00 |
| MRI (Brain) w/ contrast | " " | 500.00 |
| MRI (Brain) w/o contrast followed by contrast | " " | 1,000.00 |
| CAT Scan (Brain) w/ contrast | " " | 453.00 |
| CAT Scan (Brain) w/o contrast | " " | 370.00 |
| CAT Scan (Brain) w/o contrast followed by contrast | " " | 554.00 |
| EMG & Nerve Conduction Studies 1 Extremity | " " | 175.00 |
| EMG & Nerve Conduction Studies 2 Extremities | " " | 245.00 |
| EMG & Nerve Conduction Studies 3 Extremities | " " | 310.00 |
| EMG & Nerve Conduction Studies 4 Extremities | " " | 375.00 |
| EMG & Nerve Conduction Studies Cranial Nerve - Unilateral | " " | 150.00 |
| EMG & Nerve Conduction Studies Cranial Nerve - Bilateral | " " | 240.00 |
| EMG & Nerve Conduction Studies Limited Studies of Specific Muscles | " " | 70.00 |
| EMG & Nerve Conduction Studies Single Fiber, Any Technique | " " | 135.00 |
| EMG & Nerve Conduction Studies Per Nerve for Each Motor Nerve | " " | 75.00 |

James Dahlgren Medical

| | | |
|---|---|---|
| EMG & Nerve Conduction Studies Per Nerve for Each Sensory Nerve | "          " | 65.00 |
| Helical CT of chest and abdomen | Initial, then every 3 years | 1500.00 |

The medical surveillance protocol above (including, but not limited to, the diagnostic tests specified) is necessary, with a reasonable degree of medical certainty, to mitigate the risk of adverse health effects which individuals have suffered or may incur as a result of their exposures to toxic contaminants released from the Grenada, Mississippi, Koppers plant. This protocol may be supplemented or amended in the future, based on receipt of additional information.

**Appendix A: EXCERPT FROM ATSDR DIOXIN**

The following is a quote that contains information on the reproductive and developmental effects of dioxins from the ATSDR Toxicological Profile on dioxins, Pages 291 to 299, (ATSDR 1998).

**Reproductive Effects.** The weaknesses of the epidemiology studies examining reproductive end points limits drawing conclusions regarding the reproductive toxicity of 2,3,7,8-TCDD in humans. Some common weaknesses include lack of exposure data (many of the studies rely on self-reported 2,3,7,8-TCDD exposure; CDC (1987) found that 2,3,7,8-TCDD blood levels of Vietnam veterans reporting direct or indirect exposure to Agent Orange were not significantly different from levels in non-Vietnam veterans), concomitant exposure to other chemicals, and lack of data on 2,3,7,8-TCDD levels at the time of conception. Several studies looked for an association between 2,3,7,8-TCDD exposure and an increased risk of spontaneous abortions, most did not find any statistically significant alterations following paternal exposure to 2,3,7,8-TCDD (Aschengrau and Monson 1989; Smith et al. 1982; Wolfe et al. 1995). An increased incidence of spontaneous abortions, was observed in women living near an herbicide manufacturing facility (Forsberg and Nordstrom 1985). However, this study has been criticized for its small sample size, inadequate discussion of sample selection, and concomitant exposure to other chemicals, including dibenzofurans (Sweeney 1994). In Vietnamese residents living in areas sprayed with Agent Orange, an increased incidence of hydatiform moles was observed (Phuong et al. 1989a). A later control study by Ha et al. (1996) did not confirm the results of the Phuong et al. (1989a) study. In the 7½-year

period after the Seveso accident, the number of female children born to parents living in area A was significantly higher than the number of male children (48 versus 26) (Mocarelli et al. 1996). An increased ratio of female to male children was also reported in workers of a 2,4,5-T production facility in Ufa, Russia (Basharova 1996) and in men exposed to chlorophenate wood preservatives contaminated with CDD (Dimich-Ward et al. 1996; James 1997). No alterations were found in the Missouri cohort of women living in 2,3,7,8-TCDD-contaminated areas (Stockbauer et al. 1988). Although several studies provide suggestive evidence of a relationship between CDD exposure and alterations in the sex ratio, the data are inadequate to establish a causal relationship. Additionally, it is not known how 2,3,7,8-TCDD affects the sex ratio. It has been postulated that the effect may be due to an alteration in hormonal balance or a disproportional number of miscarriages of male fetuses.

Data on 2,3,7,8-TCDD-induced alterations in gonads and reproductive endocrine function in humans are limited to effects observed in males. Decreased testicular size without any hormonal changes was found in Air Force Vietnam veterans exposed to 2,3,7,8-TCDD during Operation Ranch Hand (USAF 1991). This finding (decreased testicular size) was not confirmed when a more sensitive measurement device (ultrasound) was used (Henriksen et al. 1996). Wolfe et al. (1985) found no alterations in sperm count or morphology in veterans involved in Operation Ranch Hand. Henriksen et al. (1996) assessed the possible relationship between 2,3,7,8-TCDD exposure and alterations in testosterone levels, FSH, LH, testicular abnormalities, sperm abnormalities, and sperm counts in the Operation Ranch Hand cohort (reproductive parameters were assessed in

1982, 1987, and 1992) and found no consistent, statistically significant alterations. Increases in FSH and LH levels and decreases in testosterone levels were observed in males working in 2,4,5-trichlorophenol manufacturing facilities (NIOSH cohort); however the magnitude of the changes in hormone levels was small (Egeland et al. 1994). The study authors note that increases in LH levels and decreases in testosterone levels were not found in the same men, suggesting that 2,3,7,8-TCDD may result in subtle alterations rather than primary gonadal failure.

A number of reproductive effects, including decreased fertility, damage to the gonads, and alterations in hormone levels, have been observed in male and female animals orally exposed to 2,3,7,8-TCDD. In male rats, a dose- and time-dependent reduction of serum testosterone and dihydrotestosterone levels was observed after acute oral exposure to 2,3,7,8-TCDD (Mebus et al. 1987; Moore et al. 1985, 1991). Furthermore, male rats had decreased weight of seminal vesicles following oral exposure to 2,3,7,8-TCDD (Al-Bayati et al. 1988; Moore et al. 1985) and reduced spermatogenesis after oral and exposure (Al-Bayati et al. 1988; Chahoud et al. 1989; Van Miller et al. 1977). Biochemical changes in rat testes included dose- and time-dependent decreases in 17-hydroxylase activity and 20-lyase activity and reduced microsomal cytochrome P-450 (Mebus et al. 1987). Decreases in testicular superoxidase dismutase and glutathione peroxidase activities, and increases in protein kinase C activity and lipid peroxidation were also found in 2,3,7,8-TCDD-exposed rats (Al-Bayati et al. 1988). On the basis of the above data, it was postulated that the androgen deficiency is due to decreased androgen synthesis. It was further suggested that the morphological changes in rat testes

may be due to changes in lipid peroxidation. Pre- and/or postimplantation losses have been observed in rats (Giavini et al. 1983; Sparschu et al. 1971a), mice (Neubert and Dillman 1972; Smith et al. 1976), and rabbits (Giavini et al. 1982) following acute oral exposure to 2,3,7,8-TCDD. A single intraperitoneal injection of 2,3,7,8-TCDD (100 µg/kg) given between Gd 2–6 caused a high incidence of resorptions in C57BL/6J mice (Pratt et al. 1984). Similarly, increased resorptions were reported in rats exposed to mixed HxCDD during gestation, but not in those exposed to 2,7-DCDD or OCDD (Schwetz et al. 1973). In addition, abortions were observed in monkeys exposed to 2,3,7,8-TCDD for 3 weeks by gavage (McNulty 1984), and reduced reproduction was observed in those exposed chronically in the feed (Bowman et al. 1989b; Hong et al. 1989; Schantz et al. 1992). Finally, significantly decreased fertility in F1 and F2 generations was reported in a 3-generation reproductive study in rats exposed to 2,3,7,8-TCDD (Murray et al. 1979).

Investigations into the mechanism of CDD-induced decreased fertility revealed blocked estrous cycle in female mice exposed orally to 2,3,7,8-TCDD for an intermediate duration (Umbreit et al. 1987) and dose dependent decreases in uterine and hepatic cytosolic, and nuclear estrogen and progesterone receptor levels in rats after intraperitoneal 2,3,7,8-TCDD injection (Romkes and Safe 1988). Furthermore, 2,3,7,8-TCDD antagonized the estradiol-mediated increases in these levels. In addition, a dose-related reduction of uterine peroxidase activity and decreased uterine wet weight were seen after a single 2,3,7,8-TCDD injection in rats (Astroff and Safe 1990). 2,3,7,8-TCDD application also antagonized the treatment with estradiol. The authors concluded that 2,3,7,8-TCDD antagonized the estrogen-induced uterine response and that the Ah

receptor was involved in mediating the reaction. Other authors suggest that the anti-estrogen effect is mediated by 2,3,7,8-TCDD-induced metabolism of estrogens (Gierthy et al. 1987).

In non-pregnant female rats, decreases in ovarian weight, estrous cyclicity, ovulation rate, and the number of ova released were observed following a single dose of 2,3,7,8-TCDD (Li et al. 1995a, 1995b). Increases in LH and follicle stimulating hormone levels were also observed. The mechanisms involved in effects are thought to involve direct effects on the ovaries and effects on the hypothalamus/pituitary axis. The normal preovulatory surge of LH was not observed in the 2,3,7,8-TCDD-exposed rats, suggesting that 2,3,7,8-TCDD inhibited the positive feedback action of $17\beta$-estradiol at the hypothalamic-pituitary axis (Li et al. 1995a). In hypophysectomized rats, 2,3,7,8-TCDD exposure resulted in a reduction of ovulation; Li et al. (1995a) suggests that this may be the result of a direct effect on the ovary, although the mechanism has not been elucidated. Endometriosis has been observed in monkeys chronically exposed to 2,3,7,8-TCDD in the diet (Rier et al. 1993). A possible association between 2,3,7,8-TCDD and endometriosis is supported by rat and mouse studies using surgically induced models of endometriosis (Cummings et al. 1996; Johnson et al. 1997). In contrast, Foster et al. (1997) found that 2,3,7,8-TCDD exposure diminished endometrial tissue growth in mice. These studies used different models of surgically induced endometriosis and highlight the complexity of the disease. In the Cummings et al. (1996) and Johnson et al. (1997) studies, the animals were exposed to 2,3,7,8-TCDD prior to the development of endometriosis, and immune suppression probably facilitated the growth of endometrial

tissue. In the Foster et al. (1997) model, 2,3,7,8-TCDD was administered after endometriosis development and 2,3,7,8-TCDD, via its anti-estrogenic effects, inhibited tissue growth. The relationship between CDD exposure and endometriosis in humans has not been adequately studied. In humans, the etiology of endometriosis likely involves a complex interplay between a number of diverse physiological factors including altered cell-mediated immunity and increased levels of growth hormone.

