| 1 | Q Talking about immune symptoms, you mentioned |
|---|---|

1 Q Talking about immune symptoms, you mentioned
2 arthritis and rheumatism, pale and numb fingers, rash on
3 cheeks that last more than a month, rash from sun other
4 than sunburn, pain on taking deep breaths, protein or
5 albumin in urine and sudden hair loss.
6 Are all those items I mentioned immune system
7 symptoms, in your opinion?
8 A Yes.
9 Q And you characterized them that way in your
10 report?
11 A That's correct.
12 Q Which if any of these immune system symptoms
13 would Ms. McNeal have had had she not been exposed to
14 creosote, penta or dioxin?
15 A I don't believe she had those symptoms absent
16 her exposures to the dioxins, the PAHs and penta, and all
17 of those alter the immune system, giving rise to an
18 increased risk for immune system symptoms. And I don't
19 know of any other factor in her risk picture that would
20 contribute to the immune system problems.
21 Q Which of the contaminants you've identified
22 caused or contributed to her immune system? Was it
23 penta? Creosote? Dioxin?
24 A The most well-studied are dioxins. They have
25 been studied extensively for their propensity to disrupt

121

1 and cause alterations in the immune system. There is
2 some data with PAHs and penta, but most of the immune
3 system disruption is most likely related to the dioxins.
4 Q Are you able to be any more specific, that is
5 can you tell me whether if Ms. McNeal had been exposed to
6 just penta and not dioxins and PAHs, she would have
7 the same immune system symptoms or the same severity of
8 her immune system symptoms?
9 A If she had just been exposed to PAHs and penta?
10 Q No, just dioxin and not the others.
11 A I don't know. I think the important point is
12 that these patients -- this patient in particular was
13 exposed to chemicals and the whole mixture and developed
14 these health problems.
15 As I said, I don't know of any other risk
16 factors and it doesn't occur in people who smoke, and
17 doesn't occur in -- I mean immune system dysfunction
18 occurs in the general population but in a low prevalence
19 and I don't know of any other risk factors.
20 Some doctors may say being black there is a
21 slightly increased rate of scleroderma and lupus in
22 blacks. Other studies have not confirmed that. But I
23 have no reason to invoke any causative factor other than
24 her exposure to the environmental pollutants.
25 Q She doesn't have scleroderma or lupus, does

122

1 she?
2 A No. I said that's an immune system
3 dysfunction, two diagnoses that have been identified.
4 Q Let's go back for a moment to the neurological
5 symptoms you mentioned on the last page of your report
6 and we'll mark these as exhibits tomorrow.
7 This is page 13 and you list a series of
8 neurological symptoms. Do you see that?
9 A Yes, I do.
10 Q How many of these are based on self reports?
11 A All symptoms by definition are self reports.
12 Q For each one of these plaintiffs, you
13 administered a questionnaire?
14 A That's correct.
15 Q And you did an examination?
16 A That's correct.
17 Q And you reviewed available medical records?
18 A Yes.
19 Q Now, some of the symptoms the plaintiffs
20 reported in their interviews with you and on their
21 questionnaires are not confirmed by medical records; is
22 that correct?
23 A That's correct. There are many symptoms they
24 complain about that are not listed by their doctors in
25 their medical records, correct.

123

1 Q Can you tell me which of the neurological
2 symptoms you have listed on page 13 are also reflected in
3 her medical records and which were reported on her visit
4 with you or her questionnaire?
5 A Well, in February 1998, she was seen by Dr.
6 Harrison who diagnosed anxiety and didn't describe any
7 further symptoms, unfortunately. None of the visits
8 relative to her hypertension have really probed for her
9 symptoms of headache, dizziness, lightheadedness memory
10 disturbance and so forth.
11 I don't think there is other mention in her
12 medical reports -- and we have a limited number of
13 records and only Dr. Harrison's records and that's all we
14 have.
15 Q Anxiety is not one of these neurological
16 symptoms that you listed in your summary?
17 A No, I don't think so. We don't ask that
18 question, per se, but let's look and see something. We
19 do have an anxiety index under the profile of mood states
20 and that reveals she has some slight anxiety and not a
21 tremendous amount.
22 Q And what was the doctor's name?
23 A Harrison.
24 Q So is Dr. Harrison a neurologist or just a
25 general internist?

124

1    A    Judging by the records -- I didn't list his
2  specialty but I would think that he is -- well, the
3  internist or family doctor.
4    Q    So she reported as a neurological symptom
5  anxiety to Dr. Harrison?
6    A    That's correct.
7    Q    And several years later she reported a longer
8  list of neurological symptoms to you in response to her
9  questionnaire and her examination; correct?
10    A    That's correct.
11    Q    Let's move on to her immune system symptoms.
12  Which of her immune system symptoms have you confirmed by
13  reference to her medical records?
14    A    I don't think any of them have been confirmed
15  by her medical records.
16    Q    Those are all based on her answers to the
17  questionnaire and her visit with you?
18    A    That's correct.
19    Q    The next item you have in your summary is
20  cancer. And the two cancers you mentioned are skin and
21  cervical cancer in situ; is that correct?
22    A    Yes.
23    Q    And both of those were -- correct me if I'm
24  wrong -- identified in medical records at some point; is
25  that right?

                                                    125

1    A    The carcinoma, yes.
2    Q    And looking at her dermatology -- this is part
3  of your summary, page 11 of 13 -- it says right axillary
4  lipoma removed by Dr. Harrison. What's a lipoma?
5    A    A small benign fatty tumor.
6    Q    That's not cancer?
7    A    Right.
8    Q    Then it says papilloma of neck excised. Do you
9  see that?
10    A    Yes.
11    Q    Is that a cancer?
12    A    No. It's a neoplastic growth but not a
13  cancerous one.
14    Q    What type of skin cancer did Ms. McNeal have?
15    A    She didn't. She misstated that and it was
16  squamous cell carcinoma of the cervix that got
17  erroneously listed as a skin cancer.
18    Q    Do you think the reason she listed it
19  erroneously as squamous cell is also a designation of
20  skin cancer?
21    A    Yes.
22    Q    What causes squamous cell cancer of the cervix?
23    A    There is a virus called human papilloma virus
24  which appears to be a co-factor for the development of
25  cervical cancer, and most patients with cervical cancer

                                                    126

1  have positive HPV in their cervix, but many patients have
2  it without HPV and do not have cervical cancer. So there
3  has to be a co-factor.
4        Cigarette smoking is identified as a risk
5  factor for cervical cancer, as is exposure to a variety
6  of other chemicals. But the one relevant here is
7  cigarette smoking. PAHs have been found in the cervical
8  mucous and contribute to the risk of cancer in that
9  organ.
10    Q    And Ms. McNeal is or was a smoker?
11    A    She smoked -- what she said was one cigarette
12  per day.
13    Q    Do you think that's right? I wondered if that
14  was a mistake. Was it one pack or one cigarette per day?
15    A    She was a one cigarette a day smoker. Like a
16  lot of black woman that I have interviewed in Mississippi
17  and elsewhere, she is not a big smoker and doesn't sit
18  and puff on them all day long and she has one cigarette
19  basically as a social event when she's with friends or
20  family.
21    Q    And she began when she was 17 years old?
22    A    That's what she said.
23    Q    And continued through the present time?
24    A    She continues to be what I call a very light
25  smoker.

                                                    127

1    Q    And do you believe her smoking contributed to
2  her cervical cancer?
3    A    Yes.
4    Q    Do you believe her cervical cancer is also
5  related to exposure to dioxins, penta or PAHs?
6    A    I believe it's related to those chemicals, as
7  well, yes.
8    Q    So the three factors we have for her cervical
9  cancer are the -- let me ask a foundational question.
10        Does cervical cancer of this nature ever occur
11  in the absence of the human papilloma virus?
12    A    I don't recall. It's a high percentage. I'm
13  not sure if a hundred percent and more like 90 percent
14  where cervical cancers occur with HPV positivity.
15    Q    And the HPV is the reason women get Pap smears
16  on a regular basis?
17    A    No. They get them to detect cancer in the
18  early treatable stage. Patients who do not have HPV get
19  cervical Pap smears done on a regular basis.
20    Q    Why is it called a Pap smear?
21    A    After Dr. Papanicolaou who invented the smear.
22    Q    Fair enough. Just to go back to the question,
23  the three contributing factors we have is the human
24  papilloma virus, the cigarette smoking and exposure to
25  PAHs, dioxins and penta; is that correct?

                                                    128

                              32 (Pages 125 to 128)

1 A Yes.
2 Q Is there any way to separate out for me the
3 extent to which any of the three causative factors
4 contributed to her getting cervical cancer?
5 A Her exposure to the PAHs by the history of what
6 I have, one cigarette a day, would be a small
7 contributing factor. Her dose of PAHs, dioxin and penta
8 are far, far greater risk factors than that one cigarette
9 a day.
10 In fact, in the history of cigarette smoking
11 and cancer, patients that are light smokers usually don't
12 have any significant increase in their cancer risk just
13 from smoking. Assuming she does smoke as light as I'm
14 assuming she did.
15 With the lung cancer risk, you don't begin to
16 see a significant increase in the lung cancer risk of
17 smokers until they get to about 20 pack years, and there
18 is some increase below 20 pack years, but that's when you
19 see the clear separation.
20 So social smokers like this, they don't have a
21 big risk for getting cancer and their cancer risk I think
22 to the cervical cancer. So even though it's probably a
23 contributing factor on top of her very high exposures
24 that took place in the neighborhood from the plant, the
25 major, major cause is her exposure to the plant.

129

1 The HPV is a necessary but not sufficient
2 factor and seems to be a co-factor, increases the risk
3 but by itself may or may not have caused the disease to
4 occur.
5 Q Women who are not exposed to PAH, dioxin and
6 penta do get this type of cervical cancer; is that
7 correct?
8 A Yes.
9 Q And do women get this type of cervical cancer
10 who are not exposed to the HPV virus?
11 A I think I told you my best recollection is it's
12 about 80 or 90 percent of patients with cervical cancer
13 have HPV but not all. And, furthermore, there is a
14 prevalence of patients with HPV who never get cervical
15 cancer, so it's a co-factor but not a hundred percent.
16 In other words, just because you have it, it doesn't mean
17 you'll get the disease.
18 Q We're talking about HPV as sort of a present or
19 not present type of situation.
20 Are there different levels of HPV different
21 women have, different doses?
22 A Different types or different intensity of
23 infection?
24 Q Yes.
25 A I don't have information about that issue.

130

1 Q Do you know whether intensity of infection or
2 number of virus molecules per picogram of blood is
3 something that influences the rate that women get this
4 type of cervical cancer?
5 A It probably does. I don't remember the data
6 off the top of my head but it makes sense to me if there
7 is documentation of a heavier viral load, that might
8 increase the risk.
9 Q Viruses act the same way that some of these
10 environmental toxins do, the heavier the dose and the
11 larger exposure the more likely it is that a person will
12 have a negative effect from the virus?
13 A Well, the thing that determines the viral load
14 is the patient's immune system. You're right. If the
15 immune system is impaired, allowing the virus to grow,
16 that means the immune system is probably less able to
17 fight off cancer. So the mechanism of which the
18 increased rate of cancer in a higher viral load would
19 most likely reduce the immune system in that patient.
20 Q Can you tell me, but for exposure to PAH,
21 dioxin or penta if Ms. McNeal would have had cervical
22 cancer?
23 A I don't how you could say that. What we have
24 is a patient in front of us, and she had -- they never
25 did the HPV virus titer on her so we don't know if she

131

1 had that -- the but for was absent the exposure to
2 chemicals from Koppers?
3 Q Right. Would she have had cervical cancer?
4 A I think it's unlikely given the fact that the
5 co-factor we've identified is her cigarette smoking. She
6 didn't, as far as I know, have any other exposures that
7 would increase her risk, and we don't know if she has
8 HPV, as far as that goes. I don't know how you can say
9 that she would or would not have cancer absent all the
10 facts here.
11 Q The next item in your summary is respiratory
12 symptoms, including chronic bronchitis, asthma -- it's on
13 page 13 for your summary of Ms. McNeal.
14 A Right.
15 Q Which of these respiratory symptoms do you
16 believe are related to her exposure to PAH, dioxin or
17 penta?
18 A I believe all are related to her exposure to
19 the chemicals here.
20 Q Were they all caused by the exposure to the
21 chemicals or contributed to by the exposure to chemicals?
22 A The only risk factor we have here for the
23 respiratory symptoms is her cigarette smoking, which we
24 indicated is quite minimal. You know, I think we should
25 probably look at the other doctors' histories about the

132

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

1 cigarette issue because I think it would help us.
2    Q  Do you have that handy?
3    A  I don't know if I can find it quickly. Dr.
4 Sawyer did a history and let's see --
5    Q  Is this Dr. Sawyer's report?
6    A  No, Dr. Wilson. Dr. Sawyer didn't have any
7 comment about the cigarettes.
8    Q  Did Dr. Wolfson examine Ms. McNeal?
9    A  Yes. The blood pressure was 174 over 84. I
10 don't see a comment about cigarettes and -- there it is.
11 Ms. McNeal smoked for 32 years, starting at age 18, and
12 she continues to smoke one pack per day and tried to stop
13 smoking with use of nicotine patches without success.
14 Her husband is a 2-pack a day smoker since age 16 and
15 stopped at age 55 in November 2004.
16    So when she wrote one, she meant one pack a day
17 and my comment about her cigarettes would have to be
18 modified.
19    Q  Sure, absolutely.
20    MR. LUNDY: This is her deposition summary?
21    THE WITNESS: Yes. There is a lot of smoking
22 history in her deposition.
23 BY MR. HOPP:
24    Q  This summary is compiled by whom?
25    A  I think Mr. Lundy's firm, one of their
        133

1 employees.
2    MR. HOPP: Now that you've shown it, I'd like
3 to make a request for a copy.
4    MR. LUNDY: He hadn't read it and he'll not
5 rely on it. He can rely on the other doctors' stuff.
6 BY MR. HOPP:
7    Q  She's obviously also got a
8 significant secondhand smoke exposure?
9    A  From her husband, yes.
10    Q  That's going to contribute to the development
11 of cervical cancer; correct?
12    A  Yes, that's correct.
13    Q  And it's also going to contribute to the
14 development of respiratory symptoms?
15    A  Definitely.
16    Q  Is there any way you can separate out her 26 or
17 more year pack history --
18    A  Pack year history.
19    Q  Her 32 pack year history from her creosote,
20 penta or dioxin exposure with respect to her respiratory
21 symptoms?
22    A  I would say they're both contributing
23 significantly. I don't think we can put a percentage on
24 it or even -- I think both contributed significantly to
25 it. That's based on what we've found in our earlier
        134

1 study in Columbus, and what we see in this group, as
2 well, that respiratory problems are a big problem
3 associated with living under these conditions, but we
4 also know that patients developed bronchitis and
5 shortness of breath and other respiratory symptoms from
6 cigarette smoking, as well.
7    Q  It's not really possible for you to say that
8 she'd have these identical respiratory symptoms had she
9 never lived in the Carver Circle area; correct?
10    A  I wouldn't want to opine on what would have
11 happened under those theoretical circumstances.
12    Q  I think you answered this, but would it
13 surprise you if someone presented with a 32 pack year
14 history and also had the respiratory symptoms listed for
15 Ms. McNeal on page 13 of 13 on your summary?
16    A  Would it surprise me to have all these symptoms
17 if a 32 pack year smoker?
18    Q  Yes.
19    A  Well, let's get more detail. According to my
20 history which, by the way, is in my handwritten notes --
21    Q  Which you've produced?
22    A  Yes. She started with her asthma ten years
23 before and was using 3 inhalers and two pills.
24    Q  Ten years before what?
25    A  Ten years before this examination and was
        135

1 experiencing significant shortness of breath in recent
2 years. That history is more characteristic of an
3 asthmatic patient.
4    It's true that probably the cigarettes would
5 contribute to that but clearly her health condition
6 changed about ten years prior to the examination,
7 significantly, requiring her to go on all those
8 medications, and I think, you know, that's a significant
9 factor and is very common with patients that we've seen
10 living closer to these wood treatment plants and develop
11 a picture like this.
12    Usually a cigarette smoker, they gradually get
13 worse and don't develop classical asthma-type symptoms
14 and usually don't present in this way and it's usually a
15 gradual buildup, and hers is more like something damaged
16 her lungs in a more acute basis and what it was, I'm not
17 sure. I wouldn't put her in the category of a typical
18 smoker in terms of her history.
19    Q  Are you prepared to render an opinion as to
20 what her clinical picture would look like for respiratory
21 symptoms had she not lived in the Carver Circle area?
22    A  Well, I think I can say without fear of
23 contradiction that she'd have less respiratory problems
24 if she didn't live there.
25    Q  How much less?
        136

1    A   I don't know a number.
2    Q   And you don't know how to take symptoms either
3  on or off the list based on living at Carver Circle;
4  correct?
5    A   In terms of respiratory symptoms?
6    Q   Yes.
7    A   Most patients with cigarette smoking don't
8  complain of eye irritation and reduced sense of smell.
9  They can have some of the other symptoms but those are
10  not typical of a cigarette smoker. So I think they're
11  fairly typical of our patients in Columbus and here, so I
12  believe that those things are probably related to the
13  exposure.
14    Q   Is it your testimony that cigarette smokers
15  don't have a reduced sense of smell?
16    A   They don't complain about a reduced sense of
17  smell in my experience.
18    Q   Let's move on to the next series of symptoms,
19  the dermal symptoms, page 13 of 13 of your summary.
20        She complains of skin redness, dryness, itching
21  and rash on cheeks lasting for more than a month. Which
22  if any of those symptoms are related to her exposure to
23  PAHs, dioxins and penta?
24    A   I think I already indicated I don't see any
25  reason why she would have any skin problems. Cigarette

                                                    137

1  smoking doesn't do it and exposure to these chemicals
2  does, and I don't see any other contributing factor to
3  her skin complaints.
4    Q   Don't some people just have red, dry skin?
5    A   Not most black people.
6    Q   So it's your opinion that the skin redness,
7  dryness and itching and rash were all caused by exposure
8  to PAHs, dioxin and penta?
9    A   There are patients and even blacks that have an
10  unknown cause for their skin complaints, and they do
11  occur, but in this case I don't have any known other
12  causes, and we do know these chemicals have an effect on
13  the skin, particularly the creosote and naphthalene and
14  other particulates that dry and defat the skin.
15    Q   The studies of creosote and naphththalene and
16  drying, those all looked at the application of creosote
17  to the skin; is that right?
18    A   Yes.
19    Q   But that's a transitory effect?
20    A   No. The studies done even by the creosote
21  industry show these skin changes are permanent.
22    Q   In humans or animals?
23    A   Humans.
24    Q   What studies?
25    A   Early studies that were done and they called

                                                    138

1  them creosote warts and called the photosensitivity a
2  creosote-induced problem and the dry, itchy skin was
3  definitely a permanent effect.
4    Q   Those were studies of workers?
5    A   That's correct. And we found the same thing in
6  our studies of the residents living near the creosote
7  plant in Columbus, Mississippi.
8    Q   Dry and itchy skin?
9    A   Yes, a very common complaint.
10    Q   Ms. McNeal didn't have a creosote wart, did
11  she?
12    A   No.
13    Q   And did you examine her skin for defatting?
14    A   I did not notice any defatting of her skin and
15  this was a subjective complaint and I can't measure
16  defatting in any way I know of or observe it. It's
17  drying of the skin that's reported.
18    Q   As you sit here now, do you remember whether
19  her skin looked scaly and dry?
20    A   No, I don't recall.
21    Q   And the next sentence on page 13 and 13 says
22  that Ms. McNeal's above-noted health problems have been
23  caused by exposure to chemicals from Koppers.
24        Now, the summary of problems we see on page 13
25  of 13 in your report are all of the problems you

                                                    139

1  attribute to Ms. McNeal -- all of the problem for Ms.
2  McNeal that you attribute to her exposure to PAHs, penta
3  and dioxin?
4    A   Yes.
5    Q   We covered everything with Ms. McNeal?
6    A   Yes.
7    Q   What sorts of problems would you expect of
8  someone who had severe hypertension and smoked a pack of
9  cigarettes a day to have? Do the two factors working
10  together cause any sorts of health effects?
11        MR. LUNDY: Other than what he testified to
12  twice?
13  BY MR. HOPP:
14    Q   Irrespective of chemical exposure. First,
15  severe high blood pressure and smoking a pack a day who
16  doesn't live near a creosote plant, what sort of problems
17  would you expect that person to have?
18    A   Cardiovascular problems, increased rate of
19  heart disease, stroke, and she's got heart disease and
20  congestive heart failure, which is not surprising. She's
21  got diabetes, which I guess is reasonably well
22  controlled, but she has cardiovascular disease and from
23  smoking I would expect her to have respiratory problems
24  as we've stated. Her glucose when I saw her was 159 and
25  she has mild diabetes.

