IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL., )
)
Plaintiffs, ) No. 3:03C0-P-D
)
vs. )
)
KOPPERS, INC., ET AL., )
)
Defendants. )
_____)

JAMES DAHLGREN, M.D.
Santa Monica, California
Monday, May 9, 2005
Volume III

Reported by:
DIANA JANNIERE
CSR NO. 10034
L.A. JOB No. 910791

412

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL., )
)
Plaintiffs, ) No. 3:03C0-P-D
)
vs. )
)
KOPPERS, INC., ET AL., )
)
Defendants. )
_____)

DEPOSITION of JAMES DAHLGREN, M.D., Volume III, taken on behalf of Defendants at 1700 Ocean Avenue, Santa Monica, California, beginning at 9:10 a.m., and ending at 5:00 p.m., Monday, May 9, 2005, before Diana Janniere, Certified Shorthand Reporter No. 10034.

413

---

APPEARANCES:
For Plaintiffs:
    LAW OFFICES OF LUNDY & DAVIS, LLP
    BY: KEITH PRUDHOMME, ESQ.
    501 Broad Street
    Lake Charles, Louisiana 70602
    (337) 439-0707
    kprudhomme@lundydavis.com

For Defendants Beazer, Inc., and Koppers, Inc.:

    WILDMAN, HARROLD, ALLEN & DIXON, LLP
    BY: ANTHONY G. HOPP, ESQ.
    225 West Wacker Drive
    Chicago, Illinois 60606-1229
    (312) 201-2537
    hopp@wildmanharrold.com

For Defendant Illinois Central Railroad:
    UPSHAW, WILLIAMS, BIGGERS,
    BECKHAM & RIDDICK, LLP
    BY: CHRISTOPHER W. WINTERS, ESQ.
    309 Fulton Street
    Greenwood, Mississippi 38935
    (662) 455-1613
    chris@uwbbr.com

414

---

INDEX

WITNESS                    EXAMINATION
JAMES DAHLGREN, M.D.
Volume III

    MR. HOPP              420

    EXHIBITS

DEFENDANTS'                      PAGE
36   Background Dioxins in House Dusts   424
37   Data Summary Sheet (Wet)            428
38   Quebec Laboratory Report            437
39   Ergo Laboratory Report TEQ          446
40   Dr. Dahlgren's Report on Clyde Bailey   450
41   Dr. Dahlgren's Report on Randy Barnes  455
42   Dr. Dahlgren's Report on Sheila Barnes 456
43   Dr. Dahlgren's Report on Franklin Beck 458
44   Dr. Dahlgren's Report on Patricia Beck 459
45   Dr. Dahlgren's Report on Arthur Blake  460
46   Dr. Dahlgren's Report on J. Bradford   461
47   Dr. Dahlgren's Report on Dorothy Brown 464
48   Dr. Dahlgren's Report on J. Brown      465
49   Dr. Dahlgren's Report on Lorethra Brown 467
50   Dr. Dahlgren's Report on C.W. Carver   468
51   Dr. Dahlgren's Report on Glenda Collins 469
52   Dr. Dahlgren's Chart on Sam Conley     470

415

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

**EXHIBITS (Continued):**

| | DEFENDANTS' | PAGE |
|---|---|---|
| 53 | Dr. Dahlgren's Report on L. Hardiman | 471 |
| 54 | Dr. Dahlgren's Report on C. Hill | 473 |
| 55 | Dr. Dahlgren's Report on J. Loggins | 474 |
| 56 | Dr. Dahlgren's Report on G. Loggins | 475 |
| 57 | Dr. Dahlgren's Report on L. Loggins | 476 |
| 58 | Dr. Dahlgren's Report on Larry Minga | 476 |
| 59 | Dr. Dahlgren's Report on Sandra Minga | 478 |
| 60 | Dr. Dahlgren's Report on J. Quarles | 479 |
| 61 | Dr. Dahlgren's Report on Thomas Quinn | 481 |
| 62 | Dr. Dahlgren's Report on James Ratliff | 483 |
| 63 | Dr. Dahlgren's Report on Sherry Ratliff | 487 |
| 64 | Dr. Dahlgren's Report on F. Rester | 488 |
| 65 | Dr. Dahlgren's Report on K. Rester | 489 |
| 66 | Dr. Dahlgren's Report on S. Simmons | 490 |
| 67 | Dr. Dahlgren's Report on Sandra Smith | 491 |
| 68 | Spreadsheet of PAH results | 491 |
| 69 | Dr. Dahlgren's Report on Inell Wilks | 494 |
| 70 | Dr. Dahlgren's Report on Emma Woods | 497 |
| 71 | PLT-26 Questionnaire | 503 |
| 72 | PLT-25 Questionnaire | 504 |
| 73 | PLT-24 Questionnaire | 505 |
| 74 | PLT-04 Questionnaire | 505 |
| 75 | PLT-21 Questionnaire | 506 |

416

**EXHIBITS (Continued):**

| | DEFENDANTS' | PAGE |
|---|---|---|
| 76 | PLT-22 Questionnaire | 507 |
| 77 | PLT-27 Questionnaire | 508 |
| 78 | GRN-22 Questionnaire | 509 |
| 79 | GRN-22 Questionnaire (Duplicate) | 510 |
| 80 | GRN-19 Questionnaire | 511 |
| 81 | GRN-18 Questionnaire | 512 |
| 82 | GRN-16 Questionnaire | 513 |
| 83 | GRN-15 Questionnaire | 513 |
| 84 | GRN-20 Questionnaire | 514 |
| 85 | GRN-17 Questionnaire | 515 |
| 86 | PLT-23 Questionnaire | 516 |
| 87 | PLT-02 Questionnaire | 517 |
| 88 | PLT-03 Questionnaire | 518 |
| 89 | PLT-06 Questionnaire | 519 |
| 90 | PLT-08 Questionnaire | 520 |
| 91 | PLT-30 Questionnaire | 520 |
| 92 | PLT-07 Questionnaire | 521 |
| 93 | PLT-29 Questionnaire | 522 |
| 94 | PLT-11 Questionnaire | 523 |
| 95 | PLT-10 Questionnaire | 524 |
| 96 | PLT-01 Questionnaire | 525 |
| 97 | PLT-13 Questionnaire | 526 |
| 98 | PLT-14 Questionnaire | 527 |

417

**EXHIBITS (Continued):**

| | DEFENDANTS' | PAGE |
|---|---|---|
| 99 | PLT-17 Questionnaire | 527 |
| 100 | PLT-15 Questionnaire | 528 |
| 101 | PLT-18 Questionnaire | 529 |
| 102 | PLT-19 Questionnaire | 530 |
| 103 | PLT-12 Questionnaire | 531 |
| 104 | GRN-13 Questionnaire | 532 |
| 105 | GRN-10 Questionnaire | 533 |
| 106 | GRN-11 Questionnaire | 534 |
| 107 | GRN-14 Questionnaire | 534 |
| 108 | GRN-06 Questionnaire | 535 |
| 109 | GRN-08 Questionnaire | 536 |
| 110 | GRN-07 Questionnaire | 537 |
| 111 | GRN-05 Questionnaire | 538 |
| 112 | GRN-09 Questionnaire | 539 |
| 113 | GRN-03 Questionnaire | 540 |
| 114 | GRN-02 Questionnaire | 541 |
| 115 | GRN-01 Questionnaire | 541 |
| 116 | GRN-04 Questionnaire | 542 |
| 117 | Data Back from Dr. Phillips | 555 |
| 118 | Jerome Questionnaire for Ms. Kidder | 556 |
| 119 | Jerome Questionnaire I.D. P0071 | 557 |
| 120 | Age: 26, White/Female Jerome Questionnaire Results | 559 |

418

**EXHIBITS (Continued):**

| | DEFENDANTS' | PAGE |
|---|---|---|
| 121 | Age: 32, White/Male Jerome Questionnaire Results | 563 |
| 122 | Age: 28, White/Female Jerome Questionnaire Results | 565 |
| 123 | Age: 33, White/Male Jerome Questionnaire Results | 566 |
| 124 | Age: 45, White/Female Jerome Questionnaire Results | 567 |
| 125 | Age: 49, White/Male Jerome Questionnaire Results | 568 |
| 126 | Health Effects on Nearby Residents of a wood treatment Plant Article | 584 |

419

2 (Pages 416 to 419)

| 1 | Santa Monica, California, Monday, May 9, 2005 |
| 2 | 9:10 A.M. - 5:00 P.M. |
| 3 | |
| 4 | JAMES DAHLGREN, M.D., |
| 5 | having been duly sworn, testified as follows: |
| 6 | |
| 7 | FURTHER EXAMINATION |
| 8 | BY MR. HOPP: |
| 9 | Q Good morning, Dr. Dalhgren. |
| 10 | A Good morning. |
| 11 | Q Welcome back. We are here for the third day of |
| 12 | your expert deposition in the Beck case. |
| 13 | Now, since the last session of your deposition, |
| 14 | have you been told that the court has entered an order |
| 15 | narrowing the focus in the case, at least for the first |
| 16 | trial? |
| 17 | A Yes, I was told that. |
| 18 | Q Can you hear me all right? |
| 19 | A Um-hmm. |
| 20 | Q And you understand that the first case deals |
| 21 | with Sherrie Barnes; is that right? |
| 22 | A Yes, sir. |
| 23 | Q And so what I would like to do primarily over |
| 24 | the next two days, and, hopefully, that will be it, but |
| 25 | we will see, is to focus on Sherrie Barnes' breast |

420

| 1 | cancer and issue related to your opinions on the subject |
| 2 | of breast cancer and Sherrie Barnes. |
| 3 | The way I want to start is to go over a few |
| 4 | things that we touched on during the last session of |
| 5 | your deposition that I want to get a little |
| 6 | clarification on. |
| 7 | Let me hand you a copy of what we previously |
| 8 | marked as deposition Exhibit 15. |
| 9 | A Yes. |
| 10 | Q Deposition Exhibit 15 is an article published |
| 11 | in the Journal of Environmental -- I'm sorry. |
| 12 | Occupational and Environmental Medicine in 2005. |
| 13 | A Yes. |
| 14 | Q Dr. Schecter, S-C-H-E-C-T-E-R, is the lead |
| 15 | author and you are one of several authors; is that |
| 16 | right? |
| 17 | A Yes. |
| 18 | Q Can you describe for us, again, the main thrust |
| 19 | of this article we see as deposition Exhibit 15? |
| 20 | A It is a report on the levels of PBDEs and |
| 21 | dioxins and furans and PCBs in blood samples taken from |
| 22 | various individuals who live in the United States. |
| 23 | Q All right. And on Page 21 of the paper, it is |
| 24 | the third page of the exhibit under heading of Materials |
| 25 | and Methods? |

421

| 1 | A Okay. |
| 2 | Q We see that whole blood for 29 individuals in |
| 3 | Mississippi was collected. Do you see that? |
| 4 | A Yes. |
| 5 | Q Are those 29 people in Mississippi the same |
| 6 | people who -- strike that. |
| 7 | Who are the 29 people from Mississippi who are |
| 8 | referenced on Page 21 of Exhibit 15? |
| 9 | A Those were individuals from Grenada that we |
| 10 | studied. |
| 11 | Q Your 2005 article reports, again, your -- some |
| 12 | of the levels of dioxin and furans that you obtained in |
| 13 | blood samples that you obtained in Grenada? |
| 14 | A That's correct. |
| 15 | Q And that is recorded in Table 6; is that right? |
| 16 | A Yes. |
| 17 | Q Are they part of the serum or the whole blood |
| 18 | groups? Just to clarify, in Table 6, we see a 2003 |
| 19 | serum column and a 2003 whole blood pool column. |
| 20 | A I don't remember, from memory, which ones are |
| 21 | which. Let me see if I can get some help from -- those |
| 22 | were the pooled samples, I believe. |
| 23 | Q And then does the pool sample with the 29 |
| 24 | Mississippi -- it's not a very clear question. |
| 25 | A I don't think we did the dioxin levels from the |

422

| 1 | Mississippi folks, what we used in Mississippi and New |
| 2 | York City folks for was for the PBDEs. I don't think |
| 3 | the dioxins here represent those 29 folks. |
| 4 | Q I see. So the dioxin levels reported in the |
| 5 | 2005 paper come from blood samples taken elsewhere? |
| 6 | A As it says, Method section, Texas research, |
| 7 | Dr. Luby, it has been stored at minus 70c. This was put |
| 8 | into a bottle for pooled analysis; pooled serum; and 100 |
| 9 | pooled blood were collected in 2003 anonymously from |
| 10 | discarded blood at the University of Texas Southwestern |
| 11 | Medical Center in Dallas Texas and then frozen. |
| 12 | And it is my recollection -- I would have to |
| 13 | call Dr. Schecter and double-check this, but we mainly |
| 14 | were interested in this paper and PBDEs. |
| 15 | And then the second issue is comparing the '73 |
| 16 | values versus the 2003 values for the furans and the |
| 17 | dioxins. And we did not include those Mississippi or |
| 18 | New York groups in the dioxin analysis in Table 6. |
| 19 | Q All right. Just out of curiosity, the ten from |
| 20 | New York, are those firefighters? |
| 21 | A Yes. |
| 22 | Q But, again, and I know you have answered this, |
| 23 | just so we are clear on Table 6, the 2003 serum and the |
| 24 | 2003 whole pooled blood that comes from the Dallas |
| 25 | pooled sample that Dr. -- |

423

**Page 424**

```
 1      A   -- Schecter --
 2      Q   -- Schecter collected?
 3      A   -- obtained. I think I testified in the last
 4   deposition that each year he collects samples from the
 5   same source and gets them analyzed. So he has got a
 6   serial set of values he can compare.
 7          MR. HOPP: All right. Thank you.
 8          Let's mark this as Exhibit 36.
 9          (Defendants' Exhibit 36 was marked for
10          identification by the court reporter.)
11   BY MR. HOPP:
12      Q   Doctor, I am handing you what we have marked as
13   deposition Exhibit No. 36. Is this something that you
14   gave me during the last session of deposition?
15      A   Yes, sir.
16      Q   And I apologize, but I was a little unclear
17   with respect to what use you intended to make of this
18   O'Connor article for the purpose of your testimony in
19   this case. Can you explain that for me?
20      A   Yes. House dust levels for dioxins are not
21   readily -- in other words, we don't have a lot of
22   controls or have a lot of even exposed data on house
23   dust dioxins.
24          So this serves as a data point to compare the
25   exposures in Grenada near the Koppers facility with what
                                                        424
```

**Page 425**

```
 1   would be expected in another home in Mississippi where
 2   there had not been exposure to a wood treatment plant.
 3      Q   Right. Now, Dr. O'Connor went out and
 4   collected samples in some other community in
 5   Mississippi?
 6      A   Yes.
 7      Q   Was that in connection with some litigation
 8   Dr. O'Connor is working on?
 9      A   Yes, it says so here in the disclaimer. This
10   work was funded by Baron & Budd, which is a law firm in
11   Dallas, Texas.
12      Q   Right. I am just wondering what -- wondering,
13   you know, what lawsuit this pertains to?
14      A   No, I don't know off the top of my head. I did
15   not ask Dr. O'Connor that question.
16      Q   And Dr. O'Connor's purpose was to find an area
17   in Mississippi where there had not been a wood treating
18   plant so they can define what might be considered
19   background levels of house dust?
20      A   Yes. In other words, a town with -- you know,
21   relatively small town. I don't recall the population of
22   the town that he used here, but it would be -- the
23   closest data that I am aware of to give us what would be
24   expected background levels for house dust in
25   Mississippi.
                                                        425
```

