| | |
|---|---|
| 1 any studies indicating where Mississippi ranks among the | 1     Q   But you document the work of your IRB approved |
| 2 50 states for the incidents of breast cancer | 2 study? |
| 3 specifically? | 3     A   That's correct. |
| 4     A   No, I don't. | 4     Q   Is that a standard procedure; that is, for a |
| 5     Q   I want to skip back to the New York City | 5 doctor who is going to head a study to sit on the IRB |
| 6 firefighters for just a few questions. | 6 which approves the study? |
| 7       Yesterday I was searching for the name of a | 7     A   It happens sometimes, yes. |
| 8 drug that I thought one of the papers you mentioned that | 8     Q   Is it common? |
| 9 you administered. The drug was called cholestyramine, | 9     A   I don't know how common. I never studied it. |
| 10 c-h-o-l-e-s-t-y-r-a-m-i-n-e. | 10     Q   For the New York City firefighter project, did |
| 11       Did you or someone else administer | 11 any of the firefighters receive a placebo treatment or |
| 12 cholestyramine to the New York City firefighters? | 12 some sort of sham treatment to check placebo effect? |
| 13     A   No, it wasn't part of their treatment. | 13     A   No. I think I mentioned yesterday, we tried to |
| 14     Q   Did an institutional review board approve the | 14 figure out if it was some point. There is no way you |
| 15 firefighter research paper -- firefighter research | 15 can have a placebo sauna, except sit in a room with no |
| 16 project? | 16 heat and with -- |
| 17     A   Yes. | 17     Q   Maybe not hot enough. I don't know. |
| 18     Q   Which one? | 18     A   Well, anyway, I think the main way to do it is |
| 19     A   The one that we maintain in our institution; | 19 to match them with patients who are similarly situated |
| 20 our own in-house IRB. | 20 and see what happens to them with no treatment, no |
| 21     Q   Which institution are you talking about? | 21 activity. |
| 22     A   Well, within the -- within my -- my -- my | 22       And we've actually followed how several dozen |
| 23 practice, I have a group of people that we sit down and | 23 of these firemen, who didn't get treated, and they have |
| 24 review it. And it is our own internal review board. | 24 not gotten any better. |
| 25     Q   So that is the internal review board at James | 25     Q   Okay. I have got the recent paper that you |
| 672 | 674 |

| | |
|---|---|
| 1 Dahlgren Medical? | 1 handed me entitled Persistent Organic Pollutants in 9/11 |
| 2     A   Correct. | 2 Rescue Workers: Reduction Following Detoxification. |
| 3     Q   And who sits on the IRB at James Dahlgren? | 3 And this is a follow-up of the paper that we marked at |
| 4     A   Ren Schmidt, Pam Andersen, Harpeet Tarkar, and | 4 the session; is that right? |
| 5 myself. | 5     A   This is the paper that we presented at the |
| 6     Q   You said Ren Schmidt? | 6 meeting. The other was an abstract for the purpose of |
| 7     A   Um-hmm. | 7 securing a position to make the presentation. This is |
| 8     Q   Is the first name R-e-n? | 8 what we presented in the meeting. |
| 9     A   Reynold. It is R-e-y-n-o-l-d. | 9       MR. HOPP: Let's mark this as an exhibit. |
| 10     Q   And Pam Anderson, Harpeet Tarkar, and yourself? | 10     (Defendants' Exhibit 127 was marked for |
| 11     A   Correct. | 11 identification by the court reporter.) |
| 12     Q   And I know you are an M.D. I know Harpeet | 12 BY MR. HOPP: |
| 13 Tarkar is not an M.D. Is Pam Anderson an M.D.? | 13     Q   Dr. Dahlgren, I am handing you what we have |
| 14     A   No. She is a Ph.D. | 14 marked as deposition Exhibit No. 127, and this is the |
| 15     Q   A Ph.D. in what? | 15 Reduction of Detoxification paper. |
| 16     A   Epidemiology. | 16       And I appreciate your providing me with a copy |
| 17     Q   And what is Ren Schmidt's professional | 17 of it this morning. I have not finished reading it, but |
| 18 qualifications? | 18 does this paper compare the firefighters who received |
| 19     A   He is an M.D. and Harpeet Tarkar has a master's | 19 the detoxification treatment with one or more |
| 20 in epidemiology. | 20 firefighters who did not? |
| 21     Q   Do you have any formal report from the IRB at | 21     A   No, we didn't put any data in there. We didn't |
| 22 James Dahlgren Medical authorizing or approving the New | 22 have any measurements of other firefighters. I am just |
| 23 York City firefighter program? | 23 indicating to you that we have followed a group of these |
| 24     A   Yeah, we have one somewhere. I'm not sure | 24 fellows, who didn't get treated, and they continued to |
| 25 where it is at this point, but yes, we do. | 25 be symptomatic, continued to require medication, |
| 673 | 675 |

8 (Pages 672 to 675)

| | |
|---|---|
| 1 continued to be unwell. So just the passage of time | 1   A  Dave Root is the only one I know. |
| 2 doesn't -- doesn't explain the improvement. | 2   Q  Rude? |
| 3   Q  Have you taken blood level measurements from | 3   A  Root, R-o-o-t. |
| 4 the group of firefighters that you are following who did | 4   Q  Do you have meetings with this advisory board? |
| 5 not receive the detoxification treatment? | 5   A  I believe we had one meeting that I remember |
| 6   A  No, I didn't. The fire department did take PCB | 6 with New York City, maybe a year and a half ago. It |
| 7 levels of -- on 1200 firemen, I believe, maybe more, and | 7 does not have regular meetings, obviously. |
| 8 found elevated values in some of them. We haven't been | 8   Q  Do you know Mary Cecchini? |
| 9 given -- given that data. We just been told about it. | 9   A  Yes. |
| 10   Q  Okay. And you said the fire department took | 10   Q  Have you worked with her in the past? |
| 11 blood levels, is that recently? That is several years | 11   A  Yes. |
| 12 postclean-up, or was that -- | 12   Q  On what? |
| 13   A  No. That was 6 to 12 months after clean-up. | 13   A  On this project on analyzing the data for the |
| 14   Q  And are there more recent blood level | 14 firefighters. |
| 15 measurements in the people that did not receive the | 15   Q  Have you worked with Bob Graves on this |
| 16 detoxification treatment? | 16 project? |
| 17   A  I do not know of any follow-up on those people | 17   A  No. |
| 18 in terms of measurements. | 18   Q  Do you know Bob Graves? |
| 19   Q  So the following -- | 19   A  No. |
| 20   A  I know about the clinical status, but in terms | 20   Q  Have you worked with Kathleen Kerr on this |
| 21 of measurements of PCB's, I don't think that has been | 21 project? |
| 22 done. | 22   A  No. |
| 23   Q  By "clinical status," you mean their symptoms? | 23   Q  Do you know Kathleen Kerr? |
| 24   A  Correct. | 24   A  No. |
| 25   Q  Do you sit on a medical advisory board for the | 25   Q  Do you know Keith Miller? |
| 676 | 678 |

| | |
|---|---|
| 1 New York Rescue Workers Detoxification Project? | 1   A  Yes. |
| 2   A  Yes. | 2   Q  Have you worked with Keith -- Keith Miller on |
| 3   Q  I just want to go through some other names to | 3 this project? |
| 4 ask you whether these people also served on the board. | 4   A  No. |
| 5       Does Mary Cecchini, C-h -- Cecchini, C-e -- | 5   Q  And what is Mr. Miller's sort of professional |
| 6   A  Cecchini. | 6 background, if you know? |
| 7   Q  There we go. C-e-c-c-h-i-n-i, does she also | 7   A  He is a businessman. His job is -- used to be |
| 8 sit on the board? | 8 to administer the clinic that did the detoxification |
| 9   A  Don't know. | 9 procedure for Dr. Root's practice in Sacramento. |
| 10   Q  Does Bob Graves also sit on the board? | 10       He is also the head of a foundation called The |
| 11   A  Don't know. | 11 Foundation for the Advancement of Science and Education |
| 12   Q  Does Kathleen Kerr, K-e-r-r, also sit on the | 12 here in Los Angeles. |
| 13 board? | 13   Q  Is that Advancement in Education? |
| 14   A  Don't know. | 14   A  And Education. |
| 15   Q  Does Keith Miller also sit on the board? | 15   Q  And Education. Dr. Root's practice is at |
| 16   A  Don't know. | 16 Health Med Sacramento? |
| 17   Q  Does Ernest Pecoraro, P-e-c-o-r-a-r-o, also sit | 17   A  Yes. That is his clinic where he does the |
| 18 on the board? | 18 detoxification in Sacramento. |
| 19   A  I don't know. | 19   Q  And Ernest Pecoraro, do you know Ernest |
| 20   Q  How about Rita Weinberg, W-e-i-n-b-e-r-g? | 20 Pecoraro? |
| 21   A  I don't know. | 21   A  No. |
| 22   Q  Jim Woodworth also sits on the board? | 22   Q  Do you know a Cal Smith? |
| 23   A  I don't know. | 23   A  No. |
| 24   Q  Do you know who any of your other fellow board | 24   Q  Now, you do know April McNight; right? |
| 25 members are? | 25   A  Yes. She is the doctor who runs the downtown |
| 677 | 679 |

9 (Pages 676 to 679)

**Page 680**

```
 1   medical clinic where the detoxification has been done
 2   for the last two plus years.
 3       Q   Do you know Rita Weinberg?
 4       A   Yes.
 5       Q   Have you worked with Rita Weinberg on anything
 6   other than the detoxification project?
 7       A   No, she doesn't really work on it anyway.  She
 8   is just one of the friends of Keith Miller who
 9   frequently accompanies him on his enterprise or visits
10   to New York.
11       Q   Do you know Jim Woodworth?
12       A   Yes.  He is the administrator of the downtown
13   medical clinic.
14       Q   Has he also -- he also worked for Health Med in
15   Sacramento?
16       A   Yes.  He used to run that clinic.
17       Q   Did you work with Jim Woodworth on anything
18   other than the detoxification project?
19       A   No.
20       Q   Are you aware of any studies that correlate PAH
21   and dioxin exposure with breast cancer strains that are
22   resistent to treatment?
23       A   I have not seen any data on distinguishing
24   cancers that are resistent to therapy versus cancers
25   that are more responsive to therapy.
```

**Page 681**

```
 1       Q   Are you aware of any studies that correlate PAH
 2   or dioxin exposure with breast cancer strains that are
 3   likely to metastasize?
 4       A   I have never seen studies that differentiate in
 5   that way.
 6       Q   All right.  Can you quantitate Sherrie Barnes'
 7   risk for breast cancer using the Gail Model?  G-a-i-l.
 8       A   No, I don't know how to do that.
 9       Q   Do you know what the Gail Model is?
10       A   No.
11       Q   Do you think that Sherrie Barnes' mother Mary
12   Barnes is at increase risk for breast cancer?
13       MR. PRUDHOMME:  At present?
14       MR. HOPP:  At present.
15       THE WITNESS:  Oh, gosh, I don't know.  Let's
16   see -- I don't remember what her mother's history is.
17   BY MR. HOPP:
18       Q   Well, if -- if I can refresh you, I believe
19   that Sherrie Barnes' mother testified that she moved
20   into the house in Carver Circle in 1961 or so, just
21   before Sherrie was born and she lives there today.
22       A   And she is now in her 60's?
23       Q   I think so.  I'm not quite sure how old she is.
24   Probably in her 50's or 60's.
25       A   Well, she had to be in her 60's and moved into
```

**Page 682**

```
 1   the house and had the baby at '61.  She had to be at
 2   least 18.
 3       MR. WINTERS:  I thought she was 69 or 70, in
 4   that range.
 5       THE WITNESS:  The risk drops off as you get
 6   older, you pass certain milestones in age, but it is
 7   usually a little older than that.  She is probably still
 8   at risk for breast cancer.
 9   BY MR. HOPP:
10       Q   Do you think Kenesha Barnes is at increase risk
11   for breast cancer?
12       A   Yes.
13       Q   Based on environmental exposure?
14       A   Based on environmental exposures.  And the
15   sister, the two sisters, and if there is an interaction,
16   and I believe there is the environmental factor and host
17   factors, then they would be at increase risk based on
18   environmental exposure plus the history.
19       Q   You believe then -- just to be clear then, you
20   believe that Kenesha Barnes is at an -- you believe that
21   Kenesha Barnes is at an increased risk for breast cancer
22   based in part on the fact that her mother and her
23   maternal aunt had breast cancer?
24       A   Yes.
25       Q   Do you believe that Kenesha Barnes -- strike
```

**Page 683**

```
 1   that.
 2       Do you believe that Sherrie Barnes' sisters are
 3   at an increased risk for breast cancer?
 4       A   Yes.  I think the sisters -- I should have
 5   found out, I guess, but I don't know where in the birth
 6   order Sherrie Barnes is.  And what is her name?  Kay
 7   Hobbs.  I don't know if the sisters are older or
 8   younger.  I just don't remember, but I think they would
 9   be at increased risk probably because of exposure.
10       Probably exposure.  I have to confirm that, but
11   if they were, indeed, exposed in the Carver Circle home,
12   they would also be at increased risk.
13       Q   Do you think that they, the sisters of Sherrie
14   Barnes and Kay Hobbs, also has a host factor that would
15   increase their risk?
16       A   Yes.
17       Q   Are you aware of any studies indicating that
18   TCDD is chemoprotective for breast cancer?
19       A   Yes.
20       Q   Are you aware of any studies indicating that
21   PCBs -- certain particular PCB congeners are
22   chemoprotective for breast cancer?
23       A   No, I am not aware of that.  I have not
24   reviewed that particular question but CIIT, C-I-I-T,
25   composed a paper, did some rat studies that showed that
```

10 (Pages 680 to 683)

TCDD is reduced, and prevents the breast cancers, but
reduces the numbers and prolongs the time that it took
for the PAH that they used to induce the man-making
cancer to occur.
        So it was a study that indicated that the TCDD
somehow had a -- what they thought was an anti-estrogen
effect. And that that allowed it to then reduce the
potency of the, you know, chemical that was used to
induce the brain cancer -- breast cancer in an animal
study.
    Q   Would you characterize that study as junk
science?
    A   No. It is an interesting study.
    Q   A lot of what we talked about earlier today
with respect to breast cancers and risk factors sort of
the common thread running through a lot of those risk
factors is estrogen; is that right?
    A   Yes. It is felt that breast cancer is at least
one of the mechanisms and one of the factors is
estrogen. Some kind of interaction with other factors,
obviously, because estrogen is a normal necessity for
normal development, but there could be some kind of
derangements.
        So maybe with higher levels which is why birth
control pills, hormone replacement, are suspected to be
                                                    684

increasing the risk because you have an increased amount
of estrogen that somehow creates an imbalance.
    Q   And something that is an anti-estrogen is, at
least in theory, are potentially chemoprotective for
breast cancers?
    A   Yes. And there hasn't been any follow-up that
I am aware of that looked at that question, but the
other side of the coin is, that a study was done also in
rats where they exposed the fetus by exposing the mother
rat to TCDD in a single dose during pregnancy -- and
early on in the pregnancy, and then looked at the breast
cancer risk in that fetus when it grew -- grew up.
        And interestingly enough, there was an increase
in risk of breast cancer in that setting. So the timing
of the TCDD exposure is important in terms of breast
cancer risk.
    Q   And I think you mentioned that study yesterday.
        Is that contained within your bibliography?
    A   Yes.
    Q   Can you tell me the name of that particular
study?
    A   Let me check to see in here what I thought it
was. At least one of the papers addresses this question
is the Vorder Strasse, V-o-r-d-e-r, S-t-r-a-s-s-e, paper
and the other -- let me look at the reference list here.
                                                    685

