671:4,9
mixed 712:19
mixture 697:20
721:19 805:7
830:1 847:24
model 681:7,9
731:15 732:7
800:7 802:1,7
molecular 701:10
755:25
molecules 707:21
money 692:19,21
Monica 644:16
645:17 649:1
668:5,10
monocytes 751:16
751:16 752:5
mononucleotizing
753:25
monoortho.770:12
774:22
monoorthosubsti...
770:4
month 704:6,10
months 659:13
665:25 676:13
691:1 752:2
753:2
Morbidity 647:19
morning 675:17
700:9 774:10
Morris 827:11,14
827:21,24 828:3
828:19 829:6
830:12,17
831:11
mortality 648:8
811:8 822:16
823:9
moth 739:19,24
740:1,9
mother 660:15,17
681:11,19
682:22 685:9
690:23 817:20
mother's 681:16
mouse 697:2
698:14
mouse's 697:21
698:22
mouse-feeding
697:25
move 701:15 728:2
728:4 764:9
827:9
moved 681:19,25
690:23 691:5,7
701:25 728:6
Moving 809:1

MSP 779:25
multifactorial
766:12
multiple 768:18
802:5
multiply 760:23
municipal 647:18
776:21 781:10
Muscat 830:21
831:3,12,13,17
832:22 833:20
833:21 834:16
834:19
mutagenicity
788:16
Mutation 746:25
747:1
Mysteries 655:20
mystery 711:18
.M-A-N-Z 822:2,10
822:11
M-e-t-h-i-m-a-z-...
726:24
M-e-t-r-o-n-i-d-...
725:21
M-i-t-r-a 671:3
M-U-S-C-A-T
830:21
M.D 644:15 645:15
647:3 649:4
673:12,13,19
857:7,20

**N**

Nadine 701:22
name 669:8 671:2
672:7 673:8
683:6 685:20
742:19 746:23
802:12 858:15
named 687:23
names 677:3
742:18
Naperville 740:2
naphthalene
715:11 721:22
722:22 737:4
738:5,9 739:10
739:18,19,24
740:1,10
Narrate 734:5
narrative 659:4
nasal 723:5,8
737:5
nation 669:4
National 686:18
799:6
native 768:5 855:9
natural 686:7

naturally 659:21
nature 712:9 714:8
714:10,17,17
801:17
near 777:4,15
854:6
nearly 827:7
necessarily 775:22
782:11
necessary 702:10
781:19 806:13
830:13,18
834:17 843:6
necessity 684:21
need 656:24 663:3
696:14 712:4
726:13 743:12
771:6 776:2
820:14 833:14
833:16 836:15
842:6
needed 736:22
771:1 810:24
816:18
needs 691:11
730:25
negative 699:12
773:24 774:1
778:11 788:12
804:2,5,10 805:9
832:20 835:15
837:11 840:7,10
Negri 835:23 836:5
836:12,20
837:10
neighbor 714:7
neighborhood
650:22 651:23
653:21 654:4
706:20
neither 699:14
858:11
neonatal 701:8
neoplasms 811:21
813:18 823:11
neuroblastoma
738:1
Neuroblastomas
737:16
neurological
705:15 709:5,5
never 666:3 674:9
681:4 704:19,22
724:14 725:12
731:11 768:2
new 671:22 672:5
672:12 673:22
674:10 677:1

678:6 680:10
709:14 710:4,13
710:13 751:4
797:3 801:25
810:18 831:7
838:13
nine 647:23 691:1
799:17,24
806:24 812:5
823:7
ninefold 821:1
nitrotoluene 695:9
noisy 655:19
nondetect 713:6
nonlinear 718:19
nonsignificant
796:23
nonsmoker 750:3,8
750:9,18
nonsmokers
749:10 750:20
764:14,16
nonstick 706:1
non-absorbable
826:25
Non-Ah 846:9
non-genotoxic
844:17,23
non-white 671:8
non-whites 669:18
normal 656:16
658:19 664:15
684:21,22
694:20 717:8
750:25 787:7
normally 760:18
NORTHERN
644:2 645:2
nose 723:10 737:7
notation 844:22
noted 738:21
857:10
notes 655:20 811:5
notice 702:21
803:25
noting 694:5
notion 666:20
740:18 793:12
793:15
Novel 647:11
NPT 737:9
NTP 737:13,14,14
737:21,22 738:4
nuclear 751:15
nucleotides 751:5
758:21,22
null 757:24,24
number 659:10,11
661:22 664:14

666:8 688:14
691:21 692:11
707:4 719:18
730:2 733:19
736:18 751:3
755:10 785:21
793:12 795:21
799:12 806:24
808:7,15 812:10
812:11 814:8
818:6 819:9
827:10 830:21
834:14
numbers 664:23
684:2 750:21
779:22 812:21
813:6 824:16
833:15,16
840:23 841:22
841:23,25
numerous 774:21
nurses 648:5
814:17,21,23,25
815:2,4,10 816:3
nuts 784:4
nylon 655:6,8,10
655:10,11,14,25
656:4,5,7,9
N-E-G-R-I 835:23

**O**

oath 649:10 858:6
obese 662:7
obesity 662:1,2
663:3,23
obligate 723:10
obscure 854:25
observation
803:10
observations 803:6
813:4
observe 742:6
observed 852:24
obtained 658:12
659:14 797:17
obviously 678:7
684:21 752:15
760:16 773:21
occasionally
704:10,19
occupation 839:19
occupational
699:15 700:1
795:24 796:19
799:3 839:1,4,12
840:19 843:1
occupations 839:7
839:14
occur 654:23 684:4

716:22 728:13
798:4 847:12
occurred 690:3
791:24
occurrence 699:17
716:3,4 717:12
occurring 793:3
OCDD 653:1,6
Ocean 645:16
odd 841:1
odds 768:18,20
775:4 796:23
798:14 800:5,21
801:3 811:23
820:20 821:16
842:2
oestrogenic 809:21
offhand 716:2
781:24
office 757:1
OFFICES 646:3
offspring 668:21
686:3 691:20
Oftentimes 798:2
oh 681:15 696:25
710:1 792:1
794:25 795:7
840:2,18 842:14
843:21
oil 697:24
oils 827:1
okay 653:7 657:6
659:6 660:25
662:6,13,16
664:3 670:18
671:4 674:25
676:10 690:22
701:16 707:14
709:11 710:5
711:4 712:21
713:13 718:24
734:15 735:25
736:5 739:17
742:5 745:23
746:23 754:8
759:9,13 763:15
763:18 766:25
767:5 769:14
779:10,16
786:17 798:21
799:8 800:10
801:1 816:6,11
823:14 840:5
843:24 847:11
848:9 850:10,16
853:16 854:23
855:21 856:1
old 681:23 733:1
739:19 747:22

777:5
older 682:6,7
  683:7 747:23
  791:18 838:15
oldest 720:17
Olestra 826:15,17
  826:24
once 690:1 702:25
  726:15 736:13
  736:17 760:22
  820:14 832:5
ones 665:7 670:2
  670:10 690:20
  752:16 757:23
  757:23 775:7
  786:11 809:13
ongoing 650:14
  732:21 740:24
onset 826:6
oophorectomy
  662:20
open 695:1
operation 654:22
opinion 754:6
  821:21
opinions 738:8
opposed 700:12
  704:13 745:9
  759:5 761:21
  770:19 793:18
  851:16
opposite 663:7
oral 719:13
order 683:6 696:7
  801:16 802:10
  806:23 810:5
  814:4 819:9
  821:25 836:16
  838:5 843:8
organ 723:17
  793:23,24
  813:19
organic 647:9
  667:4 675:1
organochlorine
  647:24 648:12
  699:16 701:12
  807:8,12,14
  809:19 831:6
  832:16
organogenesis
  694:9
organotrophotro...
  723:14,15,18
organs 813:6
original 689:5
outcome 697:9
  700:14
outcomes 667:22

701:1,4
outside 786:4
  850:13
outtakes 731:12
outweigh 805:9
oven 756:8 757:22
  758:4 763:20
ovens 759:19
overall 665:20
  671:21 796:14
  803:11 805:6,13
  823:3 841:13,13
  850:21
overexposure
  730:4
overlap 850:15
overly 699:20
overwhelmed
  730:3
owned 650:7
Oxazepam 727:1
o'clock 856:2
o-o-p-h-o-r 662:21
O-x-a-z-e-p-a-m
  727:2

_____P_____
p 779:17 780:7,11
  780:15 791:13
  791:13 809:25
  835:19
page 647:8 648:2
  687:18,19 694:6
  696:5 699:5,14
  732:14 733:15
  733:24 738:22
  740:17 753:23
  754:12 763:9,10
  763:15,16
  766:14,19,24
  767:17 772:20
  772:20 774:4,4
  777:14,15
  792:19 801:13
  804:14 808:13
  834:19 842:3,12
  845:3 846:13
  848:14 851:4
pages 761:7 764:2
  848:20,22
PAH 650:15
  680:20 681:1
  684:3 688:17,18
  688:20,20
  695:11,12
  715:11,24
  716:16,24 717:7
  717:9,16 719:8

719:13,20 720:1
  720:7,21 721:12
  721:23,24 722:7
  744:18,20 748:6
  748:9,13,23
  749:1,23 750:19
  751:6,11 752:8,9
  753:9,10,16,24
  754:1,3,11,19
  755:3,4,8 756:4
  756:14 757:3,4,7
  757:10,13
  758:20 759:14
  759:25 760:3
  761:3,8 762:2
  763:10,17
  777:10,19
  788:19 828:10
  829:7 839:20,20
  841:19,20,20
  848:5,8
PAHs 691:22
  695:13,25 717:2
  717:22 718:5
  720:2 721:21
  722:1,16 747:16
  748:8,25 750:17
  753:18 754:9
  758:13 763:13
  777:7 781:23
  788:13 789:12
  796:10 797:1
  828:2,4 829:11
  829:24 830:5,11
  839:13,15
  842:24 843:3
  844:15 846:15
  846:23 847:9,21
  847:23 848:10
  848:12
PAH's 845:22
paid 650:8
Pam 673:4,10,13
paper 664:6 666:3
  669:5 670:25
  671:4,9 672:15
  674:25 675:3,5
  675:15,18
  683:25 685:24
  686:5,20 687:21
  687:23,25 689:3
  689:4 692:10,20
  693:8,15,16,23
  695:4 696:4,6
  698:2 702:2,9
  703:9 708:20,21
  709:12,18 712:6
  737:16 745:15
  745:17 747:1,16

747:17,24 748:2
  749:8 754:23
  755:14,20,24,24
  756:13,17,18,20
  756:21 757:15
  757:15 763:20
  763:25 764:9,13
  764:16,20
  765:21,22
  770:22 771:7
  773:20,23
  776:18 778:1,2
  781:21 782:16
  782:20 783:5,7
  783:10,10,24,25
  784:8,11,15,25
  785:8,13,14,20
  790:2 791:23
  797:17 798:6
  800:17 806:16
  806:23,24 807:6
  810:7,12 812:4
  813:22 814:4,5
  814:15,17 816:2
  817:4 818:12
  819:16,21,24
  820:1,6 821:19
  821:20 822:1,5,8
  823:13 824:3,8
  825:12 827:9,11
  827:14,20,21,21
  827:23 828:3,15
  830:9,20 831:3
  832:9,19,22
  833:10 834:16
  837:11 838:5,16
  838:17,22
  840:14 842:22
  842:22 843:14
  844:12,24 847:6
  848:2,9 849:9,17
  849:23 853:19
  854:12,17
papers 672:8
  685:23 693:20
  745:18 747:4,11
  747:23 749:15
  754:22 755:2,8
  765:8 783:22
  791:23 797:21
  821:22 828:14
  830:9 833:11
  837:13 838:13
  838:15 855:11
paradioxin 770:5
paragraph 700:11
  796:15 832:12
  842:4,12 845:4
paragraphs 694:22

parasites 726:5
parity 661:20,21
Park 777:2,4,8
  779:15,19,24
  780:12,20,21
  785:11
Parker 706:21
Park's 779:6
part 654:17 670:1
  670:2 672:13
  682:22 732:21
  733:23 740:24
  760:21 772:10
  836:19
partially 845:9
participate 733:18
particular 664:5
  683:21,24
  685:20 689:16
  710:20 715:8
  717:15 758:10
  758:13 759:20
  775:21 779:4
  781:14 782:7
  788:2 806:13
  813:25 816:3,21
  817:8,14,20,23
  820:21 829:6,7
  829:25 830:5,13
  830:17 840:3
  847:11,21,23
  850:7
particularly
  708:22 711:13
  714:11 795:7
  796:9 807:15
  811:3 817:16
  818:22 839:6
particulates 708:4
  708:6,12
parties 858:13
parts 713:10,10
  737:24 738:2
  834:6
pass 682:6
passage 676:1
passed 658:1,8
Path 755:25
pathogenesis
  766:12
pathways 770:11
patient 663:14
  715:12 720:22
  720:25 723:22
patients 674:19

705:6 710:8
  717:6,10,10,25
  718:1 725:11
  726:10 732:5
  757:20 770:19
  790:12 793:8,17
  794:2 833:18,19
  834:1 841:18
pattern 791:7
patterns 687:1
  754:2 758:18
Paul 780:3
pay 729:1,4,6
paying 813:12
PB 800:6
PBDE 708:16
  709:1,8,14,23
  710:18 711:7,22
  712:2,11,24
PBDEs 709:25
  711:9 712:10,17
  713:2,5
PCB 647:23
  667:13 668:6
  676:6 683:21
  704:21,23
  765:25 766:5,6
  766:24 767:2,7
  767:13 768:19
  768:22 769:10
  770:1,2,2,8
  772:14,23 773:9
  773:16 774:18
  775:2,6,21 776:2
  776:4,6 791:1,16
  791:20 793:9,17
  799:18,24
  800:22 801:2,10
  802:17 803:1
  804:6,16 805:4
  806:13 809:24
  815:21 817:4
  820:2,19 821:15
  821:22 831:14
  833:1 834:9,10
  836:9,25 837:16
  837:25
PCBs 653:15
  666:24 683:21
  709:7 712:14
  713:3 766:11,20
  770:12,15 773:5
  773:8 774:20
  776:7 790:10,23
  791:2,7,10,11
  792:12 793:6,13
  795:6 802:6
  806:6 807:17
  809:6,10,12

816:14,25 818:2
831:9,22 832:1
833:7 837:20
**PCB's** 648:13
676:21
**PCDD** 851:10
**PCDF** 712:16
851:10
**PDBE** 712:23
**peaks** 791:8,9,12
**peanut** 697:24
**Pecoraro** 677:17
679:19,20
**peer-reviewed**
755:1,8 756:2,14
757:2
**penalty** 857:8
**Penco** 653:17
**pending** 775:20
**Pension** 799:6
**people** 650:21
651:22 652:19
652:20 664:21
672:23 676:15
676:17 677:4
690:1 692:18
693:6 700:21
704:17,19 705:4
707:24 709:10
709:15,23
710:14 714:3,6
717:17,22 725:9
725:15 728:2,10
728:13 730:2
731:20 732:17
733:7,19 734:23
734:25,25
735:20,20,22,23
735:25 736:7,16
736:25 74:2,12
741:15,20,23
742:3,14 746:12
756:9,10 759:5,6
759:23 761:2,7
761:24 762:10
762:16,19
764:17 781:7,9
782:23 784:4,5
784:14 792:1
805:25 806:1
810:19 812:11
817:16 821:16
826:21 829:22
835:2 841:11
843:3 851:14,18
852:15 854:2
855:14
**people's** 689:6
798:22

**percent** 652:24
665:22 669:22
670:12 705:10
727:23,25
728:15,16
729:15,20
730:12 751:20
754:11 761:12
761:14,16 779:3
779:6 808:24
812:14 822:22
823:4,18 855:15
855:19
**percentage** 753:21
**Perera** 747:7,8,13
747:18 755:13
755:20,24
**Perfluorooctanoic**
706:7
**perinatal** 701:11
674:15,
**period** 652:24
**perjury** 857:8
**persistent** 647:9
667:4 675:1
687:1
**person** 692:18
710:18 758:7
759:11 795:1
**personal** 781:7
**person's** 706:24
710:20 720:9
**perspective** 705:22
**pesticide** 739:24
807:13,14 850:5
**pesticides** 647:21
790:5,11 850:6
**Petralia** 797:2
838:6,8,10,12,13
838:22,24
840:14 842:22
843:5
**petre** 844:8
**PHAHS** 686:24
**Phenobarbital**
724:21
**phenoxy** 811:18
813:14
**Philips** 756:24
**Phillips** 754:5
763:14,20 764:9
764:10,12,13
**phlebotomist**
736:21 742:10
742:12 743:9
**phlebotomists**
742:17
**phlebotomy**
742:15
**phone** 655:18,18

**phonetic** 827:2
**phony** 729:3
**phraseology** 768:2
**Ph.D** 673:14,15
**picked** 733:13,17
733:22 734:1
735:20
**picogram** 851:13
851:16
**picograms** 853:1,2
855:24
**piece** 654:16
**Pier** 668:10
**pile** 736:19
**pills** 660:19 684:25
818:20
**place** 734:11,12
858:4
**placebo** 674:11,12
**placed** 858:6
**places** 740:5
**plaintiffs** 644:6
645:6 646:2
654:5 741:4,4
749:2 758:16
761:10
**plan** 740:25
**plant** 648:9 651:23
652:10 653:17
654:1,2,3,6,12
655:9 656:10,13
732:22 734:13
734:22 735:6
777:5 822:13,19
822:23 824:10
850:5,14 851:12
851:15 854:6,8
854:11
**plants** 656:18,19
**Plasma** 647:15
769:21
**playing** 781:11
**plays** 720:14
**plea** 693:22
**Pliskova** 843:9,13
843:25 844:3,11
847:6 848:2,9
**plus** 680:2 682:18
754:11 802:6
847:9
**point** 667:3 673:25
674:14 690:11
698:4 699:21
701:5 708:20,21
729:9 744:14
747:19,22
754:24 759:21
764:10 783:15

797:9,24 803:24
804:15 812:19
813:9 816:2
823:13 824:2
830:10 832:3,3
832:12 835:12
836:14 837:12
837:15,18 846:2
846:8 850:18
**pointing** 830:9
846:11
**points** 705:13
706:10 708:25
709:7 829:24
**poison** 825:2
**poisoning** 825:7,7
825:20 826:1
**Poland** 746:19
756:9
**policy** 692:17
693:3 718:12
**pollutants** 647:9
667:4 675:1
768:11
**pollution** 653:21
669:21 670:19
670:22 850:11
**polybrominated**
708:16 712:24
**polychlorinated**
647:14,16,21
648:4 769:21
790:5 799:18
828:11
**polycyclic** 648:15
839:1
**polyhalogenated**
686:24
**polymorphism**
758:5,11 759:20
768:13 816:4,17
816:20 817:8,21
837:17
**polymorphisms**
757:11,16,21
758:15
**polymorphonucl...**
753:5
**polyunsaturated**
829:1
**pooled** 713:9
**poor** 666:19
**pops** 712:13
**popular** 656:7
661:17
**popularly** 695:21
**population** 664:20
707:2 728:8
746:21 756:16

759:5,6 771:18
778:3 779:3,23
794:3 812:9
816:9 817:3
836:17 837:1
850:17
**populations** 759:7
777:18 806:7
**position** 675:7
**positive** 662:22,23
749:20,22 750:1
774:1 786:18
788:13 791:22
804:11,12 805:2
805:9 834:21
839:23,25 840:2
840:7,9
**positively** 804:1
**positive/negative**
757:19
**possibility** 659:10
707:3 712:1
794:25 816:19
835:9
**possible** 700:11
730:22 738:18
775:11,14
817:15,19
**possibly** 738:16
756:24 796:4
**post** 663:20
**postclean-up**
676:12
**postconception**
688:5 699:3
**postmenopausal**
662:18 663:6,11
663:13,14,15
665:3,4
**postnatal** 700:12
705:22
**post-labeling**
747:5 753:8
**potency** 684:8
716:8 719:19,21
787:21
**potent** 695:24
827:7
**potential** 653:21
701:8 733:6
741:4 766:10
**potentially** 685:4
**Potentiated** 844:16
**pounds** 656:25
657:9
**powerful** 787:22
**practically** 759:22
**practice** 656:16
672:23 679:9,15

