1    A  Do people with certain genetic makeup have more
2  DNA adducts than others? In other words, does the way
3  the person handles PAH compounds vary based on their
4  genetic makeup.
5       And, again, the answer is yes, there is a
6  relationship. The way they handle PAHs varies depending
7  on their genetic makeup.
8    Q  And which polymorphisms do they identify as
9  increasing the level of DNA adducts?
10    A  It looks to me like CYP1A1 and NAT2.
11    Q  And so the other one that they looked at, the
12  GSTM1, was not positive for an association between that
13  polymorphism and increased levels of adducts; is that
14  right?
15    A  That's correct.
16    Q  And this study looked at 166 women who already
17  had breast cancer; is that right?
18    A  Yes, 166 patients. 58 percent under 50,
19  71 percent Caucasian. 16 percent African-Americans.
20    Q  And what sort of women -- strike that.
21       Do they have a control population or were they
22  just looking at the women who had breast cancer?
23    A  I think there was -- no, there was no control
24  population. They were looking at a group of patients
25  with cancer to see if there was a difference in -- you

1  know, within the patient population.
2    Q  Looking at the Discussion section, this is Page
3  304, they say, "The role --" this is towards the bottom
4  of the page.
5       "The role of smoking in breast cancer
6       etiology has been controversial
7       according to epidemiological
8       findings."
9       Does this study help to resolve that
10  controversy at all?
11    A  Yes, I think that is -- I think, that is one of
12  the things they are pointing out.
13    Q  They were looking for smoking-related DNA
14  adducts; is that right?
15    A  Right.
16    Q  And they were looking for higher levels of
17  women that had polymorphisms?
18    A  Right.
19    Q  And based on this study, the Firozi paper or
20  other papers like this, is there any conclusion we can
21  come to about predicting the risk of breast cancer in
22  certain people with particular polymorphisms?
23       Have we gotten to that point yet or is this
24  more of an interesting observation and we are trying to
25  figure out what the punch line is?

1    A  Well, I think there is no doubt that the next
2  step here is making these tests generally available and
3  identifying those at high risk, so that they can undergo
4  more frequent screening and more intense screening, so
5  early diagnosis would be possible; and you would also be
6  able to counseling them about their higher risk of
7  smoking or other exposures to carcinogenic agents
8  because of their higher risk.
9       So I believe that as time goes on, we will
10  probably be doing these tests as part of our evaluation
11  of patients. Right now, it is rather expensive to do
12  these types of tests, and it just has not caught on.
13       I mean, this paper was published in 2002.
14  Usually, there is a lag between these kinds of
15  observations and the use in the clinic, a few years at
16  least; and it is particularly problematic because of
17  managed care.
18       There is a lot more resistance to the
19  introduction of new tests these days than there used to
20  be because of the expense, but clearly, there is a role
21  to be played on doing this type of testing on people.
22  So they are aware of their risk and take steps to help
23  protect themselves.
24       And it might even be possible to find
25  antioxidants that they might be advised to take which

1  would help reduce the DNA damage. There might be even
2  more specific therapies that can be given to patients
3  who have the higher adduct levels. Attempts of reducing
4  the exposures would, of course, be key elements to these
5  -- these reducing the risks.
6    Q  The idea being that someone who has this
7  particular polymorphism should be particularly aware
8  that they shouldn't smoke or shouldn't be exposed to
9  higher levels of PAHs because that would increase their
10  risk of breast cancer to a greater extent than it would
11  someone who doesn't have those exposures?
12    A  Right.
13    Q  How does the Firozi paper impact your opinions
14  with respect to Sherrie Barnes?
15    A  Well, I think that our thinking about her is
16  that she probably did have a greater susceptibility to
17  damage to her DNA PAH exposure. We have no way of
18  confirming that at this point, but the fact that she
19  developed the cancer at a very young age -- in fact,
20  this particular paper emphasizes younger women,
21  premenopausal women.
22       I don't see that they actually looked at the
23  difference in the different age groups but --
24    Q  While you are looking, is it your belief that
25  Sherrie Barnes contracted cancer at a young age is an

| | |
|---|---|
| 1 indication that she may have had a particular genetic<br>2 polymorphism that increased her risk?<br>3    A Yes, that is what I think, but it is coupled<br>4 also with a high exposure which, I think, she had as<br>5 well for reasons that we've discussed before.<br>6     So that it is a combination. Again, of gene<br>7 environmental interaction.<br>8    Q And the way to identify whether or not Sherrie<br>9 Barnes had a particular genetic polymorphism would have<br>10 been to take a blood sample when she was alive; is that<br>11 right?<br>12    A Yes.<br>13    Q Let's look at the next paper. This is Gammons,<br>14 G-A-M-M-O-N-S, and it is Exhibit 160. It's entitled<br>15 Environmental Toxins and Breast Cancer on Long Island,<br>16 I. Polycyclic Aromatic Hydrocarbon DNA adducts.<br>17     MR. PRUDHOMME: 1.<br>18     MR. HOPP: I'm sorry. 161. Yes.<br>19     (Defendants Exhibit 161 was marked<br>20     for identification by the court<br>21     reporter.)<br>22 BY MR. HOPP:<br>23    Q Gammon, I think, is one of those Long Island<br>24 studies. This is apart of that ongoing effort to look<br>25 at breast cancer on Long Island; right?<br>Page 935 | 1    Q In the right-hand column, it says,<br>2     "In this population-based,<br>3     case-control study among women on<br>4     Long Island, a modest 50% elevation<br>5     in the risk of breast cancer was<br>6     noted in relation to the highest<br>7     quintile of PAH-DNA adduct levels;<br>8     however, no dose-response effect was<br>9     observed."<br>10     Is that contradictory? The highest quintile<br>11 means the highest 25 percent; is that right?<br>12    A Yes, that's right. Quintile actually would be<br>13 the highest -- the highest 20 percent.<br>14    Q So the highest 20 percent had a modest<br>15 elevation, but they don't have a dose-response effect.<br>16     Can you explain that?<br>17    A Well, you can be exposed to PAHs up to a point.<br>18 And then once you've reached this critical point, then<br>19 the risk -- in other words, the body's repair mechanisms<br>20 are working, working, working and finally, they<br>21 breakdown and you get the disease.<br>22    Q I see.<br>23    A So that would be the so-called threshold<br>24 effect. It goes from 15 to 17 or whatever the numbers<br>25 are.<br>Page 937 |
| 1    A Yes. Yes. The authors have grown.<br>2    Q And this was published in 2002. In the<br>3 Abstract at least, it says that as of 2002, the effect<br>4 of PAHs on the risk of breast cancer is still not clear;<br>5 is that right?<br>6    A Well, no, it says, "These data<br>7     indicate that PAH-DNA adduct<br>8     formation may influence breast cancer<br>9     development, although the association<br>10     does not appear to be dose dependent<br>11     and may have a threshold effect."<br>12     One can interpret that anyway they want. It<br>13 seems to me that --<br>14    Q Sure.<br>15    A It seems to me that it is supportive of the<br>16 idea that I have advanced before, that the more PAH<br>17 adducts you have, the higher your risk of developing a<br>18 cancer and this study, I think, is consistent with that.<br>19     The fact that there was not a dose effect, I<br>20 don't think is -- rules out that, that observation or<br>21 that contradicts that data.<br>22    Q Okay. Looking at page -- let's see, Page 682,<br>23 this is under the heading Discussion, it is just under<br>24 Table 3.<br>25    A Yes.<br>Page 936 | 1    Q The idea of being, there is no sort of trend<br>2 line in the quintiles below the highest --<br>3    A That's correct. But I think that the issue<br>4 here, of course, is the whole question of polymorphisms,<br>5 which they didn't address.<br>6     And also, the differences in dose. In other<br>7 words, what they have done is they divided them into<br>8 five groups. I am trying to see -- I think, it is based<br>9 upon DNA adduct levels in blood and they go on to define<br>10 how they made the five groups.<br>11     Let's see. They had nondetects in 148 of the<br>12 cases. You know, and then they had quintile five, that<br>13 is the top 20 percent, they had 122 people in that<br>14 group. Their values were over 21.9357. And I think,<br>15 this is the number of adducts per ten to the eighth<br>16 nucleotides.<br>17     I think, really the most important observation<br>18 that needs to be made here, I think, is that you are<br>19 looking at people with breast cancer already. And we<br>20 talked about this earlier. DNA adducts don't<br>21 necessarily stay in the body for a long time.<br>22     And I think, they were doing the lymphocytes,<br>23 like we did in our case -- let me make sure that is<br>24 right -- anyway, they -- I think -- I don't know if they<br>25 acknowledge that, I forget. I don't know if they<br>Page 938 |

20 (Pages 935 to 938)

acknowledged that problem here, but I think we are
looking at late in the -- we are looking at ongoing
exposure, basically.
        And so what is going on here is that, it may be
that those people, for whatever reason, had previously
also higher exposure for whatever reason. But I did
look at some possible sources of the PAHs. And if you
look at this Table 4, a number of grilled barbecue meals
in the most recent decade of life, and then poultry and
fish in the most recent decade, and smoked meat, smoked
poultry; and then a total of all of the PAH food
intakes.
        And if you look at those numbers, there does
appear to be a slight tendency for the higher quintiles
to have slightly more, but it is very, very little
difference. So it would appear the smoking was clearly
a -- also, interestingly, not terribly helpful in
predicting the PAH adduct levels. It would seem to me
that they missed something in terms of exposure.
    Q   And you think that maybe what they missed was
the genetic polymorphism?
    A   Well, that clearly they missed. It would be
important to do that because from our other study that
we just looked at, you can see a big difference in the
smokers, who had the polymorphism, and who didn't. And

Page 939

they didn't look at that here.
    Q   Right.
    A   So, clearly, the fact that they found anything
at all is probably remarkable in itself, but what is
interesting is that all of the usual suspects; mainly,
smoking and barbecue food.
        They did not take into account, unfortunately,
the other big confounder that has been discussed a lot
and that is closest to a busy highway or some other
environmental exposures. I don't think they ever looked
at that, no.
        It could well be that our high PAH people lived
next to a busy highway, and therefore, get PAH exposure
that way or they lived next to an industrial facility or
some other thing that might be a source.
        But anyway, this study clearly supports the
concept that PAH adducts are associated with a higher
risk of lung cancer. And it goes along with the whole
concept that PAHs would cause a higher rate of mutation
in cells and then increases the risk of breast cancer.
    Q   Let's mark this next --
    A   By the way, there is something interesting
before we leave this paper, that should be pointed out.
    Q   Sure.
    A   That the quintile two and three almost reach

Page 940

statistical significance and quintile four, which had
the smallest number, dropped back down again; but
clearly, the values -- first of all, they had internal
control which was, you know, DNA adducts in breast
cancer patients that were nondetect.
        My point is that everybody who had detectable
adducts had an increased risk even though it didn't
reach statistical significance.
    Q   Which table are you on?
    A   On Table 2.
    Q   They had some breast cancer patients who were
nondetect with DNA adducts?
    A   That's correct. And they were the controls.
    Q   Do you think that is realistic?
    A   Well, it depends on the methodology you use,
but let's put it this way: In this method, these were
the lowest people. So they served as controls. Whether
they were truly nondetect or not, it might be that they
just had a very insensitive method.
        But if you look at the multivariate
adjustments, anybody with adducts had a higher risk
which is in itself kind of interesting. Even though
they focused on the ones that had statistical
significance, which is fine.
        With 37 authors, many of whom are card carrying

Page 941

statisticians and epidemiologists, what it really
strongly looks like to me is that there is an effect.
If there hadn't been an effect, just all other things
being equal, some of these numbers would have to be
below one in order to be having an effect.
        The fact that they were all above one in
itself, I think is important, but I don't think they
discuss that. And I will just point that out in
passing, there is a statistical thing that even though
it doesn't reach statistical significant, but all of the
data goes in one direction, that in itself is
statistically significant.
    Q   So you see a trend line even though the authors
indicate that they don't see a dose-response effect?
    A   Well, there is no dose response. There is no
question about that.
        But is there an association? As soon as you
have detectible DNA adducts by their methodology, the
risk seems to be higher. It is up by 45 percent in
Quintile 2, using multivariate analysis. It is up by 48
in Quintile 3 and 1.49 in Quintile 5.
        And just because the numbers were higher,
because the difference between, you know, the cases and
the controls in Quintile 5, it reaches statistical
significance; but in Quintile 3, you are at .99 for the

Page 942

21 (Pages 939 to 942)

Esquire Deposition Services
323.938.2461

| 1 | lower range of the confidence interval. That is |
| 2 | borderline. I mean, one-hundredth more and it would |
| 3 | have been called statistically significant, if you know |
| 4 | what I am saying. |
| 5 | Q   Right. |
| 6 | A   It seems to me that it showed something here |
| 7 | that was interesting to say the least. |
| 8 | Q   Just so we are clear on this, the issue of |
| 9 | statistical significance at least the way it is set out |
| 10 | in Table 2, what you are looking at is the parenthetical |
| 11 | after the number in the last column on the right; is |
| 12 | that correct? |
| 13 | A   Yes. |
| 14 | Q   And if that parenthetical, if that range of |
| 15 | numbers includes the value one or includes the number |
| 16 | one, then we say it is not statistically significant; is |
| 17 | that correct? |
| 18 | A   If it goes through one. If it goes to one, you |
| 19 | can still be statistically significant. And if it is |
| 20 | .99, it suddenly becomes statistically not significant |
| 21 | using the .05 of the likelihood of it being real. |
| 22 | Q   So the last one Quintile 5, the confidence |
| 23 | interval is 1.00 through 2.21 and for that reason, we |
| 24 | call it statistically significant; is that right? |
| 25 | A   That's right. Let's go to Table 3, cases and |

Page 943

| 1 | controls, DNA adduct levels, even though the DNA adduct |
| 2 | difference is small, it is statistically significant |
| 3 | with a 35 percent increase of breast cancer in those with |
| 4 | the DNA adducts using multivariate adjustments. |
| 5 | Q   I'm sorry. Where are you? |
| 6 | A   First line, main effect. |
| 7 | Q   Okay. |
| 8 | A   In other words, using PAH-DNA adducts as a |
| 9 | continuous variable and adjusting for the various other |
| 10 | risk factors that are known to contribute to breast |
| 11 | cancer, the PAH adducts were in themselves a significant |
| 12 | contributing risk factor. |
| 13 | And you go down here to another finding which I |
| 14 | considered to be important; that is, age of diagnosis. |
| 15 | Under age 65, the patients with breast cancer and DNA |
| 16 | adducts, the difference was statistically significant. |
| 17 | It was a 48 percent increase in the risk of breast |
| 18 | cancer, and it was statistically significant, 1.05 to |
| 19 | 2.09. |
| 20 | Q   And why is that important? |
| 21 | A   Well, because what I had argued, I think, |
| 22 | earlier that our patient was younger. And in this case, |
| 23 | the younger patients had the higher risk with the PAH |
| 24 | adduct association. Whereas the older folks, people |
| 25 | over 65 at diagnosis, there was only an 18 percent |

Page 944

| 1 | increase in risk. |
| 2 | Q   What accounts for that? I mean, what mechanism |
| 3 | or biological process would account for older people not |
| 4 | having an increased risk than younger people having an |
| 5 | increased risk? |
| 6 | A   Well, I don't know, but it would seem to me |
| 7 | that that is an observation that, you know, could be |
| 8 | significant. What it means is that people who get high |
| 9 | PAH exposures and have less ability to repair the PAHs |
| 10 | due to their genetic predisposition are more likely to |
| 11 | get cancer earlier than those who get it later. |
| 12 | Q   It makes sense. But the bottom line here is |
| 13 | that high DNA adduct levels correlate with risk of |
| 14 | breast cancer Fair? |
| 15 | A   Yes, that is correct. That is, you know, the |
| 16 | main point of the paper. |
| 17 | Q   The next one is 162. This is the Helmrich, |
| 18 | H-E-L-M-R-I-C-H, paper and it is a 23-year old paper or |
| 19 | 22-year old paper. |
| 20 | (Defendants' Exhibit 162 was marked |
| 21 | for identification by the court |
| 22 | reporter.) |
| 23 | THE WITNESS:  Ancient history in our world. |
| 24 | BY MR. HOPP: |
| 25 | Q   And it talks about Risk Factors for Breast |

