1018:10 1031:18
1052:12,18
1053:1
**workforce** 973:12
**working** 868:14
  920:9 937:20,20
  937:20 1017:17
**world** 945:23
  962:22 1028:23
  1033:7 1043:8
**worry** 996:5
**worth** 900:15
**wouldn't** 877:9,13
  884:5 894:15
  899:21 963:25
  964:21 998:13
  1025:21 1026:1
  1053:3
**write** 899:19
**writing** 899:22
**written** 902:11
  950:3 986:25
  1049:24
**wrote** 1044:14
  1053:22

_____
**X**
**xenobiotic** 1039:22
  1040:11
**Xenoesrogens**
  866:14
**xenoestrogen**
  1039:18
**xenoestrogens**
  1038:8 1039:12
**Xiong** 902:11
**XPD** 865:13,15
  1009:16 1010:15
  1012:21 1013:7
  1013:10,25
  1014:17
**XPD-mediated**
  1013:18 1014:4
**X-I-O-N-G**
  1019:17

_____
**Y**
**yeah** 869:23
  876:18 887:16
  891:19 901:18
  911:11 917:10
  922:15 923:10
  946:11,21
  947:15 948:12
  950:23 951:8
  958:11 961:14
  965:6 967:25
  979:11,18
  980:22 981:12
  985:2 987:9

992:5 994:1,7
997:9,16 998:5
1004:5 1014:6
1018:12 1022:12
1028:22 1029:3
1029:24 1031:1
1032:9 1045:21
1054:18 1057:10
**year** 873:10 900:21
  907:16 912:16
  970:23 971:16
  971:18,24 972:1
  972:20
**years** 870:17
  873:13,13,17
  874:3,10 883:21
  887:5 903:8
  905:1 912:16
  914:7 933:15
  946:10 947:2,8
  972:9,15,16,21
  972:22 973:3
  983:24 986:3
  987:11,20
  989:10 1000:18
  1022:4 1032:6
  1034:1 1040:14
  1040:14,17
  1044:15
**York** 862:11
  869:13 871:5
  917:22
**young** 865:24
  886:16 934:19
  934:25 946:19
  978:20 1011:18
  1019:25 1063:8
**younger** 934:20
  944:22,23 945:4
  1022:3
**youngest** 946:18
**Yup** 1037:19
  1045:1

_____
**Z**
**Zhang** 889:20
  892:25 894:10
  894:19
**zone** 883:18
  987:10,18
  988:14 989:5,7,7
  990:23
**zones** 882:12,13,21
  882:22,25 883:2
  887:9 988:8
**Z-H-A-N-G**
  889:20

_____
**0**
0.032 960:9

0.237 960:8
0.84 898:5
0.91 969:7
05 887:22 943:21

_____
**1**
1 859:17 860:18
  868:1 884:9,11
  900:1 917:16
  935:17 972:21
  988:20 1038:17
  1058:3,6,9
  1060:5
1A1 862:14 865:18
  890:3,16 1015:1
1,000 1052:19
1.00 943:23
1.05 944:18
1.1 988:18,21
1.27 898:8
1.49 942:21
1.61 983:23
1.63 969:7
1.84 972:21
10 873:16 874:3,3
  882:19 886:25
  891:24 895:18
  972:22 988:12
  988:14,15,20,21
  989:10 1022:10
  1044:15
100 885:25 886:1,5
  924:10,18
  960:12,13
  980:19,24
  1052:19
100,000 958:23
1000 865:9
10034 859:23
  860:19 1072:20
1004 865:11
1009 865:14
1011 865:17
1014 865:19
1017 865:22
1022 866:3
1023 866:5
1027 866:8
1032 866:9
1033 866:10
1035 866:12
1037 866:13
1038 866:15
1042 866:17
1044 866:19
1046 866:21
1049 866:23
1051 866:24
1052 867:4
1053 867:5

1056 867:7
106 888:18
1066 867:9
1067 867:11
108 898:6,7
11 911:11 969:3
110 886:6
1148 1017:14
116 915:18
1178 891:22
118 872:7 892:2
1181 893:18
12 895:18 946:10
  947:3,4 1022:10
  1040:14 1053:1
122 938:13
1245 876:5,9
1246 872:17,17
125 921:16,21
1271 884:3
1286 999:10
13 887:25 912:1
  967:24
138 892:2
14 917:3,6 987:10
148 938:11
15 883:20,23 884:1
  937:24 947:1,4
  990:1
151 862:9 869:9,14
152 862:12 881:4,7
153 862:14 872:14
  889:18,21 892:2
154 862:16 894:25
  895:2 1023:20
155 862:18 898:21
  898:22 900:17
  900:18
156 862:21 892:2
  909:6,12
157 863:3 915:3,7
158 863:5 922:21
  922:25 1023:19
159 863:7 928:5,6
  928:11 1036:7
16 917:13,16
  931:19 1039:14
  1041:4
160 863:8 930:11
  930:13 935:14
161 863:10 935:18
  935:19
162 863:12 945:17
  945:20
163 863:13 948:1,3
  974:24
164 863:15 950:5,8
165 863:17 953:16
  953:16,20
  1013:8,14

166 863:19 931:16
  931:18 955:15
  955:18
167 863:21 958:4,8
  959:1
168 863:23 960:15
  960:16,18
169 864:3 962:24
  962:25 963:3
17 918:12 937:24
170 864:5 892:2
  967:2,5
1700 860:16
171 864:7 968:10
  968:10,15
172 864:9 973:19
  973:19,23
173 864:10 975:15
  975:16,18
174 864:12 976:9
  976:10,14
175 864:13 977:17
  977:20 979:9
**176** 864:15 979:24
  980:3
177 864:17 983:2,7
178 864:19 984:6,6
  984:10
179 864:22 986:18
  986:18,21
18 944:25
180 864:24 892:2
  989:17,20
  1000:20
181 865:3 992:10
  992:11
182 865:5 996:15
  996:19 1000:22
183 865:7 872:2
  892:2 1000:10
  1000:14 1001:2
  1003:14 1022:2
184 865:10
  1004:16,21
  1005:23
185 865:12
  1009:13,18
186 865:15
  1011:23,23,25
  1012:20
187 865:18 892:2
  1014:19,20,25
  1038:6
188 865:20
  1016:21 1017:3
189 865:23
  1019:16,18
  1022:2
19 946:20,21
**19-fold** 924:18

190 866:3 1022:14
  1022:14,18
  1032:14
**190-fold** 907:25
191 866:4 1023:5,5
  1023:9
192 866:6 1027:11
  1027:14
193 866:9 1032:15
  1032:16,18
194 866:10 1033:5
  1033:8
1940 1043:2
1944 864:8 968:12
195 866:11 1035:8
  1035:11
196 866:13 1037:1
  1037:3
1960 887:25
1964 1037:17
197 866:14 1028:3
  1038:2,7
**1976** 881:14
  882:19
1977 1016:23
198 866:16
  1041:24 1042:3
1983 1018:1
1985 1033:6
199 866:18
  1044:19,23
1993 988:7 1038:9
  1040:14,17
1995 900:24
  903:21 1049:16
1996 884:3
  1053:23 1054:9
1998 1028:15,16
1999 873:10
  1053:21

_____
**2**
2 864:22 867:3
  874:10,23
  876:25 900:1
  909:1 915:18
  941:10 942:20
  943:10 954:23
  960:7 985:14,15
  985:15 986:4,6
  1052:12 1055:14
  1063:19
2.09 944:19
2.1 887:21
2.21 943:23
2.8 987:12
2.91 972:21
20 873:13,16 884:7
  887:5 937:13,14
  938:13 946:22

986:3 1034:1
1055:17 1071:15
**200** 866:20
1046:22,25
**2000** 864:8 912:24
968:12 978:17
**2002** 886:21
889:14 933:13
936:2,3 993:10
1000:18 1003:14
1056:19 1060:8
**2004** 955:22
**2005** 859:17
860:18 868:1,17
**201** 866:22 1049:7
1049:9,12
1050:4
**201-2537** 861:9
**202** 866:24
1051:17,22
**203** 867:3 1052:5
1052:10
**204** 867:5 1002:13
1053:8,11
1056:11
**205** 867:6 1056:12
1056:13,17
**206** 867:8 1066:8
1066:10
**207** 867:10 1067:2
1067:5
**21.9357** 938:14
**217** 1030:11
**22** 969:3
**22-year** 945:19
**225** 861:8
**227** 1027:25
1028:4
**23** 947:2
**23-year** 945:18
**233** 992:1
**25** 885:2 912:1
937:11
**25th** 877:1
**250** 875:10
**26** 1003:15
1060:10 1061:1
**268** 993:8
**29** 957:10 1047:25
1054:10
**29-pack** 983:24

___

**3**

**3** 864:22 867:3
874:3,10 887:17
900:1 909:3
927:3 936:24
942:21,25
943:25 988:13
988:15 1052:12

___

**3-methylcholant...**
911:18
**3.40** 972:22
**3.5** 987:21
**3:03C0-P-D** 859:6
860:6
**30** 873:13,16
964:14 990:14
**304** 932:3 961:13
961:14
**309** 861:13
**312** 861:9
**337** 861:5
**34** 874:14
**35** 944:3
**36** 989:8
**37** 941:25 946:25
**375** 1039:8
1040:19
**38935** 861:14

___

**4**

**4** 872:19 874:10
900:1 939:8
972:21 1061:8
**4th** 891:22
**4-OH-E2** 1058:11
**4.38** 954:16
**4.43** 997:17
**4.5** 887:22
**4:45** 860:18 868:2
**40** 883:21 905:1
907:16
**438** 928:22
**439-0707** 861:5
**45** 942:19 1022:4
**455-1613** 861:14
**48** 942:20 944:17
964:12
**49** 969:11
**49.9** 971:25

___

**5**

**5** 874:3,3 886:5
900:1 942:21,24
943:22
**5.22** 983:25
**5.7** 987:14
**50** 874:13,14,15
884:25 885:25
907:16 914:7
931:18
**50%** 937:4
**50's** 1063:9
**501** 861:4
**5172** 1053:1
**54** 960:12
**549** 986:16
**55** 874:15
**58** 931:18 958:23

___

**6**

**6** 900:1 972:13
985:25
**60** 1055:17
**60's** 1063:9
**60606-1229** 861:9
**625** 882:17
**627** 884:9,11
**628** 886:9
**65** 944:15,25
**662** 861:14
**682** 936:22
**699** 985:13

___

**7**

**7** 864:22 867:3
900:1 1052:12
**7H-benzo[c]fluo...**
1060:5
**7,500** 1017:8
**70's** 1018:18
1063:9
**700** 985:25
**701** 985:12
**70602** 861:4
**71** 931:19
**712** 910:23
**73** 875:11
**74** 892:2
**75th** 877:1
**76** 883:21 886:25

___

**8**

**8** 864:22 895:18
900:1 990:19
1013:16
**8-Tetracholodib...**
867:4 1052:13
**8.32** 991:16
**8.6** 1023:22,23
**80** 884:6 1022:8,12
**80's** 987:7
**82** 863:22 958:7,16
**83** 1018:2
**84** 898:5,7
**8466** 1022:8
**85** 1018:2
**86** 989:10
**868** 862:5
**869** 862:11
**87** 1054:9
**881** 862:13
**889** 862:15
**895** 862:17 968:3
**898** 862:20

___

**9**

**9th** 868:16
**9:10** 860:17 868:2
**90** 960:13 1042:23

___

**900** 924:10,18
**909** 862:23
**912645** 859:24
**915** 863:4
**92** 987:7
**922** 863:6
**928** 863:7
**930** 863:9
**935** 863:11
**945** 863:12
**948** 863:14
**95** 885:1 898:13
903:25 988:22
990:13 1044:14
**950** 863:16
**953** 863:18
**955** 863:20 994:15
**958** 863:22
**96** 1062:14
**960** 863:23
**962** 864:4
**967** 864:6
**968** 864:8
**973** 864:9
**975** 864:11
**976** 864:12
**977** 864:14
**98** 958:24 1028:23
**980** 864:16
**981** 883:24,25
884:6
**983** 864:18
**984** 864:21
**986** 864:23
**989** 864:24
**99** 942:25 943:20
**992** 865:4
**996** 865:6

Esquire Deposition Services
323.938.2461

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,            )
                             )
      Plaintiffs,   ) No. 3:03C0-P-D
                             )
      vs.                    )
                             )
KOPPERS, INC., ET AL.,        )
                             )
      Defendants.     )
_____ )

JAMES DAHLGREN, M.D.
Santa Monica, California
Tuesday, August 2, 2005
Volume VI

Reported by:
DIANA JANNIERE
CSR NO. 10034
L.A. JOB No. 912646

1073

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, WESTERN DIVSION

FRED BECK, ET AL.,            )
                             )
      Plaintiffs,    ) No. 3:03C0-P-D
                             )
      vs.                    )
                             )
KOPPERS, INC., ET AL.,        )
                             )
      Defendants.     )
_____ )

DEPOSITION of JAMES DAHLGREN, M.D., Volume
VI, taken on behalf of Defendants at 1700 Ocean Avenue,
Santa Monica, California, beginning at 9:10 a.m., and
ending at 12:15 p.m., Tuesday, August 2, 2005, before
Diana Janniere, Certified Shorthand Reporter No. 10034.

1074

---

APPEARANCES:
For Plaintiffs:
      LAW OFFICES OF LUNDY & DAVIS, LLP
      BY: KEITH PRUDHOMME, ESQ.
      501 Broad Street
      Lake Charles, Louisiana 70602
      (337) 439-0707
      kprudhomme@lundydavis.com

For Defendants Beazer, Inc., and Koppers, Inc.:

      WILDMAN, HARROLD, ALLEN & DIXON, LLP
      BY: ANTHONY G. HOPP, ESQ.
      225 West Wacker Drive
      Chicago, Illinois 60606-1229
      (312) 201-2537
      hopp@wildmanharrold.com
For Defendant Illinois Central Railroad:
      UPSHAW, WILLIAMS, BIGGERS,
      BECKHAM & RIDDICK, LLP
      BY: CHRISTOPHER W. WINTER, ESQ.
      309 Fulton Street
      Greenwood, Mississippi 38935
      (662) 455-1613
      chris@uwbbr.com

1075

---

INDEX
WITNESS                          EXAMINATION
JAMES DAHLGREN, M.D.
Volume VI

      MR. HOPP              1078
      MR. WINTER            1190

      EXHIBITS
DEFENDANTS'                        PAGE
208   Lipid Peroxidation-induced Putative
      Malondialdehyde-DNA Adducts in
      Human Breast Tissues          1078
209   Comments on the History and Importance
      of Aromatic and Heterocyclic Amines
      in Public Health              1080
210   Detection of
      2-Amino-1-Methyl-6-Phenylimidazol
      [4,5-b]-Pyridine-DNA Adducts in
      Normal Breast Tissue and Risk of
      Breast Cancer                 1081
211   Occupational Risk Factors for Breast
      Cancer Among Women in Shanghai    1083

212   Breast Cancer and Environmental Risk
      Factors: Epidemiological and
      Experimental Findings         1087

213   Burns and McDonnell's unpublished paper
      Forest Products Division Facility
      Kerr-McGee Chemical Corporation   1089

214   Breast Cancer - Attorney Copy    1094

215   Dioxin - Attorney Copy          1095

216   Creosote - Attorney Copy        1096

1100

1

| 1 | INDEX (Continued): | |
| 2 | | |
| 3 | EXHIBITS | |
| 4 | DEFENDANTS' | PAGE |
| 5 | 218 | Adduct - Attorney Copy | 1101 |
| 6 | 219 | Ashalt - Attorney Copy | 1101 |
| 7 | 220 | Coal Tar - Attorney Copy | 1103 |
| 8 | 221 | Cigarette Tar - Attorney Copy | 1103 |
| 9 | 222 | Naphthalene - Attorney Copy | 1104 |
| 10 | 223 | Miscellaneous - Attorney Copy | 1105 |
| 11 | 224 | PCP - Attorney Copy | 1105 |
| 12 | 225 | Dr. Dahlgren's Affidavit | 1106 |
| 13 | 226 | Health Effects on Nearby Residents | |
| | | of a Wood Treatment Plant | 1146 |
| 14 | | |
| | 227 | 3/2/01 Letter to Dr. Dahlgren | |
| 15 | | from Ms. Cockcroft | 1148 |

16
17
18
19
20
21
22
23
24
25

1077

---

1    Santa Monica, California, Tuesday, August 2, 2005
2              9:10 A.M. - 12:15 P.M.
3
4              JAMES DAHLGREN, M.D.,
5         having been duly sworn, testified as follows:
6
7              FURTHER EXAMINATION
8    BY MR. HOPP:
9    Q    Dr. Dahlgren, I am handing you what we have
10   marked as deposition Exhibit 208. This is a paper by
11   Wang, et al, W-A-N-G, from September, 1996 entitled
12   Lipid Peroxidation-induced Putative Malondialdehyde-DNA
13   Adducts in Human Breast Tissues.
14        (Defendants' Exhibit 208 was marked
15         for identification by the court
16         reporter.)
17   BY MR. HOPP:
18   Q    Did you rely on this paper for formulating your
19   report in this case?
20   A    Well, it is not as important as most of the
21   other papers. It is just an interesting observation
22   that there is some other mechanisms by which the cancer
23   can be induced; mainly, this so-called lipid
24   peroxidation, which is due to oxidative stress.
25        And it also has some data on the relationship

1078

---

1    between the benzo(a)pyrene adducts, I believe, that is
2    in here somewhere and the MDA adducts.
3    Q    Okay. Just to start then, are you aware of any
4    evidence that Sherrie Barnes had lipid
5    peroxidation-induced DNA adducts?
6    A    No. Those tests weren't done on her.
7    Q    So this was really more a mechanism paper and
8    just generally interesting about the potential mechanism
9    for breast cancer?
10   A    Lipid peroxidation can occur from a lot of
11   different types of environmental chemicals. The
12   sentence which, I think, is the most important in this
13   paper is at the bottom of the right-hand column 709,
14   first sentence of the last paragraph where it says,
15        "The observation that patients with
16         the BP-like adduct had significantly
17         higher levels of MDA-related adducts
18         than those without the BP-like adduct
19         may suggest an interaction between
20         that environmental carcinogen
21         exposure and lipid peroxidation."
22   Q    So there is a suggestion of that interaction,
23   but this article does not by itself identify that
24   interaction or how it occurs?
25   A    Correct.

