286367), U.S. Department of Health, Education, and Welfare, National Institutes of Health, Bethesda, MD, 1978.

183. Ward, J. M., Lynch, P., and Riggs, C., Rapid development of hepatocellular neoplasms in aging male C3H/HeNCr mice given phenobarbital, *Cancer Lett.*, 39, 9, 1988.

184. Schaeffer, E., Greim, H., and Goessner, W., Pathology of chronic polychlorinated biphenyl (PCB) feeding in rats, *Toxicol. Appl. Pharmacol.*, 75, 278, 1984.

185. Moore, J. A., Hardisty, J. F., Banas, D. A., and Smith, M. A., A comparison of liver tumor diagnoses from seven PCB studies in rats, *Regul. Toxicol. Pharmacol.*, 20, 362, 1994.

186. Hayes, M. A., Lee, G., Tatematsu, M., and Farber, E., Influences of diethylnitrosamine on longevity of surrounding hepatocytes and progression of transplanted persistent nodules during phenobarbital promotion of hepatocarcinogenesis, *Int. J. Cancer*, 40, 58, 1987.

187. Kerkvliet, N. I. and Kimeldod, D. J., Antitumor activity of a polychlorinated biphenyl mixture, Aroclor 1254, in rats inoculated with Walker 256 carcinosarcoma cells, *J. Natl. Cancer Inst.*, 59, 951, 1977.

188. Kerkvliet, N. I. and Kimeldorf, D. J., Inhibition of tumor growth in rats by feeding a polychlorinated biphenyl, Aroclor 1254, *Bull. Environ. Contam. Toxicol.*, 18, 243, 1977.

189. Innes, J. R. M., Ulland, B. M., Valerio, M. G., Petrucelli, L., Fishbein, L., Hart, E. R., Pallotta, A. J., Bates, R. R., Falk, H. L., Gart, J. J., Klein, M., Mitchell, I., and Peters, J., Bioassay of pesticides and industrial chemicals for tumorigenicity in mice. A preliminary note, *J. Natl. Cancer Inst.*, 42, 1101, 1969.

190. Tarjan, R. and Kemeny, T., Multigeneration studies on DDT in mice, *Food Cosmet. Toxicol.*, 7, 215, 1969.

191. Tomatis, L., Turusov, V., Day, N., and Charles, R. T., The effect of longterm exposure to DDT on CF-1 mice, *Int. J. Cancer*, 10, 489, 1972.

192. Turusov, V. S., Day, N. E., Tomatis, L., Gati, E., and Charles, R. T., Tumors in CF-1 mice exposed for six consecutive generations to DDT, *J. Natl. Cancer Inst.*, 51, 983, 1973.

193. Radomski, J. L., Deichmann, W. B., MacDonald, W. E., and Glass, E. M., Synergism among oral carcinogens. I. Results of simultaneous feeding of four tumorigens to rats, *Toxicol. Appl. Pharmacol.*, 7, 652, 1965.

194. Deichmann, W. B., Keplinger, M., Sala, F., and Glass, E., Synergism among oral carcinogens. IV. Simultaneous feeding of four tumorigens to rats, *Toxicol. Appl. Pharmacol.*, 11, 88, 1967.

195. Cabral, J. R., Hall, R. K., Rossi, L., Bronczyk, S. A., and Shubik, P., Effects of long-term intake of DDT on rats, *Tumorigenesis*, 68, 5, 1982.

196. Terracini, B., Cabral, J. R., and Testa, M. C., A multigeneration study on the effect of continuous administration of DDT to BALB/c mice, in *Proceedings of the 8th Inter-American Conference on Toxicology: Pesticides and the Environment, A Continuing Controversy, Miami, Florida 1973*, Deichmann, W. B., Ed., Intercontinental Medical Book Corp, New York, 1973, 77.

197. Terracini, B., Testa, M. C., Cabral, J. R., and Day, N., The effects of longterm feeding of DDT to BALB/c mice, *Int. J. Cancer*, 11, 747, 1973.

198. Thorpe, E. and Walker, A. I. T., The toxicology of dieldrin (HEOD). II. Comparative long-term oral toxicity studies in mice with dieldrin, DDT, phenobarbitone, B-BHC, and γ-BHC, *Food Cosmet. Toxicol.*, 11, 433, 1973.

