*Environmental Health Perspectives Supplements* Volume 108, Number S3, June 2000

# Critical Windows of Exposure for Children's Health: Cancer in Human Epidemiological Studies and Neoplasms in Experimental Animal Models

## Lucy M. Anderson,[1] Bhalchandra A. Diwan,[2] Nicola T. Fear,[3] and Eve Roman[3]

[1]Laboratory of Comparative Carcinogenesis; [2]IRSP, SAIC Frederick, National Cancer Institute, FCRDC, Frederick, Maryland, USA; [3]Leukaemia Research Fund, Centre for Clinical Epidemiology, University of Leeds, Leeds, United Kingdom

- Humans
- Animal Models
- Gaps in Knowledge

## Abstract

In humans, cancer may be caused by genetics and environmental exposures; however, in the majority of instances the identification of the critical time window of exposure is problematic. The evidence for exposures occurring during the preconceptional period that have an association with childhood or adulthood cancers is equivocal. Agents definitely related to cancer in children, and adulthood if exposure occurs *in utero*, include: maternal exposure to ionizing radiation during pregnancy and childhood leukemia and certain other cancers, and maternal use of diethylstilbestrol during pregnancy and clear-cell adenocarcinoma of the vagina of their daughters. The list of environmental exposures that occur during the perinatal/postnatal period with potential to increase the risk of cancer is lengthening, but evidence available to date is inconsistent and inconclusive. In animal models, preconceptional carcinogenesis has been demonstrated for a variety of types of radiation and chemicals, with demonstrated sensitivity for all stages from fetal gonocytes to postmeiotic germ cells. Transplacental and neonatal carcinogenesis show marked ontogenetic stage specificity in some cases. Mechanistic factors include the number of cells at risk, the rate of cell division, the development of differentiated characteristics including the ability to activate and detoxify carcinogens, the presence of stem cells, and possibly others. Usefulness for human risk estimation would be strengthened by the study of these factors in more than one species, and by a focus on specific human risk issues. *Key words*: cancer, chemical carcinogens, childhood, exposure, fetus, *in utero*, ionizing radiation, neonatal, postnatal, preconception. -- *Environ Health Perspect* 108(suppl 3):573-594 (2000).

*http://ehpnet1.niehs.nih.gov/docs/2000/suppl-3/573-594anderson/abstract.html*

This article is based on a presentation at the Workshop to Identify Critical Windows of Exposure for Children's Health held 14-16 September 1999 in Richmond, Virginia.

Address correspondence to L.M. Anderson, NCI/FCRDC, Bldg. 538, Ft. Detrick, Frederick, MD 21701 USA. Telephone: (301) 846-5600. Fax: (301) 846-5946. E-mail: andersol@mail.ncifcrf.gov

Received 30 December 1999; accepted 2 March 2000.

Cancer (as well as other human diseases) may be caused by genetic and environmental factors, the relative contribution of each to disease etiology varying from one malignancy to another. In developed countries, cancer is principally a disease of the elderly, with the overall incidence rising steadily with increasing age (*1*). Cancer in children younger than 15 years of age is rare, accounting for < 1% of malignancies diagnosed each year in developed countries (*1,2*). Furthermore, although there is some degree of overlap, the types of cancer that occur in young people tend to differ histopathologically, biologically, and clinically from those that occur at older ages (*3*).

The majority of cancers diagnosed in children and adolescents are aggressively invasive and grow rapidly. Typically, they are more receptive to chemotherapy than those that occur at older ages, and the last 20 years have seen significant increases in survival over a wide range of diagnostic groups (*1,3-5*). Unfortunately, these marked improvements in cancer treatment have not been matched by similar insights into cancer etiology, and the cause or causes of the majority of malignancies in children and young adults remain unknown (*2,3,6*). In fact, with few exceptions, there is little evidence to link the majority of childhood and adolescent cancers with the well-known carcinogens implicated in adult-onset disease. That having been said, exposures in childhood are recognized determinants of certain cancers; for example, early childhood exposure to hepatitis B virus (HBV) is critical for the development of hepatocellular carcinoma (*7,8*) and there is much circumstantial evidence to support the suggestion that exposure to infectious agents in the first few years of life could be an important risk factor for the development of acute lymphoblastic leukemia (*9*).

Exposures *in utero* have long been thought to be important determinants of certain cancers occurring in children and young adults and in recent years attention has focused on the possible etiological roles of a variety of factors acting at this critical time in human development. Epidemiological evidence that prenatal exposures are involved in the development of childhood malignancy was first provided by the Oxford Survey of Childhood Cancers over 40 years ago when an association between diagnostic radiography of mothers during pregnancy was related to the subsequent development of leukemia and other cancers in their children (*10,11*). Although this association was initially greeted with skepticism, it is now generally accepted that the fetus and young child may be more susceptible to the effects of ionizing radiation than the adult, with recent concern revolving mainly around the importance of

dose and gestational age at the time of exposure (12,13). Interest in the potential carcinogenic effects of in utero exposures was rekindled in 1971 when Herbst et al. (14) reported an association between the development of clear-cell adenocarcinoma of the vagina in young women and their mothers' use of diethylstilbestrol (DES) during pregnancy. Recently, although no candidate exposures were identified, Ford et al. (15) provided molecular evidence that rearrangements at the genetic locus 11q23, seen in the majority of infant leukemias, could originate in utero and, in a further report, they suggested that T-lineage malignancies in older children could also be initiated in utero (16).

Animal studies have confirmed that a variety of types of radiation and chemical carcinogens given either preconceptionally, in utero, or directly to the neonate can result in an increased incidence of neoplasms in the offspring (17,18). However, there is a clear lack of comparable human data on this topic. At present, the only generally accepted carcinogenic in utero exposures in humans are to ionizing radiation and DES, and the suggestion that parental preconceptional exposures could potentially influence the risk of cancer in their offspring is controversial. Nonetheless, the list of in utero and preconceptional factors suggested as possible risk factors for human cancer is ever-lengthening: the most frequently discussed agents are low-dose ionizing radiation, hormones (endogenous and exogenous), infections (specific and nonspecific), and a variety of chemicals and drugs (9,19-27).

This review considers the evidence that critical windows of exposure exist for human cancers and presents the relevant data from animal models, along with a discussion of mechanisms. We also discuss the knowledge gaps in both the human and animal data and consider some of the options for future research.

## Humans

### Exposure Periods

Figure 1 presents a simplified schematic framework for considering cancer etiology in relation to the timing of exposure with an example of each pathway. In humans, identifiable familial hereditary cancer syndromes are rare, probably accounting for < 1% of cancers overall (28,29). For other malignancies, the investigation of critical time windows of exposure could span back to the conception of an individual's parents (Figure 1). The parental in utero time period may be more relevant for mothers than for fathers because oocytes begin their maturation during gestation and no new ones are formed after birth. By contrast, in terms of preconceptional transmission, exposures occurring during an individual's father's life may be more important than exposures occurring during their mother's life. This is because spermatogenesis continues from puberty to old age and hence there is more opportunity for preconceptional mutant gene accumulation in men than women (30).



**Figure 1.** Schematic framework for considering cancer etiology.

### Transgenerational/Preconceptional/Periconceptional Exposure

Animal experiments have shown that the exposure of germ cells to carcinogens and mutagens leads to an excess of tumors in offspring (17,31). Despite substantive animal evidence, there are presently no generally accepted direct links between the two in humans. However, there are certain nonfamilial recognizable genetic conditions (the etiologies of many of which are unclear) that predispose toward certain cancers. Although some are clear defects (e.g., trisomy 21), others are not (e.g., ethnicity and sex). The effect of sex deserves particular attention because in most populations males are significantly more likely to be diagnosed with cancer than females. Further, sex selection occurs in certain animal species (32) and there is epidemiological evidence that environmental risk factors may alter the probability of having a child of one sex or the other. The most frequently suggested exposures relate to paternal occupation (33-37).

The association between childhood cancer and sex is illustrated in Tables 1 and 2, where national data are presented for England and Wales for 1981-1990 and for the U.S. Surveillance, Epidemiology, and End Results cancer registry for 1983-1992 (38). In human communities, male births generally account for 51-53% of all births, yielding a sex ratio of approximately 1.05. During the first year of life, although the majority of cancers are just as likely to be diagnosed in girls as in boys, a characteristic male predominance begins to emerge with increasing age (Tables 1 and 2). These sex differences are particularly noticeable for the more common forms of childhood cancer: the overall male-to-female ratio for leukemia and tumors of the central nervous system, each of which account for around one-fifth of all childhood cancers, is approximately 1.2. However, the largest differences are seen for the lymphomas (Hodgkin and non-Hodgkin), where males are approximately twice as likely to contract the disease.

| Table 1. Number of cases (%) and sex ratios (male/female) by age for England and Wales, 1981-1990. | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Age (years) | | |
| Cancer | Total (%) | 0 | 1-4 | 5-9 | 10-14 | 0-14 |
| Leukemia | 3,690/2.0 | 0.6 | 1.2 | 1.2 | 1.4 | 1.2 |
| Lymphomas | 2,006/0.8 | 0.7 | 1.3 | 1.9 | 1.8 | 1.3 |
| Hodgkin disease | 1,120/0.6 | 0.9 | 1.3 | 2.6 | 2.1 | 2.4 |
| Hodgkin tumors | 4,944/ | — | 2.6 | 3.4 | 1.9 | 2.2 |
| Non-Hodgkin | 1,066/0.3 | 0.3 | 1.6 | 3.9 | 2.4 | 2.8 |
| Brain and spinal | 2,946/2.5 | 1.0 | 1.1 | 1.2 | 1.3 | 1.2 |
| Sympathetic | 574/0.3 | 1.5 | 1.3 | 1.6 | 1.1 | 1.4 |
| Retinoblastoma | 937/ | 0.5 | 1.5 | 1.0 | 1.2 | 1.1 |



## Associations with Inherited Genetic Disorders

Recognized genetic syndromes and familial aggregation account for a relatively small proportion of total cancers--probably no more than 5%. This proportion varies with cancer type and age at diagnosis.

*Retinoblastoma.* Retinoblastoma, which is a rare cancer accounting for approximately 2% of all malignancies diagnosed in children younger than 15, has become a paradigm for considering the etiological role of genetic factors in cancer epidemiology. In 1971, Knudson (39) proposed a two-mutation hypothesis to explain the occurrence of retinoblastoma in both hereditary and sporadic forms with differing frequencies of bilaterality. Knudson suggested that in hereditary cases the first mutation occurred in a germinal cell and the second in a somatic cell, whereas in nonhereditary cases both mutations occurred postzygotically in the same somatic cell line. Hereditary cases were further subdivided into familial (accounting for approximately one-quarter of all hereditary cases and one-eighth of all cases) and nonfamilial (accounting for approximately three-quarters of all hereditary cases and three-eighths of all cases). Knudson's model has since been confirmed using molecular techniques, with heritable cases characterized by a constitutional 13q deletion (40,41).

With respect to etiology, the origins of nonfamilial retinoblastoma are unclear. The majority of new germline mutations (sporadic heritable) appear to be paternally derived, but no consistent associations with paternal exposures have yet been demonstrated (42-44). In the same study, Bunin et al. (42) reported an association between sporadic heritable retinoblastoma and self-reported maternal X ray of the lower abdomen or pelvis.

*Wilms' tumor.* Wilms' tumor is an embryonal tumor, accounting for approximately 90% of all kidney cancers diagnosed in children younger than 15 years of age (45,46). It is the fourth most common childhood cancer, accounting for approximately 6% of all cancers diagnosed before 15 years of age (46), and it occurs with equal frequency in boys and girls (Tables 1 and 2). Wilms' tumor is extremely rare in those over the age of 15, although it has been seen in adults (47).

Familial Wilms' tumor accounts for < 1% of Wilms' tumor cases; approximately 20% of familial cases are bilateral compared to 3% of sporadic cases (48). Because of similarities between Wilms' tumor and retinoblastoma, Knudson and Strong (49) initially proposed a similar two-hit mutational model to explain its occurrence in both hereditary and sporadic forms with differing frequencies of bilaterality. Subsequent studies revealed, however, that the pathogenesis of Wilms' tumor was far more complex. Further work led to the identification and cloning of the Wilms' tumor-suppressor gene (WT1) located at chromosome 11p13 (50). A second suppressor gene has been suggested (WT2); this gene is located on chromosome 11p15 (51). Associations with certain congenital anomalies have been described, including WAGR syndrome (Wilms' tumor with congenital aniridia, genitourinary abnormalities, and mental retardation), Beckwith-Wiedemann syndrome, Perlman syndrome, Denys-Drash syndrome, and hemihypertrophy (52).

As with retinoblastoma, *de novo* Wilms' tumors appear to be largely paternally derived (53). Inherited mutations of WT1 have been demonstrated in cases of Wilms' tumor; in some instances the mutation came from the father, whereas in other cases the mutation arose during paternal gametogenesis (54,55). Genomic imprinting has been proposed as another mechanism involved in the pathogenesis of Wilms' tumor. Genomic imprinting is defined as a "gamete specific modification of a gene resulting in differential expression in somatic cells" (56). Genomic imprinting of a transforming gene on the maternally derived chromosome 11 has been suggested as an alternative explanation for preferential maternal allele loss.

With respect to etiology, several studies have demonstrated an association between childhood Wilms' tumor and father's occupational exposure to pesticides or employment in the agricultural industry (36,57-59).

*Other cancers and genetic disorders.* Associations with specific congenital anomalies have been described for a number of cancers other than Wilms' tumor. Examples of the four types of genetic disorders and the cancers with which they have been associated are given below:

- Aneuploidy: a) trisomy 21 (Down syndrome) and acute leukemia (60-70). [The relative risk of developing acute leukemia among children with Down syndrome is high--approximately 30-fold (6)] and b) monosomy X (Turner syndrome) and neuroblastoma (71).

- Point mutations: mutations in the NF-1 gene (neurofibromatosis) and tumors of the central nervous system (72-74), rhabdomyosarcoma (75), and leukemia (72,76,77).

- Chromosomal rearrangements: duplication or unbalanced translocation of chromosome breakpoint 11p15 (Beckwith-Wiedemann syndrome) and Wilms' tumor (52).

- Chromosomal instability syndrome: fragile chromosome site at 9q22 (Fanconi anemia) and acute myeloid leukemia (78).

