tab5.gif (GIF Image, 493x264 pixels)

Table 5. ... associations between parental exposure to ... and childhood cancer

| Reference | Country | Study design | All leukemia | | Age range |
|---|---|---|---|---|---|
| | | | RR | CI | |
| Golding et al 1992 | England | Case–control | 2.56 | .94–5.94 | 0–14 years |
| Fear et al 1998 | Sweden | Case–control | 0.90 | .70–1.6 | 1 mth–15 years |
| Shaw et al 1990 | United States | Case–control | 0.4 | .14–.95 | 0–4 years |
| Daniels et al 1997 | Denmark | Cohort | 1.30 | .52–3.08 | 1–13 years |
| Meinert et al 1996 | England | Case–control | 1.20 | .70–2.30 | 0–14 years |
| van Steensel et al 1996 | Germany | Case–control | 0.89 | .61–1.50 | 1 mth–14 years |
| McKinney et al 1991 | England | Case–control | 1.20 | .69–2.03 | 0–14 years |
| Feingold et al 1992 | England | Case–control | 1.20 | .75–.90? | 5 mths–15 years |
| Feingold et al 1992 | England | Case–control | 0.95 | .76–.73? | 5 mths–15 years |
| Feingold et al 1992 | England ages 10 ... | Cohort ... | 1.50 | .85–2.85 | 1–14 years |
| Feingold et al 1992 | England ages 10 ... | Cohort ... | 1.13 | Not reported | 1–14 years |

F = ...
... of potential confounders.





