
ELSEVIER

Toxicology Letters 82/83 (1995) 743–750

Toxicology Letters

# Developmental effects of dioxins and related endocrine disrupting chemicals[1]

## Linda S. Birnbaum

*Experimental Toxicology Division, National Health and Environmental Effects Research Laboratory, United States Environmental Protection Agency, Research Triangle Park, NC 27711, USA*

## Abstract

Alteration of hormones has long been known to affect development. TCDD and related PHAHs modulate the levels of many hormonal systems. Dioxins cause a spectrum of morphological and functional developmental deficits. Fetotoxicity, thymic atrophy, and structural malformations are often noted. Delayed genitourinary tract effects have been observed, and recent studies reported behavioral effects. Highly exposed human offspring have exhibited developmental problems as well. Recently, hormonal and neurological abnormalities have been reported in infants from the general population. The complex alteration of multiple endocrine systems is likely associated with the spectrum of adverse developmental effects caused by dioxin and related compounds.

*Keywords:* 2,3,7,8-Tetrachlorodibenzo-$p$-dioxin (TCDD); Dioxins; Polychlorinated biphenyls (PCBs); Developmental toxicity; Endocrine disruption; Receptor-mediated toxicity

## 1. Introduction

Development is a highly integrated process which begins with gametogenesis, proceeds with fertilization, embryogenesis, maturation, and eventually senescence. Developmental effects have traditionally been thought of as birth defects; however, it is critical to go beyond this concept to include the entire life cycle. Development is under hormonal control. A precise integration of multiple endocrine systems is required for all stages in development. The role of estrogens, progestins, gonadotropins, androgens, etc. is well known in regards to gametogenesis and development. The brain, endocrine organs, reproductive organs, and peripheral tissues all contribute to proper functioning of the organism throughout its life cycle.

Given that multiple hormones play critical roles in all aspects of development, it is likely that exogenous environmental chemicals, which can mimic, block, or modulate the endogenous chemical messengers can cause developmental effects [1]. The most important family of such environmental contaminants, for which 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD; dioxin) is the prototype, is the polyhalogenated aromatic hydrocarbons (PHAHs), which have been shown to be developmental and reproductive toxicants in multiple species (for recent reviews see [2,3]). Many of these compounds, those which are halogenated in at least four lateral positions, have a common mechanism of action which involves binding to a cytosolic protein, the Ah receptor [4]. This protein functions as a ligand-

---

[1] Disclaimer: This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

0378-4274/95/$09.50 © 1995 Elsevier Science Ireland Ltd. All rights reserved
SSDI 0378-4274(95)03592-Z

activated transcriptional enhancer [5]. Although it is thought of functioning in an analogous manner to steroid receptors, the Ah receptor is a member of the basic helix-loop-helix (bHLH) family of proteins [6]. As with the steroid receptors, the Ah receptor exists in a multi-protein complex in association with heat shock and other proteins. Upon binding to the ligand, a conformational change results in release of the other proteins and association of the ligand binding subunit, the Ah receptor, with another bHLH protein, ARNT. The ligand-bound heterodimer binds to specific sequences in regulatory regions of DNA, leading to alterations in gene expression. A second method to alter cell signalling has recently been proposed involving activation of protein tyrosine kinases [7]. A schematic of Ah receptor action indicating how ligand binding can alter proliferation and differentiation via two mechanisms is shown in Fig. 1.

A receptor-mediated mechanism of action is characteristic of all hormones, growth factors, and cytokines. It is therefore appropriate to consider dioxin and related chemicals which act via the Ah receptor as environmental hormones. In fact, dioxins are potent mimetics, blockers, and modulators. Almost every hormone system examined has been shown to be altered by dioxin in some cell-type, tissue, or developmental stage [5]. Dioxin may be anti-estrogenic, or require



Fig. 1. Schematic of Ah receptor mechanism L, ligand (TCDD, other dioxins, certain PCBs, etc.); Ah; Ah receptor; HSP90: heat shock protein 90; p50, representative of additional peptides present in multimeric Ah receptor complex; Arnt, aryl hydrocarbon nuclear translocator

estrogen for its actions. Its effects can resemble both hypo- and hyperthyroidism. Depending on the system, dioxin can antagonize or synergize with glucocorticoids. In addition, dioxin can modulate the actions of insulin, retinoids, growth factors such as TGF$\alpha$ and $\beta$, and cytokines such as IL1$\beta$. Dioxin can also alter the metabolism of multiple hormones via its induction of both Phase I and Phase II biotransformation enzymes. For example, $T_4$ is eliminated more rapidly due to induction of glucuronyl transferase activity.