Although the human data regarding reproductive effects are inconsistent, a number of reproductive effects have been observed in animals, including decreased fertility, altered hormone levels, and gonad damage in males and females. The similarity between some of the effects observed in humans and animals suggest that reproductive effects may also occur in humans.

**Developmental Effects.** The developmental toxicity of 2,3,7,8-TCDD has been investigated in several human populations, with conflicting results. Most studies did not find increases in the number of birth defects in the children of men exposed to 2,3,7,8-TCDD in a chlorophenols manufacturing facility (Townsend et al. 1982) or during the Vietnam war (Aschengrau and Monson 1990; Erickson et al. 1984; Wolfe et al. 1995); or the children of parents living in Seveso, Italy (Bisanti et al. 1980; Mastroiacovo et al. 1988). Some studies did find increases in the incidence of specific defects (e.g., talipes, ventricular septal defect) in the infants of exposed fathers or mothers and fathers (Aschengrau and Monson 1990; Erickson et al. 1984; Hanify et al. 1981; Wolfe et al. 1995), but there was little consistency regarding the type of defect or the target

organ/system. The lack of exposure data, small sample sizes, and the lack of reliable data for birth defect rates prior to 2,3,7,8-TCDD exposure precludes drawing conclusions from these human studies. A section below summarizes information on health effects in humans associated with exposure to CDDs *in utero* and/or via breast milk. Developmental toxicity has been observed in rats, mice, rabbits, hamsters, and monkeys exposed to 2,3,7,8-TCDD and other CDD congeners. Perinatal exposure to 2,3,7,8-TCDD results in structural malformations, functional alterations, decreased growth, and fetal/newborn mortality. Many of the effects occurred at 2,3,7,8-TCDD doses which were not maternally toxic. Acute oral exposure to 2,3,7,8-TCDD during gestation caused an increased incidence of cleft palate and skeletal anomalies in offspring of rats (Giaviani et al. 1983; Huuskonen et al. 1994), mice (Abbott and Birnbaum 1989a; Courtney 1976; Dasenbrock et al. 1992; Neubert and Dillman 1972; Smith et al. 1976; Weber et al. 1985), and rabbits (Giavini et al. 1983). These effects were also observed in fetuses of mice that received subcutaneous injections of 2,3,7,8-TCDD during gestation (Courtney 1976; Poland and Glover 1980). The 2,3,7,8-TCDD-induced cleft palate is caused by the failure of the opposing palatal shelves to fuse (Pratt et al. 1984); 2,3,7,8-TCDD does not alter the size of the palatal shelves or interfere with the opposing shelves coming into contact. Under normal conditions, there is a cessation of medial cell proliferation, a degeneration of peridermal medial cells, and a transformation of basal cells to mesenchymal cells as the opposing palatal shelves come into contact and fuse (Abbott and Birnbaum 1989b). 2,3,7,8-TCDD exposure alters medial cell proliferation and differentiation resulting in the formation of stratified squamous epithelium. Abbott and Birnbaum (1990a) suggest that the altered proliferation and differentiation of the medial

cells is due to 2,3,7,8-TCDD-induced reductions of several growth factors (EGF, TGF-α, and TGF-β1) and increases in EGF receptor expression. EGF and TGF-α (which both bind to the EGF receptor) stimulate epithelial proliferation and differentiation and TGF-β1 inhibits epithelial proliferation. The increased levels of EGF receptor appear to compensate for the decreased EGF and TGF- α levels resulting in continued proliferation. Abbott et al. (1994a, 1994b) suggest that the altered expression of growth factors may be mediated by the Ah receptor. Exposure to 2,3,7,8-TCDD resulted in a dose-dependent down regulation of the Ah receptor throughout the palate; this probably occurs at the transcriptional level as decreases in mRNA were also observed (Abbott et al. 1994b). There is no evidence for direct Ah regulation of growth factors; rather, transcriptional regulation of related genetic activity may indirectly influence growth factor expression. Data which support an association between Ah receptor and cleft palate include a correlation between 2,3,7,8-TCDD binding to the Ah receptor and altered growth factor expression (Abbott et al. 1994b); finding of 2,3,7,8-TCDD-induced altered Ah receptor expression and altered growth factor expression at doses which do not induce cleft palate (Abbott et al. 1994b); and the inability of 2,3,7,8-TCDD to induce cleft palate in strains of mice which have low affinity for Ah receptors (Pratt et al. 1984; Silkworth et al. 1989b). Kidney malformations, particularly hydronephrosis, were observed in the offspring of rats (Giavini et al. 1983; Huuskonen et al. 1994), mice (Abbott et al. 1987a, 1987b; Courtney 1976; Moore et al. 1973; Silkworth et al. 1989b), and hamsters (Gray et al. 1995) orally exposed to 2,3,7,8-TCDD during gestation. Kidney defects were also observed in mouse offspring following *in utero* subcutaneous exposure to 2,3,7,8-TCDD (Courtney 1976) and in mice postnatally exposed to 2,3,7,8-TCDD via contaminated

mothers' milk (Couture-Haws et al. 1991b). The hydronephrosis observed in these offspring is the result of occlusion of the ureter and subsequent accumulation of urine in the kidney (Abbott et al. 1987a). Prenatal exposure to 2,3,7,8-TCDD results in hyperplasia of the epithelium in the ureter, obstruction of the ureteric lumen, and a restriction of the flow of urine. Abbott and Birnbaum (1990b) found that 2,3,7,8-TCDD interfered with the normal decline in EGF receptors in the ureteric epithelia, resulting in excessive proliferation. In the bladder, 2,3,7,8-TCDD exposure also resulted in an increase in the epithelial thickness and continued expression of EGF receptors. 2,3,7,8-TCDD also appears to directly damage the kidney. Under normal conditions, there is an increase in laminin and type IV collagen levels and a thickening of the *lamina densa* of the glomerular basement membrane, which is important in establishing the filtration barrier. Following exposure to 2,3,7,8-TCDD, there is a decreased expression of laminin and type IV collagen and a diminished thickening of the lamina densa (Abbott et al. 1987b). This immature filtration barrier is likely to result in proteinuria and may result in increased urine volume.

A number of recently published studies have shown that the developing reproductive system is very sensitive to the toxicity of 2,3,7,8-TCDD. In female rats, exposure to 2,3,7,8-TCDD on Gd 8 caused functional reproductive toxicity (accelerated onset of constant estrus, shortened reproductive lifespan, reduced ovarian weight, and cystic hyperplasia of the endometrium (Gray and Ostby 1995). Although there were no effects on fertility or estrous cyclicity when 2,3,7,8-TCDD exposure occurred after organogenesis (exposure on Gd 15) (Gray and Ostby 1995), external urogenital

malformations (clefting, hypospadias, vaginal thread, and delayed vaginal opening) were observed (Flaws et al. 1997; Gray and Ostby 1995; Gray et al. 1997a; Heimler et al. 1998). These malformations to external genitalia are likely to interfere with mating (Gray and Ostby 1995). The authors note that the effects on the external genitalia are similar to effects observed in animals exposed to potent estrogen-like chemicals (e.g., DES, estradiol), although it likely that these effects occur by a different mechanism. In male rats, perinatal exposure to 2,3,7,8-TCDD resulted in alterations in androgen status (decreased plasma testosterone levels, delay in testes descent, delay in external signs of puberty, and decreased ventral prostate and seminal vesicle weights), testes and cauda epididymis weights, and spermatogenesis (decreased daily sperm production, amount of mature sperm in cauda epididymis, and amount of sperm ejaculated), and in demasculinization and partial feminization of sexual behavior following exposure on Gd 15 (Bjerke and Peterson 1994; Bjerke et al. 1994a, 1994b; Gray et al. 1995; 1997b; Mably et al. 1992a, 1992b, 1992c; Sommer et al. 1996). In most of these studies, the experimental protocol involved gavaging the dams with a single dose of 2,3,7,8-TCDD on Gd 8 (Gray et al. 1995) or 15 (Bjerke and Peterson 1994; Bjerke et al. 1994a, 1994b; Gray et al. 1995; Mably et al. 1992a, 1992b, 1992c) and assessing a number of indices of reproductive development and function in newborn, juvenile, prepubescent, post-pubescent, and mature male rats. Because 2,3,7,8-TCDD is lipophilic and has a relatively long half-life, a single dose on Gd 15 will result in transplacental exposure from Gd 15 to birth and exposure via contaminated milk. Bjerke and Peterson (1994) compared the reproductive effects of 2,3,7,8-TCDD in rats exposed *in utero* to the effects observed in rats exposed to 2,3,7,8-TCDD only during lactation. Both *in utero* and lactational

exposure resulted in decreased plasma testosterone level, decreased seminal vesicle and ventral prostate growth, and decreased epididymal sperm reserves. Exposure *in utero* only also resulted in decreased daily sperm production and delayed puberty; and exposure by lactation only resulted in partial feminization of sexual behavior. These data suggest that the timing of the 2,3,7,8-TCDD exposure is important. The mechanism by which 2,3,7,8-TCDD disrupts the development of the reproductive system and whether all of the reproductive effects have similar mechanisms is not known. Early investigators of the effects of 2,3,7,8-TCDD on sexual behavior suggested that perinatal exposure to 2,3,7,8-TCDD resulted in impaired sexual differentiation of the central nervous system (Mably et al. 1992b). The results of the Bjerke et al. (1994b) study suggest that the 2,3,7,8-TCDD-induced alterations in sexual behavior were not due to 2,3,7,8-TCDD acting as an estrogen antagonist or altering ER capacities of hypothalamic nuclei. The volume of the sexually dimorphic nucleus in the preoptic area of the hypothalamus (SDN-POA), which is dependent upon testosterone derived estradiol in the brain during perinatal development, was not altered in 2,3,7,8-TCDD-exposed rats. Additionally, the sexual differentiation of ER concentration in brain nuclei which exhibit sexual dimorphism (ventromedial nuclei, medial preoptic nuclei, bed nucleus of the stria terminalis, periventricular preoptic area nucleus, cortical and medial amygdala, and arcuate nucleus) were not affected by 2,3,7,8-TCDD. Thus, 2,3,7,8-TCDD effects did not parallel those of either estrogen or androgen antagonists. Gray et al. (1995) also support the theory that 2,3,7,8-TCDD does not interfere with testosterone- and estrogen-dependent central nervous system sexual differentiation. In their study, no alterations in mounting behavior were observed in male hamsters perinatally exposed to 2,3,7,8-TCDD (in hamsters,