                                                    140

35 (Pages 137 to 140)

1    Q  I want to get -- and I'm not sure if there is
2  an answer to this or even studied.  Smoking is risky
3  behavior and high blood pressure is a general health
4  problem.  Have there been any studies that demonstrate
5  what additional problems a person with high blood
6  pressure would have if she smoked?
7    A  Well, the smoking and the high blood pressure
8  together increase the risk of cardiovascular disease.
9    Q  And you testified about that.  Anything else
10  you can think of?
11    A  No, that's the main thing.
12    Q  Let's move on to Kay Hobbs --
13    A  As to Patricia McNeal -- I want to refer to Dr.
14  O'Jile's report.  She found that she had problems,
15  cognitive impairment, low intellectual functioning,
16  abnormal neurologic tests, similar to what I found.
17       You want to go to who --
18    Q  I know you referred to Dr. O'Jile, and I want
19  to explore that thought, have you formed any additional
20  opinions with respect to Patricia McNeal after reviewing
21  Dr. O'Jile's report or do the reports support what you
22  previously --
23    A  They support what I previously stated.
24    Q  Kay Hobbs.  I'd like you to generally summarize
25  your opinions with Kay Hobbs.

141

1    A  In terms of her exposure or health effects from
2  the exposure?
3    Q  In terms of health effects from the exposure.
4    A  Well, she has a picture very similar to Ms.
5  McNeal.  She has neurologic, respiratory, autoimmune skin
6  problems and they share a great deal, as many of these
7  patients we will see do.
8    Q  The difference with Kay Hobbs is she's deceased
9  -- or one of the differences?
10    A  We're talking about the health problems she had
11  during life, if you will.  Her husband filled out the form
12  for her.  She was diabetic also and other significant
13  respiratory problems.  She was a non-smoker and she had
14  obviously breast cancer that metastasized to her lung and
15  brain.
16       The breast cancer was diagnosed in 1998 and we
17  have -- she died of breast cancer at the age of 43,
18  diagnosed at age 41.  Her sister died a year before, at
19  the age of 34, Sherrie Barnes.  She lived in Carver
20  Circle between 1956 and 2000, basically all of her life,
21  and was married in 1974 at the age of 18, and her father
22  worked at Koppers and then Heathcraft, and I believe
23  those are the factors caused by her exposure.
24    Q  So diabetes and breast cancer?
25    A  Well, I think the diabetes -- I didn't mention

142

1  that with Patricia McNeal, and it wasn't a major part of
2  her problem and not a major part of this patient's
3  problem, but we know there is an increased risk in
4  diabetes in patients with dioxin exposures and that's a
5  contributing factor to her health problems.  In her case
6  the major thing is the breast cancer.
7    Q  What are the other potential causes of breast
8  cancer?  What else causes breast cancer?
9    A  Well, there is now data that shows breast
10  cancer is increased in cigarette smokers.
11    Q  Very recent data?
12    A  The last several years.  There's animal data to
13  show the PAHs cause breast cancer, and there is evidence
14  that the birth control pills can increase the risk of
15  breast cancer.
16       I'm not aware of any other factors, and there
17  has been some attempt to find viruses that might increase
18  the risk, but those have not panned out, and the primary
19  thinking about breast cancer causation is it's due to
20  endocrine disruption, and the breast cancer rate is
21  skyrocketing in the last 40 years in this country, and
22  it's felt to be due to the introduction into our
23  environment of endocrine destructors such as PCBs,
24  dioxins and other chemicals of that type.
25       I think her exposures are really quite -- you

143

1  know, it's classically related to the environment.  The
2  most striking thing is the early age that she and her
3  sister both contracted this disease, and it's not like
4  she had aunts and -- let me see if I can find what I'm
5  looking for -- I'm trying to see her family history and I
6  have to refresh my memory.
7       She did not have any other family members with
8  breast cancer, except her sister.  There was her father,
9  I guess, the one who worked in the Koppers plant that
10  developed lung cancer, and there is one other cancer in
11  the family but I'm not sure who it was.  Anyway, she
12  doesn't have a family history of breast cancer, except
13  she and her sister so that risk element is not present.
14    Q  The family history has been identified as a
15  risk factor for breast cancer; right?
16    A  That's just what I've been saying.  But she
17  didn't have that.
18    Q  I've seen an indication in one of the records,
19  and I'm not sure if this is accurate, that her father had
20  male breast cancer.  Does that strike a cord with you?
21    A  I have it listed as lung.
22    Q  We can look for it and talk about it tomorrow.
23       Does secondhand smoke increase the risk of
24  breast cancer?
25    A  Probably.

144

1     Q  But for living where she did, would Kay Hobbs
2 have developed breast cancer?
3     A  Well, I think it's unlikely that she would have
4 at this young age developed breast cancer. It's because
5 I think the environment she grew up in and lived in was
6 heavily, heavily polluted with potent carcinogens and
7 that's what led to her very aggressive tumor at a very
8 young age.
9     I mean, it's quite unusual to have cancer at
10 this young age, and her sister had it even at a younger
11 age and it's unusual to have it at this young age, which
12 in itself is suggestive or indicative of high levels of
13 exposure to carcinogens.
14     Q  I want to point something out and drill it down
15 a bit. I asked you whether Ms. Hobbs would have
16 developed breast cancer had she not lived near the
17 Koppers plant and your response took into consideration
18 her age when she developed breast cancer.
19     Had she lived --
20     MR. LUNDY: I'll object to the form of your
21 question, the characterization of his response. I think
22 his response was it's highly unlikely. I think you have
23 to quote him that she would have had cancer but for the
24 environmental factors --
25     MR. HOPP: That's where I want to go.
                                 145

1     Q  Had Ms. Hobbs lived longer, do you know whether
2 she would have developed breast cancer irrespective of
3 her exposure to the Koppers plant?
4     A  I have no way of knowing that.
5     Q  Is it your opinion that Ms. Hobbs developed
6 breast cancer at an earlier age than she would have or
7 might have otherwise as a result of her exposure?
8     MR. LUNDY: Objection; that's ignoring his
9 previous response that he wouldn't know and so I object
10 to the form of the question.
11 BY MR. HOPP:
12     Q  I'll let the witness clarify his opinion.
13     A  She has no risk factors for developing breast
14 cancer, except for her exposures in the neighborhood. I
15 think the point is there is a risk factor for cancer in
16 general of age. After the age of 60, the rate of cancer
17 of all types increases significantly in the United
18 States. We have no way of saying that she might have
19 developed it when she was 70 or 80 years old.
20     She has no risk factors for that and it's not
21 an opinion I would hold that she would have, but the
22 point is, in addition to the fact that she developed this
23 tumor at an unusually early age, and her sister even
24 earlier is indicative to my way of thinking of a highly
25 carcinogenic environmental, which all the numbers and
                                 146

1 studies we've done have corroborated.
2     In other words, the finding of a very
3 carcinogenic environment with the testing and then
4 finding patients like Ms. Hobbs living in the midst of
5 this very dangerous environment, it's not surprising that
6 she got cancer at an early age that was very resistant to
7 treatment and died very quickly with metastatic disease.
8     This is all important for understanding why
9 this environment needs to be remediated immediately.
10     Q  And, again, I apologize if you answered or
11 think you answered it and I didn't understand it.
12     If Ms. Hobbs had not lived near the Koppers
13 plant, would she have developed breast cancer at all
14 ever?
15     A  I can't say one way or the other. I indicated
16 that it's likely since there is no risk factor for
17 developing breast cancer. If she developed any type of
18 cancer, it's more likely like the general population at a
19 much older age, but I'm not saying she would have. There
20 is no way of saying that.
21     Q  Can you say whether Ms. Hobbs developed breast
22 cancer at an earlier age than she might have otherwise,
23 as a result of her exposure to creosote, penta and
24 dioxins?
25     A  And I'll say it the fourth time, there are no
                                 147

1 other risk factors for breast cancer in this patient.
2     MR. HOPP: Read back the question.
3     (Record read.)
4 BY MR. HOPP:
5     Q  I don't understand how your answer is
6 responsive to the question. Can you explain --
7     A  I think the cause of her breast cancer was the
8 exposure. I thought that was clear. I'm trying to be
9 clearer.
10     Q  If her father had breast cancer, would that be
11 enough of a family history for you to believe that her
12 family history might have contributed?
13     A  That's not what the data and the literature
14 shows. It shows increased risk associated with female
15 family members. I don't know of any data that shows that
16 male breast cancer is related in any way to higher risks
17 in the daughters.
18     But remember, I think this is a father who
19 worked in Koppers plant and he had all the risk factors
20 that she had, and if it was, -- male breast cancer is as
21 rare as hen's teeth, and for him to have that is in
22 itself remarkable and suggests why did he have breast
23 cancer. I would think the answer is because he worked at
24 Koppers and had all the exposures to increase the risk of
25 mammary cancers.
                                 148

37 (Pages 145 to 148)

| | |
|---|---|
| 1      Q   Would there also be a genetic predisposition of | 1      Q   Do you remember meeting Derion Griffin? |
| 2   that? | 2      A   No. |
| 3      A   I'm not aware of any data to suggest that male | 3      Q   Do you remember whether he was able to respond |

Q Would there also be a genetic predisposition of
that?
A I'm not aware of any data to suggest that male
breast cancer is associated to genetic factors. Unlike
female breast cancer where there is some familial
aggravation.
Q You indicated male breast cancer is very rare.
Is it studied much?
A No, as a result of it being rare.
Q Let's move on to Derion Griffin.
A I looked at Dr. Wolfson's report on Kay Hobbs
and it confirms what I have stated, that there is no
other risk factors for the development of breast cancer.
Who is next?
Q Derion Griffin.
A I'm here. He's the little boy that's 9 years
old with hydrocephalus.
Q And what are your opinions with respect to the
medical conditions or symptoms that Derion Griffin has as
a result of exposure to PAH, dioxins and penta?
A Well, he has got, in addition to his
hydrocephalous, some of the same symptoms we saw in the
other two patients. Neurological symptoms, respiratory
symptoms, immune system problems, although limited just
to allergies in his case.

149

He has skin problems and, as I say, the most
important is his hydrocephalous which is a developmental
problem that I believe is a birth defect that he obtained
from exposure to these various agents.
Q Would it be fair to characterize Derion Griffin
as mentally retarded?
A Let's see what Dr. O'Jile said about his mental
functioning. I think she did test him. She has got a
detailed history of his gestation early years. She felt
he was moderately to severely impaired and she felt that
was superimposed on a background of extremely low
intellectual functioning.
He has deficits in adaptive functioning and
areas where he did better, and some areas of relative
strength, including general fund of information,
vocabulary and simple attention, assembling puzzles and
receptive vocabulary and drawing of simple figures, gross
psycho-motor speed and calculation and with continued
supervision throughout his life and given his functioning
levels, expectations regarding his education and
occupational abilities are low.
In your answer to your question, he appears to
be at a level where his ability to function in the labor
market and to benefit from education is very, very
limited.

150

Q Do you remember meeting Derion Griffin?
A No.
Q Do you remember whether he was able to respond
to your questions in order to fill out the questionnaire
that you administered?
A No. He was not able to do that.
Q And his mother did that for him?
A Yes, and also gave the history.
Q And just going back to Kay Hobbs, obviously she
is deceased and her husband filled out the questionnaire?
A I have Walter Hobbs, and I believe that's the
husband.
Q Are you aware of any literature that is
published on the reliability of health status
questionnaires when they're filled out by someone other
than the patient?
A Well, with children and this young man, even
though he's 9, and some 9-year-olds can fill out
questionnaires but usually a normal 9-year-old gets a lot
of help from his parents and some adult or older child.
Children don't give reasonable questionnaires
until probably up to 12, 14, 15 depending on the skill
level of the child and understanding the process. I'm
not surprised by his inability to fill it out.
Now, in terms of reliability, I'm not aware of

151

any peer-reviewed study that directly answered that
question, and, from my own experience, I think what I
found is the mothers tend to be reasonably good observers
of their children.
However, in this case, the mother has got a
problem with memory herself because she lives in the
environment and there are a number of discrepancies
between what she said on different occasions about her
son. That's I think reflecting her low functioning level
in terms of memory and integration of data.
I think if we were to ask the question does
this young man have a neurological problem, I don't think
anybody would argue he does. Somebody who had
hydrocephalous and a shunt placed frequently have
problems with cognition and development of the brain.
He has apparent respiratory problems and he's
complained about it and has been treated for it. Let me
see if I got what I -- the medical records here. It's
mainly focused on the neurologic, but he had pulmonary
hemorrhages, which is, I guess, another health problem
diagnosed in 1995.
When he was born he had to be intubated and
he's been on theophylline which is a medicine for
respiratory problems like asthma. So there is some
objective backing in the records of health problems of

152

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

1 the type the mother describes, albeit somewhat limited.
2     Q  The question, though, went towards the
3 reliability of her responses, and you'll admit, will you
4 not, that when someone's medical history is filtered
5 through another person, there is a risk of some
6 discrepancies in the data that's unreliable?
7     A  I'd agree.  But the important point here is
8 when we look at this patient in the context of all the
9 other patients we see, when she says he has cough and
10 brings up phlegm and sometimes he has -- what does she
11 describe here -- sinusitis, it tends to be credible
12 because we can see it in the context of all the other
13 people in the neighborhood who have similar complaints
14 and due to the heavy contaminations in these homes, it's
15 not surprising the people have these complaints.
16     So taking all the factors into consideration, I
17 think it becomes reasonable to believe -- I mean she
18 doesn't answer all the questions as abnormal, and she has
19 many she claims he never had on the questionnaire, and at
20 least internally and externally putting it all together,
21 it's consistent with the pattern that we're seeing in
22 this group of people.
23     Q  At least in Derion Griffin's case you can look
24 at his medical records and find out what his measured
25 problems are; correct?

153

1     A  Yes.
2     Q  But the question was broader and deals with Kay
3 Hobbs and Derion Griffin --
4     A  Remember Derion was born prematurely --
5     Q  I will ask you that in a minute and let me
6 finish the question.  With respect to Kay Hobbs, her
7 husband filled out the form?
8     A  Yes.
9     Q  And she's been dead for 5 years or so -- for 4
10 years by the time he filled out the form?
11     A  Yes.
12     Q  And there is a concern that when someone else
13 fills out the form that some data gets lost and some
14 questions may be answered inaccurately?
15     A  I think that's a fair statement.
16     Q  With respect to Derion, he has a list of
17 medical records which you relate back to, it sounds like,
18 primarily to his hydrocephalous?
19     A  Hydrocephalous was sort of his ongoing
20 diagnosis but remember he had a very stormy entrance into
21 life.
22     Q  Let's talk about that.  He was -- let me ask a
23 foundational question.
24     How many weeks is considered term for an
25 infant?

154

1     A  40.
2     Q  40 weeks gestation?
3     A  Yes.
4     Q  How many weeks gestation did Derion Griffin
5 have?
6     A  Well, it's estimated that he had about 22 to 24
7 weeks of gestation.  That's the estimate.
8     Q  What's the general survival rate of an infant
9 born at 22 weeks' gestation?
10     A  Very poor.  I don't know the statistics but
11 most of the children born that small don't make it.
12     Q  It's amazing he's alive at all, isn't it?
13     A  It's quite a tribute to the skills of the
14 neonatologist.  He was in the hospital for 92 days.
15     Q  Immediately following Derion Griffin's birth,
16 do you know how much time he spent without any medical
17 care?
18     A  After he left the hospital?
19     Q  After he was born.  Didn't they think he was
20 dead for a while?
21     A  They said earlier they intubated him right
22 away, and he was not breathing and had to breathe for
23 him.  He weight a pound and 11 ounces.  He was under two
24 pounds and a very, very small baby.
25     Q  Do you know how long a time lag there was

155

1 between the time Derion was actually delivered and when
2 intubated?
3     A  No, I don't have -- his APGAR score was 1 so
4 that means he was not breathing and they had to
5 resuscitate him.  Obviously they resuscitated him, and
6 how long he was lying pulse-less or not breathing, I
7 don't know.
8     Q  Do you know how long it was between the time
9 Derion was born and the time he was air-lifted to another
10 hospital for special care?
11     A  It only says he was taken and I don't have
12 minutes or duration of the treatment at the local
13 hospital.
14     Q  Are you in a position to give opinions with
15 respect to the effect that Derion's medical care in the
16 first hours of his life had on his condition later in
17 life?
18     A  It seemed to me that it was a miracle that he
19 survived so his medical care couldn't be too bad.  If
20 you're asking if they didn't intubate him quickly enough
21 and allowed anoxic injury to occur due to malpractice, I
22 don't have an opinion about that.  There's nothing in the
23 record to suggest that they did anything other than the
24 best that they can do for this baby.
25     Q  I would never suggest otherwise, but do you

156

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

1 know whether there was an injury that Derion sustained --
2 leaving malpractice out of this completely -- whether
3 there was an injury he sustained because of a lack of
4 oxygen after his birth due to the fact that he was not
5 intubated quickly?
6     A It says he had apnea of prematurity, and he was
7 not breathing because he was so premature and his
8 breathing mechanisms were not working and I don't know
9 how many minutes it was --
10    Q You're reading Dr. Wolfson's summary?
11    A Yes. My summary doesn't have any information
12 about that either. I mean, I just don't know what to
13 tell you.
14    Q That's fair. But you're not taking that issue
15 into account with respect to your opinions? That is
16 you're not factoring in the notion that he might have
17 been caused an injury by the failure of the medical staff
18 to intubate him early in life?
19    A There is no question that he had anoxia and
20 that he was not breathing. How many minutes without
21 oxygen is not clear from the record. Very premature
22 babies like this do, in fact, have anoxia by definition
23 and getting the oxygen into the blood stream so they
24 survive when separated from the mother is very important.
25 If there is a prolonged period of anoxia that can cause

157

1 permanent brain damage. But I have no reason to know
2 that happened or didn't happen.
3     I think there was also the question of
4 hemorrhages at the time of birth and definitely a
5 pulmonary hemorrhage, but I think there was also a
6 question about bleeding into the brain, which is common
7 in these children.
8     One of the children we saw in Columbus,
9 Mississippi was very premature like this, and he had
10 pulmonary hemorrhage that resulted in severe mental
11 changes. Very premature babies like this generally have
12 a lot of problems and one of them is anoxia and one of
13 the mechanisms by which they get problems.
14    Q I understand your answer but I need to go back
15 to my question.
16     Is it accurate to say that you're not taking
17 into account for the purpose of your opinions any
18 knowledge or assumption with regard to how long Derion
19 went without intubation after he was born?
20    A As I said, I don't have any information how
21 many minutes it was.
22    Q And you assume he received the appropriate
23 medical treatment for a baby his size and age?
24    A I believe so, yes. I believe they tried their
25 best to do what they could for this baby.