**Page 426**

```
 1      Q   Now, did you compare the background samples
 2   Dr. O'Connor obtained to the levels that were measured
 3   in the Carver Circle neighborhood in Grandom,
 4   Mississippi?
 5      A   Yes.
 6      Q   And what, if any, conclusion did you reach
 7   comparing Dr. O'Connor's background levels with the
 8   levels in Grenada?
 9      A   That the background levels in Grenada in the
10   Carver Circle areas and other adjacent areas are much
11   higher than these background levels. Much higher. In
12   some cases, as much as a hundred times higher.
13   Massively high.
14      Q   Now, there are -- strike that.
15          Did Dr. O'Connor sample dust inside the house
16   or was he looking at attic dust?
17      A   Let me look at this method here collected from
18   carpet dust from home vacuum cleaners, general household
19   dusts using a Shark TM handheld vacuum cleaner.
20      Q   So he would vacuum up a dust sample and examine
21   what came out on the filter of his Sharp handheld
22   vacuum?
23      A   Well, it has a HEPA dust cup filter capable of
24   tracking 99 percent of particles above 0.3 micrometers.
25          The dust from carpet vacuum cleaner was removed
                                                        426
```

**Page 427**

```
 1   by cutting the used vacuum cleaner bag with a precleaned
 2   box cutter, transferring the sample from a nine ounce
 3   glass jar.
 4          So he can -- so he is taking dust from the
 5   vacuuming and it looks like carpet dust and general
 6   household dust. He is not much more specific about
 7   that.
 8      Q   Now, with respect to 125 Carver Circle, which
 9   is where Sherrie Barnes lived, do you know if, in this
10   case, whether carpet dust or general house carpet
11   samples were collected?
12      A   I think you have to ask Randy Horsak. I
13   believe they did include carpet dust and general
14   household dust, as well as attic dust in their analysis.
15   The details of each collection, you have to ask him
16   about.
17      Q   Okay. Let me show you what we previously
18   marked as deposition Exhibit 14. And for the record,
19   again, can you identify what deposition Exhibit 14 is?
20      A   This is some dioxin and furan blood levels that
21   I obtained from a group of people that I examined as
22   part of a lawsuit in Greenville, Mississippi.
23      Q   These samples were analyzed by the Axys
24   Laboratory, A-X-Y-S, Laboratory in British Columbia; is
25   that right?
                                                        427
```

4 (Pages 424 to 427)

1 A Yes.
2 MR. HOPP: Let me show you what we will mark as
3 deposition Exhibit 37.
4 (Defendants' Exhibit 37 was marked for
5 identification by the court reporter.)
6 BY MR. HOPP:
7 Q Deposition Exhibit No. 37 is another set of
8 Axys tables that appears to relate to the same pooled
9 blood samples that we received represented in your
10 deposition Exhibit 14.
11 A That's right.
12 Q It has the same Axys ID numbers for the same
13 pooled samples. Do you see that?
14 A Yes.
15 Q But it shows analyses for other items, if you
16 will, other chemicals?
17 A These are chlorinated pesticides, most of which
18 has been banned in the United States, but are still
19 present in the blood of many, many -- most of the
20 population have detectable levels of these chemicals.
21 Q Now, why did you have the four pooled samples
22 sent to Axys analyzed for these other types of
23 pesticides?
24 A Because there had been -- this lawsuit involves
25 a pesticide plant and there had been historically

428

1 another plant next door to the one that was involved in
2 the lawsuit that manufactured or stored or used this
3 class of compounds, chlordane, aldrin, heptachlor, and
4 DET and Mirex.
5 So to determine whether or not any of the
6 individuals in this population had been exposed to that
7 class of compounds, we did the blood levels for those
8 chemicals.
9 Q And I don't have any information regarding
10 background levels for chlordane or aldrin or any of
11 these others.
12 Did you conclude that the people in Greenville
13 were overexposed to any of the other chemicals or
14 compounds we see represented in the table -- deposition
15 Exhibit 37?
16 A No, these are not elevated values. They are
17 background level values similar to what most people have
18 in this country.
19 Q Now, you continue on with deposition Exhibit
20 No. 37, four pages in, we see the count Comp A, Comp B,
21 Comp C, again, the first four pooled samples?
22 A Yes.
23 Q With Axys ID numbers which appears to be
24 identical in deposition Exhibit No. 14; is that right?
25 A You are talking about in this exhibit you just

429

1 showed to me, Exhibit 37?
2 Q Yeah, 37 --
3 A Inside pages, I guess, it is 3086 is the -- is
4 the Bates?
5 Q 3088.
6 A Okay. 3088, let me find that one. Okay.
7 3088, yes.
8 Q And there we have another table setting out the
9 same four pooled samples with the same Axys IDs; is that
10 right?
11 A I think so.
12 Q And it appears to show dioxin test results; is
13 that correct?
14 A Yes.
15 Q Correct me if I am wrong, but it appears to me
16 that the dioxin test results on Page 3088 of deposition
17 Exhibit No. 37 are different from the dioxin test
18 results that we see on deposition Exhibit 14?
19 A Turn the page, the next one where you see the
20 lipid weight as opposed to the wet weight basis.
21 MR. PRUDHOMME: 3089, you are referring to.
22 THE WITNESS: 3089. You usually do this per
23 gram of fat. I, frankly, think it is a waste of time to
24 look at the wet weight basis because it does not tell
25 you anything.

430

1 I don't know why they report it, but it is easy
2 enough for them to report, because it does not cost them
3 anything, because what you do is you take that value and
4 then you correct it to the gram of fat. This is the
5 value they actually get off the machine, and then they
6 correct it to gram of fat that is in that particular
7 sample.
8 BY MR. HOPP:
9 Q So 3088 is the raw data and the 3089 is the
10 correct data?
11 A Yes. We try, as a general rule, to use the
12 lipid weight basis when we are talking about distance,
13 that is why we correct for the fat contents because it
14 varies unless the concentration that counts is per gram
15 of fat.
16 Q Is there some reason why in your 2005 paper in
17 the Journal of Occupational Environmental Medicine, you
18 did not refer to the Greenville of dioxin data as a
19 background value?
20 A This data came in later. We didn't incorporate
21 it into this paper because we didn't have it at the time
22 we put that paper together.
23 Q You are preparing -- are you or Dr. Schecter
24 preparing any papers to discuss your most recent dioxin
25 data obtained in Greenville?

431

5 (Pages 428 to 431)

1    A    Probably incorporate that in a paper.  But if
2    you look at the values, I think they are pretty similar.
3    I mean, it's for TCDD, the 2003 whole blood pool sample
4    was 3.77.  Our values are very similar to that.
5          And you just go down the line.  The values are
6    really very similar.  So the total TEQs ranging from 11
7    to 18, they are somewhat lower than the pooled samples
8    from Dallas.
9          I explained that, I think, based on the fact
10   that people in Dallas are sick and may well be that
11   there is a real difference, but these were collected in
12   2005.  So we are a couple of years further down.  So
13   maybe this general trend in the population for a
14   decrease in dioxins is continuing.
15   Q    Well, the total TEQ for your 2003 whole blood
16   pool was 39.1; is that right?
17   A    Yes.
18   Q    And the total TEQ for the Greenville sample, I
19   don't have it in front of me, is --
20   A    16.6, that is the averages.  Pool mean value is
21   15.35 for all four pool samples.
22   Q    One of the problems is the TCDD did not get
23   added in.  If you add those in -- I'm sorry.
24   A    You will have five TEQ points, but some reason,
25   this particular set of four all of the quantitative
                                                        432

1    values for TCDD were thought to be questionable, but the
2    lab, they were not confident in the signal to noise
3    ratio for that particular analyte.  So the TCDD did not
4    get included in the total TEQ.
5          On the bottom, if you look at the values and
6    add it, it brings it up a few, as high as the Dallas
7    values.
8    Q    You just discussed the values that we see on
9    Exhibit No. 14?
10   A    Correct.
11   Q    And when you talk about K values for TCDD on
12   the Greenville dioxin total lipid weight samples?
13   A    That's right.
14   Q    Okay.  And just so I understand it, is it your
15   testimony that the TCDD values should have been included
16   in the total TEQ for the Grenada pooled samples?
17   A    Well, let's put it this way:  It makes the TEQ
18   calculation a definite underestimation.
19          And, you know, just because of technical
20   problems in the laboratory on this run, you know, if you
21   look at the wet weight basis values, you can see that
22   the levels for TCDD weren't all that low compared to the
23   others; but for whatever reason, the laboratory gave its
24   value, which is -- it was there.  It was a peak, but
25   they were not confident in the quantification.
                                                        433

1          Now, but let's put aside for a moment that
2    concern and look at the values.  They look reasonable.
3    The values that they have estimated.  So if you added
4    those into the TEQ total, it would -- it would bring it
5    up a little higher.  It would not bring it up as high as
6    the Dallas values are, but --
7    Q    I think I understand what you told me, but I
8    want to make sure I have a clear value.
9          Dr. Dalhgren, is it your testimony that the
10   values for TCDD on deposition Exhibit 14, leaving the K
11   aside, the notion that the K values aside, are
12   reasonably within the ballpark for what we would expect
13   for background TCDD values?
14   A    Yes.
15   Q    And so had they been added and the average is
16   something in the neighborhood of four, that would have
17   brought the total TEQ for the Greenville cohort up to
18   about 20?
19   A    Right, exactly.
20   Q    It is still lower --
21   A    Than the Dallas.
22   Q    -- than the Dallas control group that we
23   see -- I'm sorry, the Dallas pooled samples that we see
24   identified in the 2005 Schecter article?
25   A    Right.  And I mean, that's actually, when you
                                                        434

1    think about it, Greenville is a small town.  I think it
2    has 10- or 12,000 people.
3          Most of the people live in larger lots and
4    more -- a lot of people, it is semi-rural where they
5    live.  There is very little traffic.  No freeways.
6          There is very little in the way of industry, as
7    opposed to Dallas, where you have a lot of traffic, a
8    lot of industry, a lot of different factors going on;
9    and this is the so-called urban/rural difference.
10          So their value of 39 and this value of 20 to at
11   least -- some extent at least, there is also a time
12   difference; but there is also a difference in
13   urban/rural.
14          Greenville is pretty really urban/rural.  Small
15   town.  It is kind of in between rural world and big
16   city.  So there is all of these factors at work.
17          That is one of the reasons why when you are
18   looking at values, you like to have as close as possible
19   to similar exposure parameters for comparisons.
20   Q    So the totaled TEQ of 39 you got in the Dallas
21   pooled samples for 2003, do you believe that to be a
22   reasonable representation of a total TEQ for an urban
23   population at that time?
24   A    Yes, I think it is reasonable.  You know, the
25   data speaks for itself.  I mean, it is what was found.
                                                        435

6 (Pages 432 to 435)

**Page 436**

1    Q  Does the Dallas pooled sample of 2003 strike
2 you on a total TEQ basis as abnormally high or
3 abnormally low?
4    A  No, it struck me as being a little higher than
5 what I expect, but I think I shared with you some of the
6 reasons why I think that is true.
7       The 39, I think, is a little on the high side
8 for, A, they were sick people. B, we don't know the
9 ages. They might have been as a group -- you know, if
10 you go to a hospital-based population, there tends to be
11 an older age because older people get sick more and get
12 hospitalized more.
13       And, three, it is an urban environment as
14 opposed to non-urban. So there are several reasons why
15 you would expect it to be somewhat higher.
16       We know that as people age, their TEQs go up
17 because the dioxins and the furans, PCBs accumulate.
18 Older people have significantly higher levels than
19 younger people.
20    Q  I am showing you what we have marked as
21 deposition Exhibit 38. These are recent samples that
22 you obtained on a population.
23       My question is does this relate to Greenville
24 or can you tell me what population this laboratory
25 report relates to?

**Page 437**

1       (Defendants' Exhibit 38 was marked for
2 identification by the court reporter.)
3       THE WITNESS: Well, it is arsenic values.
4 BY MR. HOPP:
5    Q  Right. It was around 2004, the samples. It
6 was around the time that you were doing your work in
7 Grenada.
8       So I am wondering if anything this set of
9 values relates to?
10    A  Well, it relates to a possible arsenic
11 exposure. Most of the values are nondetect.
12       I am trying to see if I can recognize any of
13 these names, but I am not certain. I have to go back
14 and check.
15       None of these names look to me like they are
16 relevant to the issues of Grenada. I think -- I think I
17 see one name that looks -- yeah, this is also from the
18 Greenville population. These names of Greenville
19 people.
20    Q  Was --
21    A  There was a question of arsenic exposure, as
22 well, because that is why we did arsenic.
23    Q  In Greenville, you were not only looking for
24 dioxin, you were also looking for other chlorinated
25 compounds, other pesticides, and arsenic?

**Page 438**

1    A  Yes.
2    Q  And it appears in Greenville you were not able
3 to find significantly exposed levels, any of those
4 constituents; right?
5    A  No. And, frankly, I was not expecting to find
6 them to be elevated.
7       I think I testified in another deposition it
8 was one other expert that wanted to do these studies.
9 And that is why I argued for pool samples to try to save
10 some money because I didn't think they would be
11 positive. They were more -- you could call them sort of
12 like rule outs, you know. Useful.
13    Q  Looking to see what wasn't there?
14    A  Yes, that's right.
15    Q  And you did pooled samples for the dioxin and
16 for the other pesticides; but for arsenic, you did
17 individual samples?
18    A  Yes. That is partially because the individual
19 samples are not expensive. In other words, I believe it
20 is $20 per person, which is a lot different than $1600.
21 So it wasn't so mandatory that we pooled those samples.
22    Q  Is a pooled -- for arsenic, you do urine
23 samples?
24    A  Well, you can, but urine is a better --
25 actually, you get down to it, it is probably better to

**Page 439**

1 do hair and fingernails because it indicates exposure
2 over time.
3       In urine, arsenic is going to be relevant over
4 a certain period of time.
5    Q  Can you do pooled urine samples?
6    A  Yes, it can be done. Take an aliquot from each
7 sample.
8    Q  Does arsenic exposure form any part of your
9 opinions in the Grenada case?
10    A  I was looking at the arsenic issue with
11 Dr. Sharma's arsenic values. It appears to be, at least
12 based on his modeling, relatively low exposure to
13 arsenic and in the air.
14       I have asked for arsenic to be done on any --
15 if we get any dust or soil samples, just to double-check
16 that point, but because the air modeling is so
17 incredibly conservative, you know, based upon what
18 Dr. Sharma has calculated, there is a little bit of
19 disconnect, at least in my qualitative looking at the
20 data. I would expected some of the values that he
21 estimated from modeling to be higher.
22       And that is based on the fact, for example, in
23 naphthalene, which you can smell around the plant
24 frequently, the modeling levels would be so low, you
25 probably wouldn't smell it. So there is a disconnect

1 there.
2     And I think that may be true for arsenic, as
3 well. So what I am suggesting is that arsenic values be
4 looked at.
5     And the reason for that, they may have been
6 burning wood that had been treated with arsenic. So
7 there may be some particulate that contains arsenic and
8 stripped and added to the risk.
9     Q    Do you know whether they -- one way or the
10 other, whether they were burning wood laced with
11 arsenic?
12     A    No. This is a question that has been raised.
13 If it were to be found to be elevated in the sampling in
14 the homes in the Carver Circle area in particular, it
15 might be worth pursuing further that question.
16     Q    Just to go back to your naphthalene point, you
17 stated that you can smell naphthalene in the Carver
18 Circle neighborhood, at least at times?
19     A    Yes, at times.
20     Q    And naphthalene is a volatile organic compound?
21     A    Yes. And it has been found to be one of the
22 higher constituents in the degrees of vapors and it is
23 sought that you get a creosotic smell.
24     Q    Naphthalene, as an individual constituent, has
25 a very low over threshold?