    Q   Are you aware of other studies that discusses
the issue of administering TCDD to rats during pregnancy
and following their offspring for incidents of breast
cancer?
    A   The other paper that I was talking about was
Birnbaum, B-i-r-n-b-a-u-m, 2003. "Prenatal exposure to
natural and synthetic estrogens is associated with
increases in breast and vaginal tumors in humans as well
as uterine tumors in animals. And then they talk about
these issues.
    Q   This is Birnbaum and Fenton?
    A   Correct.
    Q   2003?
    A   Correct.
    Q   The title is Cancer and Developmental Exposure
to Endocrine Disruptors?
    A   That's right.
    Q   National Health and Environmental Effects
Research Lab?
    A   That's right. It is a review paper, and she
talks about these various issues that I just mentioned.
        See, if I can find the other section, she talks
about dioxins. The term dioxins is used for members of
the PHAHS, that would be polyhalogenated aromatic
hydrocarbons, that are structurally related and have
                                                    686

similar halogen substitution patterns are persistent and
bioaccumulative, and have a common spectrum of
biological responses mediated via binding to a specific
high-affinity cellular protein, the aryl hydrocarbon
receptor.
        The prototype chemical for this class of dioxin
or TCDD, and it goes on to discuss its developmental
toxicity.
        Let me see if I can find it.
    Q   128.
        (Defendants' Exhibit 128 was marked for
        identification by the court reporter.)
        THE WITNESS: Let's see if she says that.
BY MR. HOPP:
    Q   Are you finished looking for it?
    A   No. I am looking at this prenatal -- this
whole section called Prenatal Endocrine Destruction and
Mammary Tumors. It is on -- you got the page in front
of you? It is on Page 392.
    Q   And just for the record, we have marked the
review paper as deposition Exhibit 128.
    A   Yes. And here is Brown.
    Q   So she is citing a paper by someone named
Brown?
    A   Yeah. Brown is the other paper which is the
                                                    687

11 (Pages 684 to 687)

1 one that I am looking for. Brown '98. Has the prenatal
2 TCDD exposure.
3     This was the one I was specifically referring
4 to. The rats were gavaged with one microgram of TCDD
5 per kilogram on day 15 postconception.
6   Q  So Brown is the -- the rat study?
7   A  The one that I was specifically referring to.
8 They then looked at the response of those rats to a
9 mammary carcinogen, which I thought was mentioned here,
10 but let's see if I can find it.
11     Prenatal TCDD treatment increased total
12 proliferative compartments in the terminal endbuds in 50
13 day-old rats. Prenatal TCDD resulting in an increased
14 number of mammary adrenal carcinomas in rats.
15     Let's see see what they used for the induction.
16 DMBA, dimethylbenz[a]anthracene.
17   Q  Is that a PAH?
18   A  It's a PAH.
19   Q  So it is not a dioxin?
20   A  No. It is a PAH. DMBA, which is a PAH and
21 anthracene. So that this was the specific one, but
22 there was -- Birnbaum talks about some others.
23   Q  All right. I found actually Birnbaum Vonder
24 Strasse and Brown. I would like to dig through them one
25 at a time.

688

1     Birnbaum, first of all, is deposition
2 Exhibit -- Birnbaum is deposition Exhibit 128 and
3 Birnbaum is a review paper; right?
4   A  Birnbaum is a review paper.
5   Q  So it is not an -- it is not an original
6 research project, but rather a summary of other people's
7 published work; correct?
8   A  Yes.
9   Q  And Birnbaum, as you have stated, is looking at
10 prenatal exposure to TCDD as a risk factor for breast
11 cancer; correct?
12   A  Yes.
13   Q  And one of the questions that Birnbaum asks at
14 the end is -- well, let me read it to you.
15     She talks about other studies and says,
16 "These particular studies have
17 Measured the levels of exposures
18 Of these chemicals in adult women
19 Who develop breast cancer. Could
20 We be trying to correlate exposure
21 And effect at the wrong time?"
22 If it is early or prenatal life
23 Stage exposure that is critical to
24 disease susceptiblity, why are we
25 measuring the environmental

689

1     Chemical in people once they have
2 developed breast cancer? The
3 Critical exposure may have occurred
4 Much earlier."
5     Those are the last words in the Birnbaum
6 article.
7   A  Sure.
8   Q  What is your response to those questions?
9   A  I think that is exactly right. There is
10 nothing wrong -- I think it is an extremely important
11 point.
12   Q  So do you think that -- that Sherrie Barnes'
13 risk of breast cancer may have been influenced by her
14 prenatal exposures?
15   A  Yes.
16   Q  Does --
17   A  For example, her other sisters might have been
18 in utero elsewhere prior to '61. That is one of the
19 questions I don't know the answer to, which in Kay Hobbs
20 and Sherrie maybe would be the ones that were in utero
21 in the Carver Circle area.
22   Q  Okay. And she may have been in utero before
23 her mother moved to Carver?
24   A  She may have been. '61, she was born -- '60 --
25 '62. It is likely she was pregnant when she was there.

690

1 She was nine months into '62 when she was born. So it
2 is likely that she was conceived and the entire
3 pregnancy was in Carver Circle that you just told me.
4   Q  Right. And I may be incorrect. We will have
5 to check that, but either way, whenever she moved
6 into --
7   A  Whenever she moved in is when her exposure
8 started. That does not mean that it has to be prenatal
9 exposure.
10     I am just agreeing that Dr. Birnbaum it is
11 probably an important issue and needs more attention.
12 We have to look at these early developments.
13     In fact, another major issue, which she does
14 not address in any detail -- I don't think Dr. Birnbaum
15 has not had a big focus on this, but I have been very
16 interested in it, and that is so-called male mediated
17 developmental toxicity.
18     That is sperm exposure to these kind of
19 chemicals, altering the sperm and then increasing the
20 risk of cancer in the offspring.
21     There are a number of studies, not with dioxins
22 or PAHs, but with other chemicals like arylamine is the
23 most common one.
24     If the father is exposed at the time of
25 conception, that baby, in this case rat, is, more likely

691

12 (Pages 688 to 691)

1  to develop certain cancers.
2      Q    And do you think that may be an issue with
3  Sherrie Barnes given that her father had breast cancer
4  or may have had cancer?
5      A    Yes. That sees to be some question about
6  cancer. Again, that could be an issue. Could be an
7  issue.
8      Q    Now, did Birnbaum's article -- if I understand
9  it correctly, was more asking questions than answering
10 them? It was a hypothesis-generating type of paper?
11     A    Well, she also cited a number of studies that
12 indicated that -- you know, I think quite clearly the
13 studies that she cited weren't just speculation. They
14 were data. And they weren't just hypothesis. They were
15 data.
16          And she is generalizing from this by pulling
17 together -- you understand that Linda is a policy
18 walker. She is a person that tries to get people to do
19 research in certain areas and she finds money for them.
20          So what she is saying by this paper to the
21 community, hey, guys, I will give you some money to
22 study this question.
23     Q    Linda Birnbaum is with the Environmental
24 Protection Agency?
25     A    Correct.
                                                    692

1      Q    She is not an epidemiologist?
2      A    No. She is an epidemiologist.
3      Q    And her job is more policy than research?
4      A    Well, she does some of her own research but
5  very little. She mainly reads and studies and funds and
6  gets people to do things, rather than spending a lot of
7  time herself in the lab.
8      Q·   Does the Birnbaum paper give relative risk data
9  for breast cancer?
10     A    Relative risk?
11    ·Q    Right. Does she calculate relative risk?
12     A    I don't see any relative risks in here.
13    ·Q    It is not a case control study or a cohort
14 study; is it?
15     A    It's not even a review paper of that data.
16 This is mainly a mechanism paper we are talking about,
17 what is it that causes, among other things, breast
18 cancer.
19     Q    She hasn't even isolated that mechanism. She
20 identified papers which look at that; correct? She is
21 not committing to -- Ms. Birnbaum is not coming to any
22 firm conclusions on plea condition subpoenas in her
23 paper; does she?
24     A    She does talk about endocrine disruption, the
25 Ah receptor, and the anti-estrogen effect that we were
                                                    693

1  discussing a minute ago.
2          And she -- she even gives this reference that
3  we talked about. I believe she gives a reference about
4  the anti-estrogen effect.
5          Anyway, she talks about the Ah receptor noting
6  that -- there it is on Page 392. Again, she states,
7          "The Ah receptor, which is required
8          for dioxin effects, is present
9          during organogenesis in most
10         tissues. It continues to be
11         expressed in the mammary gland of
12         the pubescent rodents and is
13         localized in the mammary ducts
14         and developing lobules. In addition,
15         these authors demonstrated that mice
16         in which the Ah receptor has been
17         eliminated display decreased mammary
18         gland size and supressed lobule
19         development, suggesting a critical
20         role of the Ah receptor in normal and
21         TCDD-exposed mammary gland development."
22         So, I believe, there are other paragraphs and
23 little discussion about the Ah receptor.
24     Q    But as we discussed yesterday, we don't know
25 everything about the Ah receptor and how it induces
                                                    694

1  cancer; correct? There is still a lot of open questions
2  about it?
3      A    There are still questions, sure.
4      Q    Now, did Birnbaum for the purpose of her paper,
5  isolate the exposure at issue, or is she talking about
6  all different types of endocrine disruptors?
7      A    She talks about anthracene. She talks about
8  other chemicals besides TCDD. She talks about
9  nitrotoluene, DMBA, which we mentioned earlier and which
10 is dimethylbenz[a]anthracene.
11     Q    Another PAH?
12     A    Another PAH, correct.
13     Q    And PAHs are endocrine disruptors?
14     A    Yes. They -- they can disrupt the function.
15 Not so -- well, some of them have estrogenic effects,
16 but they do stimulate the estrogen receptors. Some of
17 them more so than others.
18     Q    Are they weak endocrine disruptors? Did you
19 say that yesterday?
20     A    Yes.
21     Q    They are more popularly known as being known as
22 directly genotoxic?
23     A    That mechanism is definitely present and one of
24 the more potent. It -- it is the reason I think that
25 PAHs are so toxic is because of their ability to bind to
                                                    695

13 (Pages 692 to 695)

| | |
|---|---|
| 1 DNA as we discussed yesterday. | 1　A　Yes. |
| 2　Q　Does Birnbaum document any of the exposure | 2　Q　And this, the Vonder Strasse paper, does not |
| 3 levels which are required to produce mammary tumors? | 3 give any relative risk data for breast cancer; does it? |
| 4　A　She does not discuss that in this paper. | 4　A　No. No, it is not the point of it. |
| 5　Q　In your report at Page 116, you site Birnbaum's | 5　Q　And it studies TCDD in isolation; correct? |
| 6 paper in the aid of the proposition that, | 6　A　Yes. |
| 7　　"We have much more work to do in order | 7　Q　Let's look at Brown. Brown is deposition |
| 8　　to clearly understand the mechanisms of | 8 Exhibit 130. |
| 9　　action." | 9　　MR. HOPP: Did I give you Brown, Keith? |
| 10　　Do you stand by that statement? | 10　　MR. PRUDHOMME: Yes. |
| 11　A　Yes. | 11　　(Defendants' Exhibit 130 was marked for |
| 12　Q　And you believe that Birnbaum supports that | 12　　identification by the court reporter.) |
| 13 statement? | 13 BY MR. HOPP: |
| 14　A　Yes. We need to know more. That's certainly | 14　Q　All right. Well, Brown is another mouse study; |
| 15 true. | 15 is that right? |
| 16　Q　Let's talk about Vonder Strasse for a minute. | 16　A　Yes, it is another rat study. |
| 17 This is Deposition Exhibit 129. | 17　Q　It's rats this time. And this is, again, a |
| 18　　(Defendants' Exhibit 129 was marked for | 18 rat-feeding study? |
| 19　　identification by the court reporter.) | 19　A　I think we indicated it was gavage. |
| 20 BY MR. HOPP: | 20　Q　Yes. And just to be clear, gavage is the same |
| 21　Q　Vonder Strasse looked at mammary gland | 21 thing that you mentioned before where they put it down |
| 22 differentiation; is that right? | 22 the mouse's throat? |
| 23　A　Yes. | 23　A　That's right. |
| 24　Q　And is it an in vitro study? Vonder Strasse -- | 24　Q　And it is one microgram per kilogram in this -- |
| 25 oh, it is mice? | 25 in the Brown study; correct? |
| 696 | 698 |

| | |
|---|---|
| 1　A　Mice. | 1　A　Yes, I believe that's right. |
| 2　Q　It is a mouse study? | 2　Q　Administered a single time on day 15 |
| 3　A　Mice, yes. | 3 postconception? |
| 4　Q　But it didn't directly study mammary gland | 4　A　Correct. |
| 5 cancer, correct, or breast cancer? | 5　Q　Now, on Brown in the Discussion section, Page |
| 6　A　No. It looked at a mammary gland alteration, | 6 1625 states, "However, for every report of |
| 7 which is thought to be indicative of the same type of | 7　　Dioxin being associated with breast |
| 8 disruption of the mammary gland and would lead to | 8　　cancer, there seems to be one that |
| 9 cancer, carcinogenic outcome. | 9　　Finds no significant effect." |
| 10　　The study was looked at in the different days | 10　　Do you agree with that statement? |
| 11 of pregnancy and then looked at the mammary gland | 11　A　The statement speaks for itself. Yeah, there |
| 12 development, you know, after that. | 12 are some negative studies. |
| 13　　They didn't go all the way -- let the animals | 13　Q　Well, looking at Brown's Conclusion, this is on |
| 14 grow up and expose them to the cancer-causing agent. It | 14 Page 1628, Brown states: In humans, neither ecological |
| 15 just shows the profound effect of TCDD on mammary | 15 data nor occupational studies, provide clear support for |
| 16 development in utero, | 16 an association between organochlorine endocrine |
| 17　Q　And how the TCDD administered to the mice in | 17 disruptor exposure in the occurrence of breast cancer." |
| 18 Vonder Strasse? | 18　　Do you agree with that statement? |
| 19　A　They gave them by gavage. | 19　A　No, I think that is wrong. I think that it's |
| 20　Q　And gavage means to actually put a mixture of | 20 overly stated. I think the evidence is consistent and |
| 21 the toxic down the mouse's throat; is that right? | 21 the other point that Brown makes is that it probably has |
| 22　A　Yes. They put a little tube down to the | 22 to do with -- with the timing of the exposure. |
| 23 stomach and inject it. And they put in five micrograms | 23　　Exposure to dioxin as we have been discussing |
| 24 per kilogram in peanut oil. | 24 earlier, in the -- in the adult may not increase the |
| 25　Q　So it is a mouse-feeding study? | 25 risk of breast cancer, which is one of the reasons you |
| 697 | 699 |

14 (Pages 696 to 699)

get some of these -- you are looking at occupational studies; and that may not be the time when the breast is susceptible to the breast cancer induction.

There is a study in here that if you -- if you looked at adult exposure, if you look -- follow the hypothesis that has been generated here, you may not see an excess of breast cancer from dioxin alone. That is what is suggested by what we have been discussing this morning.

Q   Let me just go on. In Brown's concluding paragraph, she says, "It is possible that
postnatal as opposed to prenatal
exposure to TCDD may yield a different
outcome, perhaps rendering a protective
effect against mammary cancer."

That is what you were just talking about; right?

A   Yes. That is what I said, estrogen effect. If you are exposed as an adult, it may be protective. That is a pretty amazing idea because you don't want to go around administering TCDD to people to prevent breast cancer; but, you know, conceivably based on what we discussed, it may not increase the risk.

It may be quite amazing if it actually decreased the risk because it would increase the risk of

700

other adverse outcomes. So I would not recommend it as therapy.

It is one of the reasons why you are seeing different outcomes and different studies just because of the timing. I think that is the point.

Q   Sure. Brown went on to say, though, "It is our intention to investigate a
potential neonatal TCDD treatment to
predispose for mammary cancer in the
underlying molecular mechanism action
for perinatal exposure to
organochlorine."

Do you know if Brown ever did the following?

A   Well, she is 98. I think the wheels of science move slowly.

Q   Okay.