723:19
**practices** 824:11
**pre** 663:20
**precancerous**
786:12
**precedent** 793:10
**precise** 759:12
**precisely** 825:6
**Preclinical** 648:6
**predict** 732:8
**predictor** 831:19
**predispose** 701:9
**Predisposition**
647:12
**pregnancies**
659:11 661:22
808:8,16
**pregnancy** 658:21
659:9,12 661:24
665:9 685:10,11
686:2 691:3
697:11 705:12
**pregnant** 668:14
668:18 690:25
705:14
**premenopausal**
648:14 662:1,3,4
662:19 663:4,25
664:24 665:5
838:24,25 839:9
839:18
**premium** 729:6
**prenatal** 647:12
686:6 687:16,17
688:1,11,13
689:10,22
690:14 691:8
700:12 705:17
**preparation** 829:2
**prescribe** 726:8,8
**prescribed** 723:20
724:3,5,14,15,20
724:22 725:19
725:24 726:12
726:15,20,23
727:1,4
**prescribing** 724:10
724:11
**prescription** 725:7
**prescriptions**
723:22
**prescriptive** 725:3
**presence** 767:10,13
806:6
**present** 655:15
681:13,14 694:8
695:23 707:4
712:8 713:7,8
716:23 717:6,7

761:20 770:24
795:11,12
796:10 803:20
811:19
**presentation** 675:7
**presented** 675:5,8
733:21
**presenting** 819:21
**preserved** 743:17
**preserving** 743:2
**president** 824:24
**pressed** 827:1
**pressure** 660:3
784:18
**presumably** 651:6
794:21
**presume** 778:18
**presumed** 811:19
**pretty** 700:20
702:14 728:8
769:1 790:16
797:25 801:7
833:25
**prevalence** 766:16
**prevent** 700:21
**prevention** 756:1
791:12
**prevents** 684:1
**previous** 771:22
772:21 832:15
832:19
**previously** 650:10
659:3 796:21
**primarily** 704:5
731:6
**primary** 729:18
**prime-DDE** 809:25
**principal** 801:7
801:18 802:11
803:22
**principally** 846:17
**PRINCOMP**
801:22
**prior** 660:9 690:18
738:17 759:16
858:5
**PRO** 801:22
**probably** 651:4
653:1,2,5 655:10
666:23 681:24
682:7 683:9,10
691:11 699:21
707:5 717:11
720:2 727:6
747:14 763:25
768:25 774:21
776:4,5,9 777:22
790:16 792:8
793:3 796:7

797:12 808:25
832:2 833:15
836:18 843:2
851:8
**problem** 668:13
720:13 784:9
841:5 842:10,15
842:18
**problems** 732:23
741:1
**procedure** 674:4
679:9 743:3
771:6
**procedures** 742:6
**proceedings** 858:3
858:5,7
**process** 734:3
736:6 758:8
772:4 792:23
**produce** 696:3
702:11 830:13
830:18
**produced** 788:22
**product** 708:15
**products** 707:4,6
795:25 796:20
797:11 799:4
**professional**
673:17 679:5
742:17
**professors** 701:19
**profound** 697:15
**program** 673:23
**project** 672:16
674:10 677:1
678:13,16,21
679:3 680:6,18
689:6
**proliferation**
648:15 844:18
846:1
**proliferative**
688:12
**prolongs** 684:2
**promoter** 829:2
**promoting** 828:20
**pronounce** 776:11
810:6 850:19
**properly** 847:2
**properties** 809:21
**proposition** 696:6
729:21 730:13
**prospective** 815:11
**prospectively**
815:18
**prostate** 706:12
**prostrate** 813:4
**Protection** 692:24
**protective** 662:2

700:14,19
707:18 805:17
846:24
**protein** 687:4
**protocol** 729:4
**protocols** 729:3
**prototype** 687:6
**provide** 652:8
699:15 702:9
**provided** 801:24
**providing** 675:16
803:15
**PRUDHOMME**
646:3 670:8
681:13 698:10
738:20,25
740:13 765:18
849:14
**pubescent** 694:12
**public** 648:16
701:21 739:14
756:2 776:19
784:22,24
837:10 855:6
**publish** 819:22
**published** 652:18
689:7 749:15
755:1 756:13
757:2 759:17
784:3 785:7,10
819:25 851:25
854:12
**publishing** 701:18
**pulling** 692:16
**pure** 753:19
**purified** 825:13
**purpose** 661:1,12
675:6 695:4
713:25 715:20
732:18 733:6
738:8 742:6
**purposes** 716:7
736:23 743:10
**put** 663:24 675:21
697:20,22,23
698:21 743:7
754:24 768:24
768:25 769:2
792:8,9 802:7
P-e-c-o-r-a-r-o
677:17
P-E-R-E-R-A
747:15
P-L-I-S-K-O-V-A
843:12
**p.m** 645:18 649:2
**P32** 747:5 753:8
**P450** 648:4
**P53** 844:13

| **Q** |
| --- |
| **qualifications** |
| 673:18 742:16 |
| **qualitatively** |
| 824:13 |
| **quality** 717:3 |
| **quantification** |
| 768:10 794:17 |
| **quantified** 820:24 |
| **quantifies** 773:8 |
| 776:1 |
| **quantify** 754:22 |
| 791:10 |
| **quantitate** 681:6 |
| **quantitative** |
| 714:24 843:7 |
| 847:14 |
| **quantities** 713:8 |
| **quartile** 770:7 |
| **Quebec** 771:18 |
| **question** 661:12 |
| 671:24 683:24 |
| 685:7,23 692:5 |
| 692:22 702:1 |
| 706:2 710:22 |
| 711:23 713:2,4 |
| 715:4 718:7 |
| 719:23 721:8 |
| 723:7 751:7 |
| 767:22 769:9 |
| 774:11 775:18 |
| 775:20 796:3 |
| 807:9,11 817:25 |
| 830:16 855:4 |
| **questionnaire** |
| 658:13 659:5 |
| 660:5 734:8 |
| 741:13 |
| **questions** 672:6 |
| 689:13 690:8,19 |
| 692:9 695:1,3 |
| 704:3 715:14 |
| 718:8 |
| **quick** 746:2 |
| **quickly** 747:12, |
| 819:22 |
| **quintile** 801:7 |
| **quintiles** 800:22 |
| **quite** 668:2 681:23 |
| 692:12 700:24 |
| 703:3 708:8 |
| 717:5,11,20 |
| 719:12 743:3 |
| 746:4 751:25 |
| 826:9,10 828:5 |
| 828:17 829:16 |
| 839:10 841:11 |
| **quits** 849:10 |

| **R** |
| --- |
| **race** 666:13 762:21 |
| 779:6 |
| **radiation** 828:19 |
| **radically** 751:22 |
| **Railroad** 646:11 |
| **rainwear** 707:9 |
| **raised** 665:21 |
| 704:6 711:25 |
| 794:25 819:1 |
| **random** 734:1 |
| **randomly** 732:20 |
| 732:25 740:22 |
| 761:9 771:18 |
| **Randy** 750:7 |
| **range** 649:17,21 |
| 650:1 652:19 |
| 657:17,24 |
| 658:19 682:4 |
| 727:14 734:13 |
| 734:22 738:2 |
| 751:3,6 825:22 |
| 853:15 |
| **ranges** 761:14 |
| **ranks** 671:10,18 |
| 672:1 |
| **rapid** 652:3 |
| **rare** 664:19 798:1 |
| 798:2 |
| **rat** 647:13 683:25 |
| 685:10 688:6 |
| 691:25 698:16 |
| 723:3 |
| **rate** 649:12,18 |
| 652:8 669:23 |
| 670:3,4,24 671:7 |
| 671:21 728:5 |
| 730:10 737:24 |
| 759:22 761:13 |
| 761:16 776:25 |
| 795:4 839:10 |
| 842:15 851:3,5 |
| 855:23 |
| **rates** 647:17 |
| 649:17 669:3,14 |
| 669:22 670:11 |
| 670:20,23 |
| 671:22 776:19 |
| 778:9,18 780:1 |
| 842:7,17 851:25 |
| **ratio** 768:18,20 |
| 775:4 796:23 |
| 798:14 800:21 |
| 801:3 820:20 |
| 821:16 |
| **ratios** 647:19 |
| 841:1 842:2 |
| **Ratliff** 750:9 |
| **rats** 685:9 686:2 |

688:4,8,13,14
698:17 703:10
723:1,5,10
737:11,18,19,22
**rat-feeding** 698:18
**reach** 714:14 841:2
841:6
**reached** 743:24
804:13
**reactive** 786:23,24
**read** 655:22
661:13 662:5
668:11 689:14
712:5,5 732:16
740:21 754:23
766:25 789:17
837:4 855:11
857:8
**readily** 832:10
**reading** 662:12
671:1 675:17
808:12 827:23
842:11
**reads** 693:5
**real** 710:20 716:11
725:16 734:18
800:16
**really** 680:7 703:3
703:25 749:25
759:8 773:9
774:12 794:12
802:9 806:19
818:12,18,25
820:1 823:13
835:20,20 837:7
841:7 855:7,12
**reanalyze** 784:19
**reanalyzed** 783:16
**reason** 650:20
695:24 702:7
743:18 744:8
784:5 793:7
805:24 818:14
844:21
**reasonable** 660:13
**reasons** 651:1
699:25 701:3
703:4 714:20
718:12,13
730:15 807:22
849:4
**recall** 719:14
724:10,11
**receive** 674:1
676:5,15
**received** 675:18
**receptor** 687:5
693:25 694:5,7
694:16,20,23,25

839:25 846:6,9
846:11,19,19,25
receptors 695:16
recess 703:18
740:14 795:15
recollection 671:23
671:25
recommend 701:1
725:9,11
recommended
725:2
recommends 768:8
record 649:9...
655:22 687:20
738:20 781:25
858:7
recorded 657:25
825:18,19
recruited 771:15
recurrence 831:6
831:16,20 832:4
832:6,23 833:19
833:25 834:9,10
834:14
recurrent 831:23
redistribution
792:22
reduce 652:5
661:23 684:7
744:12,16 774:8
824:12
reduced 652:23
662:21 665:15
684:1 716:14
721:19 787:8
817:1
reduces 684:2
Reduction 675:2
675:15 787:6
reference 652:8
659:2 671:17
685:25 694:2,3
715:16 719:11
733:23 737:20
764:1,8,21,23,25
785:21 799:12
806:23 818:5
819:7,8 822:1
838:6
referenced 795:20
references 661:8
763:19 764:11
765:3,5,6 810:6
811:14,15 814:5
819:5 827:10
830:21 835:23
843:9
referencing 720:10
referents 842:8

referred 837:25
848:7
referring 688:3,7
740:16 784:10
refers 762:21,22
854:11
reflect 762:12
763:12
reflected 652:5
reflects 763:17
812:10
refresh 681:18
refusal 761:12,16
regard 847:15
regarded 846:16
regarding 713:21
724:3 770:11
region 728:4
771:20 850:25
regional 745:5
registration
739:24
regression 768:19
803:3,8
regular 678:7
754:20
regulate 847:2
regulatory 782:10
852:22
reject 784:11
relate 762:15,16
821:20 831:21
842:22
related 686:25
727:24 728:9
798:6 801:4
803:23 807:20
838:1,3 846:11
relates 762:18
relation 790:7
836:24
relationship 766:5
788:2 842:25
relationships
773:15
relative 661:23,25
663:4,7,9,12,17
664:1,8,9,14,18,
665:23 693:8,10
768:16 778:14
778:20,21,24
779:7,13,20,22
780:5 787:23
793:25 794:4
798:10 800:5
801:3,4,5 820:18
830:7 832:22,24

832:25 833:8
858:12
relatively 709:14
834:20 841:23
relatives 703:22
release 670:22
relevance 780:7
796:2 847:6
relevant 745:23
746:12 787:21
788:6 807:23
811:3 817:18
818:1 831:24.
837:22 849:5
reliable 744:7
791:5,6
relied 713:19
religion 662:24
relying 654:15
738:5,9
remains 666:6
remarkable 703:3
remember 649:9
660:8 661:6
667:20,21
671:20,21 678:5
681:16 683:8
702:15 716:2
723:2,6,9 724:2
724:4 733:14
741:24 742:20
756:11 760:24
763:22 764:22
768:23
remembered
723:25
remove 835:5
removed 787:12
821:6
Ren 673:4,6,17
rendering 700:14
rented 741:24
repair 717:25
729:25 758:9
789:1,3
repeat 653:10
repeating 837:7
repellant 739:25
replacement 661:1
669:1 684:25
818:20
report 659:1,4
673:21 696:5
699:6 704:13
705:1 732:13
735:8 738:21
740:17 753:24
754:12 761:6,20
763:9 764:21,22

772:25 795:20
796:13 810:18
854:12
reported 644:22
796:21
reporter 645:19
655:16,18,21
675:11 687:12
696:19 698:12
712:19,22
729:10 765:17
769:18 776:15
782:18.785:18
789:25 795:17
799:21 807:4
810:14 814:13
818:9 819:14
822:7 827:17
831:1 836:3
838:20 843:16.
849:21 858:2
reports 759:22
represent 762:8
represented
832:13
request 741:20
require 675:25
required 694:7
696:3 814:1
rereview 667:22
Rescue 675:2
677:1
research 669:9
671:24 672:15
672:15 686:19
689:6 692:19
693:3,4 702:5
746:25 747:1
768:9
researcher 820:17
residence 733:1
735:4
resident 727:7
residents 650:11
732:20 733:6
740:23 748:5
828:24,24
Residues 790:6
resistent 680:22,24
resources 736:2
respect 684:15
781:14 811:1
819:4 821:21
855:3
respiratory 737:5
respond 832:7
response 688:8
690:8 718:18,20
718:22 730:9

738:1 786:18
789:1,9 842:7,15
842:17 846:21
responses 687:3
responsive 680:25
rest 671:15 725:16
735:21 780:25
851:6
restaurant 704:11
result 714:4 730:3
732:8 775:22
788:22 797:16
808:5,13 820:22
835:12
resulted 823:1
resulting 688:13
767:23 803:16
results 743:19
744:7 761:7,17
766:10 767:19
768:3 770:8,10
773:18 802:21
803:5,19 805:16
809:18 832:13
832:13 834:24
842:4,13 845:21
retardant 708:14
retracts 783:24
retrospective
822:16
return 769:7
Revich 849:11,16
849:17,23,25
850:4,16 852:1
853:19 855:23
review 661:8,10
672:14,24,24,25
686:20 687:21
689:3,4 693:15
745:17,24
797:20 810:16
819:2 823:23
828:3,13 829:12
830:9 836:7
reviewed 667:8
683:24 837:14
reviewers 819:23
reviews 810:25
827:22 828:9
Reynold 673:9
Rich 661:9,9,14
Richfield 779:18
779:25 780:20
rid 758:9 770:19
784:19
RIDDICK 646:12
ridiculous 783:3
784:2,3
Rifanpin 723:20

723:22 724:3
right 658:7 664:12
665:1,13 666:13
668:1 675:4
679:24 681:6
684:17 686:17
686:20 688:23
689:3 690:9
691:4 693:11
696:22 697:21
698:14,15,23
699:1 700:17
702:9 706:4
712:18 718:7
723:11 724:20
725:4 733:25
734:2 736:24
738:8,18,19
740:10,11 741:5
744:3 745:16
746:2,14 747:14
748:10 752:10
753:23 754:18
758:25 760:9,12
761:1,22,23
764:5,11,12,14
764:16,17
765:15 766:17
766:22 767:11
767:12,16
768:14 769:6,11
773:6,13 774:16
777:5,9,24 778:1
778:6,9,10,16,25
780:13 781:16
782:3,8,15,22
783:4,8,19,25
785:22,25
787:12,16
788:10,18 790:3
792:13 794:8,14
795:9,25 798:10
799:19,25
800:13,18
801:13 802:14
804:3,8,9 805:20
805:21 806:24
807:21 808:4,14
808:21 810:2,16
811:10 812:4,5
813:16 814:6,15
814:18 815:23
816:22 817:5,6
818:13 819:9,10
819:16 820:1,5
821:3,12,18
822:1,13,23
823:6,10,11,17
823:20,20

824:25 825:4,23
826:16,24,25
827:12 828:15
829:4 831:7,9
832:17,21
835:24 836:5,7
836:20 837:2,7
837:11 838:6,11
839:2 840:10,19
841:15,18
842:16 843:8,10
846:6,24 847:22
847:25 849:2,12
849:17,23 850:1
850:7,16 852:7
853:8,25 854:4
854:19 855:23
856:1
**right-hand** 842:14
845:3 846:14
**rise** 712:3 801:25
**risk** 647:22,24
648:4,14 654:19
655:4 661:5,7,9
661:10,13,18,23
661:25,25 662:7
662:17,17,18,21
663:4,9,12,17
664:1,4,7,8,10,14
664:18 665:5,9
665:17,19,23,25
666:3,12,14,22
668:20,23 669:1
669:20 671:5
681:7,12 682:5,8
682:10,17,21
683:3,9,12,15
684:15,16 685:1
685:12,14,16
689:10 690:13
691:20 693:8,10
693:11 698:3
699:25 700:23
700:25,25 703:4
705:18 714:3,6,7
715:1,2,5,6,9,13
715:15 716:12
716:21,22
718:17 719:2
720:9,18,20
721:6,7,13,15,17
722:16,20 724:3
728:4,7,14
730:11 738:10
748:19,21
758:19,23 759:1
759:11,14 766:6
766:10 767:9,14

767:23 768:16
769:22 770:2,3,9
770:24 771:10
773:1 774:8,24
775:1,3,8,23,25
776:1 778:14,20
778:21,24 779:7
779:13,22
781:20 787:23
794:1,4,10,13,15
794:21 796:12
796:18 797:6
798:10 799:19
800:5,7 801:3,4
801:5,5,5 802:18
802:23 803:14
803:23 804:2,7
804:17,21 805:5
805:8,11,13,18
805:19,24 806:2
806:14,21 807:9
808:6,21,23,24
809:3,11,22
810:1 812:11,13
814:1 815:17,22
816:4,15 817:17
818:14,16 820:4
820:12,18,23
822:25 824:5
830:7 831:23
832:2,22,24,25
833:8,13 835:6
836:17,18 837:2
837:20 838:25
839:18,20
841:14 850:21
852:2
**risks** 665:15
693:12 759:6,25
779:20 780:5
**Rita** 677:20 680:3
680:5
**roadway** 745:2,4
**rodents** 694:12
**role** 648:10 694:20
786:22
**room** 674:15
736:22
**root** 678:1,3 707:5
**Root's** 679:9,15
**routine** 817:11
**Rude** 678:2
**run** 680:16 704:19
**running** 684:16
825:8
**runs** 679:25
**rural** 744:24,25
745:13,17 746:1
747:8,25 748:5

749:13 771:20
**Russia** 648:17
850:1,3,25 851:6
**Russian** 855:8,11
**R-E-F-E-R-E-N-...**
842:8
**R-e-n** 673:8
**R-e-y-n-o-l-d**
673:9
**R-i-f-a-n-p-i-n**
723:20
**R-o-o-t** 678:3