Page 945

| 1 | Cancer. How, if at all, does this paper support your |
| 2 | opinions in this case? |
| 3 | MR. PRUDHOMME:  Do you have an extra copy? |
| 4 | BY MR. HOPP: |
| 5 | Q   I should point out that I don't think they |
| 6 | looked at chemical exposures. |
| 7 | A   Yes, I think I included this because we can |
| 8 | look at the risk factors that is relevant to the history |
| 9 | of benign breast disease, positive family history of |
| 10 | breast cancer, Jewish religion, 12 or more years of |
| 11 | education -- those four, yeah, were independently |
| 12 | associated with increased risk of breast cancer. |
| 13 | I think our patients had benign breast disease, |
| 14 | but no positive family history. She had one of the |
| 15 | four. Now, there is also obesity, increases the risk. |
| 16 | I believe Sherrie Barnes was considered to be obese. So |
| 17 | that was a risk factor for her. She, I think, had an |
| 18 | early age first birth. I think her youngest child -- |
| 19 | she was fairly young. |
| 20 | Q   19. |
| 21 | A   Yeah, 19, so that would reduce her risk. She |
| 22 | was under 20. The relative risk of breast cancer drops |
| 23 | significantly. So her having that baby, should have |
| 24 | reduced her risk and it didn't. |
| 25 | Q   On Page 37, they talk about Age at Menarche and |

Page 946

the age they use for, I guess, standard or normal is 15.
That has gone down in the last 23 years; hasn't
it? Now, we are talking about 12 as being --
A Well, no, it's always been 12. 15 is
considered old.
Q I see.
A So what has happened in the United States in
the last few years is the number of children -- girl
children entering puberty has dropped significantly.
Q You mean, the age at which they enter?
A Yes, the age in which they've entered. There
is a lot of six, seven, eight-year old girls now with
breast development and pubic hair and underarm hair and
this is causing quite a bit of concern when some of the
patients require treatment. But, yeah, there is
something going on in our society that is causing that.
Q So this paper is generally informative
regarding nonenvironmental risk factors for breast
cancer; is that right?
A That's what it was about.
Q And it doesn't look at chemical exposures at
all?
A That's correct. It looks at other risk
factors.
Q This is Hecht, H-E-C-H-T, deposition

Page 947

Exhibit 163, entitled Tobacco Smoke Carcinogens and
Breast Cancer; is that right?
(Defendants' Exhibit 163 was marked
for identification by the court
reporter.)
THE WITNESS: Yes, sir.
BY MR. HOPP:
Q And this is another review article; correct?
A Yes.
Q And it looks at the PAHs in cigarette smoke and
their ability to cause cancer; correct?
A That's what it is talking about, yeah.
Q Now, how, if at all, does this paper support
your opinions regarding Sherrie Barnes?
A Well, it discusses the evidence of PAHs and he
kind of summarizes the literature focusing on some of
the animal studies. And he, I think, really focuses on
the fact that tobacco smoke is likely to be a risk
factor here based on the potent causation of breast
cancer in animal studies.
Q Okay. So he is really relying on animal
studies as a mechanistic way of looking at breast cancer
in humans?
A That's correct. He doesn't get very deeply
into the subject on the polymorphism question, but he

Page 948

does talk about the PAH-DNA adducts and breast tissue.
He reviews quite a few of those papers.
Q Well, in fact, the last sentence gets to that
point. He says, "In individuals in which
The metabolism of tobacco smoke
constituents to ultimate carcinogens
is favored, smoking as a cause of
breast cancer becomes more probable."
I mean, what we are talking about is people who
have the unique ability to either metabolize or not
metabolize these PAHs; is that right?
A That's right. He is alluding to that and he
does talk about it a little.
Q Some sort of genetic factor?
A That's right.
Q Let me just complete the question, so we are
clear for the record. There is some sort of genetic
factor that affects someone's ability to metabolize the
carcinogens in cigarette smoke?
A Yes.
Q And he hasn't isolated that factor, he has just
simply alluded to it?
A Correct. But he has given a lot of detailed
information about the animal literature. And he has
referred to his own prior publication which are many.

Page 949

Q Which are many or are not many?
A Are many. Six particular papers where he has
written about this subject.
Q Let's look at the next one. This is deposition
Exhibit 164. The lead author is Jeffy, J-E-F-F-Y. And
it is entitled Epigenetics of Breast Cancer: Polycyclic
Aromatic Hydrocarbons as Risk Factors.
(Defendants' Exhibit 164 was marked
for identification by the court
reporter.)
BY MR. HOPP:
Q Now, this is looking at BRCA-1 expression; is
that right?
A That's right.
Q And tell me in layman's terms what BRCA-1
expression is.
A It is a genetic factor that predisposes people
to breast cancer.
Q Okay. And one of the things he concludes is
that benzo[a]pyrene disrupts the BRCA-1 gene
transcription in estrogen receptor positive but not
negative breast cancer cells; is that right?
A Yeah, I think -- let me just double-check that
point. Benzo[a]pyrene disrupts the transcription in the
receptor positive cancer cells, but not ER negative

Page 950

23 (Pages 947 to 950)

| | |
|---|---|
| 1 cells. | 1 as I am aware. |
| 2    Q  Do you remember, was Sherrie Barnes' cancer ER | 2    Q  Is that something that is now standard when |
| 3 positive or ER negative? | 3 someone is diagnosed with breast cancer? Do they look? |
| 4    A  It was ER positive if I recall. | 4 Does a treating physician or a pathologist look for |
| 5    Q  Either way, that is reflected in the medical | 5 things like BRCA-1 or tumor suppressor genes or genetic |
| 6 records, that it was an indication of whether it was | 6 polymorphisms? |
| 7 positive or negative; right? | 7    A  No, it is not routine as far as I know. The |
| 8    A  I believe they did do that, yeah. | 8 reason they do the estrogen receptor assay is because |
| 9    Q  And so how, if at all, does the Jeffy paper | 9 it, apparently, affects the treatment, but I don't think |
| 10 impact your opinions with respect to Sherrie Barnes? | 10 they do these other things unless they are doing a |
| 11    A  Well, this author concludes that exposure to | 11 study. |
| 12 PAHs may be a predisposing factor in etiology of | 12    Q  Okay. |
| 13 sporadic breast cancer by disrupting the expression of | 13    A  They don't want it to affect therapy as far as |
| 14 BRCA-1. So it also discusses PAHs as a risk factor of | 14 I know. |
| 15 cancer. Specifically, mammary cancer and alludes to the | 15    Q  Let's look at this next one. This is |
| 16 animal data and cigarette smoke and environmental | 16 deposition Exhibit 165. 165 is the Li paper. L-I |
| 17 pollutants, all of which we have discussed before. | 17 paper. Entitled Genetic and Environmental Determinants |
| 18      And he goes on to discuss the defective repair | 18 on Tissue Response to In Vitro Carcinogen Exposure and |
| 19 of the PAH-DNA adducts that causes the increase in the | 19 Risk of Breast Cancer; is that right? |
| 20 P53 tumor suppressor gene transversion in that gene, as | 20      (Defendants' Exhibit 165 was marked |
| 21 he calls it, giving rise to various cancers; but I would | 21      for identification by the court |
| 22 say that the main point of this is to talk more about | 22      reporter.) |
| 23 the BRCA protein and its -- this is I'm pretty sure this | 23      THE WITNESS: Correct. |
| 24 is an in vitro study. | 24 BY MR. HOPP: |
| 25    Q  This is actually a review paper? | 25    Q  And this is, again, an in vitro study which |
| <div align="center">Page 951</div> | <div align="center">Page 953</div> |
| 1    A  He says he reviews in vitro studies. Let's see | 1 means it was conducted in petri dishes or in cell |
| 2 what he does here. He is reviewing other people's work. | 2 culture? |
| 3    Q  And that work is cell cultures? | 3    A  In cell culture, right. |
| 4    A  In vitro work, yes. That's right. | 4    Q  And what does Li conclude? |
| 5    Q  And tell me, we may have discussed this at an | 5    A  That if you have a certain genetic tendency -- |
| 6 earlier point, but what is BRCA-1 transcription? | 6 let's see, they talked about the CYP1B1 genotype was a |
| 7    A  Well, it is a gene that is associated with the | 7 significant predictor of the level of benzo[a]pyrene |
| 8 breast cancer. | 8 induced adducts in breast tissues. These observations |
| 9    Q  Does somebody who has that gene have a higher | 9 suggest that genetic susceptibility of a carcinogenic |
| 10 risk of breast cancer? | 10 exposure may play an important role in breast |
| 11    A  Well, no, it is the other way around. It is, | 11 carcinogenesis. |
| 12 apparently, a tumor suppressor gene. And if you are | 12    Q  So if you've got that particular polymorphism, |
| 13 deficient in that, you are more likely at risk. | 13 you may have a higher risk? |
| 14      And what he is saying here is that the PAHs | 14    A  Yes. And I think -- let me see what we've got |
| 15 damaged BRCA-1 expression, thus, increasing the risk of | 15 here. That the level of adducts associated with risk of |
| 16 breast cancer. | 16 breast cancer had an odds ratio of 4.38 after adjusting |
| 17    Q  So they interfere with the tumor suppression | 17 for confounders. |
| 18 activity of that gene? | 18    Q  So it is four times higher risk if you got that |
| 19    A  Right. | 19 polymorphism? |
| 20    Q  In this in vivo studies? | 20    A  Yes -- well, no -- well, if you had the adducts |
| 21    A  In vitro studies, that's correct. | 21 and the implication is that if you have the CYP1B1, you |
| 22    Q  I'm sorry, in vitro. And we don't know whether | 22 got a very high risk of cancer. |
| 23 Sherrie Barnes had a high level or a low level of | 23      If you look at Table 2, where you got the |
| 24 BRCA-1; is that correct? | 24 Multiple Linear Regression Analysis of in vitro |
| 25    A  We don't know. That wasn't done on her as far | 25 BP-induced adduct levels in breast tissue -- not at all |
| <div align="center">Page 952</div> | <div align="center">Page 954</div> |

1 clear where all of that goes but --
2    Q   Okay. But, again, the critical factor here was
3 this particular polymorphism?
4    A   Yes, that's right. That is what they are
5 saying.
6    Q   And how, if at all, does this paper impact your
7 opinions with respect to Sherrie Barnes?
8    A   Well, I think it is another instance of the DNA
9 adducts from PAHs being a risk factor for breast cancer.
10 And, you know, I think that is the point.
11        They are making the point which we made before
12 that there are certain people that are more susceptible
13 because of genetic factors. And I think that is what
14 happened with Sherrie Barnes.
15    Q   Okay. Let's look at the next one. It is 166.
16 This is the Mitra paper, M-I-T-R-A, entitled Breast
17 Cancer and Environmental Risks: Where Is the Link?
18        (Defendants' Exhibit 166 was marked
19        for identification by the court
20        reporter.)
21 BY MR. HOPP:
22    Q   It is a 2004 paper looking at environmental
23 factors; is that right?
24    A   Yes.
25    Q   And he puts it pretty succinctly on the first
Page 955

1 page, the column all the way over at the right, at the
2 bottom of the first paragraph: "So the
3        Question remains: Which
4        environmental agents are cancerous
5        and which are not?"
6        Right? I mean, that is the question?
7    A   That is the question he is examining, yes.
8    Q   And he looks at a bunch of them including
9 electromagnetic fields and lindane, atrazine and other
10 things that are not relevant to this case.
11        What, if anything, do you take away of the
12 Mitra paper that is relevant to your opinions with
13 respect to the plaintiffs in this case?
14    A   Well, as we have talked about, this is a review
15 paper. And he, you know, summarizes some of the
16 evidence of organochlorines and PCBs. By no means does
17 he review it all.
18        I don't -- you know, again, I think this is a
19 review paper and, you know, it is interesting. He
20 doesn't have all -- we probably could add several papers
21 from our list here to his review so --
22    Q   Sure.
23    A   It is not an exhaustive review, but it is part
24 of my practice to try to put in review papers, so we can
25 look at all of the studies in one place.
Page 956

1        This particular paper didn't do a particularly
2 very good job and some papers do a better job.
3    Q   So generally informative, but not particularly
4 related to risk --
5    A   That's correct.
6    Q   And he didn't look at creosote and
7 pentachlorophenol in isolation; right?
8    A   No, he didn't.
9    Q   Interestingly, he does say -- this is towards
10 the end. This is Page 29 in the middle column -- the
11 middle of the middle column: "Evidence
12        Is not conclusive about whether
13        tobacco smoke alone could cause
14        breast cancer."
15        Do you agree with that? The reason I ask is
16 that there seems to be contradictory statements in the
17 papers we looked at about whether tobacco smoke causes
18 breast cancer.
19        MR. PRUDHOMME: Let me just interpose an
20 objection to the form of the question. You are taking
21 it out of context. Read the next sentence with it and I
22 think that may answer your question.
23        THE WITNESS: Yes, I think the next sentence
24 says what we have been saying all along which is in
25 genetically predisposed people, there is probably a risk
Page 957

1 factor.
2 BY MR. HOPP:
3    Q   Okay. Sure. Let's look at this next Mitra
4 paper. This is deposition Exhibit No. 167. We are
5 looking at breast cancer in Mississippi. The title is
6 Breast Cancer Incidence and Exposure to Environmental
7 Chemicals in 82 Counties in Mississippi.
8        (Defendants' Exhibit 167 was marked
9        for identification by the court
10        reporter.)
11        THE WITNESS: Yeah.
12 BY MR. HOPP:
13    Q   I think he gets them all.
14    A   He has a map here of Mississippi with all the
15 candidates with the higher rates.
16        MR. WINTERS: 82.
17 BY MR. HOPP:
18    Q   And he does not identify Grenada County as a
19 county with a higher rate or higher incidences of breast
20 cancer; is that right?
21    A   That's correct. He does not. Let's see,
22 Grenada County is a white county and it shows no
23 increase. The state's incidence is 58 per 100,000 in
24 '98 and apparently, Grenada was in that level or lower.
25    Q   How does this Mitra paper, the Breast Cancer
Page 958