1079

---

1    Q    The next document is deposition Exhibit 209.
2    This is an article by Weisburger, W-E-I-S-B-U-R-G-E-R,
3    et al., from 2002, Comments on the History and
4    Importance of Aromatic and Heterocyclic Amines in Public
5    Health.
6        (Defendants' Exhibit 209 was marked
7         for identification by the court
8         reporter.)
9    BY MR. HOPP:
10   Q    Did you rely on this paper in forming your
11   opinions in this case?
12   A    Well, I think this paper probably doesn't have
13   to be included in our list. It is a little bit further
14   from the main topic of our case here.
15   Q    Okay. One of the things he talked about is
16   meat eaters have a higher risk of breast and colon
17   cancer?
18   A    Yes. That has been suggested in some studies,
19   correct. And that the nitrosamines and aromatic and
20   heterocyclic amines.
21        In other words, it is possible that these types
22   of chemicals would be formed in this case when you heat
23   up PAHs in the presence of nitrogen.
24   Q    Okay.
25   A    You would form these compounds and the

1080

2

1 formation of these would be theoretically possible, but
2 I don't think we need to dwell on that at this point.
3     Q    This article is hypothesizing that there is
4 something in cooked food that might increase the risk of
5 breast cancer?
6     A    It is well-known that when you cook meat or
7 smoke it that nitrosamines are formed. It is one of
8 those naturally occurring things that has been known for
9 a long time to be a potential source of a carcinogenic
10 exposure.
11        The point is human beings have made eating
12 cooked meat for years and have built up some probably
13 good defenses for that source. So the nitrosamines
14 probably get broken down in the gut and there really
15 doesn't appear to be a carcinogenic effect from that
16 source. And it continues to receive attention. And in
17 this case, Dr. Weisburger chose to do a review on that
18 topic.
19     Q    Let's look at deposition Exhibit 210. This is
20 a paper by Zhu, Z-H-U, in 2003 entitled Detection of
21 2-Amino-1-Methyl-6-Phenylimidazol [4,5-b]-Pyridine-DNA
22 Adducts in Normal Breast Tissue and Risk of Breast
23 Cancer.
24        (Defendants' Exhibit 210 was marked
25        for identification by the court
                                                1081

1        reporter.)
2 BY MR. HOPP:
3     Q    Quite a mouthful. Did you rely on this paper
4 for the purpose of formulating your opinions in this
5 case?
6     A    I think that this falls into the same category
7 as the prior paper. Basically, it is theoretically
8 possible that the polycyclic aromatic hydrocarbons form
9 into these nitrosamine-type compounds, heterocyclic
10 amines.
11        In other words, amines can be formed, but it is
12 not directly -- In other words, we haven't established
13 that. That is a theoretical possibility that we
14 discussed a minute ago and this paper would be relevant
15 to that possibility.
16        But, unfortunately, or whatever, we haven't had
17 the time or resources to actually look for these
18 compounds and to see if they were present or not.
19     Q    And, again, just so we are clear, this paper,
20 the Zhu paper, Exhibit 210, deals with the effect of
21 some compounds which is found in cooked meats and its
22 potential for increasing breast cancer risk; is that
23 right?
24     A    Yes. One source of heterocyclic amines would
25 be cooked meat. I think the important point to
                                                1082

1 emphasize is that it is different to ingest these things
2 where the gut can work on them and break them down, as
3 opposed to inhaling them in the air, where you would
4 have a different type of reaction.
5        Things which are really benign when you eat
6 them. If they are in the air, it is attached to a
7 particulate. They would have a much different effect.
8        And this group here is just pointing out that
9 they are finding these chemicals. The diet may be the
10 source of these adducts in the breast.
11        And, you know, I don't know if they dwell on
12 the issue that I am bringing up, which is that these
13 could be formed in the process that goes on in a wood
14 treatment plant, where you've got heating going on, with
15 a whole host of nitrogen sources, and polycyclic
16 aromatic sources, which could then form these types of
17 heterocyclic amines.
18     Q    What are the nitrogen sources in the wood
19 treatment process?
20     A    Nitrogen is always present in the air. When
21 you burn something, you create oxides of nitrogen. So
22 it is a natural constituent of combustion.
23     Q    Let's look at Exhibit 211. This is Petralia.
24 It is a Petralia paper from 1998 entitled Occupational
25 Risk Factors for Breast Cancer Among Women in Shanghai.
                                                1083

1        (Defendants' Exhibit 211 was marked
2        for identification by the court
3        reporter.)
4 BY MR. HOPP:
5     Q    Did you rely on this paper in formulating your___
6 opinions in this case?
7     A    Well, they identify an increased risk in breast
8 cancer which is kind of interesting. Not only did they
9 find it in the upper classes like we talked about
10 before, but they also found a link to organic solvents
11 and benzene, in particular.
12        So it would suggest that one of the things that
13 cause lipid peroxidation is organic solvent exposures.
14 And most of the studies we have discussed of benzene
15 have looked at men because it has been in occupational
16 studies. This is one of the few studies that looked at
17 woman with benzene exposure.
18        So I think the reason that is in here is
19 because benzene has been found in the vapor at the
20 Koppers' facility. And that, therefore, this paper
21 would be relevant to that observation.
22     Q    Do you know -- I'm sorry. Did I interrupt you?
23     A    No, that's it.
24     Q    Do you know if Sherrie Barnes' exposure to
25 benzene in the Koppers' plant has ever been measured or
                                                1084

1 modeled or otherwise calculated?
2   A   No, there hasn't been a calculation of the
3 amount of benzene that reached the various plaintiffs.
4 All we know is that it was one of the constituents that
5 was measured by Koppers in the industrial hygiene
6 analysis of the vapor and benzene concentrations were
7 pretty high. So we can say without quantifying it.
8      We can say qualitatively that part of the air
9 population reaching Sherrie Barnes and the others would
10 have contained benzene, probably higher than the
11 background levels that are present in the rural
12 Mississippi area normally.
13   Q   Does Petralia in her paper indicate what level
14 of exposure is necessary to increase the risk of breast
15 cancer?
16   A   I don't think she has any data on that
17 question. They simply have the qualitative indication
18 of what they called high and low. Let me just see.
19      I think level one, level, two, level three
20 benzene exposures, and this was if you look at the
21 methods, they had a method of estimating the exposure.
22      They had a job exposure matrix for benzene
23 exposure --
24   Q   Okay.
25   A   -- which was the subject of another paper that

1085

1 and financial planners?
2   A   Yes. Similar to what we had talked about
3 yesterday, upper, social economic groups have a higher
4 rate of breast cancer.
5   Q   Is this a review paper?
6   A   No. This is an actual data paper.
7   Q   Actual data paper.
8      Next one is deposition Exhibit 212. This is a
9 paper by Mary Wolf, W-O-L-F, 1996 entitled Breast Cancer
10 and Environmental Risk Factors: Epidemiological and
11 Experimental Findings.
12      (Defendants' Exhibit 212 was marked
13      for identification by the court
14      reporter.)
15 BY MR. HOPP:
16   Q   And this is a review paper; right?
17   A   Yes. I don't believe she has any new data in
18 here. Let me just double-check that point.
19      Yeah. One of her major points here is the
20 business of when the exposure takes place has a great
21 deal to do with the onset of breast cancer, and she
22 reviews the radiation issue where she points out that --
23 and she points out the data that shows that the time of
24 exposure is very important.
25      We talked about that yesterday. It is a paper

1087

1 they stated here was -- had been submitted. And I don't
2 think I have seen that paper yet, but --
3   Q   So she uses job classification as a surrogate
4 for exposure level?
5   A   That's correct.
6   Q   And what jobs, if we can tell from the coding,
7 did she put in this high exposure category for benzene?
8      Is it rubber workers? I am looking at Page
9 480. This is the first full paragraph. It says,
10      "Our results suggested that rubber
11      manufacturing makers may have an
12      excess of breast cancer. Exposures
13      in this industry include solvents,
14      particularly benzene."
15      Did she find any other industrial occupations
16 were --
17   A   She does not mention the others. She just
18 described that using a job matrix they were able to
19 estimate exposures in the high, medium, and low
20 categories. And that is the subject of another paper
21 that we don't seem to have a copy of so --
22   Q   Okay. And then she finds increases of breast
23 cancer among women who are professional and presumably
24 in higher social, economic status, like research
25 workers, medical and public health workers, economists;

1086

1 to go through the data on radiation, electromagnetic
2 fields, and the issue of organochlorines, which had been
3 the subject of her prior studies prior to this.
4   Q   And what is her conclusion in regard to the
5 timing of environmental exposure?
6   A   Well, let me just look at the section here. It
7 says, "The window of time between age at
8      Menarche and age at first full-term
9      pregnancy has been identified as a
10      time when breast tissue may be more
11      susceptible to damage from chemical
12      carcinogens. Certain critical
13      periods of time have been posed as
14      important for tumor development and
15      latency, with respect to hormonally
16      dependent and other kind of cancer."
17      She goes on and talks more about examples, the
18 DMBA animal studies, epidemiologic evidence of
19 environmental agents. She has a whole discussion about
20 this issue. I don't know if you can say one thing about
21 it.
22   Q   Okay. But your main interest in this paper for
23 purpose of your opinions was this issue of timing of
24 exposure?
25   A   Yes, I think it's useful in that respect. She

1088

4

1 is focusing on that and pointing out that in order to
2 understand the exposures in relation to the disease, you
3 need to take into account timing.
4     MR. HOPP: Let's mark this one as 213.
5     (Defendants' Exhibit 213 was marked
6     for identification by the court
7     reporter.)
8     THE WITNESS: By the way, I may want to
9 emphasize this point that she makes. I don't know if we
10 actually pulled the original reference, but she refers
11 to a study by Palmer, which showed that women who
12 started smoking prior to age 16 had a much higher risk
13 for breast cancer than those that began smoking -- well,
14 age 16, the risk was high and was even higher if they
15 were -- started before the age 14.
16 BY MR. HOPP:
17     Q   Okay.
18     A   So this critical timing issue had a parallel to
19 something that very similar to what our exposure was
20 which was mainly the cigarette smoking.
21     Q   And has there been any follow-up studies on
22 that subject since 1996 when Wolf published her work?
23     A   I haven't looked to see if there has been
24 subsequent papers done on that point.
25     Q   Do you know whether it was generally accepted
                                                      1089

1 whether beginning smoking at an early age does increase
2 a person's risk of breast cancer or is it something that
3 has been extensively studied or whether there just a few
4 literature --
5     A   I don't know whether it has been extensively
6 studied. I don't know.
7     Q   Okay. Let's look at 213. 213 is Burns and
8 McDonnell, M-C-D-O-N-N-E-L-L. This is an unpublished
9 paper; is that correct?
10     A   That's correct. It never got published.
11     Q   How did you get your hands on this one? Did it
12 come through the Kerr-McGee litigation?
13     A   That's correct. It was part of the discovery
14 in that case.
15     Q   And this appears to be -- well, the title is
16 Health Profile for Forest Products Division Facility
17 Kerr-McGee Chemical Corporation, Kansas City, Missouri,
18 and it is dated May 11, 1992.
19     Was Burns and McDonnell, to your knowledge,
20 some sort of consultant hired by Kerr-McGee?
21     A   Yes, exactly. They were required, as I
22 understand it by the state, before they could close the
23 facility, to do a study of the health impact of the
24 neighborhood around the wood treatment plant.
25     Q   And did you rely on this Burns and McDonnell
                                                      1090

1 paper in forming your opinions in this case?
2     A   Yes, definitely. I think it is relevant to the
3 issues at hand.
4     Q   How so?
5     A   Well, it showed an increased rate of cancer and
6 other health effects around the plant. Showing that the
7 air pollution generated by this type of facility, does
8 impact the health of the neighbors.
9     Q   They found an increased cancer incidences -- I
10 am looking at Page 8 -- for cancer of the larynx, and
11 cancer of the trachia, bronchus, and lung. They say it
12 was statistically elevated?
13     A   That's right.
14     Q   They did not find an increased risk of breast
15 cancer; right?
16     A   I don't believe they mentioned it here. If we
17 look at the tables, it might give us more information
18 about that.
19     I don't think they studied breast cancer. If I
20 look at the tables, I don't see it mentioned. I think
21 if we look at the methods, we will see that they --
22 anyway, they did not look at breast cancer. There is no
23 data on breast cancer on this paper. So they did not
24 look at it.
25     Q   Okay. They list ICD codes for malignant
                                                      1091

1 neoplasms of the breast, Page A-1, but you are saying
2 that breast cancer doesn't show up on any of the tables
3 as something that they studied?
4     A   Right. There is no data on breast cancer risk
5 in this study.
6     Q   So just to go back to complete our discussion
7 on Page 8, they look at both cancer incidence and
8 mortality and in neither category do they discuss breast
9 cancer; correct?
10     A   Well, let's see. Let's go to Table 3. They
11 did describe a lowered observed number of breast cancer.
12 They said it was significantly lower than actually
13 expected.
14     Q   Okay. Table 3, this is Mortality Data Observed
15 Versus Expected Deaths, 1985 to 1989. They had 117
16 observed and expected 135 for the state or 149.5 for the
17 county; right?
18     A   Yeah. In other words, I think I emphasized
19 yesterday whenever you do mortality studies, you tend to
20 have a problem because breast cancer frequently responds
21 to treatment so --
22     Q   Okay. So incidence is something that you might
23 look at?
24     A   Incidence of the disease rather than mortality
25 from the disease would be important. Whereas with lung
                                                      1092