199. Walker, A. I. T., Thorpe, E., and Stevenson, D. E., The toxicology of dieldrin (HEOD). I. Long-term oral toxicity studies in mice, *Food Cosmet. Toxicol.*, 11, 415, 1973.

200. Kashyap, R., Nigam, S. K., Karnik, A. B., Gupta, R. C., and Chatterjee, S. K., Carcinogenicity of DDT (dichlorodiphenyl trichloroethane) in pure inbred Swiss mice, *Int. J. Cancer*, 19, 725, 1977.

201. Graillot, C., Gak, J. C., Lancret, C., and Truhaut, R., On the modes and mechanisms

of toxic activity of organochlorine insecticides. II. Study in hamster of long-term toxicity of DDT (Fr), *Eur. J. Toxicol.*, 8, 353, 1975.

202. **Cabral, J. R. P., Hall, R. K., Rossi, L., Bronczyk, S. A., and Shubik, P.**, Lack of carcinogenicity of DDT in hamsters, *Tumorigenesis*, 68, 5, 1982.

203. **Scribner, J. D. and Mottet, N. K.**, DDT acceleration of mammary gland tumors induced in the male Sprague-Dawley rat by 2-acetamidophenanthrene, *Carcinogenesis*, 2, 1235, 1981.

204. **Silinskas, K. C. and Okey, A. B.**, Protection by 1,1,1-trichloro-2,2-bis(p-chlorophenyl) ethane (DDT) against mammary tumors and leukemia during prolonged feeding of 7,12-dimethylbenz[a]anthracene to female rats, *J. Natl. Cancer Inst.*, 55, 653, 1975.

205. **Kociba, R. J. and Schwetz, B. A.**, Toxicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD), *Drug-Metab. Rev.*, 13, 387, 1982.

206. **Burg, R. V.**, Toxicology updated — TCDD, *J. Appl. Toxicol.*, 8, 145, 1988.

207. **Flodström, S., Hemming, H., Wärngård, L., and Ahlborg, U. G.**, Promotion of altered hepatic foci development in rat liver, cytochrome P450 enzyme induction and inhibition of cell-cell communication by DDT and some structurally related organohalogen pesticides, *Carcinogenesis*, 11, 1413, 1990.

208. **Pitot, H. C., Goldsworthy, T., Campbell, H. A., and Poland, A.**, Quantitative evaluation of the promotion by 2,3,7,8-tetrachlorodibenzo-p-dioxin of hepatocarcinogenesis, from dimethylnitrosamine, *Cancer Res.*, 40, 3616, 1980.

209. **DiGiovanni, J. A., Viaje, D. L., Berry, T. J., Slaga, T. J., and Juchau, M. R.**, Tumor-initiating ability of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and Arochlor 1254 in the two-stage system of mouse skin carcinogenesis, *Bull. Environ. Contam. Toxicol.*, 18, 552, 1977.

210. **Poland, A. and Glover, E.**, An estimate of the maximum in vivo covalent binding of 2,3,7,8-tetrachlorodibenzo-p-dioxin to rat liver protein ribosomal RNA and DNA, *Cancer Res.*, 39, 3341, 1979.

211. **Wærn, F., Flodström, S., Busk, L., Kronevi, T., Nordgren, I., and Ahlborg, U. G.**, Relative liver tumor promoting activity and toxicity of some polychlorinated dibenzo-p-dioxin- and dibenzofuran-congeners in female Sprague-Dawley rats, *Pharmacol. Toxicol.*, 69, 450, 1991.

212. **Poland, A., Glover, E., and Kende, A. S.**, Stereospecific, high affinity binding of 2,3,7,8-tetrachlorodibenzo-p-dioxin by hepatic cytosol. Evidence that the binding species is receptor for induction of aryl hydrocarbon hydroxylase, *J. Biol. Chem.*, 251, 4936, 1976.

213. **Whitlock, J. P., Jr.**, Genetic and molecular aspects of 2,3,7,8-tetrachlorodibenzo-p-dioxin action, *Annu. Rev. Pharmacol. Toxicol.*, 30, 251, 1990.