With respect to the origin and timing of potentially hazardous exposures (Figure 1), aneuploidy predominately arises from maternal errors of segregation at the first meiosis (79,80), whereas point mutations and chromosomal rearrangements tend to result more commonly from paternal errors (79). The origin of chromosomal instability syndromes is unclear.

***Associations with specific exposures.*** The suggestion that preconceptional exposures of parents' germ cells could influence cancer risk in their offspring is controversial. Although there is more literature emerging on the potential effects of parental lifestyle factors such as smoking, diet, and alcohol consumption (81-83), the main areas of interest to date have been in the children of individuals given chemotherapy and those exposed to unusual levels of ionizing radiation. With respect to chemotherapy, the marked improvements in survival among children and young adults treated for cancer have given rise to concern about possible germ-cell damage, but, at present, the data are sparse (84-86). With respect to ionizing radiation, particular controversy surrounds the suggestion that germ-cell damage caused by low doses of external ionizing radiation might increase the risk of cancer and other genetic diseases in the progeny of those exposed. The findings for paternal occupational exposure, which is one of the few areas where good individual dose data are available, are reviewed below.

***Ionizing radiation.*** The hypothesis that occupational preconceptional exposure of fathers to external sources of ionizing radiation increases the risk of leukemia in their offspring derives mainly from the case-control study conducted by Gardner et al. (87). In 1990, they wrote:

> The main finding of this study is that the recorded external dose of whole body ionising radiation to fathers during their employment at Sellafield is associated with the development of leukaemia in their children.... The results suggest highest risks in those with highest accumulated ionising radiation doses before conception, either over their total duration of exposure or during the preceding six months.

These statements were based on two results in their study. Compared to the offspring of fathers with no record of monitoring for external sources of ionizing radiation at Sellafield, those whose fathers had a lifetime cumulative dose of 100 mSv or more before their child's conception were estimated as 8.4 [95% confidence interval (CI), 1.4-52.0] times more likely to develop leukemia. The four case fathers with a cumulative preconceptional dose of >= 100 mSv received 10 mSv of this dose in the 6 months before their child's conception, yielding a relative risk of 6.8 (CI, 1.5-31.9) (88).

Results from four other case-control studies (89-92) and one cohort study [Nuclear Industry Family Studies (NIFS) (27)] that examined paternal preconceptional dosimetry data are compared with those of Gardner et al. (87,88) in Tables 3 and 4. As with the West Cumbrian investigation in the United Kingdom, the studies in Caithness [which contains the Atomic Energy Authority (AEA) Dounreay plant] (89), West Berkshire [which contains the Atomic Weapons Establishment (AWE) plants at Aldermaston and Burghfield] (91), and five regions in Ontario containing a nuclear facility (90) were specifically targeted at leukemia and non-Hodgkin lymphoma cases in the vicinity of nuclear plants. The record-linkage study aimed at national coverage by using birth certificate identifiers to link U.K. registration data on all childhood cancers to data on workers included on the National Registry of Radiation Workers (92).



Lack of human data is one of the main messages that comes across from Tables 3 and 4. In addition, the U.K. studies are not independent: NIFS (27) and the record-linkage study (92) have the potential for overlap with the case-control studies conducted in West Cumbria (87), Caithness (89), and West Berkshire (91). For fathers monitored for radiation exposure and for those exposed to >= 100 mSv before their child's conception, the effect of this overlap is small for all but the West Cumbrian study. More importantly, perhaps, the NIFS and the record-linkage studies have the potential for overlap with each other: approximately half of those listed on the National Registry for Radiation Workers that were defined as eligible for the record-linkage study were employed at one time by the AWE, AEA, or British Nuclear Fuels Limited (92). Indeed, the relative risk estimates for leukemia and non-Hodgkin lymphoma in offspring, in relation to paternal monitoring for exposure to ionizing radiation before their child's conception, are virtually the same in NIFS and the record-linkage study: both studies estimated that the children of monitored workers had an approximate 80% increased risk compared to the children of nonmonitored workers. Despite this similarity, there is little evidence in the record-linkage study of any increased risk in the 100-mSv dose categories. Indeed, in the record-linkage study, the significantly raised risk of 1.8 (CI, 1.1-3.0) for leukemia and non-Hodgkin lymphoma among children of monitored fathers has its origins in an 8-fold elevation in risk (CI, 1.2-4, based on six cases) among those with dose levels below detection (92). Such low doses were rare in NIFS: only 2% of liveborn children were conceived by a father who had a cumulative whole-body dose of < 0.1 mSv (93).

Data of the type shown in Tables 3 and 4 are sparse and cannot be broken down into nonoverlapping exposure periods. In all of the studies, fathers exposed to high doses of external ionizing radiation immediately before conception were also more likely to be exposed to high doses before that time. Similarly, fathers exposed before their child was conceived were often exposed throughout

their child's life. In addition to being unable to isolate relevant time windows of exposure, the nature of the hazardous exposure--if it exists--behind the associations depicted in Tables 3 and 4 remains unknown.

### *In Utero* Exposure

Unlike the situation for preconceptional exposures, there is good evidence that exposure of the human fetus to certain potentially harmful agents can increase the risk of cancer during childhood and possibly during early adulthood (11,14-16,67,68,94-96). Nonetheless, although numerous potentially harmful agents are suspected--including infections, drugs, and maternal lifestyle characteristics [reviewed by Little (6)]--the only two generally accepted carcinogenic *in utero* exposures are ionizing radiation and DES: the former acting directly on the fetus and the latter acting via the placenta (Figure 1).

The strong associations for DES have led researchers to postulate *in utero* effects for other endogenous and exogenous hormones, particularly for cancers with a suspected hormonal component to their etiology--such as breast and testicular cancers (97-101). Further, since the birth of the first test-tube baby in 1978 there has been concern about the health of offspring resulting from assisted reproductive technology (ART). Multiple pregnancies often result from ART, which is one of the main determinants of the health of the child at birth (102-104). The importance of follow-up studies of these children to assess adverse health outcomes diagnosed after birth, even in adulthood, has been recognized, but few comprehensive and powerful epidemiological studies have been done. Two case reports have highlighted possible increases in cancer incidence in children born as a result of *in vitro* fertilization (105,106), raising concerns about the role of prenatal exposure (before and after conception) to high levels of estrogen and related compounds used for ovarian stimulation. To date, there are limited epidemiological data on this topic; a study of U.K. births after ART failed to find an excess incidence of childhood cancer (24), but, as noted by the authors, the study was too small to be able to detect a reasonable excess, even if it existed.

With respect to mechanisms and the timing of exposure, it is thought that the carcinogenic effects of both ionizing radiation and DES may be mediated via teratogenesis (107,108). This has been documented for DES, which causes various genital tract abnormalities in males as well as in females (107,109). In addition, it has been suggested that the exposure of pregnant women to substances that inhibit the function of the topoisomerase II enzymes could be related to the development of acute leukemia in their offspring (9).

### Perinatal/Postnatal Exposures

The list of environmental exposures that increase cancer risk is exceedingly long and, for the most part, outside the scope of this review. We discuss only those agents where childhood exposure is either known, or suspected, to be critical to cancer development.

***Vitamin K.*** The efficacy of intramuscular (IM) vitamin K prophylaxis in preventing both hemorrhagic diseases in neonates and late-onset bleeding disorders in breast-fed babies is well established (110). The prophylactic administration of vitamin K to neonates became a controversial topic when Golding et al. (111) reported in 1992 that children who received it by the IM route were almost 3 times more likely to develop leukemia than children who received it orally or not at all. Although subsequent studies failed to confirm these findings (95,112-119), inconsistencies in their results left lingering doubts about the safety of administering parenteral vitamin K (120). The main results of the studies conducted to date are presented in Table 5. After neonatal administration of IM vitamin K, the risk estimates ranged from 0.47 to 2.65 for all childhood leukemias. The largest risk estimate arose from the relatively small, hypothesis-generating study conducted in Bristol, United Kingdom (111).



```
┌─────────────────────────────────────────────┐
│  proliferative stress on B-stem-cell compartment  │
└─────────────────────────────────────────────┘
                      ↓
┌─────────────────────────────────────────────┐
│   Selection of proliferating clone in          │
│        differentiation areas                   │
└─────────────────────────────────────────────┘
                      ↓
┌─────────────────────────────────────────────┐
│                  c-ALL                        │
└─────────────────────────────────────────────┘
```

**Figure 2.** An immunological model for the etiology of childhood common acute lymphoblastic leukemia (c-ALL). Adapted from Greaves (9).

***Infections.*** Specific infectious/parasitic agents are now recognized as major causes of certain cancers, including various types of papilloma viruses in cervical cancer; hepatitis B and C in hepatocellular carcinoma; HTLV-1 in T-cell leukemia/lymphoma; Epstein-Barr virus in Burkitt lymphoma; *Helicobacter pylori* in gastric cancer; HHV-8 in Kaposi sarcoma; and *Schistosoma haematobium* in bladder cancer [reviewed by Newton et al. (*121*)]. Overall, approximately 15% of all human malignancies can be attributed to viral, bacterial, or helminth infections.

Age at first exposure--when chronic or persistent infection begins--is critical for the development of many of these malignancies. For example, children infected with HBV perinatally by their mothers have an 85-100% chance of becoming chronic carriers, compared to a 20-30% chance if they are infected between the ages of 1 week and 5 years. Although HBV persistence is a major risk factor for hepatocellular carcinoma (accounting for > 50% of the disease), the mechanisms by which persistence is established and hepatocellular carcinoma ensues is still the subject of much current research (*8*). In contrast to viruses such as HBV, many of which are directly oncogenic, many bacteria and helminthes act indirectly by causing tissue damage. Nonetheless, as with HBV, the establishment of a persistent infection in childhood has been suggested to be associated with the largest increase in disease risk: childhood exposure to *Helicobacter pylori*, for example, is thought to be more important for gastric cancer development than exposure at older ages (*122*).

In addition to the classic associations with persistent infections, there is considerable speculation about the role that infectious agents may play in the etiology of leukemia [reviewed by Little (*6*), Greaves (*9*), and Kinlen (*23*)]. The two main hypotheses, which have become known as the Greaves and Kinlen hypotheses, are as follows:

- Greaves (*9*) hypothesized that many childhood leukemias, particularly common acute lymphoblastic leukemia (c-ALL) diagnosed in the childhood peak (2-5 years of age), arise as a consequence of a rare abnormal response to a common infection (Figure 2). Greaves stated that the infection may be of low pathogenicity and unusual in its timing and that genetic factors or susceptibility may influence the abnormal response leading to leukemia.

- Kinlen (*23*) proposed that leukemia (and possibly non-Hodgkin lymphoma) in children and young adults may be caused by a specific viral infection, the transmission of which is promoted by population-mixing. Drawing on animal models, he suggested that epidemics of the specific causative infection (and hence epidemics of leukemia) occur rarely and mostly in rural populations.

Although there is a large body of epidemiological data accruing on this topic, which is the subject of much current research, no viruses or definitive immunological mechanisms have yet been identified.

***Other childhood exposures.*** Clearly, a number of other childhood exposures--aside from infections and immunological processes--are likely to influence adult health. The question for this review is whether the consequences of childhood exposure differ from the consequences of adult exposure. There is some suggestion that children may be more susceptible than adults to comparable doses of ionizing radiation and chemotherapy (*108,123-125*). Similarly, Truhan (*126*) suggested that exposure to excessive amounts of ultraviolet light in childhood may be the main cause of melanoma in adulthood.

The potential etiological role of diet in childhood also deserves particular mention. The influence of breastfeeding--which is clearly related to early life--is the subject of much current research. In this context it should be remembered that as well as the protective immunological effects postulated for conditions such as leukemia, deleterious effects--involving the transmission of agents such as HBV, human immunodeficiency virus, and fat-soluble chemicals--are also possible. Further, in these latter cases maternal exposure may have occurred several years before the index pregnancy (Figure 1).

## Animal Models

### Preconceptional/Transgenerational Effects

Transgenerational carcinogenesis, wherein the exposure of a parent before mating results in increased tumors in offspring and sometimes in subsequent generations, has been demonstrated for several types of radiation and a variety of chemical carcinogens [(*17,127,128*), Tables 6 and 7]. The tumors affected tend to be those that have a spontaneous incidence in the species and strain (lung, liver, or lymphoid system of mice) or are relatively easy to induce (skin and reproductive system in mice and nervous system in rats). Results for male-mediated transgenerational carcinogenesis are summarized in Table 6. Exposures of all possible stages of sperm development have given positive results--stem cells through mature sperm in the adult, and the embryonic gonocytes of gestation day (GD) 9 of mice and fetal testicular germ cells later in gestation in mice and hamsters.





The weight of the evidence leaves little doubt that exposures of males can in fact lead to increased incidence of neoplasia in offspring. However, attempts to reproduce key findings have sometimes been partially or completely unsuccessful, indicating that the phenomenon is highly influenced by genetics, husbandry conditions, or other unknown variables. Thus, preconceptional carcinogenesis for the nervous system in rats by ethylnitrosourea (ENU) (129) could not be demonstrated with statistical significance in a later study (130). Preconceptional exposure to X rays of ICR or SHR (Swiss) mice led to increased lung tumors or increased susceptibility to postnatal induction of these tumors in offspring (131-133), but this effect could not be reproduced in BALB/c (134) or C3H (135) mice and only minimal effects were seen in CBA mice (136). X-irradiation of the spermatogonia of N5 mice resulted in increased incidence of leukemia in offspring (137); mice of this same strain were treated with X rays or tritium at the postmeiotic stage several decades later in another laboratory, and the treatment had a borderline effect on leukemia incidence (138).

Similarly, urethane had pronounced preconceptional carcinogenic effects on lung tumor incidence in ICR Swiss mice (131,132,139), but treatment of National Institutes of Health (NIH) Swiss male mice at the spermatid stage with this carcinogen had minimal effects on lung tumor incidence in offspring (140), and no significant effects in CBA mice (136). However, in the NIH Swiss mouse study, after paternal urethane treatment there were significant increases in incidences of pheochromocytomas in both sexes, lymphoma in females, and neoplasia of the forestomach in males (140); in CD-1 Swiss mice, urethane exposure of fathers led to significant increases in tumors of the liver in male offspring (141). To explain this wide variety of effects, the molecular mechanism of preconceptional carcinogenesis must be understood. When this is accomplished, more light may be shed on the likelihood of the phenomenon occurring in humans.