**Table 6.** Preconceptional carcinogenesis in animals: male exposure followed by mating with an untreated female.

| Species/strain | Germ cell stage at exposure[a] | Exposure agent/dose[b] | Site of neoplasms[c] | Reference |
|---|---|---|---|---|
| Mouse/ICR | 1–7 days to 64–90 days; gonia to sperm | X-ray, 216 rad | Lung: significant effects on incidence for 0–14, 15–21, and 64–90 days; on multiplicity for 0–14 days | [illegible] |
| Mouse/ICR | GD 9, migrating/dividing gonocytes | X-ray, 216 rad | Lung after postnatal urethane | [illegible] |
| | GD 15 dividing gonocytes in genital ridge of males | | (No increase in lung tumors) | |
| | 1–20 days, postmeiotic | | Lung, after postnatal urethane | |
| Mouse/LT | Postmeiotic | X-ray, 504 rad | Lung, leukemia | [illegible] |
| Mouse/N5 | Gonia | | Lung, leukemia | |
| Mouse/N5 | 2–14 days, late spermatid/sperm | X-ray, 500 cGy | Leukemia (p = 0.10) | [illegible] |
| Mouse/C3H | 1–7 days late spermatids/sperm | X-ray, 1.2 Gy | Lung (increased sensitivity to postnatal urethane) | (211) |
| | | | Mammary (decreased latency) | |
| Mouse/C3H | 1–7 days late spermatids, sperm | X-ray, 4.2 Gy | Skin (TPA-promoted tumors) | (212) |
| Mouse/C3H | > 50 days stem cells | X-ray 600 R | (Lung, females, decreased) | (213) |
| Mouse/Balb/c | 0–7 days, sperm | X-ray, 250 or 500 cGy | (Lung tumors, no effects) | [illegible] |
| | 7–14 days, spermatids | | (Lung tumors, no effects) | |
| Mouse/C57H/HeN | 0–7 days, sperm | X-ray, 250 or 500 cGy | (Lung tumors, no effects, no increase in sensitivity to urethane) | [illegible] |
| | 7–14 days, spermatids | | (Lung tumors, no effects, no increase in sensitivity to urethane) | |
| Mouse/CBA | 7, 21, 60 days: sperm, late meiosis, gonia | X-ray, 1 or 2 Gy | 7 days, [decrease in lung tumors in females]; nonsignificant increase in hematopoietic tumors in females and lung adenocarcinomas in males | [illegible] |
| Mouse/N5 | 0–14 days, late spermatid/sperm | Tritium, 100 or 150 cGy | Leukemia, reduced latency, significant trend with days before mating | [illegible] |
| Mouse/C3H × C57BL/6 | 14 days spermatids | $^{252}$Cf/CF(?) neutrons 3.86 y-rays(?) 50, 100 cGy | Liver | [illegible] |
| | 10 days, gonia | | Liver (smaller effect than with 14-day treatment) | |
| Mouse/C57 | 15 days, postmeiotic | Gy, 2 Gy | Liver, p = 0.05 | [illegible] |
| | | | [Increased hepatocytic carcinomas, females] | |
| Mouse/BALB | Late fetal; gonia | DMBA, 400 µg/mouse | (No effect) | [illegible] |
| Mouse/CBA | GD 17; nondividing oocytes | Diethylstilbestrol, 1 mg/kg | Uterus (sarcoma); lymphoma; ovary (granulosa-thecal cell and tubular adenoma); (No changes in male offspring) | [illegible] |
| Mouse/ICR | GD 17, nondividing oocytes | Urethane, 1.5 g/kg | (No increase in lung tumors) | [illegible] |
| Mouse/ICR | 1–14 days late spermatids/sperm | Urethane 1.5 g/kg | Lung | [illegible] |
| | 29–35 days: gonia early meiosis | | Lung | |
| | 21–42 or 50–56 days: gonia | | Lung | |
| | 64–100 days; stem cells | | (No effect on lung tumors) | |
| Mouse/CBA | 7, 61, 62 days | Urethane, 1 g/kg | (No increase in lung or liver tumors); nonsignificant increase in hematopoietic tumors in females | [illegible] |
| Mouse/CD-1 | 7 days, sperm | Urethane, 1.75 mg/kg | Liver (male offspring only) | [illegible] |
| Mouse/NIH Swiss | 14 days spermatids | Urethane 1.5 g/kg | Adrenal pheochromocytoma; preneoplastic neoplasia of glandular stomach; lymphoma (females); [decrease in histiocytic sarcoma] | [illegible] |
| Hamster/SG | Fetal day 12 | NDEA, 10 mg/kg | (No effect) | [illegible] |
| | Fetal day 13 | | Larynx/trachea, neuroendocrine tumors, increased ratio malignant/benign, increased multiple tumors, increased uterine tumors, lymphoma | |
| | Fetal day 14 | | Larynx/trachea, neuroendocrine tumors, increased ratio malignant/benign, increased multiple tumors, increased uterine tumors, lymphoma | |
| Hamster/SG | Fetal day 15 | NDEA, 10 mg/kg | (No effect) | [illegible] |
| Rat/BDVI | 2 weeks, spermatid | ENU, 80 mg/kg | Nervous system | [illegible] |
| | 7 days (sperm), 21 days (spermatocytes) or 28 days (spermatogonia) | | Nervous system, nonsignificant increase | |
| Rat/BDVI | 1, 14, 21 or 28 days | ENU 80 mg/kg | (Nervous system no effect) | |
| | | | [Thyroid, not significant after litter effect correction] | [illegible] |
| Rat/SD | Continuous for 56 days (spermatocytes, spermatids, sperm) | Cyclophosphamide, 2.5–5.0 mg/kg daily | Thymus (not all tumors diagnosed) | [illegible] |
| Mouse/NIH Swiss | 14 days, spermatids | Chromium chloride, 1 mmol/kg | Adrenal pheochromocytoma; lung (females); thyroid; Harderian gland | [illegible] |
| Rat/LIO | Fathers 3 or 25 months old | No treatment; age as variable | Offspring treated with methylnitrosourea, 20 mg/kg, at 0 months: shorter survival of tumor-bearing offspring of older fathers | [illegible] |

Abbreviations: DMBA, 7,12-dimethylbenz[a]anthracene; ENU, ethylnitrosourea; NDEA, *N*-nitrosodiethylamine; TPA, 12-*O*-tetradecanoylphorbol-13-acetate.
[a]Information in this column indicates the suboptimal stage of the germ cells at which exposure occurred. For fetal gonocytes, GD is gestation day; for adults, days is days before mating. [b]Unless otherwise indicated, one treatment was given at each of the times indicated. [c]Substantial positive effects are listed, usually of statistical significance; [ ] bracket negative effects; ( ) bracket no change.