Not all of the PHAHs act through the Ah receptor (Table 1). While Ah receptor interaction appears necessary for all of the laterally substituted dioxins, dibenzofurans, and PCBs, many of the PCBs have difficulty in attaining a coplanar conformation and have extremely limited or no ability to bind to the Ah receptor. In fact, there may be multiple classes of PCBs which have independent, but potentially overlapping, mechanisms and responses [8]. Thus, some of the di-ortho substituted PCBs have phenobarbital-like activity in terms of enzyme induction. Certain PCBs, and especially some of the p-hydroxylated metabolites, have estrogenic activity. Sulfonated metabolites have been shown to affect pulmonary function. Some of the lower chlorinated PCBs may inhibit tyrosine hydroxylase activity leading to changes in dopaminergic systems [9] or to changes in calcium homeostasis [10]. Both dioxin and non-dioxin-like PCBs can alter thyroid status, by altered kinetics of thyroid hormones [11] as well as potential interactions with the nuclear thryoid receptor [12]. Recent studies in both humans and rodents have suggested that PHAHs may alter vitamin K metabolism, leading to an increase in bleeding problems in newborns [13]. Prenatal exposure to PCBs has been shown to alter retinoid status [14].

## 2. Teratogenic effects of TCDD

TCDD and other Ah-receptor ligands are potent developmental toxicants in multiple species (reviewed in [3]). At doses which are not overtly toxic to the mother, dioxin can cause fetotoxicity in the offspring. This is manifested by decreased growth, hemorrhage, and fetal death. Edema is observed in certain species. In

Table 1
PCBs and PCB mixtures

| Mixture | % Chlorine | Congener | IUPAC number |
|---|---|---|---|
| Aroclor 1016 | 21 | Dioxin-like: | |
| 1221 | 21 | Coplanar – | |
| 1242 | 42 | 3,3',4,4'-Tetrachlorobiphenyl | 77 |
| 1248<sup>a</sup> | 48 | 3,3',4,4',5-Pentachlorobiphenyl | 126 |
| 1254<sup>a</sup> | 54 | 3,3',4,4',5,5'-Hexachlorobiphenyl | 169 |
| 1260 | 60 | Mono-orthocoplanar – | |
| | | 2,3',4,4',5-Pentachlorobiphenyl | 118 |
| Clophen A30 | 32 | Non-Dioxin-like: | |
| | | 2,4,4'-Trichlorobiphenyl | 28 |
| | | 2,2',4,4',5,5'-Hexachlorobiphenyl | 153 |

<sup>a</sup> Mixtures with most dioxin-like congeners.

addition, hypoplasia of the lymphoid organs is often observed at relatively low doses. A recent study [15] has demonstrated that prenatal exposure to PCB #118, which has limited ability to bind to the Ah receptor, leads to hypoplasia of the gastric-associated lymph nodes. Some of the effects on the immune system have recently been shown to be extremely persistent [16]. As previously suggested in studies of prenatal effects on the immune system in mice, thymocyte differentiation is altered in mice prenatally exposed to dioxin [17].

The teratogenic effects of dioxins have been most extensively studied in mice. In fact, as far as obvious structural defects are concerned, until recently there was little evidence of dioxin causing such terata in any other mammalian species [3]. Of course, adverse structural abnormalities induced in birds and fish have been well documented [2]. Dioxin causes hydronephrosis and cleft palate in mice at doses below where any overt fetal or maternal toxicity is detected. Kidney defects have been observed in prenatally exposed hamsters, but these only occur at doses where fetotoxicity is evident. The same can be said for cleft palate in rat pups. In vitro cultures have demonstrated that the embryonic mouse palate is approximately 200 times more sensitive to dioxin-induced clefting than are palatal shelves from rats or humans [18]. Dioxin causes cleft palate by altering the proliferation and differentiation of the medial epithelial cells of the developing palate. These changes are brought about by changes in the balance of various growth factors and their receptors in the target tissue such as TGF$\alpha$, EGF, and the EGF receptor, and TGF$\beta$1, 2, and 3 [19]. The changes in proliferation and differentiation in the developing palate are also evidenced in the developing urinary tract which inappropriately proliferates leading to blockage of urinary outflow resulting in hydronephrosis in treated offspring (reviewed in [3]). Altered differentiation induced by dioxin has also been reported in the preimplantation embryo [20]. The presence of the Ah receptor has been demonstrated in 8-cell embryos [21]. Both the Ah receptor and ARNT have been shown to be present in the developing palate [22,23] and urinary tract [24]. Doses of dioxin which are teratogenic can be measured in target embryonic tissues within 30 min of maternal exposure [25].