masculinization of the central nervous system requires perinatal exposure to testosterone). Bjerke et al. (1994b) proposed that 2,3,7,8-TCDD may affect other systems, such as brain amine content or growth factor expression of function, which would indirectly impact sexual differentiation. Similarly, Gray et al. (1995) suggested that 2,3,7,8-TCDD-induced alterations in the growth factors and receptors involved in urogenital system cell differentiation and proliferation may result in alterations in morphological sexual differentiation. Bjerke et al. (1994a) also found that the 2,3,7,8-TCDD-induced inhibition of ventral prostate weight and protein content imprinting was not due to perinatal reductions in plasma androgen levels because no effect on imprinting of the seminal vesicle, penis, or pituitary were observed in the 2,3,7,8-TCDD-exposed rats. Using a treatment regime that consisted of administration of a loading subcutaneous dose of 2,3,7,8-TCDD to female rats prior to mating, followed by weekly maintenance subcutaneous doses during mating, pregnancy, and lactation, Faqi et al. (1998) reported that sperm parameters were the most susceptible end points in male offspring examined at puberty (70 days old) and adulthood (170 days old). Based on pharmacokinetic considerations, the authors estimated that the lowest effective dose was <0.8 ng/kg/day. The sperm parameters that were altered were sperm number from cauda epididymis, daily sperm production, sperm transit rate, and percent abnormal sperm (more so in adults than in pubertal rats). No significant and/or consistent effects were observed on litter size, sex ratio, body weights, developmental landmarks, weight of sex organs, and sexual behavior. Testosterone levels were significantly reduced at age 170 days but not at age 70 days. In spite of sperm alterations, all exposed males exhibited normal reproductive performance and successfully impregnated untreated female to produce viable fetuses.

Recent studies have also focused on the role of the Ah receptor in the 2,3,7,8-TCDD-induced alterations in the development of the male reproductive system. Roman et al. (1998a) recently demonstrated the presence of both the Ah receptor and the receptor nuclear translocator (Arnt) in the testis, epididymis, vas deferens, ventral and dorsolateral prostate, and seminal vesicles from adult Holtzman rats. Arnt was localized in all organs in a variety of cell types; subcellular localization varied across organs and cell types within these organs. Unfortunately, technical difficulties precluded the evaluation of the Ah receptor distribution in the various organs. The authors also showed that a single oral dose of 25 μg 2,3,7,8-TCDD/kg produced significant induction of CYP1A1 in the ventral and dorsolateral prostate. CYP1A1 expression was localized in the epithelial cells of the ventral and lateral lobes of the prostate. Less CYP1A1 induction was seen in selected epithelial cells from other tissues, and no induction was detected in the testis. Also, 2,3,7,8-TCDD had no effect on Arnt protein expression, but Ah receptor expression was significantly reduced in all organs examined. In another study from this series, Roman and Peterson (1998) found that, relative to controls, *in utero* exposure to 2,3,7,8-TCDD (1 μg/kg) transiently decreased the amount of several prostate-specific androgen-regulated mRNAs, all of which are markers of a differentiated ductal epithelium. This was in contrast with observations in adults, in which 2,3,7,8-TCDD induced CYP1A1 mRNA without altering the amount of prostate-specific, androgen-regulated mRNAs. These results suggested that the developing prostate can directly respond to *in utero* and lactational exposure to 2,3,7,8-TCDD, and that this exposure not only impairs prostate growth but also delays prostate luminal epithelial cell differentiation. In yet an additional study from this series, Roman et al. (1998b) reported that in the most severely affected

animals, 2,3,7,8-TCDD produced alterations in the histological arrangement of epithelial and stromal cells and in the spatial distribution of androgen receptor expression.

Other developmental effects that have been observed in animals include immunotoxicity (thymic atrophy, immunosuppression, and alterations in thymocyte phenotypes) (Fine et al. 1989; Gehrs et al. 1997a, 1997b; Håkansson et al. 1987; Huuskonen et al. 1994; Luster et al. 1980; Madsen and Larsen 1989; Thomas and Hinsdill 1979), decreased fetal and newborn body weight (Abbott et al. 1992; Bjerke et al. 1994a; Bjerke and Peterson 1994), fetal/newborn mortality or decreased survival (Bjerke et al. 1994a; Bjerke and Peterson 1994; Huuskonen et al. 1994; McNulty 1984; Murray et al. 1979; Nau et al. 1986), and altered social behavior (Schantz et al. 1992).

Developmental toxicity has also been observed in animals exposed to other CDDs. These effects include heart defects in rats exposed to 2,7-DCDD (Schwetz et al. 1973); decreased thymic weight in rats exposed to 1,2,3,7,8-PCDD (Madsen and Larsen 1989); subcutaneous edema, decreased fetal growth, delayed ossification, dilated renal pelvis, and cleft palate in rats exposed to HxCDD (Schwetz et al. 1973); and subcutaneous edema in rats exposed to OCDD (Schwetz et al. 1973).

The animal database provides strong evidence that developmental toxicity is a sensitive end point following 2,3,7,8-TCDD exposure. Structural malformations, functional alterations (including impaired development of reproductive system), decreased growth, and fetal/newborn mortality have been observed in several animal species. Limited

human data on the developmental toxicity of CDDs is available. Most of these studies examined the occurrence of birth defects in children of males exposed to 2,3,7,8-TCDD. Deficiencies in the human data preclude drawing firm conclusion on the potential of 2,3,7,8-TCDD to induce developmental effects in humans. However, the animal data suggest that 2,3,7,8-TCDD is a likely human developmental toxicant.

Appendix B – The following is a quote that contains information on the immunological effects of dioxins from the ATSDR Toxicological Profile on dioxins, Pages 161-165, (ATSDR 1998).

**2.2.2.3 Immunological Effects.** An effect of sublethal exposures (acute, intermediate-term, or chronic) to 2,3,7,8-TCDD common to all species studied is thymic atrophy. Depletion of lymphocytes results in suppression of T-cell immunity. The T-cell responses studied have included delayed hypersensitivity responses, rejection of skin allografts, and *in vitro* mutagen responses of lymphoid cells. T-cell immunotoxicity is probably the most sensitive end point. Effects on T-cells can occur at levels of exposure three orders of magnitude lower than the effects on thymus cellularity. B-lymphocytes are also affected by 2,3,7,8-TCDD, but higher exposure levels are necessary for suppression of humoral immunity. CDDs suppress resistance to different infectious agents by various mechanisms (see Section 2.4 for more detailed information). Acute ED50 values for thymic atrophy following a single dose of 2,3,7,8-TCDD were calculated as 26 µg/kg in Sprague-Dawley rats, 0.8 µg/kg in Hartley guinea pigs, 280 µg/kg in C57BL/6 mice, and 48 µg/kg in Syrian hamsters (Hanberg et al. 1989). A significant dose-related reduction in

absolute thymus weight was reported in young male Wistar rats administered single doses of 1 µg/kg 2,3,7,8-TCDD; this effect was paralleled by a significant decrease in thymic cellularity (De Heer et al. 1994b). Thymic atrophy was shown to be initiated in the thymus cortex on day 4 after a single dose of 25 µg/kg 2,3,7,8-TCDD (De Heer et al. 1994a). The initial lymphodepletion in the cortex was followed by a secondary depletion of medullary thymocytes on day 6, and on day 10, a preferential depletion of cortical thymocytes was no longer observed. Decreased thymus weight was reported in pregnant C57BL/6J mice exposed to 0.5 µg/kg/day 2,3,7,8-TCDD for 10 days (Silkworth et al. 1989b). Offspring of C57BL/6J mice similarly exposed to 1.5 µg/kg/day had severe thymic atrophy, cellular depletion and altered thymocyte antigen expression, and immune function (Holladay et al. 1991). In contrast, similar changes were observed in DBA/2J mice only after exposure to higher doses of 8 µg/kg/day. Furthermore, thymic atrophy was observed in rhesus monkeys after a single dose of 70 µg/kg (McConnell et al. 1978a) and in guinea pigs after a dose of 6 µg/kg (Umbreit et al. 1985).

Treatment of rats with daily doses of 0.72 µg 2,3,7,8-TCDD/kg/day by gavage for 14 days did not alter pontaneous NK-cell activity in the lung, but significantly suppressed influenza virus-augmented NK ctivity (Yang et al. 1994). A significantly higher virus titer was observed on days 2, 3, and 4 in whole lung homogenate from rats treated with a single dose of 10 µg/kg (Yang et al. 1994). Decreased resistance to infection, as evidenced by increased mortality, was observed in B6C3F1 mice infected with *Streptococcus pneumoniae* and administered 1 µg/kg/day 2,3,7,8-TCDD for 14 days (White et al. 1986), and in B6C3F1 mice infected with influenza A virus and

administered a single gavage dose of 0.01, 0.05, or 0.1 µg/kg 2,3,7,8-TCDD (Burleson et al. 1996). The Burleson et al. (1996) study identified a NOAEL of 0.005 µg/kg for this effect. Acute exposure to 2,3,7,8-TCDD reduced polymorphonuclear activity in B6C3F1 mice at 5 µg/kg (no effect was seen in DBA/2N mice) (Ackermann et al. 1989). Suppressed antibody response to sheep erythrocytes (SRBC) was reported in B6C3F1 mice that were given a single gavage dose of 1 µg/kg; no such effect was found after a single dose of 0.5 µg/kg (Holsapple et al. 1986a). However, suppression of the antibody response occurred after 14 daily doses of 0.1 µg/kg/day. In rats, a single dose of 20 µg 2,3,7,8-TCDD/kg administered 5 days before immunization significantly enhanced the primary antibody response to SRBC as judged by a significant increase in serum IgG levels 7 days after immunization (Fan et al. 1996). However, serum IgM levels were not significantly affected by doses of 2,3,7,8-TCDD of up to 40 µg/kg. Fan et al. (1996) also observed that cell-mediated immunity, tested with a delayed-type hypersensitivity (DTH) assay, exhibited a U-shaped response to treatment with 2,3,7,8-TCDD, as doses of 1–20 µg/kg increased the DTH response, whereas doses of 30–90 µg/kg decreased it, even below control levels.