158

1     Q Why was Derion Griffin born prematurely?
2     A Well, there is a powerful risk factor which we
3 know about and that's his exposure to PAHs. Some very
4 elegant studies have now been done by Dr. Perera on PAH
5 levels in the cord blood and small gestational age could
6 occur and apply here and also prematurely. That's the
7 mechanism that cigarette smoking mother have smaller
8 babies is because of the PAHs in cigarettes.
9     They've now shown that PAHs in the environment
10 -- Dr. Perera's studies of babies in Poland, which has a
11 lot of PAH contamination, showed a very strong
12 correlation of the PAH content of the mother and the
13 prematurity of the baby, and.I think in this case we have
14 a strong link to PAH levels present in Ms. Griffin,
15 Derion's mother, and the development of this premature
16 baby.
17    Q The mother is Jennifer Griffin; right?
18    A Yes.
19    Q Do you know how many other pre-term babies
20 Jennifer Griffin had?
21    A Her other child Rahaeem was 7 months' gestation
22 and born two months early and weighted 5 pounds and was
23 not nearly as premature or as small as the brother.
24    Q Do you know how many full-term babies Jennifer
25 Griffin has had?

159

1     A No. I don't have that information in front of
2 me.
3     Q If Jennifer Griffin was heavily exposed to
4 PAHs, would you expect all her babies to be born
5 prematurely?
6     A It depends on the dose she sustained during the
7 pregnancy and other factors, such as nutrition and other
8 factors, so she could have a normal term baby.
9     Q Are there other factors besides PAHs which
10 would contribute to Ms. Griffin for not carrying babies
11 to full term?
12    A Well, she certainly was not old and she was 23
13 when she had Derion and age is not a factor. She's not a
14 drinker -- well, she may be -- I don't have her history
15 here. I have Derion's history. So I would have to say
16 that there may be some contribution from other factors
17 but I have not got them identified here at this point.
18    Q Is narcotics abuse a risk factor for delivering
19 pre-term babies?
20    A By narcotics I guess you mean heroin?
21    Q More cocaine or amphetamines.
22    A Cocaine is a risk factor for having premature
23 babies. Amphetamines, I don't know if it is or not.
24    Q What other risk factors are there generally for
25 pre-term babies?

160

40 (Pages 157 to 160)

1    A   Smoking cigarettes, heavy drinking, alcohol,
2  probably drugs, if abused, probably would be on that
3  list, cocaine being one associated with problems of early
4  delivery and small babies. I'm not recalling off hand
5  other risk factors and I'm sure there are others. Older
6  mothers, and a family history of reproductive problems,
7  some kind of genetic factors that play a role. That's
8  all I can think of at the moment.
9    Q   Are even some young women genetically
10  predisposed to deliver early?
11    A   Well, with the family history of say the
12  mothers, sisters, aunts, grandparents and the mother
13  having a history, it could be suggestive of a genetic
14  effect and it can effect a younger woman.
15    Q   Ms. Griffin's medical records indicate that she
16  had a very early pregnancy of her first, which was
17  terminated either spontaneously or otherwise?
18    A   Correct.
19    Q   Spontaneous or an intentional abortion and
20  we're not sure which; is that right?
21    A   As I understand it, it was probably an induced
22  abortion but it might have been spontaneous. I'm not
23  certain.
24    Q   In any event, having an abortion at a very
25  young age -- I believe she was in her early teens --
161

1  would that predispose someone to have pre-term babies
2  later?
3    A   No.
4    Q   Is there any epidemiological literature that
5  you're aware of on the effect of an abortion at a young
6  age on later pregnancies?
7    A   I think there is a study there that suggests
8  that there is an increased risk but I don't think it's
9  been borne out. I think there are many other studies
10  that suggest that is not true.
11    Q   Let's assume that Ms. Griffin did not have any
12  PAH or dioxin exposure and yet delivered a baby at 27
13  weeks --
14    A   22 to 24.
15    Q   22 to 24 weeks, what health problems would you
16  expect a baby who is born at that early a gestational age
17  to have, irrespective of PAH and dioxin exposure?
18    A   Just the prematurity alone increases their risk
19  for developing developmental problems, achieving at
20  school and developing the brain to its full maximal
21  capacity, and they're more prone to various respiratory
22  problems.
23    Q   So intellectual achievement and respiratory
24  problems?
25    A   Those are the two that come to mind as a
162

1  consequence of severe prematurity in and of itself.
2    Q   Any others?
3    A   No.
4    Q   Now, we've described Derion many time as
5  hydrocephalic; correct?
6    A   Correct. That's a diagnosis made early on in
7  his life.
8    Q   In layman's terms, what does that mean?
9    A   It means there is a blockage to the drainage of
10  the fluid in the brain, and they have to put a shunt in
11  to relieve that pressure to create an artificial relief
12  valve so that the fluid in the brain doesn't build up and
13  create the condition known as hydrocephalous, which is
14  water on the brain, and if that blockage occurs and is
15  not treated, the head becomes very large and squeezes the
16  brain and becomes severely retarded.
17    Q   It's the actual physical squeezing of the brain
18  down towards the opening of the base of the skull which
19  causes the retardation; is that right?
20    A   Well, the pressure of the whole brain prevents
21  the growing and developing process.
22    Q   It's a physical insult to the brain?
23    A   It's a physical problem and it's solved by
24  putting the shunt in.
25    Q   Now, we began by talking about Derion Griffin's
163

1  health problems being related to PAH exposure, and I want
2  to make sure we've completed that.
3    We talked about neurological problems and
4  respiratory problems. Are there any other problems that
5  Derion Griffin has that you believe are related to PAHs,
6  dioxins or penta?
7    A   I think I've indicated that he's got a picture
8  similar to the other people living in the neighborhood,
9  respiratory, skin, neurologic problems, and in addition
10  to the extreme prematurity, he's been insulted by
11  additional exposures during early life in living in this
12  environment.
13    Q   On page 9 of 9 of your summary of Derion
14  Griffin, you identify dermal problems?
15    A   Yes, as reported by his mother.
16    Q   Are those related to the Koppers plant?
17    A   I believe so. I didn't identify any other
18  reason for the skin problems.
19    Q   Do you think he'd have skin problems but for
20  exposure to the Koppers plant or the PAHs, dioxins and
21  penta?
22    A   There is no reason to think otherwise and there
23  is no other exposure to skin irritation, skin altering
24  materials, and he has sort of a nonspecific skin
25  complaint similar to what we've seen in our studies in
164

41 (Pages 161 to 164)

1 Columbus and the patterns that we see here in Grenada.
2 Q The next item this is on page 9 after skin
3 problems is that chemicals from Koppers are known to
4 cause cancer, lung disease, gastrointestinal disease,
5 liver disfunction, autoimmune diseases, kidney problems,
6 reproductive disorders, miscarriages, birth defects,
7 premature birth, low birth weight and many other diseases
8 and poor health.
9 Other than the low birth weight and premature
10 birth, which of these problems does Derion have now?
11 A I think we're talking about the neurologic
12 problems I alluded to, but I don't think that was on the
13 list you just read, but I'd say in the next paragraph I
14 talk about his neurological problems.
15 Q So Derion doesn't have cancer currently?
16 A Correct.
17 Q Or lung disease or gastrointestinal disease?
18 A Well, he has wheezing, shortness of breath, dry
19 cough, productive cough, so I think he does have chronic
20 bronchitis and probably a touch of asthma.
21 Q Does he have gastrointestinal disease?
22 A I didn't identify any GI complaints.
23 Q Does he have liver dysfunction?
24 A Not that I identified.
25 Q Does he have kidney problems?
165

1 A Not that I identified.
2 Q He doesn't have a reproduction disorder, does
3 he?
4 A No.
5 Q Obviously, he's not prone to miscarriage;
6 correct?
7 A Correct.
8 Q In the neurological complaints, you've
9 indicated blurred vision, eye irritation, headache, loss
10 of balance, irritability, lack of concentration,
11 decreased short-term memory, decreased long-term memory,
12 lack of coordination and slurred speech; correct?
13 A Yes.
14 Q Those are all reported by his mother?
15 A Yes. And also they were observed. When he
16 tried to stand with his feet together, he tended to fall.
17 He was very poorly coordinated and that's something I
18 observed in my physical exam.
19 Q How do you know he has blurred vision?
20 A That was reported by his mother.
21 Q Same with eye irritation?
22 A Yes.
23 Q Headaches were reported by his mother?
24 A Yes.
25 Q Irritability was reported by the mother?
166

1 A Yes.
2 Q Lack of concentration, that was reported by the
3 mother?
4 A Yes.
5 Q Decreased short-term memory was reported by the
6 mother?
7 A Yes.
8 Q Decreased long-term memory was reported by the
9 mother?
10 A Yes.
11 Q Slurred speech, did you actually hear him
12 speak?
13 A He never really spoke. When I was talking to
14 him, he would barely respond to commands. When I asked
15 him to sit on the table or asked him to keep his eyes
16 open, he wouldn't even do that. He's not very
17 communicative, so I did not observe any speech at all.
18 Q Next is respiratory problems, and you have a
19 list of respiratory problems, and those you believe were
20 caused by his exposure to PAHs or dioxins?
21 A Yes. There is no doubt that prematurity, as I
22 stated, increases the risk of having respiratory
23 conditions later, but the interaction between the
24 environmental pollution with his premature lung and
25 respiratory system, I think the combination is why he has
167

1 these continuing problems.
2 Q But for exposure to PAHs, penta and dioxins, do
3 you think Derion Griffin would have the same respiratory
4 symptoms?
5 A I don't think he'd have the same respiratory
6 symptoms, as a result of his prematurity, which I think
7 is a result of his exposures. In a way it's kind of
8 going in a circle.
9 But you're saying in the absence of his
10 exposure post-delivery, after coming home from the
11 hospital?
12 Q Right. Would he have these problems?
13 A I don't know. It's difficult to say whether
14 prematurity alone would have caused any of his current
15 problems. It's possible.
16 Q But children who are premature and don't live
17 near the Koppers plant also have asthma and respiratory
18 problems?
19 A Yes, they do.
20 Q Is childhood asthma something of an epidemic in
21 this country?
22 A Yes.
23 Q Why is that, do you know?
24 A I think most scientists who are studying it
25 believe it's due to the environmental pollutants that we
168

42 (Pages 165 to 168)

**169**

1 have in our environment. Studies done over the last five
2 years by Dr. Peters at U.S.C. clearly demonstrate that
3 the increased rate of asthma in the Los Angeles basin is
4 related to the oxidant load present in their
5 neighborhood.
6     Q So is it possible for you to opine that Derion
7 Griffin would have had the same respiratory problems that
8 he does if he had not lived in the neighborhood he does?
9     A Well, if he lived in east L.A., one of the
10 polluted neighborhoods, he might have. But even then the
11 rate is 12, 15 percent in high-risk neighborhoods.
12     But he lived in Grenada, Mississippi. If he
13 lived in a non-polluted area, he probably would not have
14 a high oxidant load because Grenada does not have a lot
15 of smog buildup of pollutants like we do here in
16 Los Angeles.
17     So, I mean, each person has their own unique
18 situation. But the epidemic of asthma you talk about is
19 more of a problem where there is actually some
20 identifiable causes. It's not happening by magic and
21 there is a reason. Same with Derion. He and his
22 neighbors are so sick and it's because of a reason.
23     Q I have a nephew that lives in Hinckley,
24 Illinois, which is in the middle of corn fields and
25 soybean fields and he has childhood asthma.

**170**

1     Child get asthma irrespective of exposures;
2 correct?
3     A Well, you just described a fairly polluted
4 environment. I would not say living in the middle of a
5 cornfield was free of all chemical agents by any means.
6 My cousin farms a few thousands acres of corn in the
7 middle of Nebraska and they use a lot of chemicals on
8 those cornfields.
9     Q Are those the sort of children that get
10 childhood asthma, children in agricultural areas?
11     A It certainly happens, yes.
12     Q And children that live in cities --
13     A They get it for other reasons.
14     Q How about the suburbs?
15     A Not everybody has asthma, and there is some
16 interaction there. Cause and effect.
17     Q In the time you have left -- you want to leave
18 at 4:00 o'clock?
19     A Right.
20     Q I want to switch to another subject and try to
21 move into something else.
22     In your report you talk about dioxin exposures.
23 You did blood tests on 29 people for dioxin.
24     A That's correct.
25     Q And then you report in, I believe, table 5 the

**171**

1 exposed mean dioxin and the unexposed mean dioxin for
2 several individual congeners; is that correct?
3     A Yes.
4     Q Where did the unexposed mean dioxin levels you
5 report on table 5 come from?
6     A I believe these were Greenville, Mississippi,
7 if I remember correctly. I'm pretty sure that's what it
8 is.
9     Q On another point in your report, and I know
10 you're looking for it, and this is page 83, you mentioned
11 controls Dallas equals 200.
12     A That's one set of controls, and I'm trying to
13 remember which control values I used here. Page 83 --
14 that's pentachlorophenol. We didn't do pentachlorophenol
15 in the Greenville people. We did dioxins and furans on
16 them. This Dallas control value is for PCP,
17 pentachlorophenol. This is Greenville, Mississippi where
18 we did -- I think we did a total of 30 people.
19     Q Have you produced the results for the unexposed
20 controls, that is the lab reports that show what the
21 various detections were --
22     A I think we redacted the names but I think we
23 gave you the data from -- this was done at AXYS
24 Laboratories.
25     Q That's the AXYS lab report?

**172**

1     A Yes.
2     Q Are you familiar with a scientist named Arnold
3 Schecter?
4     A Yes.
5     Q He has done some work on identifying levels of
6 dioxin in people's blood; is that right?
7     A Yes.
8     Q And, in fact, you have relied on Dr. Schecter's
9 work?
10     A He's one of the co-authors of our Columbus
11 paper.
12     Q Let me mark this deposition Exhibit 2.
13     (Defendants' Exhibit 1 and 2 was marked for
14     identification by the court reporter.)
15 BY MR. HOPP:
16     Q Let me show you what's marked deposition
17 Exhibit 2, a paper authored by Dr. Schecter.
18     Have you seen deposition Exhibit 2 before?
19     A Have I seen this paper before?
20     Q Yes.
21     A This is a poster he presented at -- I think the
22 dioxin meetings back in probably '99 or something like
23 that. The values here are from -- well, let's see. The
24 German values were '89 and '94 and the U.S. values were
25 up through '96, it looks like, blood samples.

1  Q  Are you familiar with what Dr. Schecter did to
2  obtain his U.S. values, where he went and got the blood
3  and how many people contributed to the blood --
4  A  Does he say here?
5  Q  He does but I was wondering if you know the
6  story.
7  A  Well, he collected blood samples from patients
8  all over the place. I don't remember where he did this
9  one. He writes that "We collected and pooled samples
10  from a young population, N=100, and an older population,
11  N=100. These were from left-over samples at a Texas
12  hospital which were collected for this study anonymously
13  and which were ready to be discarded after the medical
14  testing had been performed."
15  This is the 200 patients that we used as a
16  comparison group for our study in Columbus.
17  Q  You've seen these numbers before and know about
18  the set of 200 people who contributed to the pooled blood
19  samples that Dr. Schecter used?
20  A  Yes, I did.
21  Q  Was Dr. Schecter's purpose, to the extent you
22  understand it, to obtain a sort of control value for
23  various congeners of dioxins in people's blood in the
24  United States?
25  A  Yes, that's the purpose.
                                                  173

1  Q  Was the idea, with the Dallas control
2  population, that they were unexposed or were unknown
3  exposure levels?
4  A  I think unknown exposure. We know they were
5  coming to the hospital and they were sick or most likely
6  were sick with something, otherwise they would not have
7  been in the hospital having blood drawn, and they were
8  what I call a sick population.
9  Q  And you used these numbers -- Dr. Schecter's
10  numbers from his 2000 paper in studies you've done and
11  papers you've written on dioxin exposure; is that right?
12  A  Yes.
13  Q  You've reported this Dallas cohort as your
14  control population?
15  A  Yes.
16  Q  Do you have any sort of special access to Dr.
17  Schecter's raw data?
18  A  No. He just supplied me with the numbers, the
19  pooled sample numbers.
20  Q  You rely on Dr. Schecter's published numbers;
21  is that right?
22  A  Well, I don't -- he sent me the table with the
23  numbers and I didn't go check and make sure they're the
24  same as the published paper.
25  Q  You don't know whether Dr. Schecter's
                                                  174

1  unpublished values are the same as what we see in the
2  published paper?
3  A  Well, I can probably dig around and find out.
4  If you're talking about the poster that he made --
5  Q  Exhibit 2.
6  A  Whether those are the same as he gave me
7  before?
8  Q  Right.
9  A  I don't know.
10  Q  Is there any reason he would give you one set
11  of numbers and published a different set?
12  A  I don't think he would have, but I haven't
13  checked.
14  Q  Let's mark this as deposition Exhibit 3.
15  (Defendants' Exhibit 3 was marked for
16  identification by the court reporter.)
17  BY MR. HOPP:
18  Q  Do you recognize Exhibit 3?
19  A  Yes.
20  Q  What is deposition Exhibit 3?
21  A  Well, it's the paper we presented I believe in
22  2004.
23  Q  You and Dr. Schecter and Olaf Paepke, among
24  others, authored this paper?
25  A  That's correct.
                                                  175

1  Q  And does this paper relate to your study of
2  health effects or at least dioxins and DNA adduct levels
3  for the Grenada, Mississippi cohort?
4  A  Yes.
5  Q  In 2004 when you presented this paper, you had
6  a list of exposed residents and we see No. 29 and that's
7  the number you got from Grenada; right?
8  A  Yes.
9  Q  And the report has mean concentration range?
10  A  Yes.
11  Q  Then we have the Controls-Dallas, N=200?
12  A  Yes.
13  Q  Those are Dr. Schecter controls?
14  A  Yes.
15  Q  Let's look at deposition Exhibit 1, table 5
16  from your report.
17  Why are the control values different?
18  A  I said they're from Greenville, Mississippi.
19  Q  So you published a paper with Dallas controls
20  and then in your expert report, in this case, you used
21  Greenville, Mississippi controls; correct?
22  A  That's correct.
23  Q  Why?
24  A  Well, because as Dr. Schecter and I reported
25  this month in the Journal of Occupational and
                                                  176

44 (Pages 173 to 176)

1 Environmental Medicine, the results in 2005 were
2 significantly lower in general population than in 1998,
3 and that 6-year difference means that you've got to
4 redraw and remeasure.
5       These Greenville, Mississippi patients were
6 done contemporaneously or closer in time, in 2004, the
7 same year we did the controls.
8       Number two, they were done in a Mississippi
9 town similar in size and other factors to Greenville to
10 make a better control.
11       Number three, we had questionnaire data on
12 these people and we knew they didn't have any reason to
13 have high values and didn't work in a place or live in a
14 place where they have high dioxins so they'd be a better
15 control.
16       The values are lower. The TCDD is not
17 detectable. Many of the values are lower, as we just
18 reported in the JOEM, reflecting the fact that there is a
19 decline in the general population of dioxin levels.
20   Q  In the JOEM, when you reported the general
21 decline in the dioxin levels, would you say that in the
22 last five years the general dioxin levels in the U.S.
23 have declined by half?
24   A  It's down by something in that order of
25 magnitude or greater. It depends how far back you go. I

177

1 think we just reported they're down 83 percent from what
2 they were 20, 25 years ago.
3   Q  Now, Greenville, Mississippi, aren't you
4 involved in litigation in Greenville?
5   A  Yes.
6   Q  The Platte chemical case?
7   A  Yes.
8   Q  How were the Greenville, Mississippi controls
9 selected?
10   A  Originally, one of the other experts in the
11 case wanted to do dioxin levels in Greenville because he
12 suspected there might be dioxins present, and we picked I
13 think about 20 people who lived close to the Platte
14 Chemical plant.
15       Then we had them identify a friend or relative
16 who lived somewhere in Greenville, but far away from the
17 plant who was otherwise the same age, sex, social
18 economic level, and we matched them with the 20 people.
19       Then we took those two groups and divided them
20 into ten and pooled ten samples, and ran two samples of
21 our non-exposed Platte Chemical and a group of 20 pooled
22 groups of ten who lived close to Platte Chemical.
23       The results in all four groups were identical
24 and gave these values, and so we assumed there was no
25 dioxin exposure going on in this group and, if you look

178

1 at the Dallas values and the decline over time, it fits
2 nicely. It seems like very logical – the decline is not
3 great but continuing.
4   Q  So the Platte Chemical plaintiffs chose their
5 own controls?
6   A  We identified people who matched them and gave
7 them questionnaire and made sure we knew everything about
8 them. We asked them to identify someone similar to
9 themselves but did not live in that neighborhood.
10   Q  Have you ever done that in another case?
11   A  It's a common way of doing controls.
12   Q  Have you ever done it in any other case?
13   A  No. We did it at the suggestion of our
14 epidemiologist.
15   Q  Who is that?
16   A  Anderson.
17   Q  What's the first name?
18   A  Pamela Anderson.
19     MR. HOPP: We can mark this as 4.
20     (Defendants' Exhibit 4 was marked for
21     identification by the court reporter.)
22 BY MR. HOPP:
23   Q  Do you recognize deposition Exhibit 4?
24   A  Yes.
25   Q  What's deposition Exhibit 4?