440

1     A    I don't know what it's over threshold is. When
2 you say "very low," I don't know what that means.
3     Q    Right.
4     A    I did look it up and I can't remember what it
5 was, but my impression, as I say, a quantitative
6 impression was I would have expected some of the values.
7     Some people would complain of headache and
8 feeling sick to their stomach and irritated eyes from
9 the exposures. Those would be -- seems to me higher, if
10 they are high enough to cause those symptoms, it would
11 be higher than what Dr. Sharma's value represents.
12     Q    Arsenic is a metal; right?
13     A    Yes.
14     Q    And so the transport mechanism for a metal is
15 going to be different for volatile organic compounds in
16 the area?
17     A    Yes, that is correct.
18     Q    It does not travel, as far as easily?
19     A    Most arsenic would be attached to particulate
20 arsine gas, which can also be formed, is usually
21 rapidly -- oxidized, made -- made into something else
22 that is attached to particles, so it is mainly a
23 particulate risk.
24     Q    Have any of the health issues that you obtained
25 identified in the Carver Circle been coincident with

441

1 arsenic exposure, in your view?
2     A    Well, let's put it this way: I would not
3 immediately thought of arsenic as a cause for the
4 symptom complex that we have seen.
5     But you do understand, at least it is my
6 impression, that there are health problems that could
7 have been aggravated by arsenic exposure.
8     The human body can only respond in a certain
9 number of limited ways to a variety of different
10 chemicals. There is a lot of overlap. One cannot look
11 at a health profile and predict what chemical has caused
12 that.
13     Q    Are you doing any further work on arsenic in
14 the Carver Circle neighborhood right now?
15     A    Well, as I said, I have requested that if any
16 sampling is done, that arsenic be measured because it is
17 not expensive to do, and it may yield some additional
18 information.
19     Q    Now, we spoke earlier on in the deposition
20 about the notion, we narrowed our focus for the first
21 trial to Sherrie Barnes.
22     A    Yes.
23     Q    Your report was drafted at a time when we were
24 looking at 12 (phonetic) different test plaintiffs with
25 a variety of health effects?

442

1     A    That's correct.
2     Q    And so would it be accurate to say that certain
3 portions of your report is current -- as currently
4 drafted does not relate to Sherrie Barnes specifically?
5     A    Well, her -- I think her daughter filled out
6 the form and answered the questions for her mother as if
7 she would have been describing her various complaints.
8     And I thought it was important, even though she
9 was deceased, to include that information. That like
10 many other people from the neighborhood, she had a
11 variety of complaints and health problems in addition to
12 her cancer that killed her.
13     But -- and she had what I -- I would call wood
14 treatment waste induced symptom complex similar to her
15 neighbors. And so I did include her daughter's report
16 about the various health problems that she had.
17     Q    All right. Now, we talked earlier in the last
18 session of the deposition about the daughter's reported
19 different symptoms that Sherrie Barnes had, and correct
20 me if I am wrong, but I believe you expressed some
21 reservation about whether the symptoms that the daughter
22 reported related to chemotherapy and Sherrie Barnes via
23 final illness or whether these were symptoms that she
24 had at some other point in her life.
25     Do you remember that discussion?

443

8 (Pages 440 to 443)

**Page 444:**

1    A  Sure. It is certainly true that when she had
2  the cancer and had the chemo, these things can cause
3  symptoms. No question. And I don't know in detail how
4  to differentiate those two.
5    Q  Do you -- can you tell me, then, what symptoms
6  Sherrie Barnes had that are consistent with wood
7  treating waste induced symptom complex other than her
8  breast cancer?
9    A  Well, at this point, what I would emphasize is
10  that almost everybody we examined in Columbus,
11  Mississippi and in this setting, and even in some other
12  cases that we are working on, involve creosote.
13    There is sort of a pattern of illness. And
14  if -- if -- well, I can't distinguish, as I have stated,
15  which of those symptoms were related; but it was worth
16  noting that she did have a pattern similar to her means.
17    Having said that, you know, I don't think that
18  is an important issue in her case whether or not she had
19  any of these symptoms before she developed her cancer
20  and had her chemotherapy because of the overriding issue
21  here, which is her cancer.
22    So I didn't -- I should have -- if it was
23  important and critical for us, I would have inquired
24  further about it to distinguish the two.
25    And in terms of putting together my original

444

**Page 445:**

1  report, I included it mainly because of what I said. It
2  wasn't consistent with other people.
3    Q  But the real issue for Sherrie Barnes is the
4  breast cancer?
5    A  That's right.
6    Q  And we are not going to talk about Sherrie
7  Barnes' neurological symptoms or other things?
8    A  That's right.
9    Q  Because we cannot separate those symptoms from
10  pre-chemotherapy and post-chemotherapy?
11    A  And as I said, it does not matter anyway. I
12  would have spent the time and effort to do and attempt
13  that because, let's face it, it is probably knowable. I
14  just didn't find out.
15    Q  All right. Now, for the purpose of giving your
16  opinions on Sherrie Barnes, do you still intend to rely
17  on the comparison between the blood samples for PAH and
18  dioxin that you obtained for the 25 or 29 other people
19  in Grenada and -- strike that. Strike that question.
20  Let me ask it again.
21    For the purpose of your opinions in this case,
22  you obtained 29 samples -- blood samples for dioxin
23  analysis from Grenada people; is that right?
24    A  Yes.
25    Q  And you also got 25 samples for PAH analysis;

445

**Page 446:**

1  is that right?
2    A  That's right.
3    Q  And then you compared the results of those
4  Grenada samples, the analysis of those Grenada with
5  analyses for other samples and have the opinion that the
6  people in Grenada, at least the 29 people that you
7  evaluated, was overexposed to dioxin PAH; is that right?
8    A  Yes, I did. Those values reflected the group,
9  as a whole, had overexposure.
10    Q  And you would tend to rely on that work; that
11  is, the comparison blood sample work for the purpose of
12  your opinions with respect to Sherrie Barnes?
13    A  Yes, I mean, we have a lot of other evidence
14  that is important here but as part of the total evidence
15  would be those blood levels, yes.
16    MR. HOPP: Let's mark as deposition Exhibit
17  No. 39.
18    (Defendants' Exhibit 39 was marked for
19    identification by the court reporter.)
20  BY MR. HOPP:
21    Q  Dr. Dalhgren, I hand you what we have marked as
22  deposition Exhibit No. 39. Do you see that?
23    A  Yes.
24    Q  And deposition Exhibit No. 39 is something that
25  I printed off of disks which plaintiff's counsel

446

**Page 447:**

1  produced in this case as part of responding to defense
2  counsel's request for background materials in your
3  possession?
4    A  Yes.
5    Q  Do you recognize the printout as we see in
6  Exhibit 39?
7    A  No, I don't recall this. This is an Excel
8  spreadsheet.
9    Q  Does deposition Exhibit No. 39, at least the
10  first page of it, accurately reflect the names and dates
11  of birth of the 29 background samples -- strike that.
12    Does deposition Exhibit No. 39, at least on the
13  first page, accurately reflect the names and dates of
14  birth of the 29 people from whom you obtained background
15  samples for the purpose of dioxin analysis in Grenada?
16    A  Well, I would have to go check the records to
17  make sure that the dates of births is correct. I can
18  just say, in general, these look like the names that I
19  recall were part of the Grenada patients we examined.
20    But I certainly cannot tell -- cannot testify
21  about the dates of births without referring to each of
22  their records.
23    Q  Let's do that. Dr. Dalhgren, we are looking at
24  deposition Exhibit No. 39. Let me ask you first. We
25  touched on this a little bit.

447

9 (Pages 444 to 447)

1     What sort of things impact the level of dioxin
2 in a person's blood? You mentioned age. What else?
3    A  Well, probably exposures, you know, that
4 Dr. Sawyer talked about different exposures. The main
5 source for background levels is in the diet. We get the
6 dioxins and furans from food.
7    Q  Do smokers have a higher level of dioxins and
8 furans in their blood?
9    You stated in your report in this case that you
10 did not control for barbecue exposure or barbecue
11 consumption; is that right?
12    A  I don't recall that we asked about barbecue,
13 no.
14    Q  Okay. That is actually PAHs?
15    A  That is PAHs, yes.
16    Q  But generally, though, diet will affect the
17 level of PAHs in the blood?
18    A  Well, exactly. PAHs is print in background
19 diet in the United States. And studies on looking at
20 people who eat a lot of barbecue have been relatively
21 unsuccessful in distinguishing, so even though
22 theoretically it is a root of exposure, I don't think
23 there is much documentation that that contributes to PAH
24 added up levels. Smoking does, but barbecue ingestion
25 doesn't.
448

1    Q  What types of food increases the level of
2 dioxin in a person's blood?
3    A  Fish.
4    Q  Anything else?
5    A  Well, fat. Probably, if there is some slight
6 increase in people who eat a lot of fatty meats, but the
7 difference is very slight.
8    Seafood is really the biggest contributor to
9 the dioxins and more importantly to the PCBs.
10    Q  Dr. Schecter has looked at dioxins in meats and
11 eggs?
12    A  Yes.
13    Q  And in dairy products; is that correct?
14    A  He and many other people, that's correct.
15    Q  And has he found that meat, eggs, and dairy
16 products are major contributors to dioxin exposure?
17    A  Yes, as opposed to grains and vegetables.
18 That's correct.
19    Q  I just want to go down the list, then, and go
20 through the 29 people for whom you obtained blood
21 samples for the purpose of dioxin exposure.
22    First, alphabetically, I believe is Clyde
23 Bailey. Let me hand you what we have marked as
24 deposition Exhibit No. 40. Is deposition Exhibit 40
25 your report on Clyde Bailey?
449

1    (Defendants' Exhibit 40 was marked for
2    identification by the court reporter.)
3    THE WITNESS: Plus his chart, yes. It has got
4 my report plus his chart.
5 BY MR. HOPP:
6    Q  What do you mean by "chart"?
7    A  Well, you photocopied the questionnaire, I
8 believe, as well as the notes, plus physical exam; plus
9 the lab studies that were done that were in his file.
10    Q  When you say "chart," you're not talking about
11 his medical records, you are talking about --
12    A  My chart on him.
13    Q  The chart that you created?
14    A  That's right.
15    Q  And Clyde Bailey is actually a woman; is that
16 right?
17    A  Yes.
18    Q  She is 73 years old or was at the time that --
19    A  I examined her in December 2003. That's right.
20    Q  A nonsmoker; correct?
21    A  Okay. Let's see about her smoking. Yes, she
22 is a nonsmoker.
23    Q  Again, just so we are clear -- sorry we are
24 going over this. The 29 people that you have examined
25 from Greenville for the purpose of obtaining their
450

1 dioxin levels, you also picked 25 of those same people
2 for the purpose of obtaining PAH levels; is that right?
3    A  Yes.
4    Q  And there were four people that didn't show up
5 for the blood draw for PAH; right?
6    A  I don't recall why we did not -- we couldn't do
7 those four for the PAH. I'm not sure. They didn't get
8 enough blood or some other problem -- I'm forgetting it.
9 I believe we tried to do the PAHs and the dioxins on the
10 whole 29.
11    Q  Tell me about that. Were the blood drawings
12 for PAH and dioxin done on the same day?
13    A  Yes.
14    Q  By the same --
15    A  Same tech, yes.
16    Q  And they were sent to different places for
17 analysis?
18    A  That's correct.
19    Q  The dioxin samples were sent to ERGO
20 Laboratories in -- I'm sorry. Blood samples for dioxin
21 were sent to ERGO Laboratory in Germany; is that right?
22    A  Yes.
23    Q  Blood samples for PAH samples were sent to
24 Dr. Phillips?
25    A  Yes.
451

10 (Pages 448 to 451)

| | |
|---|---|
| 1    Q   And he is in England?<br>2    A   Yes.<br>3    `Q   Why did you choose Dr. Phillips for the DNA<br>4  adduct PAH analysis?<br>5    A   Because Dr. Perera at Columbia told me that he<br>6  had experience with creosote exposed animal studies and<br>7  had experience for looking at creosote specifically.  B,<br>8  he was very interested in the project and was willing to<br>9  help us out by doing these samples.  So it seemed like a<br>10  good idea to me.<br>11    Q   Perera identified Phillips for you?<br>12    A   Yes.<br>13    Q   Did you ever work with Phillips before?<br>14    A   Yes.<br>15    Q   Have you ever met Phillips?<br>16    A   Yes.<br>17    Q   When?<br>18    A   Last year, when I went to Europe to give a<br>19  paper in Prague, Chekov, in the Chek Republic, by, I<br>20  believe it was in April of 2004, after that meeting, I<br>21  went to London and visited with Dr. Phillips about these<br>22  cases.<br>23    Q   So did you meet with Dr. Phillips and talked to<br>24  him before he did the analysis in this case?<br>25    A   I spoke to him on the telephone and we<br>                                 452 | 1    A   In Homosassa, Florida.<br>2    Q   Let's talk about Jerome.  There were 50 people,<br>3  you sent fewer than 10 samples?<br>4    A   As I said, we only had access to a few people.<br>5    Q   Then Homosassa, you collected blood samples for<br>6  these people for controls in the Jerome litigation; is<br>7  that right?<br>8    A   Yes.<br>9    Q   And you sent those to Dr. Phillips for<br>10  analysis?<br>11    A   Yes.<br>12    Q   Other than the Grenada blood samples, the<br>13  Jerome blood samples, and the Homosassa blood samples,<br>14  did you ever send blood samples to Phillips for analysis<br>15  of PAHs?<br>16    A   No.<br>17    Q   Do you know if any other entity sent human<br>18  blood samples to Dr. Phillips to do PAH and --<br>19    A   I didn't ask him that question.  He probably<br>20  has on PAH adducts from different groups of people.  And<br>21  I did not ask him who sent him the samples, but there<br>22  are probably collaborators in papers.  He has done --<br>23  for example, he has done PAH adducts on the Harvard<br>24  doctor study that was done.<br>25    Q   I heard of the Harvard nurses' study.  Is there<br>                                 454 |
| 1  corresponded by E-mail; but I hadn't met him<br>2  face-to-face, no.<br>3    Q   And then have you used Dr. Phillips' lab for<br>4  analysis for cases other than the Grenada case?<br>5    A   No.<br>6    Q   Now, you did send him some samples from Jerome,<br>7  Florida; correct?<br>8    A   Yes.<br>9    Q   You were or are involved in litigation<br>10  involving PAH exposures in Jerome, Florida; is that<br>11  right?<br>12    A   Yes.<br>13    Q   How many samples from Jerome did you send --<br>14  did you have sent to him?<br>15    A   I believe it was nine.  Nine or twelve, I<br>16  forget the exact number.<br>17    Q   There were at least 50 plaintiffs in the Jerome<br>18  litigation; is that right?<br>19    A   Yes, we did some controls and we didn't -- we<br>20  weren't in the position to draw all of the people.  We<br>21  only drew a few.<br>22    Q   So you drew single digits.  Somewhere under 10<br>23  for the Jerome exposed population?<br>24    A   Well, we also drew some controls.<br>25    Q   In Homosassa, Florida?<br>                                 453 | 1  also a Harvard doctors' study?<br>2    A   Yes.<br>3    Q   And he looked at PAH and DNA adducts for that?<br>4    A   Yes.<br>5    Q   Are those results published?<br>6    A   Yes.<br>7    Q   Let's look at deposition Exhibit No. 41.<br>8       (Defendants' Exhibit 41 was marked for<br>9       identification by the court reporter.)<br>10  BY MR. HOPP:<br>11    Q   Before you start that, again, focusing on<br>12  things that would impact someone's level of blood<br>13  dioxin, is race a factor?  Do black people tend to have<br>14  more dioxin in their blood than white people?<br>15    A   I don't think so.  I haven't actually thought<br>16  about that issue.  Certainly, never came up before, but<br>17  as far as I recall, there has not been a difference<br>18  found; but I am trying to remember a reference on that<br>19  point.  I have not seen a lot of emphasis on that point.<br>20    Q   How about for PAHs?  Is race a factor for PAHs<br>21  in blood?  Do black people tend to have more or less<br>22  PAH/DNA adducts in their white blood cells than white<br>23  people?<br>24    A   I don't recall any data on that point.  Same as<br>25  with dioxins.  There may be some data, I am just not<br>                                 455 |