A   I would suspect that she is working on that. She may not have gotten around to publishing it, but it's -- you know, usually these professors have a lot of things that they are trying to do. And it takes them a while to get things public.

Q   Do you know Nadine Brown?

A   No.

Q   So you do not know whether she is working on it or whether she has moved on to something else?

701

A   Correct. It is a question of funding.

Q   Sure. And, again, the Brown paper isolates TCDD as the exposure; correct?

A   Yes. And that's -- that is the way the research is usually done, as I discussed with you yesterday when you were talking about the individual dioxins. You know, you wouldn't have any reason to use any of the other dioxins. You would use this one.

Q   Right. Does the Brown paper provide any indication as to what exposure level would be necessary to produce these effects in humans?

A   Well, she used a very fairly low dose. I mean, a milligram per -- I'm sorry -- a microgram per kilogram. That's a pretty low dose.

In fact, I think, if I remember correctly, they didn't demonstrate the no effect level. It may well be that if you go down to lower doses -- and the effect may still be there.

I mean, this study wasn't intended to find out what the lowest threshold for this effect would be. You notice that -- what was it? The Vorder Strasser (sic).

Q   Vonder Strasse.

A   -- used five micrograms. This one they used --

Q   I think it was one.

A   -- one microgram, and they did it only once.

702

Q   Yup.

A   So that is a lot lower dose and they are still getting this effect. So it is really quite remarkable.

I mean, that is one of the reasons EPA's risk assessment that we were discussing yesterday has -- has become concerned because this is not a very -- not a very high dose.

Q   I understand that Brown used a very low dose, but does Brown in her paper tend to extrapolate that low dose in rats to human effect?

A   I have already stated that she did not do that. She did not attempt to -- to find a no effect level, and she did not attempt to extrapolate that to current human exposures.

MR. HOPP: Can we take five minutes for a comfort break, Dr. Dahlgren?

THE WITNESS: Yes.

(Brief recess.)

BY MR. HOPP:

Q   I want to focus on the history that you took for Sherrie Barnes. When you talked to Kenesha Barnes and Mary Barnes and the other relatives, did you talk about Sherrie Barnes' diet at all?

A   No, I did not ask about diet. I don't usually do that because I don't really know what to do with the

703

15 (Pages 700 to 703)

1 information when I collect it.
2 Q Do you know if Dr. Sawyer or Dr. Wolfson asked
3 questions about diet?
4 A Dr. Sawyer did. Her diet history: Vegetable,
5 primarily green beans and various greens. Ms. Barnes
6 farm raised catfish approximately twice per month.
7 Sherrie's brother William Jay caught fish from Bow Creek
8 which was consumed by the family.
9 Sherrie consumed fish two or three times per
10 month and occasionally bought fish at a local fish
11 market or restaurant.
12 Q So any information on Sherrie Barnes' diet
13 would come from Dr. Sawyer's report as opposed to your
14 own data collection; is that correct?
15 A Yes. That is what I said. Like I said, I
16 don't know what to do with that information because that
17 is very similar to what most people would say.
18 They happen to be fish haters, which
19 occasionally you run in to. People who never eat fish.
20 And we know that that might increase the likelihood that
21 you find PCB or mercury maybe at a lower level of
22 someone that never ate fish; but still it is background.
23 Everybody in the South has PCB and mercury in
24 their system.
25 Q Does Sherrie Barnes' fish consumption as

704

1 summarized on Dr. Sawyer's report strike you as
2 abnormally high or abnormally low?
3 A No. I would say it is very typical of what
4 most people would say.
5 I mentioned earlier a study that was done a
6 couple years ago where they asked patients to eat more
7 than -- who ate more than three fish meals a week to
8 allow their blood to be sampled for mercury.
9 Among women child-bearing ages, about
10 20 percent, who had those three, had mercury levels that
11 would be high enough where it would be harmful to the
12 fetus if they were to have a pregnancy.
13 Q What are the toxic end points of mercury
14 consumption when a woman is pregnant?
15 A Neurological effects in the baby.
16 Q Have there been any studies that you are aware
17 of indicating that prenatal consumption of fish
18 increases the baby's risk of breast cancer later in
19 life?
20 A No studies.
21 Q Are you aware of any studies that talk about
22 postnatal exposure to mercury being a perspective breast
23 cancer?
24 A No.
25 Q Do you know whether Sherrie Barnes ever used

705

1 nonstick cookware containing Teflon?
2 A No, I didn't ask that question.
3 Q Now, you have been involved in litigation in
4 something called C8; is that right?
5 A Yes.
6 Q What is C8?
7 A Perfluorooctanoic.
8 Q And is C8 a component of Teflon?
9 A Yes.
10 Q And what are the disease end points that are
11 significant to C8 exposure?
12 A Cancer. Breast cancer and prostate cancer
13 among others. Those were the most striking findings.
14 Q And the C8 case that -- that I'm aware of --
15 I'm not sure if this was the one that you are involved
16 in or not.
17 The C8 case I'm aware of had to do with
18 environmental contamination from C8 which had somehow
19 allegedly got out of the factory.
20 A The water in the neighborhood got contaminated
21 from the factory in West Virginia. Parker Springs, West
22 Virginia.
23 Q Is there any literature that you are aware of
24 cooking with Teflon-coated cookware increases a person's
25 exposure to C8?

706

1 A No. No one knows how the C8 is getting into
2 the blood of the general population, but it is there.
3 One possibility is Teflon cookware. But C8 is
4 present in a number of other products. And there is
5 probably more likely to be the root of exposure.
6 Q What are those products?
7 A Things like hydraulic fluids sometimes have C8
8 in them. And let me think. Gortex has it.
9 Q Gortex; is that fabric or rainwear?
10 A The big exposure is from Stain Master Carpet
11 and other textile-treating chemicals that are used to
12 make them -- make them. So they don't -- the stain does
13 not stick on the fiber.
14 Q Okay.
15 A Stain Master Carpet is a DuPont brand and it --
16 they coat the entire fiber and the whole carpet is
17 filled with this C8.
18 The Dutch Environmental Protective Agency did
19 some studies and they showed that when you walk across
20 the carpet that is treated with this stuff, you kick up
21 molecules that are up in the air and so that may be one
22 of the ways that they may be exposed. We just don't
23 know yet. EPA is doing some studies on how it is
24 getting into the people.
25 Q And does C8 -- strike that.

707

16 (Pages 704 to 707)

1    Does C8 give off gas from recently treated
2 carpet?
3    A  No. It is not volatile, but it comes off in
4 particulates and there is some volumination. It is not
5 totally lacking in volatility, but it is mainly the
6 particulates that does it.
7    I mean, the air concentrations around the
8 factory at one time in the past were quite high, and so
9 there is some vapor that gets in the air. But no one
10 has done measurements about how much is above the
11 carpet. And the Dutch felt that it was mostly
12 particulates exposure.
13    Q  Now, one of the other exposures that you and
14 Dr. Schecter studied recently is this fire retardant
15 chemical product?
16    A  PBDE, polybrominated diphenyl ether.
17    Q  And that is something that scientists have
18 recently found is in the environment in levels that no
19 one ever suspected?
20    A  Yeah. That was the main point of the paper --
21 the main point of the paper. That it is higher in the
22 United States, particularly in breast milk than it is in
23 Europe. That is because Europeans banned the stuff and
24 which we have not yet done.
25    Q  Do you know what the toxic end points are for
                                                      708

1 PBDE exposure?
2    A  It is generally felt that it is going to be
3 similar to dioxin. Limited animal studies suggest that
4 they have the same cancer inducing, immune system
5 damaging, neurological -- neurological damage, and
6 endocrine disruption. So it has got all the similar
7 toxic end points as dioxins and PCBs.
8    Q  And do we know what the PBDE levels are in
9 Mississippi, generally?
10    A  We did them on these 29 people.
11    Q  Okay. And?
12    A  And they are included in that paper.
13    Q  Well, let me back up. It is my understanding
14 that the focus on PBDE is a new thing relatively, recent
15 and people are discovering this as an issue?
16    A  I would say it has been an issue in the last
17 10, 15 years.
18    Q  And just to go back to your paper with
19 Dr. Schecter -- I know we marked it here.
20    A  I think it is here somewhere.
21    Q  Here we go. What did you conclude? Deposition
22 Exhibit 15, what did you conclude about the levels of
23 PBDE in the blood of the 29 people from Mississippi as
24 compared to 1973 serum levels?
25    A  Well, we didn't have '73 PBDEs; did we?
                                                      709

1    Q  Oh, is that the dioxin?
2    A  Dioxin. We may have looked at it. This is
3 breast milk, whole blood -- yeah. This is Mississippi
4 and New York.
5    Q  Okay.
6    A  So these are the blood levels that we found.
7    Q  What figure is that?
8    A  Figure 3 and Table 4 is the 29 patients in this
9 case.
10    Q  And you found that their levels were high in
11 comparison to somewhere else or --
12    A  No. The levels were similar to what we found
13 in New York. This is Table 3. New York is the firemen,
14 and actually, the people in Mississippi were -- let's
15 see.
16    Let's look at 99. Levels are similar between
17 the firemen and the individuals in Mississippi. There
18 is one person, 37-year-old female was high; 158 on PBDE,
19 which is the one that is most abundant than anybody, but
20 that particular person's is real high.
21    And who was that? That is an interesting
22 question.
23    Q  37-year-old woman?
24    A  Yeah.
25    Q  Deposition Exhibit 39, is this the one that we
                                                      710

1 could not find from yesterday? I will give you my copy.
2    A  Let's see if we can make a copy of this stupid
3 thing. I wouldn't take your copy if we can avoid it.
4    I will use your copy. Okay. 37, in 2004,
5 means that she was born in '67. So it was Loretha
6 Brown, '67.
7    Q  And she had high PBDE levels?
8    A  Yes.
9    Q  Or high levels of one of the PBDEs?
10    A  Yes. The one that you look at is 99. Among
11 the fireman, the highest was 34. It was just one lady
12 Lorethra Brown who did not have a big, high TEQ
13 particularly.
14    Q  A high TEQ per dioxin?
15    A  Yes.
16    Q  But she had a high --
17    A  She had a high TCE level. I don't know why.
18 It is a mystery.
19    Q  Are there TEQs -- have TEQs been calculated --
20 strike that.
21    Have TEFs been calculated for various congeners
22 for PBDE?
23    A  I asked Dr. Schecter that question. I don't
24 know if it is addressed here, but the short answer is
25 no, but there has been -- somebody has at least raised
                                                      711

17 (Pages 708 to 711)

1 the possibility, but I have not seen any charts.
2 Q. Is there a level of PBDE in blood which
3 scientists believe gives rise to a health concern? How
4 much do you need to make you sick?
5 A Well, let me read the -- let me read this
6 sentence to you from the paper.
7 "Although there is no way at
8 Present to be certain of the
9 Nature and extent of the toxicity
10 Of PBDEs, which is especially of
11 Concern as PBDE body burned
12 Increases measure level, and toxic
13 equivalent factors and other pops, such
14 as dioxins, furans and PCBs decreasing
15 in human living in an industrialized
16 country." So there is no PCDF yet.
17 Q But PBDEs are going up while --
18 A That's right.
19 THE REPORTER: I'm sorry. I got mixed up with
20 the --
21 THE WITNESS: Okay.
22 THE REPORTER: Hold on. Just give me the
23 abbreviations. You got PDBE. What's the other one?
24 THE WITNESS: No. PBDE, polybrominated
25 diphenyl ether. Yeah, it's alphabet soup.
712

1 BY MR. HOPP:
2 Q My question was PBDEs are going up while, I
3 think, it was dioxins and PCBs are going down, and the
4 answer to that question is "yes"; correct?
5 A That's correct. And the PBDEs were done on the
6 '73 sampling and they were essentially nondetect for
7 everything. So it wasn't present in '73 even, amazingly
8 enough, but now it is present in significant quantities.
9 The pooled blood value totals showed a level of
10 61 parts per billion; whereas it was .77 parts per
11 billion in 1973. And that serum, whole blood is 79;
12 slightly more.
13 Q Okay. Now, we talked last time and a little
14 bit today about dose calculations for Sherrie Barnes.
15 Did you do your own independent dose
16 calculation for Sherrie Barnes' exposure to creosote and
17 dioxin?
18 A No.
19 Q You relied on Dr. Sawyer for that; correct?
20 A Yeah, Dr. Sawyer. And Dr. Samara, also, I
21 believe, gave information regarding that individual's
22 exposure, but the main one is Dr. Sawyer.
23 Q Can you give me a dose of creosote or a dose of
24 dioxin which you would consider to be a significant dose
25 for the purpose of causing breast cancer or is that
713

1 something, again, that you would defer to Dr. Sawyer?
2 A Well, I think -- again, I would say similar to
3 what Dr. Sawyer said, these people are at increased risk
4 of cancer as a result of the exposure.
5 And specifically, one of the cancers to which
6 they are at risk -- I mean, all of the people in this
7 neighbor are at risk of breast cancer because of the
8 nature of these chemicals that we alluded to in the last
9 two days.
10 The nature of these chemicals being endocrine
11 disruptors concentrating in the fatty tissue of the
12 breast, specifically in the fairly active tissue, breast
13 tissue.
14 Every tissue that these chemicals reach, it can
15 increase the risk of the cancer in those tissues; but
16 breast is particularly at risk because of its lipid
17 nature and the lipid nature of these chemicals and
18 because the metabolic activity and the sensitivity to
19 estrogen which these chemicals mimic.
20 So for a variety of reasons, these chemicals we
21 are talking about increase the risk. And as far as I
22 know, there is no safe level of exposure to a
23 carcinogen.
24 What we do with our quantitative risk activity
25 is try to define the level which we consider to carry
714

1 with it a so-called acceptable level of risk, is a very
2 low risk; but I don't know of any -- well, any evidence
3 that there is a threshold for cancer effects.
4 So then the answer to your question is that any
5 exposure is going to increase the risk. The higher the
6 exposure, the higher the risk.
7 In these individuals, as Dr. Sawyer calculated
8 in Sherrie Barnes in particular is significantly
9 increased risk of breast cancer.
10 From his calculations, he calculated a dioxin
11 dose, a PAH dose, naphthalene dose, creosote exposure
12 levels, and so clearly, this -- this patient had a high
13 risk.
14 Q Now, when I asked Dr. Sawyer questions about
15 risk of breast cancer and dioxin exposure, for example,
16 he answered by a reference to EPA slope factors for all
17 cancers.
18 Are you aware of any science which isolates a
19 dose of dioxin exposure which is significant for the
20 purpose of causing breast cancer?
21 A Same answer. I don't think that -- none of the
22 studies that I am aware of distinguishes between the
23 different cancers.
24 Clearly, PAH and dioxins have both been shown
25 to create cancers in animals and specifically, to create
715

18 (Pages 712 to 715)

1  mammary cancers.
2      I don't remember offhand that the slope factor
3  was calculated from breast cancer in the occurrence and
4  the lung cancers occurrence in the animals.
5      That is how slope factors are derived in animal
6  studies with a single compound; and therefore, somewhat
7  abstract and are mainly used for the comparison purposes
8  so that we have some sense of the potency of this given
9  chemical to cause a cancer.
10      As I said, like yesterday when you are in the
11  real world, you are exposed to a variety of things and
12  many of those things contribute to the risk, then the
13  safe level of exposure of any one compound has to be
14  reduced.
15      Q   Just to be complete then, are you aware of any
16  science which isolates a dose, the PAH's which is
17  significant of causing breast cancer or is your answer
18  the same?
19      A   Yeah, my answer is the same. I don't -- I
20  don't think there is any known threshold for cancer. So
21  any exposure increases the risk. The higher the
22  exposure, the higher the risk. And then it can occur at
23  any tissue that the chemical is present.
24      And as I have stated, PAH concentrates in the
25  breast has been shown to cause this type of cancer in
                                                    716