_____ S _____

**Sacramento** 679:9
679:16,18
680:15
**safe** 651:21 714:22
716:13 719:8
720:24 782:11
**salmon** 668:2
795:8,11
**Samara** 713:20
**sample** 817:12
**sampled** 705:8
**samples** 743:17,22
808:2,3 855:14
**sampling** 713:6
743:19 808:4
**Santa** 644:16
645:17 649:1
668:5,10
**SAS** 801:22
**sauna** 674:15
**save** 762:6
**saw** 792:15
**Sawyer** 654:10,15
660:10 704:2,4
713:19,20,22
714:1,3 715:7,14
719:17 720:4
824:19 825:16
**Sawyer's** 704:13
705:1
**saying** 670:16
692:20 718:24
774:2 776:1
784:21 803:21
846:6 849:4
**says** 663:25 665:11
665:14 668:12
669:9 687:13
689:15 700:11
767:18 771:12
772:22 774:5
775:25 779:2,14
779:24 804:5
809:2 818:20
829:5 842:4

845:4 846:15
855:1
**Schecter** 708:14
709:19 711:23
**Schmidt** 673:4,6
756:23
**Schmidt's** 673:17
**science** 679:11
684:12 701:14
715:18 716:16
731:24 837:17
**scientific** 718:13
739:13 792:3
**scientists** 708:17
712:3 793:16
**score** 801:4,10,11
801:12 803:23
**scored** 801:11
**scores** 801:24
**screen** 661:13
**screened** 736:23
**screening** 786:10
**screwing** 835:1
**se** 807:18
**searching** 672:7
**second** 755:21
761:6 771:17
831:18 844:4
**secondary** 729:18
**secondhand**
666:10 748:17
**section** 686:22
687:17 699:5
755:14 764:23
804:14 805:15
808:5,13
**securing** 675:7
**see** 656:24 657:3,8
657:9,21 660:11
664:6 669:9
671:13 674:20
681:16 685:22
686:22 687:9,13
688:10,15,15
693:12 700:6
710:15 711:2
719:16,22 720:3
721:11 723:7
731:19 732:6,11
736:8 737:16,21
738:12 745:16
745:20 747:3,11
749:8 750:4
752:1 757:7,9
762:2 763:22
764:8,15 768:23
771:14 772:2,13
773:12,23 775:5
775:15 776:1

777:20 778:16
778:17 779:24
780:4 783:17
786:10 787:14
789:17 790:17
791:15 792:24
800:4 801:11
806:7,18 808:11
809:7 811:15
815:16 820:24
831:15 832:24
837:13 840:18
842:14 852:3,4
853:11 855:6
**seeing** 701:3
805:11 833:22
852:18
**seen** 680:23 681:4
712:1 731:11
759:3,8,13 768:2
784:20 785:5,7
788:9 808:22
825:12 840:4,5,5
840:6
**sees** 692:5
**segment** 752:23
**selected** 732:19,25
740:20,21
741:16,21
761:10 771:17
772:5 774:20
**selection** 735:2
829:1
**send** 743:5,6
817:11
**sending** 743:4
**sends** 742:8
**sense** 716:8 762:23
765:7 800:4
802:25 828:8
831:25
**sensitive** 803:5
813:10
**sensitivity** 714:18
758:13
**sentence** 662:11
712:6 763:10
779:11
**separate** 721:24
743:7
**September** 658:5,6
797:20
**serum** 709:24
713:11 743:6
766:6,6,20
774:17 807:24
808:4
**serum-starved**
845:14

**served** 677:4
**service** 739:14
**session** 675:4
848:25
**set** 743:14 782:2,10
782:13 858:4
**setting** 654:23
655:17 685:14
**seven** 652:17,21,24
759:10 773:4
795:21 822:22
**shaded** 670:9,10
**sham** 674:12
**sheet** 749:24
**Sherrie** 654:4,14
656:21 681:6,11
681:19,21 683:2
683:6,13 690:12
690:20 692:3
703:21,23 704:9
704:12,25
705:25 713:14
713:16 715:8
750:9 765:2,6
781:14 796:2
798:7 807:21
811:3,817:7,10
821:21 831:21
832:5 837:22
842:23 847:7
**Sherrie's** 704:7
**Sherry** 731:16,25
**ship** 743:8
**shipment** 743:2
**short** 648:7 711:24
751:17 819:18
819:23
**shorter** 652:13
753:4,6
**shorthand** 645:19
858:1,8
**show** 722:4 730:8
738:10 747:10
755:8 761:7,10
761:24 763:2
789:8 792:16
796:24 806:10
833:11 838:18
**showed** 683:25
707:19 713:9
761:22 771:21
797:20
**showing** 717:11
744:3 794:6
831:22 832:15
**shown** 666:18
670:13 715:24
716:25 717:5
722:23 749:11

749:17 755:11
845:18
shows 697:15
787:21 788:14
800:5 805:23
837:25 848:12
851:4
shy 658:8
sic 702:21
sick 712:4 724:19
826:22
side 685:8 748:15
748:18 842:14
sign 668:11
signals 753:17
significance 780:8
798:16 804:13
819:19 833:9
835:21 839:21
840:25 841:3,6
841:24 842:1
significant 663:6
664:9,22 665:20
699:9 706:11
713:8,24 715:19
716:17 721:1
747:23 768:21
780:10,22,24,25
781:1,2 783:1
788:1 800:9,11
800:12,15,15
801:6 805:23
811:9,23 812:1
812:16,20 813:8
813:9,18,20
823:12,16 824:4
829:7 833:6,7
834:4 835:17,19
839:18 840:14
840:23 841:8
significantly 652:4
670:3 715:8
717:5 757:20
766:7,16 767:8
769:25 790:25
800:20 811:21
812:21 820:11
833:1 837:21
signify 702:17
signs 668:7,9
Sigurdson 783:18
Silesia 756:9
similar 665:18
687:1 704:17
709:3,6 710:12
710:16 714:2
718:10 731:23
745:11 791:8
797:8 801:4

821:23 845:2
846:2,5
similarities 797:5
similarly 674:19
813:4
simply 660:7 794:6
794:20 849:4
single 685:10 699:2
716:6 759:15,18
767:13 795:1
806:16 852:23
sir 849:24
sister 682:15
sisters 660:17
682:15 683:2,4,7
683:13 690:17
sit 672:23 674:5,15
676:25 677:8,10
677:12,15,17
site 696:5 743:14
854:2
sites 671:19
sits 673:3 677:22
situated 674:19
six 669:21,23
851:14 852:15
854:13,15,24
855:18
size 694:18 745:11
787:8
sizeable 779:2
skilled 855:7
skin 729:14 786:5
skip 672:5
slight 745:13 748:5
749:7,11 809:2
slightly 713:12
749:16 800:12
800:14 803:17
slope 715:16 716:2
716:5 718:15,23
720:11,15
721:24 722:3
738:7 759:17,24
806:22
slower 652:20
653:13
slowly 701:15
smack 658:18
small 664:23
752:23 796:22
804:18 805:13
805:23 813:7
834:14 840:24
841:7,22,23
Smith 679:22
smoke 666:10,11
748:15,17,18
749:1 776:9

786:15
smoker 730:11
750:2,4,10
smokers 749:9,10
749:17 751:24
756:8 764:14,15
764:15
smoking 666:5
748:12 749:3,5,6
749:14,22
750:11,15
751:24 790:20
SMR 811:24 823:3
823:15
SMRs 811:19
SMSA 779:19,25
780:21
society 728:12
soil 731:19 851:11
853:22
soils 650:17 757:4
757:9
somebody 711:25
someone's 748:9
748:13
somewhat 666:6
716:6 721:13
sorry 653:7 655:16
662:10 670:19
702:13 712:19
717:17 732:14
748:22 800:24
803:7 808:9
830:16 831:13
832:14 838:25
848:15
sort 674:12 679:5
684:15 745:7
772:18 815:11
828:15
sorts 835:2
sound 724:9
soup 712:25
source 651:7
653:24,25 655:5
667:3,24 750:16
755:4 756:7,12
sources 653:21,23
748:8
South 704:23
so-called 691:16
715:1 721:25
774:22
Spain 821:2
speaker 768:5
speaking 748:4
speaks 699:11
special 743:8
species 786:24

specific 687:3
688:21 724:2
742:5 753:9,10
753:19,21 754:7
773:11 791:16
791:21 792:7,12
793:4,5 799:2
820:2 837:6
844:17
specifically 653:22
654:11 656:21
660:5,9 672:3
688:3,7 714:5,12
715:25 753:13
764:21 844:3
specificity 753:21
spectrum 687:2
774:6
speculation 692:13
spell 662:21 725:20
726:13
spend 835:8,11
spending 693:6
sperm 691:18,19
spike 751:22
spin 743:6,7
sport 667:15,25
668:5
Sposs 757:1
spread 812:14
Springs 706:21
squared 657:4,14
St 777:2,4,8 779:6
779:15,18,19,24
780:3,12,20,21
785:11
stable 744:5
803:12
stack 669:25
staff 649:15,17,18
Stage 689:23
stain 707:10,12,15
staining 845:6
stand 696:10
standard 674:4
771:6 780:2
803:16,17 804:4
808:18 825:10
stands 834:3
start 736:7 833:22
852:18 853:23
started 659:18
691:8 773:12
starting 808:13
833:3 842:12
state 669:13,22
670:1,3,4,5
671:21 732:16

740:20 753:23
754:12 761:9
763:10 779:25
782:4 857:16
858:2
stated 689:9
699:20 703:11
716:24
statement 696:10
696:13 699:10
699:11,18
730:24 773:2,3
773:19,21 774:9
793:1 803:25
states 644:1 645:1
670:13,16,24
671:10,18 672:2
694:6 699:6,14
708:22 728:7
744:20 767:6
772:21 777:14
779:1 782:3
788:9 795:2
797:5 809:18
815:19 828:23
844:3
state-wide 669:16
669:17
statistical 780:2,8
798:16 802:4,10
802:15 804:12
804:13 806:17
833:9 835:21
839:21 840:24
841:3,6,24 842:1
statistically 663:6
664:9,22 665:20
768:20 780:21
780:23,25 781:1
781:2 788:1
790:25 800:20
801:6 811:9,21
811:23 812:1,15
812:20 813:8,9
813:17,20
823:15 833:6
834:4 840:23
841:8
statistician 802:8
statistics 802:8
804:22
status 676:20,23
stayed 657:24
664:22
stick 707:13
stimulate 695:16
846:1
stimulated 845:12
846:9

Stimulating 846:25
stir 794:24
stock 820:17
stomach 697:23
stood 763:6
stopped 651:24
652:10 659:18
659:19 736:14
736:18 751:24
stops 652:22
straight 855:10
strains 680:21
681:2
Strasse 685:24
688:24 696:16
696:21,24
697:18 698:2
702:22
Strasser 702:21
stream 748:15
752:24
stream/secondha...
748:18
Street 646:4,13
strike 665:24
682:25 705:1
707:25 711:20
722:14,18 725:2
728:19 741:11
743:16 817:2
821:19 825:15
striking 706:13
strikingly 758:6
strong 727:24
835:21 845:17
stronger 788:14
strongly 805:1
structurally
686:25
structure 816:21
studied 655:1
661:17 667:21
674:9 708:14
756:8,9,10,10
766:13 801:9
851:14
studies 652:18
663:22 666:8,18
667:6,9 672:17
680:20 681:1,4
683:17,20,25
686:1 689:15,15
691:21 692:11
692:13 693:5
698:5 699:12,15
700:2 701:4
705:16,20,21
707:19,23 709:3
715:22 716:6

717:1,14 722:4
722:23 723:1,1,3
728:1 730:8
732:4 738:4,7,10
739:5,6,8,9,15
745:25 749:11
749:17 750:14
751:24 752:8,15
755:10 757:3
770:25 771:6
772:21,22 773:4
773:10,14,24
774:1 775:16,18
777:17,23
791:21 792:1
796:24 797:19
805:3 809:10
810:19,23,24,25
811:5 815:20
816:18 817:10
817:13,18
820:15 829:13
829:13,14,15,16
829:20,23 848:7
848:8
study 648:5 662:2
666:2,9 667:10
674:2,5,6 684:5
684:10,11,13
685:8,17,21
688:6 692:22
693:13,14
696:24 697:2,4
697:10,25
698:14,16,18,25
700:4 702:19
705:5 723:8
737:9,11 739:13
742:24 744:18
746:3,17 756:2
759:21 760:4
763:21 771:11
772:7,17,19,20
776:8,8,8 777:2
777:23 781:18
787:1,17 788:9
789:16 790:9,13
790:14 791:1
794:3,5,24
796:11,22 797:2
797:24 798:12
799:1,9,13,16,17
806:3,4,12
807:15,19 809:9
810:3,5 811:18
814:18,21,23,25
815:1,4,11,14
817:2,25 818:2
820:16 821:2

822:12,16
823:23,25 824:2
829:19 831:20
834:20 835:16
835:20,22,23
836:5,20 837:22
839:4 840:5,6
841:7,10 842:16
842:20,20 843:4
843:5,8 844:6,7
847:13 848:2,10
850:4 851:20,23
studying 667:10,12
806:6 844:8
849:2,3
stuff 707:20
708:23 751:19
852:6
stupid 711:2
style 739:19
subgroup 816:15
subject 717:15
718:9 726:9
732:19 740:21
747:15 769:8
799:9 824:18
838:11
subjects 732:25
740:18,20 766:8
submit 843:2
subpoenas 693:22
subscribed 858:15
subsequent 793:2
793:4
subsequently
829:23
substitution 687:1
subtracted 763:2
sufficient 721:9
767:21
suggest 709:3
766:10 770:8
805:6,16 809:23
suggested 700:8
802:21 849:7
suggesting 694:19
786:19 804:21
832:1,7
suggests 832:9
849:6
Sulfisoxazole
726:14
sum 772:23
Sumara 850:25
851:7
summarize 670:25
summarized 705:1
summary 689:6
summation 792:14

summer 746:11,19
746:22
supplies 777:19
supply 825:14
848:17,24
support 699:15
739:6,10 764:10
793:11,14 796:8
809:18 836:23
845:21
supportive 812:3
812:24 823:23
supports 696:12
suppose 740:8
743:20
suppressor 844:14
supressed 694:18
supression 846:20
sure 654:15 668:13
673:24 681:23
690:7 695:3
701:6 702:2
706:15 734:3,22
741:17,17
756:25 759:24
768:3 769:1
775:16,24
797:23 798:23
834:22 849:14
surprising 789:8
surrogate 840:17
surveys 736:19,20
susceptibility
717:24 718:3
730:5 747:20
770:14 836:15
susceptible 700:3
816:9
susceptiblity
689:24
suspect 701:17
826:9
suspected 684:25
708:19
sworn 649:5
symptomatic
675:25
symptoms 676:23
synergistic 722:10
722:13 848:10
849:2,3
synthesis 789:4
synthetic 656:8
686:7
system 704:24
709:4 847:16
S-phase 844:14
845:10
S-t-r-a-s-s-e

685:24
S-u-l-f-i-s-o-x-a-...
726:14

_____
T
_____
table 665:12 710:8
710:13 737:15
747:2,3,5 757:15
761:6,20 762:1,8
762:10,11,15,20
767:18 768:19
768:25 769:4
772:5 774:19
779:14 780:18
800:5,21,24,25
801:8 803:23,24
808:14 811:12
811:13 812:5
813:16,17
818:18,18 819:7
819:21 823:8
832:24 837:9
851:1,14 854:22
855:1,17
tables 746:1
761:25
tagging 653:8
take 653:2 676:6
703:15 711:3
721:19 725:9,12
731:24 732:4
742:25 762:6
787:8,10 795:14
817:12 826:21
826:21 836:15
837:12
taken 645:16
654:10 668:9
676:3 732:18
736:22 787:3,4
812:23 823:22
855:14 858:3
takes 701:20 752:2
837:18
talk 656:21 664:6
686:9 693:24
696:16 703:22
705:21 730:22
734:8 743:21
744:18 750:22
754:5 759:4
772:13 782:22
818:16 828:1,4
844:12 845:1
talked 684:14
694:3 703:21
713:13 728:17
734:17 745:1
747:24 756:19

774:10 795:9
827:5 844:23
talking 650:23
654:3 667:9,24
670:8 672:21
686:5 693:16
695:5 700:16
702:6 714:21
732:17 744:5
746:11 752:16
772:14 786:7
803:8 804:19
811:25 815:24
819:3 821:23
831:19 833:20
846:7,23 854:1
855:6
talks 669:5 686:21
686:22 688:22
689:15 694:5
695:7,7,8 772:21
788:4 795:23
796:17 818:18
827:25 829:18
837:5
tar 764:7
target 786:25
Tarkar 673:4,10
673:13,19
756:24
TCDD 647:12
652:16,25 653:5
683:18 684:1,5
685:10,15 686:2
687:7 688:2,4,11
688:13 689:10
695:8 697:15,17
698:5 700:13,21
701:8 702:3
770:5 786:13,14
788:7,12 789:8,9
807:15 811:19
818:17 823:13
823:14 824:10
825:8,9,13,17
827:6 845:1,8,11
845:19 846:3
848:3,6,7,10
850:7,8,11
TCDD-exposed
694:21
TCE 711:17
technicians 742:21
743:18
technique 731:23
732:12 753:8,9
753:20 759:4
773:7 791:3,4,15
791:18 792:14

792:15
techniques 747:6
826:11
TEF 768:23 769:10
707:3
Teflon 706:1,8
707:3
Teflon-coated
706:24
TEFs 711:21 722:2
769:4
Telephonic 655:13
667:14
tell 685:20 720:16
761:24 775:10
776:22 785:1
826:1
ten 757:19 798:15
798:24 800:6
826:6 854:19
tend 703:9 744:16
744:24 746:12
751:16,17
tendency 723:16
tends 809:9
TEQ 711:12,14
851:13,14,16
853:3,4,8,13,24
TEQs 711:19,19
750:22 775:25
850:12 852:14
term 686:23
723:13 844:19
terminal 688:12
terminally 760:9
760:10
terms 654:18 655:3
663:2 669:25
671:10,18
676:18,20
685:15 730:25
751:2 776:1
791:16 805:10
835:3 852:3
terribly 778:19
796:14 826:23
tertile 833:3,4,4,8
test 736:17 740:18
817:19 818:1
tested 762:25
802:19
Testes 813:5
testified 649:5
681:19 825:16
testifying 858:6
testimony 857:11
testing 741:2 742:7
761:8 806:7
825:9
textile-treating

707:11
**Thank** 660:22
739:1
**theoretical** 730:20
**theoretically**
730:22 731:22
**theory** 685:4
718:16
**therapy** 661:1
669:1 680:24,25
701:2 832:7
**thereof** 858:10
**thing** 698:21
709:14 711:13
751:3 784:3
804:24 817:11
820:20 851:9
**things** 693:6,17
701:20,21 707:7
716:11,12 717:11
726:2 754:6
774:14 787:22
792:6 797:15
804:23 819:1
835:3 839:16
843:19 848:21
**think** 650:16
651:18,25 655:7
655:19 656:1,25
657:3,20,24
659:14,24 661:8
661:16 663:21
663:22 665:24
666:10 669:8
670:8 671:14
674:13,18
676:21 681:11
681:23 682:10
683:4,8,13
685:17 690:9,10
690:12 691:14
692:2,12 695:24
698:19 699:19
699:19,20 701:5
701:14 702:15
702:24 707:8
709:20 713:3
714:2 715:21
716:20 717:20
719:11,21 720:2
720:23 721:6,10
722:12 723:15
723:17,21 724:7
733:15 734:12
734:16,21 735:9
735:9 741:18
743:21 745:4,16
747:10 748:2,4
754:10 755:21