25 (Pages 955 to 958)

| | |
|---|---|
| 1   incidence paper, deposition Exhibit 167, impact your | 1   of the question. |
| 2   opinions to the plaintiffs in this lawsuit? | 2      MR. HOPP: Oh, I'm sorry. Sherrie Barnes. |
| 3    A   It mainly points out that if you have more | 3   Let's keep Sherrie Barnes. |
| 4   environmental pollution, you have more breast cancer. | 4      THE WITNESS: No, I think this just illustrates |
| 5   And I believe that the people who live next to the | 5   the point made earlier about people tend to adopt the |
| 6   Copper's facility would fit into a group of people with | 6   cancer risk associated with where they live. Making an |
| 7   high levels of industrial or environmental pollution. | 7   environmental factor an important point, I don't think |
| 8      So this would be supportive of the general case | 8   we have any specific data that goes beyond that, and it |
| 9   that when you have a high pollution environment, your | 9   is a very short paper. |
| 10   risk of breast cancer goes up. It is a kind of | 10   BY MR. HOPP: |
| 11   interesting ecological study because he doesn't look at | 11    Q   Let me just turn your attention to the |
| 12   any one agent. He looks at sort of the overall total | 12   Lifestyle section. |
| 13   pollution in a county. | 13    A   Sure. Page 304? |
| 14      And I think the reason Grenada does not show up | 14    Q   Yeah, Page 304 talks about members of the |
| 15   as a county, apparently, it does not have that high a | 15   Church of Jesus Christ of Latter Day Saints. That is |
| 16   hazardous pollution index. But clearly, in my opinion | 16   the Mormons and then the Seventh Day Adventists, who |
| 17   anyway, the people living close to the wood treatment | 17   have a lifestyle that emphasizes family life, |
| 18   plant would fall into a category of high level pollution | 18   moderation, and abstinence from tobacco, alcohol, |
| 19   and therefore, we would fit under the rubric here of | 19   coffee, tea and nonmedicinal drugs and he associates |
| 20   having increased risk as a result of that exposure. | 20   that with a lower overall risk of cancer; is that right? |
| 21    Q   And for his information on pollution, he looks | 21    A   Yes, sir. |
| 22   at the U.S. EPA's air data and -- | 22    Q   Is there support for that conclusion or that |
| 23    A   TRI data. | 23   observation in other studies? Has that been looked at |
| 24    Q   Toxic release inventories; is that right? | 24   elsewhere? |
| 25    A   That's right. | 25    A   He gave several references here for the |
| <div align="center">Page 959</div> | <div align="center">Page 961</div> |
| 1    Q   So as you just said, it's overall pollution. | 1   observation. And it is -- I don't know -- I don't think |
| 2   No one pollutant or series of pollutants is evaluated; | 2   he has got all of the references because there are, I |
| 3   right? | 3   think, other studies that found similar findings but -- |
| 4    A   Yes. | 4    Q   Would you say -- I'm sorry. |
| 5    Q   Does he have relative risk data for breast | 5    A   That is sort of a well-known phenomena. |
| 6   cancer? | 6    Q   That is generally accepted that this moderate |
| 7    A   Well, if you look at Figure 2, he has got the | 7   lifestyle decreases the risk of cancer? |
| 8   breast cancer incidences and the R value is 0.237 and | 8    A   That tobacco and alcohol increases the risk of |
| 9   the P value is 0.032. So it shows a statistically | 9   cancer. There are also Seventh Day Adventists are |
| 10   significant linkage, the higher the pollution index the | 10   vegetarians. So they eat less meat and less animal fat, |
| 11   higher the breast cancer rate. | 11   which is a factor of increased colon cancer at least and |
| 12      It goes from -- what? -- about 54 to 100 or | 12   possibly others. |
| 13   almost 100, like 90 something. So it is almost a | 13    Q   I don't want to interrupt you. |
| 14   doubling of the risk if you look at that line. | 14    A   Go ahead. |
| 15      MR. HOPP: This is deposition Exhibit 168. | 15    Q   So this paper, this Moran paper is generally |
| 16   Exhibit 168 is the Moran paper entitled Epidemiological | 16   informative, but not directly related to your opinions |
| 17   Factors of Cancer in California. | 17   with regards to Sherrie Barnes; correct? |
| 18      (Defendants' Exhibit 168 was marked | 18    A   It has to do with risk factors that are at work |
| 19      for identification by the court | 19   for cancers in general, but I think I made the point |
| 20      reporter.) | 20   that it just makes -- certainly, lifestyle makes a |
| 21   BY MR. HOPP: | 21   difference, but they point out some other things that |
| 22    Q   How, if at all, does a review of cancer in | 22   have to do with where you are in the world, |
| 23   California impact your opinions with respect to Sherrie | 23   environmental factors, and ethnic factors. |
| 24   Barnes or the other plaintiffs in this lawsuit? | 24      MR. PRUDHOMME: 169. |
| 25      MR. PRUDHOMME: Let me just object to the scope | 25      (Defendants' Exhibit 169 was marked |
| <div align="center">Page 960</div> | <div align="center">Page 962</div> |

1    for identification by the court
2    reporter.)
3    MR. HOPP: 169, Motykiewicz,
4 M-O-T-Y-K-I-E-W-I-C-Z.
5    THE WITNESS: And guess where it is from?
6    MR. HOPP: I would say Poland.
7    MR. PRUDHOMME: Poland.
8 BY MR. HOPP:
9    Q    And Motykiewicz is an in vivo study of breast
10 tissue of a town in Poland where they had a chronic
11 nonoccupational exposure to PAHs; is that right?
12    A    That's correct.
13    Q    And Motykiewicz is looking at PAH-DNA adducts
14 in benign breast tissue as opposed to cancer patients?
15    A    That's correct.
16    Q    And does Motykiewicz find an association
17 between environmental PAH exposure and higher levels of
18 DNA adducts?
19    A    There have been more adducts than benign cases.
20        "Neither smoking nor genetic
21        polymorphisms in glutathione
22        S-transferase and cytochrome P450
23        influenced the levels of adducts."
24    Q    So Motykiewicz is a negative study?
25    A    No, I wouldn't say that.
                    Page 963

1    Q    Okay.
2    A    No. What it means is, that it increases the
3 risk of breast disease -- see, I think the problem here
4 is that he looked at the cancerous tissue. Let me see
5 if I read this right.
6    Q    He is looking at intensity of staining; is that
7 right?
8.    A    Yes. It's the staining technique.
9    Q    So he puts the cells in a culture, and then he
10 stains them, and he sees which cells retain the stain?
11    A    Yes. "Samples included breast
12        Tumor tissue from 48 breast cancer
13        patients and benign breast tissue
14        from 30 patients."
15        Cancer tissue isn't going to have PAH adducts
16 in it. You look at the adjacent tissue not at the
17 breast cancer tissue.
18        But what this guy showed is that the benign
19 breast patients had a lot of PAH-DNA adducts -- I don't
20 know how this paper got published, but anyway, he looked
21 in cancer tissue where you wouldn't expect to see the
22 adducts because it is by its very nature this rapidly
23 reproducing tissue. That doesn't take up very much of
24 the PAH at all once it starts its cancerous trip.
25    Q    So you think in setting up the experiment,
                    Page 964

1 Motykiewicz missed the point?
2    A    I think he made a mistake. I think he should
3 have looked at the adjacent normal breast tissue instead
4 of the cancer tissue, as I have stated.
5    MR. PRUDHOMME: In the breast cancer patient?
6    THE WITNESS: Yeah, because the benign diseased
7 patients, obviously, he was looking at tissue that
8 wasn't cancerous. Maybe it got some fibrosis in it,
9 but -- Another thing, if you look at the differences, it
10 is very little difference between the two.
11        Relative staining intensity, I mean, it reaches
12 statistical significance, but they are extremely close.
13 And there is a lot of scatter in the benign disease, and
14 he doesn't have any way of estimating exposure.
15        He talks about the questionnaire where they
16 took the family history of cancer and so on, but home
17 exposure to coal products and cigarette smoking, well,
18 you know, some people would be much more heavily exposed
19 than others, he doesn't really do anything to look at
20 that.
21    Q    So he doesn't really match up exposure with
22 intensity of staining?
23    A    Well, the point is that for his controls or his
24 exposed people, it seems like what he really needed was
25 more information on what their exposure was, whether
                    Page 965

1 high exposed people for some reason environmentally.
2        I mean, I know in Silesia -- which I don't
3 think this was in. I think this was in Gliwice.
4 Silesia is across the border in Czechoslovakia. They
5 had some of the highest PAH levels in the air and in the
6 people that have ever been found environmentally.
7        So southern Poland and other areas of Poland
8 where they have a lot of pollution -- I mean, he needs
9 to have done something, so we know what we are looking
10 at here and he didn't really do that.
11    Q    So how, if at all, does the Motykiewicz paper
12 relate to your opinions with respect to Sherrie Barnes?
13    A    Well, I'm not sure it has much relevance, but
14 the point is, that it was a PAH adduct paper. And, you
15 know, he did do -- you know, he did do some looking at
16 some of the genetic -- some of the polymorphisms as
17 well. He looked at GSTM1, CYP1A1 and, you know, didn't
18 find very much difference.
19        I don't know. I guess I included the paper
20 because it addressed some of the issues, but I don't
21 think it was a well-designed study, unfortunately.
22    MR. HOPP: Okay. We can break then and take an
23 hour.
24    MR. PRUDHOMME: Sounds good to me.
25    (Lunch Recess.)
                    Page 966

27 (Pages 963 to 966)

BY MR. HOPP:
Q  Deposition Exhibit 170 is the Hoolveld paper.
Did you rely on the Hoolveld paper for the purpose of formulating your opinions in this case?
(Defendants' Exhibit 170 was marked for identification by the court reporter.)
THE WITNESS: Yes.
BY MR. HOPP:
Q  And what did you find significant of the Hoolveld paper for the purposes of your opinions?
A  It is the study that indicates increased risk of cancer associated with TCDD exposure.
Q  This is an occupational study of Dutch workers exposed to phenoxy, herbicides, chlorophenols and contaminants?
A  Yes, that's correct.
Q  And the main focus was TCDD? I'm sorry.
It was TCDD and other polychlorinated dioxins and furans?
A  Correct.
Q  And there is only one death among female workers in this study; is that right?
A  I think there was only 13 exposed and one death, yeah.

Page 967

Q  And that was from suicide?
A  I don't remember but -- possibly.
Q  If you look at Page 895, this is under the heading Mortality Compared With the General Population?
A  Um-hmm. Right. Yes, one death of a woman was from suicide.
Q  So this paper is not informative with respect to breast cancer; is that correct?
A  Correct.
Q  Let's look at 171. 171 is the Mallin paper, M-A-L-L-I-N, entitled Cohort Mortality Study of Capacitor Manufacturing Workers, 1944 to 2000.
Did you rely on this paper for the purposes of formulating your opinions in this case?
(Defendants' Exhibit 171 was marked for identification by the court reporter.)
THE WITNESS: Yes.
BY MR. HOPP:
Q  And what, if anything, is significant about the Mallin paper for the purposes of your opinions?
A  Well, it shows an increased risk of cancer with the exposure of PCBs which are a dioxin-like chemical.
Q  Does it show an increased risk of breast cancer or an increased risk of the incidence of breast cancer?

Page 968

A  No, but let me double-check. I think they didn't.
Q  Look at Page 11 of 22.
A  Let's see what we got here. Breasts -- basically, there is an elevated risk, but it didn't reach statistical significance. The confidence interval was 0.91 to 1.63.
Q  And how many -- let's say, how many cases -- does it say how many cases of breast cancer deaths there were?
A  49 observed deaths. The important part of any study of breast cancer when you use mortality, you will tend to grossly underestimate the number of cases. Because in this era, many, many women are able to live a long, long time with breast cancer. Treatment has become relatively effective. So your mortality rate is going to be relatively small compared to the incidence rate.
Q  And this study does not track incidence rates; is that correct?
A  It's a mortality study. They did not study the incidences of the disease per se, only the number of people who died from those diseases as evidenced by their death certificates from the National Death Index, which also sometimes does not classify all of the

Page 969

diseases that the person had.
Q  So is it accurate then to say that you have criticisms of this study or are you just saying that it is limited in the amount of information it can give?
A  Well, it is two factors. One is that the numbers are small, relatively small numbers. So that any -- any excess is going to be hard to detect, especially for common cancer. The more common the cancer, the larger the numbers that you need to detect an effect.
And second of all, it is a death study. It tends to underestimate the breast cancer. You don't really know much about the breast cancer prevalence because as I said, most people will respond to therapy in the modern era.
The third point is they relied on death certificates, which have been shown to be inaccurate.
And there is another point here, I believe, and that is there is a mixing. A lot of the people had short-term exposure. That is, that they included hundreds and hundreds and hundreds of people. Thousands of people. Let's see, among the workers, there is thousands of people that were -- had less than a year of exposure. And the percent of females was less time is not listed here, but there is a lot of what I would call

Page 970

28 (Pages 967 to 970)

| | |
|---|---|
| 1 inaccurate estimate of dose. | 1 for liver/biliary which, in fact, one of them did |
| 2     In other words, there is no real surrogate of | 2 achieve statistical significance, those that had worked |
| 3 dose here. They are kind of lumping everybody together. | 3 for one to four years. But, again, the number was |
| 4 So that what we know about work in this industry; | 4 small. |
| 5 namely, the electric capacitor manufacturing industry, | 5     But, again, that would be another criticism |
| 6 is that females would be less likely to be exposed | 6 that they basically didn't have a good surrogate of |
| 7 because they generally have less strenuous and less | 7 exposure. |
| 8 dirty jobs. | 8  Q  And in addition to being a study of capacitor |
| 9     They included, I believe, employees -- let me | 9 workers, this is also a study of Caucasian people; isn't |
| 10 see what they say about how they identified individuals | 10 that right? |
| 11 who had exposures. | 11  A  I think they limited it because of the nature |
| 12     They are, basically, assuming that there were | 12 of the workforce to those that had large numbers so -- |
| 13 exposures in the entire area to PCBs, but there has been | 13  Q  So there are no non-white's in this study? |
| 14 no further attempt to really figure out dose. So you | 14  A  I believe they probably -- I may -- I have to |
| 15 got two things which is a number of workers who were | 15 double-check to make sure that you are right. I don't |
| 16 short-term, less than a year, and usually in | 16 know from memory that that was the case, but I will take |
| 17 occupational studies, you would exclude people that had | 17 your word for it. |
| 18 less than a year of exposure. Sometimes you use six | 18  Q  Okay. I am going to hand you what we have |
| 19 months, but they included everybody who worked there for | 19 marked as deposition Exhibit No. 172. 172 is the |
| 20 one minute. | 20 Mukerjee paper, M-U-K-E-R-J-E-E. And it is entitled |
| 21  Q  Okay. | 21 Health Impact of Polychlorinated Dibenzo-p-dioxins: A |
| 22  A  And to my way of thinking, that tends to dilute | 22 Critical Review; is that correct? |
| 23 the effect particularly a big chunk of your cohort is | 23     (Defendants' Exhibit 172 was marked |
| 24 employed for less than a year. | 24     for identification by the court |
| 25     In this case, it was 49.9 percent were employed | 25     reporter.) |
| Page 971 | Page 973 |

| | |
|---|---|
| 1 less than a year, which I think really reduces the value | 1     THE WITNESS: That's right. |
| 2 of the study. They should have excluded those folks | 2 BY MR. HOPP: |
| 3 because, you know, the likelihood that they had | 3  Q  This is a review paper? |
| 4 significant exposure and the increased risk from it is | 4  A  Yes, it is. |
| 5 lessened. And they would be more likely to have an | 5  Q  Did you rely on this paper for the purposes of |
| 6 effect if they excluded these people. | 6 your opinions in this case? |
| 7     And they also didn't make really any attempt to | 7  A  No. As I have indicated, the purpose of really |
| 8 figure out who was heavily exposed and who wasn't. They | 8 including these is for, A, completeness and B, for |
| 9 talked about -- let's see, intervals by number of years | 9 example, frequently they will have some references that |
| 10 worked, which would be a surrogate for exposure; and you | 10 are important, but it does not have any new data. |
| 11 know, it just -- the number of people who had worked for | 11     As you say, it is a compilation of new data |
| 12 a long time was relatively small. | 12 that is in the literature, but, you know, sometimes the |
| 13     I am just looking at their Table 6 where they | 13 insight that the reviewer gives can be helpful. |
| 14 looked at a few specific cancers. And looking at the | 14  Q  Is there anything in particular that you draw |
| 15 number of years worked, the number of males with stomach | 15 out of this paper that you find relevant for your |
| 16 cancer, for example, that were employed for ten years or | 16 opinions regarding Sherrie Barnes or is it just, as you |
| 17 more, there were three deaths. | 17 say, a generally informative review paper? |
| 18     And naturally, it was interesting, there was | 18  A  Yes, generally informative. There is one |
| 19 a -- there was a dose response which they don't discuss. | 19 paragraph here that probably makes a point that needs to |
| 20 Those that were exposed for less than one year, the | 20 be made. I don't know if I made it before, but dioxins |
| 21 stomach cancer rate was 1.84, 1 to 4 years, it was 2.91, | 21 have a very large number of effects that are systemic |
| 22 and 10 or more years, it was 3.40. | 22 poisons and they affect many, many different organs and |
| 23     None of those were statistically significant | 23 many functions of the body. |
| 24 because the numbers of each cell were extremely small, | 24     His remark here on Page 163 in the right-hand |
| 25 but there definitely was a gradiant. The same was true | 25 column, in the fourth full paragraph, it says, |
| Page 972 | Page 974 |