5

| | | | |
|---|---|---|---|
| 1 | cancer, usually the incidences and the mortality are | 1 | on which you have relied on for the purposes of your |
| 2 | tracked pretty close because it is pretty commonly | 2 | opinions regarding breast cancer in this matter? |
| 3 | present. | 3 | That is, have you done any additional work? |
| 4 | But Table 3 is also a very gross estimate of | 4 | Should this bibliography be revised or augmented? |
| 5 | what was going on. Actually, they have -- the next page | 5 | A Not that I can think of right this minute. |
| 6 | has Morbidity Data on breast cancer, and, again, it was | 6 | Nothing pops in my mind. I had not gone back and done |
| 7 | lower. | 7 | any additional digging since we provided this to you. |
| 8 | Q This is Table 4; right? | 8 | Q All right. Let's go through the others and ask |
| 9 | A Right, Table 4. When they looked at | 9 | the same question. |
| 10 | respiratory cancer, then it was significantly higher, | 10 | This is deposition Exhibit 215. It is entitled |
| 11 | and that is what they discussed in the table that we | 11 | Dioxin - Attorney Copy. |
| 12 | talked about before where the values were higher. | 12 | (Defendants' Exhibit 215 was marked |
| 13 | Q Did Burns and McDonnell control for cigarette | 13 | for identification by the court |
| 14 | smoking? Do you know? | 14 | reporter.) |
| 15 | A No, they didn't. They assumed that the | 15 | BY MR. HOPP: |
| 16 | prevalence of smoking was the same in various groups, | 16 | Q Is this up-to-date? |
| 17 | that there would be no reason to expect a different | 17 | A Yes. This, obviously, addresses issues other |
| 18 | prevalence rate or incidences of smoking or the amount | 18 | than breast cancer. |
| 19 | of smoking in their group. At least, there would be no | 19 | Q Right. And I have only shown you for the |
| 20 | reason to think that that would be the case, but they | 20 | purpose of this deposition some general articles and |
| 21 | didn't have data on smoking. | 21 | articles related to breast cancer. |
| 22 | Q But that is certainly possible that smoking | 22 | But the question is, is for the purpose of this |
| 23 | would be the same in the exposed group and the | 23 | litigation, generally, is Exhibit 215 up-to-date, and |
| 24 | comparison group, but smoking could have also been a | 24 | does it contain all of your references for dioxin at |
| 25 | confounder in this study; is that right? | 25 | least as of today? |
| | 1093 | | 1095 |

| | | | |
|---|---|---|---|
| 1 | A Well, if you look at another one of the cancers | 1 | A Actually, there should be an additional |
| 2 | that is associated with smoking; namely, bladder | 2 | reference in here which I just noticed. |
| 3 | cancer -- I don't know if they -- at least in Table 4, | 3 | Q Okay. |
| 4 | the urinary organ rates were not significantly higher. | 4 | A It is the Schecter Second Edition of his book |
| 5 | And if it was smoking related, you would expect to see | 5 | on dioxins which I believe is 2003. We have got the '94 |
| 6 | that. | 6 | edition listed here but not the latest edition. So that |
| 7 | There is really -- you know, anything is | 7 | book should be added in the list. |
| 8 | possible, but there is really no reason to say that this | 8 | Q Let me identify it, Schecter? |
| 9 | excess was related to the smoking. I mean, there is -- | 9 | A Page 8. |
| 10 | as you say, it is possible that that would explain it, | 10 | Q Dioxins and Health; that is the name of the |
| 11 | but there would be no reason to invoke that at this | 11 | book? |
| 12 | point. | 12 | A Yes. This is the '94 edition, but there is a |
| 13 | Q Okay. Just sort of a housekeeping exercise, I | 13 | later edition which should be included in this |
| 14 | would like to go through the various portions of your | 14 | bibliography. |
| 15 | bibliography that you produced on -- you produced it to | 15 | Q All right. Exhibit 216 is the portion of your |
| 16 | me on May 9th, but it is dated May 6th and just identify | 16 | bibliography entitled Creosote -- it is entitled |
| 17 | these. | 17 | Creosote - Attorney Copy, and it is, again, dated May 6, |
| 18 | I am handing you the portion of your | 18 | 2005. |
| 19 | bibliography entitled Breast Cancer - Attorney Copy. | 19 | (Defendants' Exhibit 216 was marked |
| 20 | This is deposition Exhibit 214. | 20 | for identification by the court |
| 21 | (Defendants' Exhibit 214 was marked | 21 | reporter.) |
| 22 | for identification by the court | 22 | BY MR. HOPP: |
| 23 | reporter.) | 23 | Q Is this up-to-date at least up through today? |
| 24 | BY MR. HOPP: | 24 | A I probably should add -- I just thought of this |
| 25 | Q Is this an up-to-date listing of the articles | 25 | when you asked me that question -- the Creosote Council |
| | 1094 | | 1096 |

1 and Study.
2 Q Which one is that?
3 A It is not listed here, but the Creosote Council
4 did a study on worker exposures.
5 Q Is that the risk assessment?
6 A Well, it was prepared, I think, for purposes of
7 the EPA's risk assessment, but it is basically an
8 exposure study.
9 Q Okay.
10 A And they went in and quantified the amount of
11 creosote constituents that the workers sustained to, you
12 know, give some idea of what the exposures were and then
13 calculated from that what their cancer risk was.
14 Q Was that the study where they used a whole body
15 dosimeter?
16 A Yes.
17 Q I'm not sure what the title of it is.
18 A I think it is Creosote Council or Creosote
19 Exposure Study or something like that anyway.
20 Q So the method -- they put some sort of cotton
21 suit or underwear on these workers and made them work a
22 full work shift and then took the cotton suit and then
23 analyzed it for the constituents of creosote?
24 A That's right, among other things. They did
25 some air measurements. Urine measurements as well.
1097

1 A Yeah.
2 Q There has been a series of studies of
3 1-hydroxypyrene as a maker for creosote exposure in
4 urine?
5 A Yeah, that's correct. But the point being, I
6 think, the Borax study and the Creosote Council Study's
7 was the main route of exposure seemed to be skin rather
8 than air.
9 Q And the way they did that was to take urine
10 samples from creosote wood-treating workers and analyzed
11 those for this 1-hydroxypyrene which is a metabolite of
12 creosote; is that right?
13 A Yes.
14 Q Have you or the other people -- other experts
15 or consultants working on this case done any urine tests
16 of any of the people in Grenada to see what their levels
17 of 1-hydroxypyrene are?
18 A No, that has not been done.
19 Q Could that be a particularly expensive test to
20 do a urine analysis for 1-hydroxypyrene?
21 A No, it is just not generally available. The
22 labs don't have it, and I could not find somebody to set
23 it up.
24 Q Did you investigate doing that test?
25 A Oh, I did. At one point, not for Koppers, but
1099

1 Q And how, if at all, is that paper relevant to
2 your opinions regarding Sherrie Barnes?
3 A Well, I think what it illustrates is the
4 importance of skin absorption as a route of exposure for
5 creosote and the particulates and the vapors that would
6 occur -- now, remember, that Sherrie Barnes and her
7 fellow children have indicated that they used to play on
8 the wood that was curing in the yard at Koppers, where
9 they would have sustained skin absorption similar to the
10 workers. That route of exposure turns out based on that
11 creosote study and also the study that was done by --
12 Q Borax?
13 A -- Borax made that same point. That the
14 exposure of the skin is extremely important. In fact,
15 we should have Borax's paper on this list.
16 MR. PRUDOMME: It's not here?
17 MR. HOPP: Isn't it on --
18 THE WITNESS: Yeah, there it is.
19 MR. HOPP: Borax, 2002.
20 Q Borax, it was an interesting paper, but it
21 wasn't all that unique. I mean, hadn't Jongeneelen and
22 others done similar studies? In fact, you have got
23 Jongeneelen, J-O-N-G-E-N-E-E-L-E-N, 1998 listed here,
24 and I think Heikkila may have done some,
25 H-E-I-K-K-I-L-A.
1098

1 for one of the other creosote exposures, I tried to find
2 a lab that could do it and was unable to.
3 MR. HOPP: Okay. Let's mark this as Deposition
4 Exhibit 217.
5 (Defendants' Exhibit 217 was marked
6 for identification by the court
7 reporter.)
8 BY MR. HOPP:
9 Q Deposition Exhibit 217 is a portion of your
10 bibliography entitled Mixture - Attorney Copy, and again
11 dated May 6, 2005.
12 Is this up-to-date or do you think there are
13 papers that should be added to this list?
14 A Well, I don't have it in my memory banks right
15 at the moment on this point. There is an ongoing
16 publication of papers. I just don't have any specific
17 ones to add today.
18 Q And when you use the term mixture, part of what
19 you are talking about is this concept of synergy; is
20 that right?
21 A Well, synergy is one phenomenon and additive
22 effects is another and antagonism is another. Mixtures
23 are assumed to be additive using the default, but when
24 there is actual data on a -- on a compound, then you can
25 be more specific about which of the three phenomenon are
1100

7

1 going on with the mixture.
2 Q Okay.
3 MR. HOPP: Okay. Showing what we have marked
4 as deposition Exhibit 218.
5 (Defendants' Exhibit 218 was marked
6 for identification by the court
7 reporter.)
8 BY MR. HOPP:
9 Q You have to excuse the markings on here. I
10 didn't print out a clean copy. I think someone in my
11 office circled some of your references.
12 Is this document 218 an up-to-date bibliography
13 of the adduct studies in which you relied upon for the
14 purpose of this lawsuit or are there additional adduct
15 studies that should be added?
16 A I don't have anything to add at this time.
17 MR. HOPP: Deposition Exhibit 219 is entitled
18 Asphalt - Attorney Copy. And, again, this is dated May
19 6, 2005.
20 (Defendants' Exhibit 219 was marked
21 for identification by the court
22 reporter.)
23 BY MR. HOPP:
24 Q Why did you investigate asphalt as an exposure
25 for the purpose of the Grenada creosote litigation?

1101

1 A Well, because the exposure of asphalt workers
2 is similar to the exposure of creosote workers and the
3 vapors and particulate associated with asphalt are very
4 similar in their makeup to creosote.
5 The difference being that if you look at -- oh,
6 gosh, there is a paper -- I cannot remember the author's
7 name right now, but he compared asphalt, creosote, cook
8 ovens, and cigarette smoke -- four different PAH
9 mixtures and did some calculations; and some experiments
10 on animals to figure out which of the four was the most
11 carcinogenic.
12 And it turns out that cook ovens was the most
13 carcinogenic, creosote the second, asphalt the third,
14 and cigarette smoking the fourth.
15 So when you look at the carcinogenic capacity
16 of asphalt, it is less than creosote. So, I think, we
17 can include, you know, any data that exists on asphalt
18 workers to help understand what the health effects would
19 be on the residents living near the Koppers' facility.
20 Q Okay. As you look at this list -- and I know I
21 have not shown you any of these asphalt papers, but are
22 you aware of any of these asphalt papers which address
23 the risk of breast cancer as a result of exposure to
24 asphalt?
25 A No, but I think as we talked before, the number

1102

1 of women is tiny.
2 Q Sure. These are mainly occupational studies
3 and there are not a lot of women in the occupations that
4 deal with asphalt; is that correct?
5 A That's correct.
6 MR. HOPP: Deposition Exhibit 220 is entitled
7 Coal Tar - Attorney Copy, again dated May 6, 2005.
8 (Defendants' Exhibit 220 was marked
9 for identification by the court
10 reporter.)
11 BY MR. HOPP:
12 Q This is the portion of your bibliography that
13 deals with coal tar. Is this portion of your
14 bibliography up-to-date, or do you think there should be
15 papers added?
16 A No, I wouldn't add any.
17 Q I'm sorry. Did you say --
18 A Not today any way.
19 Q Okay. Showing you deposition Exhibit 221.
20 This is a portion of your bibliography entitled
21 Cigarette Tar - Attorney Copy, dated May 6, 2005.
22 (Defendants' Exhibit 221 was marked
23 for identification by the court
24 reporter.)
25 BY MR. HOPP:

1103

1 Q Is this portion of your bibliography
2 up-to-date, or are there articles that you think should
3 be added?
4 A No, not to added at this time.
5 MR. HOPP: Deposition Exhibit 222 is entitled
6 Naphthalene - Attorney Copy, dated May 6, 2005.
7 (Defendants' Exhibit 222 was marked
8 for identification by the court
9 reporter.)
10 BY MR. HOPP:
11 Q This is the portion of your bibliography that
12 addresses naphthalene exposure. Is this up-to-date, or
13 do you believe there are articles that should be added?
14 A Nothing to add at this time.
15 Q We have not spoken about this. Is naphthalene
16 exposure a known risk factor for breast cancer?
17 A No, it is not. It's carcinogenic in some
18 animal test systems, but it is -- but it has not been
19 studied in terms of risk of breast cancer.
20 Q It has been shown to be carcinogenic to rats in
21 a breathing study; correct?
22 A Yes.
23 Q And are rats obligate nose breathers?
24 A Yes.
25 Q And the naphthalene caused nasal carcinoma; is

1104

8

| | |
|---|---|
| 1 that right? | 1 is a -- I believe, an ongoing exposure at the facility, |
| 2    A  I don't remember the -- | 2 and I don't know if this was in response to that or some |
| 3    Q  NPT study from 2000? | 3 other legal requirement. I just don't recall from |
| 4    A  NPT study from 2000, you may be right, but I | 4 memory. |
| 5 don't -- I don't remember if it was nose. I remember | 5    Q  Did the attorneys at some point then ask you to |
| 6 respiratory tract, but I don't remember if it was just | 6 execute an affidavit to help with some portion of the |
| 7 the nose. | 7 litigation? |
| 8    Q  And the NPT study is actually on your list, but | 8    A  Yes. |
| 9 we just happened to look at it? | 9    Q  And were you told what question to try to |
| 10    A  Yes, that's correct. | 10 answer in the affidavit? |
| 11       MR. HOPP: Deposition Exhibit 223 is entitled | 11    A  I don't recall specifically what question they |
| 12 Miscellaneous - Attorney Copy, and it is dated May 6, | 12 asked me to answer. It looks like reading this through |
| 13 2005. | 13 that it has a generic causation component when we talk |
| 14       (Defendants' Exhibit 223 was marked | 14 about the contaminants, and then there is specific |
| 15       for identification by the court | 15 causation discussion when we talk about individual |
| 16       reporter.) | 16 plaintiffs. |
| 17 BY MR. HOPP: | 17    Q  Now, we talked now for several days about |
| 18    Q  Is this portion of your bibliography up-to-date | 18 genetic causation and breast cancer, and very early on |
| 19 or are there articles that you think should be added? | 19 in the first session of your deposition, we talked a |
| 20    A  Nothing to add at this time. | 20 little more generally about genetic causation. |
| 21       MR. HOPP: Deposition Exhibit 224 is entitled | 21       Is there anything in this affidavit that |
| 22 PCP - Attorney Copy, dated May 6, 2005. | 22 reflects additional work or additional research that you |
| 23       (Defendants' Exhibit 224 was marked | 23 have done in this case which is not reported in your |
| 24       for identification by the court | 24 expert report in the Grenada litigation or the testimony |
| 25       reporter.) | 25 that you have given so far in deposition? |
|                               1105 |                               1107 |
| 1 BY MR. HOPP: | 1    A  You mean, is there other research or |
| 2    Q  And PCP is an abbreviation for | 2 investigation that we have done? |
| 3 pentachlorophenol; correct? | 3    Q  Yeah. Is there anything new here, or is this, |
| 4    A  Yes. | 4 basically, a reiteration of the points that you |
| 5    Q  Is this document up-to-date or do you think | 5 addressed in your report in your affidavit -- I'm |
| 6 there should be articles that need to be added? | 6 sorry -- your report and your testimony? |
| 7    A  Nothing to add at this time. | 7    A  Well, without reading this whole thing through, |
| 8    Q  Do the articles listed on here, based on your | 8 I'm not sure that I can answer that question. It says |
| 9 memory, address an increased risk of breast cancer as a | 9 here Affidavit in Support of Injunctive Relief, so that |
| 10 result of exposure to pentachlorophenol? | 10 is something to do with getting people out of the |
| 11    A  No, not as far as I can recall. | 11 neighborhood, so that they don't have ongoing harmful |
| 12       MR. HOPP: I want to mark as our next | 12 exposure. |
| 13 Exhibit 225. | 13       So that was the question that was asked in this |
| 14       (Defendants' Exhibit 225 was marked | 14 case. But whether or not there were things that are |
| 15       for identification by the court | 15 here that were not covered elsewhere, I cannot answer |
| 16       reporter.) | 16 that before. |
| 17 BY MR. HOPP: | 17    Q  I am not asking you whether it is covered here, |
| 18    Q  And it is an affidavit that you executed | 18 but I mean, there is probably issues that you've raised |
| 19 recently relating to this Grenada creosote litigation; | 19 here that I have not asked you about, but for the |
| 20 is that right? | 20 purpose -- let me strike that. Let me back up. |
| 21    A  Yes. | 21       In January of 2005, you submitted your expert |
| 22    Q  How did this come up? How did you happen to be | 22 report. Do you remember that? |
| 23 asked to execute an affidavit for whatever purpose you | 23    A  Yes. |
| 24 executed it? | 24    Q  And then in May of 2005, you executed this |
| 25    A  I think it has to do with the fact that there | 25 affidavit; is that right? |
|                               1106 |                               1108 |