214. **Rao, M. S. and Reddy, J. K.**, Peroxisome proliferation and hepatocarcinogenesis, *Carcinogenesis*, 8, 631, 1987.

215. **Bradfield, C. A., Glover, E., and Poland, A.**, Purification and N-terminal amino acid sequence of the Ah receptor from the C57BL/6J mouse, *Mol. Pharmacol.*, 39, 13, 1991.

216. **Lambert, G. H., Humphrey, H. E. B., and Schoeller, D.**, The effects of polybrominated biphenyls (PBB) on the human cytochrome P-450 system, *Pediatr. Res.*, 21, 258, 1987.

217. **Kamrin, M. A. and Fischer, L. J.**, Workshop on human health impacts of halogenated biphenyls and related compounds, *Environ. Health Perspect.*, 91, 157, 1991.

218. **Lucier, G. W., Tritscher, A., Goldsworthy, T., Foley, J., Clark, G., Goldstein, J., and Maronpot, R.**, Ovarian hormones enhance 2,3,7,8-tetrachlorodibenzo-p-dioxin-mediated increases in cell proliferation and preneoplastic foci in a two-stage model for rat hepatocarcinogenesis, *Cancer Res.*, 51, 1391, 1991.

219. **Schoeny, R. S., Smith, C. C., and Loper, J. C.**, Nonmutagenicity for Salmonella of the chlorinated hydrocarbons Aroclor 1254, 1,2,4-trichlorobenzene, Mirex, and Kepone, *Mutat. Res.*, 68, 125, 1979.

220. **Probst, G. S., McMahon, R. E., Hill, L. E., Thompson, C. Z., Epp, J. K., and Neal, S. B.**, Chemically induced unscheduled DNA synthesis in primary rat hepatocyte cultures: a comparison with bacterial mutagenicity

using 218 compounds, *Environ. Mutagen.*, 3, 11, 1981.

221. Ames, B. N., McCann, J., and Yamasaki, E., Methods for detecting carcinogens and mutagens with the Salmonella/mammalian microsome mutagenicity testing, *Mutat. Res.*, 31, 347, 1975.

222. Odashima, S., The cooperative development in Japan of methods for screening chemicals for carcinogenicity, in *Screening Tests in Chemical Carcinogenesis*, Montesano, R., Bartsch, H., and Tomatis, L., Eds., International Agency for Research on Cancer (Sci. Pub. No. 12), Lyon, France, 1976.

223. Sina, J. F., Bean, C. L., Dysart, G. R., Taylor, V. L., and Bradley, M. O., Evaluation of the alkaline elution/rat hepatocyte assay as a predictor of carcinogenic/mutagenic potential, *Mutat. Res.*, 113, 357, 1983.

224. Sargent, L., Roloff, B., and Meisner, L., In vitro chromosome damage due to PCB interactions, *Mutat. Res.*, 224, 79, 1989.

225. Nishizumi, M., Enhancement of diethylnitrosamine hepatocarcinogenesis in rats by exposure to polychlorinated biphenyls or phenobarbital, *Cancer Lett.*, 2, 11, 1976.

226. Preston, B. D., Van Miller, J. P., Moore, R. W., and Allen, J. R., Promoting effects of polychlorinated biphenyls (Aroclor 1254) and polychlorinated dibenzofuran-free Aroclor 1254 on diethylnitrosamine-induced tumorigenesis in the rat, *J. Natl. Cancer Inst.*, 66, 509, 1981.

227. Buchmann, A., Ziegler, S., Wolf, A., Robertson, L. W., Durham, S. K., and Schwarz, M., Effects of polychlorinated biphenyls in rat liver: correlation between primary subcellular effects and promoting activity, *Toxicol. Appl. Pharmacol.*, 111, 454, 1991.

228. Tatematsu, M., Nakanishi, K., Murasaki, G., Miyata, Y., Hirose, M., and Ito, N., Enhancing effect of inducers of liver microsomal enzymes on induction of hyperplastic liver nodules by N-2-fluorenylacetamide in rats, *J. Natl. Cancer Inst.*, 63, 1411, 1979.