Only a few models have been investigated in sufficient detail to permit comparisons of the relative sensitivity of various stages of testicular development and spermatogenesis. In adult ICR mice, X-ray and urethane exposure appeared to have the greatest effect at the postmeiotic spermatid stage; spermatogonia were affected by X ray but not urethane (131). For ICR and LT mice, the effects in causing leukemia by paternal X-ray exposures were greatest for postmeiotic treatment, but for the sensitive N5 strain, spermatogonia were also affected (142). In C3H mice, $^{252}$Cf irradiation had a larger effect on liver tumors in offspring when given 14 days before mating, compared to 3 months before mating (143,144). Exposures of fetal male hamsters to $N$-nitrosodiethylamine (NDEA) on GDs 13 and 14, but not 12 or 15, caused significant increases in neoplasia in their offspring (145). Thus, special sensitivity of postmeiotic sperm, in which DNA repair does not occur, seems likely, but all other stages are also vulnerable, in theory, depending on the exposure agent and dose, genetic background, etc.

Less work has been carried out on preconceptional exposure of females (Table 7). Various intervals between 1 and 56 days before mating, encompassing mature oocytes, follicular stages, and primary oocytes, were comparably sensitive to effects of urethane, whereas effects of X rays were greatest between 8 and 21 days before mating, the postmeiotic stages, with earlier treatment leading to sterility (131). Mature oocytes, 1-7 days before mating, were vulnerable only to high acute doses of X ray; fractionated doses were without effect. Effects have also been noted after transplacental exposure of mouse fetuses to DES, with mid-gestation, late-gestation, and neonatal treatment having similar effects on the incidence of vaginal tumors in the $F_2$ descendants (146). Female hamster fetuses were less sensitive than their brothers to a multigenerational effect of transplacental NDEA, with a significant effect noted only after exposure on day 13 (145).



Walker and Kurth (147) carried out an interesting experiment on the mechanism of the multigenerational effect of DES in mice. Because the initial exposure was to the germ cell, the effect on the $F_2$ descendants could be mediated by an inherited genetic alteration, or indirectly by changes in the $F_1$ female developing from the germ cell (e.g., hormonal alterations). To test this, Walker and Kurth (147) transferred $F_2$ blastocysts among treated and control mothers. They found that either treatment of the blastocyst itself, or maternal treatment as a germ cell, was sufficient to cause an increase in uterine and ovarian tumors in the $F_2$ females as

adults. These effects appeared to be additive.

Thus, the rodent female germ cells, like those of the male, have theoretical sensitivity to preconceptional carcinogenic effects at every developmental stage, with actual effects dependent on agent, dose, and genetics, and with both direct and indirect effects potentially operative. The meaningfulness of these findings for human risk will not become clear until the mechanisms are understood. Although there is some evidence that preconceptional carcinogenesis involves conventional gene mutations showing Mendelian inheritance (131,132,137,139), in many contexts the high frequency of the effects and odd inheritance patterns suggest that other novel mechanisms are involved (148). Epigenetic alterations in control of gene expression, as in genetic imprinting, are a possibility (148); mutations in microsatellites (149) are another.

### Transplacental and Neonatal Carcinogenesis

Tables 8–21 summarize, by target tissue, published literature in which different stages of prenatal and/or neonatal development have been compared with regard to effects of chemical or radiation exposure within the same experiment. Each table also provides information regarding the ontogeny of that target tissue in rodents.

A number of factors have been suggested as determining susceptibility at different stages. These include a) numbers of target cells at risk, b) sensitivity to cell killing, c) effects of rate of cell division on fixation of mutation before repair can occur, d) ability to repair DNA damage, e) expansion of clones of mutated cells as part of normal ontogeny, f) presence of undifferentiated stem cells, g) development of differentiated characteristics, including the ability to carry out metabolic activation of chemicals, h) metabolic detoxification by placenta and/or maternal tissues, i) metabolic detoxification by the perinate itself, and j) immaturity of the endocrine and immunological systems. There is some experimental evidence for all of the above except for j, but this evidence is largely correlative in nature, and, albeit quite convincing in some situations, is in no case definitive. Several of these factors pertain concurrently. Rapid rate of cell division during organogenesis, the presence of numerous stem cells, the potential for generation of mutant clones, and limited placental development all characterize the midde third of gestation in the rodent, whereas the maximum number of cells at risk and the development of differentiated features are both features of the late fetus. Thus even strong correlative evidence must be interpreted with caution. It is also clear that likely factors are species, strain, tissue, and agent specific.

***Numbers of cells at risk.*** Intuitively, it is clear that for a given dose of carcinogen and radiation, the likelihood of a mutational carcinogenic event will increase as a function of the number of target cells if all other factors are equal. This has been confirmed as likely for mouse skin throughout its development in the last half of gestation (Table 8), with X ray (150) or 7,12-dimethylbenz[a]anthracene (DMBA) (151,152) as the carcinogenic agents. Sensitivity was greatest at the end of gestation, when numbers of target cells are highest, and Morris et al. (152) further ruled out metabolic activation of DMBA as a likely contributing factor by studies of macromolecular adducts of the chemical.



A similar result was obtained for mouse lung tumors caused by the direct-acting chemical ENU, but for a more limited developmental period (GDs 12–16), a period of exponential growth of undifferentiated pseudoglandular lung tissue (153). Peak ENU sensitivity of the mouse fetal lung on GD 16 has been demonstrated in many experiments (Table 9).



***Sensitivity of cells to killing.*** During some stages of ontogeny, especially those with high rates of cell division, cells may be exquisitely sensitive to killing or growth suppression by genotoxic and other agents. It has been suggested that apparently low responsiveness to tumorigenesis during these times may indicate the destruction of sensitive cells, leading to a loss of target cells with neoplastic potential. Thus, cytotoxic radiation treatment before ENU exposure during late gestation of rats resulted in lower incidence of ENU-caused brain tumors (154). On an organism level, teratogenicity or embryonic death may be a more likely outcome than initiation of neoplasia during these stages. This has been studied systematically for urethane, for which mouse embryos that

survived the toxic effects did not develop tumors (155,156). Other chemicals and species have not been examined in detail for similar outcomes. Although a reduction in cell division after irradiation during organogenesis has been documented (157), an influence of this effect on tumor yield has not been demonstrated.

***Effects of rates of cell division.*** Based on studies with cultured cells (158,159), sensitivity to mutation (and hence to initiation of neoplasms) can be directly proportional to mitosis rate because of increased frequency of fixation of mutation by replication before repair can occur. Recently, it was empirically demonstrated that the rate of mutation in the hamster embryo is maximum on GD 6, corresponding to the highest rate of cell division (160). The calculation of tumors induced per target cell per embryo or fetus for the rat, or per total cells for the hamster, confirmed that the risk per cell decreased as gestation progressed (161). The strongest correlative demonstration of this effect was provided for ENU initiation of lung tumors in fetal Swiss mice between GDs 15 and 19: numbers of adenomas induced were strongly correlated with numbers of cells in the cell cycle (162). However, the fact that the correlation was noticeably stronger for cells in $G_1$ compared to S or $G_2$ + M phases of the cell cycle suggests that factors in addition to DNA repair were important.

Influence of rate of cell division has also been suggested for the ovary, for which late embryos or middle-gestation mouse fetuses are more susceptible than those of later gestation to tumor initiation by urethane, ENU, DMBA, or azacytidine, but not those caused by radiation or a nitrosamine (Table 10). Interpretation of results for the ovary are complicated by the possibility that these are caused by indirect hormonally mediated effects (163).



The mouse embryo and early fetus were the most susceptible to causation of lymphocytic leukemias and lymphomas by DMBA, whereas GD 16 treatment with ENU or 5-azacytidine gave the highest yield of these malignancies (Table 11). However, the day 17 mouse fetus was not susceptible to causation of lymphoma or myeloid leukemia at doses of $\gamma$-rays effective in the neonate or adult (164,165). Findings for the nervous system and nitrosoureas, as related to the stage of greatest sensitivity, have also been mixed (Table 12).



***Ability to repair DNA damage.*** This characteristic has been studied mainly for O-alkylated DNA bases, the principal mutagenic DNA lesions produced by many carcinogenic alkylating agents. $O^6$-alkylguanine is a major promutagenic adduct resulting from the reaction of ENU or methylnitrosourea (MNU) with DNA. Repair of this lesion by $O^6$-alkylguanine-DNA alkyltransferase occurs at a considerably slower rate in the fetal rat brain, the target organ, than in other tissues (166-168). The level of the enzyme is maximum on GD 12, and decreases thereafter (169). However, this repair deficiency is similar in the adult (170), so it cannot account for the

50-fold greater sensitivity of the developing nervous system to tumor initiation by ENU. Similarly, this repair enzyme is lower in the brains of mice and gerbils than in liver and other tissues (171), but few neurogenic tumors are initiated in these species.

Repair in DNA strand breaks caused by methylmethansulfonate was much less for fetal rat brain cells in culture compared to mouse brain and rat and mouse liver cells (172). The repair capacity for $O^6$-methylguanine was also very poor in fetal rat kidney compared to liver (168). Also in rats, DNA repair involving unscheduled DNA synthesis after MNU was more rapid in adults than in newborns and was not detected in fetuses (173). Repair of $O^6$-methylguanine was lower and levels of this adduct higher in newborn mice compared to adults given the same dose of N-nitrosodimethylamine (NDMA) (174). Human fetal cells in early passage showed differences in the extent of DNA excision repair after ultraviolet irradiation or ENU; skin and intestine were more active than liver, kidney, and brain (175).

However, certain other DNA repair enzymes are quite active in fetal tissues. Apurinic apyrimidinic endonuclease had expression throughout the rat fetus, with very high levels in fetal thymus, liver, and brain (176). The T:G mismatch-specific glycosylase was ubiquitously expressed in mouse fetuses up to GD 13.5, with high expression in the nervous system, thymus, lung, liver, kidney, and intestine by GD 14.5; at later stages it was prominent in thymus, brain, nasal epithelium, and proliferating regions of other tissues (177). The activity of 8-oxo-2'-deoxyguanosine 5'-triphosphate pyrophosphohydrolase, which eliminates oxidatively-damaged guanosine triphosphate, was higher in fetal mouse liver and lung than in the same tissues of the mothers (178).

In sum, comparative levels of DNA repair enzymes may influence the susceptibility of perinatal tissues to carcinogenesis, but definitive experimental evidence establishing this connection is still lacking.

***Expansion of clones of initiated cells.*** After an embryonic or fetal cell sustains a mutation, the normal cell divisions of ontogeny may lead to expansion of the mutated (initiated) cell into a clone. This may reduce the latency of resulting tumors and increase the chances for further genetic changes needed for transformation of the initiated cells into a growing tumor. Also, the cells of the clone might be costimulatory for neoplastic development through paracrine factors. After transplacental ENU in mice, the lung and liver tumors initiated on day 10 are few in number because of the small target cell population but much larger and phenotypically unique compared to those initiated later (179). Similarly, lung tumors initiated by ENU on GD 15 were larger (162,180,181), more easily transplanted (180), and more papillary in phenotype (181) compared to those initiated later in gestation. This was also demonstrated for urethane-induced tumors (156), which were more likely to be of papillary type than those induced in their mothers.

***Presence of undifferentiated stem cells.*** Evidence for a role for undifferentiated stem cells is strongest for fetal kidney (Table 13). The perinatal chemical induction in rats of nephroblastomas, which are similar to the Wilms' tumors of childhood, may require the presence of kidney stem cells. These tumors are not seen after transplacental exposure of mice, which establish a fully differentiated kidney by GD 17-18, or of hamsters, which have a functional kidney by GD 13. In the rat, on the other hand, stem cells are present until a few days after birth, and nephroblastomas are inducible after exposure to ENU or MNU, with a maximum on GD 18 when fetal kidney reaches its peak size. However, some strains of rat (e.g., Noble) are more susceptible than others (F344 and Wistar), indicating the operation of additional genetic factors. In the opossum, organ development takes place mainly after birth, with kidney metanephric stem cells apparent for 6 weeks, and this tissue is sensitive to causation of nephroblastomas throughout this period (182). In rabbits, nephroblastomas are inducible by ENU, along with tubular cystadenomas, throughout the last 2 weeks of gestation (after a fully differentiated kidney is present). Information is lacking regarding the presence of stem cells in rabbit kidney during this time.



***Development of differentiated characteristics.*** For some tissues and carcinogens, sensitivity increases markedly toward the end of gestation, as the tissue expresses more of its adult differentiation characteristics. This was studied systematically for hamster trachea, where tumorigenesis by NDEA correlated strongly with reduced rate of mitosis and presence of rough endoplasmic reticulum and secretion of mucopolysaccharide (183,184). Several other nitrosamines were also most effective in causation of laryngotracheal tumors on the last day of gestation in the hamster (185). Increased sensitivity at the end of gestation or in the newborn has been demonstrated for NDMA (186) and 1-phenyl-3,3-dimethyltriazene in rat kidney (187), NDMA and NDEA in mouse lung and liver (188-190), ENU and schwannomas and glioblastomas in C3H mice (189), several hydrazines and neurogenic tumors in rats (187), ENU and intraocular medulloepitheliomas in opossums (182), DBMA and forestomach and benign uterine tumors in mice (191), ENU and nephroblastomas in rabbits (192,193), and a variety of carcinogens in pituitary (Table 14) and forestomach tumors by DMBA (Table 15).



Some treatments are markedly more effective postnatally than transplacentally. These include urethane and ENU for causation of Harderian gland tumors in mice (Table 16); ENU and renal mesenchymal tumors in rats (Table 13); 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and lung and liver tumors in mice (Tables 9, 10, and 11); irradiation, urethane, and ENU and lymphoid tumors in mice (Table 11); radiation, ENU, benzidine, and safrole and liver tumors in mice (Table 17); 3´-azido-3´-deoxythymidine and mammary tumors in mice (Table 18); radiation and osteosarcoma in mice (Table 19), radiation and thyroid tumors in dogs (Table 20), and DES and uterine tumors in mice (Table 21). Certain types of tumors are more readily caused in adult than in neonatal animals (194), and certain chemicals are more effective in adult than in neonatal mice (195). Progressive acquisition of differentiated characteristics is among the several possible contributing factors, along with numbers of cells at risk and effective dose.

To skip tables 16-21 click here.