Table 7. [illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| --- | --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | | [illegible] | |
| | [illegible] | | Lung | |
| | [illegible] | | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | Lung | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | Lung | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

[illegible]

| Species/strain | Exposure period | Agent/dose | Sens[illegible] | | Reference |
|---|---|---|---|---|---|
| | | | Range | Highest | |
| [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

Table 3. Lung/septa airway tumors after respiratory or neonatal exposure in animals.

| Species/strain | Exposure period[a] | Ages/doses[b] | Dose | Sex/site[c] | Highest | Reference |
|---|---|---|---|---|---|---|

Table 10. [illegible]

| Species/strain | Exposure period | Agent/dose | Sensitivity: Range | Sensitivity: Highest | Reference |
|---|---|---|---|---|---|
| Mice, [illegible] | GD [illegible] | [illegible] | GD [illegible] | — | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | GD [illegible] | — | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | All [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | Urethane, [illegible] | [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | Urethane, [illegible] | All [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | All [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | All [illegible] | [illegible] | [illegible] |
| [illegible] | GD [illegible] | [illegible] | All [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | GD [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | GD [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

Table 11 Lymphoid neoplasms after transplacental or neonatal exposure in rodents.

| Species/strain | Exposure period[a] | Agent/dose[c] | Sensitivity[b] | | | Reference |
|---|---|---|---|---|---|---|
| | | | Stage | Highest | | |
| Mouse/B6 | GD 17–PN 190 1× | >PN 100, 20 wk 360 ß | Thymic lymphoma, PN 1–90 myeloid leukemia, PN 14–100 | PN 40 PN 70 | | (154) |
| Mouse/CBA/MR | GD 12 or 16–19 | >PN 200 ß | GD 12 decrease in lymphoid lymphoma and reticulum cell sarcoma | — | | (193) |
| Mouse/C3CO | GD 17, PN 8–364, 1× | γ/top, 170 c, 38 t/y | Lymphoma, PN 8–155 Histocytic sarcoma decrease, GD 17–PN 210 | PN 25 GD 7 | | (193) |
| Mouse/C3H/Le | GD 14 or adult | α-Radiation, 241 Am, 100, 300, or 1,900 Bq/g (GD or PN) | Myeloid leukemia, PN 25–365 GD 14 mice only | PN 95 — | | (303) |
| Mouse/BN/Mll | GD 1–20, 1× | CMBA, 60 mg/kg | GD 6–11 | GD 1 (males), GD 6–11 (females) PN ~7 | | (159) |
| Mouse/B6C3 | GD 12, 15, and 18; off PN 1, 4, 7, 15 1 to 4× | L-urethan, 0.1 g/kg | PN 1–7 | PN 42 | | (192) |
| Mouse/B6C3 | GD 12, 14 15, or 18 PN 1, 15, or 42 | ENU, 40 mg/kg | CD 16–PN 42 | | | (192) |
| Mouse/B6C3, C57BL/6, C3H/J, SWR/J | GD 12, 14 16, or 18 | ENU, 0.5 mmol/kg | D 4/25, GD 14–18 C3HA/J, GD 14–18 C3J, GD 11–18 SWR, GD 12–18 | GD 6 GD 6, 18 GD 6, 18 All similar | | (308) |
| Mouse/B6C3 | GD 12, 14 16, or 18; PN 1, 15, or 42 | ENU, 60 mg/kg | GD 12–PN 42 | GD 16, PN 42 (to midpoint at 35 weeks) | | (150) |
| Mouse/B6C3 | GD 12, 14 16 or 18 or PN 1, 15 or 42 | ENU, 60 mg/kg | GD 12–PN 42 | Males: PN 42 Females: PN 15, 42 (decreased deaths) | | (190) |
| Mouse/NIH Swiss Mouse/Swiss | GD 16 or 18 GD 1–7, 8–14, or 15–22 | HDMVA, 0.1 mmol/kg Carbendazim, 500 mg/kg or 0.3% in diet, 0.5% DW | Histiocytic sarcoma, GD 18 GD 1–7, 8–14, or 15–22 | — No significant difference | | (168) (349) |
| Mouse/B6N/M | GD 12, 14, or 16 | 5-Azacytidine, 1 or 2 mg/kg | GD 12, mg/kg and GD 16, both doses, L-interstitial lymphoma increase GD 12, 2 mg/kg and GD 16, both doses, leukemia/lymphoma decrease in controls | Increase, GD 16 1 mg/kg Decrease, GD 16, 2 mg/kg | | (350) |
| Mouse/CD-1 Swiss | 0 15–18 or PN 1–4 | ACT, GD 12,5 or 25 neph/mouse PN 25, 50, 100, 200 mg/kg | Histiocytic sarcoma, lymphoma increase GD 12–18 only Lymphoma (lymphoblastic) follicle center cell, decreased, both acute and chronic period | — | | (308) |
| Rat/Sprague | GD 1, 20 or 52 or Rx 2 | γ/top, 50Co, 16 or 13 Gy | Lymphoma/leukemia, GD 15 | — | | (350) |