## 3. Reproductive effects of TCDD

Although dioxin has long been known to be a reproductive toxicant, until recently little effort has been expended in understanding the mechanism of its effects on fertility and reproduction. In part, this has been a result of the focus on overt structural malformations; certain of the effects are also not evident until puberty or even later. Murray et al. [26] demonstrated impaired reproduction in a three-generational study using 10 ng TCDD/kg/day in rats. Recent studies in the laboratory of Peterson and coworkers have examined the effects of prenatal and lactational exposure to TCDD on male rat pups (reviewed in [2]). They noted demasculinization and feminization of the male pups following a single

treatment of 1 μg TCDD/kg on gestation day 15, towards the end of organogenesis. Some of the effects, such as reduced sperm count persisted throughout adulthood. The behavioral changes, originally hypothesized to be due to altered estrogenic or androgenic status, may be due to peripheral effects on the secondary sex structures [27,28]. Based on cross-fostering studies [29], other than the effects on feminizing sexual behavior, decreases in accessory sex organ weights and sperm count, and delayed puberty appear due to prenatal exposure. Similar effects on prenatally exposed male rats and hamsters have been reported by Gray et al. [30]. The developmental exposure to TCDD permanently alters reproductive function in the male offspring of both of these species without any effect on androgenic status. Gray and coworkers failed to observe any change in testosterone or androgen receptor levels in the sex accessory glands or epididymis in the perinatally exposed pups. Nevertheless, the reduction in epididymal and ejaculated sperm appears to be permanent. Although Bjerke and coworkers [27] failed to observe any effect on brain estrogen receptor binding or sexually dimorphic nuclei. CNS involvement has been recently demonstrated by a permanent change in core body temperature induced by this exposure regime in both rats [31] and hamsters (C. Gordon, personal communication).

Gray and Ostby [32] have also examined the effects of prenatal and lactational exposure to TCDD on female rat offspring. In addition to puberty being delayed, structural malformations were present in the external genitalia of the pups. A persistent thread of tissue existed across the vaginal opening in conjunction with partial clefting of the phallus. Because of these alterations, first matings were difficult and often resulted in vaginal bleeding. Ovarian weight was also permanently reduced. Pups prenatally exposed on gestation day 8, rather than 15, had a lower incidence and severity of the genital malformations, but exhibit premature reproductive senescence and an early decline in fertility and fecundity. No changes were noted in sexual behaviors in the female rats or in female hamster pups exposed at the end of organogenesis [33]. Lack of vaginal opening and reduced fertility were also noted in prenatally exposed hamster females.

Similar effects to those observed with TCDD have been noted in studies using the dioxin-like PCB congener #169 [34,35], suggesting that the Ah receptor is involved in the reproductive effects observed. Premature reproductive aging has previously been reported for a commercial mixture of PCBs, Aroclor 1221, which contains few dioxin-like congeners [36]. This mixture also exhibited estrogenic activity, while higher chlorinated mixtures, such as Aroclor 1242, 1254, and 1260, did not. Prenatal exposure in mice to the dioxin-like PCB #77 has recently been shown to reduce the number of germ cells in the ovaries [37], which could potentially lead to premature reproductive aging. Sager and Girard [38] have also reported that perinatal exposure of rats to Aroclor 1254, the mixture that contains the highest concentration of dioxin-like PCBs, led to delayed puberty and decreased fertility in female offspring. Male pups exhibited decreases in accessory sex organ weights, decreased fertility, and increased testes weight [39]. No effects were seen on testosterone levels. Lundkvist [40] observed similar effects of delayed puberty and decreased sex gland weights in PCB-exposed guinea pigs. Overall, the data suggest that many of the effects of PCBs appear similar to those reported for dioxin, suggesting that these effects are mediated via the Ah receptor.

4. Hormonal effects of PHAHs during development

None of the dioxin-like developmental effects appear to be clearly estrogenic or anti-estrogenic. However, a number of the effects recently reported to be associated with exposure to both dioxin and nondioxin-like PHAHs may involve alterations in thyroid hormone levels. Cooke and coworkers [41] have recently shown that transient neonatal hypothyroidism is associated with enlarged testes. In agreement with the earlier study from Sager [39], these investigators [42] have found that prenatal exposure to PCBs also caused enlarged testes and increased testicular sperm count, associated with effects on Sertoli cells. In contrast, as reviewed above, dioxin causes a permanent decrease in epididymal and

ejaculated sperm counts, with little effect on testicular sperm count [30].