Suppressed total serum complement activity was observed in female B6C3F1 mice exposed to a single gavage dose of 14 µg/kg or 14 daily doses of 0.01 µg/kg/day (White et al. 1986). Serum levels of complement component C3 were also suppressed at doses of $0.5 µg/kg 2,3,7,8-TCDD (White et al. 1986). Subsequent studies by the same group showed that the 2,3,7,8-TCDD-induced reduction in serum C3 is not the result of a decrease in C3 production by hepatocytes but, at least in part, may be due to increased

catabolism (Lin and White 1993). Single gavage doses of 2.5 $\mu$g 2,3,7,8-TCDD/kg suppressed cytotoxic T-lymphocyte (CTL) activity in mice challenged with a tumor allograft by a mechanism that did not involve elevation in plasma glucocorticoid levels (De Krey and Kerkvliet 1995). This was directly correlated with reduced numbers of splenic CTL effector cells (Kerkvliet et al. 1996). In these same animals, a suppression of the alloantibody response was correlated with a decreased expansion of the B-cell splenocyte population. This dose of 2,3,7,8-TCDD also initially induced interferon-$\gamma$, interleukin-2, and tumor necrosis factor production, but the normal increase of these in response to the tumor allograft was not observed. Based on these and additional studies, the authors concluded that these effects are due to TCDD initially interfering with the activation of CD4+ T cells and possibly T helper-B cell interactions. A recent study from the same group of investigators presented evidence that immune 2,3,7,8-TCDD-induced suppression in C57BL/6 mice is not caused by direct alterations in the production of immunomodulatory metabolites of arachidonic acid (Lawrence and Kerkvliet 1997). The above results indicate that immunological effects occur after moderate-to-low single doses or after repeated low doses that accumulate in the body, suggesting that the total dose of 2,3,7,8-TCDD is important. As shown in Figure 2-1, immunotoxicity was a very sensitive end point; the lowest LOAEL for immune effects is 0.01 $\mu$g/kg/day (Burleson et al. 1996; White et al. 1986). In the Burleson et al. (1996) study, decreased resistance to infection was observed in mice receiving a single gavage dose of 0.01 $\mu$g/kg, and no effects were observed at 0.005 $\mu$g/kg. Reduced serum complement levels were observed in mice exposed to 0.01 $\mu$g/kg/day for 14 days (White et al. 1986); no NOAEL was identified in this study. The NOAEL of 0.005 $\mu$g/kg/day identified in the Burleson et al.

(1996) study was used to derive an acute oral MRL for 2,3,7,8-TCDD of $2 \times 10\text{-}4$ µg/kg/day as described in the footnote to Table 2-2, Section 2-5, and in Appendix A.

Several immunological effects were observed following intermediate-duration exposure to 2,3,7,8-TCDD. Decreased thymus weight after 2,3,7,8-TCDD exposure was observed in rats dosed by gavage with 0.71 µg/kg/day for 6 weeks (Vos et al. 1973), in the F3 generation of rats receiving 0.01 µg/kg/day (Murray et al. 1979), and in guinea pigs receiving 0.005 µg/kg/day or 0.03 µg/kg/day (thymic atrophy) in the feed for 90 days (DeCaprio et al. 1986). A significant reduction in absolute and relative thymus weight was observed in male Sprague-Dawley rats administered 2,3,7,8-TCDD by gavage at doses equivalent to 0.8 µg/kg/day (only dose level tested) for 13 weeks (Viluksela et al. 1994). Spleen weight was not significantly altered. Similar results were reported in female Sprague-Dawley rats fed for 13 weeks a diet that supplied doses of $0.014 µg 2,3,7,8-TCDD/kg/day (Van Birgelen et al. 1995). Relative spleen weight was increased at $0.047 µg 2,3,7,8-TCDD/kg/day. Decreased cell-mediated immunity was found in mice and guinea pigs exposed by gavage to 0.71 µg/kg/day for 4 weeks and 0.03 µg/kg/day for 8 weeks, respectively (Vos et al. 1973). Guinea pigs seem to be especially sensitive to 2,3,7,8-TCDD toxicity; an intermediate-duration exposure to 0.001 µg/kg/day reduced the lymphocyte counts, and exposure to 0.03 µg/kg/day caused decreased humoral immunity and thymic atrophy (Vos et al. 1973). A recent study examined the effect of low-level dietary exposure to 2,3,7,8-TCDD to young adult male Leeds strain rats (Badesha et al. 1995). A 30-day exposure to approximately 0.1 µg/kg/day (or a total dose of approximately 3 µg/kg) resulted in an exposure duration-dependent reduction of *in*

*vitro* lipopolysaccharide- induced production of interleukin-1 in cultures of their splenic macrophages. A 180-day exposure to approximately 0.017 µg/kg/day suppressed the production of interleukin-2 by either concanavalin A or phorbol ester/calcium ionophore stimulation, and reduced the lectin-induced proliferation of splenic T cells. The authors concluded that exposure to a low dietary dose of 2,3,7,8-TCDD suppresses the functions of several T-cell subsets. The highest NOAEL value for immunological effects (decreased thymus weight) was 0.0007 µg/kg/day 2,3,7,8-TCDD given to the most sensitive species, guinea pigs, in the diet (DeCaprio et al. 1986). The NOAEL value of 0.0007 µg/kg/day was used to derive an intermediate-duration oral MRL for 2,3,7,8-TCDD of 2×10-5 µg/kg/day as described in the footnote to Table 2-2, Section 2.5, and in Appendix A.

Increased mortality that was indicative of altered immunity was also observed in C57BL/6Jfh mice challenged with *Salmonella bern* following exposure to 1 µg/kg/day of 2,3,7,8-TCDD by gavage once a week for 4 weeks (Thigpen et al. 1975); no significant effects were observed at 0.5 µg/kg/day. In the same study, using the same experimental design, doses of up to 20 µg/kg/day of 2,3,7,8-TCDD had no significant effect on mortality in mice infected with *Herpesvirus suis* (Thigpen et al. 1975). Exposure to 0.5 µg/kg/day 2,3,7,8-TCDD once a week for 5–8 weeks caused suppression of humoral activity in C57BL/6 mice (Vecchi et al. 1983a). In addition, lymph node atrophy was reported in monkeys exposed to a lethal dose of 0.011 µg/kg/day in the feed for 9 months (Allen et al. 1971). Administration of 2,3,7,8-TCDD at approximately 0.071 µg/kg/day to Osborne-Mendel rats or at about 0.3 µg/kg/day to B6C3F1 mice by gavage for 104 weeks

produced no histological alterations in the spleen or thymus (NTP 1982b). Chronic exposure to 2,3,7,8-TCDD in food induced thymic atrophy in Sprague-Dawley rats at 0.1 µg/kg/day in a 2-year study (Kociba et al. 1978a) with the highest NOAEL of 0.01 µg/kg/day.

Furthermore, rhesus monkeys exposed chronically to 0.002 µg/kg/day 2,3,7,8-TCDD in the feed exhibited degeneration of the bone marrow and lymphoid tissues (Hong et al. 1989). A recent study examined the effect of long-term exposure to 2,3,7,8-TCDD on various immune cell phenotypes of female C57 BL/6 mice (Oughton et al. 1995). The mice were administered 0.2 µg 2,3,7,8-TCDD/kg once per week for 14–15 months; this resulted in a cumulative dose of 12–13 µg/kg (approximately 0.03 µg/kg/day) and a concentration of 2,3,7,8-TCDD in adipose tissue of 1.27 ng/g abdominal fat. There were no significant 2,3,7,8-TCDD-related effects on thymus and spleen weight or in the cellularity of these tissues. Exposure to 2,3,7,8-TCDD induced subtle changes in thymic phenotypes which, according to the authors, were of questionable biological relevance given the age-related decrease in thymic cellularity observed. 2,3,7,8-TCDD did not alter the frequencies of the major leukocyte subpopulations, but significantly altered functionally discrete subpopulations within the T-cell compartment. The most notable change was a decrease in the frequency of memory T helper cells, with a concomitant increase in the proportion of naive T helper cells. Oughton et al. (1995) also presented preliminary data suggesting that phenotypic changes in spleen cells correlated with similar changes in blood cells.

Other CDD congeners also appear to affect the immune system. Significant dose-related decreases in absolute and relative thymus weight were observed in male Sprague-Dawley rats administered doses equivalent to 4–110 μg/kg/day 1,2,3,4,6,7,8-HpCDD for 13 weeks by gavage (Viluksela et al. 1994). A dose level of 0.3 μg/kg/day was without significant effect. Treatment with 1,2,3,4,6,7,8-HpCDD had no significant effect on spleen weight. Suppressed antibody response was reported in B6C3F1 mice after 2 weeks of exposure to 0.1 μg/kg/day of 2,7-DCDD, but not after exposure to 10 μg/kg/day of OCDD (Holsapple et al. 1986b). Depressed antibody response was found in C57BL/6 mice exposed to a single dose of 33 μg/kg/day 1,2,3,4,6,7,8-HpCDD (Kerkvliet and Brauner 1987). Suppressed serum complement activity was found in B6C3F1 mice following 2 weeks of exposure to 1 μg/kg/day 1,2,3,6,7,8-HxCDD (White et al. 1986). Splenic hyperplasia was observed in Osborne-Mendel rats after exposure to a mixture of 1,2,3,6,7,8-HxCDD and 1,2,3,7,8,9-HxCDD at 7.1 μg/kg/day, 1 day/week for 13 weeks (NCI/NTP 1980).

In conclusion, the immunological system was a sensitive target of CDD toxicity under experimental conditions in animals. Effects on all types of mediated immunity were seen at doses of 2,3,7,8-TCDD as low as 0.01 μg/kg. Doses of 2,3,7,8-TCDD that were well below the lethal dose affect humoral immunity. Thymic atrophy occurs as single or multiple doses approach those that may increase lethality. Neonates and young animals are much more sensitive than adults to most of the immunological responses. The highest NOAEL values and all reliable LOAEL values for immunological effects in each species

and duration category for each congener are recorded in Table 2-2 and 2-3 and plotted in Figures 2-1 and 2-2.

**References:**

[1] [MDEQ-GRPLT 005746]. 1994. Letter- Koppers to Air Permitting Branch DEQ MS, 3/7/94.

[2] Culp SJ, Warbritton AR, Smith BA, Li EE, Beland FA. 2000. Carcinogenesis. 21:1433.

[3] ATSDR. 2001. Toxicological Profiles. Pentachlorophenol.

[4] [Exhibit B, F, G, H] Map of Koppers Grenada Plant property, Sandom Library 1959.

[5] [KIGRN 024808, KIGRN 106748, KIGRN 024823]. Environmental Data Resources, Inc.

[6] [KIGRN 190374-190376]. 1974. Creosote & Creosote Coal Tar Solution, 4/25/74.

[7] [BEIGREN 007755-007757]. 1980's. POTDW & Boiler Test Data, 1980's.

[8] [BEIGREN 007769-00773]. 1980's. POTDW & Boiler Test Data, 1980's.

[9] [BEIGREN 007769-007827]. 1980's. POTDW & Boiler Test Data, 1980's.

[10] [BEIGREN 007355-007827]. 1980's. POTDW & Boiler Test Data, 1980's.

[11] [BEIGREN 016394-016394]. 1981. Interoffice Correspondence, 8/6/81.

[12] [BEIGREN 069458-069461]. 1982. Report Sludge Burning, February.