179

1   A  That's our exposure assessment paper for
2 Columbus, Mississippi.
3   Q  In your exposure assessment for Columbus,
4 Mississippi, you also report control values for TCDDs?
5   A  Yes.
6   Q  And various other congeners of dioxin; correct?
7 Look at table 2, page 104.
8   A  Right.
9   Q  And you rely on Dr. Schecter's Dallas cohort;
10 is that correct?
11   A  Yes. That's what it says here. We utilized
12 the Dallas controls as one of the comparisons we made.
13   Q  And Dr. Schecter's paper, which we marked as
14 deposition Exhibit 2, was published prior to your
15 exposure assessment published in 2003; is that correct?
16   A  Correct.
17   Q  Let's flip to Dr. Schecter's paper, deposition
18 Exhibit 2, and leave Exhibit 4 open to page 104.
19   A  All right. You want to look at table 5 in this
20 one?
21   Q  Table 2 in both documents. Now, in Dr.
22 Schecter's paper, the 2000 paper, he reports two
23 different values for the Dallas cohort?
24   A  Yes.
25   Q  And looking at specifically TCDD, he reports

180

1 4.3 and 4.2.
2 Do you see that?
3 A Yes.
4 Q And your paper from 2003, you report on table
5 2, General Population Dallas; Schecter 2000, N=200, a
6 value of TCDDs of 2.6?
7 A Yes.
8 Q How did you go from Dr. Schecter's values to
9 your values?
10 A I don't know. I don't see how you can combine
11 those to get to 200 and have a value to be lower, and I
12 have to ask Dr. Schecter why the discrepancy.
13 I do have an explanation, which I think may be
14 that the 200 people we got were different than the 200
15 people in this group, and that's one possibility.
16 Q This is the second Dallas control group of 200
17 people?
18 A Yes. In this case he had a hundred young
19 people and a hundred older people, and in this group he
20 didn't make that distinction of age and lumped them all
21 together, I suspect. I'd have to check with him but I
22 suspect it's two different groups he's pooled.
23 He has a deal with the lab there at UT
24 Southwestern and he can get discarded blood fairly
25 easily, so when he pools it, he sends it to Dr. Paepke
181

1 in Germany and he runs it for him. And just looking at
2 these numbers that are consistently lower, I would think
3 they were probably drawn at a later time.
4 Q So you think --
5 A That's -- I have to ask him.
6 Q So you think at some other point in 2000, Dr.
7 Schecter developed another cohort of 200 people that he
8 had evaluated?
9 A Yes. In other words, the Schecter references
10 that I give here -- I have to ask him about that. I
11 don't know how to explain the discrepancy at this moment.
12 Q What's the Schecter reference that you give in
13 your 2000 paper?
14 A There are several Schecter references but none
15 of them are 2000.
16 Q So you don't cite Dr. Schecter's 2000 paper in
17 your 2003 paper in environmental research?
18 A No. This was personal communication. I'm
19 guessing now that these are values he collected in 2000,
20 and others were collected in -- it looks like 1996, four
21 years before.
22 Q Somewhere in your office, in your possession,
23 do you have a file of materials that provided the backup
24 for your 2003 paper?
25 A Yes.
182

1 MR. HOPP: And we'll send a request, but I'd
2 like to make a request on the record that we at least get
3 that bit of it. I'd like Dr. Schecter's set of numbers.
4 I'd like to see those.
5 Let's mark this Exhibit 5.
6 (Defendants' Exhibit 5 was marked for
7 identification by the court reporter.)
8 BY MR. HOPP:
9 Q Deposition Exhibit 5, can you tell me what it
10 is?
11 A Let's see when did we do this one. I think
12 this is a paper we presented at the dioxin meeting 2001.
13 I'm not sure about that, but I believe we did. It's the
14 same values we had in the paper.
15 Q Let's look at that. There is no table number.
16 The table in deposition Exhibit 5 which list dioxin
17 congeners --
18 A Yes.
19 Q Again, you have control values, General
20 Population Dallas; Schecter 2000, and you have numbers
21 different from the numbers in the Schecter 2000 paper.
22 Do you see that?
23 A Yes, these are the same ones that we had in our
24 paper we were just looking at.
25 Q They're the same for the 2003 paper, except for
183

1 one. Let's look at control value for 1,2,3,7,8 PeCDD.
2 Do you see that?
3 A Yes. 6.3?
4 Q I'm looking at the control value in the 2000
5 paper -- in the 2003 paper, deposition Exhibit 4, the
6 control value is point 05?
7 A For the penta?
8 Q 2,3,7,8 penta.
9 A Yes. 6.3 for the control value -- same on
10 both.
11 Q We're looking at two different numbers. Let
12 me --
13 A Just point it out --
14 Q This number here. Do you see that?
15 A All right.
16 Q It's see point 05 on the 2003 paper, and in
17 your paper that we have designated Exhibit 5 it is point
18 5, so we're off by an order of magnitude; correct?
19 A That's right. But it's probably a typo because
20 all the other numbers, including the TEQs, are the same
21 and it's just a typo.
22 Q Which document is correct?
23 A Oh, I suspect it's the point 5 rather than
24 point 05. The detection limits are such that it's not
25 likely to be point 05. I think point 5 is the correct
184

1  one. The TEQ value or the TEF value really is point 05
2  and someone just transposed the number.
3      Q   You think someone made a transcription error?
4      A   I think so. If you go down to the total TEQs
5  and the other totals, they're the same. Yes -- if it was
6  an error, it was carried through -- it's just a typo.
7      Q   If would change the TEQ?
8      A   Yes, if it was anything other than that.
9          (Defendants' Exhibit 6 was marked for
10         identification by the court reporter.)
11 BY MR. HOPP:
12     Q   You have deposition 6 in front of you?
13     A   Yes.
14     Q   What is that?
15     A   A presentation that I made in Berlin in
16 September of 2004.
17     Q   Look at table 1, page 2844.
18     A   Okay.
19     Q   You have your exposed population control and
20 then a control equals 100 population.
21         Do you see that?
22     A   Yes.
23     Q   Where did the control values come from in the
24 paper we have as Exhibit 6?
25     A   Well, this was yet a different set published by
                                                    185

1  Paepke. He gave us, along with the reports in this case,
2  he gave us this. This is his reference population for
3  that set of bloods. So we didn't use the same control
4  values. They're similar and a little higher on the TCDD
5  but similar, in general, to what we've had here.
6      Q   So the citation -- and correct me if I'm wrong
7  -- the citation for the control values in deposition
8  Exhibit 6 -- I believe it's footnote 5 -- which is
9  Schecter, A.J.Paepke O. And Piskac A.L. (2000)
10 Organohalogen Compounds 48,68-71.
11         Do you see that?
12     A   Yes. That's the citation we were talking about
13 earlier, isn't it?
14     Q   Deposition Exhibit 2 --
15     A   This is the older and definitely out of date
16 values but again it doesn't quite match.
17     Q   Doesn't match up at all, does it?
18     A   No, it doesn't.
19     Q   Why is that?
20     A   Like I said, these values were from Paepke, and
21 he gave us these values as a reference range. So I
22 suspect, given how high they are, they're German values.
23     Q   Do you have somewhere a file of backup
24 materials for your paper on Persistent Organic Pollutants
25 in the 9/11 World Trade Center rescue workers?
                                                    186

1      A   Yes.
2      Q   I'd like a copy of the backup for the control
3  values for that paper, and I'll sent a written request.
4          Why in 2004 were you reporting 5-year-old
5  control population data in your paper on the 9/11 World
6  Trade Center rescue workers and reporting more recent
7  data for the Greenville -- Grenada population?
8      A   I got the Greenville data after we submitted
9  this paper, so I didn't have the Greenville controls for
10 the firemen, and we didn't have a good control for the
11 firemen, anyway, and we used -- given the fact it
12 references this document, but they don't match, and what
13 I see here is values that are very similar to what is
14 listed here -- they're in the same order of magnitude but
15 not identical.
16     Q   They're different?
17     A   The TEQ's are quite high.
18     Q   In the unexposed population?
19     A   I know what it is. The PCBs are not done here.
20 This is Paepke's normals and this reference should
21 reflect Paepke's -- as I said, these are normals he sent
22 along with the reports on these firemen, and that's --
23 well, I have to dig into this and figure out exactly what
24 he did here, but I believe that the controls were not
25 from this 2000 paper.
                                                    187

1      Q   Once again, I'd like to see the control data
2  that Dr. Paepke supplied to you.
3      A   These pages do refer to this but the numbers
4  don't match.
5      Q   The citation is to Dr. Paepke's and Dr.
6  Schecter's 2000 paper?
7      A   Let's see. If we look over here to -- no, it
8  still doesn't match. I'll get to the bottom of this.
9      Q   In your table number 5 for the Grenada cohort,
10 your mean control value for TCDD is non-detect?
11     A   Yes.
12     Q   For clarity of the record, that means in
13 whatever lab report you got back on your controls there
14 was no TCDD detected in anybody's blood?
15     A   Yes.
16     Q   Have you ever seen an absence of TCDDs in a
17 sample of 29 people?
18     A   Well, there is four pooled samples, and this is
19 our unexposed controls in Greenville, and it depends what
20 your detection limits are and they're getting -- as I
21 said, PCB levels are dropping significantly in the United
22 States and getting close to detection level and, even
23 though I've not seen it before, I believe it's position.
24     Q   What was the detection limit you used for your
25 control population that you see reflected on --
                                                    188

| | |
|---|---|
1 A I have to get out the reports from the lab to
2 answer that. I don't have that information.
3 Q We'll look at that information tomorrow and
4 we're almost out of time for today. If you remember,
5 it's something I'd like you to pull?
6 MR. HOPP: This is Exhibit 7.
7 (Defendants' Exhibit 7 was marked for
8 identification by the court reporter.)
9 BY MR. HOPP:
10 Q Do you recognize deposition Exhibit 7?
11 A Well, it looks like a draft or a manuscript of
12 the paper we submitted. I don't know if it's the one
13 published or an earlier version.
14 Q The document we see set forth is deposition
15 Exhibit 7. Do you know if this was in effect your expert
16 report in the Columbus, Mississippi litigation? Is this
17 your expert report?
18 A No. This is a manuscript I think that we
19 submitted to one of the journals of the paper.
20 Q Do you believe then that -- here we go. It
21 says to send all page proofs to James Dahlgren, M.D.
22 Do you see that?
23 A Yes.
24 Q That's a sort of language you have on a
25 document you submit for publication?

189

1 see reflected in deposition Exhibit 4?
2 A Well, he helped us write the paperwork on it,
3 and I don't remember specifically what he did but he
4 helped us with it.
5 Q Were there a lot of changes made between the
6 versions we see in deposition 7 and the version we see in
7 deposition 4?
8 A No. I think there were some changes, but I
9 don't know if I'd characterize them as many but there
10 were some changes, and you can read the two papers and
11 see they're substantially similar but probably there are
12 some differences.
13 Q Is it standard practice to submit a paper to a
14 journal where the scientist is also a peer reviewer?
15 A You mean peer review your own paper?
16 Q No. You're on the list of peer reviewers for a
17 journal. Is it standard practice to submit papers to
18 that journal?
19 A Sure. We do that all the time.
20 Q At the time your paper was published in
21 Environmental Research, were you a peer reviewer for
22 Environmental Research?
23 A No. He asked me to be a peer reviewer after
24 that.
25 Q And who is the publisher of Environmental

191

1 A Yes.
2 Q Was Exhibit 7 ever rejected for publication?
3 A Well, we sent it to Occupational and
4 Environmental Medicine and they rejected it, and then
5 sent it to Environmental Research and they published it.
6 So I don't remember from memory if this is what we sent
7 to Occupational and Environmental Medicine or not.
8 Q You received reviewer's comments and a
9 rejection from Environmental Research?
10 A No. From Occupational and Environmental
11 Medicine, formerly the British Journal of Industrial
12 Medicine.
13 Q And Exhibit 4 is the second paper, which was
14 then submitted to Environmental Research?
15 A Right. Well, the paper that got published.
16 Q You added an author in deposition Exhibit 4
17 that we don't see on Exhibit 7, Harpreet Takhar?
18 A Yes.
19 Q Who is he?
20 A An epidemiologist who works with me.
21 Q Does he work for your company?
22 A Yes.
23 Q You employee him?
24 A Yes.
25 Q What was his role, if any, in the version we

190

1 Research? I mean, who is the editor?
2 A The editor is Ellen Silbergeld.
3 Q Where does he work?
4 A She works at Johns-Hopkins.
5 Q Ellen Silbergeld?
6 A Ellen Silbergeld.
7 MR. HOPP: It's 4:00 o'clock on the nose.
8 Shall we break?
9 THE WITNESS: Yes.
10 MR. HOPP: I'm ordering this written and I'd
11 like the original.
12 MR. LUNDY: A copy, yes.
13
14
15
16
17
18
19
20
21
22
23
24
25

192

48 (Pages 189 to 192)

PENALTY OF PERJURY

I hereby declare I am the deponent in the within matter; that I have read the foregoing proceeding and know the contents thereof and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____ day of _____, 2005, at _____, California.

_____
JAMES DAHLGREN, M.D.

193

I, VIRGINIA PETERAITIS, a certified shorthand reporter for the State of California, do hereby certify:

That prior to being examined the witness named in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth pursuant to Section No. 2093 of the Code of civil Procedure;

That said deposition was taken before me pursuant to notice, at the time and place therein set forth, and was taken down by me in shorthand and thereafter reduced to typewriting via computer-aided transcription under my direction;

I further certify that I am neither counsel for, nor related to, any party to said action, nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this ___ day of _____, 2005.

_____
VIRGINIA PETERAITIS
CSR No. 6205

194

49 (Pages 193 to 194)

**A**

abilities 150:21
ability 150:23
able 59:5 102:17
102:24 122:4
131:16 151:3,6
abnormal 141:16
153:18
abortion 161:19,22
161:24 162:5
above-noted
139:22
absence 79:6,9
128:11 168:9
188:16
absent 120:11
121:15 132:1,9
absolutely 107:14
133:19
absorbed 9:25 20:3
absorption 77:2
81:10 103:21
104:5,8,12
abstract 11:9 15:6
46:10
abuse 160:18
abused 161:2
accept 23:6,22,25
24:5,6 53:6 62:6
accepted 45:14
52:18 57:9
accepting 24:6
access 174:16
accomplishing
19:18
account 27:22 73:2
91:5 157:15
158:17
accounting 49:23
accounts 57:2
accurate 27:25
53:23,25 54:1,2
54:14 58:23
65:24 70:17,17
71:2 94:1 104:14
107:4,6 144:19
158:16
accurately 54:9
100:12
achievement
162:23
achieving 162:19
acres 170:6
act 94:3,4 131:9
action 93:11
194:14
active 29:19
activities 17:4
92:20
activity 20:7 25:6

actual 84:20,23
163:17
acute 32:3 73:24
75:8 81:7 99:20
136:16
adaptive 150:13
add 111:14,15
added 14:19
190:16
adding 29:23
addition 146:22
149:21 164:9
additional 64:13
86:19 116:14
141:5,19 164:11
additions 50:8
address 44:5,9
62:25 65:22 66:5
72:2 95:25
addressed 46:16
54:18 69:13
addressing 62:22
adduct 83:19 176:2
adducts 58:15
68:22,24,25 69:2
82:5,17 83:2
adipose 41:24
adjunct 13:4
adjusters 8:6
administer 30:13
106:3
administered 5:5
21:22 22:1 75:3
123:13 151:5
administering
101:13
administration
12:3
admit 153:3
adult 73:8 151:20
advantage 101:2
adverse 39:1 74:3
affect 54:3 94:4
afterward 15:22
age 133:11,14,15
142:17,18,19,21
144:2 145:4,8,10
145:11,11,18
146:6,16,16,23
147:6,19,22
158:23 159:5
160:13 161:25
162:6,16 178:17
181:20
agency 69:21
agent 102:22
agents 40:23,24
42:4 73:5 150:4
170:5
aggravated 87:3

90:22 115:22
116:9 117:2,3,6
118:13
aggravating 91:8
aggravation 89:13
149:6
aggressive 145:7
ago 5:10 25:4,9,16
27:1 30:21 79:18
104:3 178:2
agree 105:18 153:7
agreement 62:4
69:10
agricultural
170:10
air 65:1 76:13
77:17 103:18,19
103:24 104:3,9
air-lifted 156:9
AL 1:4,7 2:6,9
albeit 71:12 153:1
albumin 121:5
alcohol 73:20 74:1
74:3,15 75:7,8
75:15,16 161:1
alive 155:12
alleged 8:16
ALLEN 3:8
allergies 149:25
allow 84:3 86:22
allowed 64:19
156:21
allowing 131:15
alluded 165:12
alter 121:17
alterations 122:1
altered 10:12
altering 164:23
amazing 155:12
American 29:18,21
amount 19:11,13
74:24 77:17 85:6
124:21
amphetamines
160:21,23
analogues 61:10
analysis 51:9 61:9
98:25
analytic 80:12
analytical 61:6
analyze 67:5
111:13
analyzed 57:8
68:21
analyzing 68:20
Anderson 179:16
179:18
anemia 116:10
Angeles 13:17
169:3,16

angiosarcoma
107:20 108:13
108:15
animal 92:3 93:7
100:2 106:21
107:1 143:12
animals 63:18
106:23 138:22
anonymously
173:12
anosmia 114:12
anoxia 157:19,22
157:25 158:12
anoxic 156:21
answer 5:16,17,21
19:3 39:12 43:1
51:23 55:17
56:24 63:8,8
68:18 77:21
79:17 102:13
105:8 141:2
148:5,23 150:22
153:18 158:14
189:2
answered 135:12
147:10,11 152:1
154:14
answering 63:12
answers 35:5
125:16
Anthony 3:9 5:10
anxiety 10:12
124:6,15,19,20
125:5
anybody 17:20
34:8 35:25 36:13
36:20 38:18
55:14 56:21
152:13
anybody's 188:14
anymore 114:8
anyway 100:14
119:6 144:11
187:11
anywise 194:14
APGAR 156:3
apnea 157:6
apologize 21:17
147:10
apparent 152:16
150:22
APPEARANCES
3:1
appears 126:24
150:22
appendix 32:3,4
application 138:16
applies 71:20
apply 30:9 63:7
71:15,15,17
109:7 111:7