11 (Pages 452 to 455)

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

1 aware.
2   Q   Looking at deposition Exhibit No. 41, this is
3 your report and chart for Randy Barnes; is that right?
4   A   Yes.
5   Q   And if you look at deposition Exhibit No. 39,
6 Randy Barnes is another one of the 29 people from whom
7 you collected blood for the purpose of dioxin and PAH
8 samplings; is that correct?
9   A   Yes.
10   Q   And Mr. Barnes, at least at the time this
11 report was created, was a 42-year-old African-American
12 man; is that right?
13   A   Yes.
14   Q   And on the first page, it indicates that the
15 Mr. Barnes was a nonsmoker.  Do you see that?
16   A   Yes.
17   Q   I hand you what we have marked as deposition
18 Exhibit No. 42.  Deposition Exhibit 42 is your report
19 and chart for Sheila Barnes.
20       (Defendants' Exhibit 42 was marked for
21        identification by the court reporter.)
22 BY MR. HOPP:
23   Q   Do you see that?
24   A   Yes.
25   Q   And Sheila Barnes, if you look at deposition
                                                        456

1 Exhibit No. 39, is another one of the 29 people from
2 Grenada from whom you collected blood for the purpose of
3 dioxin and PAH testing; is that right?
4   A   Yes.
5   Q   And at the time that this report was created,
6 Ms. Barnes was a 38-year-old black woman; is that right?
7   A   Yes.
8   Q   Ms. Barnes did work at Heat Craft at some
9 point?
10   A   Yes.
11   Q   And at Heat Craft, they had used, in the past,
12 at least TCE, which is trichlorethylene; is that
13 correct?
14   A   That's correct.
15   Q   And trichlorethylene exposure causes breast
16 cancer?
17   A   Well, I think it increases the risk of breast
18 cancer, yes.  I am trying to remember about the
19 epidemiological data.  There is some data on TCE, but
20 usually it is a combo of PCE and TCE that has been
21 linked to breast cancer.
22   Q   And you remember that you testified in the
23 Redlands case that the TCE does not increase the risk of
24 breast cancer; do you remember that?
25   A   Yes.
                                                        457

1   Q   I believe you testified in the Redlands case
2 that TCE causes breast cancer; do you remember that?
3   A   Well, I think it is a distinction.  I would say
4 it increases the risk and would be a contributing factor
5 if someone had the disease, yes.
6   Q   Deposition Exhibit 43.
7       (Defendants' Exhibit 43 was marked for
8        identification by the court reporter.)
9 BY MR. HOPP:
10   Q   Is deposition Exhibit 43 your report and chart
11 for Franklin Beck?
12   A   Yes.
13   Q   And in Mr. Beck, if you look at deposition
14 Exhibit No. 39, is another one of the 29 people from
15 Grenada from whom you collected blood for the purpose of
16 PAH and dioxin analysis; is that right?
17   A   Yes.
18   Q   And Mr. Beck, at least at the time that the
19 report was created, was a 78-year-old black gentleman?
20   A   Yes, he was.
21   Q   He was also a nonsmoker; is that correct?
22   A   Yes.
23   Q   Mr. Beck has had a history of cancer; is that
24 right?  Prostate cancer?
25   A   Prostate cancer, yes.
                                                        458

1   Q   Let's look at deposition Exhibit No. 44.  Is
2 deposition Exhibit No. 44 your report for Patricia Beck
3 and your chart for Patricia Beck?
4       (Defendants' Exhibit 44 was marked for
5        identification by the court reporter.)
6       THE WITNESS: Yes.
7 BY MR. HOPP:
8   Q   And Patricia Beck, if we look at deposition
9 Exhibit No. 39, is one of the 29 people from whom you
10 collected blood for the purpose of dioxin and PAH
11 analysis; is that correct?
12   A   Yes.
13   Q   And at the time of the report, at least
14 Ms. Beck was a 44-year-old African-American woman; is
15 that right?
16   A   Yes.
17   Q   And she was also a nonsmoker, if you look at
18 Page 2 of Exhibit No. 44?
19   A   Yes.  Um-hmm.
20   Q   She has been diagnosed with Lupus now; is that
21 right?
22   A   Yes.
23   Q   And she has had -- she has been unable to
24 become pregnant within the last 27 years; correct?
25   A   Yes.
                                                        459

12 (Pages 456 to 459)

1 Q And a medical history of hypertension,
2 diabetes, rheumatoid arthritis, and other items we see
3 mentioned on the fifth paragraph --
4 A Yes.
5 Q -- of deposition Exhibit No. 44?
6 A That's correct.
7 MR. HOPP: Can we go off the record?
8 (Brief recess.)
9 (Defendants' Exhibit 45 was marked for
10 identification by the court reporter.)
11 MR. HOPP: Let's go back on.
12 Q Dr. Dalhgren, I handed you what we have marked
13 as deposition Exhibit No. 45. Deposition Exhibit No. 45
14 is a report, but not a chart for Arthur Blake. Do you
15 see that?
16 A Yes.
17 Q And Arthur Blake, at the time the report was
18 created, was a 39-year old male; is that right?
19 A That's right.
20 Q Do you know what his race was?
21 A Not offhand.
22 Q And if you look at deposition Exhibit No. 39,
23 Arthur Blake is one of the people from Grenada from whom
24 you collected blood samples for the purpose of PAH and
25 dioxin analysis; is that right?
460

1 A Yes.
2 Q And Mr. Blake was also a nonsmoker; correct?
3 A Correct.
4 Q He has had exposure to the Koppers plant
5 because he worked there as a construction worker at some
6 point. Do you see that?
7 A Um-hmm. Correct.
8 Q Let's look at deposition Exhibit 46.
9 (Defendants' Exhibit 46 was marked for
10 identification by the court reporter.)
11 BY MR. HOPP:
12 Q Deposition Exhibit 46, your report and chart
13 for Jennifer Bradford; is that right?
14 A Um-hmm.
15 Q I'm sorry. Is that a "yes"?
16 A Yes.
17 Q And looking, again, at deposition Exhibit
18 No. 39 is another one of the people from Grenada for
19 whom you collected blood samples for PAH and dioxin
20 analysis; correct?
21 A Yes.
22 Q She is a 22-year-old female. Do you see that?
23 A Yes, sir.
24 Q And she is -- is her race mentioned on your
25 report?
461

1 A Well, if we need to look that up, we do usually
2 record that on the pulmonary function study.
3 She is black.
4 Q Okay. And a nonsmoker; correct?
5 A Right -- wait a minute.
6 Q Page 2.
7 A It said on that form she smoked. She denied it
8 on the questionnaire.
9 Q But her pulmonary function --
10 A PF, it said that she smoked.
11 Q Well, that actually brings us to an interesting
12 point. The report, using Exhibit No. 46 as an example,
13 this is urinary; is that right?
14 A Yes. In the questionnaire, she filled it out
15 for us.
16 Q The exhibits we have looked at, 40 through 46
17 so far --
18 A Um-hmm.
19 Q -- for the 29 people in Grenada, did you
20 actually meet with these people and administer the
21 questionnaire?
22 A Yes, we did. And we -- it varies a little bit
23 from study to study, but the general rule is that we
24 send them the questionnaire. And this is the most
25 common thing. Have them fill it out and then they come
462

1 in and we go over it with them making sure that they
2 filled it out adequately and completely. And if there
3 are any apparent contradiction, we deal with those.
4 Q Now, medical tests are often conducted by techs
5 of one type or another?
6 A Yes.
7 Q Including the pulmonary function test. You
8 don't do the pulmonary function test, do you?
9 A No, the technician does.
10 Q And is there additional information that the
11 patient would supply for the purpose of those tests? I
12 mean, in this case --
13 A I mean, in this case, she did -- apparently,
14 was asked again whether she smoked and she said yes to
15 the -- to the tech who did the pulmonary function.
16 Q Is there any other indication in Exhibit 46 of
17 whether Jennifer Bradford smoked or how much?
18 A No, but you know we can look at some of the
19 other data that we have on her, if we need to identify
20 whether she was -- she may have smoked at some point and
21 just -- this happens sometimes.
22 You ask a patient a question at one point and
23 then they say no; and then later you ask them the same
24 question and then their memory is jogged, oh, yeah, when
25 I was 16, I did smoke a few cigarettes or whatever.
463

1    We would call her essentially a nonsmoker, but
2  this sort of a contradiction occasionally occurs.
3    Q   Let's look at deposition Exhibit No. 47.
4       (Defendants' Exhibit 47 was marked for
5       identification by the court reporter.)
6  BY MR. HOPP:
7    Q   Deposition Exhibit No. 47 is your report and
8  chart for Dorothy Brown; is that right?
9    A   That's right.
10   Q   If you look at deposition Exhibit No. 39,
11 Dorothy Brown is another one of the people from Grenada
12 from whom you collected blood samples for the purpose of
13 dioxin and PAH analysis; is that right?
14   A   That's right.
15   Q   And Ms. Branch -- Ms. Brown, at the time the
16 report was conducted, was a 31-year-old African-American
17 woman; is that right?
18   A   Well, I don't have on the report her race, but
19 I will take your word for it.
20   Q   It says, "thirty-one year old black lady"?
21   A   Oh, yeah. You are right.
22   Q   And at least according to that narrative
23 report, she never smoked; is that correct?
24   A   And also on the PF, the report says she didn't
25 smoke.
                                                    464

1  Window Road.
2  BY MR. HOPP:
3    Q   Okay. This is 47.
4    A   I know, I am just looking back.
5    Q   Just to make sure, your prior answer was on
6  Dorothy Brown?
7    A   That's right.
8    Q   And that is a total of five years in the Carver
9  Circle neighborhood?
10   A   Yes.
11   Q   Deposition Exhibit No. 48, your report and
12 chart on Jacqueline Brown; is that right?
13   A   Yes.
14   Q   And Jacqueline Brown, if you look at deposition
15 Exhibit No. 39, is another one of the people from whom
16 you collected blood samples for the purpose of PAH and
17 dioxin analysis?
18   A   Yes.
19   Q   And at the time this report was created, she
20 was a 33-year-old woman; is that right?
21   A   Yes.
22   Q   Also, a nonsmoker?
23   A   Yes.
24       MR. PRUDHOMME: Well, just for the record, my
25 report says 30.
                                                    466

1    Q   She did have or does have hypertension; is that
2  right?
3    A   Yes.
4    Q   And she lived about a block away from the
5  Koppers plant for a total of five years; is that right?
6    A   Well, up to age 18, she lived in Pine Hill.
7  And then on age 18, she moved to the Tie Plant area
8  about a block from Koppers and lived there five years.
9    Q   And then she said she was away from -- for five
10 years and went back and spent a total of five years in
11 the area. I am wondering whether it is five years total
12 or ten years?
13   A   That's a good question. Let's go back to the
14 residential history and get some more insight on that.
15 I should have some pages which she fills out her
16 residence history. Let me see if I can find it.
17       Well, I think my impression is that it was a
18 total of five years. I don't have any way to resolve
19 this issue without probably going back to some
20 additional records.
21   Q   All right. Let's move on, then.
22       Let's look at deposition Exhibit No. 48.
23       (Defendants' Exhibit 48 was marked for
24       identification by the court reporter.)
25       THE WITNESS: It's a total of fives years on
                                                    465

1        MR. HOPP: Did I say, "31"?
2        MR. PRUDHOMME: 33.
3        THE WITNESS: She is 30-years old. Born '73.
4  2003. She was still only 30.
5        MR. HOPP: My mistake.
6    Q   Ms. Brown is 30-years old in 2003?
7    A   Um-hmm.
8    Q   And her blood was collected for the purpose of
9  dioxin and the PAH analysis in 2004; is that right?
10   A   Yes. Um-hmm.
11   Q   And it is the same with all of these other
12 folks, it would have been a year older -- strike that.
13       We have the dates of birth and we can just
14 subtract. Mrs. Brown is a nonsmoker; is that right, or
15 Ms. Brown -- Jacqueline Brown?
16   A   Yes, she is a nonsmoker.
17   Q   She has had an abnormal Pap smear; is that
18 right? This is right above the social history.
19   A   Yes.
20   Q   Looking at another Mrs. Brown. This is Loretha
21 Brown, Exhibit No. 49. Loretha Brown, first name,
22 L-O-R-E-T-H-A.
23       (Defendants' Exhibit 49 was marked for
24       identification by the court reporter.)
25       THE WITNESS: Loretha.
                                                    467

14 (Pages 464 to 467)

BY MR. HOPP:

Q   Loretha Brown. Is deposition Exhibit No. 49, your report and chart for Loretha Brown?

A   Yes.

Q   And at the time that the report was created, Ms. Brown was a 34-year old woman; is that correct?

A   Yes.

Q   Also, if you look at Page 3, a nonsmoker; correct?

A   Correct.

Q   And Loretha Brown was one of the people from Grenada from whom you collected blood for the purposes of PAH and dioxin samplings; is that correct?

A   Yes.

Q   And her name appears on Deposition Exhibit No. 39; right?

A   That's right.

Q   Let's look at deposition Exhibit 50.

(Defendants' Exhibit 50 was marked for identification by the court reporter.)

BY MR. HOPP:

Q   Deposition Exhibit 50 is your report and chart for C.W. Carver; is that right?

A   Yes.

Q   And C.W. Carver is one of the people from

468

Grenada from whom you collected blood samples for the purpose of PAH and dioxin analysis; is that right?

A   Um-hmm.

Q   Is that a "yes"?

A   That's a yes.

Q   And the time the report was created, Mr. Carver was a 72-year-old African-American male; is that right?

A   Yes.

Q   And Mr. Carver had a cancerous lump removed from his head and neck; is that right?

A   Yes.

Q   And Mr. Carver has been a smoker; is that right?

A   Correct.

Q   He smoked from the ages -- he began when he was 21 and quit smoking when he was 62; is that right?

A   Yes.

Q   It looked like he was a half a pack a day smoker?

A   That's what he said, yes.

Q   Let's look at deposition Exhibit No. 51.

(Defendants' Exhibit 51 was marked for identification by the court reporter.)

BY MR. HOPP:

Q   Deposition Exhibit No. 51 is your report and

469

chart for Glenda Collins; is that right?

A   Yes.

Q   And Glenda Collins, if you look at deposition Exhibit No. 39, is another one of the people from Grenada from whom you collected blood samples for the purpose of PAH and dioxin analysis; is that right?

A   Yup.

Q   And the time the report was created, Ms. Collins was a 49-year-old woman; is that right?

A   That's right.

Q   And she appears to be a current smoker, at least at the time of this report?