1  animal studies. And all of the things that we have
2  discussed about dioxin apply to PAHs and so -- but in
3  addition to it, its estrogenic quality and most
4  important toxicity and its ability to disrupt DNA
5  function; but it has been shown quite significantly to
6  be present in patients with breast cancer.
7      PAH adducts is present in the breast tissue --
8  normal breast tissue adjacent to the tumor. And then
9  the levels of these PAH adducts is so much higher in
10  breast cancer patients than patients without breast
11  cancer, showing quite clearly that it is probably a
12  major contributing factor to occurrence of breast
13  cancer.
14      Q   Don't a lot of the recent studies on that -- on
15  that subject in particular indicate that it is not clear
16  whether the concentration of PAH, DNA adducts of breast
17  cancer -- I'm sorry -- in breast tissue in people who
18  have breast cancer is the cause of the breast cancer or
19  a effect of the breast cancer?
20      A   No. I think that the evidence is quite clear
21  that what it means is that they have been exposed to
22  more PAHs than other people. And therefore, that is why
23  they are getting the breast cancer.
24      Now, there is -- there is susceptibility
25  factors. Some patients are less able to repair the DNA
                                                    717

1  damage due to genetic differences. Some patients make
2  more of the toxic intermediary due to genetic factor.
3      So there are susceptibility factors, but
4  clearly, there is a dose effect as well when you are
5  exposed to a higher dose of PAHs or dioxins, you are
6  going to get more breast cancer.
7      Q   All right. Let's -- let's go back a question.
8      In answer to one of my earlier questions, you
9  mentioned the subject of threshold. Leaving thresholds
10  aside, the EPA and other similar bodies have identified
11  level of exposure to carcinogen including dioxin which
12  they believe to be acceptable for policy reasons, if not
13  scientific reasons; is that not correct?
14      A   We -- they -- they come up with what they
15  called cancer slope factors. And if you were exposed
16  below that amount, their theory is that you will have an
17  acceptable level of risk of developing the cancer.
18      Q   And that applies whether the dose response
19  curve for the carcinogen is linear or nonlinear. Even
20  with a linear dose response curve, they isolate or
21  identified an accept --
22      A   It is a linear. It is a linear response curve
23  that they are using to calculate the slope factor. And
24  what they are doing is saying, okay, at this, you get
25  one in a million or one in 100,000, or one in 10,000
                                                    718

1  depending on what date of the week, what they consider
2  to be an acceptable level of risk.
3      Q   Do you know what the acceptable level of
4  whatever benchmark you want to use of exposure to dioxin
5  is?
6      A   Well, the EPA's level is a microgram per
7  kilogram per day.
8      Q   Do you know what the safe level of PAH exposure
9  is for humans according to the EPA or any other
10  benchmark?
11      A   I don't think they have established a reference
12  dose or they haven't expressed it quite the same way.
13  The chronic oral level of acceptable PAH exposure, I
14  don't recall from memory what it is, if they do have
15  one.
16      Let me see. Maybe there is. Let me look at
17  something. Maybe Sawyer has it here. What does he say
18  about the number? No, he calculates from an EPA cancer
19  potency factor of 730 micrograms per kilogram per day.
20      Q   That is total PAH?
21      A   It is a cancer potency factor. I think
22  that's -- let me see if I could.
23      Q   The question is micrograms per what --
24  microgram of what?
25      A   Well, that is what I am going to look at. That
                                                    719

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

1 is PAH. Benzopyrene equivalent, just the carcinogenic
2 PAHs. Yes, I think it is probably -- it may be
3 benzopyrene. Let me see.
4     Yeah. I don't know how Dr. Sawyer got that
5 EPA -- the dosage. Anyway, he has calculated the
6 dosage. I have to ask him about where it came from.
7     Q   If I were to ask you what level of PAH or
8 dioxin exposure you would consider to be an
9 insignificant increase of risk of breast
10 cancer, wouldn't your answer be referencing the case EPA
11 slope factor and whatever their decision is is an
12 acceptable level?
13     A   Well, I don't know if -- sometimes the problem
14 is the EPA plays games and they will come up with a
15 slope factor of one in 100,000 and one in a million; and
16 you ask them why? And they don't tell you.
17     But the usual, the oldest most common
18 acceptable level of risk is one in a million.
19     Q   So whatever -- anything under the one in a
20 million risk is something that would be, in your view,
21 an acceptable level of dioxin or PAH exposure?
22     A   You know, if I was that one patient, I don't
23 think that I would find it acceptable. And I have also
24 indicated that, you know, there is no safe level of
25 exposure that an individual patient can have.

720

1     This is the significant contributing factor.
2 And if they hadn't had that exposure, they wouldn't have
3 gotten the cancer.
4     So this is, you know, I mean -- just because it
5 was, say, less than one in a million, I mean, you know,
6 I -- I think that risk is certainly lower if your
7 calculated risk is under one in a million.
8     Your question is do I accept that as
9 sufficient? Excluded as the causative factor?
10     Well, I think we have to go on an individual
11 case basis to see what is going on with that. For
12 example, as I said earlier, if they are exposed to PAH
13 at the one in a million risk, using this somewhat
14 artificial construct; and they are at one in a million
15 risk from the other chemical, both are going to be
16 contributing.
17     And like I said before, the risk would have to
18 be -- or the exposure -- acceptable exposure would have
19 to be reduced to take into account the mixture exposure.
20     And in this case, we got dioxins. We've got
21 PAHs. And we also have Benzene. Although, the dose is
22 unclear. And then we have naphthalene.
23     Q   Which is a PAH?
24     A   Which is a PAH, but it has a separate slope
25 factor because it is not included in the so-called

721

1 carcinogenic PAHs.
2     TEFs that are usually identified, but
3 California has given a slope factor for cancer causation
4 now. And there are, you know, animal studies to show
5 that it does induce cancers. So it has to be added to
6 our list.
7     Anyhow, just because the calculated PAH dose
8 would be at one in a million, because of the
9 circumstances in this case, it still may be contributing
10 because of the synergistic additive and/or additive
11 effect of the other exposures.
12     Q   Let me ask you this: Do you think, leaving
13 synergistic and additive effects aside, how low a dose
14 would you consider to be too low -- strike that.
15     How low a dose would be too low for you to
16 consider PAHs as a risk factor for breast cancer?
17     A   I don't know the answer to that.
18     Q   How low a dose would you -- strike that.
19     How low a dose would you -- strike that.
20 consider dioxin as a risk factor for breast cancer?
21     A   Same answer, I don't know.
22     Q   You indicated earlier that naphthalene has been
23 shown in some animal studies to cause cancers; correct?
24     A   Yes.
25     Q   And forgive me if we covered this before, but

722

1 those animal studies were inhalation studies of rats?
2     A   I don't remember whether it is inhalation or
3 feeding, but it was rat studies, yes.
4     Q   But do you know whether the cancer that was
5 induced in the rats was nasal cancer?
6     A   I don't remember. I would have to look at the
7 article to see the answer to that question. I believe
8 it may have been an inhalation study with nasal cancers,
9 but I just don't remember from memory.
10     Q   And you know that rats are obligate nose
11 breathers; right?
12     A   Yes, I do know that.
13     Q   Are you familiar with the term
14 organotrophotropism?
15     A   Organotrophotropism, I think that has to
16 something -- something to do with the tendency of a
17 chemical to effect a certain organ. I think that is
18 what organotrophotropism is.
19     Q   In your clinical practice, have you ever
20 prescribed a drug called Rifanpin, R-i-f-a-n-p-i-n?
21     A   Many, many years ago, I think I wrote a couple
22 of prescriptions for Rifanpin to treat some patient with
23 tuberculosis.
24     Q   Are you aware that it is an animal carcinogen?
25     A   I have not remembered that, no. If it is, it

723

20 (Pages 720 to 723)

| 1 | is not in my memory banks. | 1 | A It's an anti-parasite drug. It is used to |
|---|---|---|---|
| 2 | Q Do you remember giving any specific warnings | 2 | treat things like Giardia and it is also used to treat |
| 3 | when you prescribed Rifanpin regarding cancer risk? | 3 | anaerobic infections. |
| 4 | A I don't remember. | 4 | Q What is Giardia? Keith knows it. |
| 5 | Q Have you ever prescribed a drug called | 5 | A Intestinal parasites, very common. |
| 6 | Isoniazid, I-s-o-n-i-a-z-i-d? | 6 | Q Are you aware that it is an animal carcinogen? |
| 7 | A I think that is misspelled. | 7 | A Yeah, I was aware of that. |
| 8 | Q I may mispronounce it, too. I-s-o-n-i-a-z-i-d. | 8 | Q When you prescribe it or when did you prescribe |
| 9 | Does that sound like something else? | 9 | it, did you ever give warnings on that subject to the |
| 10 | A I don't recall prescribing that. | 10 | patients? |
| 11 | Q Do you ever recall prescribing a drug called | 11 | A No. |
| 12 | Clofibrate, C-l-o-f-i-b-r-a-t-e? | 12 | Q Have you ever prescribed a drug called -- and I |
| 13 | A Clofibrate is a cholesterol lowering agent. | 13 | need to spell this one, too -- |
| 14 | I've never prescribed it. | 14 | S-u-l-f-i-s-o-x-a-z-o-l-e, Sulfisoxazole? |
| 15 | Q Have you ever prescribed Disulfiram, | 15 | A I may have prescribed it once. |
| 16 | D-i-s-u-l-f-i-r-a-m? | 16 | Q Do you know what it is? |
| 17 | A No. That's -- that's a drug to make -- to give | 17 | A It is an antibiotic. |
| 18 | to alcoholics to keep them from -- from alcoholics | 18 | Q Do you know it was an animal carcinogen? |
| 19 | drinking because it makes them sick to drink. | 19 | A No. |
| 20 | Q All right. Have you ever prescribed | 20 | Q Have you ever prescribed Dapsone, |
| 21 | Phenobarbital? | 21 | D-a-p-s-o-n-e? |
| 22 | A I have prescribed that a couple of times, yeah. | 22 | A No. |
| 23 | Q Are you aware that that is an animal | 23 | Q Have you ever prescribed Methimazole, |
| 24 | carcinogen? | 24 | M-e-t-h-i-m-a-z-o-l-e? |
| 25 | A No, I was not aware that it was an animal | 25 | A No. |
| | 724 | | 726 |

| 1 | carcinogen. | 1 | Q Have you ever prescribed Oxazepam, |
|---|---|---|---|
| 2 | Q Have you ever recommended -- strike that. | 2 | O-x-a-z-e-p-a-m? |
| 3 | Acetaminophen used to be a prescriptive drug; | 3 | A No. |
| 4 | is that right? | 4 | Q Have you ever prescribed Furosemide? |
| 5 | A You mean Tylenol? | 5 | Furosemide, F-u-r-o-s-e-m-i-d-e. |
| 6 | Q Yeah. | 6 | A No -- well, I probably did when I was a |
| 7 | A I didn't know that was ever a prescription | 7 | resident. |
| 8 | drug. | 8 | Q Do you know what that is? What that drug is? |
| 9 | Q Did you ever recommend people to take | 9 | A Yes. It is a diuretic. |
| 10 | Acetaminophen? | 10 | Q Are you aware it is an animal carcinogen? |
| 11 | A I definitely -- I always recommend patients | 11 | A No. |
| 12 | never to take Tylenol or -- | 12 | Q How many cases of breast cancer are diagnosed |
| 13 | Q Why is that? | 13 | in the U.S. each year? |
| 14 | A Because of its liver toxicity. It is | 14 | A 160,000, in that range. |
| 15 | equivalent -- it killed more people last year than Vioxx | 15 | Q Do you know how many cases are attributable to |
| 16 | and any of the rest of them. It is real a bad drug. | 16 | creosote exposure? |
| 17 | Q Is it a carcinogen -- an animal carcinogen? | 17 | A No. |
| 18 | A I don't know. | 18 | Q Do you know how many of those cases are |
| 19 | Q Have you ever prescribed a drug | 19 | attributable to dioxin exposure? |
| 20 | called Metronidazole? Let me spell it for you, | 20 | A No. |
| 21 | M-e-t-r-o-n-i-d-a-z-o-l-e. | 21 | Q In how many cases would you say the cause is |
| 22 | A Metronidazole. | 22 | known, the cause of breast cancer is known? |
| 23 | Q Metronidazole. | 23 | A Very few. They say about 15 percent are |
| 24 | A Yes, I have prescribed that. | 24 | related to family history, strong family history. The |
| 25 | Q What is it? | 25 | other 85 percent are of unknown cause, but it is clear |
| | 725 | | 727 |

from the epidemiological studies, that it is
environmental because when people move from one country
to the other, they assume the cancer -- breast cancer
risk of the region they move to.

For example, Japanese women have a low rate of
breast cancer, but when Japanese women moved to the
United States, their breast cancer risk approximates
that of a U.S. population. So it is pretty clear that
it is related to the environment.

Africa, in the bush, people don't get cancer.
They don't get breast cancer. It is unheard of, but we
live in an industrial society. We get these cancers.

Q    And does breast cancer ever occur in people who
have none of the known risk factors?

A    85 percent.

Q    85 percent of the time; that is what you just
talked about?

A    Yes.

Q    Are you aware of something called -- strike
that.

Have you ever heard of something called
evidence-based medicine?

A    Yes.

Q    What is evidence-based medicine?

A    It's a trick by the insurance industry to not

728

---

pay bills.

Q    Can you elaborate?

A    Yeah. They had a bunch of phony protocols.
And if you don't follow the protocol, we don't pay. So
it is an attempt by the insurance company to keep your
premium and not pay for your medical care.

Q    What is the likelihood that any adult female
living in the U.S. today would develop cancer today at
some point in her lifetime?

THE REPORTER:  Cancer or breast cancer?

BY MR. HOPP:

Q    Cancer in general.

A    The likelihood of getting a cancer is about --
well, if you exclude skin cancer, it is about
30 percent.

Q    What is the likelihood that an adult living in
the U.S. today would have cancer written on his or her
death certificate as either being a primary or secondary
cause?

A    About 30 -- 30 to 35 percent.

Q    Do you agree with the proposition that someone
can be exposed to a carcinogen and not get cancer from
that carcinogen?

A    Yes. We all are exposed to carcinogens
constantly. And the body is able to repair the damage

729

---

and keep us from developing cancer. So we die of
something else, but certain number of people die as a
result of cancer as their bodies are overwhelmed, either
by being exposed to an overexposure of a carcinogenic
agent or susceptibility.

We know that dose matters. The higher the
dose, the more likely you are able to contract cancer.

Extensive studies of asbestos workers show a
clear dose response. The higher the exposure, the
higher the cancer rate. Such that an asbestos exposed
cigarette smoker, the risk of getting lung cancer as the
cause of death approaches 50 percent.

Q    Do you agree with the proposition that someone
can be exposed to a carcinogen and develop cancer for
reasons totally unrelated to that carcinogen?

A    Well, again, we are all exposed to various
carcinogenic agents in the environment. So many of
those agents don't -- may not be contributing to the
cancer that you ultimately develop.

So on a theoretical basis, you might be exposed
to a carcinogen that doesn't contribute to your cancer.
It is theoretically possible, but we want to talk about
details.

As a general statement, you can say it is true,
but it needs to be clarified in terms of an individual

730

---

case.

Q    Are you familiar with aflatoxin?

A    Yes.

Q    Is aflatoxin a carcinogen?

A    Yes, it is considered to be a carcinogen.

Q    And it primarily attacks the liver; is that
correct?

A    Yes. It is thought to be a cause of liver
cancer.

Q    Can it cause breast cancer?

A    Don't know. Never seen any data on that.

Q    Are you aware of any recent aflatoxin outtakes
in green crops in Mississippi?

A    No.

Q    Is there any way to model or to otherwise,
calculate Sherry Barnes' blood dioxin level?

A    No, not that I am aware of. We could -- I have
been thinking about maybe doing an extrapolation from
the house dust level or soil levels in the homes and see
what the correlation with the people living in those
homes with their house -- house dust.

Theoretically, you can extrapolate using some
technique similar to that.