756:6 760:1,15
760:25 761:18
763:1 764:2
766:4 769:6
772:18 773:3,24
774:1,20 775:10
775:12 778:5,17
779:11,25
780:15,17,18
788:6 790:23
792:6 793:2,8
796:7 800:7
801:3 803:21
804:21 805:22
806:15 808:19
816:7 819:5,21
820:14 823:3,21
823:24 824:13
826:15 831:15
833:14 836:14
837:17 840:11
840:22 844:21
848:6 850:18
851:1,13,24
852:4,12 853:9
853:12 854:9
**thinking** 731:18
732:10
**thinks** 829:7
**third** 783:6
**thorough** 828:13
**thought** 671:12
672:8 682:3
684:6 685:22
688:9 697:7
731:8 744:4
745:25 768:6
791:4 796:12
807:23 844:21
**thread** 684:16
**three** 668:19 704:9
705:7,10 735:3
735:16,18,24
752:24 753:1
759:10 770:4
780:4 804:9,10
834:1 851:15
852:15 854:3,7
854:13,16,18,23
855:2,16
**threshold** 702:20
715:3 716:20
718:9
**thresholds** 718:9
806:22
**threw** 785:4
**throat** 697:21
698:22
**Thyroid** 813:5

**tighten** 835:16
**till** 826:22
**time** 649:15,23
651:4 652:1,5,10
656:22 657:23
657:23 659:16
659:22,24 676:1
684:2 688:25
689:21 691:24
693:7 698:17
699:2 700:2
708:8 713:13
728:16 736:25
743:24 754:16
762:7 774:13,16
776:6 777:11
785:10 791:13
795:13 798:15
798:15,17,18,24
798:24,25
808:22 828:14
828:18 829:20
830:10 831:18
835:9,11,13
840:4 858:4
**times** 651:2 704:9
724:22 759:11
813:1
**timing** 685:14
699:22 701:5
**tiny** 668:11
**tissue** 714:11,12,13
714:14 716:23
717:7,8,17
752:14 761:3
786:3,4,25 787:4
787:4,9,11
790:12 792:20
793:7,13,16,19
793:19 808:2
817:12 821:5
**tissues** 694:10
714:15 752:16
787:10
**title** 686:15 755:23
785:24 790:5
799:7 854:25
**tobacco** 786:15
**today** 651:6 659:25
681:21 684:14
713:14 729:8,8
729:17 741:18
769:7 776:5
833:11 846:15
**toes** 793:18
**told** 676:9 691:3
740:7 784:1
820:16
**Tony** 738:20

**top** 801:6 820:10
828:10
**topic** 739:18
**total** 664:20
688:11 719:20
732:20,20
733:19 740:23
767:1 770:4
773:5 803:1
804:16 805:1
809:5,6,24,24
833:7 834:3,9
853:3,4,8,24
854:19 855:17
**totally** 708:5
730:15
**totals** 713:9
**touches** 829:15
**towns** 745:11
**toxic** 652:16,
670:22 695:25
697:21 705:13
708:25 709:7
712:12 718:2
770:5
**toxicities** 845:2
**toxicity** 687:8
691:17 712:9
717:4 725:14
774:21 821:23
846:2,9,10
**trade** 820:17
**transcribed** 858:8
**transcript** 857:9
**transcription**
858:10
**transform** 816:25
**transformation**
770:12
**transition** 845:13
**translated** 855:11
**treat** 723:22 726:2
726:2
**treated** 651:3,7,12
651:14,17,24
652:11 674:23
675:24 707:20
708:1
**treating** 651:7
**treatment** 672:13
674:11,12,20
675:19 676:5,16
680:22 688:11
701:8 732:22
738:23 740:25
777:5
**trend** 662:8 663:5
663:17,19 757:7
**trick** 728:25 784:1

**tried** 674:13
734:22 785:12
825:2 835:5
**tries** 692:18
**triggered** 791:23
**trouble** 779:11
**true** 696:15 730:24
778:2 812:25
834:25 857:11
**try** 658:13 714:25
751:14 754:22
794:12 835:9
**trying** 661:6,
689:20 701:20
733:13 736:5
741:24 743:20
760:24 768:7
785:6 806:19
807:9 811:15
812:19 846:8
847:8
**tube** 697:22
**tuberculosis**
723:23
**Tuesday** 644:17
645:18 649:1
**tumor** 717:8
831:25 832:8,9
840:3 844:13
**tumors** 686:8,9
687:18 696:3
840:2
**turn** 764:20
**turned** 821:16
**turns** 834:3
**twice** 704:6 772:17
813:1
**two** 664:18 680:2
682:15 704:9
714:9 733:3
734:9,13,14
735:7 738:4,7
742:13 752:2,19
752:24 753:1
758:24 759:7
761:25 766:21
783:14 796:24
804:10 806:6
826:13,17
838:13 843:19
846:3 847:23
848:4 849:7
**twofold** 757:7
**two-and-a-third**
759:11
**two-and-a-third**
759:11
**Tylenol** 725:5,12
**type** 692:10 697:7
716:25 751:3
753:3 800:7

840:3
**types** 695:6 752:19
754:11 757:21
758:15 760:16
787:18 811:22
832:10 846:10
**typical** 705:3
**typo** 767:25

U

**UDS** 786:21 788:9
788:15 789:2
**Ukraine** 824:25
**ultimately** 730:19
**Um-hmm** 653:19
673:7 748:2
765:10 766:15
767:12,16 784:6
786:1 809:8
836:6
**unavailable** 754:15
**unbelievable**
784:13
**unchanged** 803:19
**unclear** 721:22
**undergo** 760:19
**underlying** 701:10
**undersigned** 858:1
**understand** 656:6
692:8,17 696:8
703:8 734:3
736:5 760:20
801:16 802:3
830:12
**understanding**
653:20 709:13
753:15,20
**underwent** 761:8
**unduly** 744:15
**unheard** 728:11
**United** 644:1 645:1
708:22 728:7
744:20 782:2
795:2
**unknown** 727:25
**unmarried** 808:23
**unrelated** 730:15
**unscheduled** 789:2
789:3,4
**Unsolved** 655:20
**untreated** 845:20
**unusual** 761:13
**unwell** 676:1
**upper** 666:18
**UPSHAW** 646:12
**urban** 744:23,24
745:12,17 746:1
747:8,25 748:5
749:13 771:20

use 656:7 660:11
  661:3 668:22,25
  702:7,8 711:4
  719:4 740:10
  772:12 773:5
  781:10 784:2
  825:8 827:2
  840:18
useful 813:22
usual 720:17
usually 655:2
  682:7 701:19
  702:5 703:24
  722:2 759:4
  761:14 773:25
  774:1 825:7
uterine 686:9
utero 690:18,20,22
  697:16 847:19
U.S 727:13 728:8
  729:8,17

_____
**V**

vaginal 686:8
validate 792:8
value 713:9 750:6
  750:7,24 759:9
  759:10 763:4,5,7
  779:17 780:7,11
  827:23 835:19
  847:14 851:18
  852:23 853:17
  853:19,21
values 665:3
  667:21 676:8
  744:17 745:3
  759:5,6 782:10
  800:8 834:11
  851:16,19 853:9
  853:12,22
vapor 708:9
variability 750:23
variable 652:13
  839:11
variables 801:25
  802:5,6
variant 816:16
  817:14
variation 751:6,10
  751:11 797:8
  837:6
variations 744:19
  744:22
varies 649:19
  752:22
variety 714:20
  716:11
various 651:1
  652:12 656:15

661:9 686:21
704:5 711:21
730:16 739:15
748:8 757:9
758:17 772:12
786:10 811:4
826:11 833:24
vary 662:17 754:3
**Vegetable** 704:4
vehicular 795:24
verbatim 858:6
versus 669:13
  680:24 744:23
  747:20 766:9
  771:20 775:18·
  779:15,18,19
  780:12,20,21
  806:21 855:15
Victor 824:21,24
  825:17,25 826:9
Vienna 825:24
  826:3,18 827:3
view 720:20
  813:11
Vioxx 725:15
viral 818:22
Virginia 706:21,22
visits 680:9
vitro 696:24 787:1
  788:16 790:9
  829:14 844:6,7
  847:13,16,19
volatile 708:3
volatility 708:5
Volume 644:18
  645:15 647:3
volumination
  708:4
Vonder 688:23
  696:16,21,24
  697:18 698:2
  702:22
Vorder 685:24
  702:21
vs 644:7 645:7
  770:7
V-o-r-d-e-r 685:24

_____
**W**

W 646:13
Wacker 646:8
wait 775:15
walk 707:19
walker 692:18
want 662:14 672:5
  677:3 700:20
  703:20 719:4
  730:22 732:15
  733:15 734:2,24

739:9 744:9,12
746:4 749:14
758:5 761:19
764:20 774:12
793:23 802:16
816:11 817:17
819:22 850:4
wanted 736:18
  737:1
warm 743:23
  744:9 746:19
warnings 724:2
  726:9
wasn't 664:9
  672:13 702:19
  713:7 755:22
  809:13 829:20
waste 748:20
wasted 835:13
water 647:18
  654:1 668:4
  706:20 776:21
  777:7,19 781:5,7
  781:10,11,16,19
  781:23 782:7
way 651:18 652:7
  653:8 663:24,25
  674:14,18 681:5
  691:5 697:13
  702:4 712:7
  719:12 731:15
  737:3 750:24
  773:9 778:19
  813:23 833:3,5
  834:1
ways 707:22
weak 695:18 778:5
Webb 791:14
Webb-McCall
  773:7 791:2
week 669:19 705:7
  719:1 737:23
  820:7
weeks 737:24
weight 657:3,8,21
  657:22,25
  790:20 808:10
  808:17,20
Weinberg 677:20
  680:3,5
wells 781:7
went 669:12 701:6
  735:24,25
  745:16
weren't 692:13,14
  742:4
west 646:8 706:21
  706:21 743:24
  744:1

**WESTERN** 644:3
  645:3
we've 674:22
  721:20
wheels 701:14
**WHEREOF**
  858:14
white 666:15 670:2
  670:5,6,7,13,15
  671:7 752:6,9,17
  752:19 753:3
  755:3,9,15 756:5
  756:11 757:4,12
  758:22 760:4,7
  760:13,22
  763:11
whites 669:17
  671:4 834:12
wild 667:11
**WILDMAN** 646:7
**William** 704:7
  783:21
**WILLIAMS**
  646:12
willing 771:8
winter 746:11,13
  746:20,22
**WINTERS** 646:13
  682:3
wisdom 668:9
**WITNESS** 647:2
  655:14,17,19
  656:5 667:15
  670:10 681:15
  682:5 687:13
  703:17 712:21
  712:24 739:2
  782:19 795:13
  799:22 818:10
  822:8 827:18
  843:17 856:3
  858:14
witnesses 858:5
**Wolfson** 660:10
  704:2
woman 663:7,11
  705:14 710:23
  766:17 847:18
women 647:14
  661:17 662:1,3,4
  662:18,19 663:4
  664:24 665:5
  666:15,16,17,19
  666:21 667:10
  667:13 668:18
  689:18 705:9
  728:5,6 742:13
  765:25 766:8
  771:14,17 787:4

787:6 790:11
796:5,25 797:7
797:12,18
798:10 808:23
808:24 815:13
816:16,22 821:6
822:22 823:9
825:21 826:3,13
827:3 832:17
834:8 839:6,11
850:21 851:5
854:6,7,13,15,19
854:21 855:5,5
855:15,16,19,20
women's 796:6
wonder 664:17
wood 651:3,7,12
  651:14,17,24
  652:11 732:21
  734:16 738:23
  740:25 777:5
**Woodworth**
  677:22 680:11
  680:17
words 670:21
  690:5 736:15
  749:4 753:11
  798:22 805:2
  842:13 852:14
work 649:13,23
  654:9 655:2
  674:1 680:7,17
  689:7 696:7
  750:1 826:19
worked 654:6
  678:10,15,20
  679:2 680:5,14
  738:22 760:2
  822:22 854:11
worker 758:4
workers 648:8
  655:1 675:2
  677:1 730:8
  756:8 757:22
  758:4 763:20
  813:14 822:13
  822:18 853:23
  853:24,24 854:1
  854:6,10,18
  855:1,2,17
working 650:2
  654:13 701:17
  701:24 756:18
  826:12
world 716:11
worries 784:4
worry 782:24
worth 813:12
wouldn't 652:3

702:7 711:3
720:10 721:2
745:10 749:25
763:5,6 808:19
847:13
write 657:8 819:20
writer 855:7
writes 778:19
writing 756:17
written 658:15
  729:17 747:14
  791:24 838:10
wrong 689:21
  690:10 699:19
  760:22 765:3
  792:2 815:7
  824:1
wrote 723:21
**W-e-i-n-b-e-r-g**
  677:20

_____
**X**

X 732:9
xenobiotic 757:11

_____
**Y**

Yea 849:18
yeah 654:3 673:24
  687:25 699:11
  708:20 710:3,24
  712:25 713:20
  716:19 720:4
  724:22 725:6
  726:7 729:3
  732:3 744:1
  749:6 750:20
  762:5 764:24
  766:25 772:8
  775:24 780:14
  789:2,19 790:15
  795:7 799:5
  802:4 812:17
  816:2 818:10
  825:13 833:14
  843:21 851:23
  853:17,20 854:1
  854:22 855:4,19
  855:25,25
year 658:9 678:6
  725:15 727:13
  755:20
years 650:3 651:10
  651:12,13,16
  652:17,21,24
  653:2 662:24
  676:11 680:2
  705:6 709:17
  723:21 733:1,2
  734:11,12 735:4

| | | | | | |
|---|---|---|---|---|---|
| 742:15 744:6 | 778:20 779:5,9 | 134 647:19 782:15 | 804:12,25 | 747:18 755:22 | 736:14 737:2,24 |
| 752:24 777:12 | 1.6 665:17 850:22 | 782:17 783:9,10 | 1818 808:13 809:1 | 755:24 | 772:11 833:18 |
| 795:5 798:15,17 | 1.63 766:9 | 783:10 | 183 800:11,17 | 2002 738:14,17 | 30's 658:1 |
| 798:24 825:21 | 1.7 665:21 833:4 | 135 647:20 785:16 | 804:13,25 | 769:13 | 300 833:21 |
| 826:6 835:16 | 1.8 665:23 671:7 | 785:17 | 19 841:20 | 2003 686:6,13 | 305 732:14 740:17 |
| 855:16 | 768:20 | 136 647:21 789:23 | 190 656:25 657:25 | 2004 711:4 | 307 771:17 |
| yesterday 672:7 | 1.9 663:10 665:17 | 789:24 | 1961 681:20 | 2005 644:17 | 309 646:13 |
| 674:13 685:17 | 1/2 813:1 | 137 647:22 795:16 | 1970's 777:11 | 645:18 649:1 | 31 764:13,17 |
| 694:24 695:19 | 10 644:17 645:18 | 795:19 | 1971 779:4 | 201-2537 646:9 | 312 646:9 |
| 696:1 702:6 | 649:1 709:17 | 138 647:23 767:1 | 1973 709:24 | 202 657:9 | 314 772:5 |
| 703:5 711:1 | 737:24 751:4 | 799:16,20 | 713:11 | 2153 800:8 | 315 771:14 |
| 716:10 734:17 | 758:21,22 | 139 647:24 807:2,3 | 1983 661:16 | 219 771:15 | 337 646:5 |
| 744:5 745:1,11 | 761:14 841:25 | 14 664:17 665:6 | 1986 764:4 | 22 659:6,6 | 34 659:3,20 711:11 |
| 756:19 815:2 | 842:1 | 855:14,17 | 1988 785:10,12 | 220 842:3,12 | 853:8 |
| 817:9 840:1 | 10,000 718:25 | 140 648:3 810:11 | 1990 747:24 | 225 646:8 | 35 658:3 659:3,7 |
| yield 700:13 | 10.85 779:18,21 | 810:13 | 764:10,12,13 | 23 659:7,7 | 729:20 772:11 |
| yielded 773:17 | 100ths 811:25 | 141 648:4 814:11 | 1990's 772:22 | 230 799:5 | 841:19 |
| York 672:5,12 | 100,000 669:15 | 814:12 | 1991 739:25 | 24 665:16 761:7 | 35th 658:9 |
| 673:23 674:10 | 671:8,8 718:25 | 142 648:6 818:5,8 | 1992 737:14 | 762:19,23,24 | 36 658:7,7,8 |
| 677:1 678:6 | 720:15 | 143 648:7 819:12 | 1996 669:15 | 851:18 | 37 711:4 764:15 |
| 680:10 710:4,13 | 10034 644:23 | 819:13 | 1997 657:7,9 | 247 848:16 | 37-year-old 710:18 |
| 710:13 831:7 | 645:19 858:20 | 144 648:8 822:4,6 | 1998 745:24 | 249 848:18 | 710:23 |
| young 847:18,19 | 101 766:20 | 145 648:10 792:20 | 746:25 765:9 | 25 665:19,21 | 38935 646:14 |
| younger 683:8 | 103 732:20 733:6 | 827:14,16 | 850:25 | 751:19 761:21 | 39 710:25 |
| Yup 703:1 | 733:13,17,21 | 146 648:11 830:24 | 1999 838:8,22 | 762:13 841:19 | 392 687:19 694:6 |
| Yushchenko | 734:5 740:23 | 830:25 832:14 | | 251 848:18 | |
| 824:22,24 | 741:2,12,15,20 | 147 648:13 836:1,2 | **2** | 252 848:18 | **4** |
| 825:25 826:10 | 105 737:23 770:5 | 1477 834:19 | 2 733:1 750:10 | 254 845:3 | 4 710:8 757:15 |
| 826:13,16 | 11 664:10 665:6,6 | 148 648:14 838:18 | 762:10 772:20 | 28 762:21 809:12 | 854:22 855:17 |
| Yushchenko's | 814:8 841:25 | 838:19 | 772:20 774:4,19 | 820:3,12,19 | 4.11 758:22,25 |
| 825:17 | 116 696:5 | 149 648:15 843:13 | 788:10 800:5 | 821:15 | 40 657:15,16 |
| | 118 770:1,2,5 | 843:15,25 | 803:24 813:1 | 29 665:19 709:10 | 669:22 670:12 |
| **Z** | 775:7 820:10 | 15 657:7 664:18,21 | 818:18 822:20 | 709:23 710:8 | 751:20 |
| zero 737:24 759:8 | 12 653:2 658:15,16 | 665:7 688:5 | 823:1 824:3 | 732:17 733:22 | 406 834:10 |
| | 662:24 664:8,10 | 699:2 709:17,22 | 825:5 851:2,3 | 734:6 735:18,19 | 409 823:6 |
| **0** | 665:6 676:13 | 727:23 761:14 | 2B 738:13,15,16 | 736:1,9,11,14 | 412 853:24 |
| 0.63 766:9 | 818:6 | 827:10 | 2.02 770:6 | 741:16,21,22 | 439-0707 646:5 |
| 0.75 758:21 | 1200 676:7 | 150 648:16 849:19 | 2.06 657:13 | 761:2,9,21 | 44 758:3 |
| 0.98 823:5,17 | 1242 791:8 | 849:20 | 2.1 664:11 850:22 | 762:10,13,22,24 | 45 657:15,16 |
| 00 757:24 | 1260 791:8,12 | 153 766:7 767:1,8 | 2.15 823:4,14 | | 455-1613 646:14 |
| 0005 779:17 | 127 644:9 675:10 | 768:19,22 | 2.16 811:24 812:8 | **3** | 465 649:14 |
| 001 779:18 | 675:14 | 769:10 775:8,18 | 2.2 798:14 | 3 710:8,13 747:3,5 | 47 753:23 763:9,16 |
| 021 804:5 | 128 647:10 687:10 | 156 770:1,2,5 | 2.5 798:15 | 761:20 762:8,11 | 49 732:14 733:15 |
| 05 780:9,12,14,15 | 687:11,21 689:2 | 775:7,19 800:9 | 2.7 850:22 | 762:15 767:18 | 733:24 737:22 |
| 780:16,24 | 129 647:11 696:17 | 158 710:18 | 2.74 750:5 | 768:19 788:10 | 738:22 740:17 |
| 835:20 | 696:18 834:5 | 16 830:21 841:20 | 2.9 833:8 | 800:21,24,25 | |
| | 13 664:17 665:6 | 841:25 | 20 665:15,16,18 | 801:8 803:23 | **5** |
| **1** | 772:20 819:9 | 160,000 727:14 | 705:10 732:25 | 822:20 823:1 | 5 761:9 811:12,13 |
| 1 665:3 732:25 | 841:25 851:14 | 1625 699:6 | 734:9 764:14,18 | 824:4 825:5 | 812:5 813:16,17 |
| 737:15 772:5 | 13.64 779:19 | 1628 699:14 | 779:3,6 790:12 | 3,227 661:18 | 832:24 837:9 |
| 780:15,16 | 13.65 779:21 | 17 761:12,16 | 790:12 794:2,3 | 3.38 779:15,21 | 5,000 664:21 |
| 818:18 833:4 | 130 647:12 698:8 | 170 811:14 | 795:5 825:21 | 3:03CV60-P-D | 5.44 750:6 |
| 835:19 851:2 | 698:11 765:12 | 1700 645:16 | 849:17 857:15 | 645:6 | 5:00 645:18 649:2 |
| 1A1 648:4 | 131 647:14 765:15 | 174 812:10 | 20th 657:9 | 3:03C0V60-P-D | 856:2 |
| 1,185 661:17 | 765:16,18,19,22 | 179 766:14,24 | 200 664:20 | 644:6 | 50 652:24 671:10 |
| 1.2 663:10 | 132 647:15 769:16 | 767:5 | 200-pound 657:24 | 30 663:8,12,16,19 | 671:18 672:2 |
| 1.3 796:23 833:4 | 769:17 | 18 682:2 | 2000 737:9,13,14 | 665:22 729:15 | 688:12 730:12 |
| 1.4 664:8 | 133 647:17 776:13 | 180 766:20 767:17 | 737:16,21,22 | 729:20,20 | 754:12 853:14 |
| 1.5 663:9 778:17 | 776:14,18 783:9 | 800:12,14 | 740:2 747:7,18 | 735:25 736:9,10 | 50's 681:24 |