Esquire Deposition Services
323.938.2461

| 1 | "The overwhelming number of toxic | 1 | A   I am looking to see whether there is a notation |
|---|---|---|---|
| 2 | responses in animals to dioxins | 2 | about that. It is symptoms -- I don't see -- I don't |
| 3 | (including lethality) typically shows | 3 | see a discussion really of cancer. |
| 4 | delay in their appearance, which | 4 | Q   Okay. To what extent did you rely on this |
| 5 | supports the assumption that these | 5 | paper for the purposes of your opinions in this case? |
| 6 | responses are not the result of a | 6 | A   Oh, I think we've talked about other health |
| 7 | direct insult from the compound." | 7 | effects besides cancer. |
| 8 | And then it goes on to say, "TCDD is | 8 | Q   Okay. |
| 9 | the most potent animal -- " and it | 9 | A   And this class of compounds, you know, clearly |
| 10 | goes further to discuss various | 10 | has issues involving the symptoms that are described by |
| 11 | defects. | 11 | this author: Skin, GI, neurologic, respiratory. I |
| 12 | So the multiplicity and the potency of the | 12 | mean, it lists rather significant dose-related |
| 13 | chemical to damage human beings and animals as well, I | 13 | respiratory track, dermatological, systemic. |
| 14 | think is emphasized by this review. | 14 | Q   All right. So; this relates to other health |
| 15 | Q   Okay. Let's move on. The next one is 173. | 15 | effects, not cancer? |
| 16 | Deposition Exhibit 173 is the Patterson paper. It is | 16 | A   That's right. |
| 17 | entitled Age Specific Dioxin TEQ Reference Range. | 17 | Q   Next one is deposition Exhibit 175. |
| 18 | (Defendants' Exhibit 173 was marked | 18 | MR. HOPP: I only have two copies. I will give |
| 19 | for identification by the court | 19 | this to you when I am done. |
| 20 | reporter.) | 20 | (Defendants' Exhibit 175 was marked |
| 21 | BY MR. HOPP: | 21 | for identification by the court |
| 22 | Q   Did you rely on this paper for the purpose of | 22 | reporter.) |
| 23 | developing your opinions in this case? | 23 | MR. PRUDOMME: All right. |
| 24 | A   I don't remember from memory what was important | 24 | BY MR. HOPP: |
| 25 | about this paper. It makes the point the TEQs go up | 25 | Q   This is a review paper by Frederica Perera |

Page 975                                                                                           Page 977

| 1 | with age. That is the main point of it. | 1 | entitled Molecular epidemiology: On the Path to |
|---|---|---|---|
| 2 | Q   And we talked about that before? | 2 | Prevention? |
| 3 | A   We talked about that before. | 3 | And I may have actually marked it before, so I |
| 4 | Q   Is there anything else particularly relevant | 4 | apologize if this is a duplicate. What, if anything -- |
| 5 | about this paper and your opinions regarding Sherrie | 5 | strike that. |
| 6 | Barnes? | 6 | What, if any, relevance does this review paper |
| 7 | A   No. I think the -- we talked about this enough | 7 | have to your opinions regarding Sherrie Barnes? |
| 8 | already. | 8 | A   Well, Dr. Perera in this paper is making the |
| 9 | Q   Okay. Next document is deposition Exhibit 174. | 9 | point that if you use a more accurate biomarker of |
| 10 | Deposition Exhibit 174 is the Sterling paper, | 10 | chromosomal damage, you -- and she talks about adducts |
| 11 | S-T-E-R-L-I-N-G, entitled Health Effects of Chlorophenol | 11 | and PAH adducts in particular. And some other |
| 12 | Wood preservatives on Sawmill Workers. This actually | 12 | biomarkers that are indicative of what is going to be |
| 13 | does look at pentachlorophenol exposures; is that right? | 13 | likely an increased risk for cancer. |
| 14 | (Defendants' Exhibit 174 was marked | 14 | And she also discusses this business of |
| 15 | for identification by the court | 15 | polymorphism and increased risk and talks about |
| 16 | reporter.) | 16 | polymorphisms and the risk of breast cancer. This is a |
| 17 | THE WITNESS: Yes. I believe it involved some | 17 | paper back in 2000. |
| 18 | individuals who had that exposure, yes. | 18 | And so she is pointing out, you know, what had |
| 19 | BY MR. HOPP: | 19 | been learned up to that point on that issue. It talks |
| 20 | Q   Does it indicate any increase in breast cancer | 20 | about fetus and young child, susceptibility issues, and |
| 21 | as a result of pentachlorophenol exposure? | 21 | the evidence and papers that have discussed that whole |
| 22 | A   No, I think this was mostly men. I don't think | 22 | problem. Where she herself has looked at PAH adducts, |
| 23 | there was a significant number of women. It does not | 23 | you know, in core blood and then looked at the risk for |
| 24 | even really get into cancer. | 24 | various other adverse health effects in the offspring |
| 25 | Q   Does it even get into cancer at all? | 25 | correlating with the PAH adduct levels that are |

Page 976                                                                                           Page 978

30 (Pages 975 to 978)

| | |
|---|---|
| 1     detected; and then putting all of this information | 1     Q   And what are human breast carcinoma MCF-7 |
| 2     together to help shape preventative strategies in order | 2     cells? |
| 3     to reduce risks in the future. | 3     A   I think it is a cell line. I think we talked |
| 4         So her purpose here is to try to guide the | 4     about them in an earlier paper. This is an in vitro |
| 5     public health authorities to pay attention to these | 5     study. |
| 6     markers of effect and not wait for the people to drop | 6     Q   So she had the cells in a culture and added |
| 7     dead before you start taking steps to protect them. | 7     those PAHs; is that right? |
| 8     Q   This paper then, this Perera paper, deposition | 8     A   That's right. |
| 9     Exhibit 175, it is more of a policy paper really than an | 9     Q   So just a particular type of cancer cell that |
| 10    analysis of causation; is that right? | 10    she was able to impact by dosing it with these |
| 11    A   Yeah, she is reviewing some of the literature | 11    compounds? |
| 12    on the question. And which is, again, one of the | 12    A   Yeah, it showed that if you got a cancer cell, |
| 13    advantages of these kinds of papers is they frequently | 13    it is going to be promoted in its growth by PAHs, |
| 14    pull in references that I have not previously looked at. | 14    particularly benzo[a]pyrene. |
| 15    Q   But, again, her main emphasis is prevention of | 15        (Telephonic interruption.) |
| 16    these diseases in the future as opposed to an analysis | 16    BY MR. HOPP: |
| 17    of what is causing these diseases now; right? | 17    Q   What, if anything, does this paper tell us |
| 18    A   Yeah, the implication of what she has been | 18    about the ability of benzo[a]pyrene and |
| 19    talking about is precisely what we have been talking | 19    benz[a]anthracene to actually cause cancer as opposed to |
| 20    about which is mainly if you've got exposures to PAHs | 20    promoting the growth of cancer cells that are already |
| 21    and formed adducts, you are at an increased risk of | 21    there? |
| 22    adverse health affects including cancer. It's a review | 22    A   I think I had mentioned to you earlier that |
| 23    paper. | 23    PAHs are both initiators and promotors. And this is a |
| 24    Q   Deposition Exhibit 176, this is the Pliskova | 24    paper that discusses that promotion issue. |
| 25    paper, P-L-I-S-K-O-V-A, entitled Deregulation of Cell | 25        It is a methods paper, but it shows, you know, |
| Page 979 | Page 981 |
| 1    Proliferation by Polycyclic Aromatic Hydrocarbon. MFC-7 | 1    the strong effect of these chemicals in doing that. And |
| 2    Cells Reflects Both Genotoxic and Nongenotoxic Events. | 2    they talk about also it has a role in inhibiting |
| 3        (Defendants' Exhibit 176 was marked | 3    apoptosis. |
| 4        for identification by the court | 4    Q   What is apoptosis again? |
| 5        reporter.) | 5    A   It is the program cell death. It is one of the |
| 6    BY MR. HOPP: | 6    things that when a cell has a lot of changes in the DNA, |
| 7    Q   Did you rely on this paper for the purposes of | 7    the body says, oh, my goodness, this cell is not normal. |
| 8    forming your opinions? | 8    So it goes over to a certain part of the genetic code |
| 9    A   Yes. | 9    and says kill it. |
| 10    Q   What, if any, relevance does this paper have to | 10        So the cell then undergoes an orderly |
| 11    your opinions regarding Sherrie Barnes? | 11    disintegration as opposed to necrosis where the cell |
| 12    A   Well, it talks about the fact that BaP, the | 12    dies in a nonprogrammed method. |
| 13    index PAH here, has the ability to alter cellular | 13        You know, apoptosis is thought to be an |
| 14    function by both mutagenic effects and by stimulating | 14    important process in preventing us all from developing |
| 15    the Ah receptor. I think that's the major point. | 15    cancer. All of us are exposed to these mutagens and |
| 16    Q   And the authors of this paper indicate that | 16    carcinogens all of the time, but the body's repair |
| 17    those two particular PAHs can stimulate proliferation of | 17    mechanisms fix the DNA or kill the cell with the |
| 18    human breast carcinoma MFC-7 cells at concentrations of | 18    abnormal structures. |
| 19    100 -- I am having trouble with the unit here M -- nM | 19        It is when these various mechanisms are |
| 20    and higher; is that right? | 20    overwhelmed, that you begin to have cancer. And I |
| 21        This is in the Abstract. | 21    believe this paper indicated there was an inhibition of |
| 22    A   Nanomils (phonetic), yeah. It means that it | 22    apoptosis. |
| 23    has an effect at a low concentration. | 23    Q   Okay. So these particular PAHs -- and I know |
| 24    Q   100 nanomils is a low concentration? | 24    you just said this, just so I am clear, these particular |
| 25    A   Extremely low. | 25    PAHs interfere with the operation of apoptosis? |
| Page 980 | Page 982 |

Esquire Deposition Services
323.938.2461

1    A   Yes.
2    Q   Next one is deposition Exhibit 177. This is
3  the Ambrosone paper, A-M-B-R-O-S-O-N-E, entitled
4  Cytochrome P4501A1 and Glutathione S-transferase (M1)
5  Genetic Polymorphisms and Postmenopausal Breast Cancer
6  Risk; is that right?
7        (Defendants' Exhibit 177 was marked
8        for identification by the court
9        reporter.)
10       THE WITNESS: Yes.
11  BY MR. HOPP:
12   Q   And she is looking at this particular
13  polymorphism in relation to breast cancer risk in
14  postmenopausal Caucasian women; is that right?
15   A   Correct.
16   Q   How, if at all, did you rely on this paper with
17  respect to forming your opinions in this case?
18   A   Well, I think it shows the role of the genetic
19  predisposition issue and their interaction with the
20  cigarette smoking. Let me see if I am correct about
21  that.
22       It says here, slightly elevated risk is
23  associated with CYP1A1 polymorphism, 1.61 and the
24  highest for those who smoke 29-pack years odds ratio
25  5.22. It is similar, I think, to some of the other
                    Page 983

1  papers we've looked at. When you look at certain
2  genetic types, the risks from smoking and breast cancer
3  become higher.
4    Q   Sherrie Barnes was premenopausal; correct?
5    A   Correct.
6    Q   Next one is 178. 178 is a paper by Kogevinas,
7  K-O-G-E-V-I-N-A-S, entitled Cancer Incidents and
8  Mortality in Women Occupationally Exposed to
9  Chlorophenoxy, Herbicides, Chlorophenols and Dioxins.
10       (Defendants' Exhibit 178 was marked
11       for identification by the court
12       reporter.)
13  BY MR. HOPP:
14   Q   Did you rely on this paper in forming your
15  opinions in this case?
16   A   Well, I think this is another paper that found
17  an excess of cancer, not breast cancer per se; but they
18  did find for cancer overall an increased risk.
19       The number of women they had was very small in
20  number. So it isn't as likely to show anything.
21  Because small numbers, again, especially with a common
22  disease to show an increase, it takes larger numbers
23  usually.
24   Q   And these are people who at least some of them
25  worked in the production of these herbicides; is that
                    Page 984

1  right?
2    A   Yeah. Well, again, as I said before, it is not
3  a good surrogate of exposure in this case either. They
4  are assuming similar exposures for everybody.
5        Individual exposure "was reconstructed
6        Through the use of individual job
7        records and company records, detailed
8        company exposure questionnaire and
9        analyses of TCDD and other dioxin
10       congeners in end products, reactor
11       products, and waste streams."
12       "-- data on 701 female workers ever
13       employed in production (n = 699), or
14       spraying (n = 2)."
15   Q   "N = 2" means that 2 people were doing the
16  spraying?
17   A   Yes. So it was really not --
18   Q   So mainly production work?
19   A   Mainly production work.
20       And exposure was assumed. They had a minimum
21  of one-month of exposure. Now, again, I quarrel with
22  such short term exposure. You tend to dilute the effect
23  especially if you lump them together.
24       But anyway, they just had a small -- when you
25  have 6, 700 people in the cohort and you have a common
                    Page 985

1  disease and you don't -- they are not very old. What
2  was the average age here? I don't think they told us.
3        But the number of people with 20 years since
4  first exposure, the number of women was 2.
5    Q   What table were you on?
6    A   Table 2.
7    Q   Got it.
8    A   So even with these small numbers, you don't
9  have -- you don't have proper latency. You need many
10  more cases, longer termed studies.
11       So you really can't say anything from this
12  study except that the numbers are tiny. And therefore,
13  you are not surprised that they don't show much.
14   Q   And in any event, Kogevinas did not find an
15  increased risk of breast cancer; correct? It is on Page
16  549 on the right-hand column.
17   A   That's correct.
18   Q   This next one is deposition Exhibit 179. 179
19  is a paper by Bertazzi, B-E-R-T-A-Z-Z-I. We had spoken
20  about Bertazzi.
21       (Defendants' Exhibit 179 was marked
22       for identification by the court
23       reporter.)
24  BY MR. HOPP:
25   Q   He had written several papers on the Seveso
                    Page 986

32 (Pages 983 to 986)

**Page 987**

1  population; correct?
2  A  Correct.
3  Q  Did you rely on this Bertazzi paper for the
4  purposes of your opinions in this case?
5  A  Well, I think -- you know, historically
6  interesting, you know, when they did this study back in
7  the '80's -- the paper was published in '92. And they
8  were updating the exposure.
9      Let's see, what did they find? Yeah, subgroup
10  A was small, only 14 cancer cases. Zone B, liver cancer
11  was elevated, if they lived in the area over five years,
12  relative risk 2.8, and it was statistically significant.
13      Men exhibited an increase in hematologic
14  neoplasms, relative risk 5.7, statistically significant
15  for lymphoreticulosarcoma, which is a dioxin-related
16  cancer in a number of other studies.
17      Women had an increase of multiple myeloma and
18  myeloid leukemia. And in Zone R, soft tissue tumors in
19  nonHodgkin's lymphoma were elevated among persons living
20  in the area over five years. I guess, that is both
21  women and men. Relative risk 3.5. These tumors that we
22  just went through were elevated.
23      Now, breast cancer was below expectations. As
24  we talked about, I think in the Warner paper, subsequent
25  follow-up showed that that did not hold. There were

**Page 988**

1  excesses of breast cancer in the population eventually.
2      A lot of these tumors that we are looking at
3  here have shorter latencies. Particularly, the
4  hemologic malignancies tend to have a shorter latency.
5  Thus, I think you saw in this case, the shorter latency
6  cancer showing up sooner.
7  Q  In any event, Bertazzi in 1993 does not find an
8  increased incidences of breast cancer in Zones A, B, or
9  R; correct?
10  A  Correct. It's interesting, however, he says
11  there was a deficit of breast cancers in females in his
12  summary. There was actually a 10 percent excess of
13  breast cancer. If you look at Table 3, there was a
14  10 percent excess of breast cancer in Zone R.
15  Q  Table 3, where do you see the 10 percent
16  increase?
17  A  Look down to breasts, look under females, see
18  where it says 106, next to that it says 1.1.
19  Q  That is the relative risk.
20  A  Relative risk is 10 percent above 1.
21      1.1 is 10 percent elevated.
22  Q  Okay. But the 95 percent confidence interval
23  includes the value one?
24  A  Right. It is not statistically significant,
25  but as I've said, to be statistically significant --

**Page 989**

1  especially since we are talking about comparisons to the
2  general public, you know, he isn't quite right in saying
3  there was a deficit. That is my only point.
4  Q  Okay.
5  A  And it was in Zone R where he had a large
6  enough population. So he actually had a lot more cases
7  to look at. In Zone A, they had seven cancers. Zone B,
8  they had 36.
9      Remember, this study was based on data up to
10  '86. So it was really only 10 years post lease. And as
11  I said, you would expect certain types of cancers to
12  occur in a shorter latency, and those were found here.
13  Q  And breast cancer is not one of those cancers.
14  It has a longer latency?
15  A  It has a longer latency.
16  Q  Let me hand you what we have marked as
17  deposition Exhibit No. 180. This is another paper by
18  Perera called Carcinogen-DNA Adducts in Human Breast
19  Tissue. This is a in vitro study?
20      (Defendants' Exhibit 180 was marked
21      for identification by the court
22      reporter.)
23      THE WITNESS: Let's see, they used breast
24  tissue samples. Using the p32 postlabeling method with
25  the carcinogenic-DNA adducts, the sample include tumor

**Page 990**

1  and tumor adjacent tissue from 15 women.
2  BY MR. HOPP:
3  Q  Okay. So it is not in vitro. They actually
4  extracted tissue from women and looked for adducts; is
5  that right?
6  A  That's right.
7  Q  And what, if anything, do you derive from this
8  paper for the purpose of your opinions in this case?
9  A  That PAHs had reached the breast. That they
10  caused adducts to form which would indicate that they
11  would induce a higher risk of cancer in that tissue and
12  this is a biomarker.
13      She does not discuss, because this is a '95
14  paper, the issue of polymorphism, but I think 30 percent
15  of the folks who had the cancers, had the adducts -- I
16  don't know if they did a control here. This was an
17  early paper when they were just looking at it.
18      Five of the positive samples were from current
19  smokers, the tissue samples from 8 nonsmokers did not
20  show the same characteristic patterns.
21  Q  So smokers had higher level of adducts?
22  A  Well, it showed a certain pattern. It is
23  called the diagonal zone of radioactivity. So she had a
24  previous study with other tissues with exposure to
25  tobacco smoke.