9

| | | | |
|---|---|---|---|
| 1 | A That's right. | 1 | and pentachlorophenol and dioxin measurements which, |
| 2 | Q Now, between the time that you did your expert | 2 | again, documented higher levels in the people who lived |
| 3 | report and the time that you submitted this affidavit, | 3 | or had lived next to the plant. |
| 4 | it appears at least that you have done some additional | 4 | And studies done of other similarly-situated |
| 5 | research and come up with some additional papers on | 5 | people living next to wood treatment plants, which is |
| 6 | these various subjects all that have been reflected in | 6 | the study that we did on the Columbus, Mississippi |
| 7 | the bibliography that we have just marked as a series of | 7 | residents next to the Kerr-McGee Forest Products plant |
| 8 | exhibits; is that right? | 8 | in Columbus, Mississippi. And the study done by Burns |
| 9 | A Yes. We did some ongoing record -- what you | 9 | and McDonnell on the people living next to the wood |
| 10 | call it? Library work, getting additional papers. | 10 | treatment plant in Kansas City, Missouri. |
| 11 | Q All right. Other than that additional | 11 | And just plain common sense would tell you that |
| 12 | research, if you will, of getting additional papers to | 12 | if you live next to a facility that is using millions of |
| 13 | support your opinions that you have already stated in | 13 | pounds of chemicals on a yearly basis and those |
| 14 | your report dated January 31, 2005, did you do any other | 14 | chemicals are volatile and they get into the air; and |
| 15 | work on this case between January and May of 2005? | 15 | that there is also a particulate that gets into the air, |
| 16 | A I don't recall. I probably did do some, you | 16 | there is going to be some amount of exposure that would |
| 17 | know, some work on looking at environmental features, | 17 | take place for people living 100 yards away, as in this |
| 18 | getting additional data on exposure parameters, possibly | 18 | case. Many of the people lived in Carver Circle or |
| 19 | getting additional medical records on various people. | 19 | other adjacent areas which were very, very close to the |
| 20 | So it is an ongoing process. I don't think it | 20 | plant. |
| 21 | stopped just because we submitted the expert report. | 21 | So I think there is no doubt that these |
| 22 | Q Okay. Let's talk about some specifics of your | 22 | residents sustained high levels of exposure that would |
| 23 | affidavit. Let's look at Paragraph 20. In the middle | 23 | be significantly higher than background. |
| 24 | it says -- in the middle Paragraph 20, Page 4, | 24 | Q Okay. Let's move on to Paragraph 22, where you |
| 25 | deposition Exhibit 225. | 25 | talk about the relative paucity of health effects -- I'm |
| | 1109 | | -  1111 |

| | | | |
|---|---|---|---|
| 1 | MR. PRUDOMME: I'm sorry. What page? | 1 | sorry -- relative paucity of research on health effects |
| 2 | MR. HOPP: Page 4, Paragraph 20. | 2 | of coal tar, creosote and then you go on to cite an |
| 3 | Q It says, "The residents of | 3 | ATSDR document. Is this the ATSDR toxilogical profile |
| 4 | Grenada have been exposed to | 4 | of creosote, coal tar and other coal tar products? |
| 5 | significant amounts of these | 5 | A Yes. |
| 6 | chemicals in the Koppers Grenada | 6 | Q And it is a combined document? It doesn't just |
| 7 | plant." | 7 | address creosote, it also addresses coal tar and coal |
| 8 | In the sentence above you talk about creosote, | 8 | tar pitch; is that right? |
| 9 | PAHs, pentachlorophenol contaminated with dioxins and | 9 | A Correct. |
| 10 | furans. What is the basis for that statement? | 10 | Q Let's look at Paragraph 24. So the number 24 |
| 11 | A Well, there is lots of basis. One is the | 11 | is on Page 25, but the actual text of the paragraph is |
| 12 | residents report smelling creosote and experiencing | 12 | Page 6. |
| 13 | symptoms from that exposure. That is, I believe, one | 13 | You talk about the examination of |
| 14 | piece of evidence. | 14 | epidemiological studies. The known biological health |
| 15 | Secondly, the studies done by Koppers | 15 | effects -- let me read it through the records. |
| 16 | themselves on the level of contamination in the air of | 16 | "Through an examination of |
| 17 | the plant, documents that the levels were significantly | 17 | epidemiological studies, the known |
| 18 | higher than background. | 18 | biological health effects from coal |
| 19 | And studies -- the modeling studies done by | 19 | tar creosote and an examination of |
| 20 | Dr. Sharma show that the discharge from the plant | 20 | animal studies, the weight of the |
| 21 | created a significant amount of material that reached | 21 | evidence clearly supports the |
| 22 | the residents. | 22 | existence of a causal relationship |
| 23 | The measurements in the soil and the house | 23 | between coal tar, creosote |
| 24 | dust, by Dr. -- by Mr. Horseshack documented that these | 24 | constituents and numerous adverse |
| 25 | chemicals reached the people. We also did PAH adducts | 25 | health effects including cancer, |
| | 1110 | | 1112 |

1    birth defects, premature birth,
2    respiratory damage; skin itch;
3    gastric upset; immune system
4    alterations; and neurological
5    injury."
6        Are the epidemiologic studies referred to in
7    this paragraph and the animal studies referred to in
8    this paragraph reflected in the bibliography that we
9    have marked as a series of exhibits?
10       A   I believe so, yes.
11       Q   The next paragraph, 25, talks about PAH causing
12   damage to the DNA, are the studies -- strike that.
13       You rely on published studies for the purpose
14   of your statement in Paragraph 25 of your affidavit; is
15   that right?
16       A   Yes.
17       Q   And are the public studies that support your
18   statement in Paragraph 25 contained within your
19   bibliography that we have marked as a series of exhibits
20   in this deposition?
21       A   Yes.
22       Q   Paragraph 26, you talk about many hundreds of
23   studies have been published that identify and describe
24   the carcinogenicity of a variety of chemicals classified
25   as PAHs.
                                                    1113

1    Are those studies that you referred to in
2    Paragraph 26 set forth in the bibliography that we have
3    set forth as a series of exhibits in this deposition?
4        A   I didn't include all of the studies on PAHs and
5    cancer. I mean, there are studies that go back to 1916
6    when the Japanese researcher -- I forget his name --
7    painted some coal tar on the back of some rats or
8    ·mice -- I forget -- one of those rodents and induced
9    skin cancers.
10       And in subsequent years, I think probably it
11   would be more accurate to say they were probably not
12   hundreds, but thousands of studies on that subject. I
13   had not included all of those.
14       Q   There were a lot of studies shown and I think
15   1916 was probably the earliest up through the '50's and
16   beyond, but where they painted mice with creosote and
17   coal tar fractions, so those studies were part of your
18   support for this statement?
19       A   I have not looked at all of them, but if you
20   look at the bibliographies of the papers that I have
21   listed on those statements, it would pull all of that
22   forward.
23       Q   Paragraph 27, it says, "There is ample.
24       Literature to support a causal
25       association between breast cancer and
                                                    1114

1    PAH exposure."
2        And we talked about a lot of that literature in
3    the last few days of this deposition. Is there any
4    literature that you are relying on for the purpose of
5    this Paragraph 27 that is not reflected in the
6    bibliography that we just marked as a series of
7    depositions?
8        A   Not that I recall right at this moment.
9        Q   Paragraph -- I'm sorry. Paragraph 30. I am
10   looking at the last sentence of Paragraph 30. This is
11   on Page 78. It says, "Higher PAH-DNA adduct.
12       Levels predict a higher cancer risk."
13       Wouldn't it be more accurate to say the higher
14   PAH-DNA adduct levels in the presence of certain
15   specific genetic polymorphisms predict a higher risk of
16   cancer?
17       A   No. I think what the data shows as I
18   interpreted it. That if you have higher PAH-DNA adduct
19   levels, you are at a higher risk. You will have higher
20   PAH-DNA adduct levels if you have the polymorphism,
21   inability to repair them or whatever.
22       Q   Paragraph 35, Page 9, talks about ingesting
23   dioxin and the congenital malformations and spontaneous
24   abortions and other effects.
25       Is the effects of dioxin -- is the effects of
                                                    1115

1    ingesting dioxin dose dependent?
2        A   Yes.
3        Q   Paragraph 40 talks about -- and this is
4    Page 11 -- talks about the long-term effects of exposure
5    to low levels of pentachlorophenol. Is the long-term_
6    effects of exposure to low levels of pentachlorophenol
7    dose dependent?
8        A   Yes.
9        Q   Your affidavit in Paragraphs 45 through the end
10   talks about specific plaintiffs in this lawsuit?
11       A   Yes.
12       Q   You do not -- strike that.
13       How did you pick which plaintiffs to put in
14   your affidavit because you don't talk about everyone?
15       A   I believe these were part of this group that
16   was, I think, at that point or at some point, identified
17   to be the first people to go to trial. I think that is
18   what it was.
19       Q   I am just curious. Sherrie Barnes, I don't
20   think is mentioned in the affidavit. Do you know of any
21   particular reason why you left Sherrie Barnes out?
22       A   No, I don't.
23       Q   You talk about Kay Hobbs beginning on Page 16.
24   I think beginning Paragraph 69. Now, Kay Hobbs is the
25   second of the plaintiffs in this case whose claims are
                                                    1116

11

1  going to go to trial. You are aware of that; is that
2  right?
3  A   I have been told that, yes.
4  Q   And I do have some specific questions about Kay
5  Hobbs that I would like to ask you this morning, but
6  generally speaking, the issue with Kay Hobbs is breast
7  cancer; is that right?
8  A   Correct.
9  Q   Are there any other health issues that you've
10 identified for Kay Hobbs that you believe were caused by
11 creosote prior to her diagnosis with breast cancer?
12 A   I would have to look at the file to see.
13 Q   Well, we will do that in a minute. Paragraphs
14 65 through 69, talk about some particular health
15 problems that Kay Hobbs had?
16 A   Yes.
17 Q   Are the health problems identified in Paragraph
18 65 through 69 -- strike that.
19     Did the health effects identified in Paragraph
20 65 through 69 occur before or after Kay Hobbs was
21 diagnosed with breast cancer?
22 A   I don't recall. I would have to refer to the
23 file.
24 Q   Let's move on to the file then. Let me show
25 you at least what we had previously marked as Deposition

1117

1  Exhibit No. 12. And if you need more, please let me
2  know. We got I think the -- I'm sorry -- let me back
3  up.
4      Let me hand you what we have previously marked
5  as deposition Exhibit 21. This is your summary on Kay
6  Hobbs.
7      And we also had marked as an exhibit and we can
8  pull this if you would like, the -- I think it was --
9  the word you used was chart, the survey results that Kay
10 Hobbs' family filled out for the purpose of completing
11 your summary.
12 A   Um-hmm.
13 Q   But to the extent that Deposition Exhibit 21
14 helps, can you answer the question whether there are any
15 health issues with Kay Hobbs that predated her diagnosis
16 with breast cancer that you think are related to
17 creosote exposure?
18 A   Well, as you know, we got the information from
19 her husband, and I am not sure that we can give an
20 answer to that. I mean, what he did was describe the
21 symptoms that she had been experiencing, but I believe
22 the symptoms he described were for the time frame up to
23 the time of her death. And I didn't obtain information
24 about how many of these symptoms were present before the
25 diagnosis of cancer.

1118

1  Q   Right. We are dancing around this, but Kay
2  Hobbs after her diagnosis had some chemotherapy. She
3  had her final illness, and she died.
4      And a lot of the health issues you have
5  identified in your summary Deposition Exhibit 21 could
6  have been related to chemotherapy and her final illness;
7  correct?
8  A   That's correct.
9  Q   So the purpose of your opinions in this case,
10 your opinions on causation, is the focus for Kay Hobbs
11 really breast cancer?
12 A   That's correct.
13 Q   And it is not neurological effects or other
14 types of things; right?
15 A   No. I don't think that is relevant. I mean,
16 there may have been some of that, but in her case, it is
17 not really -- we did not focus on that and tried to
18 tease that apart because it didn't seem to me that it
19 made a big difference.
20 Q   Now, her history, did all come from her
21 husband; right?
22 A   Yes.
23 Q   Are husbands generally considered to be good at
24 giving histories for their wives?
25 A   I don't know. I don't have any data on that

1119

1  question.
2  Q   I don't think I would be. So I was wondering
3  do you have any sense on whether or not you are going to
4  get a complete history or not?
5  A   Well, he answered the questions as best he
6  could. I have no reason to criticize his reporting.
7  Q   He gave you the best information he had?
8  A   That's right.
9  Q   Now, Kay Hobbs had three children; correct?
10 A   Let's see. Total of three. That's right.
11 Q   And I don't know if I have the names in the
12 report, but she had one child prior to the time she
13 married Walter Hobbs; is that right? She had a son?
14 A   That was the oldest one Danrell Barnes, yes.
15 Q   Then she had two daughters, I believe, with
16 Walter Hobbs; is that right?
17 A   That's right.
18 Q   You identify in your summary deposition
19 Exhibit 21, this is Page 6 of 13. The question is,
20 "Have you ever had a child with a birth defect?"
21     Do you see that?
22 A   Yes.
23 Q   And the answer is "yes." Do you know which
24 child that was and which birth defect?
25 A   I think it was Deandre. She supposedly had

1120

12

| | |
|---|---|
| 1 heart failure right after birth and -- let's see. Do we | 1 of detail on that. |
| 2 have it right? Deandre -- that is one of her daughters; | 2 Q Again, the question is on |
| 3 isn't it? | 3 "What age did you begin |
| 4 Q I think so. | 4 menstruation?" and you got "12." |
| 5 A No. Shamika had Deandre. That's right. So | 5 Is that considered early? |
| 6 Shamika was her daughter and Deandre was her | 6 A No. That is considered normal. |
| 7 granddaughter. | 7 Q Following that section, you got cancer and a |
| 8 Q Okay. | 8 long summary of medical records. Do you do all of your |
| 9 A I don't know if there was -- yeah. They may | 9 own medical record summaries or do you have help with |
| 10 have been speaking about Deandre, who was the | 10 that? |
| 11 grandchild. | 11 A I have help with that. |
| 12 Q Shamika is the daughter. And I am looking at | 12 Q Who helps you write your medical summaries? |
| 13 Page 1. When Shamika was born, she had meningitis and | 13 A Most of this was done by Dr. Zwass, who is a |
| 14 was quite ill. | 14 doctor that works for me, that abstracts medical |
| 15 A No, that is not the same as a birth defect. | 15 records. |
| 16 Q Right. And when she gave birth to Deandre -- | 16 Q Can you spell his name? |
| 17 and we may have a problem with the pronoun here, but | 17 A Her. It is a woman. Marilyn Z-W-A-S-S, Zwass. |
| 18 she in this sentence on Page 1 refers back to Shamika? | 18 Q And does she have a separate billing rate? |
| 19 A Yes. Shamika went into heart failure. | 19 A Yes. |
| 20 Q So Shamika went into heart failure when she had | 20 Q And what is that rate? |
| 21 a baby? | 21 A I don't recall. |
| 22 A Yes. | 22 Q Who else in your office helps you with |
| 23 Q And the last sentence in this paragraph says, | 23 assembling -- summarizing medical records or writing |
| 24 "They felt the stress of having a | 24 text that later becomes part of your report? |
| 25 child was so severe that it put a | 25 A Well, sometimes Dr. Schmitt. Sometimes other |
| 1121 | 1123 |
| 1 strain on her heart"? | 1 doctors, but almost all of the medical record reviews |
| 2 A Correct. | 2 are done by Dr. Zwass, which is one of her specialties. |
| 3 Q Now, obviously, Shamika was an adult by the | 3 Q What is Dr. Schmitt's first name? |
| 4 time she gave birth; right? | 4 A Reynold, R-E-Y-N-O-L-D. |
| 5 A Yes. | 5 Q Does Dr. Reynold Schmitt have a separate |
| 6 Q So the heart defect is not a birth defect; is | 6 billing rate? |
| 7 that right? | 7 A Yes. |
| 8 A Don't know. I don't know if we know the answer | 8 Q Do you know what that is offhand? |
| 9 to that. | 9 A No, I don't. |
| 10 Q Do you know if Shamika has had any follow-up | 10 Q Anyone else? We got Dr. Zwass and Dr. Schmitt. |
| 11 care to determine whether or not she has a damaged | 11 A No. |
| 12 heart? | 12 Q In earlier sessions of your deposition, you |
| 13 A I don't know. | 13 told me that Harpreet Takhar is someone who works in |
| 14 Q But Shamika, at least to our knowledge, has | 14 your office and helps you with data analysis; right? |
| 15 never had a heart transplant; correct? | 15 A Yes. He has a master's in epidemiology. |
| 16 A Correct. | 16 Q Do you bill separately for Mr. Takhar? |
| 17 Q Now, looking again at Page 7, the question is. | 17 A Yes. |
| 18 "Have you ever had a child who was | 18 Q And Pam Anderson was another person who we have |
| 19 considered 'slow' in school?" and the | 19 identified working in your office. What is Pam |
| 20 answer is "yes." | 20 Anderson's professional back ground? |
| 21 Do you know which of Kay Hobbs' children that | 21 A She has a Ph.D. in epidemiology. |
| 22 answer refers to? | 22 Q And does she help you with data analysis or |
| 23 A Again, I think we have data on Deandre. | 23 analysis and facts for the purpose of your reports? |
| 24 Deandre clearly had problems. I don't know if her other | 24 A Yes. |
| 25 children were also slow in school. I don't have a lot | 25 Q Does she have a separate rate? |
| 1122 | 1124 |