229. Kimura, N.T., Kanematsu, T., and Baba, T., Polychlorinated biphenyl(s) as a promoter in experimental hepatocarcinogenesis in rats, *Z. Krebsforsch. Klin. Onkol.*, 87, 257, 1976.

230. Anderson, L. M., Ward, J. M., Fox, S. D., Isaaq, H. J., and Riggs, C. W., Effects of a single dose of polychlorinated biphenyls to infant mice on N-nitrosodimethylamine-initiated lung and liver tumors, *Int. J. Cancer*, 38, 109, 1986.

231. Peraino, C., Fry, R. J. M., Staffeldt, E., and Christopher, J. P., Comparative enhancing effects of phenobarbital, amobarbital, diphenylhydantoin and dichlorodiphenyltrichloroethane on 2-acetylaminofluorene-induced hepatic tumorigenesis in the rat, *Cancer Res.*, 35, 2884, 1975.

232. Ito, N., Tsuda, H., Hasegawa, R., and Imaida, K., Comparison of the promoting effect of various agents in induction of preneoplastic lesions in rat liver, *Environ. Health Perspect.*, 50, 131, 1983.

233. Weisburger, J. H. and Williams, G. M., Chemical carcinogens, in *Casarett and Doull's Toxicology: The Basic Science of Poisons*, Klaassen, C. D., Amdur, M.O., and Doull, J., Eds., Macmillan, New York, 1986, 99.

234. Trosko, J. E. and Chang, C. C., Nongenotoxic mechanisms in carcinogenesis: role of inhibited intercellular communication, in *Banbury Report, Vol. 31, New directions in Qualitative and Quantitative Aspects in Carcinogen Risk Assessment*, Hart, R. W. and Setlow, R. B., Eds., Cold Spring Harbor Press, Cold Spring Harbor, NY, 1988, 139.

235. Sugie, S., Mori, H., and Takahashi, M., Effect of in vivo exposure to the liver tumor promoters phenobarbital or DDT on the gap junctions of rat hepatocytes: a quantitative freeze-fracture analysis, *Carcinogenesis*, 8, 45, 1987.

236. Mesnil, M., Fitzgerald, D. J., and Yamasaki, H., Phenobarbital specifically reduces gap junction protein mRNA level in rat liver, *Mol. Carcinog.*, 1, 79, 1988.

237. Greenland, S. and Robins, J., Invited commentary: ecologic studies — biases, misconceptions and counterexamples, *Am. J. Epidemiol.*, 139, 747, 1994.

238. Hankey, B. F., Miller, B., Curtis, R., and Kosary, C., Trends in breast cancer in younger women in contrast to older women, *J. Natl. Cancer Inst.*, 16, 7, 1994.

239. Miller, B. A., Feuer, E. J., and Hankey, B. F., Recent incidence trends for breast cancer in women and the relevance of early detection: an update, *Cancer Stat.*, 43, 27, 1993.

240. Devesa, S. S., Pollack, E. S., Young, J. L., Jr., Assessing the validity of observed cancer incidence trends, *Am. J. Epidemiol.*, 119, 274, 1984.

241. Kessler, L. G., Feuer, E. J., and Brown, M. L., Projections of the breast cancer burden to US women: 1990 to 2000, *Prev. Med.*, 20, 170, 1991.

242. Parkin, D. M., Muir, C. S., Whelan, S. L., Gao, Y. T., Ferlay, J., and Powell, J., Eds., *Cancer Incidence in Five Continents*, Vol. VI, IARC, Sci. Publ. No. 120, IARC (World Health Organization), Lyon, France, 1992.

243. Buell, P., Changing incidence of breast cancer in Japanese-American women, *J. Natl. Cancer Inst.*, 51, 1479, 1973.

244. Waterhouse, J., Muir, C., Shanmugaratnam, K., and Powell, J., Eds., *Cancer Incidence in Five Continents*, Vol. IV, IARC Sci. Publ. No. 42, IARC (World Health Organization), Lyon, France, 1982.

245. Kelsey, J. L., A review of the epidemiology of human breast cancer, *Epidemiol. Rev.*, 1, 74, 1979.

246. Bertazzi, P. A., Zocchetti, C., Pesatori, A. C., Guercilena, S., Sanarico, M., and Radice, L., Ten-year mortality study of the population involved in the Seveso Incident in 1976, *Am. J. Epidemiol.*, 129, 1187, 1989.