A differentiated character that can influence susceptibility to perinatal carcinogenesis is the ability to activate chemically stable carcinogens to reactive DNA-damaging intermediates. This process is most often dependent on cytochrome P450s, which in rodents make their appearance during the last several days of gestation. In mice, metabolism of NMDA increased steadily in fetal livers from GD 16, where it was 3% of adult levels, through day 19 (13%), postnatal day 1 (25%) and day 4 (50%), reaching adult levels by day 7 (196). In human embryos, NDMA demethylase was detectable by 5-6 weeks after conception, and had increased 3-fold by 11-12 weeks (197). Also in mice, the genetic ability to respond to inducers of cytochrome P4501A1, which metabolizes polycyclic aromatic hydrocarbons, determined numbers of lung and liver tumors induced by 3-methylcholanthrene and DMBA [but, interestingly, not benzo(a)pyrene (BP)] (198-200), confirming that metabolic activation of carcinogens is a limiting factor in transplacental carcinogenesis for at least some chemicals.

For metabolism-independent oncogenic agents, such as ENU and radiation, it is obvious that factors other than cytochrome P450 levels must be operative if state of differentiation is in fact important. An influence of differentiation state, as opposed to total number

of target cells, seems most likely for tumor types inducible only during or after differentiation, as for intraocular medulloepitheliomas in opossums after ENU; Harderian gland tumors in mice after ENU; and myeloid leukemias in mice, mammary tumors in rats, and thyroid adenocarcinoma in dogs after irradiation. A change in the target cell within the organ also suggests a role for cellular differentiation. For example, ovarian tumors caused by ENU in mice were more likely to be tubular adenomas after prenatal exposure, but granulosa cell tumors after postnatal treatment (188). In rats, ENU caused nephroblastomas before birth but renal mesenchymal tumors after birth. Mechanistic information is not available for any of these situations.

*Maternal/placental metabolism.* Even if fetal tissues are unable to carry out metabolic activation of carcinogens, in certain cases a chemical may be activated by the maternal liver and the reactive intermediate delivered transplacentally to the fetus. The strongest case for such a situation was made in rats for procarbazine, which was adducted to DNA of fetuses but not to DNA of directly exposed neonates (201). After administration of BP to either pregnant mice (202) or pregnant patas monkeys (203), the levels of $^{32}$P-postlabeled DNA adducts were similar in placenta and all fetal tissues, in spite of wide differences in the abilities of these tissues to activate BP, suggesting transplacental passage of maternally activated BP derivatives.

Although maternal metabolism can contribute to fetal risk in this way, detoxifying metabolism is in general more important. Mouse fetuses were more at risk of transplacental carcinogenesis by 3-methylcholanthrene or DMBA if their mothers were not responsive to induction of detoxifying metabolism of these compounds (198-200). Placental metabolism also contributes to detoxification: methylnitrosourethane was an effective transplacental lung carcinogen in mice only on GD 9. This was related to the presence thereafter of effective hydrolase activity toward this compound in placenta, so that none reached the fetus after day 9 (204).

*Perinatal detoxification.* Urethane was 10-fold more effective at causing mouse lung tumors if administered < 12 hr before birth versus 24 hr before birth. Several investigations showed that this correlated perfectly with a 10-fold increase in total dose over time in the neonate, which cleared the urethane much more slowly than the pregnant mother (205,206). This important principle has not been studied for any other carcinogen but almost certainly pertains to most if not all that are chemically stable: most of the cytochrome P450 and the phase II detoxification enzymes (glucuronidases, epoxide hydrolases, etc.) are low in amount at birth, and reach adult levels only after 1-3 weeks. Poor capacity for metabolic detoxification is probably one of the major reasons for the high sensitivity of the neonate to chemical carcinogenesis.

*Endocrine or immunological control of neoplasia development.* Because endocrine and immunological systems are undeveloped in the perinate, it is possible that their absence permits the establishment of neoplasms that would be suppressed in adults. Although this idea is feasible, no concrete supporting evidence has been presented. A related concept is that perinatal exposures have long-term effects on the endocrine or immunological systems, which influence postnatal tumor development. This is an important possibility but has not been extensively explored. The exposure of fetal rats to DES led to an earlier appearance of mammary tumors caused by postnatal DMBA, and this effect was greater for DES given on GDs 10-13 compared to GDs 15-18 (207). This could have involved a direct effect of the DES on the mammary tissue, an indirect endocrine effect, or both. As noted previously, the multigenerational effect of DES could be mediated both directly by exposed blastocysts and by the maternal gestational environment (147). A number of plant-derived and anthropogenic compounds have endocrine-disrupting activity and may mimic many developmental effects of DES (208). Persistent endocrinological and immunological toxic effects of various perinatal exposures are well known; these should be studied systematically with regard to effects on postnatal carcinogenesis.

**Cross-Species Comparability**

Can these principles from animal studies be extrapolated to humans? This would be most convincing for those observed in more than one animal species. Some of the factors that we described previously have been evidenced for only one species. Experiments implicating the presence of stem cells, levels of carcinogen-activating enzymes, and the presence of differentiated tissue have been reported for more than one species. Evidence for the induction of renal nephroblastomas from mice, hamsters, rats, rabbits, and opossums is in reasonable concurrence that renal stem cells must be present for this to happen. A role for fetal carcinogen metabolism has been directly demonstrated only for lung and liver in mice, but strong correlative evidence is available for kidney in rat and upper respiratory tract in hamsters. The apparent need for the presence of differentiated tissue for a neoplasm to be initiated has been seen in five species but with a different target tissue in each case. It is reasonable to believe that these factors are likely to be operative in the human, as well as others such as numbers of cells at risk, rates of cell division, and low capacity of the newborn for chemical detoxification. However, because of the high degree of species specificity in the target tissues affected, it is impossible to predict which tissue may be most vulnerable in humans.

The animal model most relevant to the human is the nonhuman primate, where structure of the placenta, length of gestation, and maturity of the fetus at birth resemble the human condition much more closely than is the case for rodents. In patas monkeys, transplacental ENU caused more tumors than the same dose given to juvenile monkeys, confirming the quantitatively higher sensitivity of the fetuses seen for this chemical in rodents (209). Tumor yield was similar for treatment throughout gestation and for more limited treatment during the first two-thirds of gestation, and few tumors resulted when treatment was not started until the beginning of the second trimester. These results suggested that sensitivity was highest during the first trimester. Neoplasms included relatively frequent vascular tumors and others of soft-tissue origin. There were also a few tumors comparable to human childhood cancers, including nephroblastoma, astrocytoma, glioma, oligodendroglioma, and leukemia, confirming the sensitivity of the primate fetus to chemical initiation of these neoplasms. Embryonal pulmonary blastomas were seen after transplacental exposure of rhesus but not patas monkeys, indicating species differences among primates.

**Animal Models of Human Childhood Cancers**

Of the various animal tumors described here, only the nephroblastomas in rats, rabbits, opossums, and monkeys; osteosarcomas in mice; and lymphomas/leukemias in the mouse and dog have some direct relevance to common human childhood cancers. In

addition, cancers of the mammary gland and testis may occur in young people; these have been studied in relation to perinatal exposures in rats and mice. Nephroblastomas are a common outcome in rats, oppossums, and rabbits after the exposure of well-developed kidneys that still retained a substantial proportion of stem cells. In all of these species (and in the nonhuman primate and in humans), nephroblastomas are apparently metanephric tumors resulting from a neoplastic deviation of the normal ontogeny of the metanephric blastema. This conclusion is supported by ultrastructural studies and by occasional findings of glomeruloid structures within Wilms' tumors. In the human embryo, the metanephros is present from the fifth through the seventh week of gestation. This suggests a narrow window of susceptibility if in fact some Wilms' tumors are caused by transplacental exposures.

More limited animal data for osteosarcoma, which results from radiation, suggest a broad window of sensitivity that is greatest in immature individuals. For lymphomas and leukemias, findings have been complex. Myeloid leukemias have been reported only after postnatal radiation exposure. Lymphomas and leukemias have been increased after perinatal exposure in some studies, with the time of highest sensitivity possibly depending on the oncogenic agent. This time was late in gestation or after birth for ENU, γ -radiation, urethane, and X rays but early in gestation for DMBA. Treatments with nucleoside analogues led to decreases in hematopoietic neoplasms. In the experiment of Schmahl et al. (210), 5-azacytidine caused either an increase or a decrease in these cancers, depending on the exact dose and GD of treatment. These findings point to the possibility of perinatal windows of exposure sensitivity to the induction of lymphomas and leukemias in humans but fail to give more specific useful information.

## Gaps in Knowledge

### Humans

Although animal models have shown that cancer risk can be increased after exposure to certain potentially hazardous agents--preconceptionally, *in utero*, and perinatally--in humans, much of the evidence is equivocal. This is partly because findings from studies that have investigated the etiology of cancer in relation to prenatal/early life exposures are often based on small numbers of cases because both cancer in young people and many of the potentially hazardous exposures studied are rare. Figures 3 and 4 compare the statistical power of cohort studies (disease onset in exposed individuals compared to disease onset in unexposed individuals) and case-control studies (exposures in individuals with the disease compared to exposures in individuals without the disease), should they exist. Figures 3 and 4 show the number of subjects required to give an 80% chance of detecting increased risks at different exposure levels for typical study designs. Exposure levels below a general population level of 0.1% are not uncommon in epidemiological studies [paternal occupational exposure to ionizing radiation at work, for example, would fall into this category (Tables 3 and 4)]. For a rare exposure such as this, to have an 80% chance of detecting a trebling in risk, disease rates in two cohorts of equal size of approximately 15,000 subjects would have to be monitored over time (Figure 3) or past exposures in approximately 600 cases and 1,200 controls would have to be compared (Figure 4). Unfortunately, studies as large as these are rarely conducted and many results are based on insufficient data.



**Figure 3.** Exposed cohort size needed to have an 80% chance of detecting a difference ($p < 0.05$, two-sided)--equal size comparison group.



**Figure 4.** Cases necessary to have an 80% chance of detecting a difference ($p < 0.05$, two-sided). Case-control study with a 1:2 ratio.

Most epidemiological studies that have investigated the etiology of cancer in young people have had a case-control design. Although valid diagnostic information on the malignancy in question is generally collected, good quality information on the exposure(s) is not always available. This is a particular problem for studies investigating potential etiological factors relating to lifestyle--such as diet and smoking--where data are often self-reported. When information about exposure is only obtained for those who participate in a study, response/recall bias can be exacerbated by participation bias, which is introduced when those who respond to a study differ from those who do not. Because participation rates are often lower among controls than among cases, the potential for producing false negative and false positive findings in case-control studies relying on self-reported exposure information is problematic.

An additional difficulty in human studies is that even when exposure data are good, pinpointing times of exposure and quantifying

dose is rarely straightforward. For example, pesticide exposure of mothers at work could affect their germ cells, their fetuses, or their children after birth. In some cases, exposure may have occurred in only one time period (such as neonatal administration of vitamin K or immunization), but for others it may be impossible to determine the relevant exposure period (such as maternal smoking). Individual exposures and the timing of exposure cannot always be readily isolated one from another and observed associations with one factor may simply reflect associations with others.

Because epidemiological studies are not conducted in laboratories, specific questions about critical time windows in relation to cancer are not easily answered. This is true for exposures at all stages of life, not just prenatally and in childhood. With respect to specific exposures, the situation is much as it has been for the past 20 years. For the preconceptional period, no exposures are accepted as definitively associated with preconceptional carcinogenesis. For the *in utero* period, only ionizing radiation and DES are agreed, and even for these, there is still debate about timing and dose. However, although no responsible exposure has been identified, the molecular evidence of Ford et al. (*15,16*) linking genetic changes initiated *in utero* to subsequent leukemia development has given added impetus to research in this area. For perinatal/postnatal exposures the situation is perhaps less bleak, particularly for those exposures that are only relevant postnatally. With respect to critical time windows of exposure, the etiological role of infectious disease in cancer development is one of the most active areas of current research (*9,121*). Developments in this area, like those described by Ford et al. (*15,16*), require collaboration between epidemiologists and laboratory-based scientists. Indeed, the use of molecular techniques in epidemiology has increased markedly over the last few years; perhaps it is through collaborations such as these that questions about the importance of exposure dose and timing in cancer etiology will finally be resolved.

## Animal Models

Notable gaps in the rodent data are of two types: mechanistic information about the reasons for observed periods of high sensitivity and tests of both risk situations and concepts arising from the human data. In the first category, there are presently more gaps than firmly woven stories. None of the likely susceptibility factors have been investigated thoroughly enough for the information to be used with assurance in the human context. For some of the factors, this could easily be done by the use of several carcinogenic agents and species and with carefully planned investigations. For others, such as DNA repair, more basic information is needed. Putative involvement of particular enzymes or cell-control molecules could be tested with current technology for selective gene inactivation and targeted overexpression by transgenes. For example, one could test whether transplacental carcinogenesis by certain nitrosamines in mice is dependent on activation by cytochrome P4502E1 by using the already available mice knocked-out in this gene. Differential gene expression techniques could be used to search for those genes whose increase or decrease in expression corresponds to changes in sensitivity to tumor initiation.

With regard to specific cross-referencing to human studies, much more work could be done on risk factors of special concern. For example, preconceptional carcinogenicity of radiation has been studied with only a few animal models, and with a highly variable outcome, apparently depending on the dose and type of radiation and the species and strain of test animal. This issue could be systematically investigated. Paternal tobacco smoking has been implicated in several studies, but few of the carcinogens present in tobacco smoke have been tested as preconceptional carcinogens, and none have been specifically tested in males. Furthermore, available data from animal models hint at a novel mechanism in play. When eventually uncovered, this knowledge of mechanism could help in understanding human risk from paternal radiation exposure, tobacco smoking, etc. Recently suspected human risk factors such as vitamin K and topoisomerase II inhibitors have not been tested in perinatal animal models. Although neonatal rodents are more susceptible to infections than adults, including infection by oncogenic viruses, they have not yet been used to model the cancer-risk role proposed for human infant exposure to microbes.

There is increasing knowledge of the molecular and genetic changes in human childhood cancers. The meaningfulness of the comparable animal model neoplasm as a risk indicator would be indicated by similarities or dissimilarities in molecular etiology. For example, several tumor-susceptibility genes or chromosomal areas have been identified in human Wilms' tumors of the kidney; these could be examined in rat and rabbit nephroblastoma. Similarly, K-*ras* oncogene mutations have been found in rat nephroblastomas but apparently have not been tested for Wilms' tumors.