dislogy of the lymphoid system known.—Abbreviations used. [various footnotes]...

Table 12. [Venous portal tumors that transplant of x treated experts in animals.]

Table 13. [illegible]

| Species/strain | Exposure period | Agent/dose | Sensitivity: Range | Sensitivity: [illegible] | Reference |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Rat, [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |
| Rat, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Rat, [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |
| Rat, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Rat, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | [illegible] | [illegible] | |
| Rat, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 3–30 x [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
|---|---|---|---|---|---|
| | | | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |

[illegible]

http://ehp.niehs.nih.gov/members/2000/suppl-3/573-594anderson/tab15small.gif

5/6/2005 3:40 PM

Table 16 [illegible]

| Species/strain | Exposure period | Agent/dose | Sensitivity: Range | Sensitivity: Highest | Reference |
|---|---|---|---|---|---|
| Mouse, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Mouse, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Mouse, [illegible] | [illegible] | Urethane, [illegible] | [illegible] | – | [illegible] |
| Mouse, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

Table 17. List tumor after transplantation or neonatal exposure in rats.

| Species/strain | Exposure period | Agent/dose | Range | Sensitivity | Highest | Reference |
|---|---|---|---|---|---|---|



Table 18. [illegible]

| Species/strain | Exposure period | Agent/dose | Sensitivity: Range | Sensitivity: Highest | Reference |
| --- | --- | --- | --- | --- | --- |
| Mouse/[illegible] | GD [illegible] | [illegible] | [illegible] | — | [illegible] |
| Mouse/[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Rat/Wistar | GD 20, adult, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Rat/SD | GD [illegible] | [illegible] | [illegible] | — | [illegible] |
| Rat/SD | GD [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

Table 19 [illegible]

| Species/Strain | [illegible] | [illegible] | [illegible] | | [illegible] |
|---|---|---|---|---|---|
| | | | [illegible] | [illegible] | |
| Mice, [illegible] | [illegible] | [illegible] | Osteosarcoma [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | [illegible] | [illegible] | Osteosarcoma [illegible] | [illegible] | [illegible] |
| Mice, [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Dog/[illegible] | [illegible] | [illegible] | Hemangiosarcoma [illegible] | [illegible] | [illegible] |

[illegible]

Table 20 [illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
|---|---|---|---|---|---|
| | | | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |

[illegible]

Table 21. [illegible]

| Species/strain | Exposure period | Agent/dose | Sensitivity: Range | Sensitivity: Highest | Reference |
| --- | --- | --- | --- | --- | --- |
| Mice/[illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] |
| Mice/[illegible] | [illegible] | [illegible] | Benign: [illegible]<br>Malignant: [illegible] | Benign: [illegible]<br>Malignant: [illegible] | [illegible] |
| Mice/[illegible] | [illegible] | DES, [illegible] | [illegible] | [illegible] | [illegible] |
| Mice/[illegible] | [illegible] | DES, [illegible]<br>[illegible] | [illegible] | —<br>[illegible] | [illegible] |

[illegible]

fig4.gif (GIF Image, 244x168 pixels)