Dioxin and dioxin-like PCBs, #77 and 126, cause slight decreases in $T_4$ levels in weanling rat pups, with no effects on the dams following exposure on gestation days 10–16 [43]. In contrast, much larger effects on circulating $T_4$ levels were noted in pups exposed prenatally to PCB #118, a congener with limited dioxin-like activity, and PCB #153, a di-ortho substituted PCB with extremely limited ability to bind to the Ah receptor [44]. No effect was seen with the lower chlorinated PCB #28. In addition to changes in circulating thyroxin levels, PCB #118 exposure led to histological changes in the thyroid gland suggestive of elevated TSH levels. Morse et al. [11] have suggested that the PCB-induced decreases in plasma $T_4$ are due in part to induction of UDP-glucuronyl transferase. The decrease in circulating $T_4$ appears to be associated with an increase in Type II deiodinase, which converts $T_4$ to $T_3$. This increase in a brain-specific form of deioidinase activity may be a result of transient hypothyroidism in the developing brain. Could this play a role in the reported neurotoxicity of PCBs? In fact, Ness et al. [44] have suggested that prenatal hypothyroidism would be consistent with the observed neurobehavioral effects such as spatial learning deficits and altered motor activity. The critical role of thyroid hormones in brain development has been supported by recent studies by de Ku et al. [45] who demonstrated that thyroxine supplementation was able to reverse the decline in choline acetyltransferase activity in hippocampus and basal forebrain of neonatal rats induced by Aroclor 1254, a highly chlorinated PCB mixture containing significant amounts of dioxin-like PCBs. The potential ability of supplemental thyroxine to reverse PCB-induced neurological effects has also been recently demonstrated by Goldey et al. [46]. These investigators have shown that Aroclor 1254 exposure during development reduces circulating thyroid hormone concentrations and causes hearing deficits in rats [47] which are similar to those caused by the potent thyroid antagonist, PTU.

Effects reported on the cholinergic system may be due to the dioxin-like PCBs since neonatal exposure to PCB #77 has been reported to alter muscarinic cholinergic receptors and spontaneous motor behavior in mice [48]. Exposure of developing rats every other day from gestation days 10–20 to PCB #118 or 126 resulted in poorer visual discrimination and higher activity [49]. The potent dioxin agonist, #126, was more effective than #118. These neurobehavioral effects in the offspring occurred in the absence of clinical maternal effects or fetotoxicity. Decreased visual discrimination [50] as well as a decrease in active avoidance learning was also seen following prenatal exposure in rats to the chlorinated PCB mixture, Clophen A30, which contains primarily non-dioxin-like PCBs. Lactational exposure had no effect on these parameters. Of interest are the permanent neurobehavioral effects observed in monkeys exposed both prenatally and lactationally to both Aroclor 1016 and Aroclor 1248 [51]. The deficits observed with the more highly chlorinated mixture on delayed spatial alternation were quite dramatic. Both mixtures caused effects on discrimination reversal learning. The PCB levels in the mother's milk were within the range observed in some human populations. The possibility that neurobehavioral effects of PCBs are, at least in part, associated with the dioxin-like congeners is strengthened by the demonstrated changes in locomotor activity and rearing behavior in rats exposed perinatally to TCDD [52]. In contrast, no effects were observed in prenatally and lactationally exposed male rats in regards to sexually dimorphic behaviors [30].

Neurobehavioral effects of PCBs have been reported in both animals and humans [53]. Whether the observed effects are due to the dioxin-like congeners, the non-dioxin-like congeners, or to the combination is unclear. Children exposed prenatally to heat-degraded PCB mixtures in Japan ('Yusho') and Taiwan ('Yu-cheng') have multiple problems including developmental delays, IQ deficits, ectodermal dysplasia, and growth retardation [54]. Problems at puberty have also been noted in the young men [55]. Behavioral deficits have been noted in children whose mothers had slightly elevated levels of PCBs (reviewed in [53]). Recent studies from the highly exposed Yu-Cheng cohort have noted PCB-induced alterations in auditory event-related $P_{300}$ potentials, suggesting an alteration in cognitive function [56]. Decreased neuro-op-

timality and hypotonicity correlated with the dioxin-like PCBs in infants from within the general population in the Netherlands [57]. Whether this is related to the dioxin-like PCB-associated decrease in circulating $T_4$ levels in this background population remains to be determined [58].