[13] [BEIGREN 017423-017578]. 1985. Draft EIR by Law Environmental Services, 8/02/85.

[14] [BEIGREN 028956-028986]. RCRA Part B Application for the Koppers Company, Inc. Hazardous      Waste Management Facility, Grenada, Mississippi Surface Impoundment.

[15] [BEIGREN 028881-02948]. 1987. Report - by Ebasco Services, Inc., EPA Contract No. 68-01-7260, Interim RDFA, Koppers Co., Inc. 3/87.

[16] [BEIGREN 007066-007135]. 1987. Letter - from Koppers to MS State Attorney General's office, 8/17/87.

[17] [KIGRN 135645-135654]. 1987. Boiler Repairs 12/10/87.

[18] [KIGRN 011650-011678]. 1988. Report – by Koppers – boiler stack test, 5/28/88.

[19] [Collins Exhibit 23]. 1988. Letter - from A. Antley to S. Mabry, 8/30/88.

[20] [KIGRN 134126-13429]. 1988. Penta-Grenada 6/23/88.

[21] [KIGRN 040317-040388]. 1988. Report – Wood Boiler Inspection – September 1988.

[22] [KIGRN 049756-050400]. 1989. Fuel Additive Program 1989 Inspection Reports.

[23] [KIGRN 012498-012501]. 1991. Internal Memo from Koppers to Koppers Staff, 12/13/91.

[24] [BEIGREN 036462-036746]. 1992. Permit Application by Woodward-Clyde Consultants, August.

[25] [KIGRN 086754-086838]. 1993. Meeting: Grenada Boiler BIF Permitting, 8/19/93.

[26] [MDEQ-GRPLT 005504-005833]. MDEQ Information File – Air, Boilers, Sludge 1986-1994.

[27] [KIGRN 085227-085431]. 1996. Stack Testing Report, 5/06/96.

[28] [KIGRN 082220-082233]. 1997. Annual Emission Reporting Form for 1996, 7/18/97.

[29] [KIGRN 109788-110168]. Quarterly Boiler Report 1996-1998 Koppers.

[30] [KIGRN 082119-082240]. Air Emissions Reporting Forms 1997-2000.

[31] [KIGRN 082121-082150]. 2000 Actual Emissions, 6/01/01 [KIGRN 082121-082150].

[32] ATSDR. 2002. Toxicological Profile for Wood Creosote, Coal Tar Creosote, Coal Tar, Coal Tar Pitch, and Coal Tar Pitch Volatiles.

[33] International Agency for Research on Cancer (IARC). 1985. Coal Tars and Derived Products: Summary of Data Reported and Evaluation [Web Page]. Available at: www.inchem.org/documents/iarc/vol35/coaltars.html.

[34] Bos RP, Theuws JL, Leijdekkers CM, Henderson PT. 1984. The presence of the mutagenic polycyclic aromatic hydrocarbons benzo[a]pyrene and benz[a]anthracene in creosote P1. Mutat Res. 130(3):153-8.

[35] Carruth AK, Gilbert K, Lewis B. 1997. Environmental health hazards: the impact on a southern community. Public Health Nurs. 14(5):259-67.

[36] Dusich K, Sigurdson E, Hall WN, Dean AG. 1980. Cancer rates in a community exposed to low levels of creosote components in municipal water. Minn Med. 63(11):803-6.

[37] Dean AG, Imrey HH, Dusich K, Hall WN. 1988. Adjusting morbidity ratios in two communities using risk factor prevalence in cases. Am J Epidemiol. 127(3):654-62.

[38] Helmrich SP, Shapiro S, Rosenberg L, Kaufman DW, Slone D, Bain C, Miettinen OS, Stolley PD, Rosenshein NB, Knapp RC, Leavitt T Jr, Schottenfeld D, Engle RL Jr, Levy M. 1983. Risk factors for breast cancer. Am J Epidemiol. 117(1):35-45.

[39] Flodin U, Fredriksson M, Persson B. 1987. Multiple myeloma and engine exhausts, fresh wood, and creosote: a case-referent study. Am J Ind Med. 12(5):519-29.

[40] Persson B, Dahlander AM, Fredriksson M, Brage HN, Ohlson CG, Axelson O. 1989. Malignant lymphomas and occupational exposures. Br J Ind Med. 46(8):516-20.

[41] Karlehagen S, Andersen A, Ohlson CG. 1992. Cancer incidence among creosote-exposed workers. Scand J Work Environ Health. 18(1):26-9.

[42] Wong O, Harris F. Unpublished. 2002. Retrospective Cohort Mortality Study and Nested Case-Control Analyses of Workers at Six Wood-treating Plants.

[43] Pliskova M, Vondracek J, Vojtesek B, Kozubik A, Machala M. 2005. Deregulation of Cell Proliferation by Polycyclic Aromatic Hydrocarbons in Human Breast Carcinoma MCF-7 Cells Reflects Both Genotoxic and Nongenotoxic Events. Toxicol Sci. 83(2):246-256.

[44] The Chirurgical Works of Percival Pott. Cancer Scroti. London: Hawes, Clarke and Collins; 1775; pp. 734-736.

[45] Lee WR, McCann JK. 1967. Mule spinners' cancer and the wool industry. Br J Ind Med. 24(2):148-51.

[46] Doll R. 1952. The causes of death among gas-workers with special reference to cancer of the lung. Br J Ind Med. 9(3):180-5.

[47] Hammond EC, Selikoff IJ, Lawther PL, Seidman H. 1976. Inhalation of benzpyrene and cancer in man. Ann N Y Acad Sci. 271:116-24.

[48] Hanis NM, Stavraky KM, Fowler JL. 1979. Cancer mortality in oil refinery workers. J Occup Med. 21(3):167-74.

[49] Kawai M, Amamoto H, Harada K. 1967. Epidemiologic study of occupational lung cancer. Arch Environ Health. 14(6):859-64.

[50] Harrison RJ. Chemicals. LaDou J. Current Occupational and Environmental Medicine. 3rd ed. Lang Medical Books/McGraw-Hill. 2004. pp. 491-494.

[51] Doll R, Fisher RE, Gammon EJ, Gunn W, Hughes GO, Tyrer FH, Wilson W. 1965. Mortality of Gas-Workers with Speacial Reference to Cancers of the Lung and Bladder, Chronic Bronchitis, and Pneumoconiosis. Br J Ind Med. 22:1-12.

[52] Tang D, Santella RM, Blackwood AM, Young TL, Mayer J, Jaretzki A, Grantham S, Tsai WY, Perera FP. 1995. A molecular epidemiological case-control study of lung cancer. Cancer Epidemiol Biomarkers Prev. 4(4):341-6.

[53] Scott AH, Wilson SR. 1922. On the occupation cancer of the paraffin oil workers of the Scottish shale oil industry. British Medical Journal. 2:971.

[54] Theriault G, Goulet L. 1979. A mortality study of oil refinery workers. J Occup Med. 21(5):367-70.

[55] Thomas T L, Decoufle P, Moure-Eraso R. 1980. Mortality among workers employed in petroleum refining and petrochemical plants. J Occup Med. 22(2):97-103.

[56] Milham S Jr. 1979. Mortality in aluminum reduction plant workers. J Occup Med. 21(7):475-80.

[57] Lloyd JW. 1979. Long-term mortality study of steelworkers. V. Respiratory cancer in coke plant workers. J Occup Med. 21(2):475.

[58] Redmond CK, Strobino BR, Cypess RH. 1976. Cancer experience among coke by-product workers. Ann N Y Acad Sci. 271:102-15.

[59] Gammon MD, Santella RM, Neugut AI, Eng SM, Teitelbaum SL, Paykin A, Levin B, Terry MB, Young TL, Wang Q, Britton JA, Wolff MS, Stellman SD, Hatch M, Kabat GC, Senie R, Garbowski G, Maffeo C, Montalvan P, Berkowitz G, Kemeny M, Citron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V. 2002. Environmental toxins and breast cancer on Long Island. I. Polycyclic aromatic hydrocarbon DNA adducts. Cancer Epidemiol Biomarkers Prev. 11(8):677-85.

[60] Rundle A, Tang D, Hibshoosh H, Estabrook A, Schnabel F, Cao W, Grumet S, Perera FP. 2000. The relationship between genetic damage from polycyclic aromatic hydrocarbons in breast tissue and breast cancer. Carcinogenesis. 21(7):1281-9.

[61] ATSDR. 1996. ToxFAQs™ for Polycyclic Aromatic Hydrocarbons (PAHs).

[62] MacKenzie KM, Angevine DM. 1981. Infertility in mice exposed in utero to benzo(a)pyrene. Biol Reprod. 24(1):183-91.

[63] Vesselinovitch SC, Kyriazis AP, Mihailovich N, Rao KV. 1975. Conditions modifying development of tumors in mice at various sites by benzo(a)pyrene. 35:2948-2953.

[64] Drew RT, Boorman GA, Haseman JK, McConnell EE, Busey WM, Moore JA. 1983. The effect of age and exposure duration on cancer induction by a known carcinogen in rats, mice, and hamsters. Toxicol Appl Pharmacol. 68(1):120-30.

[65] Bulay OM, Wattenberg LW. 1971. Carcinogenic effects of polycyclic hydrocarbon carcinogen administration to mice during pregnancy on the progeny. J Natl Cancer Inst. 46(2):397-402.

[66] Perera FP, Whyatt RM, Jedrychowski W, Rauh V, Manchester D, Santella RM, Ottman R. 1998. Recent developments in molecular epidemiology: A study of the effects of environmental polycyclic aromatic hydrocarbons on birth outcomes in Poland. Am J Epidemiol. 147(3):309-14.

[67] Srivastava VK, Chauhan SS, Srivastava PK, Kumar V, Misra UK. 1986. Fetal translocation and metabolism of PAH obtained from coal fly ash given intratracheally to pregnant rats. J Toxicol Environ Health. 18(3):459-69.

[68] Neubert D, Tapken S. 1988. Transfer of benzo(a)pyrene into mouse embryos and fetuses. Arch Toxicol. 62(2-3):236-9.

[69] Whyatt RM, Jedrychowski W, Hemminki K, Santella RM, Tsai WY, Yang K, Perera FP. 2001. Biomarkers of polycyclic aromatic hydrocarbon-DNA damage and cigarette smoke exposures in paired maternal and newborn blood samples as a measure of differential susceptibility. Cancer Epidemiol Biomarkers Prev. 10(6):581-8.

[70] Chasnoff IJ, Griffith DR, Freier C, Murray J. 1992. Cocaine/polydrug use in pregnancy: two-year follow-up. Pediatrics. 89(2):284-9.

[71] Azuma SD, Chasnoff IJ. 1993. Outcome of children prenatally exposed to cocaine and other drugs: a path analysis of three-year data. Pediatrics. 92(3):396-402.