159:6
applying 112:8
appointment 23:5
23:10
appointments 7:24
apportion 65:21
118:10
appreciable 18:19
approach 8:14
42:5
approached 67:14
approaches 66:12
approaching 83:14
appropriate 5:17
46:16 158:22
appropriately
48:12 109:17
April 1:15 2:20 5:1
area 10:10 19:9
39:7,8 76:15
77:18 135:9
136:21 169:13
areas 10:22 64:18
150:14,14
170:10
argue 106:8
152:13
arguing 106:7
arising 11:15 39:1
40:24 47:13 63:1
Arnold 172:2
arthritis 121:2
article 4:14,15,17
11:10 13:5 47:23
54:12 67:10 68:4
articles 11:6,15
45:23 48:21
67:12
artificial 163:11
asbestos 41:11
42:6,8,9,12,19
43:3,7,11 48:8
97:9,10,11,17
98:1 99:10
102:16,21
108:19
asked 28:11 35:7
52:5 59:21 61:17
62:25 63:8
145:15 167:14
167:15 179:8
191:23
asking 5:15 21:17
106:1 109:10
120:18 156:20
aspect 11:20 70:19
aspects 25:14
49:24 71:18
76:18 106:10
assembled 109:24

assembling 150:16
assess 91:11
103:18 105:23
assessed 91:3
assessing 91:2
assessment 4:14
49:14 67:19,23
70:15,20 71:1,5
71:7 80:16,17
84:12,13,16 89:4
91:1 106:18
109:11 180:1,3
180:15
assessments 76:22
84:6 91:13
assignment 23:22
23:25 24:6
assistant 27:25
28:2,3,4
associated 28:12
41:1 42:19 43:3
73:12 75:16 84:4
96:7,11 99:21
135:3 148:14
149:4 161:3
associates 69:17
association 99:19
associations 100:8
assume 5:21 60:4
60:11 82:12
158:22 162:11
assumed 178:24
assumes 105:2,4
assuming 103:2
110:3 129:13,14
assumption 158:18
assumptions 105:7
assurance 59:3
asthma 37:18
40:10 86:5 87:8
89:12 110:24
114:23 115:24
132:12 135:22
152:24 165:20
168:17,20 169:3
169:18,25 170:1
170:10,15
asthmatic 136:3
asthma-like 10:7
asthma-type
136:13
asymmetrical
39:14
asymptomatic
119:23
ATSDR 81:12
attempt 143:17
attempting 53:9
attend 24:23 29:22
attended 29:17

attending 29:25
attention 150:16
Attorney 3:5,9,14
attributable 77:12
attribute 140:1,2
aunts 144:4 161:12
author 22:10 50:6
  50:7,12 67:11
  190:16
authored 172:17
  175:24
authorities 70:5,6
authority 46:3
authors 67:15
  104:13
author's 22:11
autoimmune 116:8
  142:5 165:5
automatically
  102:13
available 16:21,22
  16:24,25 27:6
  46:21 60:21
  66:17 89:22
  123:17
avenue 21:10
avoid 109:12
aware 39:21 40:3
  41:4 42:11,15,18
  56:12 143:16
  149:3 151:13,25
  162:5
axillary 126:3
AXYS 83:10
  171:23,25
A.J.Paepke 186:9
A.L 186:9
a.m 2:19 5:2

B
B 12:3 111:11
babies 157:22
  158:11 159:8,10
  159:19,24 160:4
  160:10,19,23,25
  161:4 162:1
baby 155:24
  156:24 158:23
  158:25 159:13
  159:16 160:8
  162:12,16
back 11:22 14:7
  19:4 22:19 34:25
  43:24 49:11
  52:12 74:15
  78:18 81:17
  83:21 85:14
  109:20 112:14
  123:4 128:22
  148:2 151:9

154:17 158:14
172:22 177:25
188:13
backed 65:24
background 45:22
  48:11 51:10 52:6
  150:11
backing 152:25
backup 182:23
  186:23 187:2
bad 10:12 53:5,14
  110:22 156:19
BAILEY 3:14
  83:16
balance 115:17
  166:10
ballpark 7:10
BANG 3:18
barely 167:14
Barnes 142:19
barrier 20:12
  74:20
base 163:18
based 31:17 48:6
  53:15 59:14
  62:15 63:18 70:1
  72:13 79:15 80:4
  85:4,6 86:9,25
  87:19,24 103:24
  114:22 123:10
  125:16 134:25
  137:3
baseline 51:6
basically 41:22,25
  119:9 127:19
  142:20
basin 169:3
basis 17:2 26:24
  47:2 67:3 69:13
  79:11 93:13
  119:13 128:16
  128:19 136:16
bear 93:10
Beazer 3:7
Beck 1:4 2:6 82:7
  82:20,23
BECKHAM 3:13
began 127:21
  163:25
beginning 2:19
  56:4
behalf 2:17
behave 20:23
behavior 141:3
belief 43:6 193:9
believe 12:3,22
  13:12 17:15 30:8
  33:24 54:16 57:6
  63:3 69:17 81:21
  84:13,25 87:3

113:24 115:7,21
121:15 128:1,4,6
132:16,18
137:12 142:22
148:11 150:3
151:11 153:17
158:24,24
161:25 164:5,17
167:19 168:25
170:25 171:6
175:21 183:13
186:8 187:24
188:23 189:20
193:10
believed 114:15
believes 114:20
belong 23:23
belonged 29:19
benefit 51:7 50:7
  99:11 150:24
benign 26:5
Benzene 99:19,21
Berlin 11:8 185:15
best 51:17 72:11
  130:11 156:24
  158:25
better 11:21 35:4
  88:4 100:10
  101:20 102:10
  102:13 103:8
  104:19,20
  105:16,17 106:3
  150:14 177:10
  177:14
bias 55:24 57:9,12
  102:3
bicycle 12:4
big 33:16 108:9,20
  110:20 127:17
  129:21 135:2
bigger 108:10
BIGGERS 3:13
biggest 100:14
  103:10 114:22
  114:24
bile 18:17,21,23
  19:14
bill 23:21 24:10
biologic 104:23
biological 103:17
  104:16 106:24
biphenyl 22:3
biphenyls 13:11
birth 38:16,17,18
  38:20,22,24 39:2
  39:3,4,6,12,13,13
  143:14 150:3
  155:15 157:4
  158:4 165:6,7,7
  165:9,10

bit 25:14 42:2
  145:15 183:3
black 122:20
  127:16 138:5
blacks 122:22
  138:9
bleeding 158:6
blockage 19:18
  163:9,14
blocks 19:14
blood 11:1,3 15:18
  15:21 16:4 20:1
  20:2,3,6,11
  43:19 71:16 79:8
  82:13,16 85:4
  104:23 116:2,10
  116:10 117:12
  120:13,15,22
  131:2 133:9
  140:15 141:3,5,7
  157:23 159:5
  170:23 172:6,25
  173:2,3,7,18,23
  174:7 181:24
  188:14
bloods 186:3
Blow 92:7
Blue 23:20,20
blurred 166:9,19
board 28:18 29:5,8
  29:11,13 30:1,4
  30:11
body 11:19,24
  18:24 19:13,23
  20:8,16,17 30:14
  42:1 43:15,19
  53:20 56:17
  74:25 97:13,24
  100:21
bone 97:23,23 98:2
  98:3,6
book 107:8
Borak 104:2
born 78:24 152:22
  154:4 155:9,11
  155:19 156:9
  158:19 159:1,22
  160:4 162:16
borne 162:9
bottle 74:17,18
  75:7
bottom 188:8
Boulevard 2:18
box 110:3
boy 149:16
brain 41:24 96:4
  142:15 152:15
  158:1,6 162:20
  163:10,12,14,16
  163:17,20,22

break 6:6 50:23
  74:18 81:14,18
  112:1,11,12
  192:8
breakdown 20:10
breaking 99:11
breaks 116:12
breast 35:25
  142:14,16,17,24
  143:6,7,8,9,13,15
  143:19,20 144:8
  144:12,15,20,24
  145:2,4,16,18
  146:2,6,13
  147:13,17,21
  148:1,7,10,16,18
  148:22 149:4,5,7
  149:13
breath 10:5 89:9
  116:3 135:5
  136:1 165:18
breathe 155:22
breathing 155:22
  156:4,6 157:7,8
  157:20
breaths 121:4
briefly 9:12 15:2
bring 81:14
brings 93:10
  153:10
British 190:11
broad 3:5 53:24
  54:16
broader 25:14
  154:2
bronchial 152:15
bronchitis 37:25
  40:10 86:6 87:8
  87:18,19 132:12
  135:4 165:20
brother 159:23
brought 7:23 13:16
  13:21 21:19
build 163:12
building 76:25
buildings 10:25
buildup 136:15
  169:15
built 57:9
bunch 46:24
  108:22
burden 11:19,24
  20:17
burdensome 61:3
burned 76:2
burn-treated
  64:14
business 56:19

C

C 111:11
calculate 83:25
calculation 150:18
California 1:14
  2:19 5:1 6:15
  33:14 193:15
  194:2
call 7:22,24 14:15
  15:15 23:16
  27:21 28:2 55:25
  63:15 78:3 102:3
  127:24 174:8
called 8:11 9:9
  12:14 18:22
  23:10 30:15
  98:17 126:23
  128:20 138:25
  139:1
calls 27:3
Canada 83:11
Canadian 83:13
cancer 32:5,6
  34:19,22 35:2,13
  35:19 36:1 37:3
  40:15,20,22 41:2
  41:3,5,12,20
  42:6,10,13,20
  43:3,8,11,15
  44:1,5,10,13,25
  58:16 65:9 69:1
  75:11,14,17 84:3
  85:23 92:2,5,10
  95:24,25 96:4,4
  96:7,14,25 97:7
  97:11,17,18 98:7
  98:23 99:1,4,7,8
  99:11,13,18
  102:19 107:22
  107:23 108:7,10
  108:24,25
  110:13,17,19
  116:19,19,23,25
  125:20,21 126:6
  126:11,14,17,20
  126:22,25,25
  127:2,5,8 128:2
  128:4,9,10,17
  129:4,11,12,15
  129:16,21,22
  130:6,9,12,15
  131:4,17,18,22
  132:3,9 134:11
  142:14,16,17,24
  143:6,8,8,10,13
  143:15,19,20
  144:8,10,10,12
  144:15,20,24
  145:2,4,9,16,18
  145:23 146:2,6
  146:14,15,16

147:6,13,17,18
147:22 148:1,7
148:10,16,20,23
149:4,5,7,13
165:4,15
**cancerous** 126:13
**cancers** 41:2,15,18
45:6,7 96:11,16
96:17 97:14,19
97:22,23 98:14
99:15 102:17,19
116:18 125:20
128:14 148:25
**cancer-causing**
40:23,24
**canned** 41:5
**capable** 63:16
66:23 68:11
93:12 97:1
**capacity** 114:11
162:21
**carcinogen** 41:5,20
43:7,10
**carcinogenic** 40:25
96:9 102:22
146:25 147:3
**carcinogens** 41:11
97:4,21 98:1,3
145:6,13
**carcinoma** 116:22
116:24 126:1,16
**cardiac** 47:12
**Cardiology** 47:12
**cardiovascular**
37:10 40:10 47:8
140:18,22 141:8
**care** 25:15 34:11
34:25 35:11,14
39:7,10,18 40:1
44:4 69:22
110:25 155:17
156:10,15,19
**career** 35:1,6
45:25
**careful** 58:24
72:22
**carefully** 106:6
107:25
**carried** 17:4 185:6
**carrying** 160:10
**Carver** 89:12
114:1,3,5,16
118:9 135:9
136:21 137:3
142:19
**case** 5:11 13:19
23:10 32:7 33:20
34:12,15 38:25
39:20 40:2,15
43:25 45:18

50:12,18 53:18
53:22 56:10,23
57:5,25 61:21
62:12,15,20 63:9
63:18,22,22,24
64:10,13,17
65:14,16 68:3,6
68:7 72:12,18
75:18,19,21 77:7
78:23 81:20 82:4
82:7,20,23 84:1
84:9,10 85:21
87:20 89:19 90:9
92:3,9 93:8,24
95:24 98:9 99:25
100:2,3 103:22
104:14 107:9,9
107:16 108:2,15
108:25 109:3
110:19 112:21
113:5,15 138:11
143:5 149:25
152:5 153:23
159:13 176:20
178:6,11 179:10
179:12 181:18
186:1
**cases** 21:25 24:24
56:1 61:22 62:23
63:4 68:19 73:6
78:21 81:6 85:25
86:5,6,24 87:18
88:5 90:21 94:8
94:10
**categories** 79:5,12
**category** 41:10
78:13 136:17
**causation** 62:19,21
63:6,12,15 65:22
66:6,9,21 67:11
67:14,17 70:20
70:21,23 71:1,5
71:6,9 80:16,19
89:4 91:1,2,11
91:13,25 93:1,1
93:4,5,12,14,15
93:19,21,25 94:6
95:16 98:25
108:23 111:24
112:24 143:19
**causative** 65:20
89:8 122:23
129:3
**cause** 42:9,12 43:8
43:11 63:18 66:7
66:10 81:7 89:1
89:15 90:4 91:4
92:12 97:7,10,18
99:18 122:1
129:25 138:10

140:10 143:13
148:7 157:25
165:4 170:16
**caused** 90:22 97:19
114:6 117:2,3,5
117:21 121:22
130:3 132:20
138:7 139:23
142:23 157:17
167:20 168:14
**causes** 41:5,20
91:6 99:10 108:8
126:22 138:12
143:7,8 163:19
169:20
**causing** 9:17 63:16
66:23 68:11 91:8
93:13 96:25 97:1
119:15
**CD** 11:12
**CDD** 72:5,6
**cell** 116:10,24
126:16,19,25
**cells** 18:12,15
19:23 20:7 99:8
**Center** 9:11,13,14
9:17 10:24 11:18
14:25 15:16
17:16 18:5 21:5
21:14 51:5
186:25 187:6
**Central** 3:12
**certain** 30:14,14
31:19 32:10
41:23 56:2 62:16
66:7 71:17 77:5
86:21 99:20
106:10 161:23
**certainly** 53:8
54:24 95:20
96:24 99:22
106:7 160:12
170:11
**certification** 29:14
30:2,11
**certified** 2:21
28:18 29:5,8,11
30:5 194:1
**certify** 194:2,13
**cervical** 116:19
125:21 126:25
126:25 127:2,5,7
128:2,4,8,10,14
128:19 129:4,22
130:6,9,12,14
131:4,21 132:3
134:11
**cervix** 116:23,25
126:16,22 127:1
**cetera** 35:15

**chaff** 110:9
**chain** 60:20
**chance** 50:20
**change** 15:13 16:4
185:7
**changed** 14:20
136:6
**changes** 50:8,13
116:15 138:21
158:11 191:5,8
191:10
**characteristic**
116:13,16 136:2
**characterization**
145:21
**characterize** 150:5
191:9
**characterized** 10:5
109:16 121:9
**Charles** 3:6
**charts** 68:7
**check** 174:23
181:21
**checked** 30:8
175:13
**cheek** 116:11
**cheeks** 121:3
137:21
**chemical** 9:21 21:2
31:5,9 41:21
65:4 66:6 91:4
92:6 93:7,12
94:17 96:11,25
97:4,20 115:15
140:14 170:5
178:6,14,21,22
179:4
**chemically-indu...**
115:8
**chemicals** 9:19,23
9:24 10:14,18
12:6 19:16 20:23
53:21 63:1,16,22
65:1,4 66:23
76:14 77:16
79:10 80:4 81:11
93:11 94:3,22
95:1 97:7 115:23
118:3 122:13
127:6 128:6
132:2,19,21,21
138:1,12 139:23
143:24 165:3
170:7
**Chernobyl** 22:11
22:15
**chest** 89:9 116:1,2
116:3
**Chicago** 3:10
**child** 151:20,23

159:21 170:1
**childhood** 168:20
169:25 170:10
**children** 64:17
65:17 151:17,21
152:4 155:11
158:7,8 168:16
170:9,10,12
**chloride** 108:3
**chlorinated** 72:5
**cholesterol** 20:9,10
**cholestyramine**
14:19 19:17
21:10
**chose** 179:4
**chromium** 41:10
43:11 94:5,8
**chronic** 10:5,20
37:24 40:10
73:24 81:7 87:7
87:8 116:1
132:12 165:19
**chunk** 110:20
**cigarette** 89:11
109:14 127:4,7
127:11,14,15,18
128:24 129:6,8
129:10 132:5,23
133:1 135:6
136:12 137:7,10
137:14,25
143:10 159:7
**cigarettes** 42:10
65:11 133:7,10
133:17 136:4
140:9 159:8
161:1
**circle** 89:12 114:1
114:4,6,17 118:9
135:9 136:21
137:3 142:20
168:8
**circulation** 18:23
**circumstance**
108:14
**circumstances**
32:21 135:11
**citation** 186:6,7,12
188:5
**cite** 84:17 182:16
**cited** 42:3
**cities** 170:12
**city** 9:6 11:7 16:16
51:2,4 52:2,4,14
77:9 114:19
**civil** 194:6
**claim** 8:17,21
23:14
**claimed** 23:12
**claims** 28:14 33:16

153:19
**clarifications** 50:8
**clarify** 70:19
146:12
**clarity** 188:12
**class** 24:25 25:2,5
25:13,19,20
26:12 77:5 95:1
**classes** 9:22 24:21
24:22 25:7 26:13
26:17 81:13 94:3
**classical** 136:13
**classically** 144:1
**classification**
98:19 99:14
**classify** 79:3,15
100:11
**cleanup** 51:5 52:10
52:15 81:5
**clean-up** 18:5,8
**clear** 5:14,20 38:21
47:5 65:8 67:2
71:4 72:12 76:23
82:15 108:12
129:19 148:8
157:21
**clearer** 148:9
**clearest** 88:7
**clearly** 117:18
136:5 169:2
**clear-cut** 62:24
**climb** 64:18
**clinic** 17:2,5
**clinical** 24:15,22
26:10 28:1,2,4,4
100:17 101:14
107:17 136:20
**close** 64:11 76:4
92:8 94:23
178:13,22
188:22
**closely** 42:6 60:11
107:16 109:1
**closer** 136:10
177:6
**closest** 94:13
**cocaine** 160:21,22
161:3
**Code** 194:6
**codes** 98:17,20
99:1,3,4,6,8,14
**cognition** 152:15
**cognitive** 141:15
**cohort** 17:16 21:14
102:6 174:13
176:3 180:9,23
182:7 188:9
**cohorts** 15:16
**coke** 78:9,9,14
**cokers** 78:11

collapse 9:14,17 10:25
collect 8:13 51:4 52:13 64:6,7,20 65:14,17 67:5 72:15,18 75:18 75:20 85:11,12 103:6,13 105:25 106:14,16
collected 49:12,15 49:16 52:6 56:1 56:2 68:21 71:7 71:22,22 72:3 76:16 80:1,8 82:2 83:25 88:9 90:24,25 173:7,9 173:12 182:19 182:20
collecting 66:15,16 68:19 70:20
collection 59:24,25 60:2 72:1 76:17 80:12 109:13
collects 80:19
College 29:18,21
Collegium 30:16 31:1
Collins 3:19 81:15
colon 102:19 108:24
Columbus 68:6,17 68:23,24 77:8 135:1 137:11 139:7 158:8 165:1 172:10 173:16 180:2,3 189:16
combination 116:6 119:3 167:25
combine 181:10
come 7:22 8:21 20:20 26:21 27:3 27:6 32:9 33:12 33:13 48:19 65:3 111:23 120:9 162:25 171:5 185:23
comes 21:6 33:6,8
comfort 50:23
coming 65:2 76:9 82:10 108:17 168:10 174:5
commands 167:14
comment 133:7,10 133:17
comments 49:25 50:4,13 190:8
common 37:7,14 55:21 74:7,11 96:12 97:10