A   Yes.

Q   Most cigarettes smoked in a day is 30, so she is a half a pack a day smoker?

A   Yes, at one time, she was, but she was not smoking that much -- it may not have been at the time, but pretty heavy smoker.

Q   She is a breast cancer survivor?

A   Yes. In 1992, it was diagnosed.

Q   Let's look at deposition Exhibit No. 52.

(Defendants' Exhibit 52 was marked for identification by the court reporter.)

BY MR. HOPP:

Q   Deposition Exhibit No. 52 is your chart -- I

470

don't have a report. I could not find a report in the materials that I had for a Sam Conley.

Do you see your chart for Mr. Conley, deposition Exhibit No. 52?

A   I see the chart copy. I don't see a report.

Q   Right. There is no report. Can you tell me Mr. -- strike that.

Mr. Conley -- Sam Conley is one of the people from Grenada from whom you took blood samples for the purposes of PAH and dioxin analysis; is that right?

A   Yes.

Q   And what was Mr. Conley's age, at least -- that is, his date of birth?

A   1913. He was 90 at the time when we saw him.

Q   And do you know whether he was ever a smoker?

A   No, he did not smoke.

Q   Has he ever had cancer?

A   Yes.

Q   What type of cancer did he have?

A   Prostate cancer in 1999, he was diagnosed.

Q   Deposition Exhibit 53 is your report and chart for Latasha Hardiman. Do you see that?

(Defendants' Exhibit 53 was marked for identification by the court reporter.)

THE WITNESS: Um-hmm.

471

15 (Pages 468 to 471)

BY MR. HOPP:
1   Q   I'm sorry. Is that "yes"?
3   A   Yes.
4   Q   And Latasha Hardiman is one of the people from
5   Grenada in which you collected samples of blood for PAH
6   and dioxin analysis; correct?
7   A   Yes.
8   Q   And at the time of the report, Ms. Hardiman was
9   a 21-year-old woman; is that right?
10  A   Yes.
11  Q   It stated that she was actually born with
12  cancer of the uterus; is that right?
13  A   Um-hmm.
14  Q   Is that a "yes"?
15  A   Yes.
16      MR. PRUDHOMME: Was that Exhibit 53? I'm
17  sorry.
18      MR. HOPP: Yes, 53.
19  Q   At birth, they also removed her ovaries; is
20  that correct?
21  A   Yes.
22  Q   And that was due to the cancer of her uterus?
23  A   Yes.
24  Q   Have you ever seen another patient like this, a
25  person who had uterine cancer as a baby or as a newborn?

472

1   Q   Deposition Exhibit 55 is your chart and report
2   for Jimmie Loggins; is that correct?
3       (Defendants' Exhibit 55 was marked for
4       identification by the court reporter.)
5       THE WITNESS: Yes.
6   BY MR. HOPP:
7   Q   And Mr. Loggins is another one of the people
8   from Grenada from whom you collected blood samples for
9   the purpose of PAH and dioxin analysis; is that right?
10  A   Yes.
11  Q   At the time the report was created, Mr. Loggins
12  was a 7 -- I'm sorry. Jimmie Loggins was a 73-year-old
13  woman?
14  A   Yes, that's right.
15  Q   And Ms. Loggins is on medication for high
16  cholesterol and high blood pressure, towards the bottom
17  of the first page; is that correct?
18  A   Yes.
19  Q   And she is a nonsmoker; correct?
20  A   Yes.
21      MR. HOPP: It's almost 11. Can we take a
22  five-minute comfort break?
23      (Brief recess.)
24  BY MR. HOPP:
25  Q   Dr. Dalhgren, I am handing you what we have

474

1   A   I would say that is exceedingly rare.
2   Q   Have you ever seen another case of this type?
3   A   I haven't personally, no.
4   Q   Deposition Exhibit 54 is your report and chart
5   for Carmelita Hill; is that right?
6       (Defendants' Exhibit 54 was marked for
7       identification by the court reporter.)
8       THE WITNESS: Yes.
9   BY MR. HOPP:
10  Q   And Carmelita Hill is another one of the people
11  from Grenada from whom you collected blood for the
12  purpose of PAH and dioxin analysis; is that right?
13  A   Yes.
14  Q   And Ms. Hill, at the time of the report, was a
15  22-year-old woman; is that correct?
16  A   Yes.
17  Q   And she has had Lupus since the age of 14; is
18  that right?
19  A   Yes.
20  Q   You also appear to note neurological problems
21  with Ms. Hill: Problem concentrating, throbbing
22  headaches, difficulty falling asleep and itching?
23  A   Yes.
24  Q   She is a nonsmoker; is that correct?
25  A   Yes.

473

1   marked as Exhibit 56. 56 is your report and chart for
2   Gloria Loggins. Do you see that?
3       (Defendants' Exhibit 56 was marked for
4       identification by the court reporter.)
5       THE WITNESS: Yes.
6   BY MR. HOPP:
7   Q   Ms. Loggins is one of the people from Grenada
8   from whom you took blood samples for the purposes of PAH
9   and dioxin analysis?
10  A   Yup.
11  Q   And Ms. Loggins, at the time that you created
12  this report, was 38-years-old?
13  A   Right.
14  Q   And she is a smoker; is that right?
15  A   Yes.
16  Q   Appears to be a current smoker?
17  A   Yes.
18  Q   With the most cigarettes she consumed in a day
19  is seven; is that right?
20  A   Yes.
21  Q   So would you characterize her as a light smoker
22  or an occasional smoker?
23  A   A light smoker.
24  Q   Deposition Exhibit No. 57 is your report and
25  chart for Larry Loggins; is that correct?

475

16 (Pages 472 to 475)

| | |
|---|---|
| 1  (Defendants' Exhibit 57 was marked for | 1  value, interesting enough. |
| 2  identification by the court reporter.) | 2  Q  Now, this is a man that climbs poles, and of |
| 3  THE WITNESS: Yes. | 3  the 29 people of whom you collected blood samples, |
| 4  BY MR. HOPP: | 4  Mr. Minga has the second highest? |
| 5  Q  And Mr. Loggins is one of the people from | 5  A  There are two others. 93. And he is 89 for |
| 6  Grenada from whom you took blood samples for the | 6  practical purposes. Their values are pretty comparable. |
| 7  purposes of PAH and dioxin samples? | 7  Q  Do you think that is due, in part, to him |
| 8  A  Yes. | 8  climbing poles? |
| 9  Q  And at the time of the report, Mr. Loggins was | 9  A  Yes, it probably is. It is very interesting. |
| 10  48-years-old; is that right? | 10  Q  Let's look at Sandra Minga, his wife, which is |
| 11  A  Yes. | 11  Exhibit --deposition Exhibit No. 59. |
| 12  Q  And Mr. Loggins is also a smoker; correct? | 12  (Defendants' Exhibit 59 was marked for |
| 13  A  Yes. | 13  identification by the court reporter.) |
| 14  Q  Mr. Loggins began smoking when he was 20 and it | 14  BY MR. HOPP: |
| 15  appears that he continues to smoke; right? | 15  Q  Deposition Exhibit No. 59 is your report and |
| 16  A  He does, yes. | 16  chart for Sandra Minga; is that correct? |
| 17  Q  And the most cigarettes per day is 10. And at | 17  A  Yes. |
| 18  least at one point, he was a half a pack a day smoker; | 18  Q  And Ms. Minga is one of the people from Grenada |
| 19  correct? | 19  from whom you collected blood samples for the purposes |
| 20  A  Right. | 20  of PAH and dioxin analysis; is that right? |
| 21  Q  Deposition Exhibit No. 58 -- I'm sorry, is your | 21  A  Yes. |
| 22  report and chart for Larry Minga; is that correct? | 22  Q  And at the time of your report, Ms. Minga was a |
| 23  (Defendants' Exhibit 58 was marked for | 23  54-year-old woman; is that right? |
| 24  identification by the court reporter.) | 24  A  That's right. |
| 25  THE WITNESS: Correct. | 25  Q  And she has a high total TEQ for dioxin? |
| 476 | 478 |
| 1  BY MR. HOPP: | 1  A  Let's see what her TEQ was. It was 35. |
| 2  Q  Mr. Minga is spelled M-I-N-G-A. And Mr. Minga, | 2  Q  But her husband is what? |
| 3  at the time of the report, was a 55-year-old white male; | 3  A  89. Hers is higher than the average, but not |
| 4  is that correct? | 4  nearly as high as the husband. |
| 5  A  Yes. | 5  Q  So whatever he is doing that is causing his |
| 6  Q  And Mr. Minga is one of the people from whom | 6  high TEQs is likely coming from outside the home; is |
| 7  you collected blood samples for the purpose of PAH and | 7  that right? |
| 8  dioxin analysis; is that right? | 8  A  Well, I think we already discussed that, yes. |
| 9  A  Right. | 9  But there is also a tendency for men to be higher than |
| 10  Q  Mr. Minga is a nonsmoker; correct? | 10  women. Even when they have similar -- let's say, live |
| 11  A  Correct. | 11  in a similar environment. |
| 12  Q  Now, it says that Mr. Minga has had many small | 12  Q  Would gender differences explain the notion |
| 13  lipomas removed? | 13  that her husband was twice as high as she is? |
| 14  A  Lipomas. | 14  A  No, that wouldn't be that big of a difference. |
| 15  Q  What are lipomas? | 15  Q  She has actually told you that she has had the |
| 16  A  They are benign fatty tumors occurring in the | 16  creek overflow and carrying the creosote and |
| 17  subcutaneous tissue. | 17  pentachlorophenol chemicals into her home; is that |
| 18  Q  What, if anything, causes lipomas? | 18  right? |
| 19  A  Well, I don't think there is any real | 19  A  Yes. |
| 20  recognized studies on that question, which is kind of | 20  Q  She lives near that creek. So her exposure has |
| 21  interesting in itself, but there is no known cause. | 21  been -- whatever the air exposure has been, plus the |
| 22  Q  Mr. Minga, from his occupational history, | 22  overflowing of the creek. |
| 23  appears to work for a power company -- utility company? | 23  MR. HOPP: Deposition Exhibit 60. |
| 24  A  And he climbs creosote poles. He happens to | 24  (Defendants' Exhibit 60 was marked for |
| 25  have the highest TEQ value -- actually, the highest TEQ | 25  identification by the court reporter.) |
| 477 | 479 |

17 (Pages 476 to 479)

BY MR. HOPP:

Q   Deposition Exhibit 60 is your report and chart for Jerry W. Quarles; is that right?

A   Yes.

Q   Q-U-A-R-L-E-S?

A   Yes.

Q   And Mr. Quarles is one of the people from Grenada from whom you collected blood samples for the PAH and dioxin analysis?

A   Yes.

Q   And Mr. Quarles is a 40-year-old white man who lived in Grenada for 40 years; is that correct?

A   Correct.

Q   Mr. Quarles reported some exposures to materials in a mirror factory including tin, silver, and copper.  Do you see that?

A   Yes.

Q   Is that metal exposure something that is significant for you for PAH or dioxin levels?

A   No, there is no link that I am aware of in that trade.  There is theoretically some other effects that you might get from those metals, but you wouldn't expect the dioxin or PAH levels to be high.

Q   What was Mr. Quarles' weight at the time of the evaluation?

480

A   Well, he has got sleep apnea, which might suggest he has weight issues.  288 pounds and five-foot-nine.

Q   He is a stout gentleman?

A   He is a very stout gentleman.

Q   And that is one of the things that influence dioxin.  People who tend to be overweight, tend to have higher dioxin levels?

A   Well, actually, it may affect it, but his level is not very high.  It is 14.  He is one of the lower folks.

Q   Okay.  Next one is deposition Exhibit No. 61.

(Defendants' Exhibit 61 was marked for identification by the court reporter.)

BY MR. HOPP:

Q   Deposition Exhibit No. 61 is your report and chart for Thomas Quinn; is that right?

A   Yes.

Q   And Mr. Quinn was one of the people from Grenada from whom you collected blood samples for the purpose of PAH and dioxin analysis; is that right?

A   Right.

Q   And at the time of the report, Mr. Quinn was a 70-year-old man; is that right?

A   That's right.

481

Q   And he is a smoker; correct?  Apparently, a current smoker?

A   Yes, still smokes.

Q   A pack a day?

A   Yes.  It goes to show you that people can survive and be smoking.

Q   Just looking at the bottom of your report for Mr. Quinn, it says that he was accompanied by his daughter, Stephanie Rounds.  Do you see that?

This is the -- in the second to last paragraph on the first page.

A   Yes.

Q   And at the bottom paragraph, he says that she is going to take him to get a chest X-ray as soon as possible.  Do you see that?

A   Yes.

Q   Do you know what caused her to suddenly think that the chest X-ray was an urgent thing?

A   I think it was some finding on the physical exam.

Q   And what was that?

A   I really don't remember.  Let me see if I have made a note.

Well, there was just some abnormal findings on the physical and on the lung that prompted me to suggest

482

that she take her father to get an X-ray.

Q   And he has COPD; is that right?  This is the second paragraph on Page 1.

It says he was diagnosed with COPD by one of his doctors.  That is chronic obstructive pulmonary disease?

A   That's correct.

Q   And he has high blood pressure, which is poorly controlled?

A   That's right.

Q   And then it says he has dense left-sided hemiplegia as a result of a stroke?

A   That's right.

Q   That means he has trouble moving his left side?

A   Yes.

Q   What do you mean by dense hemiplegia?

A   Some people with a stroke still have some use of the extremities on that side.  If there is absolutely no use, you have, you know, absolute paralysis.  So dense indicates that it was almost absolute paralysis.

Q   Deposition Exhibit 62 is your report for James Ratliff; is that correct?

(Defendants' Exhibit 62 was marked for identification by the court reporter.)

THE WITNESS:  Yes.

483

18 (Pages 480 to 483)

BY MR. HOPP:

1 Q R-A-T-L-I-F-F?

3 A Yup.

4 Q Mr. Ratliff is one of the people from Grenada
5 from whom you took blood samples for the purpose of PAH
6 and dioxin analysis; is that right?

7 A Yes.

8 Q And at the time of the report, Mr. Ratliff was
9 54 years old and white; correct?

10 A Um-hmm.

11 Q Mr. Ratliff indicates that he was exposed to
12 chlorine while disinfecting wells as a welder?

13 A Yes, exactly.

14 Q What, if any -- strike that.

15 We are going to talk as we go on about some of
16 the articles that you have cited for the purposes of
17 your report in this case which deal with chlorinated
18 compounds.

19 A Yes.

20 Q Now, is chlorine itself, something that
21 contains chlorinated compounds which raises health
22 concerns?

23 A Well, the chlorine that they use for well
24 drillings or chlorinating community water supplies is a
25 form of chlorine that does not bioaccumulate. It can be

484

1 hazardous because it is a corrosive material. And it
2 can burn the skin. And if you inhale the vapor or the
3 dust, you can have lung problems from it.

4 But you don't get the cancers and the other
5 diseases associated with dioxins, which are organic
6 chlorine compounds.

7 Q All right. So the chlorine that they use for
8 disinfecting is an inorganic chlorine?

9 A It can be a organic, but it is a simple
10 organic. It breaks down to chlorine gas when it is
11 released. That's how it kills the bacteria by forming
12 blood sodium contained sodium like powders, I believe is
13 usually the way -- I didn't ask him a lot of questions
14 about how it works.

15 Oh, he said chlorine cylinders. That is a more
16 dangerous way of doing it where you take actual tanks
17 filled with chlorine gas and put that into the water,
18 which is what is suggested by this history here.