Q    Is the science available to take the facts that
we know about Sherry Barnes' body mass index, et cetera,

731

---

22 (Pages 728 to 731)

1 and the environmental exposure in her home to calculate
2 a blood dose level?
3    A    Yeah. This -- this has been done with lead,
4 for example. Where they take the studies that
5 patients -- they look at their blood leads; they look at
6 the house dust levels for lead; and they then see what
7 the correlation is and construct a model, so that you
8 can predict certain dust levels would result in a blood
9 lead of X amount.
10        And I have been thinking about doing that with
11 this group, to see what we might be able to say about
12 extrapolation using that technique.
13    Q    Now, in your report, I believe it is -- I'm
14 sorry, Page 49 of 305.
15    A    You want me to look at it?
16    Q    Just read it to yourself. You state that --
17 you are talking about the 29 people whose blood was
18 taken for the purpose of analysis.
19        You say subject selected for biomonitoring
20 randomly chosen a total of 103 total residents who were
21 part of the ongoing litigation against the wood
22 treatment plant due to their concern about associated
23 health problems.
24        And then you say that the inclusion criteria
25 for the randomly selected subjects were 1, above 20

732

1 years old; 2, living in the same residence for five
2 years.
3        Those are the two inclusion criterias you list?
4    A    Yes.
5    Q    Let me go back. How did you come up with the
6 list of 103 residents for the purpose of potential blood
7 level measurements? There are several hundred people
8 involved in this litigation.
9    A    This is in the Columbus case?
10    Q    No. This is in Grenada.
11    A    Grenada?
12    Q    Yes.
13    A    How did the 103 get picked? I am trying to
14 remember. I didn't say. I didn't explain it there?
15    Q    I don't think so. It is Page 49. If you want
16 to look at it.
17    A    These were the 103 that were picked by the
18 attorneys. I didn't participate. I didn't look at a
19 larger group. These were the total number of people
20 that were assigned by the attorneys to be examined.
21    Q    So out of that group of 103 that were presented
22 by the attorneys, you picked 29 based on at least in
23 part on the inclusion criteria that you reference on
24 Page 49?
25    A    Right. After the -- we looked at that, and we

733

1 just picked them at random.
2    Q    All right. That is where I am going. I want
3 to make sure I understand the process.
4    A    Yes.
5    Q    Narrate for me then, how did you go from 103
6 down to 29?
7    A    We asked them -- well, we looked at the
8 questionnaire and we would talk to them and say, look,
9 you are over 20, yes, live with -- what is it, two
10 miles?
11    Q    Same place for five years?
12    A    Same place for five years, and I think within a
13 certain range; one or two miles from the plant. It
14 would have been one mile or two miles.
15    Q    Okay.
16    A    And then we -- I think, Emma Wood, is that the
17 one we talked about yesterday that lived further away
18 than that, but had a real high exposure based on her
19 husband?
20    Q    Husband.
21    A    But everybody else lived within, I think, a
22 certain range from the plant. We tried to make sure
23 that it was, some of the people would be farther away.
24 We just didn't want to just look at all Carver Circle
25 people. We looked at several other people who lived

734

1 farther away. But other than that, we did not make any
2 selection.
3    Q    So the three inclusion criterias were age, five
4 years in the same residence, and with the exceptions
5 that you just mentioned, within a certain distance from
6 the plant?
7    A    And we didn't say it was a mile or two?
8    Q    It may be somewhere else in your report.
9    A    I think that is what it was. I think it was a
10 mile.
11    Q    Did you have any other inclusion criteria?
12    A    No.
13    Q    Did you have any exclusion criteria other than
14 not meeting the inclusion criteria?
15    A    No.
16    Q    Well, after you applied those three inclusion
17 criteria, how big was the group? That is, did you get
18 to 29 then applied those three criterias or was there a
19 group of larger than 29?
20    A    No. The people we picked is the people we did
21 the blood on. What we do with the rest of the
22 people --
23    Q    No. Criteria you looked at. And if people met
24 the three criterias, they went into the --
25    A    Okay. We went until 30 people. We ended up at

735

| | |
|---|---|
| 1   29. We were limited by how many we could do by the<br>2   resources available....<br>3     Q   By the cost? By the budget?<br>4     A   Yes.<br>5     Q   Okay. And I am still trying to understand the<br>6   process.<br>7       Did you start with a list of people and go<br>8   through and see who met the inclusion criterias until<br>9   you hit 29 or 30, or did you look at everyone, apply the<br>10   inclusion criterias, and came up with 30 and then --<br>11     A   29.<br>12     Q   -- met them?<br>13     A   There was more than met them. Once we got our<br>14   29 or 30, we stopped.<br>15       In other words, there may have been some more<br>16   people that met the inclusion criteria that we did not<br>17   test. We did not look at them. Because once we got to<br>18   the number we wanted, we stopped.<br>19     Q   So just taking off the surveys off a pile, the<br>20   surveys' answers --<br>21     A   As they were coming through the phlebotomist<br>22   room where the blood, extra blood needed to be taken for<br>23   these purposes, we screened them --<br>24     Q   All right.<br>25     A   -- at the time and we got the people that we<br>                                    736 | 1   cancers and they got a neuroblastoma dose response.<br>2     Q   At the parts per million range?<br>3     A   Yes.<br>4     Q   And so there is two NTP studies that you are<br>5   relying on for naphthalene than any others?<br>6     A   That was what -- what California used to derive<br>7   the slope factor, were these two studies.<br>8     Q   All right. For the purpose of your opinions in<br>9   this case, are you relying on any other naphthalene<br>10   studies that appear to show an increase in risk of<br>11   cancer?<br>12     A   Well, let's see. And what can we say about<br>13   that? The IARC classified that it is a 2B carcinogen in<br>14   2002.<br>15     Q   What is 2B?<br>16     A   2B is possibly carcinogenic to humans.<br>17     Q   And prior to 2002, it was not classified even<br>18   as a possible human carcinogen; is that right?<br>19     A   That's right.<br>20     MR. PRUDHOMME: And, Tony, for the record there<br>21   was one exclusion I noted in Dr. Dahlgren's report on<br>22   Page 49, and that was none of the members worked at the<br>23   wood treatment facility.<br>24     MR. HOPP: That was the exclusion?<br>25     MR. PRUDHOMME: That was the exclusion factor.<br>                                    738 |
| 1   wanted to get.<br>2     Q   So you got the first 30 who came through the --<br>3     A   That met the criteria, yes. And by the way, I<br>4   am looking at the naphthalene data, and it was<br>5   inhalation and it was respiratory, nasal hyperplasia;<br>6   but it was also alveolar or bronchial or adenomas or<br>7   carcinogens. So it was just not nose, but it was also<br>8   lung.<br>9     Q   Is this the NPT study in 2000?<br>10     A   Yes.<br>11     Q   Is there any other study on rats?<br>12     A   No. This is on mice about 636 F1, mice.<br>13     Q   Again, NTP 2000?<br>14     A   NTP 2000 -- no, this is NTP 1992. This is<br>15   Table 1. That was mice.<br>16     Now, let me see the 2000 paper. Neuroblastomas<br>17   were also found.<br>18     Q   In mice or rats?<br>19     A   That is in rats.<br>20     Q   And what is the reference?<br>21     A   NTP, but it is the 2000. Let me see if I can<br>22   find it. NTP 2000. 49 male and female rats exposed to<br>23   inhalation, 6.2 hours a day, five days a week for 105<br>24   weeks at the rate of zero, 10, 30, or 60 parts per<br>25   million; and that is when they got not only the lung<br>                                    737 | 1     MR. HOPP: Thank you.<br>2     THE WITNESS: Other factors that would<br>3   indicate --<br>4   BY MR. HOPP:<br>5     Q   Well, other studies?<br>6     A   Other studies that would support that is<br>7   carcinogenic.<br>8     Q   I am aware of a couple of animal studies. I<br>9   want to know if you have any animal or human studies<br>10   that support that naphthalene is either an animal or<br>11   human carcinogen?<br>12     A   No. Let me look at this.<br>13     In the Crisp, C-R-I-S-P, study, this scientific<br>14   database is maintained by the public health service and<br>15   they list various studies. I don't know. Maybe I<br>16   should look through this later.<br>17     Q   Okay. Maybe that is something that we can come<br>18   back to. Just to finish on the topic of naphthalene,<br>19   old style moth balls were made of naphthalene; correct?<br>20     A   They were. And they were banned because of the<br>21   concerns about its cancer-causing capacity.<br>22     Q   How long ago were they banned?<br>23     A   In California? They were banned -- all<br>24   pesticide registration of naphthalene including moth<br>25   repellant was canceled in 1991.<br>                                    739 |

24 (Pages 736 to 739)

1    Q  I know that I bought naphthalene moth balls in
2  Naperville, Illinois after 2000 because I have them in
3  my garage.
4    A  Well, you could not buy them in California.
5    Q  But you could buy them in other places even
6  now, if you know?
7    A  You just told me that you bought some. So I
8  suppose Illinois did not ban them, I guess.
9    Q  But the moth balls that everybody's grandmother
10  used to use, those were naphthalene; right?
11    A  Yes, that's right.
12    MR. HOPP: Shall we break for lunch?
13    MR. PRUDHOMME: That's fine.
14    (Lunch recess.)
15  BY MR. HOPP:
16    Q  Dr. Dahlgren, referring your attention back to
17  page 49 of 305 of your report, this is where we were
18  looking at the notion of choosing the test subjects.
19    A  Yes.
20    Q  You state that the subjects selected -- let me
21  just read it. "The subject selected for
22      Biomonitoring were randomly chosen
23      From a total of 103 residents, were
24      Part of an ongoing litigation against
25      the wood treatment plan due to their

740

1      concern of associated health problems."
2      So the 103 people who came through the testing
3  center you described before lunch were already
4  plaintiffs or potential plaintiffs in litigation; is
5  that right?
6    A  Yes.
7    Q  And were they all ill or were some of them ill
8  and some of them concerned about being ill?
9    A  Both. Some were ill. Some were concerned
10  about being effected in the future.
11    Q  And -- strike that.
12      Did each of these 103 people fill out your
13  questionnaire?
14    A  Yes.
15    Q  Do you have a list somewhere of the 103 people
16  from whom you selected the 29?
17    A  Yes, I'm sure I do. I'm not sure if I have it
18  with me today, but I think I do have a list.
19    Q  I will follow up with a letter to Keith, but I
20  will make a request for the list of the 103 people from
21  whom the 29 were selected.
22      Where was the blood drawn done for the 29
23  people from Grenada?
24    A  We rented a hotel. I am trying to remember
25  what hotel it was.

741

1    Q  It was in Grenada somewhere?
2    A  In Grenada.
3    Q  So these people were not bussed to Miami?
4    A  No, they weren't.
5    Q  Okay. And were there specific blood collection
6  procedures that you had to observe for the purpose of
7  dioxin testing?
8    A  Yes. ERGO sends us glassware and instructions
9  of how to handle the blood.
10    Q  Was there a local phlebotomist you used who
11  then collected the blood and followed ERGO instructions?
12    A  No. It was a phlebotomist who I brought with
13  me; actually, two women who, I believe, in Grenada.
14  They were the people from Lake Charles that we used in
15  phlebotomy for years now.
16    Q  What are their qualifications?
17    A  They are professional phlebotomists.
18    Q  Do you know their names?
19    A  Betty and -- what is the other lady's name? I
20  don't remember.
21    Q  And these are technicians from Lake Charles,
22  Louisiana?
23    A  Yes. Correct, that draws the blood for us when
24  we do study in the fields.
25    Q  I take it, that it is important to follow

742

1  ERGO's instruction for collecting the blood and
2  preserving it for shipment?
3    A  Yes, it is quite an elaborate procedure because
4  we ended up sending the blood on dry ice.
5    Q  Do you send whole blood on dry ice or do you
6  spin it down to serum before you send it?
7    A  Spin it down and separate it and put it on the
8  dry ice and then ship it in a special glassware.
9    Q  Was there a lab, then, that these phlebotomist
10  used for these purposes?
11    A  We have our own centrifuge. That is all we
12  need.
13    Q  So you actually brought the centrifuge with you
14  and set it up at the examination site?
15    A  Yes.
16    Q  What -- strike that.
17      If the samples are improperly preserved, if one
18  of the technicians, for some reason, makes a mistake,
19  how could that impact the results of the sampling?
20    A  Well, you could, I suppose -- I am trying to
21  think what kind of a mistake we would talk about.
22    Q  Well, let's just say, for example, the samples
23  warm up and they are not frozen or they are not cold
24  enough by the time it reached West Germany -- I guess,
25  now Germany?

743

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

| | |
|---|---|
| 1    A  Yeah, they don't distinguish west and east any<br>2    longer...<br>3    Q  That's right. I am showing my age.<br>4    A  I always thought that the dioxins are<br>5  exceedingly stable and as we were talking yesterday, you<br>6  can keep them in a freezer for years and still get<br>7  reliable results.<br>8      I don't know what the effect -- the reason why<br>9  you don't want to get it warm is you can get bacterial<br>10  growth and bacteria might -- might metabolize the<br>11  dioxins a little bit. That is why you keep them frozen<br>12  because you don't want any microbial action to reduce<br>13  your, you know, the analytes of interest.<br>14      So, I guess, that is the point I would make is<br>15  that if they got unduly defrosted, there might be some<br>16  errors introduced, which would tend to reduce the<br>17  values.<br>18    Q  Let's talk about the PAH and DNA adduct study.<br>19  Are there geographical variations in the blood<br>20  level of PAH, DNA adducts in the United States?<br>21    A  Yes.<br>22    Q  Can you describe what those variations are?<br>23    A  Yes. The biggest difference is urban versus<br>24  rural. If you live in an urban area, you tend to have<br>25  higher adduct levels than if you live in a rural area.<br><br>744 | 1  urban, rural distinction in one of his tables, but I am<br>2  not finding it right quick.<br>3      Here we go. Well, interesting study. He<br>4  doesn't quite do what we want because there is a -- bus<br>5  drivers looked at in --<br>6    Q  Bus drivers what?<br>7    A  They looked at bus drivers.<br>8    Q  They have higher exposure?<br>9    A  They have very high exposures from bus driving,<br>10  and the one here with environmental exposures, they are<br>11  mainly talking about summer and winter differences.<br>12    Q  And that is a relevant distinction, people tend<br>13  to have higher DNA adduct levels in the winter; is that<br>14  right?<br>15    A  Yes.<br>16    Q  Is it because they are in the house?<br>17    A  Yes. And there is more -- in this study,<br>18  anyway, there is more burning of fossil fuels to keep<br>19  warm. This is in Poland. The difference between summer<br>20  and winter is approximately a doubling of the level in<br>21  the exposed population; but there is no difference in<br>22  the control group between the winter and summer.<br>23    Q  Okay. Eric Kriek, is that the name?<br>24    A  K-R-I-E-K, and --<br>25    Q  Mutation Research 1998?<br><br>746 |
| 1  We talked about that yesterday.<br>2      If you live close to a roadway, you are more<br>3  likely to have elevated values than if you lived further<br>4  away from the roadway. And I think those are the major<br>5  regional or geographic differences that have been<br>6  described.<br>7    Q  Is there any sort of general distinction<br>8  between DNA adduct levels -- background DNA adduct<br>9  levels in Mississippi as opposed to Florida?<br>10    A  You wouldn't expect that if they were in<br>11  similar size towns, as we discussed yesterday, as well.<br>12      Now, there may be a difference -- the urban,<br>13  rural differences are not great. There are some slight<br>14  differences. There may be -- let me just look at this<br>15  paper.<br>16      I think I see where it went. It is right here.<br>17  There is a review paper on this urban, rural difference.<br>18    Q  Is that one of the papers you cited in your<br>19  recent bibliography?<br>20    A  Yes. Let's see which one was it. I guess,<br>21  it's the Kriek '98 might be the one that I am looking<br>22  for.<br>23      Here is my list. Okay. Relevant -- this is<br>24  Kriek, K-R-I-E-K, 1998. And he has got a review of a<br>25  lot of the different studies. I thought he had an<br><br>745 | 1    A  Mutation Research '98, yes, that is the paper.<br>2    Q  What table are you on for your --<br>3    A  We are looking at Table 3. And let me see,<br>4  there are some other papers that address this, too.<br>5    Q  This Table 3 looks both at P32 post-labeling<br>6  and Alyssa techniques. That's correct.<br>7    A  2000 Perera.<br>8    Q  If you look at the Perera for the urban, rural<br>9  distinction?<br>10    A  Well, I think she did show -- she discusses it<br>11  in some of her papers. Let me see if I can find the one<br>12  quickly about this issue.<br>13    Q  This is Frederica Perera?<br>14    A  That's right. She has probably written more on<br>15  this subject than anybody else. P-E-R-E-R-A. She<br>16  discussed breast cancer in PAHs in this paper.<br>17    Q  Which paper?<br>18    A  This is 2000, Perera 2000. I am just looking<br>19  for her discussion of our point, but environmental<br>20  susceptibility versus exposure, which we were<br>21  discussing, she addressed that issue, also.<br>22      This is just an old point. Maybe I will go<br>23  back to the older papers. And there is a significant<br>24  difference in the Hemicky paper, 1990, talked about<br>25  urban, rural differences.<br><br>747 |

26 (Pages 744 to 747)

Q Kari Hemicky?