**501** 646:4
**52** 761:7 766:20
**52.3** 671:8
**523** 772:6
**529** 834:11
**53** 761:7

---
**6**
---

**6** 676:13 841:19
**6.2** 737:23
**60** 690:24 737:24
**60's** 681:22,24,25
**60606-1229** 646:9
**61** 682:1 690:18,24
  713:10
**61.2** 669:15
**61.4** 671:7
**62** 658:6 690:25
  691:1
**636** 737:12
**649** 647:5
**66** 657:10
**662** 646:14
**67** 711:5,6
**675** 647:9
**68** 750:2
**687** 647:10
**69** 682:3
**696** 647:11
**698** 647:13

---
**7**
---

**7** 788:10 816:4,17
  816:20 822:20
  823:1 824:4
  825:5 837:8,9
**70** 665:22 682:3
**70602** 646:4
**712** 786:15
**73** 709:25 713:6,7
**730** 719:19
**74** 833:3
**75** 758:25 851:16
  852:25 853:1,20
  854:16,23
  855:24
**75.2** 854:3
**765** 647:14
**769** 647:16
**77** 713:10 763:16
**776** 647:18
**78** 763:16
**782** 647:19
**785** 647:20
**789** 647:21
**79** 713:11
**795** 647:22
**799** 647:23

---
**8**
---

**8** 841:25 842:1
**8th** 758:21,22
**8-TCDD** 788:10
  822:20 823:2
  824:4 825:5
**80's** 667:6 777:11
**807** 647:25
**810** 648:3
**814** 648:5
**818** 648:6
**819** 648:7
**82** 669:14
**822** 648:9
**827** 648:10
**830** 648:12
**836** 648:13
**838** 648:14
**843** 648:15
**849** 648:17
**85** 727:25 728:15
  728:16
**89** 808:24 853:14

---
**9**
---

**9** 841:25
**9.597** 820:20
  821:16
**9/11** 675:1
**9:00** 645:17 649:2
**90** 657:14 754:10
  855:15,19
**910792** 644:24
**92** 792:8,9 828:16
  828:17 829:16
  853:13
**93** 853:13
**95** 812:14 823:4,18
  838:13
**958** 851:3
**962** 823:9
**977** 801:13
**979** 800:25 804:15
**98** 658:4,5 688:1
  701:14 745:21
  747:1 838:14,16
  838:17
**99** 710:16 711:10
  755:22 770:1
  775:6,7 800:15
  811:24 838:16
  838:16

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,          )
                             )
        Plaintiffs,      ) No. 3:03C0-P-D
                             )
    vs.                  )
                             )
KOPPERS, INC., ET AL.,       )
                             )
        Defendants.      )
——————————————————————————

JAMES DAHLGREN, M.D.
Santa Monica, California
Monday, August 1, 2005
Volume V

Reported by:
DIANA JANNIERE
CSR NO. 10034
JOB No. 912645

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,          )
                             )
        Plaintiffs,      ) No. 3:03C0-P-D
                             )
    vs.                  )
                             )
KOPPERS, INC., ET AL.,       )
                             )
        Defendants.      )
——————————————————————————

        DEPOSITION of JAMES DAHLGREN, M.D., Volume V,
taken on behalf of Defendants at 1700 Ocean Avenue,
Santa Monica, California, beginning at 9:10 a.m., and
ending at 4:45 p.m., Monday, August 1, 2005, before
Diana Janniere, Certified Shorthand Reporter No. 10034.

---

APPEARANCES:
For Plaintiffs:
    LAW OFFICES OF LUNDY & DAVIS, LLP
    BY: KEITH PRUDHOMME, ESQ.
    501 Broad Street
    Lake Charles, Louisiana 70602
    (337) 439-0707
    kprudhomme@lundydavis.com

For Defendants Beazer, Inc., and Koppers, Inc.:

    WILDMAN, HARROLD, ALLEN & DIXON, LLP
    BY: ANTHONY G. HOPP, ESQ.
    225 West Wacker Drive
    Chicago, Illinois 60606-1229
    (312) 201-2537
    hopp@wildmanharrold.com

For Defendant Illinois Central Railroad:
    UPSHAW, WILLIAMS, BIGGERS,
    BECKHAM & RIDDICK, LLP
    BY: CHRISTOPHER W. WINTERS, ESQ.
    309 Fulton Street
    Greenwood, Mississippi 38935
    (662) 455-1613
    chris@uwbbr.com

---

INDEX

| WITNESS | | EXAMINATION |
|---|---|---|
| JAMES DAHLGREN, M.D. | | |
| Volume V | | |
| | MR. HOPP | 868 |

EXHIBITS

| DEFENDANTS' | | PAGE |
|---|---|---|
| 151 | Breast Cancer Risk in Relation to Adipose Concentrations of Organochlorine Pesticides and Polychlorinated Biphenyls in Long Island, New York | 869 |
| 152 | Serum Dioxin Concentrations and Breast Cancer Risk in in the Seveso Women's Health Study | 881 |
| 153 | Serum Polychlorinated Biphenyls, Cytochrome P-450 1A1 Polymorphisms, and Risk of Breast Cancer in Connecticut Women | 889 |
| 154 | Organochlorine compounds and Estrogen-related Cancers in Women | 895 |
| 155 | Organochlorine Compounds in Relation to Breast Cancer, Endometrial Cancer, and Endometriosis: An Assessment of the Biological and Epidemiological Evidence | 898 |
| 156 | Critical Windows of Exposure for Children's Health: Cancer in Human Epidemiological Studies and Neoplasms in Experimental Animal Models | 909 |

---

1 (Pages 859 to 862)

EXHIBITS (Continued):
DEFENDANTS'                                    PAGE

157    Antiestrogenicity of Environmental
       Polycyclic Aromatic Hydrocarbons
       in Human Breast Cancer Cells          915
158    Synergistic Activity of Polynuclear
       Aromatic Hydrocarbon Mixtures as
       Aryl Hydrocarbon (Ah) Receptor
       Agonists                              922
159    Pesticides and Cancer                 928
160    Aromatic DNA Adducts and Polymorphisms
       of CYP1A1 and NAT2 and GSTM1 in
       Breast Cancer                         930
161    Environmental Toxins and Breast
       Cancer on Long Island, I. Polycyclic
       Aromatic Hydrocarbon DNA adducts      935
162    Risk Factors for Breast Cancer        945
163    Tobacco Smoke Carcinogens and
       Breast Cancer                         948
164    Epigenetics of Breast Cancer:
       Polycyclic Aromatic Hydrocarbons
       as Risk Factors                       950
165    Genetic and Environmental
       Determinants on Tissue Response
       to In Vitro Carcinogen Exposure
       and Risk of Breast Cancer             953
166    Breast Cancer and Environmental
       Risks: Where Is the Link?             955
167    Breast Cancer Incidence and
       Exposure to Environmental Chemicals
       in 82 Counties in Mississippi         958
168    Epidemiological Factors of Cancer
       in California                         960

                    Page 863


EXHIBITS (Continued):
DEFENDANTS'                                    PAGE

181    Cigarette Smoking and the Risk
       of Breast Cancer in women: A Review
       of the Literature                     992
182    The Relationship between Genetic
       Damage from Polycyclic Aromatic
       Hydrocarbons in Breast Tissue and
       Breast Cancer                         996
183    Molecular Epidemiologic Studies
       of Polycyclic Aromatic
       Hydrocarbons-DNA Adducts and
       Breast Cancer                         1000
184    Interaction Between Genetic
       Polymorphism of Cytochrome P450-1B1
       and Environmental Pollutants in
       Breast Cancer Risk                    1004
185    Reduced DNA Repair of Benzo[a]pyrene
       Diol Epoxide-induced Adducts and
       Common XPD Polymorphisms in Breast
       Cancer Patients                       1009
186    Polymorphisms in the DNA Repair
       Enzyme XPD are Associated with
       Increased Levels of PAH-DNA Adducts
       in a Case-control Study of Breast
       Cancer                                1011
187    Sulfotransferase 1A1 (SULT1A1)
       Polymorphism, PAH-DNA Adduct Levels
       in Breast Tissue and Breast Cancer
       Risk in a Case-control Study          1014
188    Association of Cancer Site and
       Type with Occupation and Industry
       from the Third National Cancer
       Survey Interview                      1017
189    Sensitivity to Benzo[a]pyrene
       Diol-Epoxide Associated with
       Risk of Breast Cancer in Young
       Women and Modulation by Glutathione
       S-transferase Polymorphisms: A

                    Page 865


EXHIBITS (Continued):
DEFENDANTS'                                    PAGE

169    Immunoperoxidase Detection of
       Polycyclic Aromatic Hydrocarbon-DNA
       Adducts in Breast Tissue Sections     962
170    Second Follow-up of a Dutch Cohort
       Occupationally Exposed to phenoxy,
       Herbicides, Chlorophenols and
       Contaminants                          967
171    Cohort Mortality Study of Capacitor
       Manufacturing Workers, 1944 to 2000   968
172    Health Impact of polychlorinated
       Dibenzo-p-dioxins: A Critical Review  973
173    Age Specific Dioxin TEQ Reference
       Range                                 975
174    Health Effects of Chlorophenol Wood
       Preservatives on Sawmill Workers      976
175    Molecular epidemiology: On the Path
       to Prevention?                        977
176    Deregulation of Cell Proliferation
       by Polycyclic Aromatic Hydrocarbon,
       MFC-7 Cells Reflects Both Genotoxic
       and Nongenotoxic Events               980
177    Cytochrome P4501A1 and Glutathione
       S-transferase (M1) Genetic Polymorphisms
       and Postmenopausal Breast Cancer Risk  983
178    Cancer Incidents and Mortality in
       Women Occupationally Exposed to
       Chlorophenoxy, Herbicides, chlorophenols
       and Dioxins                           984
179    Cancer Incidence in a Population
       Accidentally Exposed to 2, 3, 7, 8-
       Tetrachlorodibenzo-para-dioxin        986
180    Carcinogen-DNA Adducts in Human
       Breast Tissue                         989

                    Page 864


EXHIBITS (Continued):
DEFENDANTS'                                    PAGE

190    News section of the Journal
       of the National Cancer Institute      1022
191    DNA Repair Capacity of Lymphoblastoid
       Cell Lines from Sisters Discordant
       for Breast Cancer                     1023
192    Polycyclic Aromatic Hydrocarbon-DNA
       Adducts in Humans: Relevance as
       Biomarkers for Exposure and Cancer
       Risk                                  1027
193    Genetic Susceptibility to Cancer      1032
194    Formation and Persistence of
       Benzo[a]pyrene Metabolite-DNA Adducts  1033
195    Bulky DNA Adducts and Risk of
       Cancer: A Meta-analysis               1035
196    Carcinogenesis of Mammary Gland in
       Rats                                  1037
197    Medical Hypothesis: Xenoesrogens as
       Preventable Causes of Breast Cancer   1038
198    Pesticides-How Research has Succeeded
       and Failed in Informing Policy:
       DDT and the Link with Breast Cancer   1042
199    Mixtures of Four Organochlorines
       Enhance Human Breast Cancer Cell
       Proliferation                         1044
200    Aromatic DNA Adducts in Adjacent
       Tissues of Breast Cancer Patients:
       Clues to Breast Cancer Etiology       1046
201    Developmental Effects of Dioxin
       and Related Endocrine Related
       Chemicals                             1049
202    The Association between Glutathione
       S-Transferase M1 Genotype            1051

                    Page 866

2 (Pages 863 to 866)

1      EXHIBITS (Continued):
2  DEFENDANTS'                        PAGE
3    203  Cancer, Heart Disease, and Diabetes
          in Workers Exposed to 2, 3, 7,
4          8-Tetracholodibenso-p-dioxin    1052
5    204  DNA Adducts in Normal Tissue Adjacent
          to Breast Cancer: A Review       1053
6
     205  Characterization of a Major Aromatic
7          DNA adduct Detected in Human Breast
           Tissues                         1056
8
     206  Molecular Epidemiology in
9          Environmental Carcinogenesis    1066
10   207  The Interaction Between Alcohol
           Consumption and GSTM1 Genotype on
11         Polycyclic Aromatic Hydrocarbon-DNA
           Adduct Levels in Breast Tissue  1067
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 867

---

1      Santa Monica, California, Monday, August 1, 2005
2             9:10 A.M. - 4:45 P.M.
3
4             JAMES DAHLGREN, M.D.,
5    having been duly sworn, testified as follows:
6
7             FURTHER EXAMINATION
8   BY MR. HOPP:
9    Q   Good morning, Dr. Dahlgren.
10   A   Hi.
11   Q   We are here for the fifth session of your
12  deposition for the Grenada, Mississippi/Creosote
13  litigation.
14       Last time we were working through some of the
15  studies that you referred to in your report and in a
16  supplemental bibliography that you gave me on May 9th of
17  2005.
18       What I would like to do this morning is to
19  continue with that. First, let me ask you: Have you
20  done anymore work to -- do you have any additional
21  references that we didn't either see on the bibliography
22  last time or that are cited in your first report?
23   A   Oh, gosh, I don't think so. I think that -- I
24  don't remember now that I am sitting here that there are
25  additional ones. As we may go through, I might have one

Page 868

---

1   or two.
2    Q   What you previously gave us is certainly
3   comprehensive?
4    A   I tried to be. I tried to include everything
5   that is -- well, that is relevant to this case. And
6   unfortunately, you never can quite do that. There is
7   always a question that arises that is not covered with
8   the articles, but I tried my best.
9    Q   Let's start with deposition Exhibit 151. This
10  is the Stellman, S-T-E-L-L-M-A-N, paper, entitled Breast
11  Cancer Risk in Relation to Adipose Concentrations of
12  organochlorine Pesticides and Polychlorinated Biphenyls
13  in Long Island, New York.
14       (Defendants' Exhibit 151 was marked
15        for identification by the court
16        reporter.)
17  BY MR. HOPP:
18   Q   Do you have that paper?
19   A   Yes, I do.
20   Q   Did you rely on the Stellman paper for purposes
21  of your opinions in this case?
22   A   Well, I think -- I mean, let me just see if
23  this is a -- yeah, I think that this is a paper that I
24  included because it found a correlation with PCBs and
25  breast cancer in the breast tissue.

Page 869

---

1         It probably isn't as strong a piece of evidence
2   as some of the other papers, but I am trying to notice
3   here which one of the PCBs that they found the
4   correlation with because the PCBs have a -- share some
5   similar toxicities, as the other dioxin-like chemicals.
6         So insofar as this paper supports the notion
7   that dioxin-like chemicals cause, at least in some
8   cases, an increased risk for breast cancer, it is
9   relevant to our study.
10   Q   This paper, actually, appears to be part of the
11  National Cancer Institute's Long Island Breast Cancer
12  Study Project; is that right?
13   A   That's correct.
14   Q   Is that an ongoing project?
15   A   I don't know. I actually think that they
16  probably stopped the study at this point. This was five
17  years ago, this was published. I don't know for sure,
18  but I believe it was probably concluded.
19   Q   And were there other papers that came out of
20  this Long Island study?
21   A   Yes. First, it was an epidemiological study
22  that showed an increase in breast cancer prevalence in
23  certain communities in Suffolk County where Stony Brook
24  is located, where one of the authors at least was from
25  Stony Brook.