1  Q   And what does that pattern indicate?
2  A   Smoking basically. I mean, it is the PAHs from
3  the cigarettes that create that pattern.
4     I am just trying to look here at the smoker
5  issues. I mean, the total adducts in the nonsmokers
6  weren't very different from the current smokers in terms
7  of total adducts, but current smokers had more of this
8  pattern with a diagonal pattern there.
9  Q   Okay. And how, if at all, is that relevant to
10  your opinions on causation in this case?
11  A   Well, I think it shows that smoking contributes
12  to the -- you know, probably to the adducts, but a
13  number of the nonsmokers had values higher -- as high or
14  higher than the current smokers.
15     I mean, the highest value was in a current
16  smoker, 8.32. And the next highest was in a former
17  smoker and the next highest was in a never smoked so --
18  Q   What I am having trouble with is understanding
19  what that means to you in terms of this case?
20  A   It means environmental exposure to PAHs reaches
21  the breast tissue and is, I think, in this particular
22  paper, that is really all that we found out, but we have
23  learned more since.
24  Q   And in this paper at least, Dr. Perera says at
25  the end of the Abstract or at the end of the first

1  column of the Abstract on Page 233, that "While the
2     Nature of the study precludes an
3     inference of causality"; is that
4     right?
5  A   Yeah, she didn't have any way of looking at
6  normal. She didn't have any way of looking at what the
7  long-term effects was really. So she wasn't trying to
8  say that this proved or disproved causality, correct.
9  Q   All right. Next paper is Rohan. It's
10  deposition Exhibit 181.
11     (Defendants' Exhibit 181 was marked
12     for identification by the court
13     reporter.)
14  THE WITNESS: Rohan is the second author.
15  BY MR. HOPP:
16  Q   Terry, excuse me. Terry is the first author.
17  The title is Cigarette Smoking and the Risk of
18  Breast Cancer in women: A Review of the Literature.
19     This is, obviously, then a review paper; right?
20  A   That's correct.
21  Q   And it looks like what he collects is animal
22  experiments and in vitro studies; is that right?
23  A   I think he looked at the animal studies, the in
24  vitro studies and some of the epi studies. I think he
25  looked at all of them.

1  Q   And is this -- we talked about several
2  different review papers and you stated that they are
3  generally helpful and generally informative, but not
4  directly relevant. Is this a particularly relevant
5  review paper?
6  A   No more so than the others. I mean, I think
7  the point is that he does give us a lot of references.
8  I mean, he had more than anybody else. He had 268. And
9  he reviews the literature, similarly to the others.
10  This is the 2002 update.
11     I think he concludes that -- in a funny way of
12  putting it, he says, "Overall the results
13     Of these studies suggest that smoking
14     probably does not decrease the risk
15     and indeed suggests that there may be
16     an increase breast cancer risk of
17     smoking with long duration, smoking
18     before the full term pregnancy, and
19     passive smoking, but further studies
20     are needed.
21  Q   And then he starts off by saying,
22     "The association between cigarette
23     smoking and breast cancer remains
24     unclear," right?
25     This is in the conclusion.

1  A   Yeah. He doesn't really address the issue
2  which, I think, has become crystal clear since then.
3  That you have to adjust for the polymorphisms.
4  Q   I'm sorry.
5     (Whereupon, the answer was read back as
6  follows:
7     "A  Yeah. He doesn't really
8     address the issue which, I think, has
9     become crystal clear since then.
10     That you have to adjust for the
11     polymorphisms.")
12  BY MR. HOPP:
13  Q   You have to adjust for the polymorphisms?
14  A   Yes, you do.
15  Q   Let's look at Page 955. This is under the
16  heading Epidemiological Studies of Cigarette Smoking and
17  Benign Breast Disease. And I am looking at the second
18  paragraph, where he says, "Women with benign
19     Breast disease are at increased risk
20     of developing subsequent beast
21     cancer."
22     And we talked about that. That is a recognized
23  risk factor; correct?
24  A   Yes.
25  Q   "However, benign breast disease

1     is a heterogeneous condition
2     consisting of many histological
3     entities, and risk varies by
4     histological subcategory, at least
5     some of which might represent
6     precursors of breast cancer."
7     What does that mean?
8   A   Well, there is more than one type of benign
9 breast disease. Now, I don't recall how -- just one
10 minute -- Dr. Bodian, he is the one who gives the
11 reference for that and points out that sometimes the
12 little lumps that they feel which are judged to be
13 benign are really carcinoma in situ.
14     In other words, they are precursors to breast
15 cancer and then there are some types of fibromatous
16 where you have multiple little nodules in the breast, he
17 is saying that those are not necessarily precancerous.
18   Q   Okay.
19   A   That doesn't remove from the fact that it is an
20 abnormality. And that it represents some kind of
21 imbalance in the person. And that there is a general
22 increased risk if you have benign breast disease without
23 further class or subclassifying it.
24   Q   Do you know did Sherrie Barnes have a history
25 of benign breast disease?

1   A   I don't know. I don't remember.
2     That is usually more commonly diagnosed in
3 upper, middle class white women, who go to the doctor a
4 lot. And the doctor says, you have little lumps in your
5 breasts, but don't worry about it. It's just fibrous
6 tissue. It's just hypertrophy. Normal breast tissue.
7     You know, people -- women frequently have
8 increased lumpiness as they go through their menstrual
9 cycle because there is estrogenic simulation of the
10 breast tissue.
11     And a women who is, you know, living in rural
12 Mississippi, is not likely to have doctors paying close
13 attention to those things. I would find it unusual if
14 they did comment on it.
15   Q   Next paper is deposition Exhibit 182. It's by
16 Rundle, R-U-N-D-L-E, et al., entitled The Relationship
17 between Genetic Damage from Polycyclic Aromatic
18 Hydrocarbons in Breast Tissue and Breast Cancer.
19     (Defendants' Exhibit 182 was marked
20     for identification by the court
21     reporter.)
22 BY MR. HOPP:
23   Q   Did you rely on this paper for the purpose of
24 your opinions in this case?
25   A   I think, it is similar to a lot of the other

1 stuff that we have looked at. It documents that the
2 PAHs reached the breasts. That they formed adducts and
3 that is considered to be indicative of abnormalities in
4 the DNA, which increases the risk for cancer. And I
5 believe this paper is consistent with that finding as we
6 have discussed in others.
7   Q   Now, this was a hospital-based control study;
8 right?
9   A   Yeah, they did the same thing everybody else
10 did, which is compare the normal tissue from patients
11 who had benign breast disease and --
12   Q   With women who had cancer?
13   A   With the cancer patients.
14   Q   And you identified that as a weakness of these
15 studies?
16   A   Yeah. In spite of that, there was a very
17 healthy relative risk here, 4.43, showing that the odds
18 ratio for each unit increased in the optical density
19 score, which is, you know, the way that the DNA adducts
20 get quantified is by their density.
21   Q   All right. Let's look at the Abstract just
22 briefly. This is the first column of the Abstract. He
23 says, "Overall, neither active or passive
24     Smoking, or dietary PAH were
25     significantly associated with PAH-DNA

1     adducts or breast cancer case-control
2     status."
3     So these environmental factors by themselves
4 were not significant; is that right?
5   A   Well, yeah, I mean, we -- I think we pointed
6 out before that the DNA adducts in breast tissue don't
7 seem to be terribly sensitive to smoking. Smokers and
8 nonsmokers seem to have levels that are very similar.
9     The only environmental factor that they took
10 into account was diet, I think, and, again, that has not
11 been shown to be very powerful either.
12     Let me just see -- they controlled for -- well,
13 I wouldn't take the time now to find it what they
14 controlled for, but they controlled for confounders as
15 they put it, and still found a big difference between
16 the cases and the controls.
17   Q   And what he was saying at least in the
18 Abstract, was that it was this genetic susceptibility
19 that plays a role in breast cancer as opposed to the
20 environmental exposures?
21   A   No, I don't think that is what he is saying. I
22 think what he is saying is individuals that can't clear
23 the PAHs properly are at increased risk, but it is an
24 interaction with a gene and the environment.
25   Q   Okay. I understand that.

| | |
|---|---|
| 1 And how does he identify genetic<br>2 susceptibility? Is it just increased levels of DNA<br>3 adducts that indicates that someone has a genetic<br>4 susceptibility or does he identify some particular<br>5 genetic defect or polymorphism?<br>6    A  I don't think he did any genetic testing. I<br>7 think he assumed within a higher PAH-DNA level, that<br>8 they had a genetic tendency in that direction.<br>9    I don't see any discussion of measurement of --<br>10 he says here that -- this is on Page 1286, right-hand<br>11 column, in the first paragraph that starts on the next<br>12 column over, but "The finding reported here<br>13      That, after controlling for two of<br>14      the major PAH exposure sources<br>15      (tobacco smoke and diet), PAH-DNA<br>16      adducts levels in tumor tissue were<br>17      positively associated with<br>18      case-control status, might suggest<br>19      that interindividual variation in<br>20      metabolic and/or DNA repair pathways<br>21      plays an important role in breast<br>22      cancer."<br>23      Basically, we are saying that the people that<br>24 don't clear the DNA properly are the ones who are at<br>25 greater risk.<br><br><div align="center">Page 999</div> | 1    Q  What question is Rundle trying to answer in<br>2 this paper, deposition Exhibit 183?<br>3    A  He reviews our studies on the role of PAH-DNA<br>4 adducts and breast cancer. Additionally, the report on<br>5 the analysis of the reliability of the scoring method<br>6 using immunohistochemical assays and potential bias<br>7 arising from benign breast disease as controls.<br>8    Q  Did you rely on this paper for the purpose of<br>9 formulating your opinions?<br>10    A  Yes, I think that it does certainly contribute<br>11 to our understanding of how PAHs would increase the risk<br>12 of breast cancer.<br>13    Q  How does it contribute to our understanding?<br>14    A  Well, it just further underscores the DNA<br>15 adducts in the breast tissue and how it affects -- you<br>16 know, its presence in the cancer tissues.<br>17    It also talks about the susceptibility issue.<br>18 They measured one of the genotypes, the GSTM1 null<br>19 genotype, that is associated with increased adduct<br>20 levels showing that certain people had more adducts and<br>21 they identified at least one of the genetic factors<br>22 were.<br>23    They also talked about how there is a fairly<br>24 high reliability of their assay. However, technician<br>25 quality significantly contributed to the variability.<br><br><div align="center">Page 1001</div> |
| 1    Q  So if you are collecting adducts and not<br>2 clearing them, he assumes there is a genetic reason for<br>3 that?<br>4    A  Yes. And now, he says there is a second reason<br>5 which is progressive changes in tumor cells lead to<br>6 greater formation of adducts and tumor tissue, but he<br>7 looked at adjacent nontumor tissue and found that there<br>8 was also the same increase. And so I don't know why he<br>9 is bringing that up.<br>10    Q  Our next exhibit is Exhibit 183. It is another<br>11 Rundle paper. This is entitled Molecular Epidemiologic<br>12 Studies of Polycyclic Aromatic Hydrocarbons-DNA Adducts<br>13 and Breast Cancer.<br>14      (Defendants' Exhibit 183 was marked<br>15      for identification by the court<br>16      reporter.)<br>17 BY MR. HOPP:<br>18    Q  And this is 2002. It's two years later than<br>19 the one that we just looked at deposition Exhibit<br>20 No. 180?<br>21    A  Right.<br>22    Q  Deposition Exhibit 182. Is this a review<br>23 paper?<br>24    A  Actually, this is a review paper and there is<br>25 actually new data in here.<br><br><div align="center">Page 1000</div> | 1 Thus, indicating that the test has to be done very<br>2 carefully by a highly skilled person, which is a<br>3 technique point.<br>4    And they talked about the use of benign breast<br>5 disease would tend to overestimate the prevalence of<br>6 family history of breast cancer compared to that of<br>7 healthy controls.<br>8    In other words, they, I think, would support<br>9 the notion and it would probably be better to use<br>10 nonbreast -- don't use benign breast disease for<br>11 controls.<br>12    Q  Well, in fact, he talks about that in the<br>13 Discussion section, this is on Page 204.<br>14    A  Um-hmm.<br>15    Q  He says, "Our data show that<br>16      Increased levels of PAH-DNA adducts<br>17      in breast tissue are associated with<br>18      breast cancer case-control status,<br>19      although with our modest sample size,<br>20      this finding is only statistically<br>21      significant when adducts levels in<br>22      tumor tissue are compared to those<br>23      seen in benign tissue."<br>24    A  Yes, I know.<br>25    Q  How is that --<br><br><div align="center">Page 1002</div> |

<div align="center">36 (Pages 999 to 1002)</div>

1   A   Well, it reached statistical significance --
2 the difference was very small, but because of the small
3 numbers, it didn't reached statistical significance, but
4 it was elevated in both tumor and nontumor tissue.
5      But then, again, he had small numbers here. I
6 mean, that is part of the reason why he did not get
7 statistical significance.
8     MR. HOPP: I'm sorry. I need to take this.
9 Can we take a short break?
10     MR. PRUDOMME: Sure.
11     (Brief Recess.)
12 BY MR. HOPP:
13   Q   Dr. Dahlgren, again, going back to deposition
14 Exhibit 183, the 2002 Rundle paper, at the end, it is
15 right above the references, this is Page 26, I believe,
16 he repeats something that you have been saying.
17      His analysis of the "GSTM1 polymorphism
18      Indicate that the polymorphism plays
19      an important role in adduct formation
20      in cases but not controls."
21   A   That is what he says.
22   Q   So that supports your opinion that people with
23 this genetic polymorphism are more susceptible to the
24 induction of cancer as a result of exposure of PAHs?
25   A   That's right.
Page 1003

1   Q   And forgive me if I have asked you this, but
2 has the role of genetic polymorphism and the incidences
3 of cancer been studied for polychlorinated dioxins or
4 furans?
5   A   Yeah, we had looked at some. We had one paper
6 on that.
7   Q   One paper?
8   A   Relatively little compared to a lot more has
9 been done with the PAHs and the dioxins. And clearly,
10 we should start looking at that because it is likely to
11 be an extremely important factor.
12     We are learning more and more about the gene
13 environment interaction. And as we do more studies, it
14 is a powerfully important point.
15   Q   Let's look at the next one and this is
16 deposition Exhibit No. 184. This is the Saintot paper,
17 S-A-I-N-T-O-T. And this is another paper that looks at
18 the Interaction Between Genetic Polymorphism of
19 Cytochrome P450-1B1 and Environmental Pollutants in
20 Breast Cancer Risk.
21     (Defendants' Exhibit 184 was marked
22     for identification by the court
23     reporter.)
24     MR. HOPP: I'm sorry. I don't have an extra
25 copy, Keith?
Page 1004