13

| | |
|---|---|
| 1   A   Yes. | 1   damage the breast tissue that ultimately gives rise to |
| 2   Q   Do you know what that is? | 2   cancer in the breast is to have exposure during puberty, |
| 3   A   No. | 3   which she did have. So I don't think you have to invoke |
| 4   Q   I know we talked about this before and forgive | 4   a genetic predisposition. |
| 5   me for repeating, but benign breast disease -- a history | 5       We know that genetic factors would increase the |
| 6   of benign breast disease has been identified as a risk | 6   risk, but she doesn't have any family history other than |
| 7   factor for developing breast cancer? | 7   her sister. It is not like her aunts and her mother and |
| 8   A   That is correct. | 8   these other people all had these breast cancer problems |
| 9   Q   Has a family history of benign breast disease | 9   or any cancer of any kind. |
| 10   been identified as a risk factor for breast cancer? | 10       So, I mean, I don't see any reason to invoke a |
| 11   A   I believe we have one reference to that. That | 11   particularly high susceptibility. She just had a very, |
| 12   if you have a family history of benign breast disease, | 12   very high exposure. Now, in addition, to that she may |
| 13   there is an increased risk of breast cancer. I think | 13   well have had increased susceptibility. We will just |
| 14   there is only one study that makes that point. | 14   never know. |
| 15   Q   Kay Hobbs died at age 43 from breast cancer; is | 15   Q   We talked extensively about the literature |
| 16   that right? | 16   relating to breast cancer and PAHs and dioxins and all |
| 17   A   I think so. She died in '99. She was born in | 17   of that over the last several days. We talked about |
| 18   '56. | 18   that in the context of Sherrie Barnes. |
| 19   Q   January -- | 19       Does that literature apply equally in your view |
| 20   A   January 2000. She just died. She was born in | 20   to your opinions in Kay Hobbs? |
| 21   '56, so it would be 43. | 21   A   Yes. |
| 22   Q   Is it your opinion that Kay Hobbs died at an | 22   Q   Is there anything in particular in the |
| 23   early age from breast cancer? | 23   literature do you think is more relevant to Kay Hobbs as |
| 24   A   Yes. | 24   opposed to Sherrie Barnes? |
| 25   Q   Do you have an opinion with respect to whether | 25   A   No, I don't. All of the points that we made |
|                                       1125 |                           -   1127 |
| 1   Kay Hobbs had any particular genetic polymorphism that | 1   about the causation for cancer -- breast cancer in |
| 2   would have predisposed her in developing DNA adducts | 2   particular would apply to her. |
| 3   and, therefore, developing breast cancer? | 3   Q   You said that she was exposed in utero? |
| 4   A   Well, I think that -- let's put it this way. | 4   A   It is my understanding that she was born in |
| 5       If she did have one of those genetic tendencies | 5   1956 and that her mother lived at 213 Carver Circle |
| 6   to increase her risk, it would not be surprising. I | 6   while she was pregnant. |
| 7   think the point we need to emphasize with her is that | 7   Q   And now, Dr. Sawyer has done exposure |
| 8   she was exposed from birth in utero and during early | 8   calculations or dose calculations for plaintiffs in this |
| 9   childhood and during her puberty. So she was exposed | 9   case including Kay Hobbs. |
| 10   during all of the critical windows. She was exposed in | 10       Do you have any independent information |
| 11   high amounts. | 11   regarding Kay Hobbs' dose of creosote, |
| 12       It does not say so here, but I have been told | 12   pentachlorophenol, or any other exposure other than what |
| 13   she, like Sherrie Barnes, played on the wood, played on | 13   Dr. Sawyer has done? |
| 14   the dirt that was contaminated. She was exposed to, you | 14   A   Well, I already indicated that Dr. Sawyer |
| 15   know, what I would consider to be a very high amount | 15   couldn't quantify a lot of the exposures that I think |
| 16   although we cannot quantify it because we cannot | 16   are highly significant. |
| 17   quantify the amount that she obtained from -- let's say, | 17   Q   Okay. You testified earlier that Sherrie |
| 18   playing on the wood or breathing the vapors, and | 18   Barnes had a -- I'm sorry -- that Kay Hobbs had a high |
| 19   touching the wood; and getting it on her skin; and | 19   rate of exposure. I think that fairly characterizes |
| 20   getting it on her clothing; and playing in the ditches | 20   what you said? |
| 21   and in the yards. | 21   A   Yes, I thought she had a very high exposure. |
| 22       I think it is fair to say that her exposure | 22   Q   That is a qualitative statement; right? |
| 23   would have been extremely high during times of great | 23   A   Yes, it is a qualitative statement, but I just |
| 24   vulnerability, as we talked. | 24   described some of the issues that contributed to that |
| 25       I mean, one of the times you are more prone to | 25   opinion. |
|                                       1126 |                               1128 |

1    Q   Sure. Do you have anyway to quantify Kay
2   Hobbs' exposure to creosote, pentachlorophenol, PAHs,
3   and dioxins, or any other toxins?
4    A   Only by inference and by modeling and you know,
5   what you know has been generated in terms of
6   quantitative data.
7       There is, unfortunately, a lack of measurements
8   contemporaneous through the years. I mean, back in the
9   '50's, when she was a child, it is very possible that
10  there was heavy, heavy exposures that we cannot
11  quantify. All we can do really is characterize it
12  quantitatively.
13   Q   I think you mentioned modeling. You have not
14  done any modeling; right?
15   A   No, I didn't.
16   Q   So the other experts in the case have?
17   A   Yes, that's correct.
18   Q   The same question for Sherrie Barnes, you don't
19  have any quantitative information regarding Sherrie
20  Barnes' dose of creosote exposure, pentachorophenal,
21  PAHs, dioxin exposure or any other toxic --
22   A   Except the modeling which would be appropriate
23  to her.
24   Q   But, again, you have not done that modeling;
25  right?

1129

1    A   Correct.
2       THE WITNESS: Can we take a break?
3       MR. HOPP: Yes. Let's take five.
4       (Brief Recess.)
5   BY MR. HOPP:
6    Q   Dr. Dahlgren, we talked earlier about breast
7   cancer and benzene. Are you aware of any studies that
8   identify a duration -- a dose in duration of benzene
9   exposure that is necessary to cause breast cancer?
10   A   I am not aware of any data on that point.
11   Q   Are you aware of any regulatory agencies that
12  have concluded that benzene --
13      (Telephonic interruption.)
14  BY MR. HOPP:
15   Q   Are you aware of any regulatory agencies that
16  have concluded that benzene is a cause of breast cancer
17  in humans?
18   A   No. Regulatory agencies don't usually name
19  specific cancers. What they do is they say -- they
20  determine whether or not the chemical or agent is
21  capable of causing cancer in the human being and then
22  they have rankings about ones that are, quote, proven
23  human carcinogens, agents or chemicals which are
24  probable and possible. Those are the rankings and they
25  don't discuss specific organ systems.

1130

1    Q   Are you familiar with the Team studies,
2   T-E-A-M?
3    A   Team studies seems to me is some type of a --
4   an exposure assessment.
5    Q   Right. Those were a series of studies done in
6   the '70's and '80's and maybe later, that dealt with
7   sort of ambient exposures to various substances
8   including solvents and benzene.
9       Are you familiar with those studies?
10   A   Yes.
11   Q   Do you know where Kay Hobbs' or Sherrie Barnes'
12  exposure would have ranked in terms of what was measured
13  in the Team studies? Meaning, were they higher or lower
14  than general ambient background levels?
15   A   Well, what I have indicated, I think, before
16  the break was, that it is likely that the benzene levels
17  were higher than background. I don't think there is any
18  doubt that the naphthalene, PAH, dioxin, and penta
19  levels were higher than background; but whether or not
20  benzene was estimated or any measurements were taken of
21  benzene outside the property, at this point, I don't
22  know of any data on that point.
23      I think that Dr. Sharma has done some estimates
24  about benzene. I have to look at his report to see. I
25  do believe he has given some estimates about what would

1131

1   be present in some of the homes of benzene levels in the
2   air; but I don't recall from memory what those were.
3       But it would be my impression that
4   qualitatively the levels of exposure to benzene would be
5   higher than background.
6    Q   And I understand that qualitative opinion and I
7   understand the basis for it, but you don't have any
8   quantitative data which indicates how much higher or
9   whether it was a higher level of exposure compared to
10  background?
11   A   That's correct.
12   Q   What is the source of benzene exposure from the
13  Koppers plant?
14   A   It is a natural constituent of creosote.
15   Q   Do you know what percentage in a typical
16  creosote sample, if there is such a thing, a range of
17  creosote samples what percentage is in benzene?
18   A   Well, it ranges, you know. As I recall, in the
19  liquid, it is fairly low. Maybe -- I don't know -- .1
20  percent .2 to 3 percent of liquid.
21      In the vapor, I believe, because it is much
22  more volatile than many of the other components, that it
23  is present in maybe 10 times that level, 1 to 2 percent,
24  3 percent of the vapor is benzene.
25   Q   Have there been studies that have examined the

1132

| 1 | levels of benzene normally found in human breath? | 1 | with adverse effects that causes cancer, immune system |
|---|---|---|---|
| 2 | A Yes. | 2 | dysfunction, neurologic dysfunction; and I think it is |
| 3 | Q We exhale benzene? | 3 | really kind of amazing that people were able to survive |
| 4 | A Well, it is a contaminate, unfortunately, of | 4 | as long as they did. And as many a people surviving in |
| 5 | our entire urban environment. It is in gasoline in the | 5 | that community as they have is really quite remarkable, |
| 6 | rate of 2 percent of gasoline now is benzene by weight | 6 | given the onslaught of the exposures they've had. |
| 7 | and higher amounts in the gasoline vapor for the same | 7 | Q Did you bring your billing records for this |
| 8 | reasons that I have just stated. | 8 | case with you today? |
| 9 | So when we live next to automobiles, there is | 9 | A Well, I didn't bring anything on paper except |
| 10 | benzene that arises from that source. And thus, all of | 10 | the records of Sherrie Barnes and Kay Hobbs. I think I |
| 11 | us have benzene in our bodies and therefore, in our | 11 | have -- I don't know if it is on my CD or not. I have |
| 12 | breath. | 12 | to look and see. My staff said they put everything on |
| 13 | Q Do you have an opinion regarding the mechanism | 13 | the CD that was requested. |
| 14 | by which benzene causes breast cancer or could cause | 14 | Q Okay. If that is on the CD, can you produce it |
| 15 | breast cancer? | 15 | after the deposition? I do not want to take the time |
| 16 | A Well, benzene forms adducts. And it is a | 16 | right now, but if it is there, I would like copies of |
| 17 | mutagen. It is an alkylating agent. It does create the | 17 | it. |
| 18 | same types of disruption of DNA as we talked about with | 18 | A Okay. |
| 19 | PAHs. | 19 | Q Do you know how much you billed Lundy and Davis |
| 20 | In fact, benzene is sometimes referred to as a | 20 | to date for your work on the Grenada creosote |
| 21 | radiomimetic agent. It has the same effect as radiation | 21 | litigation? |
| 22 | on cells. | 22 | A No, I don't. |
| 23 | Benzene also probably disrupts lipid membranes | 23 | Q Prior to this case, the Grenada creosote |
| 24 | in the cell wall. And thus, would add a stress to the | 24 | litigation, you worked for the Lundy and Davis firm in |
| 25 | cell from that mechanism, but the main one that is | 25 | the Columbus, Mississippi creosote litigation? |
|   | 1133 |   | 1135 |

| 1 | focused on is its ability to denature or damage DNA. | 1 | A That's correct, yes. |
|---|---|---|---|
| 2 | Q Do you believe that benzene is an | 2 | Q And you worked with them in the Arkansas |
| 3 | immunosuppressant? | 3 | chicken litter litigation; is that right? |
| 4 | A Yes. | 4 | A Yes, sir. |
| 5 | Q Is that the same thing as damaging DNA? | 5 | Q And are you currently working with the Lundy |
| 6 | A No. The mechanisms of immunosuppression | 6 | and Davis firm other than the Arkansas chicken litter |
| 7 | probably has to do with this cell wall damage that by | 7 | litigation and this Grenada creosote litigation? |
| 8 | disrupting the lipopolysaccharides in the cell wall, it | 8 | A I don't recall. |
| 9 | alters the function of the cell lipocyte such that it | 9 | Q Are they currently handling cases involving |
| 10 | doesn't process the antigens properly. | 10 | Kerr McGee plants in Pennsylvania and other places? |
| 11 | The mechanism of immunosuppression is not well | 11 | A No. That Pennsylvania case settled along with |
| 12 | understood. It has not been studied in any detail. But | 12 | the Columbus, Mississippi case. And they are not |
| 13 | suffice it to say, that the animal studies and limited | 13 | pursuing any cases against Kerr McGee. |
| 14 | human studies clearly show that a benzene does interfere | 14 | Q Do you know how much you have been paid by |
| 15 | with normal immune function. Making one more | 15 | Lundy and Davis in the last ten years? |
| 16 | susceptible to infection and cancer as well as a result | 16 | A No. |
| 17 | of immune system inhibition and disruption. | 17 | Q Do you know how much you have been paid by |
| 18 | And interestingly enough, I think it is | 18 | Lundy and Davis over the last five years? |
| 19 | important that we also comment on the fact that | 19 | A No. |
| 20 | pentachlorophenol is another chemical that has been | 20 | Q Do you know how much you have been paid by |
| 21 | shown to effect the immune system adversely. | 21 | Lundy and Davis in the last year? |
| 22 | So you have two chemicals here that are quite | 22 | A No. |
| 23 | well-known to effect the immune system. | 23 | Q Other than this case; that is, the Grenada |
| 24 | So Kay Hobbs and the others have been exposed | 24 | creosote litigation, what other creosote cases are you |
| 25 | to just a whole toxic soup, if you will, of chemicals | 25 | currently working on? |
|   | 1134 |   | 1136 |

16

1   A  A case in Sutton, West Virginia involving a
2   creosote plant there. I think that is the only one that
3   comes to mind. There was one other I was working on but
4   it settled a few months ago.
5   Q  Was that the Jerome, Florida litigation?
6   A  Jerome, Florida.
7   Q  Are you currently involved in any litigation in
8   De Soto County, Florida?
9   A  I don't know where De Soto County is.
10  Q  There is a newspaper that either cited your
11  work or quoted you regarding a wood treating plant
12  somewhere in the Pacific Northwest, either Washington or
13  Oregon. Are you currently working on any creosote cases
14  in Washington or Oregon?
15  A  No. That quote in the newspaper came from a
16  woman who called me one day after she read my paper in
17  Environmental Research. And she asked me if I thought
18  it would be potentially hazardous to live next to a wood
19  treatment plant, and I said, "Yes." And I think she
20  then quoted me in talking to the newspaper people.
21  Q  Now, you were involved in the Crystal Springs
22  litigation; is that right?
23  A  Yes, Crystal Springs, PCB case, I was involved
24  in that.
25  Q  Is that case currently still pending?
                                                      1137

1   A  It has been resolved.
2   Q  In the Jerome, Florida litigation, did you give
3   any opinions about the potential for creosote exposure
4   to cause breast cancer?
5   A  You know, I think there were some breast cancer
6   cases in that litigation. I'm pretty sure there were a
7   couple.
8   Q  How about in Sutton, West Virginia? Have you
9   given any opinions on creosote or pentachlorophenol?
10  A  No, it hasn't reached that stage. We are still
11  talking about the -- I think what they -- what that case
12  is about is about medical monitoring and it does not
13  involve any personal injuries.
14  Q  In Sutton, West Virginia, have you done any
15  biological testing for exposure to creosote or
16  pentachlorophenol?
17  A  No, I have not done any testing at all. I just
18  reviewed some of the data and environmental testing that
19  has been done. The case keeps being delayed by various
20  legal factors.
21  Q  In this case, in the Grenada creosote
22  litigation, have you reviewed Dr. Guzelian's expert
23  report on Sherrie Barnes?
24  A  Well, I saw his overall expert report where he
25  offered his rebuttals to my report and I don't recall
                                                      1138