247. Bertazzi, P. A., Pesatori, A. C., Consonni, D., Tironi, A., Landi, M. T., and Zocchetti, C., Cancer incidence in a population accidentally exposed to 2,3,7,8-tetrachlorodibenzo-*para*-dioxin, *Epidemiology*, 4, 398, 1993.

248. Westin, J. B. and Richter, E., The Israeli breast-cancer anomaly, *Ann. NY Acad. Sci.*, 609, 269, 1990.

249. Centers for Disease Control (CDC), *Breast Cancer on Long Island, New York*, Prepared for the New York State Department of Health, December 1992.

250. Melius, J. M., Lewis-Michl, E. L., Kallenbach, L. R., Ju, C. L., Talbot, T. O., Orr, M. F., and Lauridsen, P. E., Residence Near Industries and High Traffic Areas and the Risk of Breast Cancer on Long Island, Report from the NY State Department of Health, 1994.

251. Modan, B., Barell, V., Lubin, F., and Modan, M., Dietary factors and cancer in Israel, *Cancer Res.*, 35, 3503, 1975.

252. Steinetz, R., Parkin, D. M., Young, J. L., Bieber, C. A., and Katz, L., Eds., Cancer Incidence in Jewish Migrants to Israel 1961–1981, IARC Sci. Publ. No. 98, IARC, Lyon, France, 1989.

253. Shames, L. S., Munekata, M. T., and Pike, M. C., Re: Blood levels of organochlorine residues and risk of breast cancer (correspondence), *J. Natl. Cancer Inst.*, 86, 1642, 1994.

254. Hardell, L. and Sandström, A., Case-control study: soft-tissue sarcomas and exposure to phenoxyacetic acids or chlorophenols, *Br. J. Cancer*, 39, 711, 1979.

255. Eriksson, M., Hardell, L., Berg, N. O., Moller, T., and Axelson, O., Soft-tissue sarcomas and exposure to chemical substances: a case-referent study, *Br. J. Ind. Med.*, 38, 27, 1981.

256. Balarajan, R. and Acheson, E., Soft tissue sarcomas in agriculture and forestry workers, *J. Epidemiol. Community Health*, 38, 113, 1984.

257. Smith, A. H., Pearce, N. E., Fisher, D. O., Giles, H. J., Teague, C. A., and Howard, J. K., Soft tissue sarcoma and exposure to phenoxyherbicides and chlorophenols in New Zealand, *J. Natl. Cancer Inst.*, 73, 1111, 1984.

258. Hoar, S. K., Blair, A., Holmes, F. F., Boysen, C. D., Robel, R. J., Hoover, R., and Fraumeni, J. F., Jr., Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma, *JAMA*, 256, 1141, 1986.

259. Vineis, P., Terracini, B., Ciccone, G., Cignetti, A., Colombo, E., Donna, A., Mafti, L., Pisa, R., Ricci, P., Zanini, E., and Compa, P., Phenoxy herbicides and soft-tissue sarcomas in female rice weeders, *Scand. J. Environ. Health*, 13, 9, 1986.

260. Fingerhut, M. A., Halperin, W. E., Marlow, D. A., Piacitelli, L. A., Honchar, P. A., Sweeney, M. H., Greife, A. L., Dill, P. A.,

Steenland, K., and Suruda, A. J., Cancer mortality in workers exposed to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin, *N. Engl. J. Med.*, 324, 212, 1991.

261. Wasserman, M., Nogueira, D. P., Tomatis, L., Mirra, A. P., Shibata, H., Arie, G., Cucos, S., and Wasserman, D., Organochlorine compounds in neoplastic and adjacent apparently normal breast tissue, *Bull. Environ. Contam. Toxicol.*, 15, 478, 1976.

262. Unger, M., Kjaer, H., Blichert-Toft, M., Olsen, J., and Clausen, J., Organochlorine compounds in human breast fat from deceased with and without breast cancer and in a biopsy material from newly diagnosed patients undergoing breast surgery, *Environ. Res.*, 34, 24, 1984.