It should be emphasized that at present it seems highly unlikely that any of this work will ever be done. Only a handful of laboratories worldwide are working on perinatal carcinogenesis in animal models. If regulatory agencies desire these data, they will have to demand (and pay for) them. Large, long, expensive studies will be needed. Industry might be required to do certain bioassays but cannot be expected to gather much of the bioassay or any of the mechanistic information.

## REFERENCES AND NOTES

1. Coleman MP, Babb P, Damiecki P, Grosclaude P, Honjo S, Jones J, Knerer G, Pitard A, Quinn M, Sloggett A, et al. Cancer Survival Trends in England and Wales, 1971-1995: Deprivation and NHS Region. London:The Stationery Office, 1999.

2. Draper G. Chapter 10: Cancer. In: Registrar General. The Health of Our Children. Decennial Supplement for England and Wales. London:HMSO, 1995.

3. Miller RW, Young JL. Childhood cancer. Cancer 75:395-405 (1995).

4. Stiller CA. Population-based survival rates for childhood cancer in Britain, 1980-91. Br Med J 309:1612-1616 (1994).

5. Dickman PW, Hakulinen T, Luostarinen T, Pukkala E, Sankila R, Söderman B, Tepp L. Survival of cancer patients in Finland, 1955-1994. Acta Oncologia 38:1-103 (1999).

6. Little J. Epidemiology of Childhood Cancer. Lyon:IARC Scientific Publ 149 (1999).

7. Hsieh CC, Tzonou A, Zavitsanos X, Kaklamani E, Lan SJ, Trichopoulos D. Age at first establishment of chronic hepatitis B virus infection and hepatocellular carcinoma risk. A birth order study. Am J Epidemiol 136:1115-1121 (1992).

8. Wild CP, Hall AJ. Hepatitis B virus and liver cancer: unanswered questions. In: Infections and Human Cancer, Cancer Surveys, Vol 33 (Newton R, Beral V, Weiss RA, eds). Plainview, NY:Cold Spring Harbor Laboratory Press, 1999;35-54.

9. Greaves MF. Aetiology of acute leukaemia. Lancet 349:344-349 (1997).

10. Stewart A, Webb J, Giles D, Hewitt D. Malignant disease in childhood and diagnostic irradiation in utero [Letter]. Lancet 2:447 (1956).

11. Stewart A, Webb J, Hewitt D. A survey of childhood malignancies. Br Med J 28:1495-1507 (1958).

12. Mole RH. Childhood cancer after prenatal exposure to diagnostic X-ray examinations in Britain. Br J Cancer 62:152-168 (1990).

13. Wakeford R. The risk of childhood cancer from intrauterine and preconceptional exposure to ionizing radiation. Environ Health Perspect 103:1018-1025 (1995).

14. Herbst AL, Ulfelder H, Poskanzer DC. Adenocarcinoma of the vagina. Association of maternal stilbestrol therapy with tumor appearance in young women. New Engl J Med 284:878-881 (1971).

15. Ford AM, Ridge SA, Cabrera ME, Mahmoud H, Steel CM, Chan LC, Greaves M. In utero rearrangements in the trithorax-related oncogene in infant leukaemias. Nature 363:358-360 (1993).

16. Ford AM, Pombo-de-Oliveria MS, McCarthy KP, Maclean JM, Carrico KC, Vincent RF, Greaves M. Monoclonal origin of concordant T-cell malignancy in identical twins. Blood 89:281-285 (1997).

17. Tomatis L. Overview of perinatal and multigeneration carcinogenesis. IARC Sci Publ 96:1-15 (1989).

18. Anderson LM, Donovan PJ, Rice JM. Risk assessment for transplacental carcinogenesis. In: New Approaches in Toxicity Testing and Their Application in Human Risk Assessment (Li AP, ed). New York:Raven Press 1985;179-202.

19. van Steensel-Moll HA, Valkenburg HA, Vandenbroucke JP, van Zanen GE. Are maternal fertility problems related to childhood leukaemia? Int J Epidemiol 14:555-559 (1985).

20. Gilman EA, Wilson LM, Kneale GW, Waterhouse JA. Childhood cancers and their association with pregnancy drugs and illnesses. Paediat Perinat Epidemiol 3:66-94 (1989).

21. Olsen JH, Boice JD, Fraumeni JF. Cancer in children of epileptic mothers and the possible relation to maternal anticonvulsant therapy. Br J Cancer 62:996-999 (1990).

22. Berleur M-P, Cordier S. The role of chemical, physical, or viral exposures and health factors in neurocarcinogenesis: implications for epidemiologic studies of brain tumors. Cancer Causes Control 6:240-256 (1995).

23. Kinlen LJ. Epidemiological evidence for an infective basis in childhood leukaemia. Br J Cancer 71:1-5 (1995).

24. Doyle P, Bunch KJ, Beral V, Draper GJ. Cancer incidence in children conceived with assisted reproduction technology. Lancet 352:452-453 (1998).

25. Dockerty JD, Skegg DCG, Elwood JM, Herbison GP, Becroft DMO, Lewis ME. Infections, vaccinations, and the risk of childhood leukaemia. Br J Cancer 80:1483-1489 (1999).

26. Hemminki E, Gissier M, Toukomaa H. Exposure to female hormone drugs during pregnancy: effect on malformations and cancer. Br J Cancer 80:1092-1097 (1999).

27. Roman E, Doyle P, Maconochie N, Davies G, Smith PG, Beral V. Cancer in children of nuclear industry employees: report on children aged under 25 years from nuclear industry family study. Br Med J 318:1443-1450 (1999).

28. Easton D, Peto J. The contribution of inherited predisposition to cancer incidence. Cancer Sur 9:395-416 (1990).

29. Strong LC, Amos CI. Chapter 27: inherited susceptibility. In: Cancer Epidemiology and Prevention. 2nd ed (Schottenfeld D, Fraumeni JF, eds). New York/Oxford:Oxford University Press, 1996;559-583.

30. Cavalli-Sforza LL, Bodmer WF. The Genetics of Human Populations. San Francisco:Freeman, 1971.

31. Tomatis L, Narod S, Yamasaki H. Transgeneration transmission of carcinogenic risk. Carcinogenesis 13:145-151 (1992).

32. Clutton-Brock TH, Iason GR. Sex ratio variation in mammals. Q Rev Biol 61:339-374 (1986).

33. Snyder RG. The sex ratio of offspring of pilots of high performance military aircraft. Hum Biol 33:1-10 (1961).

34. Wyatt R, Wilson AM. Children of anaesthetists [Letter]. Br Med J 1:675 (1973).

35. Lyster WR. Altered sex ratio in children of divers [Letter]. Lancet 2:152 (1982).

36. McDowall ME. Occupational Reproductive Epidemiology. The Use of Routinely Collected Statistics in England and Wales 1980-82. Studies on Medical and Population Subjects No. 50. London:HMSO, 1985.

37. Dickinson HO, Parker L, Binks K, Wakeford R, Smith J. The sex ratio of children in relation to paternal preconceptional radiation dose: a study in Cumbria, northern England. J Epidemiol Commun Health 50:645-652 (1996).

38. Parkin DM, Kramárová E, Draper GJ, Masuyer E, Michaelis J, Neglia J, Qureshi S, Stiller CA. International Incidence of Childhood Cancer, Vol II. IARC Sci Publ 144:131-141, 365-371. (1998).

39. Knudson AG. Mutation and cancer: statistical study of retinoblastoma. Proc Natl Acad Sci USA 68:820-823 (1971).

40. Goodrich DW, Lee WH. The molecular genetics of retinoblastoma. Cancer Sur 9:529-554 (1990).

41. Narod SA, Stiller C, Lenoir GM. An estimate of the heritable fraction of childhood cancer. Br J Cancer 63:993-999 (1991).

42. Bunin GR, Meadows AT, Emanuel BS, Buckley JD, Woods WG, Hammond GD. Pre- and postconception factors associated with sporadic heritable and nonheritable retinoblastoma. Cancer Res 49:5730-5735 (1989).

43. Bunin GR, Petrakova A, Meadows AT, Emanuel BS, Buckley JD, Woods WG, Hammond GD. Occupations of parents of children with retinoblastoma: a report from the Children's Cancer Study Group. Cancer Res 50:7129-7133 (1989).

44. Kato MV, Ishizaki K, Shimizu T, Ejima Y, Tanooka H, Takayama J, Kaneko A, Toguchida J, Sasaki MS. Parental origin of germ-line and somatic mutations in the retinoblastoma gene. Hum Genet 94:31-38 (1994).

45. Draper GJ, Kroll ME, Stiller CA. Childhood cancer. Cancer Surv 19-20:493-517 (1994).

46. Stiller CA, Allen MB, Eatock EM. Childhood cancer in Britain: The National Registry of childhood tumours and incidence rates 1978-1987. Eur J Cancer 31A:2028-2034 (1995).

47. Kattan J, Tournade J-F, Culine S, Terrier-Lacombe M-J, Droz J-P. Adult Wilms' tumour: review of 22 cases. Eur J Cancer 30A:1778-1782 (1994).

48. Matsunaga E. Genetics of Wilms' tumor. Hum Genet 57:231-246 (1981).

49. Knudson AG, Strong LC. Mutation and cancer: a model for Wilms' tumor of the kidney. J Natl Cancer Inst 48:313-324 (1972).

50. Call KM, Glaser T, Ito CY, Bucker AJ, Pelletier J, Haber DA, Rose EA, Kral A, Yeger H, Lewis WH, et al. Isolation and characterization of a zinc finger polypeptide gene at the human chromosome 11 Wilms' tumor locus. Cell 60:509-520 (1990).

51. Coppes MJ, Haber DA, Grundy PE. Genetic events in the development of Wilms' tumor. New Engl J Med 331:586-590 (1994).

52. Sharpe CR, Franco EL. Etiology of Wilms' tumor. Epidemiol Rev 17:415-432 (1995).

53. Huff V, Meadows A, Riccardi VM, Strong LC, Saunders GF. Parental origin of de novo constitutional deletions of chromosomal band 11p13. Am J Hum Genet 47:155-160 (1990).

54. Pelletier J, Bruening W, Li FP, Haber DA, Glaser T, Housman DE. WT1 mutations contribute to abnormal genital system development and hereditary Wilms' tumour. Nature 353:431-434 (1991).

55. Coppes M, Liefers GJ, Higuchi M, Zinn AM, Balfe JW, Williams BRG. Inherited WT1 mutation in Denys-Drash syndrome. Cancer Res 52:6125-6128 (1992).

56. Feinberg AP. Genomic imprinting and gene activation in cancer. Nature Genet 4:110-113 (1993).

57. Sharpe CR, Franco EL, de Camargo B, Lopes LF, Barreto JH, Johnsson RR, Mauad MA. Parental exposures to pesticides and risk of Wilms' tumor in Brazil. Am J Epidemiol 141:210-217 (1995).

58. Kristensen P, Andersen A, Irgens LM, Bye AS, Sundheim L. Cancer in offspring of parents engaged in agricultural activities in Norway: incidence and risk factors in the farm environment. Int J Cancer 65:39-50 (1996).

59. Fear NT, Roman E, Reeves G, Pannett B. Childhood cancer and paternal employment in agriculture: the role of pesticides. Br J Cancer 77:825-829 (1998).

60. Miller RW. Downs' syndrome (mongolism), other congenital malformations and cancers among the sibs of leukemia children. New Engl J Med 268:393-401 (1963).

61. Ager EA, Schuman LM, Wallace HM, Rosenfield AB, Gullen WH. An epidemiological study of childhood leukaemia. J Chronic Dis 18:113-132 (1965).

62. Windham GC, Bjerkedal T, Langmark F. A population-based study of cancer incidence in twins and in children with congenital malformations or low birth weight, Norway, 1967-1980. Am J Epidemiol 121:49-56 (1985).

63. Zack M, Adami H-O, Ericson A. Maternal and perinatal risk factors for childhood leukemia. Cancer Res 51:3696-3701 (1991).

64. Mann JR, Dodd HE, Draper GJ, Waterhouse JAH, Birch JM, Cartwright RA, Hartley AL, McKinney PA, Stiller CA. Congenital anomalies in children with cancer and their relatives: results from a case-control study (IRESCC). Br J Cancer 68:357-363 (1993).

65. Mili F, Khoury MJ, Flanders WD, Greenberg RS. Risk of childhood cancer for infants with birth defects. I: A record-linkage study, Atlanta, Georgia, 1968-1988. Am J Epidemiol 137:629-638 (1993).

66. Mili F, Lynch CF, Khoury MJ, Flanders WD, Edmonds LD. Risk of childhood cancer for infants with birth defects. II: A record-linkage study, Iowa, 1983-1989. Am J Epidemiol 137:639-644 (1993).

67. Cnattingius S, Zack MM, Ekbom A, Gunnarskog J, Kreuger A, Linet M, Adami H-O. Prenatal and neonatal risk factors for childhood lymphatic leukemia. J Natl Cancer Inst 87:908-914 (1995).

68. Cnattingius S, Zack M, Ekbom A, Gunnarskog J, Kreuger A, Linet M, Adami H-O. Prenatal and neonatal risk factors for childhood myeloid leukemia. Cancer Epidemiol Biomarkers Prev 4:441-445 (1995).

69. Westergaard T, Andersen PK, Pedersen JB, Olsen JH, Frisch M, Sorensen HT, Wohlfahrt J, Melbye M. Birth characteristics, sibling patterns, and acute leukemia risk in childhood: a population-based cohort study. J Natl Cancer Inst 89:939-947 (1997).

70. Mertens AC, Wen W, Davies SM, Steinbuch M, Buckley JD, Potter JD, Robison LL. Congenital abnormalities in children with acute leukemia: a report from the Children's Cancer Group. J Pediatr 133:617-623 (1998).

71. Blatt J, Olshan AF, Lee PA, Ross JL. Neuroblastoma and related tumors in Turner's syndrome. J Pediatr 131:666-670 (1997).

72. Bader JL, Miller RW. Neurofibromatosis and childhood leukemia. J Pediatr 92:925-929 (1978).

73. Ragge NK. Clinical and genetic patterns of neurofibromatosis 1 and 2. Br J Ophthalmol 77:662-672 (1993).

74. Seizinger BR. NF1: a prevalent cause of tumorigenesis in human cancers? Nature Genet 3:97-99 (1993).

75. Yang P, Grufferman S, Khoury MJ, Schwartz AG, Kowalski J, Ruymann FB, Maurer HM. Association of childhood rhabdomyosarcoma with neurofibromatosis type 1 and birth defects. Genet Epidemiol 12:467-474 (1995).