While it is clear that exposure to high levels of PCBs is associated with clearly adverse effects in the developing offspring, the mechanism of these effects is not clear. The recent observations that differential responses can be measured within the background population, when the population is stratified according to their dioxin-like equivalencies, suggest that subtle effects may be occurring at relatively low levels. The mechanism of such responses remains unknown. However, there is no evidence of enhanced fetal death in populations which may have elevated PCB levels due to increased consumption of PCB-contaminated sport fish [59]. Paternal exposure to TCDD appears to have no effect on pregnancy outcome [60]. Of course, the lack of adverse effects in these two studies is entirely predictable based on animal data.

## 5. Conclusions

An important message from epidemiological studies is that adverse effects of dioxin can be detected in highly exposed populations, such as those resulting from the rice oil poisonings in the Far East. Recent studies suggest that subclinical effects may also be present within the background population. What does this suggest for future investigations? Firstly, it may not be sufficient to look only for overt alterations in an individual. Instead, the study may need to focus on the distribution of the population. This is a situation reminiscent of that observed with lead. Subtle effects of hormonal alterations during development may put the population into an 'at risk' category, which may only be revealed under stressful conditions or by insightful measurements.

All of the developmental effects discussed above may involve multiple mechanisms. While the dioxin effects, and those of the dioxin-like PCBs, clearly require the Ah receptor, it is essential to understand that the function of this receptor system is similar to that of any hormonal system and involves complex combinatorial interactions. Dioxins initiate a cascade of biochemical changes resulting in alterations in growth and differentiation. How intricate physiological networks and signalling pathways are perturbed by the non-dioxin-like PCBs remains to be determined.

## References

[1] Birnbaum, L.S. (1994) Endocrine effects of prenatal exposure to PCBs, dioxins, and other xenobiotics: Implications for policy and research. Environ. Health Perspect. 102, 676-679.

[2] Peterson, R.E., Theobald, H.M. and Kimmel, G.L. (1993) Developmental and reproductive toxicity of dioxins and related compounds: cross-species comparisons. Crit. Rev. Toxicol. 23, 283-335.

[3] Birnbaum, L.S. (1995) Developmental effects of dioxins. Environ. Health Perspect., 102 (Suppl. 7), in press.

[4] Birnbaum, L.S. (1994) Evidence for the role of the Ah receptor in response to dioxin. In: H.L. Spitzer, T.L. Slaga, W.F. Greenlee and M. McClain (Eds.), Receptor-mediated Biological Processes: Implications for Evaluating Carcinogens. Progress in Clinical and Biological Research, vol. 387. Wiley-Liss. New York, pp. 139-154.

[5] Birnbaum, L.S. (1994) The mechanism of dioxin toxicity: relationship to risk assessment. Environ. Health Perspect. 102 (suppl. 9), 157-167.

[6] Swanson, H.I. and Bradfield, C.A. (1993) The AH-receptor: genetics, structure and function. Pharmacogenetics 3, 213-230.

[7] Matsumura, F. (1994) How important is the protein phosphorylation pathway in the toxic expression of dioxin-type chemicals? Biochem. Pharmacol. 48, 215-224.

[8] Barnes, D., Alford-Stevens, A., Birnbaum, L., Kutz, F.W., Wood, W. and Patton, D. (1991) Toxicity equivalency factors for PCBs? Qual Assurance Good Pract. Regul. Law 1, 70-81

[9] Shain, W., Bush, B. and Seegal, R. (1991) Neurotoxicity of polychlorinated biphenyls: structure activity relationships of individual congeners. Toxicol. Appl. Pharmacol. 111, 33-42.

[10] Kodavanti, P.R.S., Ward, T.R., McKinney, J.D. and Tilson, H.A. (1995) Increased [³H]phorbol ester binding in rat cerebellar granule cells by polychlorinated biphenyl mixtures and congeners: structure-activity relationships. Toxicol. Appl. Pharmacol. 130, 140-148.

[11] Morse, D.C., Groen, D., Veereman, M., Van Amerongen, C.J., Koeter, H.B.W.M., Van Prooije, A.E.S., Visser, T.J., Koeman, J.H. and Brouwer, A. (1993) Interference of polychlorinated biphenyls in hepatic and brain thyroid hormone metabolism in fetal and neonatal rats. Toxicol. Appl Pharmacol. 122, 27-33.