[72] Ratcliffe SG, Masera N, Pan H, McKie M. 1994. Head circumference and IQ of children with sex chromosome abnormalities. Dev Med Child Neurol. 36(6):533-44.

[73] Columbia Mailman School of Public Health.

[74] Perera FP. 1996. Molecular epidemiology: insights into cancer susceptibility, risk assessment, and prevention. J Natl Cancer Inst. 88(8):496-509.

[75] Phillips DH. 2002a. Smoking-related DNA and protein adducts in human tissues. Carcinogenesis. 23(12):1979-2004.

[76] Poirier MC, Weston A. 1996. Human DNA adduct measurements: state of the art. Environ Health Perspect. 104(Suppl 5):883-93.

[77] Haugen A, Becher G, Benestad C, Vahakangas K, Trivers GE, Newman MJ, Harris CC. 1986. Determination of polycyclic aromatic hydrocarbons in the urine, benzo(a)pyrene diol epoxide-DNA adducts in lymphocyte DNA, and antibodies to the adducts in sera from coke oven workers exposed to measured amounts of polycyclic aromatic hydrocarbons in the work atmosphere. Cancer Res. 46(8):4178-83.

[78] Phillips DH, Schoket B, Hewer A, Bailey E, Kostic S, Vincze I. 1990. Influence of cigarette smoking on the levels of DNA adducts in human bronchial epithelium and white blood cells. Int J Cancer. 46(4):569-75.

[79] Pavanello S, Levis AG. 1992. Coal tar therapy does not influence in vitro benzo[a]pyrene metabolism and DNA adduct formation in peripheral blood lymphocytes of psoriatic patients. Carcinogenesis. 13(9):1569-73.

[80] Hou SM, Lambert B, Hemminki K. 1995. Relationship between hprt mutant frequency, aromatic DNA adducts and genotypes for GSTM1 and NAT2 in bus maintenance workers. Carcinogenesis. 16(8):1913-7.

[81] Tang D, Phillips DH, Stampfer M, Mooney LA, Hsu Y, Cho S, Tsai WY, Ma J, Cole KJ, She MN, Perera FP. 2001. Association between carcinogen-DNA adducts in white blood cells and lung cancer risk in the physicians health study. Cancer Res. 61(18):6708-12.

[82] Safe S. 1998a. Limitations of the toxic equivalency factor approach for risk assessment of TCDD and related compounds. Teratogenesis Carcinog Mutagen. 17:285-304.

[83] USEPA. 2000. Exposure and Human Health Reassessment of 2,3,7,8-Tetrachlorodibenzo-*p*-Dioxin (TCDD) and Related Compounds Part II: Health Assessment for 2,3,7,8-Tetrachlorodibenzo-*p*-dioxin (TCDD) and Related Compounds. http://www.epa.gov/ncea/pdfs/dioxin/part2/fm-chap8.pdf

[84] IARC. 1997. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans: Polychlorinated dibenzo-para-dioxins and polychlorinated dibenzofurans. Lyon, France, 4-11 February 1997. IARC Monogr Eval Carcinog Risks Hum. 69:1-631.

[85] Steenland K, Piacitelli L, Deddens,J, Fingerhut M, Chang LI. 1999. Cancer, heart disease, and diabetes in workers exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin. J Natl Cancer Inst. 91(9):779-86.

[86] Andersson P, McGuire J, Rubio C, Gradin K, Whitelaw ML, Pettersson S, Hanberg A, Poellinger L. 2002. A constitutively active dioxin/aryl hydrocarbon receptor induces stomach tumors. Proc Natl Acad Sci USA. 99(15):9990-5.

[87] National Toxicology Program (NTP). 1982a. Carcinogenesis bioassay of 2,3,7,8-tetrachlorodibenzo-p-dioxin inOsborne–Mendel rats and B6C3F1 mice, Technical Report No. 209. Research Triangle Park, NC National Toxicology Program.

[88] NTP. 1982b. Carcinogenesis bioassay of 2,3,7,8-tetrachlorodibenzo-p-dioxin (CAS no. 1746-01-6) in Swiss Webster mice (dermal study), NIH Publication No. 80-1758.

[89] Portier C, Hoel D, Van Ryzin J, Kaufmann W. Public health risks of the dioxins. Statistical analysis of the carcinogenesis bioassay data relating to the risks from exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin. Los Altos, NM. Lowrance W. ed. 1984. pp. 99-120.

[90] Kogevinas M. 2001. Human health effects of dioxins: cancer, reproductive and endocrine system effects. Hum Reprod Update. 7(3):331-9.

[91] Alaluusua S, Lukinmaa PL, Pohjanvirta R, Unkila M, Tuomisto J. 1993. Exposure to 2,3,7,8-tetrachlorodibenzo-para-dioxin leads to defective dentin formation and pulpal perforation in rat incisor tooth. Toxicology. 81(1):1-13.

[92] Lukinmaa PL, Sahlberg C, Leppaniemi A, Partanen AM, Kovero O, Pohjanvirta R, Tuomisto J, Alaluusua S. 2001. Arrest of rat molar tooth development by lactational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin. Toxicol Appl Pharmacol. 173(1):38-47.

[93] Partanen AM, Kiukkonen A, Sahlberg C, Alaluusua S, Thesleff I, Pohjanvirta R, Lukinmaa PL. 2004. Developmental toxicity of dioxin to mouse embryonic teeth in vitro: arrest of tooth morphogenesis involves stimulation of apoptotic program in the dental epithelium. Toxicol Appl Pharmacol. 194(1):24-33.

[94] Holtta P, Kiviranta H, Leppaniemi A, Vartiainen T, Lukinmaa PL, Alaluusua S. 2001. Developmental dental defects in children who reside by a river polluted by dioxins and furans. Arch Environ Health. 56(6):522-8.

[95] Wang SL, Chen TT, Hsu JF, Hsu CC, Chang LW, Ryan JJ, Guo YL, Lambert GH. 2003. Neonatal and childhood teeth in relation to perinatal exposure to polychlorinated biphenyls and dibenzofurans: observations of the Yucheng children in Taiwan. Environ Res. 93(2):131-7.

[96] Jan J, Vrbic V. 2000. Polychlorinated biphenyls cause developmental enamel defects in children. Caries Res. 34(6):469-73.

[97] Bowman RE, Schantz SL, Weerasinghe NCA, et al. 1989b. Chronic dietary intake of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) at 5 or 25 parts per trillion in the monkey: TCDD kinetics and dose-effect estimate of reproductive toxicity. Chemosphere. 18:243-252.

[98] Schantz SL, Ferguson SA, Bowman RE. 1992. Effects of 2,3,7,8-tetrachlorodibenzo-p-dioxin on behavior of monkey in peer groups. Neurotoxicol Teratol. 14:433-446.

[99] Schantz S, Bowman RE. 1989. Learning in monkeys exposed perinatally to 2,3,7,8-tetrachlorodibenzop-dioxin (TCDD). Neurotoxicol Teratol. 11:13-19.

[100] Schantz SL, Laughlin NK, Van Valkenberg HC, et al. 1986. Maternal care by rhesus monkeys of infant monkey exposed to either lead or 2,3,7,8-tetrachlorodibenzo-p-dioxin. Neurotoxicol. 2:637-650.

[101] Dahlgren J, Warshaw R, Horsak RD, Parker FM, Takhar H. 2003. Exposure assessment of residents living near a wood treatment plant. Environmental Research. 92(2):99-109.

[102] Web site [http://www.raise.gov]

[103] Kerkvliet IN, Brauner JA, Matlock JP. 1985. Humoral immunotoxicity of polychlorinated diphenyl ethers, phenoxyphenols, dioxins and furans present as contaminants of techn. Toxicology. 36:307-324.

[104] Lamberton J, Griffin D, Arbogast B, Inman R, Deinzer M. 1979. The determination of polychlorodibenzo-p-dioxins in pentachlorophenol and wood treatment solutions. American Industrial Hygiene Association Journal. 40:816-822.

[105] Williams PL. 1982. Pentachlorophenol, an assessment of the occupational hazard. American Industrial Hygiene Association Journal. 43(11):799-810.
[106] Lamparski LL, Stehl RH, Johnson RL. 1980. Photolysis of pentachlorophenol-treated wood. Chlorinated dibenzo-p-dioxin formation. Environmental Science & Technology. 14(2):196-200.

[107] Nilsson C, Norstrom A, Andersson K, Rappe C. 1978. Impurities in commericial products related to pentachlorophenol. 313-324.

[108] Cirelli D. 1978. Patterns of pentachlorophenol usage in the United States of America--an overview. 13-18.

[109] EPA. 1980.

[110] Mueller J, Middaugh D, Lantz S, Chapman P. 1991. Biodegradation of cresote and pentachlorophenol in contaminated groundwater:chemical and biological assessment. Applied and Environmental Microbiology. 57(5):1277-1285.

[111] Barbee GC, Brown KW, Thomas JC, Donnelly C, Murray HE. 1996. Mutagenic activity (Ames Test) of wood-preserving waste sludge applied to soil. Bulletin Environmental Contamination Toxicology. 57:54-62.

[112] Cline RE, Hill RH, Phillips DL, Needham LL. 1989. Pentachlorophenol measurements in body fluids of people in log homes and workplaces. Archives of Environmental Contamination and Toxicology. 18:475-481.

[113] Jorens PG, Schepens PJ. 1993. Human pentachlorophenol poisoning. Human & Experimental Toxicology. 12(6):470-495.

[114] Casarett LJ, Bevenue A, Yauger WL, et al. 1969. Observations on pentachlorophenol in human blood and urine. Am Ind Hyg Asso J. 30:360-366.

[115] Ohe T. 1979. Pentachlorophenol residues in human adipose tissue. Bull Environ Contam Toxicol. 22(3):287-92.

[116] Daniel V, Huber W, Bauer K, Suesal C, Mytilineos J, Melk A, Conradt C, Opelz G. 2001. Association of elevated blood levels of pentachlorophenol (PCP) with cellular and humoral immunodeficiencies. Archives of Environmental Health. 56:77.

[117] IRIS. 1993. U.S. Environmental Protection Agency. *Integrated Risk Information System (IRIS) on Pentachlorophenol*. Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development, Cincinnati, OH. 1993.

[118] Bergner H, Constantinidis P, Martin JH. 1965. Industrial Pentachlorophenol Poisoning In Winnipeg. Can Med Assoc J. 92:448-451.

[119] Byard J. 1979. Mechaisms of acute human poisoning by pesticides. Clinical Toxicology. 187-193.

[120] Chapman J, Robson P. 1965. Pentachlorophenol poisoning from bath-water. The Lancet. 1266-1267.