108:10,24 136:9 139:9 158:6 179:11
communicated 34:8 43:25 69:17
communicating 88:7
communication 32:20 182:18
communicative 167:17
community 46:15 50:10
companies 8:7
company 8:6 24:7 79:22 190:21
company's 76:11
compare 92:16
compared 77:5
comparing 82:2
comparison 91:19 92:17 109:3 173:16
comparisons 180:12
compatible 10:14 82:10 86:7
compiled 113:7 133:24
complain 123:24 137:8,16
complained 10:11 28:7 114:13 152:17
complains 137:20
complaint 139:9 139:15 164:25
complaints 10:6,13 86:1 87:6 115:14 115:21 138:3,10 153:13,15 165:22 166:8
complete 117:14
completed 15:23 164:2
completely 157:2
complex 52:21 87:19
complexes 86:2,21 87:1,3,5,25 88:2 88:12
complications 39:6
components 22:18
compound 94:17 95:4,5,10,13
compounds 77:6 81:13 186:10
computer 113:4
computer-aided

194:11
conceivably 95:22
concentration 20:25 51:18 97:25 115:19 166:10 167:2 176:9
concentrations 41:25 96:18 97:8 97:12 98:2
concept 55:18 89:23 96:10 97:3 97:6
concern 22:16 34:14,15 69:14 154:12
concerns 69:18
conclusion 54:3,14 56:10 71:8 90:18 91:6,9 92:9 108:6
conclusions 54:4 55:5,11,12,15 62:11,14,14,16 62:18,19 66:24 90:15 112:8
condition 37:7 40:8 94:18 116:1 136:5 156:16 163:13
conditions 9:2 30:1 35:5 36:14 40:13 85:14 117:1,4 118:2,13 135:3 149:19 167:23
conference 110:4
confirm 113:11
confirmed 122:22 123:21 125:12 125:14
confirms 149:12
confusion 115:21
congener 19:2
congeners 171:2 173:23 180:6 183:17
congestive 140:20
connected 7:21
connective 98:5
consciousness 115:17
consequence 114:13 163:1
consider 54:25 57:13 69:24 77:14
consideration 145:17 153:16
considerations 111:7

considered 51:15 78:10,12,14 100:7 154:24
consistent 10:22 16:9 49:24 57:8 85:2,9 153:21
consistently 182:2
constituent 34:14
constituents 95:5,6
constitute 9:22
constraints 16:18
construct 84:2
constructing 88:22
contact 27:2,10,11 65:3
contacting 69:25
contained 53:18
containing 113:5
contains 94:24
contaminant 22:16 34:15
contaminants 43:22 121:21
contaminated 114:16,20
contaminating 77:18
contamination 34:16 159:11
contaminations 153:14
contemporaneou... 177:6
content 41:23 159:12
contents 193:7
context 91:17 92:13 153:8,12
continue 9:1
continued 127:23 150:18
continues 127:24 133:12
continuing 168:1 179:3
contracted 144:3
contractions 76:10
contradiction 136:23
contribute 9:25 66:10 88:23 121:20 127:8 134:10,13 136:5 160:10
contributed 118:1 118:5 121:22 128:1 129:4 132:21 134:24 148:12 173:3,18
contributing 117:7

118:16 128:23 129:7,23 134:22 138:2 143:5
contribution 63:1 92:10 115:15 117:11 160:16
control 59:3 76:13 91:20 100:2 101:5,6 108:20 111:3 143:14 171:13,16 173:22 174:1,14 176:17 177:10 177:15 180:4 181:16 183:19 184:1,4,6,9 185:19,20,23 186:3,7 187:2,5 187:10 188:1,10 188:25
controlled 107:17 107:25 109:1 140:22
controls 101:16 171:11,12,20 176:13,19,21 177:7 178:8 179:5,11 180:12 187:9,24 188:13 188:19
Controls-Dallas 176:11
coordinated 166:17
coordination 166:12
copy 6:6 134:3 187:2 192:12
cord 144:20 159:5
corn 169:24 170:6
cornfield 170:5
cornfields 170:8
correct 6:16 7:14 16:1 17:14 18:5 18:9 24:12 26:11 31:12 33:15,23 39:19 43:18,22 43:23 45:8 46:22 49:21 50:21 53:17 54:10,15 54:17 55:12 59:9 59:18,24 60:16 60:24 61:6,9,16 66:17,18 71:1 72:16,21 73:19 73:20,25 74:17 74:21,25 75:4,12 75:15 79:13 80:2 80:13 82:17,20 82:21 83:10 84:8

88:13 94:2,8,14 95:7 96:5 101:3 101:8 106:24 109:21 115:1 118:14,21 119:19 120:3 121:11 123:14 123:16,22,23,25 125:6,9,10,18,21 125:23 128:25 130:7 134:11,12 135:9 137:4 139:5 153:25 161:18 163:5,6 165:16 166:6,7 166:12 170:2,24 171:2 175:25 176:21,22 180:6 180:10,15,16 184:18,22,25 186:6 193:12
correctly 171:7
correlation 159:12
corroborated 147:1
cost-effective 105:24
cough 10:5 87:7,8 89:9 116:1 153:9 165:19,19
council 104:6
counsel 194:13
count 51:21 116:10 116:11,11
country 143:21 168:21
county 70:5
couple 36:10 48:20 104:3 112:22
course 45:24 64:23 77:21 92:22
court 1:1 2:1 5:19 172:14 175:16 179:21 183:7 185:10 189:8
cousin 170:6
covered 31:3 81:21 112:23 140:5
co-author 13:25
co-authors 172:10
co-factor 126:24 127:3 130:2,15 132:5
create 56:2 73:2,22 163:11,13
created 113:12
credible 153:11
creosote 34:16 76:24 94:24,25 103:16,21,23

104:6,7,15
105:10,13,15
116:14,16 118:9
118:19 121:14
121:23 134:19
138:13,15,16,20
139:1,6,10
140:16 147:23
creosote-induced
139:2
criteria 105:4
cross 23:20 69:25
crosses 74:24
CSR 1:23 194:20
cultures 13:1
curing 64:19
current 6:3 14:10
80:21,23 84:4
118:16 168:14
currently 6:11 9:5
48:15 165:15
custody 60:21
cutoff 51:15
CV 6:4 35:7
cyanate 110:24
cylinders 76:5

**D**

D 3:14
Dahlgren 1:13
2:16 4:3,15,17
5:4,9 60:9 81:18
112:14 189:21
193:20
Dallas 171:11,16
174:1,13 176:19
179:1 180:9,12
180:23 181:5,16
183:20
damage 158:1
damaged 136:15
dangerous 69:12
147:5
data 11:7 45:4
49:12,12,15,15
51:4,11 52:6,14
52:18 53:15,16
53:16,18,23 54:1
54:4,7,15,20
55:3,6,10,11,20
55:23,24 56:1,6
56:9,15 57:3,8
57:11,16 60:4,6
60:21 61:22,24
64:22,23 65:14
66:15,17 67:5
68:21 70:21,23
71:7,21,22,22
72:1,3,15,18
75:18,20 76:9,16

76:17 80:12 82:1
83:24 84:20,24
85:9,12,12 88:9
88:10,10,19
90:24 92:11 93:5
93:8 100:11,13
100:15 102:15
102:24 103:2,6,8
103:14 104:14
104:17,19
105:17 106:13
106:14,16 107:1
108:6 111:13
113:7 122:2
131:5 143:9,11
143:12 148:13
148:15 149:3
152:10 153:6
154:13 171:23
174:17 177:11
187:5,7,8 188:1
database 98:22
date 113:20,21,22
186:15
daughters 148:17
Dave 51:7,24
DAVID 3:4
day 101:25 127:12
127:14,15,18
129:6,9 133:12
133:14,16 140:9
140:15 193:13
194:17
days 6:25 10:24
27:4 155:14
de 110:24
dead 154:9 155:20
deal 72:22 96:19
142:6 181:23
dealing 8:15 89:5
deals 31:4 154:2
death 42:9 97:10
deceased 142:8
151:10
decent 111:2
decide 46:13 47:16
decides 24:7 33:8
decision 48:1
declare 193:5,7,11
decline 177:19,21
179:1,2
declined 177:23
decrease 19:13
decreased 10:19,20
115:20 166:11
166:11 167:5,8
decreases 10:19
deep 121:4
defat 138:14
defatting 139:13

139:14,16
defect 150:3
defects 38:22 39:3
165:6
Defendant 3:12 4:8
defendants 1:8
2:10,17 3:7 5:11
69:18 172:13
175:15 179:20
183:6 185:9
189:7
deference 28:3
deficits 150:13
define 45:12 93:3
definitely 134:15
139:3 158:4
186:15
definition 61:24
73:21 74:22,23
123:11 157:22
definitions 45:14
45:14
degree 9:18 18:19
77:19
degrees 10:6
deliver 161:10
delivered 156:1
162:12
delivering 160:18
delivery 161:4
demonstrate
102:24,25 141:4
169:2
dental 38:13,15
40:11
department 51:8
52:2,4 69:15,19
70:6 81:4
departments 70:1
depend 53:23
depending 19:1
23:8 75:2 101:1
111:5 120:22
151:22
depends 26:1 32:2
32:21 40:22
54:14 62:4 73:21
74:4 106:1
107:18 109:10
110:23 111:18
160:6 177:25
188:19
deponent 193:5
deposition 1:13
2:16 5:12 89:17
133:20,22
172:12,16,18
175:14,20
176:15 179:25
179:25 180:14

180:17 183:9,16
184:5 185:12
186:7,14 189:10
189:14 190:16
191:1,6,7 194:4
194:8
depositions 89:21
depression 10:12
depth 31:24
Derion 149:10,15
149:19 150:5
151:1 153:23
154:3,4,16 155:4
155:15 156:1,9
157:1 158:18
159:1 160:13
163:4,25 164:5
164:13 165:10
165:15 168:3
169:6,21
Derion's 156:15
159:15 160:15
derive 111:18
dermal 137:19
164:14
dermatology 126:2
describe 9:12 12:1
15:3 24:13 31:12
63:11 64:9 76:23
80:11 88:4,6
97:6 109:19
110:8 111:22
124:6 153:11
described 13:3
66:15 67:8,16
70:9 71:15 79:6
86:10 88:11,12
96:12 111:22
112:4 163:4
170:3
describes 13:6 15:9
153:1
describing 79:6
87:11,13 88:3
description 78:7
99:4
design 56:4,7 57:6
101:9
designated 184:17
designation 126:19
designed 44:9 57:7
91:17
desk 110:4
destroyed 66:3
destructors 143:23
detail 15:4 66:22
71:21 112:17
135:19
detailed 104:7
150:9

details 22:14 54:17
detect 102:15
128:17
detectable 177:17
detected 188:14
detecting 100:7
detection 184:24
188:20,22,24
detections 171:21
determine 63:25
101:6 111:8
determines 131:13
detoxification
12:13 13:9 14:16
14:17 21:25
develop 12:19
118:23 136:10
136:13
developed 122:13
135:4 144:10
145:2,4,16,18
146:2,5,19,22
147:13,17,21
182:7
developing 40:15
40:21 44:25
146:13 147:17
162:19,20
163:21
development 39:15
126:24 134:10
134:14 149:13
152:15 159:15
developmental
150:2 162:19
Devrage 69:9
79:24
diabetes 36:7
39:20 108:11
140:21,25
142:24,25 143:4
diabetic 142:12
diabetics 39:24
diagnose 87:7
diagnosed 32:4
86:5 87:24
116:19,22 124:6
142:16,18
152:21
diagnoses 85:23
86:7,13,20,25
89:3 123:3
diagnosis 31:15,16
31:17,20,21
62:23 63:4,5
65:8 85:17,20,24
86:3,9,22,23
88:5,11 89:5
90:25 100:24
154:20 163:6

diagnostic 86:12
90:25
die 75:8
died 142:17,18
147:7
diet 92:19
dietary 109:15
difference 73:9
77:25 81:19
87:11 92:20,25
93:3 101:11
142:8 177:3
differences 102:15
106:24 107:7
142:9 191:12
different 8:8 14:17
16:6 17:20 25:25
63:21 77:4 85:12
86:11 91:19
96:21,21 99:8,10
99:12,14 100:1,4
100:25 106:13
106:23 110:11
111:19 116:18
120:16,17
130:20,20,21,22
130:22 152:8
175:11 176:17
180:23 181:14
181:22 183:21
184:11 185:25
187:16
differential 65:8
89:3,4,5 91:1
differentiated 45:7
differently 94:4
difficult 25:10 66:2
76:23 168:13
dig 175:3 187:23
dilute 101:21 102:8
dioxin 11:2,8,15
15:17 16:3 18:1
18:15 19:20
20:12 21:9,14
29:22 41:19
43:10 71:16,25
81:5 82:16 83:8
118:20 121:14
121:23 122:10
129:7 130:5
131:21 132:16
134:20 138:8
140:3 143:4
162:12,17
170:22,23 171:1
171:1,4 172:6,22
174:11 177:19
177:21,22
178:11,25 180:6
183:12,16

dioxins 9:21 11:20
11:24 12:10
15:20 18:10,16
18:22,25 19:6
20:20,22 21:11
22:17 40:25 41:9
58:12 65:10
71:24 72:13 76:8
80:22 82:5 83:1
98:5 113:25
117:5,25 118:4,9
121:16,24 122:3
122:6 128:5,25
137:23 143:24
147:24 149:20
164:6,20 167:20
168:2 171:15
173:23 176:2
177:14 178:12
direction 194:12
directly 14:11
152:1
director 51:8 52:1
directors 52:3
dirt 80:8
dirty 51:17
discarded 173:13
181:24
discharge 64:25
76:14
discharging 77:17
discipline 48:9
56:16
disciplines 30:13
discovered 107:20
discreet 95:24
discrepancies
152:7 153:6
discrepancy
181:12 182:11
discuss 90:15
115:11
discussed 118:4
discussion 82:9
99:24
disease 37:11,14
38:7 39:5 40:6
40:10,11 47:11
47:12 71:10
91:22 93:13,18
95:17 97:1 98:20
108:11,17,18,21
110:25 112:24
130:3,17 140:19
140:19,22 141:8
144:3 147:7
165:4,4,17,17,21
diseases 66:7 85:24
95:17,20,22
98:18 165:5,7

disfunction 165:5
dishonest 54:22,24
55:1,6,12,19,25
56:7
dishonesty 56:11
disks 113:5
disorder 166:2
disorders 165:6
dispense 6:7
dispute 63:4
disputing 62:23
disrupt 121:25
disruption 122:3
143:20
distinction 7:2
77:22 181:20
distinctions 68:17
distinguish 7:4
distinguished
93:14
distress 39:5
distribute 43:16
distributed 41:25
distributes 41:21
DISTRICT 1:1,1
2:1,1
disturbance 10:12
124:10
ditches 64:14 76:2
76:15 77:1
divide 31:7
divided 178:19
DIVISION 1:2 2:2
DIXON 3:8
dizziness 115:16
124:9
DNA 68:22 82:17
83:2,19 176:2
doctor 13:16 21:19
38:23 125:3
doctoring 25:7,10
25:12,18,20,25
26:12
doctors 8:7 27:5
32:10 39:7 40:8
46:21 65:25
85:23 86:4
122:20 123:24
132:25 134:5
doctor's 124:22
document 68:23
184:22 187:12
189:14,25
documentation
49:18 59:11 65:4
131:7
documented 21:25
89:18 114:10
documents 113:14
180:21

dogmatic 120:1
doing 69:24 76:22
89:4 93:19 98:8
98:20,25 100:22
101:1 179:11
dollar 82:25 83:5
83:12,13,13
donated 17:3
dosage 65:6
dose 66:9 73:1,1,6
73:10,12,13,13
73:14,16,18,22
74:14,24 75:2,18
75:20 76:6,21
77:7,25 78:1,6
79:1,6,13,14,15
80:23 81:19,20
83:22 84:2 91:5
100:20 102:20
107:2,4 111:2
129:7 131:10
160:6
doses 41:21 82:4
85:14 100:25
130:21
double-check
49:12
doubt 167:21
dozens 7:19 36:24
Dr 5:9 13:11,15,19
13:20,23 15:13
15:13 21:16,19
22:4 51:15 52:3
52:13 57:4,14
58:15 60:9 69:8
69:8 81:18 84:10
84:11,16 85:9
101:22 102:5,16
103:22 104:2,10
107:21 112:14
114:10 124:5,13
124:24 125:5
126:4 128:21
133:3,5,6,6,8
141:13,18,21
149:11 150:7
157:10 159:4,10
169:2 172:8,17
173:1,19,21
174:9,16,20,25
175:23 176:13
176:24 180:9,13
180:17,21 181:8
181:12,25 182:6
182:16 183:3
188:2,5,5
draft 46:10 189:11
drainage 163:9
drank 75:9,10
draw 54:4 55:11

drawing 150:17
drawn 55:5 174:7
182:3
dreams 10:13
drew 7:2
drill 145:14
drink 74:4
drinker 160:14
drinking 161:1
drinks 75:7
Drive 3:10
driving 7:25
115:20
drop 74:1
dropped 16:7
dropping 82:25
83:5,12 188:21
drugs 161:2
dry 116:3 138:4,14
139:2,8,19
165:18
drying 138:16
139:17
dryness 116:15
137:20 138:7
due 57:12 65:9
115:14 143:19
143:22 153:14
156:21 157:4
168:25
duly 194:8
duration 19:1
156:12
dust 9:16,24 58:13
68:8,10 72:4
76:10 80:8 81:1
81:2,9
dysfunction
122:17 123:3
165:23

_____ E _____
earlier 7:2 11:16
15:3 51:3 52:12
77:19 82:9 88:11
91:12 92:14 97:9
112:23 134:25
146:6,24 147:22
155:21 186:13
189:13
early 13:10 22:4
35:6 128:18
138:25 144:2
146:23 147:6
150:9 157:18
159:22 161:3,10
161:16,25
162:16,163:6
164:11
easily 181:25

east 3:7 169:9
easy 77:7
economic 16:18
82:24 178:18
editor 47:19,22,25
192:1,2
editors 47:4,19
education 150:20
150:24
effect 16:6 17:9
63:16 72:20 73:2
73:7,7,23,24
74:3 89:8 91:4
92:12 96:9
101:21 102:8
106:18 131:12
138:12,19 139:3
156:15 161:14
161:14 162:5
170:16 189:15
effective 15:10
19:17
effects 16:6 38:16
38:20,24 63:17
73:5 77:12 87:12
92:5 93:6 95:3
116:7 120:7
140:10 142:1,3
176:2
effort 20:19 21:5
89:18
either 29:19 44:3
56:14,21 57:1
65:12 70:23,24
71:2,9 93:7
137:2 157:12
161:17
elective 26:20
elegant 159:4
element 9:22 94:25
144:13
elevated 36:14
40:2 68:9 82:8
82:14 99:2
eliminate 11:21
Ellen 192:2,5,6
else's 55:15
emergency 69:7,11
emissions 76:13
emphasized 53:2
employee 101:22
190:23
employees 134:1
encountered 18:2
18:4 57:1
endocrine 143:20
143:23
ends 33:1
energy 10:20
England 58:16