19 But anyway, there are various ways of getting
20 chlorine into the water. And it does have some hazards
21 associated with it, but not the kind of hazard that we
22 are talking about here.

23 Q Mr. Ratliff is also a cancer survivor. It
24 says, on Page 2, that he has colon cancer; is that
25 right?

485

1 A That's right. He had a liver resection in
2 2003.

3 Q Do you see that? It says that again on Page 2.

4 A Yes.

5 Q Do you know what --

6 A You know, I don't recall -- I know we have been
7 getting records on him. I don't know whether we
8 incorporated that into the file, but I don't recall from
9 memory what was going on with the liver resection. So I
10 don't recall at this moment.

11 Q Do you know -- can you recall whether it is
12 related to his -- well, I'm sorry. I am looking at your
13 summary. It appears that the colon cancer had some
14 liver metastasis?

15 A That would be the most likely.

16 Q It was primarily colon cancer, which
17 necessitated a liver resection, most likely?

18 A Yes, I am looking for my -- yes, that is what
19 it says in the paragraph before.

20 Q Now, he also takes Vioxx; is that right?

21 A He was on Vioxx, yes.

22 Q And Vioxx is the drug that recently has been
23 taken off the market?

24 A Yes.

25 Q And I know I read a lot of this in the

486

1 newspaper. What was the problem with Vioxx?

2 A Heart attacks.

3 Q Now, Mr. Ratliff was also a smoker; is that
4 right?

5 A Yes. He quit when he was 47, but he was a two
6 pack a day smoker. He was a pretty heavy smoker.

7 Q A heavy smoker for 30 years --32 years?

8 A Yup. Quite a long time.

9 Q I am going to hand you deposition Exhibit
10 No. 63.

11 (Defendants' Exhibit 63 was marked for
12 identification by the court reporter.)

13 BY MR. HOPP:

14 Q This is your chart and summary for Sherry
15 Ratliff. Do you see that?

16 A Yes.

17 Q And Sherry Ratliff is one of the people from
18 Grenada from whom you took blood samples for the purpose
19 of PAH and dioxin analysis; is that correct?

20 A That's right.

21 Q At the time of the report, Ratliff was a
22 55-year-old female; correct?

23 A Yes.

24 Q Currently smokes a pack a day of cigarettes;
25 correct?

487

A Yes, two packs.

Q Two packs a day. *I just want to be clear. On the front page in the third major paragraph in* deposition Exhibit No. 63, she currently smokes a pack of cigarettes a day. Do you see that?

A Um-hmm.

Q I'm sorry. Is that a "yes"?

A Yes. One point she was up to two, that's right.

Q And how long has she been smoking?

A Since she was 14. So that is a long time. 40 years. 41 years.

Q Deposition Exhibit 64 is your report and chart for Frederick Rester, R-E-S-T-E-R; correct?

(Defendants' Exhibit 64 was marked for identification by the court reporter.)

THE WITNESS: Yes.

BY MR. HOPP:

Q And Mr. Rester is one of the people from Grenada from whom you took blood samples for the purpose of PAH and dioxin analysis; right?

A Yes.

Q And he is a 30-year-old white male; correct?

A Yes.

Q And he currently weighs 340 pounds; is that

488

right?

A I have to look and see.

Q This is at the bottom --

A Oh, yes, there it is.

Q He is morbidly obese?

A He is morbidly obese. That is correct. He definitely needs some work.

Q Deposition Exhibit No. 65 is your report for -- and your report and chart for Kimberly Rester; right?

(Defendants' Exhibit 65 was marked for identification by the court reporter.)

THE WITNESS: Yes.

BY MR. HOPP:

Q And Kimberly Rester is one of the people from Grenada from whom you took blood samples for the purpose of PAH and dioxin analysis; correct?

A Yes.

Q She is a 25-year-old woman or was at the time; correct?

A Yes. Um-hmm.

Q And a nonsmoker; correct?

A Right.

Q Deposition Exhibit 66 is your report and chart for Shirley Simmons; is that right?

489

(Defendants' Exhibit 66 was marked for identification by the court reporter.)

THE WITNESS: Yes.

BY MR. HOPP:

Q And Shirley Simmons is -- Simmons is S-I-M-M-O-N-S. Ms. Simmons is one of the people from Grenada from whom *you took blood samples for the purpose of PAH and dioxin analysis; is that correct?*

A I am not finding her name here. No, I don't see it listed on this list of 29.

Q Okay. Let's hold that one, then. I think she is somewhere else. Let's move on.

A She may have been a PAH, but not a dioxin. *That is possible. I have to look at the PAH list.*

Q Right. There is a -- in your PAH analysis sheet that you got back from Dr. Phillips, there is a group of results identified by number?

A Right, and you have to match up the number with the name.

Q Right. And we are going to do -- it is going *to be a long day, but one of the results identified is* Simmons A and Simmons B.

Having told you that, does that refresh your recollection whether there was one person who -- here it is.

490

Let's mark this. Let's mark 68.

(Defendants' Exhibit 67 and 68 were marked for identification by the court reporter.)

BY MR. HOPP:

Q *Handing you over what we have marked as* deposition Exhibit No. 68.

MR. PRUDHOMME: What happened to 67?

MR. HOPP: It is marked, but we have not asked any questions about it.

MR. PRUDHOMME: *Okay.*

BY MR. HOPP:

Q 68 is a spreadsheet which came off your disk and appears to identify PAH results from Dr. Phillips. Does this look familiar to you?

A Well, the data looks familiar. I am not recognizing this particular piece of paper, but --

Q *And there is a series of people identified.* And as you look down the list, the ones on the first page that are in all caps start with Sam Conley, Latasha Hardiman and Quarles. Those are some of the people that we just gone over, the Grenada folks?

A That's right.

Q And the ones above, starting with James Mitchell and ending with Jack Borgersen, those are the

491

20 (Pages 488 to 491)

1 Homosassa people; is that right?
2 A Yes.
3 Q And then there is a group of unnamed people as
4 you go up the list between Simmons and Mitchell, those
5 are the Jerome, Florida people; is that right?
6 A Yes.
7 Q And then at the top, there is an individual
8 Simmons A and Simmons B. Can you remember, as you sit
9 here, who that is?
10 A No, I certainly can't, and I don't think it
11 would be Shirley Simmons. I think that is something
12 else. I would have to go back and go through the data
13 with my staff and figure what is going on.
14 Q I am going to ask you to do that provisionally
15 as --
16 A Oh, I remember what it was.
17 Q Okay.
18 A It was a guy who was a young man who was about
19 28 who lived next to a creosote plant in another
20 location. And out of curiosity, we got his blood, and
21 he had nothing to do with any of these other locations.
22 Q Is he a plaintiff in any lawsuit that you are
23 aware of?
24 A He may be. He may be in another case that
25 involved a wood treatment plant, but I don't remember
492

1 what case it was. But I do remember that there was this
2 young man and we drew his blood. And we added him to
3 the list here just out of curiosity to see what we would
4 find.
5 Q I know that you don't remember what the plant
6 was, but can you narrow it down a little bit, one of the
7 Mississippi cases or in somewhere else?
8 A In somewhere else.
9 Q Let's move on, then. 69.
10 MR. HOPP: Can we go off the record for a
11 second?
12 (Brief recess.)
13 BY MR. HOPP:
14 Q Let me hand you 67. 67 is your report and
15 chart for Sandra Smith; is that right?
16 A Yes.
17 Q And Sandra Smith is one of the people from
18 Grenada whose blood you took for the purpose of dioxin
19 and PAH analysis; is that right?
20 A Yes.
21 Q She is a 51-year-old black lady; correct?
22 A Yes, that's right.
23 Q And she was a smoker. It looks like she smoked
24 for about a year; is that right?
25 A Yeah, two cigarettes a day. Pretty minimal.
493

1 Q Very light smoker?
2 A Yeah.
3 Q Would you characterize her as a nonsmoker?
4 A I would, yes, basically.
5 Q And it was 30 years ago?
6 A It was a long time ago. I don't think it
7 increases her risk of anything.
8 Q It states, on Page 2, that she never married
9 and has nulligravida?
10 A Never had a baby. Never been pregnant.
11 MR. PRUDHOMME: Never been pregnant.
12 BY MR. HOPP:
13 Q Deposition Exhibit 69 is --
14 A -- Inell Wilks.
15 Q I am just looking, I know you are making notes
16 to yourself, but you are making it on the original
17 deposition exhibit.
18 Let's go back. Deposition Exhibit --
19 (Defendants' Exhibit 69 was marked for
20 identification by the court reporter.)
21 MR. PRUDHOMME: 69.
22 BY MR. HOPP:
23 Q -- 69 is Inell Wilks.
24 A Yes.
25 Q You seem to respond to her. I don't know
494

1 whether you were reading the name or something that
2 jogged a memory?
3 A No, I don't recall her independently.
4 Q Inell Wilks is one of the people from Grenada
5 from whom you took blood for the purpose of dioxin and
6 PAH analysis; is that right?
7 A Yes.
8 Q And was she one of the higher values, 43?
9 A Yeah, she was one of the higher values, 43.
10 Q And she is a 60-year-old woman; correct?
11 A Correct.
12 Q It says that she -- this is on Page 2 toward
13 the bottom of your narrative. Ms. Wilks also has kidney
14 disease, bladder disease, gout, and blood in her urine.
15 Do you know what the specific kidney disease
16 and blood disease diagnoses were?
17 A No, that this was just the history she gave and
18 I don't have any independent recollection about her
19 medical records, which I didn't review for this
20 deposition.
21 Q Sure. Now, of the 29 people that we just been
22 through from Grenada, do you believe that you have --
23 A Emma Woods, where is hers? She is the highest
24 one of all. One of the highest. 93, I think was her --
25 Q Maybe I got Simmons?
495

21 (Pages 492 to 495)

1    A    And then we got Arthur Blake.
2    Q    We did Arthur Blake.
3    A    Okay. And so the one missing is Emma Woods. I
4  don't see that we talked about her. Did we go over
5  Randy Barnes? I guess we did Randy.
6         Emma, I don't recall her.
7    Q    Dr. Dalhgren, of the 29 people that we looked
8  at from Grenada for the purpose of dioxin and PAH
9  analysis, were all of these people plaintiffs or
10 potential plaintiffs in some lawsuit?
11   A    These 29 people, I believe, were all plaintiffs
12 represented by London Davis and others in this case.
13   Q    I know we haven't reproduced, for the purpose
14 of today's deposition, all of their medical records, but
15 do you believe that for each of these people, you
16 reviewed their medical records prior to drafting the
17 summary that we looked at in each of these individual --
18 deposition exhibits?
19   A    No, I received the medical records, since I
20 wrote the report on most of these folks. There may be
21 some changes or additions based on what the records say,
22 but this was based on just my examination of the
23 patients back in December of '03.
24   Q    And some of these people are older, some of
25 them have less education; correct?
                                              496

1    A    Yes.
2    Q    And so it is not uncommon for someone who is
3  older and maybe less educated to give you a medical
4  history that might be inaccurate in some respects; is
5  that right?
6    A    It certainly could happen.
7    Q    And what you would do before doing a further
8  causation analysis for one of these people is to look at
9  their medical records to confirm or contradict the
10 history that they have given; is that right?
11   A    Yes. As I said, we base the opinions expressed
12 in this report on what we had in front of us at the
13 time.
14   Q    Let's look at deposition Exhibit No. 70.
15        (Defendants' Exhibit 70 was marked for
16        identification by the court reporter.)
17 BY MR. HOPP:
18   Q    Deposition Exhibit No. 70 is your report on
19 Emma Woods and your chart on Emma Woods; correct?
20   A    Yes.
21   Q    And Emma Woods is one of the people from
22 Grenada from whom you took blood for PAH and dioxin
23 analysis; is that right?
24   A    Right.
25   Q    And I think you stated earlier, I'm not sure if
                                              497

1  we were on the record, but she was the highest value you
2  got for TEQ; is that right?
3    A    I think she tied. Let me check this point. I
4  think she had 93, which tied with Frank Beck, who had a
5  93, and was very similar to Larry Minga with an 89. So
6  those are the three top values.
7    Q    And Emma Woods is 73-years-old or was at the
8  time of the report; is that right?
9    A    Right.
10   Q    Is there anything in her history that you think
11 accounts for her high dioxin measurements?
12   A    Yes.
13   Q    And what is that?
14   A    Well, her husband worked at the Koppers plant
15 for 30 years and he would bring his clothes home for
16 washing. And she would, you know, touch his clothes,
17 wash, probably shook the dust off of his clothes. So
18 her exposure was through that mechanism.
19   Q    Okay.
20   A    And it also seemed to me burned wood -- let me
21 see if I got that right. Oh, she went to visit the
22 plant. That's what it was.
23        So she would go to the plant very frequently to
24 visit him and have lunch with her husband. So she would
25 visit the site and I thought there was -- I don't -- I
                                              498

1  had a recollection that she also burned some wood from
2  the plant in the home. So I don't see it noted here.
3  It may have been someone else.
4    Q    You also state she was moderately obese. This
5  is on Page 2 above Social History.
6    A    Yes, it shows moderate obesity.
7    Q    But she has no history of cancer, second
8  paragraph on Page 2; correct?
9    A    Correct.
10   Q    Now, you are very good identifying anybody we
11 left out. Have we covered all of the 29 people who were
12 the dioxin controls -- dioxin exposed population for the
13 purpose of your report in this case?
14   A    Yes, I think I got a dot by each one. Arthur
15 Blake, I didn't put a dot, but I think we did do him.
16   Q    Just for the record, Exhibit --
17        MR. PRUDHOMME: Exhibit No. 45.
18        THE WITNESS: -- 45, correct.
19 BY MR. HOPP:
20   Q    We looked at all of the reports and the charts
21 were available for the 29 dioxin -- strike that. Let me
22 ask it again.
23        Have we looked at all of the reports and charts
24 that were available for the 29 people whose blood you
25 took for the purpose of dioxin and PAH analysis from
                                              499

22 (Pages 496 to 499)

1 Grenada?
2  A  Yes.
3  Q  And 29 of these folks had dioxin analysis and
4 25 of them had PAH analysis; correct?
5  A  Correct.
6  Q  Now, I want to refer back to deposition Exhibit
7 No. 13. I will give you a copy of it here. Deposition
8 Exhibit 13 is the Axys report for dioxin analysis; is
9 that right?
10  A  Yes.
11  Q  And this is the actual lab report that came
12 back from Axys after you sent your control samples up
13 there for analysis; right?
14  A  Yes.
15  Q  And, again, just so we are clear, the Grenada
16 folks, the 29 people from Grenada, their blood went to
17 ERGO Labs in Germany?
18  A  Yes.
19  Q  And that is ERGO Lab?
20  A  Yes.
21  Q  And the control people went to Sidney, British
22 Columbia for analysis; right?
23  A  Yes.
24  Q  And each sampling that went and made up your
25 four pooled sampling had a sample ID associated with it;

1  Q  And Platte Chemical is a chemical plant
2 somewhere in Mississippi?
3  A  Yes.
4  Q  And whereabouts?
5  A  It's in Greenville.
6  Q  And so the PLT samples were taken of plaintiffs
7 in the Greenville litigation?
8  A  Yes, I testified, I think, last time that we
9 did a group of 20 people that lived next to the plant
10 and 20 people who did not live near the plant, who were
11 similar in age and social/economic status, and so on.
12      We were going to do a comparison from the
13 people that lived right next to the plant versus people
14 who live, you know, several miles away. That was the
15 point.
16      And then when we got the data back, there was
17 no difference between the two groups. And so as I
18 stated, the levels are consistent with background level.
19 So we are using them with background level, since it
20 does not appear there is any basis for exposure among
21 these folks.
22  Q  I understand your answer, but my question was
23 slightly different.
24      Is it accurate to say that PLT was the
25 plaintiffs in the Greenville case and GRN, client labels

1 correct?
2  A  Yes, sir.
3  Q  And these -- if you look at the sample
4 preparation records in the document, the term that they
5 attached to the sample ID is "client label." Do you see
6 that?
7  A  Yes, I do. Client sample number.
8  Q  Right. And there is PLT numbers or GRN
9 numbers; right?
10  A  Well, it depends on what page we are looking
11 at. What page is this?
12  Q  I am actually looking at the handwritten
13 samples.
14  A  Okay. All right.
15  Q  There is a bunch of them there.
16  A  There is an Axys sample L73- 18-38, for
17 example.
18  Q  But there is a client label that has a PLT
19 prefix or GRN prefix?
20  A  Yes, that's right.
21  Q  And does PLT signify anything?
22  A  You will have to ask the lab. I think -- did
23 we -- we may have assigned those client labels.
24  Q  Is that from the Platte Chemical case?
25  A  Yes.