A Um-hmm. I think I have that paper on another file. I am not finding it.

Q But, generally speaking, you think there is a slight distinction between urban and rural residents in effect to PAH, DNA adducts?

A Yes, there is a difference.

Q Exposure to various sources of PAHs is going to effect the level of someone's PAH, DNA adducts; is that right?

A Yes.

Q And that is why cigarette smoking increases the level of PAH, DNA adducts in someone's blood?

A Correct.

Q Also, exposure to side stream smoke?

A Yes.

Q Secondhand smoke?

A Side stream/secondhand smoke will increase the risk.

Q And if someone does household burning of waste or leaves, that would also increase their risk -- or I am sorry, their level?

A Their level of PAH adducts, yes, can be increased by burning of carbonaceous materials.

Q Now, do you know how the daily dose of PAHs

748

from cigarettes smoke compared to daily PAH dose incurred by one of the plaintiffs in this case from creosote smoking?

In other words, the --

A The smoking effect?

Q Yeah. What would the smoking effect be?

A It is very, very slight. Even in this case, you can see, if you look at the paper, we have a few current smokers and they were not any different than the other smokers and -- I mean, nonsmokers. That is what all of the studies have shown. A very slight difference.

It is not as important as the urban, rural difference. However, if you want to look at smoking, and if you look at the papers that have been published, they may indicate that there is a slightly, higher level in smokers. Not all of the studies have shown that, but some have.

Q Are you familiar with an experimental concept called a positive control?

A Yes.

Q Would you consider cigarette smoking a positive control for detecting PAH, DNA adducts?

A Let's look at our sheet. Which exhibit was it that had the DNA adducts? Because it really wouldn't

749

work as a positive control.

Q That's 68. It does indicate smoker and nonsmoker. Here is my copy.

A See, if you look at current smoker levels, clearly, you know, you got Gloria Loggins. She is 2.74. Glenn Collins, 5.44, which is the highest value -- no, Randy Barnes is the highest value.

Q And he is a nonsmoker?

A He is a nonsmoker. Sherrie Ratliff is a current smoker and she is only 2. So if you look at those, it does not look like smoking has any impact.

Q Is that consistent with what the literature indicates?

A Yes. Yes, as I said, most of the studies have concluded that smoking is, you know, not the main source.

Q Do you know the average daily exposure of PAHs of a nonsmoker?

A The average PAH level?

Q Yeah, in nonsmokers?

A It is not -- we don't have the numbers like we can talk about dioxin TEQs. We don't have that same luxury here because, as I said, there is variability in the way it is done. So that there is no defined value out there for normal and abnormal.

750

Q No defined background level?

A No defined background level in terms of the number type thing. There is a general range, but, you know, how many new -- how many adducts per 10 to be nucleotides.

Q Do you know a range of variation in PAH, DNA adducts in an individual day-to-day -- bad question. Let me ask it again.

Do individuals, you or me, for example, have --

A Day-to-day variation?

Q -- day-to-day variation In PAH, DNA adduct level?

A No -- well, what we do know is that it is attached to the lymphocytes and that is what we try and look at among the nuclear cells. And that includes monocytes and lymphocytes and they tend -- monocytes tend to have a fairly short half-life, but the lymphocytes have a long half-life.

The bulk of stuff you look at is, you know, 25 to 40 percent of the cells are lymphocytes and those have a long half-life. So they are not likely to change radically from day-to-day unless there was a big spike of exposure.

In the studies of smokers who stopped smoking, they can have quite high levels and they follow them

751

| | |
|---|---|
| 1    through to see how long it took the adducts to go away.<br>2    I was just looking at that. It takes about two months<br>3    for them to go down.<br>4    Q   You said lymphocytes and --<br>5    A   Monocytes.<br>6    Q   Those are white blood cells; correct?<br>7    A   Yes.<br>8    Q   And when you do these PAH, DNA adducts studies<br>9    you are actually looking for PAH, DNA adducts in white<br>10    blood cells; right?<br>11    A   Yes.<br>12    Q   You are not looking for them in liver cells and<br>13    breast cells?<br>14    A   No. The blood is the easiest tissue to get. I<br>15    mean, obviously, there have been studies on these other<br>16    tissues, but the ones that we are talking about here<br>17    that we did in this case were done on white blood cells.<br>18    Q   And going back to your earlier answer, you said<br>19    that the two different types of white blood cells have<br>20    different half-lives. What are those half-lives?<br>21    What is the half-life for lymphocytes?<br>22    A   Well, the lymphocytes half-life varies. There<br>23    is a small segment of long lived lymphocytes who<br>24    actually are in the blood stream for two to three years.<br>25    They are memory cells. And then there are<br>752 | 1    Were you able to identify any PAH fingerprints<br>2    in this case without being able to determine patterns of<br>3    PAH, DNA adducts, and how they vary between these<br>4    exposed and control groups?<br>5    A   You would have to talk to Dr. Phillips about<br>6    that. He is the author of the opinion that these things<br>7    are specific.<br>8    Q   Okay.<br>9    A   And we don't know which PAHs they are, but we<br>10    know that there are -- you know, I think mostly like 90<br>11    plus percent PAH adducts and not adducts of other types.<br>12    Q   On Page 50 of your report, you state you did<br>13    not adjust for dietary confounders. And then you say,<br>14    "Barbecue intake, because<br>15    that history was unavailable<br>16    at the time in our comparison<br>17    group."<br>18    A   That's right.<br>19    Q   What would be the magnitude of PAH, DNA adduct<br>20    levels you would expect in a regular consumer barbecue?<br>21    A   I don't know. Because I looked at these<br>22    papers, I was looking for someone to try to quantify<br>23    barbecue. And I know there is -- I read a paper on it<br>24    at one point in the distant past, but I could not put my<br>25    hand on it recently.<br>754 |
| 1    lymphocytes that have a half-life of about two to three<br>2    months, and that is the bulk of it.<br>3    Q   How about the other type of white blood cells<br>4    who you said have a shorter half-life?<br>5    A   The leukocytes, those are the polymorphonuclear<br>6    leukocytes. They have a shorter half-life, in a matter<br>7    of hours.<br>8    Q   Now, the P32 post-labeling technique, how<br>9    specific is that technique for PAH adducts?<br>10    A   It is very specific for PAH adducts. In other<br>11    words, you are asking would it cross-react with adducts<br>12    formed by other chemicals like, let's say, atrazine.<br>13    Q   More specifically, can it defect other bulky<br>14    DNA atoms?<br>15    A   My understanding is that the bulky adducts that<br>16    are detected by this method are PAH and I am not<br>17    familiar with what might be giving additional signals<br>18    that are not PAHs.<br>19    I don't know how pure, how specific the<br>20    technique is. It is my understanding that it is very<br>21    specific, but the percentage of specificity, I don't<br>22    know.<br>23    Q   All right. You state, on Page 47 of your<br>24    report, that PAH leave characteristics, fingerprints<br>25    when they bind to mononucleotizing DNA.<br>753 | 1    Q   Are you aware of any peer-reviewed published<br>2    papers which demonstrate an association between creosote<br>3    PAH, DNA adducts in white blood cells and human cancer?<br>4    A   Where the source of the PAH was creosote?<br>5    Q   Yes.<br>6    A   No.<br>7    Q   How about generally, are you aware of any<br>8    peer-reviewed papers that show an increase in PAH, DNA<br>9    adducts in white blood cells and human cancer?<br>10    A   Yes, there are a number of studies that have<br>11    shown that.<br>12    Q   And are those in your bibliography?<br>13    A   They are in the bibliography. Perera, the one<br>14    that we just looked at, has a whole section of her paper<br>15    on the association of DNA white blood cell adducts and<br>16    human lung cancer.<br>17    Q   Lung cancer?<br>18    A   Human lung cancer and human breast cancer,<br>19    both.<br>20    Q   Which Perera paper was that? What year?<br>21    A   I think I was looking at it a second ago. It<br>22    was '99; wasn't it? 2000.<br>23    Q   Well, you got it up. What is the title of that<br>24    Perera paper, 2000 paper?<br>25    A   Molecular Epidemiology, On the Path to<br>755 |

28 (Pages 752 to 755)

1 Prevention.
2 Q Are you aware of any peer-reviewed public study
3 that demonstrates an association between environmental
4 creosote exposure and increased PAH, DNA adduct levels
5 in human white blood cells?
6 A No, I don't think that anybody has done this
7 using -- where creosote was the source of exposure.
8 Coke oven workers have been studied. Smokers have been
9 studied. People living in Silesia, Poland has been
10 studied and a whole host of other people studied using
11 white blood cells; but I don't remember any of them
12 having creosote as the source.
13     Our paper, when we finally get it published,
14 will be the first peer-reviewed article where PAH
15 adducts have been measured in a creosote exposed
16 population.
17 Q And are you currently writing the paper?
18 A We are working on the expansion on the paper
19 that we talked about yesterday.
20 Q Biomonitoring paper?
21 A Biomonitoring paper, yes.
22 Q Who are the authors going to be on that one?
23 A Well, myself, Dr. Schmidt, Dr. Anderson,
24 Harpeet Tarkar, and possibly Dr. Philips. And I'm not
25 sure who else might be added to the author list.
                                                    756

1 Dr. Sposs from my office may be added.
2 Q Are you aware of any peer-reviewed published
3 studies that demonstrate that living on PAH contaminated
4 soils can increase PAH, DNA adduct levels in white blood
5 cells in human?
6 A That is something that we are going to look at
7 to see if there does seem to be any trend from the PAH
8 adduct levels we found in the house dust and in the
9 soils of these various homes to see if there is any
10 linkage to the PAH adduct levels that we found.
11 Q What effect do polymorphisms in xenobiotic
12 metabolizing and detoxifying genes have on white blood
13 cells, PAH, DNA adduct levels in humans?
14 A There is an effect. Again, we can go to that
15 Kriek paper. In the Kriek paper, there is a Table 4
16 looks at different polymorphisms and there appears to be
17 a difference.
18     For example, in those individuals who have an
19 enzyme that is CYP1A1 BAL positive/negative, those ten
20 patients had adducts that were significantly higher than
21 other types, other polymorphisms.
22     And then if you look down to coke oven workers,
23 the ones with the very highest adducts were ones that
24 had a CYP1A12A/2A-GSTM1 null. That GSTM null 00
25 indicates that they were deficient in glutathione
                                                    757

1 metabolizing enzyme and that caused their adducts to be
2 very high.
3     They were 44, where as some of the other coke
4 oven workers were -- but there was only one worker who
5 had that polymorphism. So we do not want to generalize
6 too much from it, but it was strikingly high.
7     What it means is that that person with that
8 defect was not able to process effectively the adducts
9 and get rid of them and repair the DNA. So the DNA
10 adducts built up to a higher level in that particular
11 polymorphism.
12 Q So depending upon your genetic makeup, you
13 could have a particular sensitivity to PAHs?
14 A Yes.
15 Q Do you know what types of polymorphisms the
16 plaintiffs in case had or has?
17 A No, there is no data on what their various
18 genetic patterns are.
19 Q How great an increase in cancer risk do you
20 believe is associated with an increase in PAH, DNA
21 adducts from 0.75 per 10 to the 8th nucleotides to
22 4.11 per 10 to the 8th nucleotides in white blood cells?
23 A You mean how much difference in risk would
24 there be indicated by those two levels?
25 Q Right. If you go from .75 to 4.11, what is the
                                                    758

1 jump in the risk level or is that something that has
2 even been calculated?
3 A I have not seen anybody calculate it using that
4 technique. What they usually do is they talk about the
5 population of people who have higher values as opposed
6 to a population of people of lower values and the risks
7 in the two populations.
8     I don't -- I have not seen anybody really zero
9 in on an individual patient and say, okay, their value
10 is three and their value is seven; and, therefore, that
11 person has got two-and-a-third times higher risk of
12 getting cancer. It isn't that precise.
13 Q Okay. And you have not seen anybody generalize
14 on risk levels for human cancer based on PAH, DNA adduct
15 levels? Apart from, you said the single patient in your
16 prior answer.
17     Has anybody published a slope --
18 A That was a single patient who had the higher
19 adduct levels after being exposed to the coke ovens and
20 had a particular polymorphism.
21     The point that there are -- I mean, every study
22 practically in here reports a higher rate of cancer in
23 the people who have higher adduct levels.
24 Q Sure. Is there a slope factor that you know of
25 that is accepted for PAH, DNA adducts and cancer risks?
                                                    759

29 (Pages 756 to 759)

1    A   No. As I said, I don't think anybody has
2   worked that out. What they have looked at is groups.
3    Q   Now, PAH, DNA adduct levels that were detected
4   in your study were in circulating white blood cells;
5   correct?
6    A   Yes.
7    Q   And circulating white blood cells cannot
8   develop in the cancerous cells because they are
9   terminally differentiated; is that right?
10   A   They are terminally differentiated cells.
11  Therefore, they cannot become cancer.
12   Q   Right. They can't -- well, let me ask you
13  generally. Do white blood cells in circulation become
14  cancerous?
15   A   No, the -- no, I don't think so. I mean, the
16  leukemias come from earlier cell types. Obviously,
17  then, circulating a cancer cell in a leukemia patient,
18  but if you have a normally developed cell, it is not
19  going to undergo cancers degeneration from what I --
20  understand, anyway.
21   Q   Well, in part, because -- correct me if I am
22  wrong -- white blood cells, once they are in the
23  bloodstream, don't multiply?
24   A   Well, I am trying to remember. There are some
25  changes that they can go through, but I think,
                                                    760

1   generally, you are right.
2    Q   And in the 29 people in Grenada, you did not
3   measure PAH, DNA adducts in other tissue; is that
4   correct?
5    A   Correct.
6    Q   Now, on the second table of your report that is
7   Pages 52 through 53, you show the results for 24 people
8   who underwent PAH, DNA adduct testing.
9        And then you state that 5 of the 29 randomly
10  selected plaintiffs failed to show up to have their
11  blood drawn.
12       In your experience, is a 17 percent refusal
13  rate unusual?
14   A   Usually it ranges between 10 to 15 percent. So
15  it isn't too far out.
16   Q   Do you believe that the 17 percent refusal rate
17  in this case affected your results at all?
18   A   I don't think so. I mean, it is kind of hard
19  to know why they didn't want to do it, but --
20   Q   But on Table 3 of your report, you present
21  demographic data for all 29 as opposed to just the 25
22  that showed up; right?
23   A   Right.
24   Q   Can you tell me which people didn't show up?
25   A   Well, we can look at those two tables and
                                                    761