Page 870

---

3 (Pages 867 to 870)

1 And I think they were trying to figure out if
2 there were some factors in that community that would
3 give rise to breast cancer.
4 There is also some studies that were done in
5 New York City where they found a link to organochlorine
6 pesticides and breast cancer. And this was a follow-up
7 on that. So they were looking at that set of compounds
8 as well.
9 Q In the Long Island study -- the study -- strike
10 that.
11 In any of the other papers that have been
12 studied -- strike that. Monday morning.
13 In any of the papers that have been published
14 regarding the Long Island study, did they identify any
15 other strong risk factors for breast cancer other than
16 the one or two congeners of PCBs that we see in the
17 Stellman paper, if you remember?
18 A They looked at some other factors. There was a
19 pesticide that they were concerned about in Suffolk...
20 County in particular; but those studies, as I recall,
21 were not positive. They didn't find a linkage between
22 the pesticide and the breast cancer risk.
23 So the cluster of diseases in that part of Long
24 Island were never fully explained.
25 Q In the Spellman -- I'm sorry. Stellman paper,

1 the only PCB congener in which they found -- for which
2 they found an increased risk of breast cancer was 183;
3 is that correct?
4 A That's correct.
5 Q Look at the Abstract, they did not confirm a
6 previously reported association between breast cancer
7 and PCB congener 118; is that right?
8 A Correct.
9 Q And they also looked at the most abundant PCB
10 congener and did not find an association there; is that
11 right?
12 A That's correct. I believe that is correct.
13 Let me just double-check.
14 153, the most abundant di-ortho congener. It
15 makes up nearly one-fourth of total PCBs in human
16 indices, but didn't possess estrogenic properties.
17 Q Let's look at Page 1246. It is 1246.
18 A Yes.
19 Q Next to Table 4, there is a statement. It
20 says, "A serious weakness of this study
21 As with all case-control and
22 prospective studies in which
23 measurement of body burden is
24 Made at a single time, is that
25 Such a measurement may at best be

1 regarded as a cross-sectional
2 surrogate for a continuum of
3 exposures that may have been
4 experienced earlier in life."
5 Do you see that?
6 A Yes, sir.
7 Q Do you agree with that statement?
8 A Yes, it is a problem. PCBs do have a long
9 duration in the body, but they do not necessarily.
10 If you take a reading, say, in the year 1999,
11 you don't necessarily know what that persons level --
12 relative level of any of these long-lasting compounds
13 was the same 20 years ago or 30 years ago.
14 What we know about the induction of cancer is
15 that there is a phenomena called latency. So that
16 usually the exposure that had occurred 10, 20, even 30
17 years prior, may be the most important.
18 Having said that, there is another mechanism by
19 which cancer risk can be increased and that was not
20 addressed in this paper per se.
21 Q Which mechanism is that?
22 A That is the reduction of the immune system
23 making it more difficult for the body to fight off
24 cancer. And that has been put forward with dioxins and
25 dioxin-like compounds as an important mechanism by which

1 there is an increased risk for cancer.
2 So that the exposure of the person may have
3 been in the 5 to 10 years before -- 3 to 5 to 10 -- I
4 mean, the rate at which cancers grow is relatively slow.
5 Just in real broad round terms, the doubling
6 time for lung cancer, which is the most well studied, is
7 probably in the range of four months and breast cancer
8 is probably similar.
9 So that by the time it is large enough to be
10 diagnosed, it has probably been there for 2, 3, 4 years,
11 depending on the growth of the tumor.
12 And in this particular case, they had a number
13 of cases that were under age 50. They had a total of
14 34 percent of their population of cases were under 50
15 and 55 percent of the controls were under 50. The
16 reason I am focusing on those is those might have been
17 more rapidly growing tumors.
18 Anyway, the mechanism by which dioxin-like
19 chemicals -- like PCBs, and the dioxins we are looking
20 at in this area -- induce cancer is not which causes
21 genetic damage, it is altering the mechanism, such as
22 chemical PAHs as to more active carcinogenic agents.
23 No. 2 is reducing the immune system and
24 altering the ability of the body to kill cancer cells.
25 And the third mechanism is by estrogenic or

| | |
|---|---|
| 1  other hormonal changes which influence, promote the<br>2  growth or likewise co-inhibit the growth of tumors. So<br>3  those three mechanisms are established for dioxin-like<br>4  chemicals.<br>5       This particular paper really focused on the<br>6  estrogenic properties which is -- which is fine, but one<br>7  of the problems which they did in this case, which I<br>8  think reduced its ability to detect the difference is<br>9  they used patients with benign breast disease as<br>10  controls. 250 patients with benign breast disease and<br>11  73 patients admitted for other surgical procedures.<br>12       They basically had used patients that had some<br>13  already abnormality in their breast tissue as controls<br>14  and I think that was not a good idea. It would have<br>15  been much better to have patients totally free of breast<br>16  disease. Free of any confounding problems associated<br>17  with the mechanism that leads to benign breast disease<br>18  that may well be the same mechanism that leads to the<br>19  malignancy.<br>20       But, anyways, the paper is in the literature<br>21  and I have included it in my group of papers because it<br>22  does have a parallel. In spite of that weakness, it<br>23  still shows the difference with this one PCB that we<br>24  just talked about.<br>25       (Brief Recess.)<br><br>Page 875 | 1  they did and what the 25th and 75th percentiles were in<br>2  parts per trillion.<br>3    Q  Because these were PCBs and not dioxins<br>4  specifically, this paper is analogous to your<br>5  conclusions regarding Sherrie Barnes but not directly<br>6  related; is that right?<br>7    A  Correct. It just shows the tenancy of<br>8  dioxin-like chemicals to induce breast cancer. This<br>9  study by itself, of course, wouldn't be supportive of<br>10  that, but when taken in context with everything else<br>11  that we know about -- about dioxin and dioxin-like<br>12  chemicals, I believe, it is supportive.<br>13    Q  It wouldn't -- this paper the Spellman --<br>14  strike that.<br>15       This paper, the Stellman paper would not be<br>16  supportive because it is largely a negative study;<br>17  right?<br>18    A  Yes, except for that one association that you<br>19  mentioned, there are a lot of other points that could be<br>20  made about this paper.<br>21       Let me just make one major point. And, I<br>22  think, we made it in the last deposition. And I made<br>23  the point that unless you look at genetic factors, your<br>24  going to weaken your ability to see an effect.<br>25       In other words, we now know that there is what<br><br>Page 877 |
| 1  BY MR. HOPP:<br>2    Q  Dr. Dahlgren, is benign breast disease itself<br>3  considered to be a risk factor for breast cancer?<br>4    A  Yes.<br>5    Q  Let's look at Page 1245 just the first sentence<br>6  in the word -- I'm sorry, in the section Discussion,<br>7  this is, again, the Stellman paper.<br>8      MR. PRUDHOMME: I'm sorry, which page?<br>9      MR. HOPP: 1245, right underneath the heading<br>10  Discussion, it says, "The present analysis<br>11      For the Long Island population is<br>12      consistent with numerous studies and<br>13      other populations that have shown<br>14      little association between OCC body<br>15      burden and breast cancer risk."<br>16      Do you agree with that statement?<br>17    A  When you say "several," I guess, it is a<br>18  question of what do you mean by that? But, yeah, there<br>19  are some other studies.<br>20       Originally, the early studies showed a positive<br>21  association and then there were a couple of more done<br>22  subsequently, that did not find an association.<br>23    Q  How did they measure body burden in this study?<br>24    A  They did a blood level for the chlorinated<br>25  hydrocarbon pesticides. Shown on Table 2, which ones<br><br>Page 876 | 1  we call the gene/environment interaction.<br>2    Q  This gene, slash, environment interaction?<br>3    A  Correct. So that what we now know if you<br>4  really want to see an effect of a chemical, it is<br>5  important to try to identify the various genetic<br>6  predispositions that exist for the development of breast<br>7  cancer.<br>8       And we talked about it, I think, in terms of<br>9  PAHs in the last deposition. When they started looking<br>10  at the specific genotypes or polymorphisms, as they<br>11  called it, and then looked for environmental factors and<br>12  then, let's say, the effect of cigarette smoke causing<br>13  an increased risk of breast cancer was clearly present.<br>14       And I believe that, that will be true here with<br>15  the organochlorines and the dioxins and the PCBs. And<br>16  the second point is something we also -- that I want to<br>17  emphasize is something that we talked about a minute<br>18  ago.<br>19       They looked at these patients after the<br>20  diagnosis was made. If you look at the animal studies<br>21  for dioxin-like chemicals, it is most important to know<br>22  what they were exposed to in early life. And that that<br>23  sets in motion, changes that make an increased risk for<br>24  breast cancer.<br>25       And that is based on animal studies, where if<br><br>Page 878 |

1  you expose animals in utero or in the first infancy, the
2  first few months of life to the dioxins, there is an
3  increased risk of breast cancer. If you expose the
4  animals as adults to dioxin, there is not an increased
5  risk of breast cancer.
6      So timing of the exposure is important in
7  breast cancer. So, in other words, this study here,
8  which has, you know, I think, some value because in
9  spite of all of these problems, there was still an
10 association shown; but they ignored it for reasons that
11 I am not sure.
12     They said, well, you know, we did so many
13 measurements, finding one measurement that stood out was
14 not significant. I don't think that is really quite
15 accurate if you look at all of the evidence.
16     These PCBs, dioxin-like chemicals, have been
17 shown in test systems to increase the risk of breast
18 cancers from the various mechanisms that I have
19 mentioned.
20     And therefore, I think their study in spite of
21 their conclusion that it was not significant, I think
22 viewed in the context of all of the evidence, it is
23 significant.
24  Q   The genetic factors you talked about a moment
25 ago, you talked about various polymorphisms and the fact
                    Page 879

1  that people with individual polymorphisms or specific
2  polymorphisms may be more prone to contract a specific
3  disease if they are exposed to certain chemicals; is
4  that right?
5   A   Yes, the evidence is strong that that happens.
6   Q   And we talked about that a little bit before in
7  terms of PAH, and we have got several studies on that
8  subject with various PAHs and specific polymorphisms?
9   A   Correct.
10  Q   Are you aware of any literature that looks at
11 the issue of susceptibility in people with specific
12 polymorphisms in the context of dioxin or PCB exposure?
13  A   No, they mention it in this paper, but they did
14 not look at it.
15  Q   I mean, as far as you know, that is the work
16 that is yet to be done in the literature that is yet to
17 be delivered or deliverable?
18  A   As far as I know, it has not been done. I have
19 not come across a study like that, but everybody knows
20 we need to do it.
21  Q   And, again, just to follow up on what you said
22 a moment ago, you talked about prenatal exposure and
23 increased risk.
24     The work on prenatal exposure and in increased
25 risk in breast cancer, that really has been done in the
                    Page 880

1  context of the animal studies; is that right?
2   A   Yes, that is what I've said.
3   Q   Let me show you what I have marked as Exhibit
4  152. This is the Warner paper. It is entitled Serum
5  Dioxin Concentrations and Breast Cancer Risk in the
6  Seveso Women's Health Study.
7      (Defendants' Exhibit 152 was marked
8       for identification by the court
9       reporter.)
10 BY MR. HOPP:
11  Q   And forgive me for repeating, just for context,
12 Seveso is a town in Italy; correct?
13  A   Correct.
14  Q   And Ms. Warner indicated in July of 1976, there
15 was an explosion of a trichlorophenol manufacturing
16 plant near the city; is that right?
17  A   Yes.
18  Q   That resulted in the highest TCDD levels known
19 in human residential populations; right?
20  A   No, I think that --
21  Q   That is what she says?
22  A   -- I think that is probably correct. There are
23 some other examples of higher levels in people but not
24 from a residential exposure.
25  Q   We talked about Revage last time and there were
                    Page 881

1  some even higher levels in that industrially
2  exposed population?
3   A   That's correct.
4   Q   Now, again, forgive me if we've covered some of
5  this, but there has been a series of papers published on
6  the Seveso population?
7   A   There have been, yes.
8   Q   Many of them published by someone named
9  Bertazzi.
10  A   Dr. Bertazzi has published several of them.
11  Q   And in the Seveso studies, they divided the
12 population into three zones; right?
13  A   Well, I am trying to remember -- three zones
14 which would be high, medium and low.
15  Q   Sure. Let's look at --
16  A   A, B, and C; is that what they call them?
17  Q   This is page -- take a look at Page 625 of the
18 Warner study, this is in the second column, the first
19 paragraph that starts with the words, "On 10 July 1976,"
20 if you look down there a little bit, it says which was
21 divided into exposure Zones A, B and R; right? Those
22 are the three exposure zones?
23  A   Yes. Well, there is also the non-ABR. There
24 is -- that is what I was trying to remember. There is
25 actually four zones.
                    Page 882

1    Q  Right. The papers uniformly referred to people
2 in these four zones; is that right? And this is
3 nomenclature they adopted for the Seveso papers?
4    A  Right. They were going to follow these folks
5 when the money was made available for that purpose.
6       You're right. They looked at what they thought
7 was a surrogate of exposure of where they were.
8    Q  By where they lived or where they lived at the
9 time of the exposure?
10    A  That's right.
11    Q  And the idea, again, with Seveso was because it
12 was a large amount of TCDD and it settled over the
13 community, it was ongoing exposure through daily living
14 and eating plants, vegetables, and things like that; is
15 that right?
16    A  Correct.
17    Q  Now --
18    A  It was a zone that was evacuated also -- maybe
19 that is a different issue.
20    Q  Warner then looked at 15 women; is that right?
21    A  Let's see, infants to 40 years of age and 76
22 resided in the area, total number of characteristics of
23 breast cancer; 15 breast cancer cases were identified.
24 The cohort was 981 women who matched that.
25    Q  981 women matched the cohort description and

Page 883

1      You know, you can look at the 95 percent and
2 25 percent confidence interval and see the range.
3    Q  Look right above the chart, it says,
4      "Although the total number of cases
5      is small, the TCDD levels for women
6      with breast cancer appear to be
7      shifted to the right at the low end
8      of the cumulative distribution. At
9      the high end of the distribution the
10      shift is not apparent."
11      What does that mean?
12    A  Well, if you look at -- what he's got here is
13 the full cohort, you know, is the solid line.
14    Q  Okay.
15    A  The cases are the little diamond shaped.
16    Q  Got it.
17    A  And he is looking at the fact that the lower
18 end of the curve there is a light shift to the right and
19 if you were to connect these diamonds together, the line
20 would not superimpose itself on the full cohort.
21    Q  Okay. Thank you.
22    A  So what it suggests is that at that end of the
23 curve, the values tend to be a little higher.
24      In other words, there is more women who have
25 the level here, which it looks like about 50 to 100,

Page 885

1 among them, there were 15 breast cancer cases?
2    A  Yes. Actually, when they first started the
3 study in March of 1996, they had 1271 eligible women;
4 but they had a bunch that they couldn't locate or
5 wouldn't participate.
6      981, 80 percent eventually participated. So
7 they had a 20 percent rate that they could not identify
8 or locate.
9    Q  Look at Figure 1, this is on Page 627.
10    A  All right.
11    Q  Figure 1, Page 627, this shows a graft
12 cumulative distribution of serum TCDD levels in the
13 breast cancer cases; is that right?
14    A  Yes, it starts off with the serum TCDD level.
15 Right.
16    Q  And it shows, basically, a curve; is that
17 right?
18    A  Well, they start with the lowest and go to the
19 highest.
20    Q  And, I guess, my point on this is that it is
21 not a linear diagram. It gives us sort of a backward
22 S-type curve; is that right?
23    A  Well, this is just one of those cumulative
24 distribution curves showing what the -- you know,
25 50 percent level would be.

Page 884

1 then women who have values above 100 because then it
2 looks like the diamonds match with the rest of the
3 population.
4      The significance of that is not terribly
5 powerful because there is only 5 data points above 100
6 there. Well, above 110. And I think that -- I would
7 not make too much out of it because of the small
8 numbers.
9    Q  Picking up on that point Page 628, right at the
10 end, they talk about some of the issues with the study.
11 If you look really at the second to the last full
12 sentence of the article, it says, "This
13      Result should be considered an early
14      finding because the number of cases
15      is small and the cohort is relatively
16      young."
17      Do you see that?
18    A  Yes, I do.
19    Q  Has there been additional papers published on
20 the Seveso women's health study since the Warner paper
21 in 2002?
22    A  Not to my knowledge.
23    Q  Again, let's look at the first page of Warner
24 just to conclude. This is the second column under the
25 paragraph that starts with the date "10 July 76." It

Page 886

7 (Pages 883 to 886)

1 says, "Ten- and fifteen-year follow-up
2     Studies of the Seveso population
3     found no increased risk for breast
4     cancer incidence or mortality.
5     However, after 20 years of follow-up,
6     a statistically nonsignificant
7     increased risk for breast cancer
8     mortality emerged among women who
9     resided in zones A or B," and then
10    Does Warner present further evidence of a
11 statistically significant association between breast
12 cancer and serum TCDD levels?
13    A   Isn't that what this paper is about?
14    Q   I just want to make sure that is your
15 understanding.
16    A   Yeah, if you look at the results of Cox,
17 Table 3 --
18    Q   Okay.
19    A   It shows a statistically significant increase
20 in the risk associated with TCDD levels at a risk --
21 relative risk of 2.1 with a statistical significant
22 value of .05. And 4.5 is the confidence.
23    Q   What is the range of serum TCDD levels in the
24 women in the Seveso --
25    A   13 to 1960.
Page 887

1    Q   And that is parts per trillion?
2    A   That's right. It's really, really high values.
3    Q   Certainly, higher than background exposures or
4 say, the Dallas cohort that Dr. Schecter has published
5 on repeatedly; is that right?
6    A   That's right.
7    Q   Let's look at --
8    A   They didn't do total TEQs. They just did
9 TCDDs.
10   Q   Right.
11   A   And I don't know why they did that. I mean,
12 obviously, TCDDs is an important contaminant here, but
13 probably would help if they had done the full spectrum
14 because that explosion just didn't expose them to TCDD.
15 It exposed them with the full range of chemicals in that
16 class.
17   Q   Do you know if any of the Seveso studies had
18 looked at total TEQ?
19   A   No, it looks like they always done TCDDs. It
20 is sort of maddening because by the time they do the
21 analysis for TCDDs, they can do the other congeners
22 because they have done all of the cleanup steps and done
23 all of the work.
24   Q   They had the blood.
25   A   They had the blood samples and all they had to
Page 888

1 do is quantify the other peaks. And I have been
2 frustrated by the Seveso studies ever since the
3 beginning.
4     And I remember one of my colleagues Dr. Copiro
5 was in Italy at tight he was a pathologist and he was
6 interested in these cases.
7     And he went to Dr. Patrosi and he asked him,
8 why he didn't do this. And Dr. Patrosi refused to
9 answer the question, which I found very strange. But
10 anyway, a lot things about the Seveso studies -- you
11 know, obviously, are important.
12    For example, we just talked about genetic
13 susceptibility and certainly, when this study was
14 published in 2002, that whole issue of the gene
15 environment interaction was well-known. And it would be
16 relatively easy for them to study that in these women.
17    Anyway, it is one of my frustrations.
18   Q   Let's look at deposition Exhibit 153. This may
19 head us in the direction here we are talking about.
20 This is the Zhang, Z-H-A-N-G, paper?
21       (Defendants' Exhibit 153 was marked
22        for identification by the court
23        reporter.)
24       THE WITNESS: Yes.
25
Page 889

BY MR. HOPP:
2    Q   And it is entitled Serum Polychlorinated
3 Biphenyls, Cytochrome P-450 1A1 Polymorphisms, and Risk
4 of Breast Cancer in Connecticut Women.
5     Do you see that?
6    A   Yes.
7    Q   Did you rely on this paper for the purposes of
8 forming your opinions in this case?
9    A   Yes.
10   Q   What is the conclusion of this paper in a
11 nutshell?
12   A   That there is an increased risk in those women
13 that have this subtype.
14   Q   And the subtype being, it is a particular type
15 of polymorphism; is that right?
16   A   Yes, they had the 1A1, m1 and m4 genotypes, are
17 not associated with breast cancer risks, but the m2 was
18 associated with increased risk, making the point that I
19 made earlier.
20    However, they really only looked at the one
21 sub -- the one variation, if you will. And there are
22 other important polymorphisms. And I predict that those
23 will also be done as we go along.
24   Q   So this looked at one particular -- sorry.
25     Several polymorphisms and found an association
Page 890

8 (Pages 887 to 890)

| | |
|---|---|
| 1   with just one?<br>2     A   That's correct. They looked at the CYP1A1.<br>3   That, I think, is the only polymorphism that they looked<br>4   at.<br>5       And I am just saying that there are some others<br>6   that have been shown that seem to be important for<br>7   breast cancer risk as well, that they didn't look at,<br>8   but still very important paper along those lines that we<br>9   have been talking about.<br>10    Q   And what it was looking, though -- strike that.<br>11      What it was looking at was serum PCB levels,<br>12   that means the level of PCBs in the women's blood; is<br>13   that right?<br>14    A   Yes. And unfortunately, they didn't do all of<br>15   the various congeners, as I recall. Let me just<br>16   double-check that.<br>17    Q   Which congeners did they do?<br>18    A   I am looking forward to see what they did.<br>19   Yeah, they did the ones that are listed here.<br>20   I won't recount them, but they didn't do all of them.<br>21    Q   Where are they listed?<br>22    A   On Page 1178, in the 4th full paragraph in the<br>23   right column, it says, "The following PCB<br>24      Congeners were measured," and they did 10<br>25   congeners.<br><br>                   Page 891 | 1   looked at PCBs?<br>2    A   I'm sorry. I said ten. There were nine<br>3   congeners, but what they did was they totaled the nine<br>4   and just did the statistics against the totals. And if<br>5   you notice, that it is in the parts per billion range.<br>6      So they didn't have a very sensitive assay to<br>7   get into the parts per trillion range that you need to<br>8   do to get all of the various congeners of interest.<br>9    Q   They didn't compare individual congeners; they<br>10   looked at totals?<br>11    A   That's right.<br>12    Q   And these are all Caucasian women from<br>13   Connecticut; correct?<br>14    A   That's right.<br>15    Q   And is this a positive study? Did they find an<br>16   association?<br>17    A   Let's see.<br>18    Q   Let me direct you. I think this is Page 1181.<br>19    A   Um-hmm.<br>20    Q   The right-hand column, first full paragraph,<br>21      "In our study, a significantly<br>22      increased risk of breast cancer<br>23      Was found only for the CYP1A1 m2<br>24      genotype"?<br>25    A   Right. I think, they -- lack of association<br><br>                   Page 893 |
| 1    Q   I see. Just for the record then, they did<br>2   congener 74, 118, 138, 153, 156, 170, 180, 183, and 187;<br>3   is that right?<br>4    A   That's correct.<br>5    Q   So they took blood samples from these women,<br>6   who were being treated for breast cancer and analyzed it<br>7   for levels of those congeners; is that right?<br>8    A   That's correct.<br>9    Q   And they also looked to see if they had this<br>10   polymorphism in their gene; is that right?<br>11    A   That's right.<br>12    Q   And they compared the levels of PCBs with the<br>13   people with the polymorphisms and then found whether or<br>14   not there was an increased risk?<br>15    A   That's right.<br>16    Q   Now, in our case, that is the Grenada/creosote<br>17   litigation, have you looked for polymorphisms in the<br>18   blood of any of the people whose blood you sampled?<br>19    A   No, I haven't had the access to that particular<br>20   variable that I have found.<br>21    Q   So that data does not exist for the Grenada<br>22   cohort?<br>23    A   No, I don't have that data.<br>24    Q   And, again, this is PCB as opposed to TCDD or<br>25   dioxin congeners; right? That is, the Zhang paper<br><br>                   Page 892 | 1   with serum PCB levels. And, again, they used benign<br>2   breast disease as controls. I think clearly is for the<br>3   reasons I mentioned earlier is a mistake.<br>4    Q   I don't want to interrupt but just so we are<br>5   clear, a better way to do the study would be to use<br>6   women who had not been diagnosed with any type of breast<br>7   disease as a control population?<br>8    A   Correct. You are really confounding the study<br>9   rather significantly.<br>10    Q   And in the Zhang paper, it admits that it is a<br>11   drawback or a weakness in the study?<br>12    A   Yes, they do. But, again, though, I think<br>13   probably most importantly, they -- well, that is -- that<br>14   may be probably the most important problem in terms of<br>15   not finding an association and why they wouldn't.<br>16    Q   All right. I'm sorry. Are you done?<br>17    A   They go on to discuss the fact that they needed<br>18   more PCB-detailed analysis to explain the link.<br>19    Q   And so the Zhang paper can best be described as<br>20   a step in the direction of evaluating the connection<br>21   between organochlorine exposure and various<br>22   polymorphisms, but an incomplete step in that direction?<br>23    A   Yes, for those reasons. But may be some others<br>24   we can talk about, but those are the major ones.<br>25    Q   Let's look at deposition Exhibit 154. This is<br><br>                   Page 894 |