1     MR. PRUDOMME: No problem.
2 BY MR. HOPP:
3   Q   And these are women who live near a waste
4 incinerator?
5   A   That's right.
6   Q   And living near a waste incinerator was a
7 surrogate for exposure; correct?
8   A   That's right.
9   Q   And he found that the women who carried this
10 particular polymorphism the Val CYP1B1 allele had a
11 higher risk; is that right?
12   A   Yes.
13   Q   And what is the word allele mean?
14   A   That refers to a certain part of the geno.
15 It's a section of the genetic code.
16   Q   It is just another way of characterizing this
17 polymorphism?
18     THE WITNESS: You gave me two.
19     MR. HOPP: I'm sorry.
20     THE WITNESS: That is just another word that is
21 referring to gene.
22 BY MR. HOPP:
23   Q   Looking at the top of Page 184, top of the
24 right-hand column, all of the women in this study were
25 white; is that right?
Page 1005

1   A   I will take your word for it. This was a
2 French paper; wasn't it? So many non-white's in France.
3     Probably.
4   Q   It says, "All women were white." It is in the
5 right-hand column.
6   A   I don't see it right away, but I believe you.
7   Q   Okay. Do we know whether Sherrie Barnes had
8 this particular polymorphism the one that is discussed
9 in the Saintot paper?
10   A   No, I don't.
11   Q   Other than generally indicating that people
12 with this particular polymorphism are at a greater risk
13 for cancer as a result of exposure to PAHs, how does
14 this paper affect your opinions with respect to Sherrie
15 Barnes?
16   A   Well, as you know, waste incinerators put out
17 dioxins and dioxin-like compounds. So what they are
18 talking about here is an increased breast cancer risk
19 from dioxin exposure and that those who have the
20 increased susceptibility indeed do develop a higher
21 prevalence of the breast cancer.
22   Q   So this gets to what we were just talking
23 about, so this is a paper that looks at a surrogate of
24 TCDD exposure and a genetic susceptibility?
25   A   Correct.
Page 1006

37 (Pages 1003 to 1006)

Q   We've talked about different types of
polymorphisms; right?  I mean, the CYP1B1 is different
in some way from some of the other polymorphisms we
looked at; is that right?
A   Yes.
Q   How many different polymorphisms are there?
A   Many.  The reason they pick these -- in this
case, that particular enzyme -- they say here in the
paper is induced by dioxins.  So you expect to see more
of that particular enzyme if you were exposed to dioxin
and what they also go on to say is that, that would then
increase the production of toxic intermediates, which is
what we were talking about earlier.
Q   Well, when we say, "polymorphisms," what does
it mean in layman's terms?
A   Genetic variation.  Polymorphism just means
that your hair is brown and her is light blond.  You
know, that is determined by genetic factors.  And the
color of your eyes, your skin, you know, a lot of your
characteristics are as a result of slight differences in
the genes.
Q   But the polymorphisms that we have been talking
about in these papers all have these alphanumeric labels
attached to them.  Is there a list of these that have
been identified by geneticists or someone else?

Is there a Table I could go to somewhere to
find a list of identified genetic polymorphisms?
A   Yes.  You could probably find a review paper
that would list -- see, this CYP1B1 is an enzyme system
in the liver and in other cells.  That metabolizes
things and what they are doing is they are looking at
the gene that controls or turns on and off the
production of that protein.
Q   Okay.
MR. PRUDOMME:  That enzyme.
THE WITNESS:  Well, the enzyme is the protein.
In this case, protein is functioning as an enzyme.
Proteins can do other things.  They can be signaling
proteins.  They can be inhibiting proteins, stimulating
proteins, all kinds of proteins, but one of the proteins
in this case is a CYP1B1 enzyme which is part of the
cytochrome P450 system that we talked about.
It is those enzymes when they are stimulated,
it alters the way the body handles stuff coming through.
So they hypothesized that this would be an important
point where these type of chemicals are exerting an
effect and they found an effect.
It's not that they started -- it says here,
"We hypothesized that polymorphism of
CYP1B1 may contribute to the

interindividual susceptibility to
environmental procarcinogens in
relation to breast cancer risk."  And
they found that this was indeed the
case.
Q   Sure.  So when they pick which polymorphism to
study, they are looking for ones that they already know
have a particular effect in the metabolism of these
substances; is that right?
A   Yes.  A couple of these other papers have
looked at that same enzyme system and the same genetic
control.
Q   Right.  The next one is deposition Exhibit 185,
this is a paper by Shi, S-H-I, et al., entitled Reduced
DNA Repair of Benzo[a]pyrene Diol Epoxide-Induced
Adducts and Common XPD Polymorphisms in Breast Cancer
Patients.
(Defendants' Exhibit 185 was marked
for identification by the court
reporter.)
BY MR. HOPP:
Q   Did you rely on this paper for the purpose of
forming your opinions?
A   Yes, I think this also makes the point about
PAHs damaging DNA and that the DNA repair mechanisms are

inhibited by the damaged genes from the benzo[a]pyrene,
active metabolite.  They also looked at the
benzo[a]pyrene diol epoxide, BPDE.
So they were looking at the metabolite -- the
toxic metabolite of benzo[a]pyrene.  And they were doing
this in vitro.  They took peripheral blood lymphocytes
from female breast cancer patients and then they showed
that the DNA repair in these patients with breast cancer
was ineffective or less effective.
Q   This is the first paper that I have ever seen
which somehow ranks or rates DNA repair capacity.  It
shows a DNA repair capacity level; is that right?
A   Yes.  And it is, apparently, this -- there is
two common polymorphisms that are linked in this DNA
repair and they list them there, the XPD polymorphisms
and then they list the two, which I won't go through
because they are very long.
We found that the mean DNA repair level was
significantly lower in breast cancer patients than
controls.  And they had a three-fold increase in risk
for breast cancer than those with the higher DRC after
adjustment for age, smoking, and assay-related
variables.
Q   But this gets to a point that you were making
earlier, and that is that we are all exposed to these

1 carcinogens on a daily basis and the reason we don't all
2 drop dead from cancer is that we have -- or don't drop
3 dead from cancer right now.
4　A Yes, or die from it.
5　Q Is because we have DNA repair mechanisms?
6　A Absolutely.
7　Q And the people who get cancer often have less
8 effective DNA repair mechanisms?
9　A Exactly.
10　Q Do you know anything about Sherrie Barnes'
11 level -- strike that.
12　Do you know anything about Sherrie Barnes' DRC
13 level as identified about in this paper?
14　A No, we did not have the opportunity to have
15 done that study.
16　Q But we can say -- strike that.
17　Is it your opinion, though, based on the fact
18 that she died fairly young of cancer that she had some
19 sort of a defective or less effective DNA repair
20 capacity?
21　A I would hypothesize that that probably would be
22 part of her increased susceptibility, yes.
23　Q Let me hand you deposition Exhibit 186. 186 is
24 a paper by Tang, T-A-N-G, et al.
25　(Defendants' Exhibit 186 was marked
Page 1011

1　for identification by the court
2　reporter.)
3　MR. PRUDOMME: Don't tell me I have two of
4 them? No, it is two different papers.
5　MR. HOPP: Actually --
6　THE WITNESS: Rundle, it has two papers
7 attached for some reason.
8　MR. HOPP: We already marked that. I don't
9 know why -- my apologies.
10　THE WITNESS: Well, the third author of this is
11 Rundle. So it is the same group.
12 BY MR. HOPP:
13　Q And also, Dr. Phillips is an author on this
14 paper as well; right?
15　A Yes.
16　Q And Dr. Phillips is the scientist who did the
17 DNA adduct study in this case?
18　A That's correct.
19　Q And in this -- well, let's identify it. This
20 is deposition Exhibit 186 and it is by Tang, et al.,
21 entitled Polymorphisms in the DNA Repair Enzyme XPD are
22 Associated with Increased Levels of PAH-DNA Adducts in a
23 Case-Control Study of Breast Cancer.
24　And this is along the lines of what we have
25 just been discussing; right?
Page 1012

1　A That's correct.
2　Q Again, they are looking at the ability of the
3 DNA to repair itself and how that relates to the breast
4 cancer incidence or breast cancer risks; is that
5 correct?
6　A That's right.
7　Q And the conclusion is that XPD polymorphisms --
8 let's look at it. Page 165, they say, "Our
9　Data do not support the hypothesis
10　that XPD polymorphisms play a role in
11　the etiology of breast cancer"; is
12　that right?
13　A Where are you reading from?
14　Q This is Page 165 above the References. The
15 sentence beginning with "Our data do not support." It
16 is right after Footnote 8.
17　A Well, but the next sentence says,
18　"However, diminished XPD-mediated DNA
19　repair capacity does appear to be
20　associated with increased DNA damage
21　in tumor tissue. To the extent that
22　increases in DNA damage may lead to
23　further mutations and contribute to
24　genetic instability in the tumor.
25　XPD may play a role in genetic
Page 1013

1　susceptibility to tumor progression."
2　Q What does that mean? I mean, they say that the
3 polymorphisms itself does not play a role, but then
4 there is some sort of XPD-mediated DNA repair capacity
5 issue?
6　A Yeah, what they are saying is, that if you are
7 deficient in this repair mechanism and for whatever
8 reason you get cancer, you are less able to modify the
9 progression of the cancerous process.
10　In some people, DNA repair can reverse even
11 fairly late changes in DNA and other cellular systems
12 that promote or cause cancer to occur.
13　In this case, the deficiency of repair appears
14 to be post-initiation and more important in the
15 progression issues and that is what these words mean.
16　Q And we don't know whether Sherrie Barnes had
17 this XPD polymorphism; do we?
18　A No.
19　Q Next one is deposition Exhibit 187.
20　(Defendants' Exhibit 187 was marked
21　for identification by the court
22　reporter.)
23　MR. WINTERS: I get one now.
24 BY MR. HOPP:
25　Q 187 is another paper by Tang and Andrew Rundle,
Page 1014

1 entitled Sulfotransferase 1A1 (SULT1A1) polymorphism,
2 PAH-DNA Adduct Levels in Breast Tissue and Breast Cancer
3 Risk in a Case-Control Study.
4     Again, this is a paper that looked at another
5 particular type of polymorphism; is that right?
6   A  Yes.
7   Q  And what did the authors conclude?
8   A  That this polymorphism is associated with
9 breast cancer risk. In other words, they looked at some
10 controls, found that the people who had this particular
11 polymorphism had a higher risk of breast cancer.
12   Q  Well, look at the Summary, doesn't it say,
13     "Contrary to our hypothesis, PAH-DNA
14     adduct levels in breast tissue were
15     not associated with the SULT1A1
16     genotype"?
17   A  Correct. But they --
18   Q  Sorry. Go ahead.
19   A  No, go ahead.
20   Q  It seems to conflict with what you just said.
21 Am I misunderstanding the paper?
22   A  I am reading the final sentence. You read the
23 next to the final sentence. They had information or
24 data that supported both of those statements.
25   Q  Okay. So it says, "Our findings are
                    Page 1015

1     Consistent with a prior report that
2     the Arg/His polymorphism in SULT1A1
3     is associated with breast cancer
4     risk"?
5   A  In other words, there is no -- you don't get an
6 increased risk of adduct levels with this polymorphism,
7 but you do get an increased risk of breast cancer.
8   Q  Okay.
9   A  So some other mechanism is at work here.
10   Q  Got it. Just having this polymorphism
11 increases your risk of breast cancer?
12   A  That's right.
13   Q  But the mechanism is not the increased
14 collection of DNA adducts?
15   A  Yes, that is what it says.
16   Q  And we don't know whether Sherrie Barnes had
17 this particular genotype; correct?
18   A  Correct.
19   Q  And this particular polymorphism; right?
20   A  That's correct.
21   Q  The next one is deposition Exhibit 188. This
22 is probably the oldest paper that we have looked at,
23 1977.
24     It's a Williams, et al., paper, entitled
25 Association of Cancer Site and Type with Occupation and
                    Page 1016

1 Industry From the Third National Cancer Survey
2 Interview; is that right?
3     (Defendants' Exhibit 188 was marked
4     for identification by the court
5     reporter.)
6     THE WITNESS: Yes.
7 BY MR. HOPP:
8   Q  And they looked at over 7,500 cases of cancer
9 and I guess, did interviews to try to find out what sort
10 of exposures they had; is that right?
11   A  Yes.
12   Q  And in this case, breast cancer is
13 associated -- I am looking at major findings. This is
14 on Page 1148. It says, "Breast cancer was
15     More common among women who were
16     teachers, other professionals, and
17     among those working in banking, real
18     estate, accounting, and insurance."
19     Do you see that?
20   A  Yes.
21   Q  What, if anything, do you derive from a paper
22 like this?
23   A  Well, this is just, again, a risk factor paper.
24 And that the breast cancer risks are associated with
25 higher social economic status. Similar to what we had
                    Page 1017

1 talked about in that other 1983 paper. I think it was
2 '83 -- '85, something like that, where we talked about
3 the various risk factors.
4   Q  All right. So just to the extent to which this
5 impacts your opinions, it is that higher social economic
6 standing is a higher risk of breast cancer?
7   A  Right.
8   Q  And one of the other things they talked about
9 is cancer of the prostate is more common among
10 ministers, farmers, plumbers, and rubber workers?
11   A  What are the links between those?
12   Q  Yeah. I mean, this is really just an
13 observation that may or may not be an indication of some
14 sort of --
15   A  Well, these kinds of studies are very useful
16 for getting clues about where to go to do more detailed
17 studies of exposures and so on.
18     Back in the '70's, this was a very popular
19 thing to do. This has become less popular because of
20 the -- relationships tend to be hard to track down.
21   Q  Our methods have gotten more sophisticated in
22 terms of identifying exposures?
23   A  We are more interested in getting some estimate
24 of what the exposure even if it is a surrogate exposure,
25 but we need to have more information about exposure so
                    Page 1018

40 (Pages 1015 to 1018)

| | |
|---|---|
| 1 we can understand its association. | 1 induced more chromosomal breaks in the breast cancer |
| 2 It is clearly being upper, middle class, white | 2 patients than in the normal controls. |
| 3 women raising your risk. It doesn't necessarily tell | 3 Q What does that mean? |
| 4 you why unless you look and see what upper, middle | 4 A That means they were less able to repair the |
| 5 class, white women have in common. I suppose one of | 5 deficit problems. It is the same kind of thing we were |
| 6 them is that they get more medical care. They may take | 6 looking at in some of these other studies. |
| 7 more medicines. They may get more estrogens. They may | 7 Q They extracted tissue from women who had breast |
| 8 take more birth control pills. They may be more | 8 cancer? |
| 9 sedentary. They may go to the hairdresser more often. | 9 A Yes. |
| 10 They may use more chemicals in their cosmetics. | 10 Q And then they put it in a culture and added |
| 11 There is a whole host of hypotheses one can | 11 this toxogen to see what the effect was; right? |
| 12 generate as to why that social economic group has more | 12 A Right. |
| 13 breast cancer, but I think that would be what you would | 13 Q And the effect was that the cells were not able |
| 14 do. You would go ahead and look at some of those | 14 to break down the — were not able to metabolize the |
| 15 variables and rather than looking at their occupation. | 15 toxogen; right? |
| 16 Q Sure. Let's look at deposition Exhibit 189 is | 16 A No. No. |
| 17 a paper by Xiong. I guess, X-I-O-N-G — | 17 Q What happened? |
| 18 (Defendants' Exhibit 189 was marked | 18 A What happened was they got more chromosomal |
| 19 for identification by the court | 19 breaks in the cancer patients than in the |
| 20 reporter.) | 20 noncancer patients. And if they were less able to |
| 21 THE WITNESS: Yes. | 21 withstand or repair- it is probably more likely less |
| 22 BY MR. HOPP: | 22 able to repair the damage induced by the benzo[a]pyrene |
| 23 Q — and others. Entitled Sensitivity to | 23 diol-epoxide. |
| 24 Benzo[a]pyrene Diol-Epoxide Associated with Risk of | 24 Q So the cells were not able to fix themselves? |
| 25 Breast Cancer in Young Women and Modulation by | 25 A Right. It was a three-fold difference. |
| Page 1019 | Page 1021 |

| | |
|---|---|
| 1 Glutathione S-transferase Polymorphisms: A Case-Control | 1 Q And again, looking at Results, this is on |
| 2 Study. | 2 deposition Exhibit 183 — I'm sorry, 189. |
| 3 Is this another look at polymorphisms and their | 3 A And it was more profound in the younger people, |
| 4 effect on breast cancer issues? | 4 the women who were under 45 years of age, suggesting |
| 5 A Yes, it is. | 5 that the earlier breast cancers were even less able to |
| 6 Q And what is the authors' conclusion? | 6 fix the chromosomal breaks. |
| 7 A Well, if you are more sensitive to BPDE-induced | 7 Q Looking at the Results paragraph, this is Page |
| 8 chromosomal changes, you are more likely to get cancer. | 8 8466. Greater than 80 percent of the subjects were |
| 9 And they talked about genetic, environmental factors | 9 Caucasians in both cases and controls; is that right? |
| 10 interacting and they basically found that — let's see, | 10 It is about 10 or 12 sentences down under |
| 11 the polymorphism, the risk was — they had the GSTT1 | 11 Results. |
| 12 null variant, that was deficient in that glutathione | 12 A Yeah, 80 percent were Caucasian. |
| 13 pathway, the risk was increased eight-fold, and it was | 13 Q Handing you what we have marked as deposition |
| 14 statistically significant. | 14 Exhibit 190. Deposition Exhibit 190 appears to be a — |
| 15 So that is another polymorphism that we did not | 15 something from the News section of the Journal of the |
| 16 focus. We did have some earlier — this morning, we did | 16 National Cancer Institute. It is not actually an |
| 17 talk about some glutathione pathways that are deficient | 17 article more kind of a information — |
| 18 the same as they have shown here. | 18 (Defendants' Exhibit 190 was marked |
| 19 Q And we don't know whether Sherrie Barnes had | 19 for identification by the court |
| 20 that particular polymorphism? | 20 reporter.) |
| 21 A No, we don't. | 21 THE WITNESS: — a news piece — |
| 22 Q What is sensitivity to BPDE-induced chromosomal | 22 BY MR. HOPP: |
| 23 aberrations? | 23 Q — a news piece. |
| 24 A Well, they incubated the patients' lymphocytes | 24 What was the purpose of citing this piece? For |
| 25 with this toxic of metabolite benzo[a]pyrene and they | 25 what purpose did you use it in formulating your |
| Page 1020 | Page 1022 |