1   specifically one on Sherrie Barnes. It may have been
2   included in that. I would have to double-check. I
3   got -- that is definitely on my DVD.
4   Q  Do you have any specific comments or criticisms
5   regarding Dr. Guzelian's opinions?
6   A  Well, I have to go through the report line by
7   line. I think I would certainly have to disagree with
8   his conclusion that, A, the people in this case had not
9   had significant exposure to harmful agents from creosote
10  and pentachlorophenol and dioxin and PAHs. And I think
11  his opinion is that these people have not sustained any
12  harmful exposures. I would have to disagree with that.
13      He further disputes whether or not there is
14  sufficient evidence to support the notion that these
15  people have elevated exposures to dioxin and PAHs based
16  on the biological monitoring tests that I've performed.
17  I have to disagree with him about that.
18      I have to say, I just have to disagree with him
19  on about everything that he said because I think he
20  misquoted the papers, the research papers. I don't
21  think he accurately reflected the literature in terms of
22  the health effects attributable to these compounds.
23      And in particular, he takes issue with the
24  evidence that there is a link between PAHs and dioxin
25  and breast cancer. I think he is just dead wrong about
                                                      1139

1   his interpretation on the literature on that.
2       I suppose I could go on, but, you know, I don't
3   think there is much in his report that I would say I
4   agree with except for maybe the date.
5   Q  All right. Let's talk about Dr. Wong's paper
6   in this case. Dr. Wong's paper generally about creosote
7   health effects.
8   A  Yes.
9   Q  Do you have any specific comments or criticisms
10  about Dr. Wong's opinions?
11  A  Yes. I think his study of the workers in the
12  Koppers' facilities does show evidence of health
13  effects. In spite of the fact that his study design was
14  faulty, that he included people with one day of working
15  in the plant, which I don't think would be appropriate.
16      Most of his workers have less than 20 years of
17  latency. He only got 15 percent of the people who had
18  proper latency. So he had a young workforce. The
19  average age, I think, was maybe mid 40's.
20      There is no way that you could -- there is no
21  way -- the point is that he could have looked back.
22  What he did was, he picked a date. I think he picked --
23  what was it? -- '79. So he only looked at workers that
24  had been hired from '79 forward. He could have gone
25  back because, obviously, Tabershaw in his earlier study
                                                      1140

                                                      17

| | |
|---|---|
| 1 had data on workers that went back into the '40's. And | 1 And an example would be that he put the guys |
| 2 he would have been much better off to include those | 2 that were unloading the ties in the drying area -- I |
| 3 longer-term workers. So he would have had older workers | 3 think they call them loaders -- in the low exposure |
| 4 and people with proper latency. | 4 group. |
| 5 But in spite of those deficits, he showed an | 5 The Creosote Council study showed that those |
| 6 increase of lung cancer in those that had proper | 6 people have high exposure. So he misclassified the |
| 7 latency. And he showed an increase in multiple myeloma, | 7 exposures, which would tend to mess up his data |
| 8 which has been reported in other creosote worker | 8 analysis. |
| 9 studies. | 9 And you know, I have grown skeptical of studies |
| 10 So, anyway, I think his study isn't -- isn't | 10 where, you know, with this type of design so -- I guess, |
| 11 really designed to answer the question he asked, which | 11 that is all I have to say about Dr. Wong's study at this |
| 12 is, is there an increased risk of cancer in the creosote | 12 time. |
| 13 workers? | 13 Q Have you reviewed Dr. Cole's report? |
| 14 At least not optimally designed. And in spite | 14 A Yes. |
| 15 of that, he showed some positive effects which he then | 15 Q Do you have any comments or criticisms |
| 16 tries to explain away by doing a nested case control, | 16 regarding Dr. Cole's report? |
| 17 where he uses other people who died as his controls. | 17 A Yes. His main purpose was to criticize my |
| 18 And you know, you don't do that. | 18 study, and I think some of his criticisms were really |
| 19 What you would do is you would compare them to | 19 kind of petty. Like he thought there were some errors |
| 20 the whole cohort, not just a deceased cohort. So he | 20 in the text of some of the figures and tables, but his |
| 21 made a technical error in the way that he did his nested case | 21 essential point is that the way that we did the study, |
| 22 control. | 22 the 1242 people that we did the questionnaire on which |
| 23 And I might also point out that a lot of the | 23 we based most of our conclusions, he said that they were |
| 24 cancers that we are interested in do not result in | 24 not representative of the community. Well, that is not |
| 25 death. They result in cancer which requires extensive | 25 true. |
| 1141 | 1143 |

| | |
|---|---|
| 1 treatment and the person may live for many years. He | 1 They were very representative of the community. |
| 2 did not do a morbidity study. He did a mortality study. | 2 And his argument that patients who come forward in a |
| 3 And I think I've indicated earlier that | 3 lawsuit are by definition going to have more illness |
| 4 mortality studies tend to miss a lot of things, | 4 than the general population. There is no shred of |
| 5 particularly if you got a young cohort like this because | 5 evidence to support that notion. I mean, there is not a |
| 6 a lot of these men would have had a likelihood of | 6 single published study that supports that notion. |
| 7 developing cancer but still be treating and not dead | 7 And the one published study that did examine |
| 8 yet. | 8 that question; namely, were people that volunteered to |
| 9 So, I mean, I can go on, but there are other | 9 be plaintiffs in a lawsuit significantly different than |
| 10 criticisms that I can make of the study, but overall I | 10 people who did not come forward in a lawsuit but had |
| 11 think it is the kind of study that Dr. Wong frequently | 11 similar exposures, that was the Allred and Burg study |
| 12 does where he, you know, includes people with no | 12 which I quoted, he claimed in his paper that that paper |
| 13 exposure. | 13 did not say what I said it said. Well, I will let the |
| 14 I went through the records that were sent and I | 14 paper speak for itself, but I think for him to say that |
| 15 found several people who worked in the plant for one or | 15 is just plain wrong. |
| 16 two days that were included in his study. Now, why | 16 He writes in his report that the Allred and |
| 17 would you do that? Unless you were trying to delude the | 17 Burg study just shows no such thing, period, which he |
| 18 effect. | 18 doesn't say what it does say. He does not discuss the |
| 19 He also studied people that worked in the | 19 paper and say, oh, that Dr. Dahlgren says X, but really |
| 20 office. You know, admittedly, they may have had some | 20 Y is true. |
| 21 exposure by being in the office, but his exposure | 21 Anyway, I think Dr. Cole is -- you know, he is |
| 22 assessment -- in other words, his surrogate for dose put | 22 certainly entitled to his opinion, but the paper was |
| 23 some people in the category of high exposure, who may | 23 published in the most prestigious environmental journal, |
| 24 have had high exposure; but he clearly put some people | 24 and it was reviewed by peers, who are qualified |
| 25 in the lower exposure category, who had high exposure. | 25 epidemiologists and toxicologists and environmental |
| 1142 | 1144 |

| 1 | occupational medicine experts. |
| 2 | And if Dr. Cole disagrees, he is disagreeing |
| 3 | not only with me, but my fellow authors, and also the |
| 4 | reviewers and the editor of the journal, who all felt |
| 5 | that the paper had a great deal of merit and a great |
| 6 | deal of value; in spite of the fact that it was, as I |
| 7 | admitted and made quite clear, a study done on a group |
| 8 | of people that were involved in litigation. |
| 9 | It would appear that Dr. Cole is of the opinion |
| 10 | that you can't publish data if it is obtained in the |
| 11 | process of litigation, which I think is completely |
| 12 | incorrect. |
| 13 | There is lots and lots of publications over the |
| 14 | years that involved people involved in litigation. |
| 15 | Those two things by no means disqualify the data that |
| 16 | was generated from looking at these groups of people. |
| 17 | Q   Okay. Going back to your Columbus, Mississippi |
| 18 | paper, and this is the one -- I think this is the one we |
| 19 | talked about off the record and I did not bring a copy |
| 20 | of it with me. |
| 21 | And what I would like to do, if it is all right |
| 22 | with you, Keith, is I do have a copy of it. It is a |
| 23 | published paper in Environmental Research. I will print |
| 24 | a copy and mark it as deposition Exhibit No. 26 and send |
| 25 | it to the court reporter, so we can include it. |

1145

| 1 | MR. PRUDOMME: Okay. No objection. |
| 2 | THE WITNESS: Should I put it up on my machine? |
| 3 | MR. HOPP: If you would, that might be helpful. |
| 4 | Q   Deposition Exhibit 226 will be your paper |
| 5 | entitled Health Effects on Nearby Residents of a Wood |
| 6 | Treatment Plant, published in Environmental Research, |
| 7 | and the date is 2003. |
| 8 | (Defendants' Exhibit 226 was marked |
| 9 | for identification by the court |
| 10 | reporter.) |
| 11 | BY MR. HOPP: |
| 12 | Q   Now, just as a preliminary question, |
| 13 | Dr. Dahlgren, do you intend to rely on this paper, |
| 14 | deposition Exhibit 226, for the purpose of your opinions |
| 15 | with respect to Sherrie Barnes and/or -- |
| 16 | MR. PRUDOMME: Kay Hobbs. |
| 17 | BY MR. HOPP: |
| 18 | Q   -- Kay Hobbs? |
| 19 | A   Yes. |
| 20 | Q   Does your Health Effects paper address |
| 21 | increased risk of breast cancer? |
| 22 | A   No. |
| 23 | Q   So in what way do you believe your Health |
| 24 | Effects paper is related to your opinions regarding |
| 25 | Sherrie Barnes or Kay Hobbs? |

1146

| 1 | A   Well, it shows an increased risk of cancer as |
| 2 | Dr. Cole put it in a health emergency-type excess of |
| 3 | breast cancer -- of overall cancer. |
| 4 | We don't do a separate analysis of the |
| 5 | different types of cancer; mainly, because they are |
| 6 | relatively small numbers. The number of cancers we had |
| 7 | overall were -- let's see, where is it? We had 126 |
| 8 | people reporting cancers. That is a relatively small |
| 9 | number to start doing specific cancer prevalence on. |
| 10 | I don't recall from memory how many breast |
| 11 | cancers there were in this population or how many would |
| 12 | have been predicted. I just don't have that memorized, |
| 13 | but I think the finding of the excess cancer prevalence |
| 14 | in this population is significant for the Sherrie Barnes |
| 15 | and Kay Hobbs cases. |
| 16 | Q   Now, let me show you what we previously marked |
| 17 | as deposition Exhibit No. 7. Deposition Exhibit 7 is an |
| 18 | earlier version of the same paper, is that right, the |
| 19 | Health Effects on Nearby Residents of a Wood Treatment |
| 20 | Plant? |
| 21 | A   Yeah, I guess, it is. I don't see Harpreet's |
| 22 | name on this. This must have been an earlier draft. |
| 23 | Q   Now, the version we see identified as |
| 24 | deposition Exhibit 7, is that the version that was |
| 25 | submitted to the journal Environmental Medicine? |

1147

| 1 | A   I don't recall. |
| 2 | Q   Let me hand you what we are -- what we have |
| 3 | marked as deposition Exhibit 227. This is a letter to |
| 4 | you from Dr. Anne Cockcroft, the editor of the journal |
| 5 | Environmental Medicine. |
| 6 | (Defendants' Exhibit 227 was marked |
| 7 | for identification by the court |
| 8 | reporter.) |
| 9 | BY MR. HOPP: |
| 10 | Q   Are you familiar with this letter? |
| 11 | A   Well, I don't remember it independently, no. |
| 12 | Q   Do you remember that your Health Effects paper, |
| 13 | an earlier version of it, was submited to Environmental |
| 14 | Medicine and the Environmental Medicine declined the |
| 15 | paper? |
| 16 | A   Obviously, that is what the letter says. |
| 17 | Q   And that is what is reflected in deposition |
| 18 | Exhibit 227? |
| 19 | A   Correct. |
| 20 | Q   And did you then after March, 2001 make |
| 21 | revisions to the Health Effects paper before you |
| 22 | submitted it to environmental research? |
| 23 | A   What was the question again? |
| 24 | Q   After you received the letter, deposition |
| 25 | Exhibit 227, in March of 2001, did you make revisions or |

1148

19

| | |
|---|---|
| 1 change the paper at all before you submitted it to | 1 reviewers were? |
| 2 Environmental Research, which is the journal that | 2   A   No. |
| 3 eventually published it? | 3   Q   That is not unusual; right? You get reviewers' |
| 4   A   Did we make revisions? | 4 comments and you are blinded, if you will, to the |
| 5   Q   Yes. | 5 identity of the reviewer? |
| 6   A   Yes, many revisions. Sure. | 6   A   That's correct. You don't know who it is. |
| 7   Q   Can you tell me generally what sort of | 7   Q   The first comment is "Internal |
| 8 revisions you made before you submitted the paper? | 8       Validity of the study, insufficient |
| 9   A   We have to go through the paper line by line. | 9       info, reached choice of exposed and |
| 10 It is, essentially, the same, but it has got a number of | 10       unexposed cohort." |
| 11 changes. Probably the most important thing was we | 11       Did you address that comment with your Exposure |
| 12 submitted a companion paper which outlined a great deal | 12 Assessment paper? |
| 13 more information about the exposure side of things. | 13   A   Yes, we tried to give more of a description of |
| 14   Q   Okay. So the other paper is called Exposure | 14 the choice of these two groups. |
| 15 Assessment? | 15   Q   Next comment says, "Serious selection |
| 16   A   That's right. | 16       Bias if exposed cohort selected |
| 17   Q   And I know we previously marked it as an | 17       because complaining of health |
| 18 exhibit. It is your testimony then that you did not | 18       problems." |
| 19 submit the Exposure Assessment paper to the journal of | 19       Do you agree with that comment? |
| 20 Environmental Medicine? | 20   A   I think that would be probably reasonable if |
| 21   A   Correct. One of the things that they were | 21 that was the basis for the selection. Otherwise, we |
| 22 upset about in the original paper submission is that we | 22 only had people who come forward that were sick. |
| 23 did not discuss exposure enough and defined exposure, so | 23   Q   And is it your testimony that that was not |
| 24 that they can understand what exposure meant. | 24 among your selection criteria? |
| 25       We just said, oh, exposure is assumed. They | 25   A   Correct. The criteria was the exposure, and we |
| 1149 | - 1151 |
| 1 lived next to a wood treatment plant. They wanted us to | 1 tried to limit this first 1200 and -- whatever it was, |
| 2 try to give as much information about the exposure as | 2 1200-some-odd -- 1269, who were nearby residents, and |
| 3 possible. | 3 there were people only living on the streets closest to |
| 4       As I said, in the first paper is "nearby | 4 the plant were included. |
| 5 residents" of the plant. We did not go into any detail. | 5       And there was no -- there was no attempt made |
| 6 Obviously, I think it made it a much, much better paper | 6 to look at -- for symptoms or for health problems. |
| 7 to have all of that information about exposure. | 7 Everybody who lived there was invited to participate. |
| 8   Q   And the Exposure Assessment paper was actually | 8   Q   And did -- let's back up.. I'm not sure which |
| 9 published in the same volume of Environmental Research; | 9 paper this is reflected in -- which of your papers. |
| 10 is that right? | 10       When -- sorry. Either repeat or explain that a |
| 11   A   That's correct. | 11 little bit, if you don't mind. |
| 12   Q   So they were kind of companion papers? | 12       The exposed cohort for your Health Effects |
| 13   A   They were companion papers. | 13 paper, which are people who lived on certain streets in |
| 14   Q   Let's look at the Reviewers' Comments. This is | 14 the vicinity of the Columbus, Mississippi creosote |
| 15 Exhibit 227, second page. First of all, this is the top | 15 plant; is that right? |
| 16 right-hand corner, it says, Reviewer 1, 2, and 3. And | 16   A   Yes. The limit was that they could not live |
| 17 we got comments from Reviewers' 1 and 2 attached. | 17 more than a mile away, but most of them lived much |
| 18       Do you remember was there a third reviewer? | 18 closer than that. For example, there was a set of homes |
| 19   A   Not to my knowledge. | 19 right next to the plant and there was a set of homes |
| 20   Q   And I don't know enough about how they do this. | 20 next to a creek -- not a creek, but a runoff ditch which |
| 21       What does "stat" mean on this document? | 21 frequently overflowed and that we measured and had high |
| 22   A   I don't know. That is something internal to | 22 concentrations of the chemical. |
| 23 that journal. | 23       So people living along that ditch. People |
| 24   Q   Look at the Reviewer Comments. This is | 24 living on the immediate surrounding streets were the |
| 25 Reviewer No. I. Do you know, first of all, who these | 25 people that were chosen. |
| 1150 | 1152 |