263. Mussalo-Rauhamaa, H., Hasanen, E., Pyysalo, H., Antervo, K., Kauppila, R., and Pantzar, P., Occurrence of β-hexachlorocyclohexane in breast cancer patients, *Cancer*, 66, 2124, 1990.

264. Falck, F., Ricci A., Jr., Wolff, M. S., Godbold, J., and Deckers, P., Pesticides and polychlorinated biphenyl residues in human breast lipids and their relation to breast cancer, *Arch. Environ. Health*, 47, 143, 1992.

265. Wolff, M. S., Toniolo, P. G., Lee, E. W., Rivera, M., and Dubin, N., Blood levels of organochlorine residues and risk of breast cancer, *J. Natl. Cancer Inst.*, 85, 648, 1993.

266. Dewailly, E., Dodin, S., Verreault, R., Ayotte, P., Sauve, L., Morin, J., and Brisson, J., High organochlorine body burden in women with estrogen receptor positive breast cancer, *J. Natl. Cancer Inst.*, 86, 232, 1994.

267. Krieger, N., Wolff, M. S., Hiatt, R. A., Rivera, M., Vogelman, J., and Orentreich, N., Breast cancer and serum organochlorines: a prospective study among white, black, and Asian women, *J. Natl. Cancer Inst.*, 86, 589, 1994.

268. Lynge, E., A follow-up study of cancer incidence among workers in manufacture of phenoxy herbicides in Denmark, *Br. J. Cancer*, 52, 259, 1985.

269. Manz, A., Berger, J., Dwyer, J. H., Flesch-Janys, D., Nagel, S., and Waltsgott, H., Cancer mortality among workers in chemical plant contaminated with dioxin, *Lancet*, 338, 959, 1991.

270. Saracci, R., Kogevinas, M., Bertazzi, P.-A., Bueno de Mesquita, B. H., Coggon, D., Green, L. M., Kauppinen, T., L'Abbe, K. A., Littorin, M., Lynge, E., Mathews, J. D., Neuberger, M., Osman, J., Pearce, N., and Winkelman, R., Cancer mortality in workers exposed to chlorophenoxy herbicides and chlorophenyls, *Lancet*, 338, 1027, 1991.

271. Flesch-Janys, D., Berger, J., Manz, A., Nagel, S., and Ollroge, L., Exposure to polychlorinated dibenzo-*p*-dioxins and -furans and breast cancer in a cohort of female workers of a herbicide producing plant in Hamburg, FRG, in *Organohalogen Compounds, Vol. 13, Human Exposure, Toxicology, Epidemiology*, Fiedler, H., Frank, H., Hutzinger, O., Parzefall, W., Riss, A., and Safe, S., Eds., 13th International Symposium on Chlorinated Dioxins and Related Compounds, Vienna, 1993.

272. Kogevinas, M., Saracci, R., Bertazzi, P. A., Bueno de Mesquita, B. H., Coggon, D., Green, L. M., Kauppinen, T., Littorin, M., Lynge, M., Mathews, J. D., Neuberger, M., Osman, J., Pearce, N., and Winkelmann, R., Cancer mortality from soft-tissue sarcoma and malignant lymphomas in an international cohort of workers exposed to chlorophenoxy herbicides and chlorophenols, *Chemosphere*, 25, 1071, 1992.

273. Brown, D. P., Mortality of workers exposed to polychlorinated biphenyls — an update, *Arch. Environ. Health*, 42, 333, 1987.

274. Industrial Disease Standards Panel (IDSP), Report to the workers' compensation board on occupational exposure to PCBs and various cancers, *IDSP Rep. No. 2*, Toronto, Ontario, 1987.

275. Lynge, E., Cancer in phenoxy herbicide manufacturing workers in Denmark, 1947-87 — an update, *Cancer Causes Control*, 4, 261, 1993.

276. Sinks, T., Steele, G., Smith, A. B., Watkins, K., and Shults, R. A., Mortality among workers exposed to polychlorinated biphenyls, *Am. J. Epidemiol.*, 136, 389, 1992.

277. Bertazzi, P. A., Riboldi, L., Pesatori, A., Radice, L., and Zocchetti, C., Cancer mortality of capacitor manufacturing workers, *Am. J. Ind. Med.*, 11, 165, 1987.