76. Stiller CA, Chessells JM, Fitchett M. Neurofibromatosis and childhood leukaemia/lymphoma: a population-based UKCCSG study. Br J Cancer 70:969-972 (1994).

77. Bhatia S, Neglia JP. Epidemiology of childhood acute myelogenous leukemia. J Pediatr Hematol Oncol 17:94-100 (1995).

78. Auerbach AD. Fanconi anemia and leukemia: tracking the genes. Leukemia 6:1-4 (1992).

79. Chandley AC. On the parental origin of de novo mutation in man. J Med Genet 28:217-223 (1991).

80. Ballesta F, Queralt R, Gomez D, Solsona E, Guitart M, Ezquerra M, Moreno J, Oliva R. Parental origin and meiotic stage of non-disjunction in 139 cases of trisomy 21. Ann Genet 42:11-15 (1999).

81. Sorahan T, Lancashire R, Prior P, Peck I, Stewart A. Childhood cancer and parental use of alcohol and tobacco. Ann Epidemiol 5:354-359 (1995).

82. Sorahan T, Lancashire R, Hultén MA, Peck I, Stewart A. Childhood cancer and parental use of tobacco: deaths from 1953 to 1955. Br J Cancer 75:134-138 (1997).

83. Blot WJ, Henderson BE, Boice JD. Childhood cancer in relation to cured meat intake: review of the epidemiological evidence. Nutr Cancer 34:111-118 (1999).

84. Hawkins MM, Draper GJ, Smith RA. Cancer among 1,348 offspring of survivors of childhood cancer. Int J Cancer 43:975-978 (1989).

85. Hawkins MM. Is there evidence of a therapy-related increase in germ cell mutation among childhood cancer survivors? J Natl Cancer Inst 83:1643-1650 (1991).

86. Babosa M, Bakı M, Bodrogi I, Gundy S. A study of children, fathered by men treated for testicular cancer, conceived before, during and after chemotherapy. Med Pediatr Oncol 22:33-38 (1994).

87. Gardner MJ, Snee MP, Hall AJ, Powell CA, Downes S, Terrell JD. Results of a case-control study of leukaemia and lymphoma among young people near Sellafield nuclear plant in West Cumbria. Br Med J 300:423-429 (1990).

88. Gardner MJ. Paternal occupations of children with leukaemia [Letter]. Br Med J 305:715 (1992).

89. Urquhart JD, Black RJ, Muirhead MJ, Sharp L, Maxwell M, Eden OB, Jones DA. Case-control study of leukaemia and non-Hodgkin's lymphoma in children in Caithness near the Dounreay nuclear installation. Br Med J 302:687-692 (1991).

90. McLaughlin JR, King WD, Anderson TW, Clarke EA, Ashmore JP. Paternal radiation exposure and leukaemia in offspring: the Ontario case-control study. Br Med J 307:959-966 (1993).

91. Roman E, Watson A, Beral V, Buckle S, Bull D, Baker K, Ryder H, Barton C. Case-control study of leukaemia and non-Hodgkin's lymphoma among children aged 0-4 years living in West Berkshire and North Hampshire health districts. Br Med J 306:615-621 (1993).

92. Draper GJ, Little MP, Sorahan T, Kinlen LJ, Bunch KF, Conquest AJ, Kendall GM, Kneale GW, Lancashire RJ, Muirhead CR, et al. Cancer in the offspring of radiation workers: a record linkage study. Br Med J 315:1181-1188 (1997).

93. Maconochie N, Doyle P, Roman E, Davies G, Smith PG, Beral V. The nuclear industry family study: linkage of occupational exposures to reproduction and child health. Br Med J 318:53-54 (1999).

94. Gilman EA, Kneale GW, Knox EG, Stewart AM. Pregnancy x-rays and childhood cancers: effects of exposure age and radiation dose. J Radiol Protection 8:3-8 (1988).

95. Roman E, Ansell P, Bull D. Leukaemia and non-Hodgkin's lymphoma in children and young adults: are prenatal and neonatal factors important determinants of disease? Br J Cancer 76:406-415 (1997).

96. Ross JA, Potter JD, Robison LL. Infant leukemia, topoisomerase II inhibitors, and the MLL gene. J Natl Cancer Inst 86:1678-1680 (1994).

97. Swerdlow AJ, Huttly SR, Smith PG. Prenatal and familial associations of testicular cancer. Br J Cancer 55:571-577 (1987).

98. Ekbom A, Trichopoulos D, Adami HO, Hsieh CC, Lan SJ. Evidence of prenatal influences on breast cancer risk. Lancet 340:1015-1018 (1992).

99. Michels KB, Trichopoulos D, Robins JM, Rosner BA, Manson J-AE, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE, Willett WC. Birthweight as a risk factor for breast cancer. Lancet 348:1542-1546 (1996).

100. Ross JA, Perentesis JP, Robison LL, Davies SM. Big babies and infant leukemia: a role for insulin-like growth factor-1? Cancer Causes Control 7:553-559 (1996).

101. Wanderås EH, Grotmol T, Fosså SD, Tretli S. Maternal health and pre- and perinatal characteristics in the etiology of testicular cancer: a prospective population- and register-based study on Norwegian males born between 1967 and 1995. Cancer Causes Control 9:475-486 (1998).

102. Beral V, Doyle P. MRC Working party on children conceived by in vitro fertilisation. Births in Great Britain resulting from assisted conceptions 1978-87. Br Med J 300:1229-1233 (1990).

103. Doyle P. The outcome of multiple pregnancy. Hum Reprod 11:110-120 (1996).

104. Doyle P. The UK Human Fertilisation and Embryology Authority: how it has contributed to the evaluation of assisted reproductive technology. Int J Technol Assess Health Care 15:3-10 (1999).

105. White L, Giri N, Vowels MR, Lancaster PAL. Neuroectodermal tumours in children born after assisted conception [Letter]. Lancet 336:1577 (1990).

106. Kobayashi N, Matsui I, Tanimura M, Nagahar N, Akatsuka J-I, Hirayama T, Sato K. Childhood neuroectodermal tumours and malignant lymphoma after maternal ovulation induction [Letter]. Lancet 338:955 (1991).

107. Vessey MP. Epidemiological studies of the effects of diethylstilboestrol. IARC Sci Publ 96: 335-348 (1989).

108. Miller RW. Special susceptibility of the child to certain radiation-induced cancers. Environ Health Perspect 103:41-44 (1995).

109. Giusti RM, Iwamoto K, Hatch EE. Diethylstilbestrol revisited: a review of the long-term health effects. Ann Int Med 122:778-788 (1995).

110. Dam H, Dygge H, Hjalmar L, Plum P. The relation of vitamin K deficiency to haemorrhagic disease of the newborn. Adv Paediat 5:129-153 (1952).

111. Golding J, Greenwood R, Birmingham K, Mott M. Childhood cancer, intramuscular vitamin K, and pethidine given during labour. Br Med J 305:341-346 (1992).

112. Ekelund H, Finnström O, Gunnarskog J, Källén B, Larsson Y. Administration of vitamin K to newborn infants and childhood cancer. Br Med J 307:89-91 (1993).

113. Klebanoff MA, Read JS, Mills JL, Shiono PH. The risk of childhood cancer after neonatal exposure to vitamin K. New Engl J Med 329:905-908 (1993).

114. Olsen JH, Hertz H, Blinkenberg K, Verder H. Vitamin K regimens and incidence of childhood cancer in Denmark. Br Med J 308:895-896 (1994).

115. Ansell P, Bull D, Roman E. Childhood leukaemia and intramuscular vitamin K: findings from a case-control study. Br Med J 313:204-205 (1996).

116. von Kries R, Göbel U, Hachmeister A, Kaletsch U, Michaelis J. Vitamin K and childhood cancer: a population based case-control study in Lower Saxony, Germany. Br Med J 313:199-203 (1996).

117. McKinney PA, Juszczak E, Findlay E, Smith K. Case-control study of childhood leukaemia and cancer in Scotland: findings for neonatal intramuscular vitamin K. Br Med J 316:173-177 (1998).

118. Parker L, Cole M, Craft AW, Hey EN. Neonatal vitamin K administration and childhood cancer in the north of England: retrospective case-control study. Br Med J 316:189-193 (1998).

119. Passmore SJ, Draper G, Brownbill P. Kroll M. Case-control studies of the relation between childhood cancer and neonatal vitamin K administration. Br Med J 316:178-184 (1998).

120. Kaufman T. Vitamin K: an accident waiting to happen or a storm in a teacup? RCM Midwives J 2:251 (1999).

121. Newton R, Beral V, Weiss RA. Infections and Human Cancer. Cancer Surveys, Vol 33. Plainview, NY:Cold Spring Harbour Laboratory Press, 1999.

122. Rowland M, Drumm B. Clinical significance of Helicobacter infection in children. Br Med Bull 54:95-103 (1998).

123. Kingston JE, Hawkins MM, Draper GJ, Marsden HB, Kinnier Wilson LM. Patterns of multiple primary tumours in patients treated for cancer during childhood. Br J Cancer 56:331-338 (1987).

124. Committee on the Biological Effects of Ionizing Radiation. BEIR V. Health Effects of Exposure to Low Levels of Ionizing Radiation. Washington, DC:National Academy Press, 1990.

125. Bearer CF. How are children different from adults? Environ Health Perspect 103:7-12 (1995).

126. Truhan AP. Sun protection in childhood. Clin Pediat 30:676-681 (1991).

127. Mohr U, Emura M, Aufderheide M, Riebe M, Ernst H. Possible role of genetic predisposition in multigeneration carcinogenesis. IARC Sci Publ 96:93-103 (1989).

128. Tomatis L. Transgeneration carcinogenesis: a review of the experimental and epidemiological evidence. Jpn J Cancer Res 85:443-454 (1994).

129. Tomatis L, Cabral JRP, Likhachev AJ, Ponomarkov V. Increased cancer incidence in the progeny of male rats exposed to ethylnitrosourea before mating. Int J Cancer 28:475-478 (1981).

130. Tomatis L, Turusov VS, Cardis E, Cabral JPR. Tumor incidence in the progeny of male rats exposed to ethylnitrosourea before mating. Mutat Res 229:231-237 (1990).

131. Nomura T. Changed urethan and radiation response of the mouse germ cell to tumor induction. In: Tumours of Early Life in Man and Animals (Severi L, ed). Perugia, Italy:University Press, 1978;873-891.

132. Nomura T. Parental exposure to X rays and chemicals induces heritable tumours and anomalies in mice. Nature 296:575-577 (1982).

133. Nomura T. X-ray-induced germ-line mutation leading to tumors. Its manifestation in mice given urethane post-natally. Mutat Res 121:59-65 (1983).

134. Cattanach BM, Patrick G, Papworth D, Goodhead DT, Hacker T, Cobb L, Whitehill E. Investigation of lung tumour induction in BALB/cJ mice following paternal X-irradiation. Int J Radiat Biol 67:607-615 (1995).

135. Cattanach BM, Papworth D, Patrick G, Goodhead DT, Hacker T, Cobb L, Whitehill E. Investigation of lung tumour induction in C3H/HeH mice, with and without tumour promotion with urethane, following paternal X-irradiation. Mutat Res 403:1-12 (1998).

136. Mohr U, Dasenbrock CT, Tillmann T, Kohler M, Kamino K, Hagemann G, Morawietz G, Campo E, Cazorla M, Fernandez P, et al. Possible carcinogenic effects of X-rays in transgenerational study with CBA mice. Carcinogenesis 20:325-332 (1999).

137. Nomura T. Further studies on X-ray and chemically induced germ-line alterations causing tumors and malformations in mice. In: Genetic Toxicology of Environmental Chemicals, Part B: Genetic Effects and Applied Mutagenesis (Tuzima Y, Kondos S, Kuroda Y, eds). New York:Alan R. Liss, 1986;13-20.

138. Daher A, Varin M, Lamontagne Y, Oth D. Effect of pre-conceptional external or internal irradiation of N5 male mice and the risk of leukemia in their offspring. Carcinogenesis 19:1553-1558 (1998).

139. Nomura T. Transmission of tumors and malformations to the next generation of mice subsequent to urethan treatment. Cancer Res 35:264-266 (1975).

140. Yu W, Sipowicz MA, Haines DC, Birely L, Diwan BA, Riggs CW, Kasprzak KS, Anderson LM. Preconception urethane or chromium (III) treatment of male mice: multiple neoplastic and non-neoplastic changes in offspring. Toxicol Appl Pharmacol 158:161-176 (1999).

141. Edwards AJ, Anderson D, Brinkworth MH, Myers B, Parry JM. An investigation of male-mediated $F_1$ effects in mice treated acutely and sub-chronically with urethane. Teratogen Carcinogen Mutagen 19:87-103 (1999).

142. Nomura T. Paternal esposure to radiation and offspring cancer in mice: reanalysis and new evidence. J Radiat Res 32(suppl 2):64-72 (1992).

143. Takahashi T, Watanabe H, Dohi K, Ito A. $^{252}Cf$ relative biological effectiveness and inheritable effect of fission neutrons in mouse liver tumorigenesis. Cancer Res 52:1948-1953 (1992).

144. Watanabe H, Takahashi T, Lee J-Y, Ohtaki M, Roy G, Ando Y, Yamada K, Gotoh T, Kurisu K, Fujimoto N, et al. Influence of paternal $^{252}Cf$ neutron exposure on abnormal sperm, embryonal lethality, and liver tumorigenesis in the $F_1$ offspring of mice. Jpn J Cancer Res 87:51-57 (1996).

145. Mohr U, Emura M, Kamino K, Steinmann J, Kohler M, Morawietz G, Dasenbrock C, Tomatis L. Increased risk of cancer in the descendants of Syrian hamsters exposed prenatally to diethylnitrosamine (DEN). Int J Cancer 63:86-91 (1995).

146. Newbold RR, Hanson RB, Jefferson WN, Bullock BC, Haseman J, McLachlan JA. Increased tumors but uncompromised fertility in the female descendants of mice exposed developmentally to diethylstilbestrol. Carcinogenesis 19:1655-1663 (1998).