[12] McKinney, J., Fannin, R., Jordan, S., Chae, K., Rickenbacher, U. and Pedersen, L. (1987) Polychlorinated biphenyls and related compound interactions with specific binding sites of thyroxine in rat liver nuclear extracts. J. Med. Chem. 30, 79–86.

[13] Pluim, H.J., van der Slikke, J.W., Olie, K., van Velzen, M.J.M. and Koppe, J.G. (1994) Dioxins and vitamin K status of the newborn. J. Environ. Sci. Health A29, 793–802.

[14] Morse, D.C. and Brouwer, A., (1995) Fetal, neonatal, and long-term alterations in hepatic retinoid levels following maternal polychlorinated biphenyl exposure in rats. Toxicol. Appl. Pharmacol. 131, 175–182.

[15] Bernhoft, A., Press, C.McL. and Landsverk, T. (1995) Hypoplasia of Peyer's patches in rats exposed to 2,3′,4,4′,5-pentachlorobiphenyl in utero and through maternal milk. Environ. Toxicol. Chem., in press.

[16] Gehrs, B.D., Riddle, M.M., Williams, W.C. and Smialowicz, R.J. (1995) Effects of perinatal 2,3,7,8-TCDD exposure on the developing immune system of the F344 rat. Toxicologist 15, 551.

[17] Kremer, J. Gleichmann, E. and Esser, C. (1994) Thymic stroma exposed to arylhydrocarbon receptor-binding xenobiotics fails to support proliferation of early thymocytes but induces differentiation. J. Immunol. 153, 2778–2786.

[18] Abbott, B.D., Diliberto, J.J., Birnbaum, L.S. (1989) TCDD alters embryonic palatal medial epithelial cell differentiation in vitro. Toxicol. Appl. Pharmacol. 100, 119–131.

[19] Birnbaum, L.S. and Abbott, B.D. (1996) Effect of dioxin on growth factor and receptor expression in developing palate. In: 'Methods in Developmental Toxicology/Biology'. Blackwell Wissenschafts-verlag Berlin, in press.

[20] Blankenship, A.L., Suffia, M.E., Matsumura, F., Walsh, K.J. and Wiley, L.M. (1993) 2,3,7,8-Tetrachlorodibenzo-*p*-dioxin (TCDD) accelerates differentiation of murine preimplantation embryos in vitro Reprod. Toxicol. 7, 255–261.

[21] Peters, J.M. and Wiley, L.M. (1995) Evidence that murine preimplantation embryos express aryl hydrocarbon receptor. Toxicol. Appl. Pharmacol 134, 214–221.

[22] Abbott, D.B., Harris, M.W and Birnbaum, L.W. (1994) Ah receptor in embryonic mouse palate and effects of TCDD on receptor expression. Toxicol. Appl. Pharmacol. 126, 16–25.

[23] Abbott, B.D. and Probst, M.R. (1995) Developmental expression of two members of a new class of transcription factors: Part II. Expression of Ah receptor nuclear translocator (ARNT) in the C57BL/6N mouse embryo. Dev. Dyn., 204, 144–155.

[24] Gehr, J., Probst, M R., Clark, G. and Abbott, B.D. (1995) Localization of Ah receptor and ARNT in embryonic C57BL/6N mouse adrenal from gestation day 13 to 16. Toxicologist 15, 489.

[25] Abbott, B.D., Diliberto, J.J. and Birnbaum, L.S., (1995) Disposition of TCDD in pregnant C57BL/6N mice from 0.5 to 24 h post-exposure. Organohalogen Compounds 25, 279–282.

[26] Murray, F.J., Smith, F.A., Nitschke, K.D., Humiston, C.G., Kociba, R.J. and Schwetz, B.A. (1979) Three-generation reproduction study in rats given 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) in the diet. Toxicol. Appl. Pharmacol. 50, 241–252.

[27] Bjerke, D.L., Brown, T.J., MacLusky, M.J., Hochberg, R.B. and Peterson, R.E. (1994) Partial demasculinization and feminization of sex behavior in male rats by in utero and lactational exposure to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin is not associated with alterations in estrogen receptor binding or volumes of sexually differentiated brain nuclei. Toxicol Appl. Pharmacol. 127, 258–267.

[28] Bjerke, D.L., Sommer, R.J., Moore, R.W. and Peterson, R.E. (1994) Effects of in utero and lactational 2,3,7,8-tetrachlorodibenzo-*p*-dioxin exposure on responsiveness of the male rat reproductive system to testosterone stimulation in adulthood. Toxicol. Appl. Pharmacol 127, 250–257.