[121] Gray RE, Gilliland RD, Smith EE, Lockard VG, Hume AS. 1985. Pentachlorophenol intoxication: Report of a fatal case, with comments on the clinical course and pathologic anatomy. Archives of Environmental Health. 40(3):161-164.

[122] Haley TJ. 1977. Human poisoning with pentachlorophenol and its treatment Ecotoxicology and Environmental Safety. 1:343-347.

[123] Mason MF, Wallace SM, Foerster E, Drummond W. 1965. Pentachlorophenol Poisoning: Report Of Two Cases. Journal Of Forensic Science. 10(2):136-147.

[124] Roberts HJ. 1981. Aplastic anemia due to pentachlorophenol. N Engl J Med. 305(27).

[125] Wood S, Rom WN, White GL, Logan DC. 1983. Pentachlorophenol poisoning. J Occup Med. 25(7):527-30.

[126] Cooper RG, Macaulay MB. 1982. Pentachlorophenol pancreatitis. The Lancet. 1(8270): 517.

[127] Hay A, Singer CRJ. 1991. Wood preservatives, solvents, and thrombocytopenic purpura. The Lancet. 338:766.

[128] Bevenue A., Beckman H. 1967. Pentachlorophenol: A discussion of its properties and its occurrence as a residue in human and animal tissues. Residue Reviews. 19:83-134.

[129] Clayton GD, Clayton FE, Eds. 1981. Patty's Industrial Hygiene and Toxicology, 3rd ed. New York: John Wiley and Sons, Inc.

[130] Lambert J, Schepens P, Janssens J, Dockx P. 1986. Skin lesions as a sign of subacute pentachlorophenol intoxication. Acta Derm Venereol. 66(2).

[131] Hryhorczuk DO, Wallace WH, Persky V, Furner S, Webster JR, Oleske D, Haselhorst B, Ellefson R, Zugerman C, Webster JR Jr. 1998. A morbidity study of former pentachlorophenol-production workers. Environmental Health Perspectives. 106(7):401-408.

[132] Colosio C, Barcellini W, Meroni P, Alcini D, Colombi A, Cavallo D, FoaV. 1993. Toxicological and immune findings in workers exposed to pentachlorophenol (PCP). Archives of Environmental Health. 48(2):81-88.

[133] Begley J, Reichert EL, Rashad MN, Klemmer HW. 1977. Association between renal function tests and pentachlorophenol exposure. Clinical Toxicology. 11(1):97-106.

[134] Tabershaw. 1979. TOMA.

[135] Blakley B, Yole M, Brousseau P, Boermans H, Fournier M. 1998. Effect of pentachlorophenol on immune function. Toxicology. 125:141-148.

[136] Daniel V, Huber W, Bauer K, Opelz G. 1995. Impaired in-vitro lymphocyte responses in patients with elevated pentachlorophenol (PCP) blood levels. Archives of Environmental Health. 50(4):287-292.

[137] Lang D, Mueller-Ruchholtz W. 1991. Human lymphocyte reactivity after in vitro exposure to technical and analytical grade pentachlorophenol. Toxicology. 70(3):271-282.

[138] McConnachie PR, Zahalsky AC. 1991. Immunological consequences of exposure to pentachlorophenol. Archives of Environmental Health. 46(4):249-253.

[139] Jekat FW, Meisel ML, Eckard R, Winterhoff H. 1994. Effects of pentachlorophenol (PCP) on the pituitary and thyroidal hormone regulation in the rat. Toxicology Letters. 71(1):38620.

[140] Beard AP, Rawlings NC. 1999. Thyroid function and effects on reproduction in ewes exposed to the organochlorine pesticides lindane or pentachlorophenol. Journal of Toxicology and Environmental Health, Part A. 58:509-530.

[141] Gilbert FI Jr, Minn CE, Duncan RC, Wilkinson J. 1990. Effects of pentachlorophenol and other chemical preservatives on the health of wood-treating workers in Hawaii. Arch Environ Contam Toxicol. 19(4):603-9.

[142] Klemmer HW, Wong L, Sato MM, Reichert EL, Korsak RJ, Rashad MN. 1980. Clinical findings in workers exposed to pentachlorophenol. Arch Environ Contam Toxicol. 9(6): 715-25.

[143] Exon JH. 1984. A review of chlorinated phenols. Vet Hum Toxicol. 26(6):508-20.

[144] Larsen RV, Kirsch LE, Shaw SM, Christian JE, Born GS. 1972. Excretion and tissue distribution of uniformly labeled 14 C- pentachlorophenol in rats. Journal of Pharmaceutical Sciences. 61(12):2004-2006.

[145] Maenpaa K, Penttinen O, Kukkonen J. 2004. Pentachlorophenol (PCP) bioaccumulation and effect on heat production on salmon eggs at different stages of development. Aquatic Toxicology. 68:75-85.

[146] De Maeyer J, Schepens PJ, Jorens PG, Verstraete R. 1995. Exposure to pentachlorophenol as a possible cause of miscarriages. Br J Obstet Gynaecol. 325064-325064.

[147] Gerhard I, Derner M, Runnebaum B. Prolonged exposure to wood preservatives induces endocrine and immunologic disorders in women. American Journal of Obstetrics and Gynecology. 165(2):487-488.

[148] Karmaus W, Wolf N. 1995. Reduced birthweight and length in the offspring of females exposed to PCDFs, PCP, and lindane. Environ Health Perspect. 103(12):1120-5.

[149] Dimich-Ward H, Hertzman C, Teschke K, Hershler R, Marion SA, Ostry A, Kelly S. 1996. Reproductive effects of paternal exposure to chlorophenate wood preservatives in the sawmill industry. Scand J Work Environ Health. 22(4):267-73.

[150] Walls CB, Glass WI, Pearce NE. 1998. Health effects of occupational pentachlorophenol exposure in timber sawmill employees: a preliminary study. New Zealand Medical Journal. 111(1074).

[151] Peper M, Ertl M, Gerhard I. Long-term exposure to wood-preserving chemicals containing pentachlorophenol and lindane is related to neurobehavioral performance. American Journal of Industrial Medicine. 35(6):632-641.

[152] Greene MH, Brinton LA, Fraumeni JF, D'Amico R. 1978. Familial And Sporadic Hodgkin's Disease Associated With Occupational Wood Exposure (Letter). The Lancet. 2(8090):626-627.

[153] Boberg E, Miller E, Miller J, Poland A, Liem A. 1983. Strong Evidence from Studies with Brachymorphic Mice and Pentachlorophenol That 1'-Sulfooxysafrole is the Major Ultimate. Cancer Research. 43:5163-5173.

[154] Chadwick R, George S, Chang J, Kohan M, Dekker J, Long J, Duffy M, Williams R. 1991. Potentiation of 2,6-dinitrotoluene genotoxicity in Fischer 344 rats by pretreatment with pentachlorophenol. Research Biochemistry and Physiology. 39:168-181.

[155] Randerath E, Zhou G, Donnelly KC, Safe SH, Randerath K. 1996. DNA damage induced in mouse tissues by organic wood preserving waste extracts as assayed by 32P-postlabeling. Archives of Toxicology. 70:683-695.

[156] Klein RG, Schmezer P, Amelung F, Schroeder HG, Woeste W, Wolf J. 2001. Carcinogenicity assays of wood dust and wood additives in rats exposed by long-term inhalation. Int Arch Occup Environ Health. 74(2):109-118.

[157] Bordelon NR, Donnelly KC, George SE. 2001. Pentachlorophenol potentiates benzo[a]pyrene DNA adduct formation in adult but not infant B6C3F1 male mice. Environmental and Molecular Mutagenesis. 37(2):164-172.

[158] Lin PH, La DK, Upton PB, Swenberg JA. 2002. Analysis of DNA adducts in rats exposed to pentachlorophenol. Carcinogenesis. 23(2):365-369.

[159] HSDB. 1999. Naphthalene, 1-Methylnaphthalene, and 2-Methylnaphthalene.Hazardous Substances Data Bank. National Library of Medicine. January, 1999.

[160] EPA. 2003. Health Effects Support Document for Naphthalene. February 2003.

[161] Zuelzer WW, Apt L. 1949. Acute hemolytic anemia due to naphthalene poisoning: A clinical and experimental study. J Am Med Assoc. 141:185-190.

[162] Lezenius A. 1902. [A case of naphthalene cataract in man]. Monatblatter fur Augenheitkunde. 40:129-141.

[163] Agency for Toxic Substances and Disease Registry (ATSDR). 1995. Toxicological Profile for Napthalene (update). Department of Health and Human Services. CRC Press, Boca Raton, FL.

[164] Gupta R, Singhal PC, Muthusethupathy MA, et al. 1979. Cerebral oedema and renal failure following naphthalene poisoning. J Assoc Phys. (India) 27:347-348.

[165] Kurz JM. 1987. Naphthalene poisoning: critical care nursing techniques. Dimens Crit Care Nurds. 6:264-270.

[166] Ijiri I, Shimosata K, Omae M, et al. 1987. A case report of death from Napthalene poisoning. Japan J Legal Med. 41(1):52-55.

[167] Zinkham WH, Childs B. 1957. Effect of vitamin K and naphthalene metabolites on glutathione metabolism of erythrocytes from normal newborns and patients with naphthalene hemolytic anemia. Am J Dis Child. 94:420-423

[168] Anziulewicz JA, Dick HJ, Chiarulli EE. 1959. Transplancental naphthalene poisoning. Am J Obstet Gynecol. 78:519-521.

[169] Valaes T, Doxiadis SA, Fessas P. 1963. Acute hemolysis due to naphthalene inhalation. J Pediatr. 63:904-915.

[170] Ghetti G, Mariani L. 1956. [Alterazioni oculari da naftalina]. Med Lavoro. 47(10):533-538.

[171] Kup W. 1978. [Work-related origin of cancer in the nose, mouth, and larynx]. Akad Wiss. 2:20-25.

[172] EPA. 1998a. Toxicological Review of Naphthalene (CAS No. 91-20-3) in Support of Summary Information on the Integrated Risk Information System (IRIS). U.S. Environmental Protection Agency. August, 1998.

[173] Wolf O. 1976. Cancer diseases in chemical workers in a former naphthalene cleaning plant. Deutsch. Gesundheitwes. 31:996-999.

[174] Van Heyningen R, Pirie A. 1967. The metabolism of naphthalene and its toxic effects on the eye. Biochem J. 102:842-852.

[175] Papciak RJ, Mallory VT. 1990. Acute toxicological evaluation of naphthalene. J Amer Coll Toxicol Part B: Acute toxicity data. 1(1):17-19.

[176] Dawson JP, Thayer WWW, Desforges JF. 1958. Acute hemolytic anemia in the newborn infant due to naphthalene poisoning: report of two cases, with investigations into the mechanism of the disease. Blood. 13:1113-1125.