83:19
enteropatic 18:23
entire 17:16 71:6
entirely 85:2
115:14
entirety 31:12
entrance 154:20
environment 58:13
69:12 78:25 79:7
92:7 93:17
143:23 144:1
145:5 147:3,5,9
152:7 159:9
164:12 169:1
170:4
environmental
26:18 27:20
29:21 31:6,8
48:18,19,22,24
58:11 64:10
69:20 78:4 81:4
85:5 88:10,25
103:11 109:15
122:24 131:10
145:24 146:25
167:24 168:25
177:1 182:17
190:4,5,7,9,10,14
191:21,22,25
environments
77:12
enzyme 20:7
enzymes 36:14
40:3
epi 110:10
epidemic 168:20
169:18
epidemics 45:13
epidemiologic
42:11,18 92:11
105:10 111:23
epidemiological
42:23 43:4 63:19
85:7 91:11,12,16
91:21 92:4,15
93:9,20 95:15
98:21,24 100:5
100:18 104:20
106:9,11 108:5
109:2,8 162:4
epidemiologist
179:14 190:20
epidemiologists
46:21 98:17
112:6
epidemiology 42:4
45:10,12,19,24
105:14
episode 9:25
equal 101:9 103:3

equals 171:11
 185:20
equation 53:15
equations 83:23
ERGO 57:23 58:7
 58:10
erroneously
 126:17,19
error 54:25 70:9
 70:11,15,18
 71:12,14,16,17
 71:18,19 185:3,6
errors 54:6
especially 88:4
 101:21
establish 63:14
 108:23
established 66:6
 81:12
establishing 14:5
 92:12
estimate 80:22
 84:3 155:7
estimated 76:9
 84:22 85:3 155:6
estimates 51:18
 78:20,21 80:3
estimating 103:24
et 1:4,7 2:6,9 35:15
Europe 83:6
evaluate 8:10
 33:20 63:23
 72:10 80:19
 93:20 98:24
 109:22
evaluated 7:16
 34:11 182:8
evaluating 8:22
 34:4 111:23
evaluation 7:6,22
 8:1,5,17 11:2
 23:1,3 31:14,24
 31:25 32:8,16
 33:1,3,7,20
 89:21
evaluations 7:13
 8:9,12 32:12,25
event 30:4 59:14
 127:19 161:24
events 21:24
everybody 84:21
 170:15
everybody's 61:3
evidence 21:13
 42:24 62:15
 143:13
exact 51:13 94:16
exactly 187:23
exam 30:9 166:18
examination 4:2

5:7 23:5 30:10
 31:18 33:4
 114:18 123:15
 125:9 135:25
 136:6
examinations
 113:21
examine 8:13
 95:17 133:8
 139:13
examined 5:5
 119:21 194:3
example 23:4
 41:19 47:5 49:4
 73:20 74:15 75:6
 78:8 87:6 92:3
 95:23 97:22 98:1
 98:5,6 99:9,24
 100:17 102:16
 103:22 107:20
 109:14
examples 108:16
exceed 81:4
exceeded 81:23
excess 102:18
 110:17
excessive 116:15
excised 126:8
excrete 18:19
 20:13
excretion 12:5,9
 18:16 19:6,15
 20:5
excretory 19:8
 20:5 21:2
Executed 193:13
exercise 12:4
exercised 19:10
exhibit 6:7 172:12
 172:13,17,18
 175:5,14,15,18
 175:20 176:15
 179:20,23,25
 180:14,18,18
 183:5,6,9,16
 184:5,17 185:9
 185:24 186:8,14
 189:6,7,10,15
 190:2,13,16,17
 191:1
exhibits 4:7 123:6
exist 83:24
existence 105:4,5
exists 30:24
expanded 11:13
expect 71:25 140:7
 140:17,23 160:4
 162:16
expectations
 150:20

expense 83:1,11
expensive 16:18
 83:4
experience 45:22
 45:23 48:11
 77:10 90:1
 137:17 152:2
experienced 75:25
 79:15
experiencing 68:14
 136:1
expert 5:11 33:21
 176:20 189:15
 189:17
experts 69:9
 178:10
explain 148:6
 182:11
explanation
 181:13
explore 41:4 77:22
 141:19
exposed 8:19,22
 9:16 10:18 13:10
 42:9 58:1 64:15
 65:12 78:10
 80:23 82:6 84:6
 91:18 92:4,16
 93:17 94:7
 100:11,12
 101:12 103:15
 113:25 118:8
 121:13 122:5,9
 122:13 130:5,10
 160:3 171:1
 176:6 185:19
exposure 4:11,13
 4:14 8:16,18
 9:21 17:21 22:3
 31:11 41:14,16
 45:3 47:13 48:8
 64:7,8,11,13,21
 64:24 65:9,11,16
 66:9,16 69:1,3
 71:23,25 72:9,10
 72:15,18,21 73:9
 73:11,12,14,15
 73:17 74:17,19
 74:21,21 76:7,19
 77:4,4,13 78:8
 78:12,15,19 79:3
 79:3,5,12 80:21
 84:4 88:10 90:3
 90:11,14,23 91:3
 91:8,23 92:11,21
 93:22,25 94:1,6
 94:10,13,18,21
 98:11 100:13,15
 100:21 101:3,5
 102:6,15,24

103:2,6,8,9,13,18
 103:20,24 104:8
 104:14,17,19
 105:16 106:13
 106:14,16
 107:19 108:3
 109:11,22,25
 110:16,19 111:1
 115:13,15 116:9
 116:17 117:5,9
 117:25 118:3,14
 118:19 119:6,20
 119:25 122:24
 127:5 128:5,24
 129:5,25 131:11
 131:20 132:1,16
 132:18,20,21
 134:8,20 137:13
 137:22 138:1,7
 139:23 140:2,14
 142:1,2,3,23
 145:13 146:3,7
 147:23 148:8
 149:20 150:4
 159:3 162:12,17
 164:1,20,23
 167:20 168:2,10
 174:3,4,11
 178:25 180:1,3
 180:15
exposures 31:5,6,8
 31:9 69:4,5,6
 75:25 78:3,5
 85:4,13 87:4
 89:14 92:19,19
 96:21 103:11
 105:21 109:15
 115:23 117:2,6
 119:3 121:16
 129:23 132:6
 143:4,25 146:14
 148:24 164:11
 168:7 170:1,22
extend 129:21
extensive 45:23
 53:20 77:21
 79:17 89:20
extensively 121:25
extent 81:22 129:3
 173:21
External 4:12
externally 153:20
extreme 164:10
extremely 150:11
eye 116:5 137:8
 166:9,21
eyes 167:15
e-mail 27:4

——————— F ———————

facility 40:24
 64:24 103:14
fact 23:9 104:10
 129:10 132:4
 146:22 157:4,22
 172:8 177:18
 187:11
factor 56:11
 119:15 121:19
 122:23 127:5
 129:7,23 130:2
 132:22 136:9
 138:2 143:5
 144:15 146:15
 147:16 159:2
 160:13,18,22
factoring 157:16
factors 45:4 53:15
 65:20,21 79:16
 88:23 89:1,24
 92:18 101:7,10
 109:15 118:11
 118:16 122:16
 122:19 128:8,23
 129:3,8 140:9
 142:23 143:16
 145:24 146:13
 146:20 148:1,19
 149:4,13 153:16
 160:7,8,9,16,24
 161:5,7 177:9
factory 13:15
facts 62:15 132:10
faculty 24:15,23
 26:10 27:18,19
failure 140:20
 157:17
fair 6:1 47:15
 51:21 105:9
 128:22 150:5
 154:15 157:14
fairly 10:16 62:24
 77:7 84:5 137:11
 170:3 181:24
faithful 54:11
fall 166:16
false 60:6
familial 149:5
familiar 30:15 34:2
 45:9 74:8 97:3
 105:20 172:2
 173:1·
family 64:2 65:13
 65:15,18,19
 88:25 92:18
 125:3 127:20
 144:5,7,11,12,14
 148:11,12,15
 161:6,11
famous 74:13

fancy 108:9
far 42:1 129:8,8
 132:6,8 177:25
 178:16
farms 170:6
fast 75:9
fat 18:12,15 19:21
 19:23 20:3
father 142:21
 144:8,19 148:10
 148:18
fatigue 10:20
 115:18
fatty 126:5
faults 52:24
fear 136:22
February 124:5
feces 21:10
feel 11:21 44:21
 46:16 88:3
 112:15
feet 166:16
felt 143:22 150:9
 150:10
female 148:14
 149:5
fence 79:9
fetuses 73:3
fewer 97:22,23
fibers 97:12,13
field 30:5,22 33:3,9
 33:11 45:9,19
 48:11 78:6
fields 169:24,25
fight 131:17
fighters 14:7 15:15
 51:3,4 52:14
figure 7:17 187:23
figures 150:17
file 182:23 186:23
files 109:24 113:5
fill 116:21 151:4,18
 151:24
filled 106:5 142:11
 151:10,15 154:7
 154:10
fills 154:13
filtered 153:4
find 13:5 14:23
 25:11 32:5 86:14
 89:24 93:25
 109:4 133:3
 143:17 144:4
 153:24 175:3
finding 67:17
 108:22 120:15
 147:2,4
findings 17:24
 86:10
fine 9:24

fingernails 116:16
fingerprint 71:24
fingerprinting 72:6
fingerprinting
  72:14
fingers 81:9 121:2
finish 154:6
Finland 104:10
fire 14:7 15:15
  51:2,4,8 52:2,4
  52:14
firemen 9:5,16
  11:8 51:9 187:10
  187:11,22
firm 133:25
first 5:5 12:23
  16:21,24 17:12
  18:2,4 63:14
  108:13 117:17
  140:14 156:16
  161:16 179:17
fits 41:10 85:8
  179:1
five 25:22,23 26:5
  114:18 169:1
  177:22
flawed 56:8 57:6
flip 180:17
Florida 33:25
  34:11
flow 20:6,11
flows 43:19
fluid 163:10,12
focus 92:25 95:6,9
  112:15
focused 95:12
  152:19
focusing 76:6
  97:17
folks 69:1 82:7
follow 17:8 51:23
  59:8 68:3
followed 12:5
  68:18
following 9:14
  66:25 155:15
follows 5:6
follow-up 32:19,25
  34:10 44:4 56:15
food 81:9
footnote 186:8
foregoing 193:6,12
  194:4
forget 43:11
Forgive 31:3
forgot 116:21
form 37:2 42:21
  44:25 55:13
  56:18 60:7 105:1
  142:11 145:20

146:10 154:7,10
  154:13
formed 141:19
formerly 190:11
forming 55:15
formulas 83:23
forth 44:8 60:15
  124:10 189:14
  194:9
forward 50:6
found 17:2 41:23
  65:25 73:6 82:7
  104:8,11 106:3
  127:7 134:25
  139:5 141:14,16
  152:3
foundational 128:9
  154:23
founder 12:18
four 26:22 178:23
  182:20 188:18
four-page 11:9
frame 14:24 36:19
  38:4 88:12,14
framed 88:20
frames 96:22
framework 111:14
Frankly 69:18
FRED 1:4 2:6
free 112:15 170:5
frequently 33:7
  50:7 66:1 84:5
  108:15 152:14
freshly 32:4
friend 178:15
friends 65:19
  127:19
front 110:5,10
  113:2 119:13
  131:24 160:1
  185:12
full 22:23 73:8
  160:11 162:20
full-term 159:24
Fulton 3:15
fumes 9:16
function 10:19
  32:11 150:23
functioning 141:15
  150:8,12,13,19
  152:9
fund 150:15
fund-raising 17:4
furan 11:3 15:17
  16:3 18:1
furans 15:20 18:17
  19:6 22:17 83:1
  171:15
further 15:9 57:14

124:7 194:13
furthermore
  130:13
future 71:10

_____

**G**

G 3:9
gastrointestinal
  10:17 165:4,17
  165:21
gather 109:20
general 23:7 31:8
  42:5 46:22 51:11
  54:18 63:11
  66:11 67:16 72:8
  72:25 77:5 84:21
  91:13 93:1,3,5
  93:15,19,21,25
  95:16 98:25
  99:14 100:16
  102:9 104:18
  105:15 108:21
  109:11 122:18
  124:25 141:3
  146:16 147:18
  150:15 155:8
  177:2,19,20,22
  181:5 183:19
  186:5
generally 22:19
  45:5 52:18 57:9
  73:6 90:1 102:10
  104:17 107:4,6
  112:19 113:17
  141:24 158:11
  160:24
generated 57:23
generic 63:15 66:8
  66:21 70:20,21
  70:23 71:1,5,6
  71:12 91:25 ·
  93:12 94:6
genetic 149:1,4
  161:7,13
genetically 161:9
German 172:24
  186:22
Germany 83:9
  182:1
gestation 150:9
  155:2,4,7,9
  159:21
gestational 159:5
  162:16
getting 14:23
  21:11 49:20
  51:18 102:2
  108:7 109:18
  129:4,21 157:23
  188:20,22

GI 165:22
give 7:10 12:7
  24:25 30:9 61:12
  79:14 80:12 95:2
  98:14 151:21
  156:14 175:10
  182:10,12
given 26:16,22
  73:22 89:5 96:11
  107:2,3 111:6
  132:4 150:19
  186:22 187:11
giving 42:23
  121:17
glucose 140:24
go 6:8 14:7 22:12
  22:19 29:14,20
  30:7 33:11,17
  40:9 44:20,22
  49:11 52:12 56:9
  64:17 74:15
  78:18 83:21
  87:21 88:1 89:16
  98:21 103:14
  104:22 109:24
  111:17 112:17
  112:18 115:4,4,6
  123:4 128:22
  136:7 141:17
  145:25 158:14
  174:23 177:25
  181:8 185:4
  189:20
goal 11:17
goes 20:2,2 40:9
  132:8
going 5:15 42:3
  43:24 56:8 69:18
  78:14 94:18
  105:17 108:25
  120:19 134:10
  134:13 151:9
  168:8 178:25
good 5:9 14:23
  53:4,10,11,13
  58:21 77:3
  100:11,13,15
  101:14 102:15
  102:23 152:3
  187:10
Gosh 34:22
governing 56:17
grade 111:17
gradual 136:11
gradually 136:12
graduate 35:8
grain 73:20 74:1,3
  74:15 75:7,15
grandparents
  161:12

great 72:22 96:19
  111:7 142:6
  179:3
greater 20:17
  44:24 129:8
  177:25
Greenville 171:6
  171:15,17
  176:18,21 177:5
  177:9 178:3,4,8
  178:11,16 187:7
  187:8,9 188:19
Greenwood 3:15
Grenada 68:7,18
  68:22 77:11,13
  81:23 82:16
  165:1 169:12,14
  176:3,7 187:7
  188:9
grew 145:5
Griffin 149:10,15
  149:19 150:5
  151:1 154:3
  155:4 159:1,14
  159:17,20,25
  160:3,10 162:11
  164:5,14 168:3
  169:7
Griffin's 153:23
  155:15 161:15
  163:25
gross 150:17
ground 5:14 34:16
  78:10
grounds 56:16
group 9:5 25:23,24
  29:23,25 30:21
  33:4 44:23 91:20
  94:6 100:12,23
  100:24 101:12
  102:2 111:4
  135:1 153:22
  173:16 178:21
  178:25 181:15
  181:16,19
groups 29:13 31:11
  33:13,16 78:17
  86:12 91:24
  92:15,17,20
  101:10 178:19
  178:22,23
  181:22
grow 131:15
growing 73:4
  163:21
grown 73:8
growth 39:14
  126:12
guess 34:23 67:7
  69:24 70:16

140:21 144:9
  152:20 160:20
guessing 182:19
guy 12:23

_____

**H**

habit 65:12
habits 64:3
hair 121:5
half 18:25 177:23
hand 161:4
handful 6:19
handle 35:4
handles 58:25
handwritten
  135:20
handy 133:2
HANNIGAN 3:19
happen 89:11 90:9
  107:3 108:14
  120:21 158:2
happened 22:15
  66:2 108:15
  135:11 158:2
happening 169:20
happens 47:25
  107:2 170:11
happy 5:24
Harbor 27:14
hard 14:21 92:22
harm 68:11,15
Harpreet 190:17
Harrison 124:6,23
  124:24 125:5
  126:4
Harrison's 124:13
HARROLD 3:8
hate 26:2
hazard 77:20
head 5:17 39:13
  131:6 163:15
headache 115:16
  124:9 166:9
headaches 10:11
  166:23
health 17:23 26:17
  45:25 63:2,16,17
  63:25 64:21
  66:11 67:19,23
  69:15,19 70:1,6
  77:11,20 78:16
  87:12 88:24 89:6
  90:10,13 91:4,7
  95:3 98:15
  114:22,24 115:3
  115:7,8 119:2,14
  122:14 136:5
  139:22 140:10
  141:3 142:1,3,10
  143:5 151:14

152:20,25
162:15 164:1
165:8 176:2
**healthy** 73:8
**hear** 5:22 167:11
**heard** 12:14,16
34:7,9
**heart** 47:8,10
140:19,19,20
**Heathcraft** 142:22
**heavier** 131:7,10
**heavily** 145:6,6
160:3
**heavy** 9:23 89:11
153:14 161:1
**Heikkila** 104:10
**helatious** 77:14
**help** 19:5 20:9
21:17 23:21 32:5
99:9 133:1
151:20
**helped** 191:2,4
**helpful** 92:11
**helps** 19:19 20:11
20:12
**hematologic** 99:22
**hematolytic** 99:13
99:18
**hematoseptic**
99:15
**Hemisphere** 11:14
**hemorrhage** 158:5
158:10
**hemorrhages**
152:20 158:4
**hen's** 148:21
**hereunto** 194:16
**heroin** 160:20
**hexa** 72:6
**he'll** 134:4
**high** 21:1 39:4
51:16,21 52:7,9
68:9,10,23 69:5
73:13 77:3,8,11
78:3,8 79:1,4,12
81:8 83:12 84:22
85:3 97:12 104:5
108:23 117:13
120:15 128:12
129:23 140:15
141:3,5,7 145:12
169:14 177:13
177:14 186:22
187:17
**higher** 18:7 21:1
41:23,24 45:6
51:10 68:5 69:4
69:5 92:2 96:17
96:18 97:8 103:8
109:4 131:18

148:16 186:4
**highest** 16:9 41:14
41:16 45:2,3
**highly** 69:12 78:10
145:22 146:24
**high-risk** 169:11
**Hinckley** 169:23
**hinting** 74:6
**historical** 64:8
**historically** 100:13
**histories** 17:20,21
85:5 132:25
**history** 8:12 31:18
64:1,2,2,2,5,9,22
65:24 70:1,24
75:23 76:8 88:25
89:12,21 92:18
114:22 129:5,10
133:4,22 134:17
134:18,19
135:14,20 136:2
136:18 144:5,12
144:14 148:11
148:12 150:9
151:8 153:4
160:14,15 161:6
161:11,13
**hit** 77:22
**HMOs** 24:2
**hobbies** 64:3 88:25
**Hobbs** 141:12,24
141:25 142:8
145:1,15 146:1,5
147:4,12,21
149:11 151:9,11
154:3,6
**hold** 62:9 146:21
**home** 76:3,15
168:10
**homes** 58:14 64:14
68:13 76:11 77:1
80:21,24,25 81:2
153:14
**honest** 57:13
**Hopp** 3:9 4:5 5:8
5:10 42:25 43:2
50:22 51:1 55:16
56:25 60:13
81:14,17 83:18
105:9,14,19
112:2,11,13
133:23 134:2,6
140:13 145:25
146:11 148:2,4
172:15 175:17
179:19,22 183:1
183:8 185:11
189:6,9 192:7,10
**horrendously** 68:9
**Horsak** 69:8 80:7