1 are the people who lived outside of town?
2  A  Yes, I think that is correct. PLT are people
3 who are exposed and GRN were people who were further
4 away.
5  Q  I want to work through these PLT and GRN
6 documents. I am starting with PLT 26, which is the
7 first sample preparation record?
8  A  Um-hmm.
9  Q  And I think we got them in order, so we can
10 work through them one at a time. I am handing you
11 deposition Exhibit No. 71.
12      (Defendants' Exhibit 71 was marked for
13      identification by the court reporter.)
14 BY MR. HOPP:
15  Q  Deposition Exhibit No. 71 is the questionnaire
16 for PLT 1004S00236. Do you see that?
17  A  Yes.
18  Q  For the sake of brevity, we will refer to this
19 and the others by the PLT alpha designation and the last
20 two numbers. So we will call this PLT 26.
21  A  That's fine.
22  Q  If you look at deposition Exhibit No. 13, PLT
23 26 is one of the blood samples that was sent to Axys for
24 analysis; is that right?
25  A  Yes.

| | |
|---|---|
| 1    Q   How old is PLT 26? | 1     identification by the court reporter.) |
| 2    A   16. | 2     THE WITNESS: Yes. |
| 3    Q   Was she a smoker or is she a smoker? | 3   BY MR. HOPP: |
| 4    A   No, nonsmoker. | 4    Q   And looking at your deposition Exhibit 13, is |
| 5    Q   It's a woman; right? | 5   PLT 4 one of the samples that you sent to Axys |
| 6    A   Weight 110 pounds, 5'2". She is probably a | 6   Laboratories for dioxin analysis? |
| 7   girl. It says female on the form. | 7    A   Yes. |
| 8    Q   I am handing you deposition Exhibit No. 72. | 8    Q   How old is PLT 4? |
| 9     (Defendants' Exhibit 72 was marked for | 9    A   40. |
| 10     identification by the court reporter.) | 10    Q   Smoker or nonsmoker? |
| 11     THE WITNESS: Okay. | 11    A   41, I'm sorry. And a smoker. 41-year-old |
| 12   BY MR. HOPP: | 12   female smoker. |
| 13    Q   72 is PLT 25; is that right? | 13    Q   And she is white; correct? |
| 14    A   Yes. | 14    A   Yes. |
| 15    Q   And if you look at deposition Exhibit 13, PLT | 15    Q   5'3", 170 pounds. Would you characterize her |
| 16   25 is another one of the blood samples that you sent to | 16   as obese? |
| 17   Axys for dioxin analysis; right? | 17    A   Yes. |
| 18    A   Right. | 18    Q   Deposition Exhibit 75. |
| 19    Q   How old is PLT 25? | 19     (Defendants' Exhibit 75 was marked for |
| 20    A   42. | 20     identification by the court reporter.) |
| 21    Q   And is PLT 25 a smoker? | 21   BY MR. HOPP: |
| 22    A   No. | 22    Q   75 is your report for PLT 21; correct? |
| 23    Q   Not obese either. 5'1", 110? | 23    A   Yes. |
| 24    A   Correct. | 24    Q   And PLT 21 is one of the samples you sent to |
| 25    Q   Do you know if PLT 25 is a man or a woman? | 25   Axys Laboratories for dioxin analysis; is that right? |
| 504 | 506 |

| | |
|---|---|
| 1    A   It says on the first page, the sex -- gender, | 1    A   Yes. |
| 2   female. | 2    Q   How old is PLT 21? |
| 3    Q   Deposition Exhibit No. 73 is your report for | 3    A   46. |
| 4   PLT 24; is that right? | 4    Q   White female? |
| 5     (Defendants' Exhibit 73 was marked for | 5    A   White female. |
| 6     identification by the court reporter.) | 6    Q   Is she a smoker? |
| 7     THE WITNESS: Correct. | 7    A   Smoker. |
| 8   BY MR. HOPP: | 8    Q   How many years? |
| 9    Q   And if you look at deposition Exhibit 13, PLT | 9    A   Well, let's see. She is 26 when she started. |
| 10   24 is one of the samples you sent to Axys Laboratories | 10   So that's 20 years of smoking. |
| 11   for dioxin analysis; is that right? | 11    Q   Deposition Exhibit 76 is your report for PLT |
| 12    A   Yes, it looks that way. Um-hmm. | 12   22; correct? |
| 13    Q   How old is PLT 24? | 13     (Defendants' Exhibit 76 was marked for |
| 14    A   40. | 14     identification by the court reporter.) |
| 15    Q   40. And a male? | 15     THE WITNESS: Yes. |
| 16    A   Male. | 16   BY MR. HOPP: |
| 17    Q   Smoker or not? | 17    Q   That is, PLT 22, one of the blood samples you |
| 18    A   Smoked -- current smoker. Three-quarters of a | 18   sent to Axys Laboratories for dioxin analysis? |
| 19   pack a day starting at age 17. | 19    A   Yes. |
| 20    Q   5'4", 165 pounds. You would characterize that | 20    Q   How old is PLT 22? |
| 21   as obese? | 21    A   25. |
| 22    A   That person is probably obese, yes. | 22    Q   Is she a smoker? |
| 23    Q   Exhibit 74 is your report for PLT 4; is that | 23    A   Yes. |
| 24   correct? | 24    Q   White female; correct? |
| 25     (Defendants' Exhibit 74 was marked for | 25    A   Yes. |
| 505 | 507 |

24 (Pages 504 to 507)

| | |
|---|---|
| 1   Q   She was smoking since she was 15 years old? | 1   Q   Smoker or not? |
| 2   A   That is what it says. | 2   A   No, he smoked for a year or less. He started |
| 3   Q   And the most she ever smoked is half a pack a | 3   when he was 18 and quit when he was 18. And he said |
| 4   day; correct? | 4   that he smoked about a half a pack a day at that time. |
| 5   A   That's right. | 5   Q   5'7", 200 pounds; is that obese to you? |
| 6   Q   5'1", 120 pounds; would you characterize that | 6   A   Probably. Borderline, anyway. |
| 7   as obese? | 7   Q   Deposition Exhibit 79 is your report for GRN |
| 8   A   No. | 8   22; is that correct? |
| 9     MR. PRUDHOMME: Would this be a good time to | 9     (Defendants' Exhibit 79 was marked for |
| 10   take a break? | 10   identification by the court reporter.) |
| 11     (Brief recess.) | 11     THE WITNESS: Is it a duplicate? |
| 12     (Defendants' Exhibit 77 was marked for | 12     MR. PRUDHOMME: It is 19. |
| 13   identification by the court reporter.) | 13     THE WITNESS: 19. |
| 14     MR. HOPP: Back on the record. | 14   BY MR. HOPP: |
| 15   Q   I am showing you what we have marked as | 15   Q   78 is your report for GRN 19; correct? |
| 16   Exhibit 77. 77 is your report for PLT 27; is that | 16   A   Yes. |
| 17   correct? | 17   Q   GRN 19 is one of the samples you sent to -- |
| 18   A   Yes. | 18     MR. PRUDHOMME: Wait. |
| 19   Q   PLT 27 is a 47-year-old white female; correct? | 19     MR. HOPP: I think I mislabeled something. |
| 20   A   It says, "male" here. | 20     MR. PRUDHOMME: Sure. |
| 21   Q   Oh, I'm sorry. I misread. 47-year-old white | 21   BY MR. HOPP: |
| 22   male? | 22   Q   79 is another copy of 22; is that correct, GRN |
| 23   A   Yes. | 23   22? |
| 24   Q   5'11", 180 pounds; right? | 24   A   Yes. |
| 25   A   Yes. | 25   Q   Let me just show you 80. 80 is GRN 19; |
|             508 |             510 |

| | |
|---|---|
| 1   Q   Is that obese, in your view? | 1   correct? |
| 2   A   No. | 2     (Defendants' Exhibit 80 was marked for |
| 3   Q   And he is a smoker; is that right? | 3   identification by the court reporter.) |
| 4   A   Yes. | 4     THE WITNESS: Yes. |
| 5   Q   Smoking since he was 14 and appears to have | 5   BY MR. HOPP: |
| 6   smoked a pack a day? | 6   Q   And GRN 19 is one of the blood samples that you |
| 7   A   Yes. | 7   sent to Axys labs for dioxin analysis; correct? |
| 8   Q   Deposition Exhibit 78 is your report for GRN | 8   A   Right. |
| 9   22; correct? | 9   Q   How old is GRN 19? |
| 10     (Defendants' Exhibit 78 was marked for | 10   A   44. |
| 11   identification by the court reporter.) | 11   Q   Male or female? |
| 12     THE WITNESS: Yes. | 12   A   Female. |
| 13   BY MR. HOPP: | 13   Q   Smoker or non? |
| 14   Q   And if we look at deposition Exhibit 13, GRN 22 | 14   A   Non. |
| 15   is one of the blood samples that you sent to Axys Lab | 15   Q   White or African-American? |
| 16   for dioxin analysis; correct? | 16   A   White. |
| 17   A   Yes. | 17   Q   5'8", 173 pounds; correct? |
| 18   Q   And the same goes for PLT 27, that was another | 18   A   Yes. |
| 19   one of the samples that you sent to Axys for analysis; | 19   Q   Is that obese, in your view? |
| 20   correct? Last one we did. | 20   A   Probably classified as overweight. |
| 21   A   Yes. | 21   Q   How do you make the distinction? |
| 22   Q   I think I forgot to ask you that question. | 22   A   Obese is 20 percent above your ideal body |
| 23   A   Okay. | 23   weight. |
| 24   Q   So GRN 22 is a -- | 24   Q   And you think 22 is -- I'm sorry, GRN 19's body |
| 25   A   28 eight-year old white male. | 25   weight is not quite 20 percent over? |
|             509 |             511 |

| | |
|---|---|
| 1    A    No, I would have to do the calculation to see. | 1        THE WITNESS:  Yes. |
| 2    Q    But your off-the-cuff impression is it's on the | 2    BY MR. HOPP: |
| 3    border? | 3        Q    *GRN 15 is one of the samples that you sent to* |
| 4    A    Um-hmm. | 4    *Axys Laboratory for dioxin analysis; correct?* |
| 5    Q    I'm sorry.  Is that a "yes"? | 5        A    Yes. |
| 6    A    Yes. | 6        Q    How old is GRN 15? |
| 7    Q    GRN 81 -- I'm sorry.  Deposition Exhibit No. 81 | 7        A    40. |
| 8    is GRN 18; is that correct? | 8        Q    Smoker or non? |
| 9        (Defendants' Exhibit 81 was marked for | 9        A    Non. |
| 10        identification by the court reporter.) | 10        Q    White male; correct? |
| 11        THE WITNESS:  Yes. | 11        A    White male, correct. |
| 12    BY MR. HOPP: | 12        Q    And he is 5'4", 190 pounds; right? |
| 13        Q    And GRN 18 is one of the samples that you sent | 13        A    He would be obese. |
| 14    to Axys Laboratory for analysis; right? | 14        Q    *That's obese?  Just for the record, 5'9", 190* |
| 15        A    Yes. | 15    *is obese in your view?* |
| 16        Q    How old is -- | 16        A    Yes. |
| 17        A    17. | 17        Q    *84.  Deposition Exhibit 84 is your report for* |
| 18        Q    And 5'9", 120 pounds; is that right? | 18    *GRN 20; is that right?* |
| 19        A    Right. | 19        (Defendants' Exhibit 84 was marked for |
| 20        Q    So not obese; correct? | 20        identification by the court reporter.) |
| 21        A    Not obese. | 21        THE WITNESS:  Yes. |
| 22        Q    Male or female? | 22    BY MR. HOPP: |
| 23        A    Male. | 23        Q    And GRN 20 is one of the samples that you sent |
| 24        Q    GRN 18 is a white male; correct? | 24    to Axys Laboratories for dioxin analysis; correct? |
| 25        A    Yes. | 25        A    Yes. |
| 512 | 514 |
| 1    Q    Nonsmoker; correct? | 1    Q    How old is GRN 20? |
| 2    A    Yes. | 2    A    44. |
| 3    Q    Deposition Exhibit 82 is your report for GRN | 3    Q    White male; correct? |
| 4    16; is that right? | 4    A    Yes. |
| 5        (Defendants' Exhibit 82 was marked for | 5    Q    Nonsmoker; correct? |
| 6        identification by the court reporter.) | 6    A    Correct. |
| 7        THE WITNESS:  Yup. | 7    Q    6'3", 175 pounds; is that right? |
| 8    BY MR. HOPP: | 8    A    Yes. |
| 9        Q    And GRN 16 is one of the samples that you sent | 9    Q    That is nonobese? |
| 10    to Axys Laboratories for dioxin analysis; correct? | 10    A    Not obese. |
| 11        A    Right. | 11    Q    Deposition Exhibit No. 85 is your report for |
| 12        Q    *How old is GRN 16?* | 12    GRN 17; is that right? |
| 13        A    43. | 13        (Defendants' Exhibit 85 was marked for |
| 14        Q    White female; correct? | 14        identification by the court reporter.) |
| 15        A    Yes. | 15        THE WITNESS:  Well, *not a report.  It is a* |
| 16        Q    Smoker or nonsmoker? | 16    questionnaire. |
| 17        A    None. | 17    BY MR. HOPP: |
| 18        Q    5'5", 200 pounds; correct? | 18        Q    It is the questionnaire for GRN 17? |
| 19        A    Yes. | 19        A    Um-hmm. |
| 20        Q    Is that obese, in your view? | 20        Q    And GRN 17 is one of the samples that you sent |
| 21        A    Probably, yes. | 21    to Axys Laboratories for dioxin analysis? |
| 22        Q    Deposition Exhibit No. 83 is your report for | 22        A    Right. |
| 23    GRN 15; correct? | 23        Q    How old is GRN 17? |
| 24        (Defendants' Exhibit 83 was marked for | 24        A    22. |
| 25        identification by the court reporter.) | 25        Q    Smoker or non? |
| 513 | 515 |