1   figure that out. We have the dioxin table and we have
2   the PAH labels to see what is missing.
3    Q   If you compare birthdays, you can figure out
4   who they are?
5    A   Yeah.
6    Q   We will save that exercise rather than take the
7   time.
8        So does Table 3 represent the -- I guess, I am
9   confused.
10       You got demographics for 29 people in Table 2
11  and then you got Table 3. Does the -- do the averages
12  or the mean levels that you calculated reflect just the
13  measurements in the 25 or is it all 29?
14   A   For the adducts?
15   Q   On Table 3. Does that relate to just the
16  people who were measured or does that relate to
17  everybody?
18   A   Well, it looks like it relates to -- something
19  is a little off here. It should be 24 people. It must
20  be just a mistake in the table. We have to fix that
21  because it looks -- refers to 28 and one missing race.
22       So it refers to 29, but the adducts were only
23  done in 24. So that doesn't make sense. This is the
24  demographics of the whole 29 and not of the 24 that were
25  tested for adducts.
                                                    762

1    Q   And do you think the mean adduct level would go
2   up or down if you subtracted the four that didn't show
3   up?
4    A   Well, what value would you assign them? You
5   wouldn't -- you would not assign them a value because
6   you wouldn't have any idea where they stood. But I
7   mean, if you assign them the mean value, it would not
8   change anything.
9    Q   On Page 47 of your report, this is the next and
10  last sentence of the page; you state, "PAH,
11       DNA adduct levels in white blood
12       Cells reflect environmental exposure
13       To PAHs," and then you cite Haugen for that and
14  Phillips.
15   A   Okay. What page?
16   Q   Page 47, it lists Footnote 77 and 78.
17   A   PAH adduct levels and reflects environmental
18  exposure, okay.
19   Q   And the references are Haugen, H-A-U-G-E-N, and
20  Phillips. Was it the Haugen paper a coke oven workers
21  study?
22   A   I will have to look and see. I don't remember
23  from memory. Should we look at Haugen?
24   Q   Yes, if you could confirm it to me. You can
25  probably look at your footnotes in your paper.
                                                    763

30 (Pages 760 to 763)

1     A   Is there footnotes?  Where are the reference
2   pages?  I forgot.  It is back there somewhere.  I think
3   it might be faster.
4     Q   H-A-U-G-E-N, 1986.
5     A   Right.  Frustrating.
6     Q   It is not cited in your bibliography; Haugen?
7     A   Where is it?  It should be here under coal tar.
8   I don't see it.  Well, I got to find the reference.
9     Q   Let's move on.  The Phillips paper, which you
10  also cited to support that point, is Phillips 1990; is
11  that right?  While you are looking at the references.
12    A   Phillips 1990 is right here.
13    Q   And the Phillips 1990 paper examined 31 heavy
14  smokers and 20 nonsmokers; is that right?
15    A   Let's see 37 smokers, eight former smokers, and
16  eight nonsmokers; is that the right paper?
17    Q   Right.  31 of the people he looked at were in
18  excess of 20 cigarettes a day?
19   .A   Correct.
20    Q   I want to turn now to the paper cited in your
21  report, specifically in reference to breast cancer.
22        If you remember your report contained a main
23  section and then a patient reference list?
24    A   Yeah.
25    Q   And there is a reference for each patient?
764

1     A   Yes.
2     Q   Sherrie Barnes, you have a list of breast
3   cancer references -- and correct me if I am wrong -- it
4   appears to me, at least, that the breast cancer
5   references for Kay Hobbs, for example, are the same for
6   the references for Sherrie Barnes?
7     A   Well, that would make sense.
8     Q   So it is the same papers.  The first one you
9   cited was Brown 1998; correct?
10    A   Um-hmm.
11    Q   And we already looked at that.  That is
12  deposition Exhibit No. 130?
13    A   That's correct.
14    Q   One, the next one is Corinne Charlier,
15  C-H-A-R-L-I-E-R.  We are at 131; right?
16        (Defendants' Exhibits 131 was marked for
17        identification by the court reporter.)
18        MR. PRUDHOMME:  You are at 131 -- the next one
19  would be 131.
20  BY MR. HOPP:
21    Q   I am handing you a copy of the Charlier paper
22  that we have marked as 131.  Is this the same paper that
23  you have cited?
24    A   Yes.
25    Q   And this deals with PCB contamination in women
765

1   with breast cancer; is that correct?
2     A   Yes.
3     Q   And what did Charlier conclude?  What I have
4   given you, I think, is an incomplete copy.
5     A   Relationship between PCB concentrations in
6   serum and risk factor was mainly due to serum levels PCB
7   153, which was significantly higher in breast cancer
8   women than in diseased-free subjects.
9         1.63 versus 0.63, even after accounting for
10  other potential risk factors, these results suggest
11  environmental exposure to PCBs may contribute to
12  multifactorial pathogenesis of breast cancer.
13    Q   Now, in the group that Charlier studied, I am
14  looking at Page 179.
15    A   Um-hmm.
16    Q   The prevalence of menopause was significantly
17  higher in the woman with breast cancer; is that right?
18    A   Yes.
19    Q   Also -- and this is further down the page.
20        Also, for PCBs 52, 101, and 180 serum
21  concentrations did not differ between the two groups; is
22  that right?
23    A   Help me out here.  Where are you?
24    Q   This is under PCB Concentrations, Page 179.
25    A   Okay.  Yeah, I read that in the abstract the
766

1   153 and 138 were higher in cases in control and total
2   PCB content was also higher.
3     Q   In cases?
4     A   Yes.
5     Q   Okay.  Looking, again, at 179 under the heading
6   Association with Breast Cancer, she states.
7         "High concentrations of PCB
8         153 were significantly associated
9         With an increased risk of breast
10        Cancer despite the presence of other
11        factors"; is that right?
12    A   Um-hmm.  Right.
13    Q   So it was the presence of that single PCB that
14  she identified as the risk factor for breast cancer; is
15  that correct?
16    A   Um-hmm.  Yes.  That's right.
17    Q   Looking at the conclusions, I am on Page 180,
18  it is toward the end above Table 3, it says,
19        "In conclusion, our results
20        Comfort the debate that there
21        Is not sufficient evidence to
22        Answer the question on human
23        Risk resulting from low-dose
24        endocrine-related effects."
25        Is that a typo or do you know what that means,
767

31 (Pages 764 to 767)

| | |
|---|---|
| 1   "comfort debate"? | 1   of PCB 99, 118, and 156. Associations were found |
| 2   A. I have never seen that phraseology. I am not | 2   between breast cancer risk and PCB 118 or PCB 156. |
| 3   sure what he meant. Results comfort -- I don't know. I | 3   Breast cancer risk was also associated with |
| 4   don't know. | 4   total concentration of three monoorthosubstituted |
| 5   This is a Belgium who is not a native speaker | 5   congeners. 105, 118, and 156, TCDD paradioxin toxic |
| 6   of English. He may have thought of something he was | 6   equivalence with the highest concentration of 2.02, |
| 7   trying to say. | 7   fourth vs. first quartile. |
| 8   Q  And then what Charlier recommends is | 8   These results suggest that dioxin-like PCB |
| 9   "Further interdisciplinary research, | 9   increases breast cancer risk. Alternatively, the |
| 10   combining detection and quantification | 10   results may be explained by differences between cases |
| 11   of pollutants, epidemiological data | 11   and controls regarding metabolic pathways involved in |
| 12   collection, but also metabolic | 12   the transformation of both monoortho PCBs and estrogens. |
| 13   polymorphism investigations"; Is that | 13   Q  What does that mean, the alternatively? |
| 14   right? | 14   A  It is the susceptibility issue that they can't |
| 15   A  Yes. | 15   handle PCBs as effectively. You know, therefore, they |
| 16   Q  Does the Charlier article include relative risk | 16   have higher concentrations because they cannot excrete |
| 17   data for breast cancer? | 17   them efficiently. |
| 18   A  Well, it has the odds ratio here. Multiple | 18   Therefore, they go on to have the adverse |
| 19   Logistic Regression Table 3. Basically, PCB 153 is | 19   effect. As opposed to patients who can get rid of them |
| 20   elevated, your odds ratio is 1.8 and it is statistically | 20   more effectively. |
| 21   significant. | 21   Q  And Demers concludes, this is at the very end |
| 22   Q  To what extent is PCB 153 dioxin-like? | 22   of the paper, "Although levels of these |
| 23   A  I don't remember what its TEF is. Let's see if | 23   Dioxin-like compounds may |
| 24   we can figure that out. I may have put it on my -- I | 24   Present a risk factor for the |
| 25   probably didn't put it on my table to make it easy. So | 25   Disease, additional studies are |
| 768 | 770 |

| | |
|---|---|
| 1   we have to look somewhere for it. I'm pretty sure I | 1   Needed before concluding that |
| 2   didn't put that one in my -- no, I didn't include it. | 2   These compounds are causally |
| 3   So I have to look it up. | 3   Involved in the etiology of breast |
| 4   Looking for the table with the TEFs in it. | 4   cancer"; correct? |
| 5   And, hopefully, we will find it. I can't find it. | 5   A  Yes. That is what all academics always say, we |
| 6   Q  All right. I don't think we are going to | 6   need more studies. Standard procedure in almost every |
| 7   finish today. We are going to have to return on that | 7   paper. |
| 8   subject. | 8   Q  Fair enough. But Demers is not willing to |
| 9   But in answer to the question to what extent | 9   commit to the definite conclusion that they have |
| 10   PCB 153 is dioxin-like the answer, by its TEF, is that | 10   demonstrated a risk between these exposures and these |
| 11   right? | 11   diseases; correct? |
| 12   A  Yes. | 12   A  That is what he says, yes. |
| 13   Q  Next one is Demers, D-E-M-E-R-S, 2002? | 13   Q  And is this a case control study? |
| 14   A  Okay. | 14   A  Let's see, they identified 315 women for breast |
| 15   Q  I am handing you what we have marked as | 15   cancer and then recruited 219 controls at four different |
| 16   Exhibit 132. | 16   hospitals for the first control. |
| 17   (Defendants' Exhibit 132 was marked for | 17   The second control was 307 women selected |
| 18   identification by the court reporter.) | 18   randomly from the general population of Quebec. Case |
| 19   BY MR. HOPP: | 19   controls were then matched for age into five-year age |
| 20   Q  This is a copy of the Demers article entitled | 20   groups. And region, rural versus urban. |
| 21   Plasma Concentrations of Polychlorinated Biphenyls and | 21   Cases were excluded that they showed distant |
| 22   the Risk of Breast Cancer: A Congener-Specific | 22   metastasis of diagnosis or if they had a previous |
| 23   Analysis. | 23   history of breast cancer or other cancers, et cetera. |
| 24   What did Demers conclude? | 24   Q  So they attempted to match cases with controls? |
| 25   A  Cases had significantly higher concentrations | 25   A  Yes, they did, although there was a little bit |
| 769 | 771 |

32 (Pages 768 to 771)

1 of a cross-sectional aspect of it, as well.
2     Let's see, what did they end up with? How many
3 controls did they end up with at the end of their
4 process?
5     Selected characteristics on Table 1. 314 cases
6 at 523 controls. So it looks like they just added them
7 together, at least for the demographic study.
8     Yeah, it doesn't look like they excluded
9 anybody from their control group, but they did -- as
10 part of their analysis, they looked at different age
11 groups and compared groups and age, 30 to 35.
12     In cases and controls for the various use in --
13 I don't see where they talk too much about age after
14 that. They are mainly talking about the PCB levels
15 after that.
16     So, anyway, it's a very large case control
17 study where they had almost twice as many controls as
18 exposed. And, you know, I think it is sort a
19 combination cross-sectional and case control study.
20   Q   On Page 2 of the study, Page 2 of 13, Demers
21 states -- he talks about previous studies, since the
22 early 1990's. It says, "Most studies that
23     used the sum of all PCB congeners
24     as the measure of exposure did
25     not report an association with the
                                              772

1     risk of breast cancer."
2     Do you agree with that statement?
3   A   Well, I think the statement is correct. He has
4 got one to seven here. These are the earlier studies
5 where they use total PCBs.
6   Q   Right. So if you --
7   A   That is using the Webb-McCall technique. It
8 only quantifies a fraction of the PCBs anyway. So it is
9 really a lousy way of estimating PCB fiber.
10     And what they have done here and other studies
11 that are broken out in other specific congeners, that is
12 where they started to see the effects.
13   Q   Right. And it actually goes on to say that,
14     "However, a series of recent studies
15     that examined the relationships
16     with individual PCB congeners or
17     Groups of congeners have yielded
18     conflicting results."
19     Do you agree with that statement?
20   A   Well, we have to look at each paper, but the
21 statement, obviously, is what he said. Whether I agree
22 with it or not, I guess we would have to go through each
23 paper to see.
24     I think there are some negative studies. I
25 just don't -- you know, that is usually the case. There
                                              773

1 is usually positive and negative studies, and I think
2 that is all he is saying.
3   Q   Again, looking a little further down, this is
4 on Page 2, five lines up from the bottom of the page, it
5 says, "On the one hand, the dioxin-like
6     Compounds elicit a broad spectrum
7     Of antiestrogenic activities and may
8     reduce breast cancer risk."
9     Do you agree with that statement?
10   A   Yes, we talked about that this morning. And,
11 again, it gets back to this question that Dr. Birnbaum
12 brought up, which is that what we really want to look at
13 is the time of exposure and maybe that is one of the
14 confusing things.
15     If we look at a patient with breast cancer
16 already, we may not be looking at the right time.
17   Q   Now, Demers did look at serum levels for
18 individual PCB congeners for the cases and controls;
19 correct, that is Table 2?
20   A   Yes, and he selected the PCBs. I think that's
21 probably more numerous and have the dioxin-like toxicity
22 and the so-called monoortho and coplanars.
23   Q   And at what exposure level, if any, did
24 Dr. Demers identify an increase risk of breast cancer
25 for the congeners that he associates with the increased
                                              774

1 risk of breast cancer?
2   A   You mean what was the level of the PCB?
3   Q   Yes. How much was enough to increase your risk
4 above the odds ratio above one?
5   A   Let's see. The differences between cases and
6 controls, I guess, there is a difference PCB 99 -- it is
7 the ones he identified, 99, 118, 156. He didn't find
8 153 elevating the risk.
9   Q   In contrast to Charlier or who did?
10   A   Yes. But I think I could tell you, it is
11 possible that they misidentified them. Anyway --
12   Q   You think they may have misidentified a
13 congener?
14   A   Well, it is possible. You know, it's a --
15 wait, we will see.
16     Further studies, I'm sure are going to be done.
17 I haven't gone through and looked at the -- all of the
18 studies in detail asking that question about 153 versus
19 156.
20   Q   The question, though, pending is did Demers
21 identity a level of any particular PCB congener in the
22 blood which would necessarily result as an increased
23 risk?
24   A   Well, I'm not sure that he exactly -- yeah, he
25 just says as the TEQs go up, the risk goes up. I don't
                                              775

33 (Pages 772 to 775)

1  see that he quantifies that risk in terms of saying what
2  level of PCB you need.
3      And, again, we go back to the Birnbaum
4  argument. It is probably not the level of PCB level
5  that she has today that is the culprit. It is probably
6  PCB exposure over time; but what is important is that
7  there is this consistent finding of PCBs and breast
8  cancer in study after study after study. And where
9  there is smoke, there is probably a fire.
10     Q   Next one you have cited is -- I don't know how
11  to pronounce it, I guess Dusich, D-U-S-I-C-H. Dusich?
12     A   Yes.
13     Q   This is 133.
14         (Defendants' Exhibits 133 was marked for
15         identification by the court reporter.)
16  BY MR. HOPP:
17     Q   I am handing you what we have marked as
18  deposition Exhibit 133, the Dusich paper entitled
19  Minnesota Department of Public Health, Cancer Rates in a
20  Community Exposed to Low Levels of Creosote Components
21  in Municipal Water.
22         Can you tell me generally what Dusich
23  concluded?
24     A   Well, what he concluded is that there was an
25  increased rate of breast cancer associated with the
                                                    776