1 the Adami paper, A-D-A-M-I.
2 (Defendants' Exhibit 154 was marked
3 for identification by the court
4 reporter.)
5 THE WITNESS: Yes.
6 BY MR. HOPP:
7 Q Entitled Organochlorine compounds and
8 estrogen-related cancers in women.
9 This is a review article; is that correct?
10 A Yes, they are reviewing other papers. I don't
11 think there is original data here. I think this is sort
12 of a meta-analysis type of paper.
13 Q Let's talk about that. One of the papers that
14 you did cite and we will get to, was, in fact, a
15 meta-analysis or described itself as a meta-analysis.
16 What is a meta-analysis?
17 A That is where they take the various studies,
18 let's say, there is 8, 10, 12 different studies of a
19 subject, try to put the data all together. So all of
20 the exposed or cases and all of the controls, thus,
21 increasing the power to detect a difference.
22 Often studies have only a small number of
23 people. The power to detect and effect is less. So by
24 doing a meta-analysis you increase your ability to do
25 that.

Page 895

1 Q And just as an example, there was a paper by
2 Worberg that did that on TCDD, which was a famous
3 meta-analysis; is that right?
4 A Yes, there are a number of papers like that.
5 Q So Adami looks at other papers that discuss
6 organochlorine compounds and estrogen-related cancers;
7 is that right?
8 A Right.
9 Q And in the Abstract, one of the things they say
10 is in humans in neither ecologic data, nor occupational
11 studies provide clear support for an association between
12 organochlorine exposure and the occurrence of these
13 cancers, and that is breast and endometrial cancers?
14 A That's right. That is what they say.
15 Q And then they conclude and this, again, is in
16 the Abstract. It states, "We conclude
17 That available data do not indicate
18 that organochlorines will affect the
19 risk of these two cancers in any but
20 the most unusual situations."
21 A That is what it says.
22 Q In what sort of situations did Adami and its
23 co-authors find an increased risk of breast cancer?
24 A Okay. Let's see what did they find here that
25 was -- I have to go back to the Discussion. I don't

Page 896

1 know what they said.
2 It doesn't describe -- they simply say,
3 "At present, there are no biological
4 or ecological or analytic data
5 available that can be utilized to
6 indicate that there would be a
7 dominance one way or the other where
8 that exposure level that can affect
9 human cancer risks have been achieved
10 in any but the most unusual
11 situations," but they don't really
12 say what they mean.
13 Q So this is largely a negative study?
14 A Well, no, this is a review article. It is not
15 a study.
16 Q That's right.
17 A It, basically, cites the various papers. And I
18 think that is probably its greatest value, is that it
19 included a few papers that -- what I find when I look at
20 these types of papers, is that they have a paper that I
21 haven't seen before in their bibliography due to the
22 imperfect search engines that we have out there.
23 They know. But, obviously, their conclusion
24 was that their reading of the literature was if it
25 didn't prove a link and they give their -- "Our summary

Page 897

1 analysis," which they don't call a meta-analysis, but
2 they call it a summary analysis of occupational exposure
3 of organochlorines.
4 The rate ratio of breast cancer for exposed was
5 0.84, which is 84 percent, which would have suggested
6 that there is no excess. And for PCBs, it's 108 -- I'm
7 sorry. It is 84 for PCB's and 108 for TCDDs. And then
8 they say for DDE, it is 1.27. That is their review of
9 the literature.
10 Q And those are really the marker compounds they
11 look at: TCDD, PCBs and DDE; is that right?
12 A Yes. And they don't necessarily -- this paper
13 was published in '95. So there has been quite a bit of
14 work since that time. But, you know, this paper was of
15 interest because it had a review of papers which is why
16 I included it.
17 Q So generally informative, but not supportive of
18 causation in the case of Sherrie Barnes; is that right?
19 A It is not supportive. That is correct.
20 Q Let's look at the next one. It says Ahlborg,
21 A-H-L-B-O-R-G, deposition Exhibit 155.
22 (Defendants' Exhibit 155 was marked
23 for identification by the court
24 reporter.)
25 BY MR. HOPP:

Page 898

1    Q    And the Ahlborg paper is entitled
2   Organochlorine Compounds in Relation to Breast Cancer,
3   Endometrial Cancer, and Endometriosis: An Assessment of
4   the Biological and Epidemiological Evidence.
5        This is another review paper; is that right?
6   Actually, it is a journal called Critical Review of
7   Toxicology.
8    A    By the way, we should go back to the Adami
9   paper for one second.
10   Q    Sure.
11   A    And point out that it was supported by the
12  Chemical Manufacturers Association and further support
13  from the Swedish Cancer Society.
14   Q    You think that indicates some lack of
15  objectivity?
16   A    No. I think what -- it is interesting that
17  usually when industries sponsors a study they are
18  negative. You know, it is just -- I can't say that
19  there was necessarily bias, but why would someone write
20  a review paper.
21       Why wouldn't someone spend the money doing some
22  primary research, writing up a review paper when you
23  have a nice big grant from the Chemical Manufacturer's
24  Association, it seems to me, you want to collect some of
25  your own data. We got how many authors on this paper?
Page 899

1   It's 1, 2, 3, 4, 5, 6, 7, 8 authors on the paper, which
2   means that somebody did a heck of a lot of work.
3        And So, therefore, it probably cost a lot of
4   money. And, you know, my feeling would be they should
5   have invested some of that money on some of the issues
6   that we have discussed where we need more information.
7    Q    And one can bias a review paper by selecting
8   the underlining papers to review in sort of a skewed
9   manner; right?
10   A    A. And B, what you do is criticize the
11  positive papers and you sort of give greater credence to
12  the negative papers, which, you know, you can argue
13  these things back and forth, which, of course, people
14  do. I just -- I just think in passing, I thought it was
15  worth noting that.
16   Q    Okay. Let's move on to another paper, Exhibit
17  155.
18       (Defendants' Exhibit 155 was marked
19       for identification by the court
20       reporter.)
21       THE WITNESS: That's correct. The same year,
22  by the way.
23  BY MR. HOPP:
24   Q    Right. 1995, it is the Ahlborg paper?
25   A    It is basically the same work. It is the
Page 900

1   Harvard University grant from the Chemical Manufacturers
2   with the additional support of the Swedish Cancer
3   Society. So that these two papers are really parallel.
4    Q    Does Ahlborg find an association between
5   organochlorine compounds and breast cancer?
6    A    Well, they make the same conclusions they did
7   in their previous paper. The cancer causes and control
8   paper and the critical review paper, I think practically
9   cover the same ground.
10       I don't see that they have added much to the
11  discussion and they come to the same conclusion. That
12  the rates -- let's see, do they have exactly the same
13  rates? This is a little bit longer paper.
14       Well, in fact, the Ahlborg paper looks not only
15  at human epidemiology, but mouse studies and it looks at
16  some of the animal studies.
17       And I am looking to see if they do their
18  summary analysis, yeah. And then they do talk about in
19  vitro/in vivo animal studies in more detail. But they
20  also review some of the same papers -- the
21  epidemiological papers.
22       Their conclusions go on for several pages. Any
23  particular conclusion that you are interested in? I
24  mean, the bottom line was they recommended, as they did
25  in their other paper, that they looked at other end
Page 901

1   points in breast cancer as being more likely to be -- to
2   show a weak estrogen effect.
3    Q    Did you rely on the Ahlborg paper for the
4   purpose of your opinions in this case?
5    A    As I said about the other review paper, review
6   papers are mainly useful for sort of pulling together
7   all of the references. And since they don't contain any
8   new data, the underlining papers are what you rely upon
9   in reaching a conclusion.
10       You don't usually rely upon the opinion of
11  someone else who has written a review paper. It doesn't
12  mean you can't, I guess, but I think the real issue is
13  to rely upon the data and see what the data shows.
14   Q    For an exercise like the one that you have gone
15  through in this case, the primary research is the stuff
16  you really going to want to look at in forming your
17  opinions?
18   A    That's right.
19   Q    And review papers are simply helpful to collect
20  the primary research?
21   A    That's right.
22   Q    Let's just look at the Abstract on Ahlborg.
23  This is towards the end of the Abstract. It says,
24       "The hypothesis that human exposure
25       to environmental levels of
Page 902

11 (Pages 899 to 902)

1      organochlorines would favor an
2      estrogenic overactivity leading to an
3      increase in estrogen-dependent
4      formation of mammary or endometrial
5      tumors is not supported by the
6      existing in vitro, animal and
7      epidemiological evidence."
8         In the ten years since Ahlborg was published,
9  are you aware of additional evidence that has come up
10 that supports the notion that exposure to these
11 organochlorines favor estrogenic overactivity leading to
12 an increase in estrogen-dependent formation of mammary
13 cancers?
14    A  Yes, I think there are studies now that make it
15 even clearer that there is a link, but you have to take
16 into account the specific agents and you have to take
17 into account time of exposure, and you have to take into
18 account the genetic predisposition.
19    Q  All of the things that you started talking
20 about this morning?
21    A  Right. And in 1995, none of those variables
22 were addressed in the various studies that were done,
23 which is why you saw a weak associations as this author
24 calls it or these authors.
25    Q  Since '95, though, we have seen some papers

Page 903

1  which indicate an increased risk of breast cancer with
2  particular congeners of dioxin or PCBs and other
3  congeners of PCBs or dioxins which have an
4  antiestrogenic effect; is that right?
5     A  Yes. And that goes to this issue that we are
6  talking about. You have to get to the specifics of the
7  various congeners, A, but equally important, you have to
8  also look at the time of the exposure, given the age in
9  which they were exposed, which I think is very
10 important. But then there is also the genetic issue as
11 well. So you have to address all of those to explain
12 what is going on.
13    This author and Adami both point out that when
14 the evidence in animals shows clearly that these
15 chemicals have an adverse effect on the body. And the
16 teasing part, just the increased risk of, let's say,
17 breast cancer, may not be the whole story. You need to
18 look at all of the cancers and you need to look at the
19 susceptibility factors -- I mean, the stuff that we have
20 been talking about.
21    Q  And the fact is that this search for what
22 environmental factors cause breast cancer is an ongoing
23 effort; is that right?
24    A  Yes. As you know, the rate of breast cancer
25 has been increasing steadily in the United States in the

Page 904

1  last 40 years. While many other cancers have stayed the
2  same or decreased in frequency. The same is true for
3  prostate cancer which is increasing steadily and even
4  more marketably in breast cancer. Both of those are
5  felt to be hormonally-related cancers. And it is likely
6  that there are factors in our environment.
7     In fact, our causing this condition because
8  when people move from low cancer risk countries to high
9  cancer risk countries, they begin to approximate the
10 host country or their destination country in terms of
11 their risk.
12    And that has been shown, for example, with
13 Japanese women. If they are of Japanese descent and
14 they are raised in the United States, they have American
15 breast cancer risks. If they are Japanese descent and
16 raised in Japan, they have Japanese breast cancer risks
17 showing that it is environmental. That it's a
18 environmental factor.
19    Q  Have American women who are raised in Japan, if
20 there are enough of them, ever been studied?
21    A  Never been studied. I don't think there are
22 very many of them.
23    Q  In a lot of the studies that I have read over
24 the last couple of weeks and the ones that I have shown
25 you, start with a sentence something like, there is this

Page 905

1  hypothesis that environmental factors lead to the
2  increased risk of breast cancer.
3     And it appears to me at least that the
4  hypothesis is still under study and we have not yet
5  isolated what is causing this increased risk?
6     A  I believe we've got some pretty good ideas and
7  as we go through these papers today, it becomes clear
8  that there are some very strong links that are shown
9  both by animal and human studies. We may not have all
10 of the elements.
11    In other words, if we don't do the right study,
12 we are not going to get the right response. And I think
13 the issue of environmental factors are causative of
14 breast cancer is irrefutable. The question is what are
15 the factors in our environment that are causing it.
16    As you can probably tell just by the number of
17 studies that have been done, one of the leading factors
18 is these organochlorines, including the dioxins and the
19 PCBs; and the organochlorine pesticides.
20    And I think it is irrefutable that these are
21 probably are playing some role in the process. Now, we
22 are also going to be talking about PAHs, which is
23 another ubiquitous environmental factor in our
24 environment, which has increased in our society and as a
25 result of our heavy use of internal combustion engines

Page 906

12 (Pages 903 to 906)

Esquire Deposition Services
323.938.2461

1 and heavy dependence upon various fuels to generate
2 energy, that increased level of PAH exposure in
3 industrial societies are quite common.
4     There is additional factors that I think are
5 important and have not been addressed by any of the
6 studies so far. And a couple of animal studies have
7 addressed it, but what if you have significant PAH and
8 organochlorine exposure together, what is the breast
9 cancer risk going to be in a population?
10     Certainly, the animal studies would suggest the
11 phenomenon of the dioxins increasing the enzymes in the
12 body to create more of the PAH toxic intermediates would
13 strongly suggest that the two would interact to increase
14 the risk of cancer; and in particular, the risk of
15 breast cancer.
16     And we know also in the same 40 to 50 year
17 period, that there has been a very large increase in
18 lung cancer risk.
19     And obviously, there has been a linkage to
20 cigarettes, but there is also probably other factors.
21 And those factors have been identified as the urban
22 factor; that is, that if you compare the cancer rates in
23 Nebraska with the cancer rates in the industrialized
24 portions of New Jersey or Texas, there is as much as
25 190-fold difference in risk.

1     You can have certain census tracts where the
2 risk of breast cancer is contestably small for lung
3 cancer and you go into other areas and the rates are
4 order of magnitudes higher. What is causing that?
5 Well, that is called the urban factor, but it is clear
6 it has something to do with environmental factors.
7     Q   We talked, I think, in the first session of
8 your deposition about childhood asthma just as an
9 example, and the fact that someone who lives in a farm
10 environment or a rural environment is by no means
11 unexposed, that there are a lot of exposures in that
12 environment as well?
13     A   Yes. I am just talking about the cancer risks
14 and the observed studies. I didn't say people on farms
15 had no exposure.
16     Q   No.
17     A   But the point is that there is a difference.
18     Q   There is an observed difference between urban
19 and nonurban environments?
20     A   That's right. And the difference can be very
21 large.
22     Q   I want to go back to a statement. Will you
23 agree that there are at least three issues that are
24 under study with respect to this increased risk of
25 breast cancer; that is, one, what are the environmental

1 factors which lead to the increased risk; No. 2, how
2 much of an exposure is enough to increase the risk and
3 3, what is the critical exposure window for humans?
4     A   Right, those are at least three of the issues.
5     Q   Let's address one of those. This is deposition
6 Exhibit 156. It is the Anderson paper. It is entitled
7 Critical Exposure Window -- I'm sorry. Critical Windows
8 of Exposure for Children's Health: Cancer in Human
9 Epidemiological Studies and Neoplasms in Experimental
10 Animal Models.
11     Do you see that?
12     (Defendants' Exhibit 156 was marked
13     for identification by the court
14     reporter.)
15     THE WITNESS: Yes.
16 BY MR. HOPP:
17     Q   It says, in the Abstract, "The evidence
18     for exposures occurring during the
19     preconceptional period that have an
20     association with childhood or
21     adulthood cancers is equivocal"; is
22     that right?
23     A   That is what it says.
24     Q   Does this paper help bring any clarity to the
25 situation? That is, does it identify critical windows

1 of exposure for children's health?
2     A   Yes.
3     Q   And tell me what the conclusion is --
4     A   Well --
5     Q   -- with respect to critical exposure.
6     A   They give a diethylstilbestrol example.
7     Q   That is the DES; that was the morning sickness
8 drug?
9     A   No, it was the threatened abortion drug, as I
10 recall. They would give women diethylstilbestrol if
11 there was some spotting or bleeding or contractions and
12 that sort of stuff. I don't believe they used that to
13 treat nausea, but that is my recollection of what DES
14 was given for.
15     Q   Got you. It is no longer on the market, DES?
16     A   DES is no longer administered for that purpose.
17 I don't even think it is generally available as a
18 treatment for menopause.
19     Q   Does the Anderson paper address organochlorines
20 or PAHs?
21     A   Well, I don't recall if they used any of the
22 examples from that literature or not. They used PAH and
23 one of their examples was 712 dimethylbenz[a]anthracene
24 (DMBA).
25     And they talked about the sensitivity was

1 greatest at the end of gestation and the number of
2 targets cells are highest. And let's see, what else?
3 And ENU is another chemical.
4 Q What is ENU? What classic chemical?
5 A That is ethylnitrosourea. It is a non-PAH
6 organochlorine, but it is a nitrosamine compound,
7 nitrosourea compound. Let's see. We have on page --
8 well, they are not numbered.
9 MR. PRUDHOMME: Some of them are cut off.
10 THE WITNESS: That's right. It looks like it
11 might be page 11. Yeah. It says here -- it talks about
12 another PAH.
13 "Also in mice, the genetic ability to
14 respond to inducers of cytochrome
15 P4501A1, which metabolizes PAHs,
16 determined numbers of lung and liver
17 tumors induced by
18 3-methylcholanthrene and DMBA [but,
19 interestingly, not benzo(a)pyrene
20 (BP)], confirming that metabolic
21 activation of carcinogens is a
22 limiting factor in transplacental
23 carcinogenesis for at least some
24 chemicals."
25 Q But the conclusion of the paper, let's look at
Page 911