1 opinions?
2     A   I don't remember why I included this. You
3 might want to drop it. It doesn't have any information
4 in it that is particularly useful.
5     Q   Okay. Let's move onto 191. 191 is a paper by
6 Kennedy, et al., entitled DNA Repair Capacity of
7 Lymphoblastoid Cell Lines from Sisters Discordant for
8 Breast Cancer.
9             (Defendants' Exhibit 191 was marked
10            for identification by the court
11            reporter.)
12 BY MR. HOPP:
13    Q   Did you rely on this paper for the purpose of
14 formulating your opinions in this case?
15    A   Let's see, I think this is another one of those
16 genetic polymorphism, genetic predispositions due to
17 poor DNA repair and they used another technique.
18          They exposed patients to the benzo[a]pyrene
19 metabolite using lymph cells from the patients and 158
20 cancer patients and 154 control sisters.
21          And there was a difference in the DNA repair
22 between the sisters. The ones with cases had 8.6
23 times -- I guess, an aggregate of 8.6 times less
24 capacity that could repair than their nonbreast cancer
25 sisters.

Page 1023

1     Q   Again, they had some way of measuring DNA
2 repair capacity; is that right?
3     A   Yes.
4     Q   How do they do that?
5     A   The difference between staining immediately
6 after treatment, minus that after four hours of repair,
7 divided by the initial damage -- so it was using an
8 immunofluorescence technique looking at the
9 benzo[a]pyrene DNA adducts and they looked at them
10 initially, and then they looked at them in four hours.
11          And the normal or the sisters without the
12 breast cancer were able to fix more of the defects and
13 remove more of the staining as opposed to the cancer
14 patients, who were less able to make the repairs.
15    Q   And what was the purpose of studying pairs of
16 sisters? I mean, how does that strengthen --
17    A   Well, what they are really playing out here is
18 that even sisters do not have the same necessary
19 polymorphism.
20          I am a little surprised that there was so much
21 difference between sisters, but anyway, that is what
22 they -- they used the sisters for controls because they
23 were pretty good controls. I don't know whether they
24 went ahead and discussed whether this was a post or
25 precancerous effect.

Page 1024

1     They are saying that measuring this DNA repair
2 would be an important thing to do to try to identify
3 high risk individuals before they develop cancer.
4          So it is an interesting study from that point
5 of view. It further underscores this whole issue of
6 the importance of DNA repair and probably reflects some
7 different -- they didn't do any gene studies in this
8 paper. So we don't know what genes is associated with
9 this particular repair problem.
10    Q   It is kind of a -- it is not a precise from
11 that standpoint; that is, we don't know why the gene is
12 repairing themselves, we just know that the staining is
13 different after four hours and that is an indication of
14 increased DNA repair?
15    A   Right.
16    Q   Now, Sherrie Barnes has both half sisters and
17 full sisters; right?
18    A   Right.
19    Q   But isn't this an indication that even testing
20 DNA repair capacity or polymorphisms in her sisters,
21 wouldn't particularly be indicative of her level of DNA
22 repair capacity or her particular polymorphism?
23    A   You have to repeat the question.
24    Q   I will try again.
25          Doesn't this paper; that is, the Kennedy paper,

Page 1025

1 indicate that you wouldn't be able to learn much about
2 Sherrie Barnes' DNA repair capacity or her particular
3 polymorphisms even if you were to take a blood sample
4 from one of her sisters?
5     A   Yes, that's correct. But what I don't think
6 they have addressed is the issue of whether or not this
7 may be a consequence of some type of significant
8 exposure that had poisoned the DNA repair mechanism. We
9 talked about that earlier.
10          How possibly the exposure of PAHs can effect
11 the ability of the cells to repair themselves. So this
12 may not be a genetic deficit, it may be an acquired
13 deficit.
14    Q   But the Kennedy paper does not answer that
15 question?
16    A   No, it does not.
17    Q   In fact, the Kennedy paper does not look at any
18 sort of toxic exposure?
19    A   No, it doesn't. It is just looking at the
20 whole issue. If the DNA repair is impaired, you are
21 more likely to have breast cancer.
22          This is almost kind of like a methods paper,
23 but it illustrates a powerful point, the importance of
24 repair.
25    Q   I mean, it is a fairly obvious point. If your

Page 1026

42 (Pages 1023 to 1026)

Page 1027:

```
 1   DNA cannot repair itself, you are more likely to have
 2   problems that may result in the breakdown of your DNA?
 3      A   Absolutely.
 4      Q   But this is an experimental proof of that
 5   hypothesis?
 6      A   That's correct. It also had our friend
 7   Motykiewicz as one of the authors.
 8      Q   A better paper from our friend from Poland.
 9      A.  Yes.
10      Q   Let's look at the next one. This is Kriek,
11   K-R-E-I-K, deposition Exhibit 192. This paper is titled
12   Polycyclic Aromatic Hydrocarbon-DNA Adducts in Humans:
13   Relevance as Biomarkers for Exposure and Cancer Risk.
14          (Defendants' Exhibit 192 was marked
15          for identification by the court
16          reporter.)
17   BY MR. HOPP:
18      Q   This is a review paper; is that right?
19      A.  Yes.
20      Q   And one of their conclusions is that
21      "Breast cancer patients were found to
22      have significantly higher PAH-DNA
23      adduct levels in breast tissue than
24      did non-cancer controls."
25      I am looking at Page 227.
                                              Page 1027
```

Page 1028:

```
 1          MR. PRUDOMME: Do you have an extra copy?
 2          MR. HOPP: I'm sorry.
 3          MR. PRUDOMME: Page 197?
 4          MR. HOPP: Page 227.
 5          THE WITNESS: Okay. What part of that page
 6   were you focusing on?
 7   BY MR. HOPP:
 8.      Q   I have to find it. Right above concluding
 9   Remarks:
10          "Breast cancer patients were found to
11          have significantly higher PAH-DNA
12          adduct levels in breast tissue than
13          did non-cancer controls."
14      A   That is what it says.
15      Q   And this is a 1998 paper and they are more --
16   we have seen since 1998 --
17      A   We have seen a lot more papers.
18      Q   And a lot more papers on that same subject and
19   in fact, a lot more refined papers?
20      A   That's correct.
21      Q   More precise papers?
22      A   Yeah, getting more and more information about
23   what was going on. '98 in the scientific world is a
24   long time ago.
25      Q   Well, in fact, this study of DNA repair and
                                              Page 1028
```

Page 1029:

```
 1   polymorphisms is rapidly changing even now or even
 2   rapidly developing right now?
 3      A   Oh, yeah. We are getting more sophisticated in
 4   what we are looking at.
 5      Q   Now, it identifies -- this paper, the Kriek
 6   paper, identifies in the Methods section, several
 7   different ways of looking at PAH-DNA adducts?
 8      A   Right.
 9      Q   Including both p32 postlabeling and competitive
10   ELISA, E-L-I-S-A?
11      A   Yes.
12      Q   Is there a consensus -- and then there are
13   other methods that are identified?
14      A   Um-hmm.
15      Q   Different types of chromatography?
16      A   Right.
17      Q   Is there a consensus with respect to what is
18   the fastest or the most precise way to identify PAH-DNA
19   adducts?
20      A   Well, the p-32 postlabeling technique seems to
21   be the most common. Most of the papers we have looked
22   at subsequent to this one used that technique.
23          And they in this paper -- let's see what they
24   say. I forgot -- yeah, they just say that the
25   quantification has become accurate and overall the
                                              Page 1029
```

Page 1030:

```
 1   methodology for DNA adducts in humans have become more
 2   reliable, detects background carcinogen adduct levels in
 3   environmentally exposed persons. Particularly
 4   combinations of the various methods now enable us to
 5   elicit specific adduct structures with the detection
 6   limit of one adduct and ten to the eighth unmodified
 7   nucleotides are even lower.
 8          So it really doesn't make a judgment about
 9   which one to use, but as I say, subsequent studies seen
10   most commonly to use a p32-postlabeling technique.
11      Q   On Page 217, they talk about a problem with the
12   p32-postlabeling. It says, "Quantification
13          is a major concern of the
14          p32-postlabeling technique. Adduct
15          recoveries are variable, and
16          relatively minor changes in the
17          procedures may introduce large
18          differences in the reported adduct
19          values."
20          Do you see that?
21      A   I don't see it, but I know that is true.
22      Q   They do go on to talk about within the same
23   laboratory, there is some consistency. And I think I
24   can actually cite a paper from Dr. Phillips on this
25   point.
                                              Page 1030
```

1   A  Yeah, and I think what I said before in the
2 earlier part of this deposition, was that Dr. Phillips
3 uses this -- the technique that I told you about, which
4 is that he runs the exposed and the controls at the same
5 time without knowing which is which; and you know, all
6 of the variables then are going to be the same, so that
7 you can compare the two.
8       You can't compare one run and one lab using the
9 absolute numbers because of this variability question.
10 But if you run the samples together, you can get
11 reliable results.
12   Q  Is it accurate to say that this is really more
13 of a methods paper than anything else?
14   A  Well, you could say that they are talking about
15 methodology, but they also looked at some patients.
16 They looked at -- how many people did they look at?
17       I thought they looked at some groups of
18 workers. They don't give a reference. Maybe it is a
19 review paper in terms of data.
20   Q  In their Concluding Remarks, they are talking
21 about "The quantification of PAH-DNA
22       Adducts in human tissues and cells
23       has been achieved with a number of
24       highly sensitive techniques" and he
25       goes on and list them.
Page 1031

1   A  Right.
2   Q  And further on in the Concluding Remarks,
3       "Overall, we conclude that the
4       methodology applied for DNA adducts
5       in humans has become more reliable in
6       recent years, allowing to detect even
7       background carcinogen adduct levels
8       in environmentally exposed persons."
9   A  Yeah, I read that sentence already. You're
10 right. There is no data in here. It is just a review
11 paper.
12   Q  A review paper of methods?
13   A  That's right.
14   Q  Next one is deposition Exhibit 190 --
15   A  No, 193.
16   Q  193. This is a paper by Spitz, S-P-I-T-Z, et
17 al, entitled Genetic Susceptibility to Cancer.
18       (Defendants' Exhibit 193 was marked
19       for identification by the court
20       reporter.)
21 BY MR. HOPP:
22   Q  Did you rely on this paper for the purpose of
23 your opinions in this case?
24   A  Well, this is a review paper. Also, this talks
25 about policy and it makes some of the same points that
Page 1032

1 we have already made.
2   Q  So generally informative but not particularly
3 related to causation; correct?
4   A  Yes.
5   Q  Next one is deposition Exhibit 194. This is
6 stowers, S-T-O-W-E-R-S, et al., 1985. Again, in our
7 world, a fairly old paper; right?
8       (Defendants' Exhibit 194 was marked
9       for identification by the court
10       reporter.)
11       THE WITNESS: Yes.
12 BY MR. HOPP:
13   Q  And they are looking at the formation and
14 persistence of benzo[a]pyrene metabolite-DNA adducts in
15 animals; is that right?  This is actually a review
16 of animal studies.
17   A  Yes, it looks at a number of specific adducts
18 in various tissues in benzo[a]pyrene treated animals.
19 Basically, this is trying to, you know, understand what
20 happens to benzo[a]pyrene when it gets inside the body.
21 And then they also want to know how long it stays, turn
22 overrates, and the accumulation of adducts from
23 long-term exposures to low levels.
24       And it talks about noncancer effects due to
25 these DNA problems. So it is an interesting paper even
Page 1033

1 though it is 20 years old because they actually do
2 experiments or refer to experiments, that let us
3 understand why long-term, low level exposure is capable
4 of causing significant disease.
5       And I think if you look at the design of this
6 study, they actually did four PAHs.
7   Q  Okay.
8   A  And then they looked at the levels in various
9 tissues and then talked about the means and standard
10 deviations of those adducts and picomole per milligram
11 of DNA, which is an older way of expressing the data.
12   Q  How, if at all, does this paper relate to your
13 opinions regarding Sherrie Barnes?
14   A  Well, it demonstrates the persistence in the
15 tissues of these carcinogenic PAHs. It shows how they
16 don't go away when they get into the tissues, they can
17 continue to cause an adverse effect.
18       They didn't specifically look at the breast
19 tissue, but we know from the other papers that these
20 metabolites and PAHs do get into the breast tissue.
21       And these authors are simply pointing out that
22 when you see these DNA adducts in the tissues, you can
23 expect both cancer and other noncancer health effects.
24 And they talk about repair and the importance of repair
25 also.
Page 1034

1    Q   Okay.  So generally informative but not
2  particularly related to causation; fair?
3    A   Well, it is generally informative of the
4  causation issue of PAH damaging the DNA and leading to
5  cellular dysfunction.
6    Q   In animals?
7    A   In animal studies, yes.
8    Q   Deposition Exhibit 195, this is the Veglia
9  paper, V-E-G-L-I-A, entitled Bulky DNA Adducts and Risk
10  of Cancer:  A Meta-analysis.
11       (Defendants' Exhibit 195 was marked
12       for identification by the court
13       reporter.)
14  BY MR. HOPP:
15    Q   We've talked about this before.  A
16  meta-analysis combines the data from several different
17  studies and tries to come to a more powerful conclusion?
18    A   Well, putting together several studies, they
19  get more power to see effects.  So, in this case, they
20  looked at DNA adducts and they looked at, apparently,
21  seven articles that met their criteria.  And five had to
22  do with lung cancer, one oral cancer, and one bladder
23  cancer.
24    Q   So no breast cancer in this paper?
25    A   That's correct.
                    Page 1035

1    Q   And what was their conclusion based on their
2  meta-analysis of these other papers?
3    A   Meta-analysis shows that current smokers of
4  high levels of adducts have an increased risk of lung
5  and bladder cancers.
6    Q   They talk about -- this is towards the end of
7  the paper, on Page 159.  They talk about publication
8  bias.
9       "Publication bias could justify the
10       findings if small positive studies
11       have greater chances of being
12       published than small negative
13       studies."
14       Have you ever run into that before?  Have you
15  ever heard that notion before?
16    A   I've heard it.  If someone goes through all of
17  the trouble to do the study and even if it is negative,
18  they will probably publish it, but I mean, there are
19  negative studies.  We have looked at them ourselves here
20  today.
21       But it is said that there is some tendency to
22  not publish negative results.  Again, I don't know of
23  any evidence to support that, but it is talked about a
24  lot.
25    Q   Okay.  The next paper is by Dao, D-A-O.
                    Page 1036