1    Q    And did you -- strike that.
2         Were all of the people who lived in the area
3    that was covered by the study plaintiffs in the lawsuit
4    against Kerr-McGee at the time the study was initiated?
5    A    They were probably -- if they weren't, they
6    were potential plaintiffs. In other words, they were --
7    I didn't record whether they were active plaintiffs at
8    the time or not; but I think many of them did sign up to
9    become plaintiffs. And so they were all eligible.
10   Q    At the time that the study was initiated and
11   you selected your exposed -- your area of exposed
12   population, this area of certain blocks, did you look
13   for people who had lived there previously or was your
14   study designed to look at people who lived there at the
15   time that you initiated the study?
16   A    It was people almost -- almost everyone of them
17   still lived there and had lived there for at least five
18   years.
19   Q    Living there for five years was another one of
20   the selection criteria?
21   A    Yes. I don't recall if we had a few children
22   that might have lived there less than that because of
23   their age.
24        I'm pretty sure the average duration of
25   residents was about 12 years, as I recall. But all of
                                                    1153

1    them had lived there for a significant length. Most of
2    them had lived there for a long time.
3    Q    Is it accurate to call your health effects
4    paper a cross-sectional examination of the people who
5    lived in that study area at that time?
6    A    Yes, it was a cross-sectional study. There
7    were people, at a given point in time, who were looked
8    at. That is called a cross-sectional study, as opposed
9    to a cohort study where you identify people and then
10   follow them for a time.
11   Q    So this was, essentially, a snapshot of these
12   people at the time the study was done?
13   A    Yes.
14   Q    What was your participation rate after you had
15   selected the blocks, you know, the geographic area of
16   where your study was going to -- that your study was
17   going to address?
18   A    Well, we didn't have an exact count of how many
19   people were in those blocks, but it -- using, I think,
20   three residents per home as an estimate, I think the
21   total number of people that would have been, you know,
22   in those blocks and in that relatively confined area was
23   no more than about 2,000. So we got 1241 or whatever it
24   was of those folks.
25   Q    So 70 percent or so?
                                                    1154

1    A    Something in the 70 percent range, that's
2    right.
3    Q    What you just gave me is an estimate of three
4    people per home. Did you -- did you look at census data
5    or phone books or some other way to actually quantify
6    how many people did live in the study area, or was your
7    prior answer based on that study?
8    A    In order to do that, we would have had to be
9    selecting people from a census track where they actually
10   count the number of people in a given census track or
11   maybe a zip code.
12        And then we would have to extend the area of
13   people that we were studying because those areas would
14   be quite a bit larger than the group we looked at.
15   Census track has a much larger population.
16   Q    Census tracks don't coincide with the cohort
17   study area that you were interested in?
18   A    Right.
19   Q    How then did -- once you identified the study
20   area, how did you go about contacting the people who
21   lived in those homes to see whether they were interested
22   in participating in the study?
23   A    There were notices put up in the neighborhood.
24   Most of the people learned about it from their church,
25   wherever they went on Sunday morning, and the pastors of
                                                    1155

1    several of the churches in the area announced the legal
2    case.
3         In fact, they even had some of the lawyers come
4    to the church services and explain what they were doing
5    and inform people that way.
6    Q    Now, this happened in Columbus, Mississippi.
7    Lawyers went to church services and told people what was
8    going on?
9    A    Yes.
10   Q    Were you present at any of these presentations?
11   Do you know what was said to these people?
12   A    No, I don't.
13   Q    Did you review any sort of script or any sort
14   of statement regarding the study and inclusion criteria
15   or exclusion criterias that was going to be given at the
16   church service?
17        In other words, did you help these lawyers
18   figure out what to say to these people?
19   A    No, I did not review the script or discuss what
20   they should say or not say. That wasn't my role.
21   Q    And then was there a way of verifying -- strike
22   that.
23        So an announcement was made. Did the
24   announcement, to your knowledge, include the geographic
25   area of the study?
                                                    1156

| | |
|---|---|
| 1  A Yes. People were limited if they came from far | 1  peer review for cross-sectional studies like this? |
| 2  away or they hadn't lived there for any length of time, | 2  A It is a standard technique, and it has been |
| 3  they were not included in the study, the questionnaire | 3  used by myself and Mr. Warshaw on many, many other |
| 4  study. | 4  occasions and Mr. Warshaw's studies, many of them have |
| 5  Q All right. So then after the announcements | 5  been published in the peer-reviewed literature. |
| 6  were made, presumably at a Sunday church service, was | 6  I don't know that the issue of proctored |
| 7  there then a period of time where people came forward | 7  examinations is quote/unquote been subject to peer |
| 8  and you or someone on your behalf interviewed them? | 8  review as to being the way to do things specifically or |
| 9  A No. The questionnaire was done in groups of | 9  not. |
| 10  about 40 or 50 people at the local church. It was a | 10  I can tell you that the advantage of it is that |
| 11  Baptist church that was closest to the plant. | 11  you can do -- it is almost as good as a one-to-one |
| 12  And they would come in in groups of 50 -- 40 or | 12  administered questionnaire in terms of the results that |
| 13  50, and they would be -- they sat down at tables. And | 13  we get, as opposed to sending out a questionnaire in the |
| 14  then we announced, you know, we had the proctors, | 14  mail and expecting people to fill it out on their own, |
| 15  various people administering the questionnaire, announce | 15  where they will have maybe a family member fill it out |
| 16  how to fill it out. | 16  for them. They will misunderstand the questions and |
| 17  They had a slide to put up. Here is how you | 17  have no one to ask. They will leave out things |
| 18  answer the question. Darken the circles. Do not put an | 18  inadvertently or on purpose because they don't know what |
| 19  X because that is a problem. And they were told to fill | 19  the answer is or they are not sure or they just missed |
| 20  it out to the best of their knowledge. | 20  the question. |
| 21  If they had questions, they would raise their | 21  Whereas doing it in this proctored way, you get |
| 22  hands and the proctor would respond to the question | 22  at least all of the questions answered and you know that |
| 23  individually or if they thought it was appropriate to | 23  the person that put their name on the people is also the |
| 24  the group as a whole. | 24  one who filled out the questionnaire. |
| 25  And then when they finished the questionnaire, | 25  Q Okay. That was my next question. Did you |
| 1157 | -  1159 |

| | |
|---|---|
| 1  they would bring it up to the proctors. The proctors | 1  check I.D.'s when people came in, to make sure that they |
| 2  would go through it and make sure they answered all of | 2  were who they said they were? |
| 3  the questions as much as they could on a quick review | 3  A Yes, we actually did do that. |
| 4  that those questions were -- made sense. | 4  Q Did you require proof of address to show that |
| 5  For example, that if they started smoking | 5  they lived in your study area? |
| 6  before they were born, they would, you know, question | 6  A Yes. When they showed their I.D., they would |
| 7  them about that. That sort of thing. But, basically, | 7  have an address on there. So it would be verified. The |
| 8  it was for completeness of the questionnaire. | 8  attorneys were actually helpful in that regard because |
| 9  Q Now, who were the proctors? | 9  they didn't want people who wouldn't qualify as |
| 10  A Proctors are various people in my office and | 10  plaintiffs. So they actually were involved in that |
| 11  also in Ray Warsaw's office, who had been trained to do | 11  process of screening of the people to make sure that |
| 12  this, have done it many, many times in different | 12  they were in the study area. |
| 13  settings. | 13  Q Were there any other people who came in for the |
| 14  It is a fairly straight forward activity, but | 14  study, who you ended up having to reject because they |
| 15  we try to be careful to provide a consistent | 15  lived outside of the study area or otherwise, did not |
| 16  administration and instruction. So we are telling the | 16  meet your selection criteria? |
| 17  people each time we do it, we just say the same things | 17  A Yes, but I don't recall how many, but I know |
| 18  to people. So that there is not a -- any differences in | 18  there were some. |
| 19  the way they are administered to both the exposed and | 19  Q And at any point, did you or anyone else that |
| 20  the controls. | 20  you know go door to door on this neighborhood to see if |
| 21  Q Has this method, the method that we have just | 21  there were other people who met this criteria, but did |
| 22  gone through; that is, the announcement in the | 22  not show up to this proctor questionnaire? |
| 23  neighborhood or local churches followed by groups of | 23  A No. Because the attorneys were reluctant to do |
| 24  people coming in and being proctored through filling out | 24  that because it would appear as though they were |
| 25  a questionnaire, has that method ever been subject for | 25  soliciting. They wanted it to be entirely voluntary. |
| 1158 | 1160 |

| 1 | Q So to the best of your recollection, the |
| 2 | selection criteria was a certain period of time living |
| 3 | in the neighborhood and a certain geographic area? |
| 4 | A That's correct. |
| 5 | Q Were any of the people in your study, the |
| 6 | cohort that is covered by your Health Effects paper |
| 7 | workers at the Columbus, Mississippi plant? |
| 8 | A No. I think -- I think there were some |
| 9 | ultimate plaintiffs who worked in the plant for a short |
| 10 | time, but I don't think -- I would have to go back and |
| 11 | look at the data. There might have been one or two. |
| 12 | Q Do you remember working at the plant as being |
| 13 | an exclusion criteria or it just worked out that way |
| 14 | that the people who worked in the plant did not show up |
| 15 | or they did not fall within the selection criteria? |
| 16 | A Well, as I said, I think there were one or two |
| 17 | people that worked there briefly. I think the current |
| 18 | workers did not want to apply because they felt they |
| 19 | would lose their jobs if they sued. |
| 20 | But I don't know if -- I know we have the data |
| 21 | in the database. We can look it up, but my recollection |
| 22 | is that there were one or two guys that worked there for |
| 23 | a short time. |
| 24 | Q Now, looking, again, this is Exhibit 227, the |
| 25 | second reviewer's comment. |

1161

| 1 | "The list of subjects who completed |
| 2 | the questionnaire were sorted by sex |
| 3 | and age based on upon questionnaire |
| 4 | responses. An age- and |
| 5 | sex-stratified sample of 240 subjects |
| 6 | was selected alphabetically by |
| 7 | calling subjects in the order in |
| 8 | which they were sorted until age and |
| 9 | sex cell was filled." |
| 10 | Q What do you mean by age and sex cell? |
| 11 | A We wanted to have a certain number of males, |
| 12 | certain age groups, a certain number of females, a |
| 13 | certain age groups. I think we divided them into |
| 14 | five-year age groups. So that we would be doing a |
| 15 | random analysis of the larger population. |
| 16 | Q So your age and sex cells had actually 240 |
| 17 | slots for people? |
| 18 | A Yes. |
| 19 | Q Your stratification resulted in a sample size |
| 20 | of 240? |
| 21 | A Right. |
| 22 | Q And then 221 people showed up for examination? |
| 23 | A Right. 19 people who we asked to participate |
| 24 | did not. |
| 25 | Q And, again, I just want to understand the |

1163

| 1 | A You mean the first reviewer's? |
| 2 | Q I mean the first reviewer's comment, but the |
| 3 | second comment from the first reviewer. |
| 4 | The question is how were exposed cohorts |
| 5 | identified and how/why 1279 to 221 chosen and then the |
| 6 | question mark participation range. |
| 7 | At a certain point, you drilled down in your |
| 8 | cohort of over 1200 people, down to 221 people to do |
| 9 | some more extensive studies; is that right? |
| 10 | A That's right. |
| 11 | Q How did that operation work? How were those |
| 12 | 221 people chosen? |
| 13 | A We sorted them by sex and age, and then |
| 14 | stratified them into groups. So we could pull out of |
| 15 | the larger population a subgroup that would be |
| 16 | representative of the whole group for further study. It |
| 17 | is explained in the paper in the method section. |
| 18 | Q Can you direct me to that? I would like to |
| 19 | know the inclusion criteria for the 221 people. |
| 20 | A Age and sex basis that was all from the |
| 21 | questionnaire and subjects. |
| 22 | Q And then were those people -- okay. Let me |
| 23 | back up. You got -- let's see. I am looking at |
| 24 | Materials and Methods. |
| 25 | A The right-hand column on that Page 2. It says, |

1162

| 1 | process. You took the 1200-some questionnaires and went |
| 2 | through them and sorted them into categories, and when |
| 3 | you filled your cells, then you stopped? |
| 4 | A Well, yeah, when all of the cells were filled, |
| 5 | we stopped calling people. |
| 6 | Q When you say "calling people," you actually got |
| 7 | on the phone and said you have been selected for further |
| 8 | study, please come in, and we want to look at you? |
| 9 | A Yes. |
| 10 | Q How was the number 240 generated? What was the |
| 11 | operation that you went through to come up with that |
| 12 | number of people in the cell? |
| 13 | A Dr. Thorton, our statistician, felt that we -- |
| 14 | that would be a sufficient number to have a reasonable |
| 15 | likelihood of showing statistically significant |
| 16 | differences when compared with the control group. We |
| 17 | would have 120 men, 120 woman. |
| 18 | Q So, roughly, 20 percent of the population that |
| 19 | had filled out the questionnaires to begin with? |
| 20 | A Right. He, I believe, did a power analysis and |
| 21 | said look, if the difference in the populations are like |
| 22 | 30 or 40 percent, this number should be sufficient to |
| 23 | detect a difference. |
| 24 | Q Okay. Going back to Exhibit 227, this is the |
| 25 | first reviewer's set of comments, comment No. 3. It |

1164

23

says, "Were interviewers/investigators
blinded to exposed/not status?"
What is your answer to that question?
A   No. We had no way of doing that. In other
words, the exposed population was in one city and
unexposed in another.
Q   In another city.
A   In another city. So we were not able to blind
the examiners to the exposed or unexposed.
Q   So if they knew if somebody was in Columbus,
Mississippi, he or she would have been exposed?
A   Right.
Q   And the unexposed population was from Selma,
Alabama?
A   Right.
Q   So if they knew they were from Selma, they were
unexposed?
A   That's right.
Q   Comment No. 6, Exhibit 227, second page, the
question is, Was the questionnaire used previously -- I
think it says -- piloted/validated/used before, or was
it newly developed for the study?
What is your response to that question?
A   The questionnaire had been used extensively in
many prior studies.

1165

Q   Comment No. 7, "Results tables need
To stand along and need more units."
Was that something that you addressed when you
resubmitted the paper?
A   Yes.
Q   How?
A   Well, I don't recall, but I think we addressed
that to some degree. He didn't like our tables. And I
think the tables were changed when we -- let's look at
the demographic table. It is probably about the same.
Q   What is your understanding of what this
reviewer meant when he said, "more units"?
A   Well, in Table 4, it says, exposed 6.9. He
wants to know what that 6.9 meant. I believe that is
correct.
And we tried to address that, I think, in
Table 4 in the revised paper expelling of what the score
means at the bottom, and we did not do that in Table 4
of the first draft.
Q   Let's look at comment No. 8. It says,
"Important to differentiate between
medical and statistical significance
of differences between hematological
values, e.g., the difference of
0.4 in MCHC is not medically

1166

significant even if statistically
significant."
How, if at all, did you address this comment?
A   Well, the guy is wrong. He just doesn't know
enough about hematology, whoever wrote this. It was
probably an epidemiologist.
No. When you have a difference in a population
of .4 in MCHC and you have exposure to benzene, you
probably have a significant defect.
In fact, the next reviewer comments on that, if
I recall properly. He says we should have done more
hematological studies, but the red cell morphology was
something he wanted more information about. The
difference is slightly small, but statistically
significant difference in red indices.
It could have been by chance alone and not
significant, but in this case, given the fact that
benzene was one of the elements that they were exposed
to, it probably does have significance; but we did not
go into great detail about that.
I think we may not have even pursued it because
we had limited information about the MCHC. That was, I
think, in Table 9, and that wasn't the only abnormality
that was seen in the populations.
If you look at Table 9, we kept Table 9 as it

1167

was because it -- what he said is just, you know, not
really correct. I mean, these differences are
significant. He quibbled about this one that the mean
corpuscular hemoglobin concentration MCHC was 31.1 in
the exposed and 31.5 in the controls. And he tried to
say that the .4 wouldn't matter. He ignored the others.
I don't know. Frankly, I think this particular
guy doesn't know much about hematology.
Q   Let's move on to the second reviewer's
comments. I just want you to look at the last
paragraph. This is the last sentence, really
Says, "Therefore, it can be
flatly stated that there is a
dramatic and troublesome increase in
cancers among the exposed study
group." It says, "I suggest that
this statement be included in the
discussion."
Did you include that?
A   I don't recall. I know Dr. Cole would have
certainly included it because he felt it was a public
health emergency. That it was so high, that we had to
be wrong, which is really kind of amazing.
Q   Did you feel it was a dramatic and troublesome
increase in cancers in the exposed study group?