278. Kelsey, J. L., Thompson, W. D., and Evans, A. S., *Methods in Observational Epidemiology*, Oxford University Press, New York, 1986.

279. Toniolo, P. G., Pasternack, B. S., Shore, R. E., Sonnenschein, E., Koenig, K. L., Rosenberg, C., Strax, P., and Strax, S., Endogenous hormones and breast cancer: a prospective cohort study, *Breast Cancer Res. Treat.*, 18, S23, 1991.

280. Adami, H. O., Lipworth, L., Titus-Ernstoff, L., Hsieh, C. C., Hanberg, A., Ahlborg, U., Baron, J., and Trichopoulos, D., Organochlorine compounds and estrogen-related cancers in women, *Cancer Causes Control*, in press.

281. Rothman, K. J. and Boice, J. D., *Epidemiologic Analysis with a Programmable Calculator*, Epidemiology Resources Inc., Chestnut Hill, MA, 1982, 29.

282. Key, T. and Reeves, G., Organochlorines in the environment and breast cancer, *Br. Med. J.*, 308, 1520, 1994.

283. Malone, K. E., Daling, J. R., and Weiss, N. R., Oral contraceptives in relation to breast cancer, *Epidemiol Rev.*, 15, 80, 1993.

284. Brinton, L. A. and Schairer, C., Estrogen replacement therapy and breast cancer risk, *Epidemiol. Rev.*, 15, 66, 1993.

285. Ames, B. N., Magaw, R, and Gold, L. S., Ranking possible carcinogenic hazards, *Science*, 236, 271, 1987.

286. MacMahon, B., Pesticide residues and breast cancer? (editorial), *J. Natl. Cancer Inst.*, 86, 572, 1994.

287. Wolff, M. S. and Toniolo, P. G., Re: DDT and breast cancer (correspondence), *J. Natl. Cancer Inst.*, 86, 1095, 1994.

288. Kelsey, J. L., Ed., Breast cancer, *Epidemiol. Rev.*, 15, 1, 1993.

289. Lipworth, L., Epidemiology of breast cancer, *Eur. J. Cancer Prev.*, 4, 7, 1995.

290. Kelsey, J. L., Breast cancer epidemiology: Summary and future directions, *Epidemiol. Rev.*, 15, 156, 1993.

291. Adami, H. O., Persson, O., Ekbom, A., Wolk, A., Pontén, J., and Trichopoulos, D., The aetiology and pathogenesis of human breast cancer, *Mutat. Res.*, in press.

292. Adami, H. O. and Persson, I., Hormone replacement and breast cancer — a remaining controversy? (Editorial), *JAMA*, 274, 178, 1995.

293. Parazzini, F., La Vecchia, C., Bocciolone, L., and Franceschi, S., Review. The epidemiology of endometrial cancer, *Gynecol. Oncol.*, 41, 1, 1991.

294. Herrington, L. J. and Weiss, N. S., Postmenopausal unopposed estrogens. Characteristics of use in relation to the risk of endometrial carcinoma, *Ann. Epidemiol.*, 3, 308, 1993.

295. Steinberg, K. K., Smith, S. J., Thacker, S. B., and Stroup, D. F., Breast cancer risk and duration of estrogen use: the role of study design in metaanalysis, *Epidemiology*, 5, 415, 1994.

296. Coleman, M. P., Esteve, J., Damiecki, P., Arslan, A., and Renard, H., Eds., *Trends in Cancer Incidence and Mortality*, IARC Sci. Publ. No. 121, IARC, Lyon, France, 1993.

297. Persson, I., Schmidt, M., Adami, H. O., Bergström, R., Pettersson, B., and Sparen, P., Trends in endometrial cancer incidence and mortality in Sweden, 1960–1984, *Cancer Causes Control*, 1, 201, 1990.

298. Jick, H., Walker, A. M., and Rothman, K. J., The epidemic of endometrial cancer: a commentary, *Am. J. Public Health*, 70, 264, 1980.

299. Austin, D. F. and Roe, K. M., The decreasing incidence of endometrial cancer: public health implications, *Am. J. Public Health*, 72, 65, 1982.