147. Walker BE, Kurth LA. Multi-generational carcinogenesis from diethylstilbestrol investigated by blastocyst transfers in mice. Int J Cancer 61:249-252 (1995).

148. Anderson LM, Kasprzak KS, Rice JM. Preconception exposure of males and neoplasia in their progeny: effects of metals and considerations of mechanism. In: Proceedings of an International Conference on Male-Mediated Developmental Toxicity (Mattison DR, Olshan AF, eds), 16-19 September 1992, Pittsburgh, Pennsylvania. New York:Plenum, 1994;129-140.

149. Hedenskog M, Sjögren M, Cederberg H, Rannug U. Induction of germline-length mutations at the minisatellites PC-1 and PC-2 in male mice exposed to polychlorinated biphenyls and diesel exhaust emissions. Environ Mol Mutagen 30:254-259 (1997).

150. Sasaki S, Kasuga T, Sato F, Kawashima N. Late effects of fetal mice X-irradiated at middle or late intrauterine stage. Gann 69:167-177 (1978).

151. Goerttler K, Loehrke H, Schweizer J, Hesse B. Two-stage skin carcinogenesis by systemic initiation of pregnant mice with 7,12-dimethylbenz(a)anthracene during gestation days 6-20 and postnatal promotion of the $F_1$-generation with the phorbol ester 12-O-tetradecanoylphorbol-13-acetate. J Cancer Res Clin Oncol 98:267-275 (1980).

152. Morris EP, Burns FJ, Albert RE. Transplacental skin tumor initiation of Ha/ICR mice at different fetal ages. Cancer Res 43:4271-4274 (1983).

153. Vesselinovitch SD. Comparative studies on perinatal carcinogenesis. IARC Sci Publ 4:14-23 (1973).

154. Kalter H, Mandybur TI, Ormsby I, Warkany J. Dose-related reduction by prenatal X-irradiation of the transplacental neurocarcinogenicity of ethylnitrosourea in rats. Cancer Res 40:3973-3976 (1980).

155. Nomura T, Okamoto E. Transplacental carcinogenesis by urethan in mice: teratogenesis and carcinogenesis in relation to organogenesis. Gann 63:731-742 (1972).

156. Nomura T. Sensitivity of a lung cell in the developing mouse embryo to tumor induction by urethan. Cancer Res 34:3363-3372 (1974).

157. Schmahl W, Kriegel H. Ovary tumors in NMRI mice subjected to fractionated X-irradiation during fetal development. J Cancer Res Clin Oncol 98:65-74 (1980).

158. Chen TT, Heidelberger C. Quantitative studies on the malignant transformation of mouse prostate cells by carcinogenic hydrocarbons in vitro. Int J Cancer 4:166-178 (1969).

159. Kakunaga T. The role of cell division in the malignant transformation of mouse cells treated with 3-methylcholanthrene. Cancer Res 35:1637-1642 (1975).

160. Donovan PJ, Smith GT. Cell sensitivity to transplacental mutagenesis by N-ethyl-N-nitrosourea is greatest during early gestation in the Syrian hamster. Mutat Res 427:53-64 (1999).

161. Donovan PJ. Cell sensitivity to transplacental mutagenesis by N-ethyl-N-nitrosourea is greatest in early post-implantation development. Mutat Res 427:47-51 (1999).

162. Kauffman SL. Susceptibility of fetal lung to transplacental 1-ethyl-1-nitrosourea: its relation to epithelial proliferation. J Natl Cancer Inst 57:821-825 (1976).

163. Jull JW, Streeter DJ, Sutherland L. The mechanism of induction of ovarian tumors in the mouse by 7,12-dimethylbenz[a]anthracene. I: Effect of steroid hormones and carcinogen concentration in vivo. J Natl Cancer Inst 37:409-418 (1966).

164. Upton AC, Odell TT, Sniffen EP. Influence of age at time of irradiation on induction of leukemia and ovarian tumors in RF mice. Proc Soc Exp Biol Med 104:769-772 (1960).

165. Sasaki S. Influence of the age of mice at exposure to radiation on life-shortening and carcinogenesis. J Radiat Res(suppl 2):73-85 (1991).

166. Goth R, Rajewsky MF. Persistence of $O^6$-ethylguanine in rat brain DNA. Correlation with nervous system specific carcinogenesis by ethylnitrosourea. Proc Natl Acad Sci USA 71:639-653 (1974).

167. Kleihues P, Cooper HK, Buecheler J, Kolar GF, Diessner H. Mechanism of perinatal tumor induction by neuro-oncogenic alkylnitrosoureas and dialkylaryltriazenes. Natl Cancer Inst Monogr 51:227-231 (1979).

168. Likhachev AJ, Alexandrov VA, Anisimov VN, Bespalov VG, Korsakov MV, Ovsyannikov AI, Popovich IG, Napalkov NP, Tomatis L. Persistence of methylated purines in the DNA of various rat fetal and maternal tissues and carcinogenesis in the offspring following a single transplacental dose of N-methyl-N-nitrosourea. Int J Cancer 31:779-784 (1983).

169. Craddock VM, Henderson AR, Gash S. Repair and replication of DNA in rat brain and liver during foetal and postnatal development, in relation to nitroso-alkylurea induced carcinogenesis. J Cancer Res Clin Oncol 108:30-35 (1984).

170. Müller R, Rajewsky MF. Elimination of $O^6$-ethylguanine from the DNA of brain, liver and other rat tissues exposed to ethylnitrosourea at different stages of prenatal development. Cancer Res 43:2897-2904 (1983).

171. Kleihues P, Rajewsky MF. Chemical neuro-oncogenesis: role of structural DNA modifications, DNA repair and neural target cell population. Prog Exp Tumor Res 27:1-16 (1984).

172. Chen BP, Berman JJ, Ching WM, Rice JM. DNA breakage by methyl methanesulfonate and its repair in brain and liver cells cultured from fetal rat and mouse. Chem Biol Interact 44:63-77 (1983).

173. Arfellini G, Grilli S, Prodi G. In vivo DNA repair after N-methyl-N-nitrosourea administration to rats of different ages. Z Krebsforsch Klin Onkol 91:157-164 (1978).

174. Coccia P, Salmona S, Diomede L, Citti, L, Mariani L, Romano M. Liver DNA alkylation after a single carcinogenic dose of dimethylnitrosamine to newborn and adult CFW Swiss mice. Chem Biol Interact 68:259-271 (1988).

175. Gibson RE, D'Ambrosio SM. Differing levels of exicision repair in human fetal dermis and brain cells. Photochem Photobiol 35:18-185 (1982).

176. Wilson TM, Rivkees SA, Deutsch WA, Kelley MR. Differential expression of the apurinic/apyrimidinic endonuclease (APE/ref-1) multifunctional DNA base excision repair gene during fetal development and in adult rat brain and testis. Mutat Res 362:237-248 (1996).

177. Niederreither K, Harbers M, Chambon P, Dolle P. Expression of T:G mismatch-specific thymidine-DNA glycosylase and DNA methyl transferase genes during development and tumorigenesis. Oncogene 17:1577-1585 (1998).

178. Bialkowski K, Bialkowska A, Anderson LM, Kasprzak KS. Higher activity of 8-oxo-2′-deoxyguanosine 5′-triphosphate pyrophosphohydrolase (8-oxo-dGTPase) coincide with lower background levels of 8-oxo-2′-deoxyguanosine in DNA of fetal compared with maternal mouse organs. Free Rad Biol Med 27:90-94 (1999).

179. Branstetter DG, Stoner GD, Schut HAJ, Senitzer D, Conran PB, Goldblatt PJ. Ethylnitrosourea-induced transplacental carcinogenesis in the mouse: tumor response, DNA binding, and adduct formation. Cancer Res 47:348-352 (1987).

180. Rice JM. Transplacental carcinogenesis in mice by 1-ethyl-1-nitrosourea. Ann NY Acad Sci 163:813-825 (1969).

181. Rehm S, Ward JM, Anderson LM, Riggs CW, Rice JM. Transplacental induction of mouse lung tumors: stage of fetal organogenesis in relation to frequency, morphology, size and neoplastic progression of N-nitrosoethylurea-induced tumors. Toxicol Pathol 19:35-46 (1991).

182. Jurgelski W Jr, Hudson P, Falk HL. Tissue differentiation and susceptibility to embryonal tumor induction by ethylnitrosourea in the opossum. Natl Cancer Inst Monogr 51:123-158 (1979).

183. Mohr U, Reznik-Schüller H, Emura M. Tissue differentiation as a prerequisite for transplacental carcinogenesis in the hamster respiratory system, with specific respect to the trachea. National Cancer Institute Monogr 51:117-122 (1979).

184. Mohr U, Reznik-Schüller, Reznik G, Hilfrich J. Transplacental effects of diethylnitrosamine in Syrian hamsters as related to

different days of administration during pregnancy. J Natl Cancer Inst 55:681-683 (1975).

185. Althoff J, Grandjean C, Pour P. Transplacental effect of nitrosamines in Syrian hamsters. IV: Metabolites of dipropyl- and dibutylnitrosamine. Z Krebsforsch Klin Oncol 90:119-126 (1977).

186. Alexandrov VA. Blastomogenic effect of dimethylnitrosamine on pregnant rats and their offspring. Nature 218:280-281 (1968).

187. Druckrey H. Chemical structure and action in transplacental carcinogenesis and teratogenesis. IARC Sci Publ 4:45-58 (1973).

188. Vesselinovitch SD, Rao KVN, Mihailovich N. Neoplastic response of mouse tissues during perinatal age periods and its significance in chemical carcinogenesis. Natl Cancer Inst Monogr 51:239-250 (1979).

189. Anderson LM, Hagiwara A, Kovatch RM, Rehm S, Rice JM. Transplacental initiation of liver, lung, neurogenic and connective tissue tumors by N-nitroso compounds in mice. Fundam Appl Toxicol 12:604-620 (1989).

190. Beebe LE, Kim YE, Amin S, Riggs CW, Kovatch RM, Anderson LM. Comparison of transplacental and neonatal initiation of mouse lung and liver tumors by N-nitrosodiemthylamine (NDMA) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and promotability by a polychlorinated biphenyls mixture (Aroclor 1254). Carcinogenesis 14:1545-1548 (1993).

191. Goerttler K, Loehrke H, Hesse B, Milz A, Schweizer J. Diaplacental initiation of NMRI mice with 7,12-dimethylbenz[a]anthracene during gestation days 6-20 and postnatal treatment of the $F_1$-generation with the phorbol ester 12-O-tetradecanoylphorbol-13-acetate: tumor incidence in organs other than the skin. Carcinogenesis 2:1087-1094 (1981).

192. Stavrou D, Dahme E, Haenichen T. Transplacental carcinogenesis in the rabbit. In: Comparative Transplacental Carcinogenesis (Schuller HM, ed). Boca Raton, FL:CRC Press, 1984;23-43.

193. Fox RR, Meier H, Pottahil R, Bedigian HG. Transplacental teratogenic and carcinogenic effects in rabbits chronically treated with N-ethyl-N-nitrosourea. J Natl Cancer Inst 65:607-610 (1980).

194. Toth B. A critical review of experiments in chemical carcinogenesis using newborn animals. Cancer Res 28:727-738 (1968).

195. Fujii K. Evaluation of the newborn mouse model for chemical tumorigenesis. Carcinogenesis 12:1409-1415 (1991).

196. Jannetti RA, Anderson LM. Dimethylnitrosamine demethylase activity in fetal, suckling, and maternal mouse liver and its transplacental and transmammary induction by polychlorinated biphenyls. J Natl Cancer Inst 67:461-466 (1981).

197. Ivankovic S, Schmähl D, Zeller WF. N-Demethylierung des Carcinogens Dimethylnitrosamin durch embryonales menschliches Gewebe. Z Krebsforsch 81:269-272 (1974).

198. Anderson LM, Jones AB, Riggs CW, Ohshima M. Fetal mouse susceptibility to transplacental lung and liver carcinogenesis by 3-methylcholanthrene: positive correlation with responsiveness to inducers of aromatic hydrocarbon metabolism. Carcinogenesis 6:1389-1393 (1985).

199. Anderson LM, Ruskie S, Carter J, Pittinger S, Kovatch R, Riggs CW. Fetal mouse susceptibility to transplacental carcinogenesis: differential influence of Ah receptor phenotype on effects of 3-methylcholanthrene, 7,12-dimethylbenz[a]anthracene, and benzo[a]pyrene. Pharmacogenetics 5:364-372 (1995).

200. Anderson LM, Jones AB, Riggs CW, Kovatch RM. Modification of transplacental tumorigenesis by 3-methylcholanthrene in mice by genotype at the Ah locus and pretreatment with ß-naphthoflavone. Cancer Res 49:1676-1681 (1989).

201. Wiestler OD, Kleihues P, Rice JM, Ivankovic S. DNA methylation in maternal, fetal, and neonatal rat tissues following perinatal administration of procarbazine. J Cancer Res Clin Oncol 108:56-59 (1984).

202. Lu LJ, Wang MY. Modulation of benzo(a)pyrene-induced covalent DNA modification in adult and fetal mice by gestation stage. Carcinogenesis 11:1367-1372 (1990).

203. Lu LJ, Anderson LM, Jones AB, Moskal TJ, Salazar JJ, Hokanson JJ, Rice JM. Persistence, gestation-stage dependent formation and interrelationship of benzo[a]pyrene-induced DNA adducts in mothers, placenta and fetuses of Erythrocebus patas monkeys. Carcinogenesis 14:1805-1813 (1993).

204. Nomura T, Okamoto E, Tateishi N, Kimura S, Isa Y, Manabe H, Sakamoto Y. Tumor induction in the progeny of mice receiving 4-nitroquinoline 1-oxide and N-methyl-N-nitrosourethan during pregnancy or lactation. Cancer Res 34:3373-3378 (1974).

205. Mirvish S, Cividalli G, Berenblum I. Slow elimination of urethan in relation to its high carcinogenicity in newborn mice. Proc Soc Exp Biol Med 116:265-268 (1964).

206. Nomura T, Takebe H, Okamoto E. Long retention of urethan transferred into newborn mice transplacentally, as a possible cause of high carcinogenesis. Gann 64:29-40 (1973).

207. Boylan ES, Calhoon RE. Mammary tumorigenesis in the rat following prenatal exposure to diethylstilbestrol and postnatal treatment with 7,12-dimethylbenz[a]anthracene. J Toxicol Environ Health 5:1059-1071 (1979).