[29] Bjerke, D.L. and Peterson, R.E. (1994) Reproductive toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin in male rats different effects of in utero versus lactational exposure. Toxicol. Appl. Pharmacol. 127, 241–249.

[30] Gray, L.E., Jr., Kelce, W.R., Monosson, E., Ostby, J.S. and Birnbaum, L.S. (1995) Exposure to TCDD during development permanently alters reproductive function in male Long Evans rats and hamsters: reduced ejaculated and epididymal sperm numbers and sex accessory gland weights in offspring with normal androgenic status. Toxicol. Appl. Pharmacol. 131, 108–118.

[31] Gordon, C.J., Gray, L.E., Jr., Monteiro-Riviere, N.A. and Miller, D.A. (1995) Temperature regulation and metabolism in rats exposed perinatally to dioxin: permanent change in regulated body temperature? Toxicol. Appl. Pharmacol. 132, 133, 172–176.

[32] Gray, L.E., Jr. and Ostby, J.S. (1995) In utero 2,3,7,8 tetrachlorodibenzo-*p*-dioxin (TCDD) alters reproductive morphology and function in female rat offspring Toxicol. Appl. Pharmacol., 133, 285–294.

[33] Gray, L.E., Ostby, J., Marshall R, Kelce W., Monosson, F., Miller, D.B. and Birnbaum, L.S. (1994) 2,3,7,8-TCDD alters sex differentiation in female and male Syrian hamsters (H) and LE hooded rats (R). Toxicologist 14, 382.

[34] Gray, L.E., Jr. and Kelce, W.R. (1996) Latent effects of pesticides and toxic substances on sexual differentiation of rodents. Toxicol. Industrial Health, in press.

[35] Smits-van Prooije, A.E., Lammers, J.H.C.M., Waalkens-Berendsen, D.H and Kulig, B.M (1992) Effects of 3,4,5,3′,4′,5′-hexachlorobiphenyl alone and in combination with 3,4,3′4′-tetrachlorobiphenyl on the reproduction capacity of rats. Organohalogen Compounds 10, 217–219

[36] Gellert, R.J. (1978) Uterotrophic activity of polychlorinated biphenyls (PCB) and induction of precocious reproductive aging in neonatally treated female rats. Environ. Res 16, 123–130.

[37] Rönnbäck, C. (1991) Effects of 3,3',4,4'-tetrachlorobiphenyl (TCB) on ovaries of foetal mice. Pharmacol. Toxicol. 68, 340-345.

[38] Sager, D.B. and Girard, D.M. (1994) Long-term effects on reproductive parameters in female rats after translactational exposure to PCBs. Environ. Res. 66, 52-76.

[39] Sager, D.B. (1983) Effect of postnatal exposure to polychlorinated biphenyls on adult male reproductive function. Environ. Res. 31, 76-94.

[40] Lundkvist, U. (1990) Clinical and reproductive effects of Clophen A50 (PCB) administered during gestation on pregnant guinea pigs and their offspring. Toxicology 61, 249-257.

[41] Cooke, P.S., Zhao, Y.-D. and Bunick, D. (1994) Triiodothyronine inhibits proliferation and stimulated differentiation of cultured neonatal sertoli cells: possible mechanism for increased adult testis weight and sperm production induced by neonatal goitrogen treatment. Biol. Reprod. 51, 1000-1005.

[42] Zhao, Y.-D., Hansen, L.G. and Cooke, P.S. (1994) Neonatal polychlorinated biphenyl (PCB) treatment increases adult testis size and sperm production in the rat. Presented at the American Society of Andrology, March 4-7, 1994, Springfield, IL.

[43] Seo, B.-W., Li, M.-H., Hansen, L.G., Moore, R.W., Peterson, R.E. and Schantz, S.L. (1995) Effects of gestational and lactational exposure to coplanar PCB congeners or TCDD on thyroid hormone concentrations in weanling rats. Toxicol. Lett. 78, 253-262.

[44] Ness, D.K., Schantz, S.L., Moshtaghian, J. and Hansen, L.G. (1993) Effects of perinatal exposure to specific PCB congeners on thyroid hormone concentrations and thyroid histology in the rat. Toxicol. Lett. 68, 311-323.