[177] OEHHA. 2004. California Office of Environmental Health Hazard Assessment. Carcinogenic Effects Assessment, Part II Technical Support Document for the Air Toxics Hot Spots program.

[178] NTP. 1992. Toxicology and Carcinogenesis Studies of Napthalene (CAS No. 91-20-3) in B6C3F1 Mice (Inhalation Studies). Technical Report Series No. 410. NIH Publication No. 92-3141. U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health. NTP, Research Triangle Park, NC.

[179] Sasaki JC, et al. 1997. Genotoxicity induced in human lymphoblasts by atmospheric reaction products of naphthalene and phenanthrene. Mutat Res. 393:23-35.

[180] Delgado-Rodriguez A, et al. 1995. Genotoxic activity of environmentally important polycyclic aromatic hydrocarbons and their nitro derivatives in the wing spot test of *Drosophila melanogaster*. Mutat Res. 341:235-247.

[181] NTP. 2000. Toxicology and Carcinogenesis Studies of Naphthalene (CAS No. 91-20-3) in F344/N Rates (Inhalation Studies). Technical Report Series No. 500. NIH Publication No. 00-4434. U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health. NTP, Research Triangle Park, NC.

[182] OEHHA. 2004. California Office of Environmental Health Hazard Assessment. Adoption of Unit Risk Value for Naphthalene, Part II, p. 12.

[183] Gaylor DW, et al. 1994. Point estimates of cancer risk at low doses. Risk Anal 14:843-850.

[184] Mackay D, Leinonen PJ. 1975. Rate of evaporation of low-solubility contaminants from water bodies to atmosphere. Environ Sci Technol. 9(13):1178-1180.

[185] Southworth GR. 1979. The role of volatilization in removing polycyclic aromatic hydrocarbons from aquatic environments. Bull Environ Contam Toxicol. 21:507-514.

[186] Rodgers JH, et. al. 1983. Use of microcosms to study transformation and fate of organics in aquatic systems. Environ Toxicol Chem. 2:155-168.

[187] Miller T. 2000. Selected findings and Current Perspectives on Urban Water Quality-The National Water Quality Assessment (NAWQA) Program of the U.S. Geological

Survey. Paper presented to the NAWQA National Liaison Committee, June 13, 2000. 8 pp.

[188] Chuang JC, et. al. 1999. Polycyclic aromatic hydrocarbon exposures of children in low-income families. J Exp Anal Environ Epidem. 9(2):85-98.

[189] Gold et al. 1991. Indoor Air-Assesment; Indoor Air Concentrations of Environmental Carcinogens. EA 600/8-90/042. Research Triangle Park, NC: Environmental Criteria and Assessment Office, Office of Research and Development.

[190] IARC. 1993. IARC scientific publication on indoor concentrations of environmental carcinogens. Volume 12: Indoor air. Lyon, France: International Agency for Research on Cancer, World Health Organization, Publication no. 109, chapter 5.

[191] Chuang et al. 1995. Monitoring methods for polycyclic aromatic hydrocarbons and their distribution in house dust and tract-in soil. Environ Sci Tech. 29(2):494-500.

[192] Wild et al. 1990. Organic contaminants in an agricultural soil with a known history of sewage sludge amendments: Polynuclear aromatic hydrocarbons. Environ Sci Tech. 24:1706-1711.

[193] Weissenfels et al. 1992. Adsorption of polycyclic aromatic hydrocarbons (PAHs) by soil particles: influence on biodegradability and biotoxicity. Appl Microbiol Biotechnol. 36:689-696.

[194] Staples et al. 1985. Assessment of priority pollutant concentrations in the United States using STORET database. Environ Toxicol Chem. 4:131-142.

[195] Ansari G, Gan J, Barton B. 1988. Synergistic inactivation of plasma alpha-proteinase inhibitor by the aldehydes of cigarette smoke with styrene oxide and 1,2-dichloroethane. Archives of Environmental Contamination and Toxicology. 17:533-536.

[196] Oehme FW. 1996. A review of the toxicology of air pollutants: Toxicology of chemical mixtures. Vet Hum Toxicol. 38:371-377.

[197] Aragno M, Tamagno E, Danni O, Ugazio G. 1992. In vivo studies on halogen compound interactions. III. Effect of carbon tetrachloride plus 1,2-dichloroethane on liver necrosis and fatty accumulation. Research Communications in Chemical Pathology and Pharmacology. 76(3):341-354.

[198] Rajapakse N, Silva E, Kortenkamp A. 2002. Combining Xenoestrogens at Levels below Individual No-Observed-Effect Concentrations Dramatically Enhances Steroid Hormone Action. Environmental Health Perspectives. 110:917–921.

[199] Rajapakse N, Ong D, Kortenkamp A. 2001. Defining the Impact of Weakly Estrogenic Chemicals on the Action of Steroidal Estrogens. Toxicological Sciences 60: 296-304.

[200] Bond J, Medinsky MA. 1995. Health risk assessment of chemical mixtures from a research perspective. Toxicology Letters. 82-83:521-525.

[201] Escalona E, Yanes L, Feo O, Maizlish N. 1995. Neurobehavioral evaluation of Venezuelan workers exposed to organic solvent mixtures. Amer J Ind Med. 27:15-27.

[202] Chen Z, Liu S, Cai S, Yao Y, Yin H, Ukai H, Uchida Y, Nakatsuka H, Watanabe T, Ikeda M. 1994. Exposure of workers to a mixture of toluene and xylenes. II. Effects. Occup Environ Med. 51:47-49.

[203] Beiswanger CM, Mandella RD, Graessle TR, Reuhl KR, Lowndes HE. 1993.

Synergistic neurotoxic effects of styrene oxide and acrylamide: glutathione-independent

necrosis of cerebellar granule cells. Toxicol Appl Pharmacol. 130:237-247.


[204] Garabrant DH, Dumas C. 2000. Epidemiology of organic solvents and connective tissue disease. Arthritis Research. 2(1):5-15.

[205] Garcia-Zamalloa AM, Ojeda E, Gonzalez-Beneitez C, et al. 1994. Systemic sclerosis

and organic solvents: early diagnosis in industry. Annals of the Rheumatic Diseases.

53:618.


[206] Hsieh GC, Sharma RP, Parker RDR. 1991. Hypothalamic-pituitary-sdrenocortical axis activity and immune function after oral exposure to benzene and toluene. Immunopharmacology. 21:23-32.

[207] Germolec DR, Yang RSH, Ackermann MF, Rosenthal GJ, Boorman GA, Blair P, Luster MI. 1989. Toxicology studies of a chemical mixture of 25 groundwater contaminants. II. Immunosuppression in B6C3F1 mice. Fundamental and Applied Toxicology. 13:377-387.

[208] Sallmen M, Lindboh M, Kyyronen P, Nykyri E, Anita A, Taskinen H, Hemminki K. 1995. Reduced fertility among women exposed to organic solvents. Am J Ind Med. 27:699-713.

[209] Nylen P, Ebendal T, Eriksdotter-Nilsson M, Hansson T, Henschen A, Johnson A, Kronevi T, Kvist U, Sjostrand N, Hoglund G, Olson L. 1989. Testicular atrophy and loss of nerve growth factor-immunoreactive germ cell line in rats exposed to n-hexane and a protective effect of simultaneous exposure to toluene or xylene. Arch Toxicol. 63:296-307.

[210] Cavieres MF, Jaeger J, Porter W. 2002. Developmental Toxicity of a Commercial Herbicide Mixture in Mice: I. Effects on Embryo Implantation and Litter Size. Environmental Health Perspectives. 110:1081-1085.

[211] Porter WP, Jaeger JW, Carlson IH. 1999. Endocrine, immune and behavioral effects of aldicarb (carbamate), atrazine (triazine) and nitrate (fertilizer) mixtures at groundwater concentrations. Toxicology and Industrial Health. 15:133-150.

[212] Van Birgelen APJM, Fase KM, Kolk J van der, Poiger H, Brouwer A, Seinen W, Berg M van den. 1996. Synergistic effect of 2,2',4,4',5,5'-Hexachlorobiphenyl and 2,3,7,8-Tetrachlorodibenzo-p-Dioxin on hepatic porphyrin levels in the rat. Environmental Health Perspectives 104:550-557.

[213] Partanen TJ, Vainio HU, Ojajarvi IA, Kauppinen TP. Pancreas cancer, tobacco smoking and consumption of alcoholic beverages: a case-control study. Cancer Lett. 116: 27-32.

[214] Fuchs CS, Colditz GA, Stampfer MJ et al. A prospective study of cigarette smoking and the risk of pancreatic cancer. Arch Intern Med. 156: 2255-60.

[215] Ojajarvi IA, Partanen TJ, Ahlbom A et al. Occupational exposures and pancreatic cancer: a meta-analysis. Occup Environ Med. 57: 316-24.
[216] Risch HA. Etiology of pancreatic cancer, with a hypothesis concerning the role of N-nitroso compounds and excess gastric acidity. J Natl Cancer Inst. 95: 948-60.

[217] Correa P, Piazuelo MB, Camargo MC. The future of gastric cancer prevention. Gastric Cancer. 7: 9-16.
[218] Randem BG, Langard S, Dale I, Kongerud J, Martinsen JI, Andersen A. Cancer incidence among male Norwegian asphalt workers. Am J Ind Med. 43: 88-95.

[219] Burns and McDonnell. Health Profile for Forrest Products Division Facility Kerr-McGee Chemical Corporation. 92.

[220] Rundle A, Tang D, Mooney L, Grumet S, Perera F. The interaction between alcohol consumption and GSTM1 genotype on polycyclic aromatic hydrocarbon-DNA adduct levels in breast tissue. Cancer Epidemiol Biomarkers Prev. 12: 911-4.

[221] Birnbaum LS, Fenton SE. 2003.Cancer and developmental exposure to endocrine disruptors. Environ Health Perspect. 111(4): 389-94

[222] Brown NM, Manzolillo PA, Zhang JX, Wang J, Lamartiniere CA. Prenatal TCDD and predisposition to mammary cancer in the rat. Carcinogenesis. 19: 1623-9.

[223] Health effects of outdoor air pollution. Committee of the Environmental and Occupational Health Assembly of the American Thoracic Society. Am J Respir Crit Care Med. 153: 3-50.

[224] Leikauf GD, Kline S, Albert RE, Baxter CS, Bernstein DI, Buncher CR. Evaluation of a possible association of urban air toxics and asthma. Environ Health Perspect 103 Suppl 6:253-71. 95.

[225] Chilmonczyk BA, Salmun LM, Megathlin KN et al. Association between exposure to environmental tobacco smoke and exacerbations of asthma in children. N Engl J Med, 328: 1665-9.