80:11,13 82:1
83:24
**Horsak's** 79:22
**hospital** 155:14,18
156:10,13
168:11 173:12
174:5,7
**host** 63:20
**hour** 50:22 102:1
**hours** 12:5 14:22
14:23 25:7 26:3
156:16
**house** 58:13 68:8
68:10 72:4 76:10
81:1
**HPV** 127:1,2
128:14,15,18
130:1,10,13,14
130:18,20
131:25 132:8
**Hubbard** 12:14,15
12:18,19 13:6
14:8,9,14,15,18
15:6,8,9
**Hubbard's** 14:11
**huge** 77:17 102:4
103:20
**huh-uh** 5:18
**human** 4:11,12,16
93:8 126:23
128:11,23
**humans** 63:18
106:23 138:22
138:23
**hundred** 16:15,20
36:4 51:9 70:16
78:5 107:22
128:13 130:15
181:18,19
**hundreds** 7:19,20
36:17 38:3 58:3
90:8 119:21
**HUNTER** 3:4
**husband** 134:11
134:9 142:11
151:10,12 154:7
**hydrocephalic**
163:5
**hydrocephalous**
149:22 150:2
152:14 154:18
154:19 163:13
**hydrocephalus**
149:17
**hydrophilic** 18:10
**hydrophobic** 18:10
18:11 19:25 20:3
**hydroxipyrene**
104:4
**hypertension**

114:24,25
115:16 117:7,9
117:11,15,17,21
118:20,23 119:1
119:11,15,16,22
119:25 120:2,4,5
120:8,8,9,19,24
124:8 140:8
**hypothetical**
119:12
**H-a-r-b-o-r** 27:15

## I

**ICD** 98:17,19 99:1
99:14
**ICD9** 98:20 99:4,5
99:8
**idea** 53:1 69:18,25
72:8 85:13
104:18 174:1
**ideal** 92:22
**identical** 93:11
94:18,21 135:8
178:23 187:15
**identifiable** 169:20
**identification**
172:14 175:16
179:21 183:7
185:10 189:8
**identified** 9:20
32:15 38:24 41:9
44:24 74:6
106:10,12
121:21 123:3
125:24 127:4
132:5 144:14
160:17 165:24
166:1 179:6
**identify** 59:20,23
63:21 72:9 82:3
96:10 98:9,22
110:16 164:14
164:17 165:22
178:15 179:8
**identifying** 72:2
172:5
**ignore** 95:9,11,12
**ignored** 57:11
**ignoring** 146:8
**ill** 9:18
**Illinois** 3:10,12
169:24
**illness** 10:2 66:8,10
66:11 81:7,8
87:11 91:19
**illnesses** 10:1
**imagine** 35:5
**immediately** 68:14
147:9 155:15
**immune** 10:17

121:1,6,12,17,18
121:20,22 122:1
122:2,7,8,17
123:2 125:11,12
131:14,15,16,19
149:24
**impaired** 114:9
131:15 150:10
**impairment**
141:15
**implication** 60:6
**implying** 60:5
**important** 5:16
16:6 54:9 58:10
58:10,20,22,24
59:2,5,7 61:22
65:22 66:24 67:4
73:1 76:8 89:1
89:25 93:21
103:7 104:15
109:11 122:11
147:8 150:2
153:7 157:24
**importantly** 75:22
**impression** 31:19
56:3
**inability** 151:24
**inaccurately**
154:14
**inadvertent** 81:9
**include** 59:25 60:2
60:17 61:18
82:19 110:21
116:1
**included** 61:2
102:1
**includes** 71:6 93:8
**including** 9:15
36:14 38:17
102:7 105:15
106:21 132:12
150:15 184:20
**incompatible**
68:12
**incorrect** 118:24
120:12
**incorrectly** 55:23
**increase** 19:11
20:16,16 41:12
41:17 43:14 53:9
98:4 129:12,16
129:18 131:8
132:7 141:8
143:14,17
144:23 148:24
**increased** 20:15
40:15 41:3 42:12
42:19 44:1,5,10
44:13 68:25 71:9
75:16 92:10

102:20,20
112:24 121:18
122:21 131:18
140:18 143:3,10
148:14 162:8
169:3
**increases** 20:6,7
130:2 146:17
162:18 167:22
**increasing** 12:5
162:18 167:22
**incredible** 77:14
**independent** 85:24
86:19
**index** 4:1 124:19
**indicate** 161:15
**indicated** 66:21
75:6 80:20 101:2
132:24 137:24
147:15 149:7
164:7 166:9
**indicating** 21:1
**indication** 53:6
80:21 101:18
144:18
**indicative** 145:12
146:24
**indicators** 90:25
**individual** 56:10
56:23 57:25
63:24 82:12 88:1
89:2,16,17 92:9
93:16 96:20
107:9,16 108:25
111:8 171:2
**individuals** 10:1
11:18 33:13
103:23
**individual's** 64:21
67:13
**induced** 161:21
**Industrial** 190:11
**industry** 102:5
103:21,24 104:7
104:15 105:6
138:21
**infant** 39:5 154:25
155:8
**infection** 130:23
131:1
**infinitesimal** 108:8
**influences** 55:24
131:3
**information** 27:12
32:20 46:11
53:21 64:3,6,7
64:21 65:6,17
66:4 75:22 78:1
78:1 79:13,19
80:1,15 88:8
92:3 93:10 95:3

105:25 111:15
111:16 130:25
150:15 157:11
158:20 160:1
189:2,3 193:9
ingestion 81:8,10
inhalation 77:2
81:10
inhaled 9:25
inhalers 135:23
injuries 88:4
117:22
injury 23:12,15
115:8 156:21
157:1,3,17
inside 64:14 76:25
insofar 42:22 60:3
65:25
insomnia 115:18
instability 115:20
instance 33:17
94:12
instances 32:15
instrument 109:7
insult 163:22
insulted 164:10
insurance 8:6
23:22 24:4,7,9
24:10
integral 45:25
integration 152:10
intellectual 141:15
150:12 162:23
intended 12:9
intensity 130:22
131:1
intentional 161:19
intentionally 54:19
55:2,6,9,10,11,20
56:14 57:2,6
interaction 167:23
170:16
interested 95:18
104:24 194:15
intermediate 15:8
internal 4:12 8:12
23:7,18 28:21
internally 153:20
international
98:19
Internet 11:11
internist 8:11
124:25 125:3
internists 37:15
interpret 55:24
interrupt 117:14
interstitial 10:7
interviewed
127:16
interviews 123:20

intestine 18:22
19:15 21:9
introduction
143:22
intubate 156:20
157:18
intubated 152:22
155:21 156:2
157:5
intubation 158:19
invented 13:3
128:21
invite 30:5
invoke 122:23
involved 9:12,19
26:1 28:14 32:25
33:16 34:4,10
35:10 178:4
involvement 10:9
22:13 27:12
32:17 33:1,21
involves 12:2
involving 33:25
93:24 95:1,24
in-depth 31:23,25
in-utero 73:3
irreparable 68:15
irrespective 23:9
140:14 146:2
162:17 170:1
irritability 115:18
166:10,25
irritated 89:8
irritation 116:4,5
137:8 164:23
166:9,21
iso 110:24
isolate 101:11
issuance 33:2
issue 23:14 45:1
62:22 63:3,6,14
63:23 65:9,22
66:5 72:2 76:6
82:24 83:5 90:4
90:21 93:22
94:22 95:13
98:11,12 130:25
133:1 157:14
issues 26:16 32:9
47:8,8
itching 116:15
137:20 138:7
itchy 139:2,8
item 101:7 125:19
132:11 165:2
items 121:6

_____ J _____

James 1:13 2:16
4:3,15,17 5:4

189:21 193:20
Jennifer 159:17,20
159:24 160:3
Jerome 33:25 34:5
34:11
job 1:24 47:16
49:11 53:11 78:7
107:25
Joe 92:7
JOEM 177:18,20
Johns-Hopkins
192:4
Join 29:13
joined 31:1
Jones 87:16,18
journal 11:14
46:11,15 47:9,12
47:14 48:3,13,18
48:23 49:7 50:4
176:25 190:11
191:14,17,18
journals 46:20
47:1,15,20 48:17
49:4,9 67:13
189:19
judge 48:12 53:14
judged 52:22
judging 56:20
125:1

_____ K _____

Kansas 77:9
Kay 3:18 141:12
141:24,25 142:8
145:1 149:11
151:9 154:2,6
keep 74:6 96:23
167:15
keeps 50:4
Kelly 52:3
Kentucky 107:21
kidney 20:5 42:12
95:24,25 96:7,25
102:18 165:5,25
kill 74:4
kind 8:17,20 39:1
161:7 168:7
kinds 6:21 76:12
99:10
knew 65:19 177:12
179:7
know 5:12 7:17
12:21 14:7 22:15
22:21 30:3 35:6
39:2 40:20 41:20
42:1 45:16 47:3
51:12 55:14
56:10 66:8 70:13
85:6,7 89:7 92:2
101:3 102:3

108:1 110:23
115:5 118:17
119:15 121:19
122:11,15,19
131:1,25 132:6,7
132:8,24 133:3
135:4 136:8
137:1,2 138:12
139:16 141:18
143:3 144:1
146:1,9 148:15
155:10,16,25
156:7,8 157:1,8
157:12 158:1
159:3,19,24
160:23 166:19
168:13,23 171:9
173:5,17 174:4
174:25 175:9
181:10 182:11
187:19 189:12
189:15 191:9
193:7
knowing 18:1
146:4
knowledge 30:14
52:13,16 158:18
193:8
known 63:17 64:25
65:16 70:9 75:14
91:4 96:8 107:19
120:7 138:11
163:13 165:3
knows 108:21
Koppers 1:7 2:9
3:7 40:24 65:10
76:7 79:9 101:23
132:2 139:23
142:22 144:9
145:17 146:3
147:12 148:19
148:24 164:16
164:20 165:3
168:17
Kreech 107:21

_____ L _____

L 12:18
lab 8:14 14:5 57:22
57:23 58:3,4,5,6
58:7,8,9,17,17,20
58:21,22,24 59:5
59:8,11,14,17,17
59:19,20,21,23
60:7,14,14,17,19
60:22,23 61:5,5
61:8,8,14,14,18
61:24,24 62:1,5
80:10,10,11
83:11,11,19

171:20,25
181:23 188:13
189:1
label 12:11 87:4,13
87:14
labeled 56:6
labels 88:2
labor 150:23
Laboratories
171:24
laboratory 14:6
58:16 83:8
labs 61:2 83:6
lack 115:18 157:3
166:10,12 167:2
lag 155:25
laid 71:11 87:2
90:12
Lake 3:6
language 189:24
laptop 113:4
large 19:9,11 33:10
75:2 92:23 98:22
102:2,22 163:15
larger 33:16 72:5
101:19 102:9,12
102:14 103:3
131:11
largest 16:8
lasting 137:21
late 13:13 35:16
lately 23:19 25:1
latency 110:14,21
110:25
Law 3:5,9,14
lawsuit 8:15 33:24
34:2,7 63:25
90:2,4
lawsuits 33:17
lawyer 23:9
lawyers 8:2 44:4
layman's 163:8
lead 9:3
leading 42:9
leave 170:17
180:18
leaving 157:2
lecture 25:5
lectures 24:25 25:3
26:16
led 108:2 145:7
left 155:18 170:17
left-over 173:11
lend 20:4
length 39:13 85:11
letter 70:3
let's 8:25 14:7
15:15 41:4 42:5
46:2 47:5 50:10
53:16 65:18

71:21 74:15
83:21 92:25
95:23 96:16 97:8
99:13 100:1,17
112:18 115:9
120:16 123:4
124:18 125:11
133:4 135:19
137:18 141:12
149:10 150:7
154:22 162:11
172:23 175:14
176:15 180:17
183:5,11,15
184:1 188:7
leukemia 99:20
leukemias 99:20
99:22
level 18:7 45:2
77:11 101:3,5
104:4 150:23
151:23 152:9
178:18 188:22
levels 4:16 11:3,4
14:4 15:17 16:4
16:9 18:1 20:9
51:10,14 52:7
65:4 68:5,7,23
72:24 80:21 81:1
81:6,8,10,11,12
81:21 82:2 84:4
85:4 104:3
130:20 145:12
150:20 159:5,14
171:4 172:5
174:3 176:2
177:19,21,22
178:11 188:21
libido 110:19 115:20
life 18:25 40:16,21
142:11,20
150:19 154:21
156:16,17
157:18 163:7
164:11
lifestyle 64:2 88:25
life-long 89:11
light 127:24
129:11,13
lightheadedness
115:17 124:9
light-headedness
10:11
likelihood 70:25
108:7
limit 188:24
limited 124:12
149:24 150:25
153:1
limits 42:16,22

184:24 188:20
line 79:10
lines 82:7
link 159:14
lipid 20:8 41:23
lipoma 126:4,4
list 27:5,8 35:4
40:9 48:3 58:3
111:6 123:7
125:1,8 137:3
154:16 161:3
165:13 167:19
176:6 183:16
191:16
listed 114:2 123:24
124:2,16 126:17
126:18 135:14
144:21 187:14
Listen 60:11
literature 42:11,16
42:18 43:4 47:7
52:23 57:18,21
58:2 66:20,22
78:4 91:11 96:13
109:21,25 110:5
148:13 151:13
162:4
litigation 28:14
178:4 189:16
little 25:14 51:10
111:14 149:16
186:4
live 77:15,20 114:3
136:24 140:16
168:16 170:12
177:13 179:9
lived 64:9,11 75:23
76:15 78:25
114:2,2,5 117:16
119:7,11 135:9
136:21 142:19
145:5,16,19
146:1 147:12
169:8,9,12,13
178:13,16,22
liver 36:13,14,21
40:5,6 41:24
42:20 43:3,8,8
75:11,14,17
165:5,23
lives 64:5 78:25
92:7 152:6
169:23
living 43:24 44:23
67:20 69:11
76:24 80:24
86:17 114:1
115:22 135:3
136:10 137:3
139:6 145:1

147:4 164:8,11
170:4
LLP 3:8,13
load 31:7 131:7,13
131:18 169:4,14
loaded 110:17
local 114:15
156:12
location 117:19
lodged 43:7
logical 179:2
long 64:11 73:14
74:18 75:10
110:15 127:18
155:25 156:6,8
158:18
longer 23:7,19
125:7 146:1
long-term 115:19
166:11 167:8
LONNIE 3:14
look 22:12 47:22
48:25 49:2,14,22
49:24 50:13
53:18 55:23
64:23 65:7 66:22
70:4 78:16 88:23
91:24 92:15
93:22,24 94:6,12
94:25 95:6,16,19
95:21,25 96:13
98:11 99:1,3,3,7
106:20 107:9
109:7 110:11,19
111:7,13 124:18
132:25 136:20
144:22 153:8,23
176:15 178:25
180:7,19 183:15
184:1 185:17
188:7 189:3
looked 41:22 45:1
45:2,4 56:13
61:11 89:23
95:19 96:3,16
138:16 139:19
149:11
looking 49:17
74:16 76:8 82:1
93:5,20 94:17
95:15 102:8
103:23 107:18
107:21 110:23
111:5 113:3,10
113:19,20
120:13 126:2
144:5 171:10
180:25 182:1
183:24 184:4,11
looks 94:16 172:25

182:20 189:11
Los 13:17 169:3,16
loss 115:17,17,19
121:5 166:9
lost 12:8 114:14
154:13
lot 20:23 58:9 95:2
97:16 102:2,4
105:6 110:11
111:4,15 119:20
127:16 133:21
151:19 158:12
159:11 169:14
170:7 191:5
lots 54:17,17
loud 5:16
Louisiana 3:6
Louisville 107:21
low 39:4,12,13,13
72:24 73:13 77:3
78:3,14 79:12
97:25 98:2,7
104:4 116:10,10
116:11 122:18
141:15 150:11
150:21 152:9
165:7,9
lower 73:7 107:16
177:2,16,17
181:11 182:2
lowest 41:21
lumped 181:20
lunch 42:6 112:12
Lundy 3:4,4 42:21
43:1 50:24 55:13
56:18 60:3 69:16
105:1,12 112:1
133:20 134:4
140:11 145:20
146:8 192:12
Lundy's 113:4,6
133:25
lung 10:8 38:7
40:11 42:10 65:9
97:11,12,13,17
99:7,8,10 102:17
108:9 129:15,16
142:14 144:10
144:21 165:4,17
167:24
lungs 136:16
lupus 122:21,25
lying 156:3
lymphatic 99:22
L.A 21:20 169:9
L.L.P 3:4
_____
M
magic 169:20
magnitude 177:25

184:18 187:14
mail 27:22
mailing 104:24
105:21,23
main 14:4 26:23
51:22 63:3
141:11
maintaining 30:1
major 25:6 62:22
63:23 129:25,25
143:1,2,6
making 78:14
102:21 105:6
male 144:20
148:16,20 149:3
149:7
malpractice
156:21 157:2
mammary 148:25
man 74:8 151:17
152:12
manipulated 55:6
manipulation 56:6
manuscript 46:12
189:11,18
March 22:20
mark 6:6 123:6
172:12 175:14
179:19 183:5
marked 172:13,16
175:15 179:20
180:13 183:6
185:9 189:7
marker 20:23,25
markers 9:21
market 150:24
marketplace 62:8
married 142:21
match 66:8 109:16
109:17 186:16
186:17 187:12
188:4,8
matched 178:18
179:6
matches 71:25
material 76:12,25
113:7
materials 76:9
82:10 85:7
164:24 182:23
186:24
matter 70:4 102:9
193:6
matters 193:8,10
maximal 162:20
McCall 51:14,16
McGee 77:9 104:2
McNeal 113:1,12
113:18 118:8,20
120:2 121:13

122:5 126:14
127:10 131:21
132:13 133:8,11
135:15 139:10
140:1,2,5 141:13
141:20 142:5
143:1
McNeal's 139:22
mean 31:24 46:8
56:24 62:13,16
67:9 97:18 114:8
122:17 130:16
145:9 153:17
157:12 160:20
163:8 169:17
171:1,1,4 176:9
188:10 191:15
192:1
meaningful 118:17
meaningfully
118:10
means 20:4 24:6
45:17 53:13
131:16 156:4
163:9 170:5
177:3 188:12
meant 46:19 97:18
114:7 133:16
measure 16:17
20:19,24 21:6,14
58:12 103:14,14
139:15
measured 14:2,3
15:20 16:7,11
18:25 20:21
82:14 85:14
153:24
measurement
61:25 71:16
measurements
15:17,25 79:7
80:3 81:20 82:5
82:13 83:22
103:25 114:21
measuring 17:9
79:10
mechanism 19:20
63:19 131:17
159:7
mechanisms 157:8
158:13
medical 8:13 34:25
35:8,15 44:7,8
51:7 52:1,3
62:14,15,18,24
63:12 64:1,4,6
65:23 66:1,22
69:7,11 86:14,20
88:6 89:22
112:16 113:11

116:20 123:17
123:21,25 124:3
124:12 125:13
125:15,24
149:19 152:18
153:4,24 154:17
155:16 156:15
156:19 157:17
158:23 161:15
173:13
medically 63:3
Medicare 23:24
medication 47:11
120:23
medications
115:25 136:8
medicine 6:11 7:4
8:12 23:7,18
26:18,19 27:11
27:20 28:1,4,21
29:1,22 30:23
31:4 47:14 48:19
48:24 100:24
152:23 177:1
190:4,7,11,12
Medic-aid 23:24
medium 73:13
77:3 78:3 79:12
meet 24:23
meeting 11:9,11,15
151:1 183:12
meetings 29:17,20
29:22,23,23,25
30:6,7 172:22
member 24:1,2
27:18,19 30:18
members 46:22
65:13,15,18
144:7 148:15
membrane 39:4
74:25
memorize 99:5
memory 10:11
115:19 124:9
144:6 152:6,10
166:11,11 167:5
167:8 190:6
men 107:7
mental 39:14 150:7
158:10
mentally 111:21
150:6
mention 84:16
124:11 142:25
mentioned 72:14
79:16,19 100:1
121:1,6 123:5
125:20 171:10
merely 117:6
merit 46:14 52:22