26 (Pages 512 to 515)

```
 1    A   Smokes.
 2    Q   Okay.  He has been smoking since he was 19;
 3   correct?
 4    A   Yes.
 5    Q   White male?
 6    A   White male.
 7    Q   5'10", 190 pounds?
 8    A   180 pounds.
 9    Q   I'm sorry.  180 pounds.  Is that obese in your
10   view?
11    A   No.
12    Q   Deposition Exhibit 86 is the questionnaire
13   responses for PLT 23; is that correct?
14        (Defendants' Exhibit 86 was marked for
15        identification by the court reporter.)
16        THE WITNESS:  Yes.
17   BY MR. HOPP:
18    Q   And PLT 23 is one of the samples that you sent
19   to Axys labs for dioxin analysis; correct?
20    A   Correct.
21    Q   How old is PLT 23?
22    A   18.
23    Q   Male or female?
24    A   Male.
25    Q   White; correct?
                                              516
```

```
 1   I asked you?
 2    A   Non.
 3    Q   Nonsmoker.
 4        Deposition Exhibit 88.
 5        (Defendants' Exhibit 88 was marked for
 6        identification by the court reporter.)
 7   BY MR. HOPP:
 8    Q   88 is PLT 03; correct?
 9    A   Right.
10    Q   And is PLT 03 one of the samples that you sent
11   to Axys labs for dioxin analysis?
12    A   Yes.
13    Q   How old is PLT 03?
14    A   65.
15    Q   White female?
16    A   Correct.
17    Q   5'3", 148 pounds; correct?
18    A   Correct.
19    Q   Is that obese in your view?
20    A   Borderline.
21    Q   And she was a smoker; correct?
22    A   Stopped when she was 40.
23    Q   She smoked from age 22 to age 40?
24    A   Right.
25    Q   It says the most she ever smoked was -- per day
                                              518
```

```
 1    A   White.
 2    Q   5'6", 150 pounds; is that right?
 3    A   Right.
 4    Q   A nonsmoker; correct?
 5    A   Correct.
 6    Q   Deposition Exhibit 87 is your questionnaire
 7   responses for PLT 02; correct?
 8        (Defendants' Exhibit 87 was marked for
 9        identification by the court reporter.)
10        THE WITNESS:  Yes.
11   BY MR. HOPP:
12    Q   And PLT 02 is one of the samples that you sent
13   to Axys Laboratories for dioxin analysis; correct?
14    A   Yes.
15    Q   How old is PLT 02?
16    A   21.
17    Q   Male?
18    A   Yes.
19    Q   White male; correct?
20    A   White male.
21    Q   6'1", 210 pounds; is that right?
22    A   Yes.
23    Q   Is that obese in your view?
24    A   No.
25    Q   Smoker or non -- I can't remember if you -- if
                                              517
```

```
 1   was two cigarettes?
 2    A   Correct.
 3    Q   Would you characterize her as a light smoker or
 4   a nonsmoker?
 5    A   Light smoker.
 6    Q   Deposition Exhibit 89 is the questionnaire
 7   responses for PLT 06; correct?
 8        (Defendants' Exhibit 89 was marked for
 9        identification by the court reporter.)
10        THE WITNESS:  Correct.
11   BY MR. HOPP:
12    Q   And PLT 06 is one of the samples that you sent
13   to Axys labs for dioxin analysis; right?
14    A   Yes.
15    Q   How old is PLT 06?
16    A   47.
17    Q   White female; correct?
18    A   Yes.
19    Q   Nonsmoker?
20    A   Correct.
21    Q   5'2", 132 pounds; is that right?
22    A   Yes.
23    Q   Is that a obese in your view?
24    A   No.
25    Q   Deposition Exhibit 90 is your questionnaire
                                              519
```

27 (Pages 516 to 519)

| | |
|---|---|
| 1   responses for PLT 08; is that correct? | 1   A  Yes. |
| 2       (Defendants' Exhibit 90 was marked for | 2   Q  How old is PLT 07? |
| 3       identification by the court reporter.) | 3   A  20. |
| 4       THE WITNESS: It is, yes. | 4   Q  White female; correct? |
| 5   BY MR. HOPP: | 5   A  Correct. |
| 6   Q  And PLT 08 is one of the samples that you sent | 6   A  5'6 1/2", 180 pounds.  Do you see that? |
| 7  to Axys Laboratories for dioxin analysis; is that right? | 7   A  Yes. |
| 8   A  Yes. | 8   Q  Is that obese in your view? |
| 9   Q  How old is PLT 08? | 9   A  Borderline again. |
| 10  A  36. | 10  Q  And a nonsmoker; correct? |
| 11  Q  White female? | 11  A  Yes. |
| 12  A  Correct. | 12  Q  Deposition Exhibit 93 is your report for PLT |
| 13  Q  5'8", 255 pounds; correct? | 13  29; correct? |
| 14  A  Correct. | 14      (Defendants' Exhibit 93 was marked for |
| 15  Q  And that would be obese; is that right? | 15      identification by the court reporter.) |
| 16  A  Yes, it would be. | 16      THE WITNESS: Um-hmm.  Yes. |
| 17  Q  And smoker? | 17  BY MR. HOPP: |
| 18  A  Smoker. | 18  Q  And PLT 29 is one of the samples that you sent |
| 19  Q  A pack a day since age 16; right? | 19  to Axys Laboratories for dioxin analysis; correct? |
| 20  A  Right. | 20  A  Right. |
| 21  Q  Deposition Exhibit 91 is your questionnaire | 21  Q  How old is PLT 29? |
| 22  responses for PLT 30; correct? | 22  A  44. |
| 23      (Defendants' Exhibit 91 was marked for | 23  Q  White female; is that right? |
| 24      identification by the court reporter.) | 24  A  Um-hmm. |
| 25      THE WITNESS: Yes. | 25  Q  I'm sorry.  Yes? |
| 520 | 522 |

| | |
|---|---|
| 1   BY MR. HOPP: | 1   A  Yes. |
| 2   Q  And PLT 30 is one of the samples you sent to | 2   Q  5'6", 170 pounds; right? |
| 3  Axys Laboratories for dioxin analysis; right? | 3   A  Right. |
| 4   A  Yes. | 4   Q  And is that obese in your view? |
| 5   Q  How old is PLT 30? | 5   A  Borderline. |
| 6   A  26. | 6   Q  Started smoking when she was 20; is that right? |
| 7   Q  White male; correct? | 7   A  Yes. |
| 8   A  Yes. | 8   Q  It looks like she smokes a pack a day; correct? |
| 9   Q  5'11", 165; correct? | 9   A  Correct. |
| 10  A  Correct. | 10  Q  Deposition Exhibit 94 is your questionnaire |
| 11  Q  Is that obese in your view? | 11  responses for PLT 11; correct? |
| 12  A  No. | 12      (Defendants' Exhibit 94 was marked for |
| 13  Q  Has been smoking since age 18? | 13      identification by the court reporter.) |
| 14  A  Yes. | 14      THE WITNESS: Correct. |
| 15  Q  And the maximum cigarettes smoked is 14 per | 15  BY MR. HOPP: |
| 16  day. Do you see that? | 16  Q  And PLT 11 is one of the samples you sent to |
| 17  A  Yup. | 17  Axys Laboratories for dioxin analysis; right? |
| 18  Q  Deposition Exhibit 92 is your questionnaire | 18  A  Right. |
| 19  responses for PLT 07; correct? | 19  Q  How old is PLT 11? |
| 20      (Defendants' Exhibit 92 was marked for | 20  A  36. |
| 21      identification by the court reporter.) | 21  Q  White male; correct? |
| 22      THE WITNESS: Yes. | 22  A  Yes. |
| 23  BY MR. HOPP: | 23  Q  6'1", 160 pounds; correct? |
| 24  Q  And PLT 07 is one of the samples that you sent | 24  A  Yes. |
| 25  to Axys Laboratories for dioxin analysis; right? | 25  Q  That is not obese; is it? |
| 521 | 523 |

28 (Pages 520 to 523)

| 1 | A | No. |
| 2 | Q | And a nonsmoker; correct? |
| 3 | A | Correct. |
| 4 | Q | Deposition Exhibit 95 is your sample results |

1  A  No.
2  Q  And a nonsmoker; correct?
3  A  Correct.
4  Q  Deposition Exhibit 95 is your sample results
5  for PLT 10; correct?
6     (Defendants' Exhibit 95 was marked for
7     identification by the court reporter.)
8     THE WITNESS: Yes.
9  BY MR. HOPP:
10 Q  And PLT 10 is one of the samples that you sent
11 to Axys Laboratories for dioxin analysis; right?
12 A  Correct.
13 Q  How old is PLT 10?
14 A  19.
15 Q  White male; correct?
16 A  Correct.
17 Q  Has been smoking for two years; correct? Since
18 he was 17.
19 A  Correct.
20 Q  10 cigarettes a day?
21 A  That is what it says.
22 Q  Would you characterize that as moderate
23 smoking?
24 A  Yes, I would say it is probably moderate.
25 Q  6'1", 195?

524

1  A  That's what it says.
2  Q  But he reports that he smokes three cigarettes
3  per day?
4  A  Right.
5  Q  So is that a light smoker, in your view?
6  A  Yes.
7  Q  Deposition Exhibit 97 is your questionnaire
8  responses for PLT 13; is that right?
9     (Defendants' Exhibit 97 was marked for
10    identification by the court reporter.)
11    THE WITNESS: Yes.
12 BY MR. HOPP:
13 Q  And PLT 13 is one of the samples that you sent
14 to Axys Laboratories for dioxin analysis; correct?
15 A  Yes.
16 Q  How old is PLT 13?
17 A  61.
18 Q  Male or female?
19 A  Female.
20 Q  White female; correct?
21 A  Correct.
22 Q  5'2 1/2", 190 pounds. Do you see that?
23 A  Yes.
24 Q  Is that obese?
25 A  Yes.

526

1  A  Correct.
2  Q  Is that obese in your view?
3  A  No.
4  Q  Deposition Exhibit 96 is your questionnaire
5  responses for PLT 01; is that right?
6     (Defendants' Exhibit 96 was marked for
7     identification by the court reporter.)
8     THE WITNESS: Yes.
9  BY MR. HOPP:
10 Q  And PLT 01 is one of the samples that you sent
11 to Axys Laboratories for dioxin analysis; correct?
12 A  Correct.
13 Q  How old is PLT 01?
14 A  39.
15 Q  And 6'3", 245 pounds; correct?
16 A  Yes.
17 Q  And that is obese; is it or isn't it?
18 A  He is probably up there. It is borderline. I
19 don't know. It is probably borderline at this point.
20 Q  Started smoking when she was 12 years old. Do
21 you see that?
22 A  It is a male.
23 Q  Oh, sorry. White male; correct?
24 A  Yeah.
25 Q  And he started smoking when he was 12; right?

525

1  Q  Nonsmoker; correct?
2  A  Right.
3  Q  Deposition Exhibit 98 is your questionnaire
4  responses for PLT 14; correct?
5     (Defendants' Exhibit 98 was marked for
6     identification by the court reporter.)
7     THE WITNESS: Yes.
8  BY MR. HOPP:
9  Q  And PLT 14 is one of the blood samples you sent
10 to Axys Laboratories for dioxin analysis; right?
11 A  Yes.
12 Q  How old is PLT 14?
13 A  60.
14 Q  White male; correct?
15 A  Correct.
16 Q  5'7", 207 pounds; is that right?
17 A  Yes.
18 Q  Is that obese?
19 A  Yes.
20 Q  Nonsmoker; correct?
21 A  Correct.
22 Q  Deposition Exhibit 99 is your report for PLT
23 17; is that right?
24    (Defendants' Exhibit 99 was marked for
25    identification by the court reporter.)

527

29 (Pages 524 to 527)

| | |
|---|---|
| 1      THE WITNESS: Yes. | 1    A    78. |
| 2   BY MR. HOPP: | 2    Q    White male; correct? |
| 3    Q    And PLT 17 is one of the samples that you sent | 3    A    Yes. |
| 4   to Axys Laboratories for dioxin analysis; right? | 4    Q    5'6", 148 pounds; is that right? |
| 5    A    Yes. | 5    A    Yes. |
| 6    Q    How old is PLT 17? | 6    Q    That is not obese; is it? |
| 7    A    71. | 7    A    No, sir. |
| 8    Q    White female; correct? | 8    Q    Started smoking 18 and quit at 55; correct? |
| 9    A    Yes. | 9    A    Yes. |
| 10    Q    5'4", 128 pounds; right? | 10    Q    10 cigarettes per day; correct? |
| 11    A    Yes. | 11    A    Started smoking at age 15 and quit at 55. |
| 12    Q    Is that obese? | 12    Q    Deposition Exhibit 102 is your questionnaire |
| 13    A    No. | 13   results for PLT 19; is that right? |
| 14    Q    Started smoking when she was 17? | 14      (Defendants' Exhibit 102 was marked for |
| 15    A    Yes. | 15      identification by the court reporter.) |
| 16    Q    And the most she ever smoked is 15 cigarettes | 16      THE WITNESS: Yes. |
| 17   per day; is that right? | 17   BY MR. HOPP: |
| 18    A    That's it. | 18    Q    And PLT 19 is one of the blood samples that you |
| 19    Q    Would you consider that to be a light smoker or | 19   sent to Axys Laboratories for analysis; is that right? |
| 20   moderate smoker? | 20    A    That's right. |
| 21    A    Moderate. | 21    Q    How hold is PLT 19? |
| 22    Q    Deposition Exhibit 100 is your questionnaire | 22    A    54. |
| 23   results for PLT 15; is that right? | 23    Q    White female; correct? |
| 24      (Defendants' Exhibit 100 was marked for | 24    A    Right. |
| 25      identification by the court reporter.) | 25    Q    5'5", 265 pounds; is that right? |
| 528 | 530 |
| 1      THE WITNESS: Yes. | 1    A    Right. |
| 2   BY MR. HOPP: | 2    Q    Is that obese, in your view? |
| 3    Q    And PLT 15 is one of the samples you sent to | 3    A    Yes. |
| 4   Axys Laboratories for dioxin analysis; correct? | 4    Q    Began smoking at 18, stopped at 48? |
| 5    A    Um-hmm. That's correct. | 5    A    Yes. |
| 6    Q    How old is PLT 15? | 6    Q    Maximum smoked was 15 cigarettes per day? |
| 7    A    22. | 7    A    That's it. |
| 8    Q    White male; correct? | 8    Q    How would you characterize that, slight, |
| 9    A    Yes. | 9   moderate, or -- |
| 10    Q    5'9", 210 pounds; is that right? | 10    A    Moderate, but for a long time. 30 years, |
| 11    A    Yes. | 11   that's for a long time. |
| 12    Q    Is that obese? | 12    Q    Deposition Exhibit 103 is your questionnaire |
| 13    A    Borderline. | 13   results for PLT 12; is that right? |
| 14    Q    A nonsmoker; correct? | 14      (Defendants' Exhibit 103 was marked for |
| 15    A    Nonsmoker. | 15      identification by the court reporter.) |
| 16    Q    PLT 101 -- I'm sorry. Deposition Exhibit 101 | 16      THE WITNESS: Yes. GRN 12, not PLT. |
| 17   is your sample results for PLT 18; is that correct? | 17   BY MR. HOPP: |
| 18      (Defendants' Exhibit 101 was marked for | 18    Q    Actually, I have the wrong document. Does |
| 19      identification by the court reporter.) | 19   yours say, "GRN"? |
| 20      THE WITNESS: Yes. | 20    A    Yes. |
| 21   BY MR. HOPP: | 21    Q    Your Exhibit 102? |
| 22    Q    And PLT 18 is one of the samples you sent to | 22    A    103. |
| 23   Axys Laboratories for dioxin analysis; right? | 23    Q    I'm sorry. 103 GRN? |
| 24    A    That's right. | 24    A    Yes. GRN, yes. |
| 25    Q    How old is PLT 18? | 25    Q    I think I marked the wrong document. |
| 529 | 531 |

30 (Pages 528 to 531)