1  contamination.
2      Q   This is the study of St. Louis Park, Minnesota?
3      A   Yes.
4      Q   And somewhere near St. Louis Park, Minnesota
5  there was an old wood treatment plant; right?
6      A   Yes.
7      Q   And there were PAHs in the ground water in
8  St. Louis Park?
9      A   That's right.
10     Q   But the PAH concentrations were detected some
11  time in the 1970's or '80's and no one knows how many
12  years that contamination was there; correct?
13     A   Correct.
14     Q   And Dusich states there -- this is on page --
15  the first page of the article near the bottom of the
16  first column. There appear to be no --
17         Epidemiological studies of human
18         populations exposed to low
19         Levels of PAH in water supplies."
20         Do you see that?
21     A   Yes.
22     Q   In fact, Dusich is probably one of the only
23  studies, if not the only study that examines that;
24  right?
25     A   I didn't find any other others, no.
                                                    777

1      Q   Except the Dean paper which followed; right?
2      A   Yes, that's true, also. The Dean paper did not
3  address this same population.
4      Q   Now, Dusich found an increased incidence of
5  breast cancer, and I think a weak association with
6  gastrointestinal cancers; is that right?
7      A   Yes.
8      Q   But she found no other increases in cancer
9  rates; is that right?
10     A   That's right.
11     Q   So it is negative for every cancer other than
12  breast and GI?
13     A   That's correct.
14     Q   Did Dusich ever calculate the relative risk for
15  breast cancer?
16     A   Isn't it right here somewhere? Let me see. I
17  think it is. Let's see. They have a 1.5 full
18  difference in rates. So I presume he -- he is not
19  terribly clear the way he writes it, but it appears the
20  relative risk is 1.5.
21     Q   But it is not expressed as a relative risk
22  calculation; correct?
23     A   Well, he expresses everything else as a
24  relative risk.
25     Q   Right.
                                                    778

1      A   Anyway, he states here -- you got almost
2  backhandedly, he says, because of the sizeable
3  population of Jewish ancestry estimated to be 20 percent
4  in 1971, the influence of this factor as a particular
5  interest, but would not explain the 1.5 fold difference
6  in race even if 20 percent of St. Louis Park's breast
7  cancer cases were Jewish, and a twofold relative risk
8  existed.
9          So by implication, there was 1.5 fold increase.
10     Q   Okay. But -- and I have to confess. I have a
11  little trouble interpreting that sentence and I think
12  maybe you may have expressed the same concern.
13     A   Yes. Well, here is relative risk down here.
14  It is at the bottom of the table, it says, Comparison,
15  St. Louis Park versus Edena, breast cancer, 3.38.
16     Q   Okay.
17     A   P value, 0005.
18         Next, St. Louis versus Richfield, 10.85, .001.
19  St. Louis Park versus SMSA, 13.64, so those are very
20  high relative risks.
21     Q   So that column, 3.38 and 10.85 and 13.65, those
22  are relative risk numbers?
23     A   Yes. Comparisons with different population.
24  You see up above it says St. Louis Park, Edena,
25  Richfield and MSP SMSA. I think that is Minnesota state
                                                    779

34 (Pages 776 to 779)

1 rates.
2    Q   It is the standard Metropolitan statistical
3 area for Minneapolis, St. Paul.
4    A   I see. Compared to those three other groups,
5 you get different relative risks depending on which
6 group you are looking at.
7    Q   What is the relevance of the P value?
8    A   That is the degree of statistical significance.
9 Anything that is greater than .05 is considered highly
10 significant.
11    Q   And so the only P value that is higher than
12 .05, according to Dusich, is St. Louis Park versus
13 Edena; right?
14    A   Yeah, he has listed this as .05 -- less than
15 .05. P less than .1. I think what he meant to say was
16 it was between .05 and .1.
17       I think he made a mistake or she made a mistake
18 when she expressed that table. But I think that is what
19 she is meaning there.
20    Q   But the St. Louis Park versus Richfield and
21 St. Louis Park versus SMSA, those are not statistically
22 significant; correct?
23    A   No, no, no. Those are highly statistically
24 significant. .05 or less is considered highly ·
25 statistically significant. So all the rest of those are
                                                          780

1 highly significant statistically. At a very, very high
2 level of certainty, that is statistically significant.
3 Borderline.
4    Q   In our case; that is, in the Grenada case, the
5 exposures were not due to ground water; correct?
6    A   As far as we know. Now, there were some
7 personal wells that people drew water from, but they
8 were never measured.
9       And, apparently, they -- most of the people
10 were still on municipal water. They apparently did use
11 some water from a local well from playing in it and so
12 on, which was eventually closed; but we just don't have
13 any data.
14    Q   And in particular with respect to Sherrie
15 Barnes, you don't know whether she was ever on well
16 water; right?
17    A   Correct.
18    Q   Does the Dusich study isolate the level of
19 creosote in ground water which is necessary to cause an
20 increase risk of breast cancer?
21    A   No. All they said in this paper is that there
22 was levels considered to be above the MCL.
23    Q   And what is the MCL for PAHs in ground water?
24    A   Don't know offhand.
25    Q   Just, for the record, what is an MCL?
                                                          781

1    A   Maximum contaminant limit.
2    Q   And that is the limit that is set by the United
3 States EPA; is that right?
4    A   Yes, and sometimes by state or local
5 governments.
6    Q   And the idea there is it is an acceptable level
7 of a particular constituent in ground water; is that
8 right?
9    A   Yes. Again, you go back to this whole issue of
10 regulatory values, which are set and it doesn't mean
11 they are necessarily safe, and there would be no adverse
12 effect below that level because their knowledge is
13 constantly evolving, A, and, B, they set those
14 based on economic issues.
15    Q   All right. Let me hand you 134, which is the
16 Dean paper.
17       (Defendants' Exhibits 134 was marked for
18       identification by the court reporter.)
19    ·   THE WITNESS: Yes. I didn't include this in my
20 bibliography because this paper is a joke.
21 BY MR. HOPP:
22    Q   All right. Let's talk about that.
23    A   What they did is they eliminated people who
24 were complaining of environmental worry, and when they
25 excluded them from the cohort, which they did, they
                                                          782

1 found no significant difference. No one that I ever
2 heard of would ever do anything like that. It is just
3 ridiculous.
4    Q   All right. Dean Dusich?
5    A   Dusich isn't on this paper.
6    Q   Yes, she is. She is the third author on the
7 Dean paper. So --
8    A   You're right.
9    Q   So looking at deposition Exhibits 133 and 134,
10 the Dean paper is 134 and the Dusich paper is 134; they
11 have authors in common?
12    A   No, no. It is the same cohort.
13    Q   It is the same cohort and same authors?
14    A   Same cohort -- well, two of the same authors.
15 But what difference does that make? The point is this
16 is the same cohort. They just reanalyzed their data.
17 You see, they got Harriet Imrey instead of Eunice
18 Sigurdson.
19    Q   Right.
20    A   It is on both of them.
21    Q   Kari Dusich, William Hall, and Andrew Dean are
22 on both papers?
23    A   .Yes.
24    Q   And the Hall paper retracts the finding from
25 the Dusich paper; is that right?
                                                          783

ESQUIRE DEPOSITION SERVICES
(323) 938-2461

1    A   Yes, using the trick that I just told you they
2    use. That is ridiculous. I don't know how they ever
3    got this thing published. It is ridiculous to eliminate
4    people because of environmental worries is nuts.
5    Q   Is that the only reason they eliminated people?
6    A   Um-hmm.
7    Q   Didn't they actually look at a larger control
8    group in the Hall paper?
9    A   Yes, but that would not eliminate the problem
10   that I am referring to.
11   Q   So you reject the Hall paper out of hand?
12   A   Out of hand. Absolute garbage. This is
13   unbelievable.
14   Q   Even though it is authored by the same people
15   who authored the Dean paper?
16   A   I know what happened here.
17   Q   What happened?
18   A   They got pressure from their bosses to
19   reanalyze the data and get rid of that finding. I have
20   seen it over and over in government agencies.
21   Q   Do you know that for a fact or are you saying
22   that based on your experience with public health
23   agencies?
24   A   Based on my experience with public health
25   agencies and based on this paper itself. If you -- I
                                                        784

1    mean, if you tell a group of epidemiologists that that
2    is what they did, everyone would say that is not
3    appropriate.
4        My epidemiologist threw up her hands and said,
5    I have never seen anything like this in my entire life.
6    What are they trying to do?
7    Q   Well, have you ever seen a published critique
8    or criticism of the Dean paper?
9    A   I haven't looked for one, but I am not aware of
10   any. It was published a long time ago, 1988.
11   Q   Has anybody gone into the St. Louis Park,
12   Minnesota area since 1988 and tried to confirm or
13   contradict the findings in either the Dean paper or the
14   Dusich paper?
15   A   Not that I am aware.
16   Q   We will mark this next one 135.
17       (Defendants' Exhibits 135 was marked for
18       identification by the court reporter.)
19   BY MR. HOPP:
20   Q   This is the Eldridge paper. Eldridge is cited
21   in on your reference list for breast cancer as number
22   five; is that right?
23   A   Yes.
24   Q   And the title is Genotoxicity of Environmental
25   Agents in Human Mammary Epithelial Cells; is that right?
                                                        785

1    A   Yes. Um-hmm.
2    Q   What is a mammary epithelial cell?
3    A   It is a cell from the breast tissue.
4    Q   Is it close to the outside of the breast tissue
5    or is it closer to the skin?
6    A   No, it's a ductal cells. It's the -- when they
7    say epithelial, they are talking about the lining of the
8    ducts in the breast.
9    Q   And what did Eldridge conclude?
10   A   Well, they were screening various agents to see
11   which ones caused DNA changes that would be compatible
12   with cancerous change or precancerous change.
13   Q   And one of these agents was TCDD?
14   A   One of those agents was TCDD. One of them was
15   712 dimethylphenanthrene. One was tobacco smoke, and
16   one was benzopyrene.
17   Q   Okay. And what did she conclude?
18   A   A positive response is absorbed with direct
19   acting agents suggesting that HMEC may lose their
20   metabolic capabilities in long-term cultures.
21       The HMEC UDS assay will be used to address the
22   role environmental agents in human breast cancer by
23   determining whether chemicals are DNA reactive for
24   metabolized and DNA reactive species in this critical
25   target tissue.
                                                        786

1    Q   This was an in vitro study?
2    A   Yes.
3    Q   That means that the cells were taken out of
4    women or taken out of breast tissue. The breast tissue
5    was --
6    A   Reduction mammoplasty. Women who were having
7    their -- they had normal breasts and they were having
8    them reduced in size. So they could take out some
9    breast tissue to do that.
10   Q   They take the extra tissues, then, and Eldridge
11   and her co-authors then experimented on the tissue that
12   had been removed; is that right?
13   A   Yes. They grew it up in a culture.
14   Q   And then they introduced these agents to see
15   what would happen?
16   A   That's right.
17   Q   And so it is not a case control study?
18   A   No. It is a basic, you know, do these types of
19   chemicals cause this disease.
20   Q   And does it indicate --
21   A   It shows relevant potency, too. I mean, some
22   things are more powerful than others causing the effect.
23   Q   Does it contain relative risk data for breast
24   cancer?
25   A   No.
                                                        787

36 (Pages 784 to 787)

| | |
|---|---|
| 1   Q   Does it indicate a statistically significant<br>2 relationship between any particular exposure and breast<br>3 cancer?<br>4   A   No, it doesn't. He just talks about the agents<br>5 itself.<br>6   Q   And the exposures that you think are relevant<br>7 to our case are TCDD, benzopyrene, and what else?<br>8   A   The anthracene.<br>9   Q   The study states that, no UDS activity was seen<br>10 with 2, 3, 7, 8-TCDD; is that right?<br>11   A   Correct.<br>12   Q   And so it is negative for TCDD?<br>13   A   That's correct. It is positive for the PAHs.<br>14 It shows the BP, benzopyrene, was a more stronger<br>15 inducer of UDS than an equimolar concentration of DMBA.<br>16 These data correlate with in vitro mutagenicity and DNA<br>17 binding levels.<br>18   Q   All right. And what is DMBA?<br>19   A   That is the anthracene, the other PAH.<br>20   Q   Was there an effect detected with aflatoxin?<br>21   A   Yes.<br>22   Q   So aflatoxin produced the result that they were<br>23 looking for?<br>24   A   Yes.<br>25   Q   And what -- just so I am clear, what they were<br><div align="right">788</div> | BY MR. HOPP:<br>2   Q   This is a copy of the Falck paper that you have<br>3 cited; is that right?<br>4   A   Yes.<br>5   Q   And the title is Pesticides and Polychlorinated<br>6 Biphenyl Residues in Human Breast Lipids and Their<br>7 Relation to Cancer; is that correct?<br>8   A   Yes.<br>9   Q   And was this another in vitro study?<br>10   A   No. This is a measurement of PCBs and also DDT<br>11 and some other chlorinated pesticides in women mammary<br>12 tissue, who had breast cancer, in 20 patients and 20<br>13 controls. So it was a human study.<br>14   Q   A human case control study?<br>15   A   Human -- yeah, I guess you could call it a case<br>16 control. The cases were probably matched pretty well.<br>17 Let's see, benign breast disease.<br>18   Q   And what did Falck's --<br>19   A   And they matched as close as they could on<br>20 height, weight, and smoking, and no dietary history was<br>21 available.<br>22   Q   What did Falck, et al., conclude?<br>23   A   I think that there was a correlation with PCBs<br>24 and DDT and the levels were higher in the case and<br>25 control; and it was statistically significantly higher.<br><div align="right">790</div> |
| looking for was a DNA repair response; is that it?<br>2   A   Yeah. What was it? UDS means unscheduled<br>3 repair or something or other. Unscheduled -- what is<br>4 it? Unscheduled DNA synthesis.<br>5   Q   And --<br>6   A   Induced by chemicals. It is a marker of<br>7 genotoxicity.<br>8   Q   That is not surprising that TCDD did not show a<br>9 genotoxic response exactly because TCDD is not a<br>10 genotoxin; correct?<br>11   A   Yes.<br>12   Q   PAHs are?<br>13   A   Yes.<br>14   Q   As is aflatoxin?<br>15   A   As is aflatoxin, that's correct.<br>16   Q   Did they study anthracene?<br>17   A   I didn't see that mentioned here. I read you<br>18 the list.<br>19   Q   Yeah. Next one on your list is Falck,<br>20 F-A-L-C-K?<br>21   A   Yes.<br>22   Q   I am handing you what we have marked as<br>23 Deposition Exhibit 136.<br>24     (Defendants' Exhibits 136 was marked for<br>25     identification by the court reporter.)<br><div align="right">789</div> | Q   So PCB and DDT. Did they study dioxins?<br>2   A   No, this was PCBs using the Webb-McCall<br>3 technique, as I said before.<br>4   Q   And this is the technique that you thought was<br>5 not reliable?<br>6   A   It is reliable, but it does not measure as many<br>7 PCBs because it only measures those -- the pattern --<br>8 the peaks that are similar to Aroclor 1260 or 1242. So<br>9 they count all of the peaks.<br>10     They don't quantify all of the PCBs, so -- here<br>11 it is. "PCBs were calculated as Aroclor<br>12     1260 (peaks with prevention<br>13     Time greater than that for p, p DDE)"<br>14     By the method of Webb and McCall."<br>15     And see, that technique is not as accurate in<br>16 terms of assessing the PCB body burden or the specific<br>17 congeners.<br>18     So this is an older technique. And, you know,<br>19 it is not going to be a good -- as good a<br>20 characterization of the dioxin-like PCB.<br>21     The congener specific studies are. And -- but<br>22 still, this -- they found a positive correlation. This<br>23 paper triggered a whole bunch of more papers to be<br>24 written and huge arguments had occurred.<br>25   Q   What kind of arguments?<br><div align="right">791</div> |

<div align="right">37 (Pages 788 to 791)</div>