1 page, I guess, it is 13 of 25, where it says, "Gaps in
2 knowledge."
3 A Yes.
4 Q Where they basically say -- they do say.
5 "Although animal models have shown
6 that cancer risk can be increased
7 after exposure to certain potentially
8 hazardous agents --
9 preconceptionally, in utero, and
10 perinatally -- in humans, much of the
11 evidence is equivocal" and it remains
12 so; is that right?
13 A No, that's not true.
14 Q Okay.
15 A I mean, Perera has several papers published in
16 the last five years, including one this year, that
17 clearly shows that cord blood PAH levels is associated
18 with increased risk of various health problems.
19 Q That is Francesca Perera?
20 A Correct.
21 Q And have you cited those papers in your
22 bibliography?
23 A I hope so, but if not, it was an oversight.
24 The point being, this was published in 2000. And I
25 think there has been quite a few papers, at least in my
Page 912

1 opinion, that makes the evidence much less equivocal.
2 In utero exposure is terribly important to --
3 to the ultimate outcome in those children who are so
4 exposed. What they showed, I think, was prematurity,
5 low postgestational birth weights and some developmental
6 problems associated with in utero exposure.
7 So, I mean, the evidence is, I think, as they
8 say in here in animals is quite clear. And there has
9 been additional evidence in humans that has
10 strengthened, I think, that point about the greater
11 susceptibility of the fetus because of its development,
12 making it more vulnerable to the low level effects of
13 these environmental chemicals.
14 Q Has Perera or anybody else identified prenatal
15 in utero or perinatal exposure to PAHs as a risk for
16 breast cancer later in life?
17 A I think it was shown for dioxin in animals
18 only. I don't think there are human studies and I don't
19 think that has been done in PAHs in animals, as I
20 recall.
21 Q Just as of right now or as of today or as of
22 recently, just dioxins in animals; is that right?
23 A That's right.
24 Q Does virus exposure increase the risk of
25 cancer?
Page 913

1 A In animals there is some evidence that there
2 are some viral-related cancers. Humans the evidence, I
3 believe, is really quite a bit less.
4 Q Is that something that is under study
5 somewhere? I mean, are people looking at a connection
6 between viruses and an increased risk of breast cancer?
7 A People have looked at that for 50 years. It is
8 the most well-studied question, I think, that is out
9 there.
10 Viral illness generally follows a communicable
11 disease pattern. There is a particular liver cancer in
12 Africa that has been linked to a virus, but none of the
13 -- and in the pattern of distribution of the disease is
14 compatible with an infectious causation.
15 But none of the studies that have been done in
16 other countries have ever been able to make a conclusive
17 link with virus and cancers.
18 Q And any cancers or just breast cancer?
19 A Basically, I think, it's -- I mean, other than
20 your increased risk of getting cancer if you have got
21 HIV, and that is different. That is an immune system
22 problem.
23 Q Sure, that is different.
24 A But the virus being the initiator or the
25 promoter of human cancer, I just don't think that there
Page 914

14 (Pages 911 to 914)

1 has been any evidence to support that notion at least
2 not in the United States.
3 Q Okay. Let's look at Exhibit 157. This is the
4 Arcaro, A-R-C-A-R-O, paper entitled Antiestrogenicity of
5 Environmental Polycyclic Aromatic hydrocarbons in Human
6 Breast Cancer Cells; right?
7 (Defendants' Exhibit 157 was marked
8 for identification by the court
9 reporter.)
10 THE WITNESS: Yes.
11 BY MR. HOPP:
12 Q And this is an Arcaro study; is that right?
13 A Correct.
14 Q So what Arcaro and co-authors were studying
15 were cells in a petri dish; right?
16 A That's right.
17 Q Let's turn to the Materials and Methods
18 section, this is Page 116 under heading 2.
19 A Um-hmm.
20 Q It says, "Recombinant human ER" and then a
21 Greek symbol that I can't --
22 A That's an alpha.
23 Q Alpha and beta?
24 A Beta.
25 Q "-- were obtained from Panvera --" which looks

Page 915

1 to be some sort of company in Madison, Wisconsin.
2 A That's right.
3 Q What is that? What is recombinant human ER
4 alpha and beta?
5 A To be a little succinct here, I think they got
6 ER positive breast cancer cells.
7 Q Oh, I see.
8 A And obtained them from this company that grows
9 up various -- when you have cancer cell line, you can
10 keep it growing. Because if you take most normal cells,
11 they won't keep growing in vitro, in a dish culture. It
12 will go through a period of time and then they will die.
13 Whereas cancer cells live on and forever, which
14 is one of the problems with cancer cells. They don't
15 have -- they don't have a mechanism to stop them from
16 reproducing.
17 So they have got cells here with alpha and beta
18 estrogen receptors. This is a very succinct paper,
19 which they don't necessarily tell you all of those --
20 Q They ordered cells from a company that cultures
21 them, as opposed to going out and harvesting cells from
22 a group of people; right?
23 A Right. They bought the cancer cells.
24 Q Got it. And what did they conclude?
25 A Their conclusion was that it was antiestrogen.

Page 916

1 They used, I guess, in order to inhibit the growth of
2 these cells --
3 Q They looked at a total concentration of 14
4 PAHs; right?
5 A They combined some together. Individual PAHs
6 comprising the reconstituted mixtures. So they had 14
7 PAHs.
8 Q And actually, got it from the St. Lawrence
9 River in some sediment sample.
10 A They got it from some sediment sample, yeah. I
11 think they purified it. Extracted it in some way.
12 You know, "The most prominent
13 Molecular ions for the 16 US
14 Environmental Protection Agency
15 (USEPA) Priority Pollutant PAHs" and then they
16 number the 16. And they then in Table 1, give you the
17 concentration from the St. Lawrence River sediment of
18 the various compounds and then compared it to a clean
19 place, I think, Kinderhook is supposed to be clean --
20 relatively clean. And here I think the levels are much
21 lower.
22 Q Kinderhook is another place in New York; right?
23 A Yes. And I think what they used was that as a
24 control. Kinderhook being relatively clean.
25 Q So they found that these compounds acted as an

Page 917

1 antiestrogen?
2 A I believe they inhibited the growth of these
3 cells. No, no, they did a whole cell competitive
4 estrogen receptor binding assay. So, basically, they
5 looked at a receptor binding assay using radioactive
6 hydrogen attached to the various -- let me see, is it
7 estrogen they used?
8 Competitive binding assay was carried out with
9 the human estrogen receptor, alpha or beta, incubated
10 with -- E2, I think, is an estrogen compound, estradiol
11 or something is their control -- positive control. Yes,
12 17 beta estradiol. And so they exposed the cells to
13 estradiol or PAHs and then measured the binding of the
14 two.
15 Q Okay. And their conclusion was?
16 A The conclusion was that it was antiestrogenic
17 and I think competitively bound with the estrogen
18 receptor.
19 Q So how, if at all, does the Arcaro paper
20 support your opinions in this case?
21 A Well, it shows that PAHs binded the estrogen
22 receptor, which, of course, we have known from other
23 assays.
24 Your question is why did we include this in our
25 bibliography?

Page 918

15 (Pages 915 to 918)

| | |
|---|---|
| 1    Q   Let's use that question. | 1   know cancer is a multistep process. |
| 2    A   The findings indicate that "seven | 2    Q   And PAHs are generally considered to be |
| 3    PAHs competitively displace estradiol | 3   genotoxic; correct? |
| 4    when added to cultures of human | 4    A   That's correct. |
| 5    breast cancer cells may have | 5    Q   As opposed to organochlorines which are not |
| 6    consequences for human health. It | 6   genotoxic but induce some sort of enzyme production? |
| 7    has been suggested that by the | 7    A   Yes. And the relevance here is that they |
| 8    binding with the estrogen receptor | 8   induced an enzyme that metabolizes the PAHs to their |
| 9    carcinogens may accumulate in the | 9   genotoxic or mutagenic toxic intermediates, where they |
| 10   nucleus and result in increased | 10   become apoxides and become more active in attaching to |
| 11   mutagenicity. The PAHs examined in | 11   the DNA. |
| 12   this study are common environmental | 12    Q   So the binding to the receptor is one step in a |
| 13   pollutants that are metabolized in | 13   chain reaction? |
| 14   the body and thus could potentially | 14    A   Well, that would be the implication of this |
| 15   bind the estrogen receptor, resulting | 15   paper, yes. |
| 16   in both a suppression of estrogenic | 16    Q   And on Page 125, they talk about looking for |
| 17   responses and a possible increase in | 17   synergistic activity and state that they were unable to |
| 18   mutations in specific target issues." | 18   find any; is that right? |
| 19    Q   Okay. | 19    A   Well, let's see what they meant by -- what |
| 20    A   Do you want me to explain what that means? Do | 20   paragraph are you looking at? |
| 21   you think you understand it? | 21    Q   Page 125, first full paragraph, "Recently |
| 22    Q   I think I understand it, but can you give it to | 22   the issue of synergy among endocrine |
| 23   me in layman's terms? | 23   disrupting chemicals has received |
| 24    A   Well, these in vitro studies are mechanism | 24   much attention? Although we did not |
| 25   studies. And what this study showed is that the PAHs | 25   look specifically for synergistic |
| Page 919 | Page 921 |

| | |
|---|---|
| 1   bind to the estrogen receptor. | 1   responses, the antiestrogenic |
| 2    Q   But we need to figure out based on additional | 2   potencies of the reconstituted |
| 3   studies is what that means for human health; right? | 3   mixtures in the focus assay were |
| 4    A   In the context of everything else, we know that | 4   roughly an average of the |
| 5   all the PAHs are potent mutagens. They imply that and | 5   antiestrogenic potencies of the |
| 6   discuss it here, but clearly, it has profound | 6   individual PAHs, suggesting that no |
| 7   implications really for the role of PAHs in breast | 7   substantial overall synergy |
| 8   cancer. | 8   occurred." |
| 9    Q   But isn't the working hypothesis that breast | 9    A   Well, that means that -- it speaks for itself, |
| 10   cancer is caused by higher levels of estrogen as opposed | 10   I think. That there is no synergy between the PAHs, one |
| 11   to lower levels of estrogen? | 11   versus ten. It is an additive effect only, not a |
| 12    A   Well, that is one mechanism. I believe they | 12   multiplicity effect. |
| 13   are addressing the mutagenic mechanism here. If it is | 13    Q   Let's do one more and take a break. |
| 14   concentrating because it is attaching to the receptor | 14     MR. HOPP: Is that okay, Keith? |
| 15   and there are a lot of estrogen receptors in the breast | 15     MR. PRUDHOMME: Yeah, I will refer to the |
| 16   for obvious reasons. So something is bound to that | 16   witness. |
| 17   receptor and it is in that tissue, it is more likely -- | 17     MR. HOPP: I'm sorry, Doctor. Can we do one |
| 18   in other words, the dose makes the poison. | 18   more? |
| 19   So the higher the concentration of PAH | 19     THE WITNESS: We can do one more. |
| 20   molecules in the breast tissue, the more likely it is to | 20     MR. HOPP: My apologies. |
| 21   exert mutagenic, thus a carcinogenic effect. | 21     (Defendants' Exhibit 158 was marked |
| 22    Q   Okay. So we are not looking at enzyme | 22   for identification by the court |
| 23   induction, we are looking at genetic damage? | 23   reporter.) |
| 24    A   That's correct. In other words, there is more | 24   BY MR. HOPP: |
| 25   than one mechanism at work probably to cause cancer. We | 25    Q   Deposition Exhibit 158 is the Chaloupka, |
| Page 920 | Page 922 |

1 C-H-A-L-O-U-P-K-A, paper titled Synergistic Activity of
2 polynuclear Aromatic hydrocarbon mixtures as aryl
3 hydrocarbon (Ah) receptor agonists.
4 This is an in vitro study of human breast cells
5 and an in vivo study of rats and mice; is that right?
6 A Yes.
7 Q And the results show that the PAH mixture
8 exhibited nonadditive synergistic activities; is that
9 right?
10 A Yeah, it studied the synergistic effects on
11 PAHs on the Ah receptor.
12 Q This did find synergistic activity?
13 A Yes, it did. Rather marketably.
14 Q I'm sorry. I didn't hear you.
15 A Rather marketably.
16 Q And did they find them in all three media, if
17 you will, studied both the human breast cells and then
18 in the mice and the rats or did they find them in just
19 one of those areas?
20 A Let's see, they used induction of
21 "Hepatic CYP1A1 mRNA levels
22 transformation of the rat cytosolic
23 Ah receptor to a complex which binds
24 to a dioxin responsive element, and
25 the induction of EROD activity and
Page 923

1 antiestrogenicity in MCF-7 human
2 breast cancer cells, and inhibition
3 of splenic plaque-forming cell
4 response to both T cell-dependent and
5 independent antigens in B6C3F1 mice.
6 For EROD and CYP1a1 mRNA induction
7 and cytosolic transformation
8 activities and immunosuppressive
9 effects, MGP-PAH mixture was
10 approximately 100 to 900 times more
11 potent as an Ah receptor agonist than
12 expected based on its benzo[a]pyrene
13 content."
14 And that means that one, two, three, four --
15 four of the effects were -- were stronger in
16 synergistic. The synergistic activity was still there
17 but lower for the antiestrogenic response in MCF cells,
18 really 19-fold, as opposed to 100 to 900 times greater.
19 So all of the end points showed at a greater
20 effect when they looked at the manufactured gas plant
21 residues, as opposed to just benzo[a]pyrene content
22 predicted.
23 Q Are you familiar with the manufactured gas
24 plants?
25 A Yes.
Page 924

1 Q Have you ever worked on a lawsuit or evaluated
2 a case that involved an MGP?
3 A No, but I have read about manufactured gas
4 plants.
5 Q And those were plants that were used back in
6 the old days where we used to have gas lights that lit
7 the streets; right?
8 A Yes.
9 Q The old gas lamps?
10 A Yes. They made some natural -- well, some
11 volatile gas out of -- you know, out of crude oil or
12 coal.
13 Q In fact, they took, I think -- my understanding
14 is that they took coal and through some process, made
15 this gas, and then there was a residue, which was this
16 tarry substance?
17 A Tarry stuff, that's right. Similar to
18 creosote.
19 Q Well, in fact, it was a residue from somehow
20 distilling the coal; right?
21 A That's right. Same idea as the creosote. This
22 distillate is pretty close to creosote.
23 Q Well, in fact, there are studies which examine
24 --
25 A The composition of both, right. Which should
Page 925

1 be in our list of papers here, I would hope.
2 Q And so what they did was they took this MGP PAH
3 mixture and administered it to the cells in the rats and
4 the mice and then they took some other PAH containing
5 substance; is that right?
6 A Well, I think they used benzo[a]pyrene. Let me
7 see what did they use for the clean -- cleaner control.
8 Q The idea being they compared the activities of
9 the mixture to the control; is that right?
10 A The control is benzo[a]pyrene which they
11 purchased from Sigma Chemical Company.
12 Q So it is kind of a pure PAH? A single PAH?
13 A Single PAH.
14 Q And then they compared that activity of the
15 multi-PAH mixture?
16 A That's right.
17 Q And they found that the crude MGP PAH mixture
18 had more of an effect than the single PAH?
19 A Correct.
20 Q And then did they compare it -- compare the
21 activity of the MGP PAH mixture to the activity of
22 TCDD?
23 A Yes, they did. TCDD was their positive
24 control.
25 Q And, again, they found that the MGP PAH mixture
Page 926

17 (Pages 923 to 926)

| | |
|---|---|
| 1  had more effect than the TCDD, which is the positive | 1    pesticides -- mostly insecticides of |
| 2  control? | 2    organochlorine origin and phenoxy |
| 3    A   Where is this data? Here it is on Table 3, the | 3    acid herbicides -- and risk of |
| 4  dose effect of the three.  TCDD was -- it had -- TCDD | 4    cancer." |
| 5  had a greater effect than either the benzo[a]pyrene or | 5    Do you see that? |
| 6  the MGP. | 6    A   Yes. |
| 7    Q   Did they study a synergistic effect between | 7    Q   And that is, basically, the conclusion of this |
| 8  TCDD and the MGP PAH mixture? | 8  paper "some limited evidence"; is that right? |
| 9    A   I don't think so.  It would have been a very | 9    A   Yes.  I mean, I think, those are the words he |
| 10  interesting thing to do but they didn't. | 10  used, yes. |
| 11    Q   And this is one of the things that you are | 11    Q   Does this paper and any of the sources that it |
| 12  talking about in this case, which is the potential for | 12  reviews, identify an increased risk of breast cancer |
| 13  that synergy; is that right? | 13  with exposure to pentachlorophenol or creosote? |
| 14    A   Yes. | 14    A   Let's see what he says about creosote.  Some |
| 15    Q   Now, this study does not indicate any sort of | 15  TCDD exposures -- the Adami paper, they quote.  They |
| 16  relative risk for breast cancer in humans; does it?  It | 16  also quote a paper -- a study that is ongoing, has no |
| 17  is not that type of study. | 17  results, where they mention breast cancer.  I think |
| 18    A   No, that is not that kind of study.  It is not | 18  there is relatively few references to breast here. |
| 19  addressing the issue directly.  It is sort of a | 19    The proof of the paper shows no excess risk in |
| 20  mechanism paper, but I thought it was important because | 20  farming where the exposures are varied.  There was no |
| 21  it talks about a mixture similar to creosote and how it | 21  increased risk in another farmer study done in Sweden. |
| 22  has an effect on the Ah receptor, which would add to the | 22  Several farmer studies have mentioned breast and found |
| 23  adverse effect caused by that mechanism. | 23  no excess, not all of them studied breasts. |
| 24    Q   Right.  So, generally, informative but not | 24    Basically, this paper is not really -- it |
| 25  directly related to causation of breast cancer in | 25  probably shouldn't even be included except that it is in |
| Page 927 | Page 929 |
| 1  humans; is that right? | 1    the general category, talking about the TCDD and it |
| 2    A   Correct. | 2    mentions creosote in its -- it really doesn't have very |
| 3    MR. HOPP:  Let's take five minutes. | 3    much in the way of data on creosote. |
| 4    (Brief recess.) | 4    Q   So do you think you should not have listed this |
| 5    MR. HOPP:  Let's mark this next Exhibit as 159. | 5    as a paper supporting your opinions? |
| 6    (Defendants' Exhibit 159 was marked | 6    A   Well, first of all, it's by and large not |
| 7    for identification by the court | 7    focused on breasts.  We probably included it because of |
| 8    reporter.) | 8    some of the other cancers that would have applied to |
| 9  BY MR. HOPP: | 9    some of the cases, not necessarily Sherrie Barnes. |
| 10    Q   Dr. Dahlgren, I am handing you Deposition | 10    Q   All right.  Okay.  Let's look at the next one |
| 11  Exhibit 159, the Dich, D-I-C-H, study entitled | 11    deposition Exhibit 160.  This is the Firozi paper, |
| 12  Pesticides and Cancer.  And this is a review paper? | 12    F-I-R-O-Z-I.  And it is entitled Aromatic DNA Adducts |
| 13    MR. PRUDHOMME:  Do you have an extra copy? | 13    and Polymorphisms of CYP1A1 and NAT2 and GSTM1 in Breast |
| 14    MR. HOPP:  I'm sorry. | 14    Cancer; is that right? |
| 15    THE WITNESS:  Um-hmm.  Yes, this would be a | 15    (Defendants' Exhibit 160 was marked |
| 16  review paper. | 16    for identification by the court |
| 17  BY MR. HOPP: | 17    reporter.) |
| 18    Q   And they looked generally at various pesticides | 18    THE WITNESS:  Yes. |
| 19  and cancer in animals and humans; correct? | 19  BY MR. HOPP: |
| 20    A   Yes. | 20    Q   And this is a study of genetic polymorphisms |
| 21    Q   And the conclusion is -- looking at -- this is | 21    and DNA adducts; right? |
| 22  now Page 438, in the paragraph entitled Conclusion, it | 22    A   Yes. |
| 23  says, "Epidemiologic studies provide | 23    Q   Tell me in layman's terms what the authors of |
| 24    some, albeit limited, support of an | 24    this paper -- what question the authors of this paper |
| 25    association between exposure to | 25    were trying to answer? |
| Page 928 | Page 930 |

**Esquire Deposition Services**
323.938.2461