1  Deposition Exhibit 196 is the Dao paper.  It is entitled
2  Carcinogenesis of Mammary Gland in Rats.
3       (Defendants' Exhibit 196 was marked
4       for identification by the court
5       reporter.)
6  BY MR. HOPP:
7    Q   And this is -- it is a very long paper.  What
8  is it?  I mean, what does it do?  How does it help you?
9    A   Well, I believe that this is a study that
10  reviews the various chemicals that induce breast cancer
11  in rats.
12       And he starts off with hormones.  Then they go
13  on to the polycyclic aromatic hydrocarbons and they
14  don't seem to go -- at least in the first page into some
15  of the others, but it is mainly looking at the PAHs it
16  looks like.
17    Q   This is 1964; is that right?
18    A   Yup.
19    Q   So how does this paper either support or
20  detract from your opinions regarding Sherrie Barnes?
21    A   It supports the fact that PAHs induce breast
22  cancer.
23    Q   All right.  In animals?
24    A   In animals.
25       MR. HOPP:  Can we take five minutes?
                    Page 1037

1       THE WITNESS:  Um-hmm.
2       (Defendants' Exhibit 197 was marked
3       for identification by the court
4       reporter.)
5  BY MR. HOPP:
6    Q   Dr. Dahlgren, our next exhibit is 187.  I'm
7  sorry, 197.  This is Davis, et al.  It is entitled
8  Medical Hypothesis:  Xenoestrogens As Preventable Causes
9  of Breast Cancer.  And it is a 1993 paper.
10       Did you rely on this paper for the purposes of
11  formulating your opinions in this case?
12    A   It is a review paper.  It talks about PCBs,
13  polycyclic aromatic hydrocarbons.  It really kind of
14  alludes to some of the additive effects.
15       In other words, if you were to look at the
16  additive effects -- in other words, they have got a
17  figure here in Figure 1, where they are talking about
18  various ways that breast cancer can be promoted and
19  induced.
20       I would just say it is like the other review
21  papers.  It's a little bit old.  So it is probably not
22  as thorough as some of our later papers, but it touches
23  on the issues of environmental causes of breast cancer.
24       It points out that it is not likely that these
25  things are unrelated.  So, I guess, I would say that it
                    Page 1038

1     add to, you know, our body of literature.
2     Q   Okay. But this paper itself; that is, the
3     Davis paper, does not identify any relative risks for
4     breast cancer based on any particular type of exposure;
5     right?
6     A   It reviews studies where it gives relative
7     risk, but it doesn't have any of its own data.
8     Q   I am looking at Page 375, under the heading
9     Hypothesis and the authors say, "In light
10        of the pivotal role of estrogen, we
11        hypothesize that exposure to some
12        xenoestrogens elevates endogenous
13        hormone levels especially -- " it
14        looks like 16 alpha-OHE1 "-- which
15        stimulate breast cell proliferation
16        and thereby induce or promote breast
17        cancer."
18        What is xenoestrogen?
19     A   A estrogen from outside, not a naturally
20     occurring one. For example, we talked about PCBs and
21     PAHs as having an estrogenic effect stimulating the
22     estrogen receptor. Those are xenobiotic.
23     Q   And what is endogenous hormones?
24     A   That is the naturally occurring hormone. In
25     this case, estradiol, which would be made by the body.
Page 1039

1     Q   Okay. So they are saying that these artificial
2     estrogens elevate the level of natural hormones in the
3     body?
4     A   Well, they can. Yes, they can stimulate the
5     endogenous hormone levels by various mechanisms.
6     Q   And what is -- I have seen the term in some
7     other papers and we may see this as we continue. I have
8     seen the term exogenous estrogen.
9        What is an exogenous estrogen as opposed to
10     endogenous estrogen?
11     A   The same as the xenobiotic. It is an estrogen
12     or estrogen-like compound that is from outside the body.
13     Exogenous meaning outside.
14     Q   In the years since 1993, in the 12 years that
15     this paper has been published, there has been some work
16     done to try to determine whether exogenous -- in the
17     years since 1993, there has been studies conducted to
18     try to determine whether the hypothesis we see on Page
19     375 is accurate or not; is that right?
20     A   I don't recall that we've run across papers
21     that have looked at endogenous hormones.
22        There are studies with dioxin thyroid hormones
23     where they showed the thyroid hormone is inhibited. And
24     there is some competitive activity with thyroid hormone
25     and they mention endogenous.
Page 1040

1     (Telephonic interruption.)
2     THE WITNESS: You were asking a question about
3     has anybody done measurements since then of endogenous
4     estrogen and specifically looking at this 16 alpha-OHE1,
5     this is a endogenous hormone that stimulates breast
6     production.
7     BY MR. HOPP:
8     Q   Okay. And the answer is?
9     A   The answer is I didn't run across a study where
10     they had done that. I mentioned that the thyroid
11     hormone has been studied, but I don't recall seeing
12     endogenous estrogen levels or some of these other
13     hormones having been looked at, I just don't recall
14     offhand seeing that.
15        These authors are suggesting that be done and
16     this is actually looking at this issue of women that
17     have children early in life are at lower risk -- I'm
18     sorry. They are saying that if you have children
19     earlier in life and had more of them, they have higher
20     risk of breast cancer, which is an opposite of what I
21     was looking at elsewhere.
22        Anyway, they are hypothesizing a mechanism
23     which has not been pursued as far as I am aware.
24     Q   Okay. Next one is deposition Exhibit 198. It
25     is by Wolff, Mary Wolff. It is entitled Pesticides-How
Page 1041

1     Research Has Succeeded and Failed in Informing Policy:
2     DDT and the Link with Breast Cancer.
3     (Defendants' Exhibit 198 was marked
4        for identification by the court
5        reporter.)
6     BY MR. HOPP:
7     Q   Did you rely on this article for the purpose of
8     forming your opinions in this case?
9     A   Well, this is another review article.
10     Although, Dr. Wolff has published herself the original
11     paper that linked DDT and breast cancer.
12        In this paper, she is just reviewing the work
13     that has been done and I think it has the same mechanism
14     as many of the other review papers.
15        It gives us some information, but it does not
16     give us any basic data on which to base the opinion. It
17     is just a review paper.
18     Q   As indicated in the title, a lot of her focus
19     on this is based on policy; is that right?
20     A   Yes. And I think maybe the reason why this
21     paper is here is because she makes the point, the rates
22     of breast cancer -- this is on the last page in the last
23     paragraph; Page 90.
24     Q   Okay.
25     A   "Rates of breast cancer
Page 1042

46 (Pages 1039 to 1042)

| 1 | Occurrence in the United States have |
| 2 | steadily risen since 1940. During |
| 3 | that same period, pesticides and PCB |
| 4 | residues in human adipose tissue in |
| 5 | the United States have shown parallel |
| 6 | increase, following their |
| 7 | introduction into commerce around the |
| 8 | time of World War II. Since then, |
| 9 | despite much research on the |
| 10 | question, only three factors have |
| 11 | been generally agreed to be strongly |
| 12 | linked to breast cancer: Age, |
| 13 | country of birth and family history. |
| 14 | These factors are not readily |
| 15 | amenable to change. Medicine has |
| 16 | done its job well in finding new |
| 17 | avenues of treatment and detection. |
| 18 | However, the existence of a cure |
| 19 | without a cause continues because no |
| 20 | pathways for prevention have been |
| 21 | found." |
| 22 | So she is expressing frustration. |
| 23 | Q She says a little earlier on -- this is, again, |
| 24 | on the last page, on the far left column, first full |
| 25 | paragraph. |

Page 1043

| 1 | THE WITNESS: Yup. |
| 2 | BY MR. HOPP: |
| 3 | Q What type of study is this? Is this a -- |
| 4 | A It is an in vitro study. |
| 5 | Q So, again, cells in cultures; is that right? |
| 6 | A That's right. |
| 7 | Q And what is Payne and his co-authors studying? |
| 8 | A The effect of four of the organochlorines and |
| 9 | how they interact with each other. And, you know, they |
| 10 | looked at the single agent and they looked at various |
| 11 | combinations to see whether there was synergy or |
| 12 | additive effects. |
| 13 | Q Okay. And the names of the organochlorines are |
| 14 | spelled out in the Abstract? They are pretty long. |
| 15 | A That's right. |
| 16 | Q And none of them are TCDDs? |
| 17 | A That's right. |
| 18 | Q And none of them are the organochlorines that |
| 19 | we commonly see in pentachlorophenol; is that right? |
| 20 | A That's correct. This is the old DDT -- |
| 21 | hexachlorocyclohexane and the -- yeah, DDT, |
| 22 | hexachlorocyclohexane. |
| 23 | Q By DDT, you mean the pesticides that now has |
| 24 | been banned; is that right? |
| 25 | A Yes. |

Page 1045

| 1 | "Existing methodologies are often |
| 2 | inadequate to study complex diseases |
| 3 | like cancer, reproductive dysfunction |
| 4 | and neurotoxicity, especially when |
| 5 | attempting to link subtle biological |
| 6 | effects with complex and low-level |
| 7 | exposures." |
| 8 | Do you agree with that statement? |
| 9 | A Yes, but I think what is really going on now |
| 10 | with our better understanding of genetic predisposition, |
| 11 | and our ability to measure things like adducts and |
| 12 | measure DNA repair and all of these other things that we |
| 13 | talked about over the last several hours. |
| 14 | See, she wrote this paper back in '95. And, |
| 15 | you know, in the last 10 years, a lot has happened. |
| 16 | Partially because of her efforts. I mean, she has |
| 17 | pushed the agenda rather sharply forward. And so, I |
| 18 | mean, her frustration here has been listened to. |
| 19 | Q Our next one is deposition Exhibit 199. This |
| 20 | is by Payne, P-A-Y-N-E, et al., and the title is |
| 21 | Mixtures of Four Organochlorines Enhance Human Breast |
| 22 | Cancer Cell Proliferation; is that right? |
| 23 | (Defendants' Exhibit 199 was marked |
| 24 | for identification by the court |
| 25 | reporter.) |

Page 1044

| 1 | Q And what is Payne conclude? |
| 2 | A They are an additive. They didn't find a |
| 3 | synergistic effect. |
| 4 | Q So by "additive," you mean one plus one equals |
| 5 | two as opposed to synergy where one plus one equals -- |
| 6 | MR. PRUDOMME: -- three or four or five. |
| 7 | THE WITNESS: Correct. There is no evidence of |
| 8 | synergy. |
| 9 | BY MR. HOPP: |
| 10 | Q What else do you take from this paper in terms |
| 11 | of your opinions regarding Sherrie Barnes? |
| 12 | A Well, the main thing is this is one of the few |
| 13 | papers that actually tries to look at the effect of two |
| 14 | things together. So I thought it would be useful to |
| 15 | include it. |
| 16 | To point out when you have more than one agent, |
| 17 | you are going to have a greater effect if they are all |
| 18 | work towards the same end point. Anyway, in this |
| 19 | case -- in this case, a proliferation or stimulation of |
| 20 | breast cancer cells. |
| 21 | Q All right. The next exhibit is deposition |
| 22 | Exhibit 200. This is by Li, L-I, entitled |
| 23 | Aromatic DNA Adducts in Adjacent Tissues of Breast |
| 24 | Cancer Patients: Clues to Breast Cancer Etiology. |
| 25 | (Defendants' Exhibit 200 was marked |

Page 1046

Esquire Deposition Services
323.938.2461

| | |
|---|---|
| 1      for identification by the court | 1   Q  But they have not identified the sources of |
| 2      reporter.) | 2  those environmental exposures; is that right? |
| 3  BY MR. HOPP: | 3   A  They do not. They did not find where they were |
| 4   Q  Did you rely on the Li paper for the purposes | 4  being exposed, but they point out benzo[a]pyrene and |
| 5  of your opinions in this case? | 5  other PAHs is a ubiquitous environmental pollutant. So, |
| 6   A  Well, yes, I think this contributes to our | 6  basically, it is your food and polluted air and so on. |
| 7  understanding of the fact that carcinogenic DNA adducts | 7   Q  Our next one is deposition Exhibit 201, I |
| 8  in breast tissue, in this case aromatic DNA adducts, | 8  believe, right? |
| 9  which usually refers to PAHs, that these do -- are | 9      (Defendants' Exhibit 201 was marked |
| 10 associated with a higher risk of developing breast | 10     for identification by the court |
| 11 cancer. | 11     reporter.) |
| 12     And they talk about it in terms of | 12     MR. PRUDOMME: 201. |
| 13     "Findings support the hypothesis that | 13  BY MR. HOPP: |
| 14      environmental carcinogenic exposure | 14   Q  This is a paper by Linda Birnbaum entitled |
| 15      in addition to cigarette smoking may | 15  Developmental Effects of Dioxin and Related Endocrine |
| 16      be associated with the etiology of | 16  Related Chemicals, 1995; is that right? |
| 17      human breast cancer." | 17   A  Yes, it is. |
| 18   Q  And do they find support for that hypothesis? | 18   Q  Now, who is Linda Birnbaum? What is her -- |
| 19   A  Yes. | 19   A  She is the -- I believe, the head now at least |
| 20   Q  Now, in terms of the methods for this paper, | 20  of the Health Effects Research Lab at USEPA. |
| 21 they took cells from women who are undergoing | 21   Q  She is actually a fairly influential in terms |
| 22 mastectomies; is that right? | 22  of setting policy about dioxin and studies of dioxins in |
| 23   A  Yes, they took some surgical specimens of | 23  cancers? |
| 24 normal human breast tissue from breast cancer patients | 24   A  Yes, she has written a great deal about the |
| 25 and compared them to 29 noncancer patients undergoing | 25  subject and she is very persuasive. And she is a |
| Page 1047 | Page 1049 |
| 1  reduction mammoplasty. | 1  very -- a very knowledgeable individual in this area. |
| 2   Q  All right. So this paper does not have the | 2  Yes. |
| 3  problem we identified earlier where the controls were | 3   Q  And what is the emphasis of this paper |
| 4  people with benign breast disease? | 4  deposition Exhibit 201? What is the point she is trying |
| 5   A  Right. | 5  to make? |
| 6   Q  These were just women who were having reduction | 6   A  Well, she points out that TCDD and its related |
| 7  surgery? | 7  dioxin-like compounds have a variety of toxic effects. |
| 8   A  Correct. | 8  And that the focus here is their effects on hormones in |
| 9   Q  And what they found was that the DNA adduct | 9  the body. |
| 10 levels in tissues adjacent to the cancer -- strike that. | 10     And she points out because it affects all of |
| 11     What they found was "the total | 11  the different endocrine systems to one degree or |
| 12      Adduct levels were significantly | 12  another, it is likely to have an adverse effect on |
| 13      higher in normal adjacent tissues of | 13  development. And that development could include such |
| 14      breast cancer patients than those in | 14  things as cancer in the future. |
| 15      normal breast tissues of noncancer | 15     In other words, if your DNA is damaged or your |
| 16      controls." | 16  other developmental pieces our damaged in utero or in |
| 17   A  Right. | 17  early childhood, that could affect your risk for other |
| 18   Q  Do they identify the cause of those higher DNA | 18  effects like cancer and developmental effects as well, |
| 19 levels? | 19  like brain function. |
| 20   A  No, but their main point is that it occurred in | 20     She is, I think, focusing quite a bit on the |
| 21 nonsmokers. They are saying smoking is one source of | 21  developmental effects and how that affects not only |
| 22 PAHs, but there is also environmental PAH exposure, | 22  reproduction but neurobehavioral end points. |
| 23 which is contributing to the PAH-DNA adducts. So they | 23   Q  This is a review paper; is that right? |
| 24 are, basically, saying there is environmental exposure | 24   A  It is. |
| 25 which is playing a role in breast cancer. | 25   Q  And she is not really talking about breast |
| Page 1048 | Page 1050 |

48 (Pages 1047 to 1050)