1168

24

1    A  Well, I would agree with that. Yeah, I mean,
2  it is a five-fold increase in cancer which is dramatic.
3      Q  And other than publishing your results and
4  giving them to the attorneys for the purpose of using it
5  in the litigation, did you take any further steps?
6        Did you meet with any public health agencies
7  or --
8    A  I sent a copy of our paper to the Mississippi
9  Department of Public Health. So far I don't think they
10  have done anything about it.
11      But you do know, maybe you don't, but Kerr
12  McGee closed the plant right after this and sold all of
13  its other wood treatment plants. And I think that is
14  pretty -- you know, what was the health department going
15  to do? They closed the plant. What more could they do?
16      Well, what they should do if they were doing
17  their job is they should go to Grenada and follow up on
18  that; but I think the health department in Mississippi,
19  and frankly, in other states as well, doesn't ever do a
20  proactive business. I mean, you can call them up and
21  say, we have a cluster of cancers.
22      And I have done this in California repeatedly.
23  And Dr. Roy Notra, who is the Department of Health
24  epidemiologist, who is in charge of cancer clusters,
25  basically, told me that he doesn't believe in

1169

1  environmental causes of cancer. And he doesn't want to
2  follow any of them up and refuses to. He says it
3  doesn't happen.
4      Now, Dr. Notra, I believe, is incorrect. I
5  believe there are environmental factors in cancer and he
6  should follow them up as a public health official, but
7  he is the guy in charge of California.
8      I have not identified and/or had personal
9  conversations with the people in the health department
10  of Mississippi, but, I guess, I would make this general
11  comment that the public health departments across the
12  country don't seem to take much of the proactive stand
13  in these kind of cases for some reason. I mean, you
14  know what, ask them why they don't something in these
15  cases.
16      Q  Going back to Columbus, Mississippi, was the
17  source of the exposure to the population on your study,
18  the continuing operations of the wood treating plant or
19  the historical operations of the wood treating plant or
20  both?
21    A  Both. It is just like the Koppers' case in
22  Grenada. The children played on the wood in the drying
23  or curing areas, whatever you want to call it, played in
24  the ditches that were loaded with contaminants. And
25  they found dioxin and PAH levels that were as high or

1170

1  higher than Grenada in the ditches and soil around those
2  homes.
3      The defendants actually did dioxin levels in
4  the homes. They did wipe samples on the kitchen counter
5  parts and different parts of the house and found dioxin
6  in the homes. So there was historical as well as
7  current exposure.
8      Q  And as far as you know, was the -- strike that.
9      The plant has been closed down; right?
10    A  The plant was closed shortly after the case
11  settled.
12      Q  Was the plant remediated or has the plant yet
13  been remediated?
14    A  I don't know.
15      Q  Do you know whether the neighborhood was
16  remediated or whether this ditcho got remediated?
17    A  I don't know. I believe it was recommended by
18  myself and others. The homes that are immediately
19  adjacent to the plant, a number of those homes had been
20  purchased by the plant because of the high contamination
21  and the dirt and the house dust.
22      And some of the other homes a block away or a
23  across the street even -- as far as I know, the last
24  time I was there which was many years -- were still
25  there.

1171

1      Q  Do you believe that the people who lived in
2  your study area even today have a higher risk of cancer
3  as a result of ongoing exposure to dirt and soil and
4  things like that in the neighborhood?
5    A  I don't know. I do know that we are looking --
6  seriously at that question in Grenada, and that is the
7  reason for this affidavit, is that we are concerned even
8  if the plant were to stop operating tomorrow, the amount
9  of contamination in the homes and in the soil around the
10  homes is dangerous and it should be remediated.
11      Q  Do you believe that some of the people who
12  formed the study population represented in your Health
13  Effects paper who weren't sick at the time that you
14  published your paper continue to be at a high risk for
15  cancer in the future?
16    A  Oh, yeah, I think that is true. I just don't
17  know what their current exposure is since the plant
18  closed or opportunities of exposure has diminished.
19      I mean, when they were actively operating, the
20  people were just like in Grenada, complaining of
21  symptoms, and particularly late at night when they
22  dehydrated the creosote, there would be strong, strong
23  odors.
24      And then they would have episodic showers of
25  particulates landing on their homes and cars. So when

1172

25

1 they were operating, the contamination was ongoing and
2 fairly high. What ongoing contamination from house dust
3 and soil, and so on is not possible to say.
4    Q  The question, I think you've answered it, but
5 it was slightly different. Just so we are clear, not
6 ongoing contamination, but ongoing risk as a result of
7 historical contamination?
8    A  Oh, yes, that is definitely present.
9    Q  What, if anything, has been done by the
10 Department of Health or another agency? What has been
11 done to try to mitigate that risk?
12    A  I am not aware. I just know some money was
13 given to the people to pay for medical and monitoring of
14 medical care. I.
15       Don't know if anyone has done any proactive
16 health promotion or health screening or risk assessment
17 at the present time.
18    Q  Do you know how many of these people who were
19 covered by the Columbus, Mississippi study, this
20 1200-some people, have since moved out of Columbus,
21 Mississippi?
22    A  Some of them have, but I don't have any data on
23 that. Some of them got some money and used the money to
24 move because they realized it is not the greatest place
25 to be, but I don't know of any statistics on that.
                                                    1173

1    Q  Have you ever heard a lot of them moved out or
2 just a few of them?
3    A  Haven't heard.
4    Q  No qualitative view on that?
5    A  Haven't heard.
6    Q  Let's then talk about your control population
7 for your Health Effects paper. The control population
8 was identified in Selma, Alabama; right?
9    A  Right.
10    Q  How was Selma, Alabama chosen as the town to
11 find a control population?
12    A  Well, it is approximately the same size. It
13 has approximately the same demographics. It has the
14 same social economic profile. It matched in many, many
15 ways.
16       In fact, I believe the defendants hired an
17 epidemiologist to see what the best matched town was and
18 found that, I think, Selma was among the best matched
19 towns around that could be picked. We looked at a whole
20 bunch of towns before we picked Selma.
21       After we did the study, we realized that it
22 wasn't a perfect control because there was a huge --
23 probably one of the largest paper mills in the south
24 five miles outside of Selma and Selma was down wind from
25 that facility.
                                                    1174

1       In other words, it was on the western side of
2 town and the wind blew more than any other time from the
3 west to the east. And so they actually got some
4 downstream pollution from the paper mill.
5       So they didn't have no exposure. They had some
6 exposure that probably did impact their health, but when
7 we compared them to the people in Columbus, it was clear
8 that the people in Columbus were much, much more
9 affected.
10    Q  And paper mills are thought to be at last a
11 source of dioxin pollution; correct?
12    A  That's correct.
13    Q  And that is as a result of the bleach that is
14 used in making paper?
15    A  Yes. The so-called craft process uses
16 chlorine, and then in the process of heating it and
17 mixing it with various organic compounds, the dioxins
18 are formed. Realizing, that Dioxins are toxic in the
19 parts of trillion range. It doesn't take much to make
20 an adverse effect.
21    Q  I think you said you found out about this paper
22 mill after the study was already done?
23    A  Yes. We drove around the town and we did not
24 see any factories or hazardous waste sites and we asked
25 the residents and the preachers and the local church and
                                                    1175

1 we talked to everybody.
2       And they said, do you have any pollution in
3 this town?
4       No, we don't have any pollution. It is a nice,
5 clean town. There is no industry here. It's very, very
6 nice.
7       They forgot five miles outside of town, it is
8 not that far, but they didn't think of it as being part
9 of their town. They thought of it as being far away.
10    Q  Couldn't you smell it?
11    A  No, we never smelled it.
12    Q  Paper mills have a distinct smell.
13    A  I understand that. We did not smell it while
14 we were there. And no one described having problems of
15 odor from the plant. And maybe the exposure was not
16 sufficient to reach them.
17       But if you look at the data in the literature,
18 you would be a little bit concerned that five miles down
19 wind would still be at risk.
20    Q  So you identify Selma, Alabama as a town likely
21 to have a population which is similar and could either
22 be the basis for the selection of controls. What was
23 the next step to actually recruit the control population
24 in Selma?
25    A  Well, as we said in the paper, we went to a
                                                    1176

| | |
|---|---|
| 1 local church. Actually, went to two or three and the | 1   A   After the questionnaire? |
| 2 preachers helped us recruit people that matched our | 2   Q   Well, after you filled in your cells, you had |
| 3 people social/economically. | 3 your 110 people. |
| 4      I think we originally had about 500 people that | 4   A   Well, first, we did the questionnaire on them, |
| 5 we did the questionnaire on and matched our people to | 5 the 449, by the same methods that we had described which |
| 6 the subcategory, the 110 that we used, as the more | 6 is in groups and then the 110, were brought in and they |
| 7 detailed controls for the physiologic testing and the | 7 had a history and physical and a battery of tests, just |
| 8 history and physical by the doctors. | 8 like we did the other people. |
| 9   Q   How many people filled out the questionnaire? | 9   Q   So they actually had medical testing, the 110? |
| 10   A   I think the number was 479, I think. | 10   A   Correct. |
| 11   Q   In Selma? | 11   Q   You attempted to match your cases and controls |
| 12   A   Yes. | 12 per gender; is that right? |
| 13   Q   479. And 110 of those met your matching | 13   A   Yes. |
| 14 criteria? | 14   Q   But then 34 percent of the cases were male and |
| 15   A   And then we sub -- well, they matched. There | 15 29 percent of the controls were male; is that correct? |
| 16 were some slight differences when we finally got down to | 16   A   Yeah, there is a slight difference there. |
| 17 doing the analysis, but basically, they matched in terms | 17   Q   Is that difference significant to you? |
| 18 of race, gender, age, socioeconomic status. And then we | 18   A   It is harder to get men to participate in these |
| 19 did physiologic studies, you know, on a random group of | 19 studies. The difference was not statistically |
| 20 110 out of the 479. | 20 significant. |
| 21   Q   Right. I was just wondering why you didn't | 21   Q   Right. Now, the cases that you controlled that |
| 22 go -- keep going in Selma until you got 240 or at least | 22 you matched was age; is that right? |
| 23 220 people to match up with your Columbus cohort? | 23   A   Yes. |
| 24   A   It was dictated by economics. And Dr. Thorton | 24   Q   Why are the women in the controlled group on |
| 25 felt that that would be a sufficient number to get | 25 average five-years older than the cases? |
| 1177 | 1179 |

| | |
|---|---|
| 1 statistical significance if the differences were | 1   A   Where are you looking? I am looking at Table |
| 2 reasonably wide. | 2 2. The females were 41 and the exposed 46 in the |
| 3      And indeed, he was right. We got quite a large | 3 controls. |
| 4 amount of statistical significance. | 4   Q   The difference of five years. |
| 5   Q   And then your selection matching criteria for | 5   A   You are asking me why that is? Yeah. |
| 6 the Selma population was age, sex, and socioeconomic | 6   Q   If you were matching them, how did that happen? |
| 7 status? | 7   A   Well, we were matching them in five year |
| 8   A   And race. | 8 groups. The difference is not statistically significant |
| 9   Q   And race. And those are the four criteria? | 9 because it is a continuous variable. You know, if you |
| 10   A   Yes, Socioeconomic status, age, sex, and race. | 10 are in the 35 to 40 category, and you have more people |
| 11   Q   And I'm sorry if I am being obtuse, but how do | 11 at 39 in one group and more people at 36 in another, you |
| 12 you do this? How do you go from your 400 or so people | 12 know, you are going to get a difference; and it works |
| 13 who filled out questionnaires in Selma to the 110? | 13 out this way. |
| 14   A   By -- we got everybody on the list. We called | 14      This business of stratifying in five year |
| 15 people until we filled up our cells just like we did in | 15 groups does not allow you to -- it is not a one-to-one |
| 16 the exposure numbers. You want to have somebody who is | 16 match, but it is close. |
| 17 between the ages of 30 and 35 and who is a male. | 17   Q   When you are doing your matching, the baskets |
| 18      You put -- you call somebody. Do you match any | 18 that you use for the matching and the categories that |
| 19 of our open slots? And then if they did, we would put | 19 you are using for the matching is five-year blocks; |
| 20 them in the slot and ask them to participate. | 20 correct? |
| 21   Q   You worked on the list until you filled your | 21   A   That is what we did, yes. |
| 22 baskets? | 22   Q   And when you report the data out, you just give |
| 23   A   Right. | 23 an average age; is that right? |
| 24   Q   And then what is the next step for the people | 24   A   That's right. |
| 25 at Selma? What did you do with them after that? | 25   Q   Didn't over half of the men in the control |
| 1178 | 1180 |

| | |
|---|---|
| 1   population have some college education? | 1   Q   Did you actually then make a diagnosis of |
| 2   A   I don't remember. There was clearly a | 2   chronic bronchitis based on the history that the |
| 3   difference of education levels between the controls and | 3   questionnaire recipients gave you? |
| 4   the exposed for the males. | 4   A   Yes, we would make a diagnosis of chronic |
| 5   Q   Assuming that to be true is that a significant | 5   bronchitis based on the questionnaire responses. |
| 6   difference? | 6   Q   You got asthma diagnosed by an M.D., |
| 7   A   Probably. And it may well be. I don't know if | 7   13.1 percent in the exposed and then 40 percent asthma |
| 8   we discussed this or not in the paper, but we think this | 8   by history of wheezing. Do you see that? |
| 9   might be an exposure effect. | 9   A   Yes. |
| 10   In other words, these are all poor blacks. And | 10   Q   Tell me about that. How did you diagnose |
| 11   the fact that their educational achievement was | 11   asthma by a history of wheezing. |
| 12   significantly lower may well be because of the exposure. | 12   A   They answered a questionnaire question: Do you |
| 13   In all of the statistical analysis where tests | 13   wheeze? And are you normal between attacks? And |
| 14   were sensitive to education, we adjusted for education. | 14   40 percent of the people had said that they subjectively |
| 15   Q   How? | 15   experience wheezing, but only 13 percent said that they |
| 16   A   Well, you use a multiple variant analysis and | 16   were diagnosed with asthma by a doctor. |
| 17   adjust exposure and control for statistically the | 17   Q   It says, "Asthma diagnosed by a doctor." Is |
| 18   educational level. Education level being a continuous | 18   that reflective of a questionnaire answer or did you |
| 19   variable. | 19   actually look at medical records to confirm the |
| 20   Q   Were cases and controls matched for smoking? | 20   diagnosis? |
| 21   A   Yes. | 21   A   That was only by the questionnaire. |
| 22   Q   Why wasn't smoking broken out by gender? | 22   Q   For any of these people in the exposed |
| 23   A   I don't recall offhand. | 23   population, did you look at medical records and confirm |
| 24   Q   Did the exposed group have a longer smoking | 24   the statements that they made in their questionnaire |
| 25   history generally? | 25   answers? |
| 1181 | 1183 |

| | |
|---|---|
| 1   A   Yes. It was two years longer, but, again, not | 1   A   In some of the people that we ultimately worked |
| 2   statistically significant. But, again, where | 2   up for trial, we had medical records to review. We did |
| 3   appropriate, we would adjust for smoking and not | 3   not review the medical records of this whole population, |
| 4   smoking. | 4   no. |
| 5   I think we actually had a continuous variable | 5   Q   Is it significant to you in Table 5 that asthma |
| 6   for smoking as well which we can put into the | 6   in cases and controls occurred at a nearly identical |
| 7   multivariate equation. In other words, we asked how | 7   rate when diagnosed by an M.D. but there was a nearly |
| 8   many cigarettes they smoked, and when they started and | 8   four-fold difference in self-reporting? |
| 9   when they stopped, so that we could actually calculate a | 9   A   Well, it is what it is. I mean, I guess, it is |
| 10   accurate total. | 10   a little bit surprising that there would be such a large |
| 11   Q   So you tried to control for smoking that way? | 11   difference; but it is a three-fold difference really. |
| 12   A   Yes, we did that. | 12   But I don't -- I have actually seen this before |
| 13   Q   Also, look at Table 5 for a second, what is the | 13   in other groups we have looked at. If they live in a |
| 14   difference between chronic bronchitis by history and | 14   contaminated area where there is a lot of heavy air |
| 15   chronic bronchitis diagnosed by an M.D.? | 15   pollution, they will report wheezing. It doesn't reach |
| 16   A   There is some questions that we asked them | 16   the level where they go to the doctor, but it does |
| 17   about the production of cough, cough productive of | 17   result in symptoms. |
| 18   phlegm, and the duration. And if they had recurrent | 18   So, I guess, you can say that it is not |
| 19   cough, productive cough for more than I think it is two | 19   uncommon when you have a lot of air pollution, that you |
| 20   months for two or three years in a row, that would be | 20   have mild wheezing, which would be indicative of asthma |
| 21   chronic bronchitis by history. | 21   by definition. That is how we define it. |
| 22   Whereas there is another question in the | 22   Q   Is there a difference between wheezing and |
| 23   questionnaire asking them if they had been diagnosed | 23   asthma? |
| 24   with chronic bronchitis by an M.D., thus, that is the | 24   A   Not really. If you have wheezing and you are |
| 25   difference in the two groups. | 25   normal between attacks, that by definition means you |
| 1182 | 1184 |