300. Goldman, M. B. and Cramer, D. W., The epidemiology of endometriosis, in *Current Concepts in Endometriosis*, Alan R. Liss Inc., New York, 1990, 15.

301. Wheeler, J. M., Epidemiology and prevalence of endometriosis, *Infertil. Reprod. Med. Clin. N. Am.*, 3, 545, 1992.

302. Dizerega, G. S., Barber, D. L., and Hodgen, G. D., Endometriosis: role of ovarian steroids in initiation, maintenance, and suppression, *Fertil. Steril.*, 33, 649, 1980.

303. Dmowski, W. P., Steele, R. W., and Baker, G. F., Deficient cellular immunity in endometriosis, *Am. J. Obstet. Gynecol.*, 141, 377, 1981.

304. Dmowski, W. P., Braun, D., and Gebel, H., The immune system in endometriosis, in *Modern Approaches to Endometriosis*, Thomas, E. J. and Rock, J. A., Eds., Kluwer Academic, Boston, 1991, 97.

305. Hill, J. A., Immunologic factors in endometriosis and endometriosis-associated reproductive failure, *Infertil. Reprod. Med. Clin. N. Am.*, 3, 583, 1992.

306. Rier, S. E., Martin, D. C., Bowman, R. E., Dmowski, P., and Becker, J. L., Endometriosis in Rhesus monkeys (*Macaca mulatta*) following chronic exposure to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin, *Fundam. Appl. Toxicol.*, 21, 433, 1993.

307. Jones, M. K., Weisenburger, W. P., Sipes, I. G., and Russel, D. H., Circadian alteration in prolactin, corticosterone, and thyroid hormone levels and downregulation of prolactin receptor activity by 2,3,7,8-tetrachlorodibenzo-$p$-dioxin, *Toxicol. Appl. Pharmacol.*, 87, 337, 1987.

308. Allen, J. R., Barsotti, D. A., Lambrecht, L. K., and Van Miller, J. P., Reproductive effects of halogenated aromatic hydrocarbons on nonhuman primates, *Ann. NY Acad. Sci.*, 320, 419, 1979.

309. Bowman, R. E., Schantz, S. L., Weerasinghe, M. C. A., Gross, M. L., and Barsotti, D. A., Chronic dietary intake of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) at 5 or 25 parts per trillion in the monkey: TCDD kinetics and dose-effect estimates of reproductive toxicity, *Chemosphere*, 18, 243, 1989.

310. Faith, R. E. and Luster, M. L., Investigations on the effects of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) on parameters of various immune functions, *Ann. NY Acad. Sci.*, 320, 564, 1979.

311. Neubert, R., Jacob-Muller, U., Helge, H., Stahlmann, R., and Neubert, D., Polyhalogenated dibenzo-$p$-dioxins and dibenzofurans and the immune system, *Arch. Toxicol.*, 65, 213, 1991.

312. Tomar, R. S. and Kerkvliet, N. I., Reduced T-helper cell function in mice exposed to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD), *Toxicol. Lett.*, 57, 55, 1991.

313. Campbell, J. S., Wong, J., Tryphonas, L., Arnold, D. L., Nera, E., Cross, B., and LaBossiere, E., Is Simian Endometriosis an Effect of Immunotoxicity? Paper presented at the Ontario Association of Pathologists 48th Annual Meeting, London, Ontario, 1985.

314. Gerhard, L. and Runnebaum, B., Fertility disorders may result from heavy metal and pesticide contamination which limits effectiveness of hormone therapy (German), *Zent.bl Gynakol.*, 114, 593, 1992.

315. Vaz, R., Organochlorine Contaminants in Swedish Foods of Animal Origin and in Human Milk 1973-1992, Ph.D. thesis, Swedish University of Agricultural Science, Uppsala, Sweden, 1993.

316. U. S. FDA, Food and Drug Administration Pesticide Program, Residues in Foods 1990, Food and Drug Administration, Washington, D.C., 1990.

317. Safe, S. H., Environmental and dietary estrogens and human health: is there a problem? *Environ. Health Perspect.*, 103, 346, 1995.

318. McCarthy, M., Dioxin's health effects (News), *Lancet*, 344, 876, 1994.