208. Rudel R. Predicting health effects of exposures to compounds with estrogenic activity: methodological issues. Environ Health Perspect 105(suppl 3):655-663 (1997).

209. Rice JM, Rehm S, Donovan PJ, Perantoni AO. Comparative transplacental carcinogenesis by directly acting and metabolism-dependent alkylating agents in rodents and nonhuman primates. IARC Sci Publ 96:17-34 (1989).

210. Schmahl W, Geber E, Lehmacher W. Diaplacental carcinogenic effects of 5-azacytidine in NMRI-mice. Cancer Lett 27:81-90 (1985).

211. Vorobtsova IE, Kitaev EM. Urethane-induced lung adenomas in the first-generation progeny of irradiated male mice. Carcinogenesis 9:1931-1934 (1988).

212. Vorobtsova IE, Aliyakparova LM, Anisimov VN. Promotion of skin tumors by 12-O-tetradecanoylphorbol-13-acetate in two generations of descendants of male mice exposed to X-ray irradiation. Mutat Res 287:207-216 (1993).

213. Cosgrove GE, Selby PB, Upton AC, Mitchell TJ, Steele MH, Russell WL. Lifespan and autopsy findings in the first-generation offspring of X-irradiated male mice. Mutat Res 319:71-79 (1993).

214. Iwasaki T, Hashimoto N, Endoh D, Imanishi T, Itakura C, Sato F. Life span and tumours in the first-generation offspring of the gamma-irradiated male mouse. Int J Radiat Biol 69:487-492 (1996).

215. Tomatis L, Goodall CM. The occurrence of tumours in $F_1$, $F_2$, and $F_3$ descendants of pregnant mice injected with 7,12-dimethylbenz(a)anthracene. Int J Cancer 4:219-225 (1969).

216. Turusov VS, Trukhanova LS, Parfenov YD, Tomatis L. Occurrence of tumours in the descendants of CBA male mice prenatally treated with diethylstilbestrol. Int J Cancer 50:131-135 (1992).

217. Ernst H, Emura M, Bellmann B, Seinsch D, Mohr U. Failure to transmit diethylnitrosamine tumorigenicity from transplacentally exposed $F_1$ generation Syrian hamsters to the respiratory tract of $F_2$ and $F_3$ generations. Cancer Res 47:5112-5115 (1987).

218. Francis AJ, Anderson D, Evans JG, Jenkinson PC, Godbert P. Tumours and malformations in the adult offspring of cyclophosphamide-treated and control male rats - preliminary communication. Mutat Res 229:239-246 (1990).

219. Anisimov VN, Gvardina OE. N-nitrosomethylurea-induced carcinogenesis in the progeny of male rats of different ages. Mutat Res 316:139-145 (1995).

220. Vesselinovitch SD, Koka M, Rao KVN, Mihailovich N, Rice JM. Prenatal multicarcinogenesis by ethylnitrosourea in mice. Cancer Res 37:1822-1828 (1977).

221. Tanaka T. Transplacental induction of tumours and malformations in rats treated with some chemical carcinogens. IARC Sci Publ 4:100-111 (1973).

222. Diwan BA, Rice JM. Effect of stage of development on frequency and pathogenesis of kidney tumors induced in Noble (Nb) rats exposed prenatally or neonatally to N-nitrosoethylurea. Carcinogenesis 16:2023-2028 (1995).

223. Naito M, Naito Y, Ito A. Effect of age at treatment on the incidence and location of neurogenic tumors induced in Wistar rats by a single dose of N-ethyl-N-nitrosourea. Gann 72:569-577 (1981).

224. Diwan BA, Rehm S, Rice JM. Age- and dose-dependent transplacental carcinogenesis by N-nitrosoethylurea in Syrian golden hamsters. J Cancer Res Clin Oncol 122:643-652 (1996).

225. Stavrou D, Haenichen T, Wriedt-Lubbe I. Transplacental oncogenic effect of ethylnitrosourea in rabbits. Z Krebsforsch 84:207-215 (1975).

226. Fox RR, Diwan BA, Meier H. Transplacental induction of primary renal tumors in rabbits treated with 1-ethyl-1-nitrosourea. J Natl Cancer Inst 54:1439-1448 (1975).

227. Di Majo V, Coppola M, Rebessi S, Covelli V. Age-related susceptibility of mouse liver to induction of tumors by neutrons. Radiat Res 124:227-234 (1990).

228. Sasaki S, Kasuga T, Sat F, Kawashima N. Induction of hepatocellular tumor by X-ray irradiation at perinatal stage of mice. Gann 69:451-452 (1978).

229. Nomura T. An analysis of the changing urethan response of the developing mouse embyro in relation to mortality, malformation and neoplasm. Cancer Res 34:2117-2231 (1974).

230. Branstetter DG, Stoner GD, Budd C, Conran PB, Goldblatt PJ. Relationship between in utero development of the mouse liver and tumor development following transplacental exposure to ethylnitrosourea. Cancer Res 49:3620-3626 (1989).

231. Anderson LM, Hecht SS, Dixon DE, Dove LF, Kovatch RM, Amin S, Hoffmann D, Rice JM. Evaluation of the transplacental tumorigenicity of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in mice. Cancer Res 49:3770-3775

(1989).

232. Anderson LM, Hecht SS, Kovatch, RM, Amin S, Hoffmann D, Rice JM. Tumorigenicity of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in infant mice. Cancer Lett 58:177-181 (1991).

233. Diwan BA, Riggs CW, Logsdon D, Haines DC, Olivero O, Yuspa S, Rice JM, Poirier MC, Anderson LM. Multiorgan transplacental and neonatal carcinogenicity of 3´-azido-3´deoxythymidine in mice. Toxicol Appl Pharmacol 161:82-94 (1999).

234. Nomura T. Induction of persistent hypersensitivity to lung tumorigenesis by in utero X-radiation in mice. Environ Mutagen 6:33-40 (1984).

235. Larsen CD. Pulmonary-tumor induction by transplacental exposure to urethane. J Natl Cancer Inst 8:63-67 (1947).

236. Rice JM. The biological behaviour of transplacentally induced tumours in mice. IARC Sci Publ 4:71-83 (1973).

237. Branstetter DG, Stoner GD, Budd C, Conran PG, Goldblatt PJ. Effect of gestational development on lung tumor size and morphology in the mouse. Cancer Res 48:379-386 (1988).

238. Branstetter DG, Moseley PP. Effect of lung development on the histological pattern of lung tumors induced by ethylnitrosourea in the C3HeB/FeJ mouse. Exp Lung Res 17:169-179 (1991).

239. Diwan BA, Meier H. Strain- and age-dependent transplacental carcinogenesis by 1-ethyl-1-nitrosourea in inbred strains of mice. Cancer Res 34:764-770 (1974).

240. Diwan BA, Meier H. Transplacental carcinogenic effects of diethylnitrosamine in mice. Naturwissenschaften 63:487-488 (1976).

241. Emura M, Richter-Reichhelm HB, Mohr U. Some aspects of prenatal risk of N-nitrosodiethylamine carcinogenesis. In: N-Nitroso Compounds: Analysis, Formation and Occurrence (Walker EA, Castegnaro M, Gricuite, Börzsönyi M, eds). Lyon:International Agency for Research on Cancer, 1980;767-777.

242. Althoff J, Pour P, Grandjean C, Eagen M. Transplacental effects of nitrosamines in Syrian hamsters. I: Dibutylnitrosamine and nitrosohexamethyleneimine. Z Krebschforsch Clin Onkol 86:69-75 (1976).

243. Van den Heuvel R, Gerber GB, Leppens H, Vander Plaetse F, Schoeters GER. Long-term effects on tumour incidence and survival from [241]Am exposure of the BALB/c mouse in utero and during adulthood. Int J Radiat Biol 68:679-686 (1995).

244. Börzsönyi M, Pintér A, Surján A, Farkas I. Transplacental induction of lymphomas in Swiss mice by carbendazim and sodium nitrite. Int J Cancer 17:742-747 (1976).

245. Benjamin SA, Saunders WJ, Angleton GM, Lee AC. Radiation carcinogenesis in dogs irradiated during prenatal and postnatal development. J Radiat Res(suppl 2):86-103 (1991).

246. Inano H, Suzuki K, Onoda M, Yamanouchi H. Susceptibility of fetal, virgin, pregnant and lactating rats for the induction of mammary tumors by gamma rays. Radiat Res 145:708-713 (1996).

247. Cahill DF, Wright JF, Godbold JH, Ward JM, Laskey JW, Tompkins EA. Neoplastic and life-span effects of chronic exposure to tritium. II: Rats exposed in utero. J Natl Cancer Inst 55:1165-1169 (1975).

248. Wechsler W, Rice JM, Vesselinovitch SD. Transplacental and neonatal induction of neurogenic tumors in mice: comparison with related species and with human pediatric neoplasms. Natl Cancer Inst Monogr 51:219-226 (1979).

249. Ivankovic S, Druckery H. Transplacentare Erzeugung maligner Tumorien des Nervensystems. I: Athyl-nitroso-harnstoff (ANH) an BD IX-Ratten. Z Krebschforsch Clin Onkol 71:320-360 (1968).

250. Napalkov NP. Some general considerations on the problem of transplacental carcinogenesis. IARC Sci Publ 4:1-13 (1973).

251. Pour PM. Transplacental induction of gonadal tumors in rats by a nitrosamine. Cancer Res 46:4135-4138 (1986).

252. Walker BE, Kurth LA. Pituitary tumors in mice exposed prenatally to diethylstilbestrol. Cancer Res 53:1546-1549 (1993).

253. Diwan BA, Kasprzak KS, Rice JM. Transplacental carcinogenic effects of nickel(II) acetate in the renal cortex, renal pelvis and adenophypophysis in F344/NCr rats. Carcinogenesis 13:1351-1357 (1992).

254. Walinder G, Sjödén AM. Late effects of irradiation on the thyroid gland in mice. III: Comparison between irradiation of foetuses and adults. Acta Radiol Ther Phys Biol 12:201-208 (1973).

255. Newbold RR, McLachlan JA. Vaginal adenosis and adenocarcinoma in mice exposed prenatally or neonatally to diethylstilbestrol. Cancer Res 42:2003-2011 (1982).

256. Newbold RR, Bullock BC, McLachlan JA. Uterine adenocarcinoma in mice following developmental treatment with estrogens: a model for hormonal carcinogenesis. Cancer Res 50:7677-7681 (1990).

257. Shoemaker AR, Moser AR, Dove WF. N-ethyl-N-nitrosourea treatment of multiple intestinal neoplasia (Min) mice: Age-related effects on the formation of intestinal adenomas, cystic crypts, and epidermoid cysts. Cancer Res 55:4479-4485 (1995).

Last Updated: May 30, 2000



tab1.gif (GIF image, 493x335 pixels)

Table 1. Number of cases (%) and sex-specific incidence rate by age for England and Wales, 1951–1990

Table 2. [illegible]

| Cancer | Total age (years) | | | | | | White age (years) | | | | | | Black age (years) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | 10–14 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 5–9 | 10–14 | [illegible] |
| [Leukemia] | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15 | [illegible] |
| [Lymphoid] | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12 |
| [Lymphomas] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 20 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] |
| [Hodgkin] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | – | [illegible] | 12 | [illegible] |
| [Non-Hodgkin] | [illegible] | 10 | [illegible] | [illegible] | 26 | 22 | [illegible] | [illegible] | 15 | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | 16 |
| [Brain/CNS] | [illegible] | 10 | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 10 |
| [Ependymoma] | [illegible] | [illegible] | [illegible] | [illegible] | 20 | [illegible] | [illegible] | [illegible] | 15 | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] |
| [Astrocytoma] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [SNS tumors] | [illegible] | 12 | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] |
| [Retinoblastoma] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | 12 | [illegible] | – | [illegible] | [illegible] | 15 | [illegible] | – | – | [illegible] |
| [Renal tumors] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [Hepatic tumors] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [Bone tumors] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | – | [illegible] | [illegible] | [illegible] |
| [Osteosarcoma] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | – | [illegible] | [illegible] | [illegible] |
| [Soft-tissue sarcoma] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 10 |
| [Gonadal and germ cell] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | [illegible] | [illegible] |
| [Carcinomas] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | – | [illegible] | [illegible] | 12 |
| [Total] | [illegible] | 10 | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 10 |

[illegible]

[illegible]

| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |
|---|---|---|---|---|---|---|---|---|
| | | | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Study description | | | | | | | | |
| Design | Case-control | Case-control | Case-control | Case-cohort | Case-control | Case-cohort | Cohort | Cohort |
| Age range (years) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Years of diagnosis | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | | | | | | |
| [illegible] | NC | ND | NC | ND | [illegible] | [illegible] | [illegible] | [illegible] |
| ≥ 100 [illegible] | NC | ND | NC | ND | [illegible] | [illegible] | [illegible] | [illegible] |
| Leukemia and NHL | | | | | | | | |
| [illegible] | [illegible] | NR | [illegible] | ND | [illegible] | [illegible] | [illegible] | [illegible] |
| ≥ 100 [illegible] | [illegible] | [illegible] | NC | ND | [illegible] | [illegible] | [illegible] | [illegible] |
| Leukemia | | | | | | | | |
| [illegible] | [illegible] | NR | NR | [illegible] | NR | NR | [illegible] | [illegible] |
| ≥ 100 [illegible] | [illegible] | NR | NC | NC | NR | NR | [illegible] | [illegible] |
| [illegible] | | | | | | | | |
| [illegible] | NC | ND | NC | ND | [illegible] | [illegible] | [illegible] | [illegible] |
| ≥ 100 [illegible] | NC | ND | NC | ND | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

Table 4. [illegible]

| Reference | Cancer type | [illegible] | | | [illegible] | | |
|---|---|---|---|---|---|---|---|
| | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | Leukemia and NHL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | Leukemia | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | Leukemia and NHL | [illegible] | [illegible] | 12 | [illegible] | [illegible] | [illegible] |
| [illegible] | Leukemia and NHL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | Leukemia | [illegible] | [illegible] | 102 | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | Leukemia and NHL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | NA | ND | NA |
| | Leukemia and NHL | [illegible] | [illegible] | [illegible] | NA | ND | NA |
| | [illegible] | [illegible] | [illegible] | [illegible] | NA | ND | NA |

[illegible]

[illegible]