[45] de Ku, L.M.J., Sharma-Stokkermans, M. and Meserve, L.A. (1994) Thyroxine normalizes polychlorinated biphenyl (PCB) dose-related depression of choline acetyltransferase (ChAT) activity in hippocampus and basal forebrain of 15-day-old rats. Toxicology 94, 19-30.

[46] Goldey, E.S., Kehn, L.S. and Crofton, K.M. (1995) Developmental exposure to Aroclor 1254 causes hypothyroidism and low-frequency hearing loss in rats: attenuation of effects by thyroxin replacement. Neurotoxicology 16, 535.

[47] Goldey, E.S., Kehn, L.S., Lau, C., Rehnberg, G.L. and Crofton, K.M. (1995) Developmental exposure to polychlorinated biphenyls (Aroclor 1254) reduces circulating thyroid hormone concentrations and causes hearing deficits in rats. Toxicol. Appl. Pharmacol. in press.

[48] Eriksson, P., Lundkvist, U. and Fredriksson, A. (1991) Neonatal exposure to 3,3',4,4'-tetrachlorobiphenyl: changes in spontaneous behaviour and cholinergic muscarinic receptors in the adult mouse. Toxicology 69, 27-37.

[49] Holene, E., Nafstad, I., Skaare, J.U., Bernhoft, A., Engen, P. and Sagvolden, T. (1995) Behavioral effects of pre- and postnatal exposure to individual polychlorinated biphenyl congeners in rats. Environ. Toxicol. Chem. 14, 967-976.

[50] Lilienthal, H. and Winneke, G. (1991) Sensitive periods for behavioral toxicity of polychlorinated biphenyls: determination by cross-fostering in rats. Fundam. Appl. Toxicol. 17, 368-375.

[51] Schantz, S.L., Levin, E.L., Bowman, R.F. (1991) Long-term neurobehavioral effects of perinatal polychlorinated biphenyl (PCB) exposure in monkeys. Environ. Toxicol. Chem. 10, 747-756.

[52] Thiel, R., Koch, E., Ulbrich, B. and Chahoud, I. (1994) Peri- and postnatal exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin: effects on physiological development, reflexes, locomotor activity and learning behaviour in Wistar rats. Arch. Toxicol. 69, 79-86.

[53] Tilson, H.A., Jacobson, J.L. and Rogan W.J. (1990) Polychlorinated biphenyls and the developing nervous system: cross-species comparisons. Neurotoxicol. Teratol. 12, 239-248.

[54] Rogan, W.J., Gladen, B.D., Hung, K., Koong, S., Shih, L., Taylor, J.S., Wu, Y., Yang, D., Ragan N.B. and Hsu, C. (1988) Congenital poisoning by polychlorinated biphenyls and their contaminants in Taiwan. Science 241, 334-336.

[55] Guo, Y.L., Lai, T.J., Ju, S.H., Chen, Y.C., Hsu, C.C. (1993) Sexual developments and biological findings in Yucheng children. Dioxin '93 14, 235-238.

[56] Chen, Y.-J. and Hsu, C.C. (1994) Effects of prenatal exposure to PCBs on the neurological function of children: a neuropsychological and neurophysiological study. Dev. Med. Child. Neurol 36, 312-320.

[57] Huisman, M., Koopman-Esseboom, C., Fidler, V., Haddei s-Algra, M., van der Paauw, C.G., Tuinstra, L.G.M.Th., Weiglas-Kuperus, N., Sauer, P.J.J., Touwen, B.C.L. and Boersma, E.R. (1995) Perinatal exposure to polychlorinated biphenyls and dioxins and its effect on neonatal neurological development. Early Hum. Dev. 41, 111-127.

[58] Koopman-Esseboom, C., Morse, D.C., Weisglas-Kuperus, N., Lutkeschipholt, I.J., van der Paauw, C.G., Tuinstra, L.G.M.T., Brouwer, A. and Sauer, P.J.J. (1994) Effects of dioxins and polychlorinated biphenyls on thyroid hormone status of pregnant women and their infants. Pediatr. Res. 30, 468-472.

[59] Mendola, P., Buck, G.M., Vena, J.E., Zielezny, M. and Sever, L.E. (1995) Consumption of PCB-contaminated sport fish and risk of spontaneous fetal death. Environ. Health Perspect. 103, 498-501.

[60] Wolfe, W.H., Michalek, J.E., Miner, J.C., Rahe, A.J., Moore, C.A., Needham, L.L. and Patterson, D.G., Jr. (1994) Paternal serum dioxin and reproductive outcomes among veterans of Operation Ranch Hand. Epidemiology 6, 17-22.