## TABLE 5
## NATALITY DATA: SELECTED CHARACTERISTICS
## AND FETAL DEATHS
## OBSERVED VERSUS EXPECTED CASES
## 1986–1990

| Birth Characteristics | Observed Number in Study Area | Expected Number Based on Rates for: | | Significant Differences in Study Area Data Compared to: | |
|---|---|---|---|---|---|
| | | State | County | State | County |
| Total Live Births | 10,001 | – | – | | |
| Birth Weight < 2500G | 1,023 | 694.1 | 850.1 | Higher | Higher |
| Gestation < 37 weeks | 1200 | 888.0 | 999.1 | Higher | Higher |
| 5-Min APGAR < 8 | 2,715 | 2,148.2 | 2,527.3 | Higher | Higher |
| 1-Min APGAR < 8 | 421 | 339.0 | 403.0 | Higher | |
| Total Fetal Deaths | 53 | 66.4 | 68.4 | | |

# TABLE 6
## NATALITY DATA:
## MULTI–SOURCE BIRTH DEFECT REGISTRY
## OBSERVED VERSUS EXPECTED CASES
## 1980–1986

| Birth Characteristic | Observed Number in Study Area | Expected Number Based on Rates for: | | Significant* Differences in Study Area Data Compared to: | |
|---|---|---|---|---|---|
| | | State | County | State | County |
| Total Live Births | 16,536 | 73,930 | 16,536 | | |
| Births with Anomalies | 933 | 633.1 | 881.4 | Higher | |
| Anomalies by Type** | | | | | |
| Nervous System | 26 | 29.8 | 29.8 | | |
| Eye | 11 | 9.9 | 9.9 | | |
| Ear, Face, Neck | 30 | 26.5 | 31.4 | | |
| Circulatory System | 141 | 124.0 | 137.2 | | |
| Respiratory System | 29 | 19.8 | 24.8 | Higher | |
| Cleft Lip/Palate | 35 | 26.5 | 29.8 | | |
| Other Upper Alimentary | 16 | 39.7 | 16.5 | Lower | |
| Other Digestive | 29 | 21.5 | 26.5 | | |
| Genital Organs | 138 | 97.6 | 124.0 | Higher | |
| Urinary Organs | 25 | 14.9 | 18.2 | | |
| Poly/Syndactyly | 91 | 39.7 | 72.8 | Higher | |
| Club Foot | 65 | 43.3 | 44.6 | Higher | Higher |
| Dislocation of Hip | 11 | 9.9 | 9.9 | | |
| Limb Reduction | 6 | 6.6 | 6.6 | | |
| Other Musculoskeletal | 122 | 86.0 | 115.8 | Higher | |
| Skin, Hair, Nails | 166 | 72.8 | 178.6 | Higher | |
| Chromosomal Anomalies | 21 | 21.5 | 23.2 | | |
| Other Anomalies | 128 | 84.3 | 122.4 | Higher | |

* Statistical significance determined by Poisson statistic rather than Chi–square.
** A child may have more than one anomaly.

## TABLE 7
## SOCIOECONOMIC COMPARISON BETWEEN
## STUDY AREA, JACKSON COUNTY, AND MISSOURI

| Indicator | Study Area | Jackson County | Missouri |
|---|---|---|---|
| % Persons Who Completed 4 Years High School (25+ Years of Age) | 51.7% | 70.7% | 63.5% |
| % Employed (16+ Years of Age) | 58.1% | 65.6% | 61.1% |
| Median Household Income | $12,781 | $16,887 | $15,581 |
| Per Capita Income | $5,918 | $7,610 | $6,917 |
| % Families Below Poverty Level | 14.4% | 7.9% | 9.1% |

Source: 1980 Census Data (References 6, 7, and 8)

APPENDIX A

LIST OF DISEASES

— AND ICD CODES

APPENDIX A
SELECTED ICD CODES

| | |
|---|---|
| ALL CAUSES | 001-999 |
| NEOPLASMS, MALIGNANT | 140-208 |
| Malignant neoplasm of digestive organs and peritoneum | 150-159 |
| Malignant neoplasm of respiratory organs | 160-165 |
|     Malignant neoplasm of nasal cavities, middle ear, and accessory sinuses | 160 |
|       Nasal cavities | 160.0 |
|     Malignant neoplasm of larynx | 161 |
|       Larynx, unspecified | 161.9 |
|     Malignant neoplasm of trachea, bronchus, and lung | 162 |
|       Bronchus and lung, unspecified | 162.9 |
|     Malignant neoplasm of other and ill-defined sites within the respiratory system and intrathoracic organs | 165 |
|       Upper respiratory tract, part unspecified | 165.0 |
| Malignant melanoma of skin | 172 |
| Other malignant neoplasms of skin | 173 |
| Malignant neoplasm of breast | 174-175 |
| Malignant neoplasm of genital organs | 179-187 |
|     Malignant neoplasm of penis and other male genital organs | 187 |
|       Scrotum | 187.7 |
|       Site unspecified | 187.9 |
| Malignant neoplasm of urinary organs | 188-189 |
| Multiple myeloma and immunoproliferative neoplasms | 203 |
|     Multiple myeloma | 203.0 |
| Leukemias | 204-208 |
| NEOPLASMS, BENIGN | 210-229 |
| Disorder of function of the stomach | 536 |
|     Acute dilation of stomach | 526.1 |

| | |
|---|---|
| Dyspepsia and other disorders | 536.8 |
| Unspecified functional disorders of stomach | 536.9 |
| Other diseases of digestive system | 570-579 |
| Chronic liver disease and cirrhosis | 571 |
| Cirrhosis of liver without mention of alcohol | 571.5 |
| Other chronic nonalcoholic liver disease | 571.8 |
| Unspecified chronic liver diseases without mention of alcohol | 571.9 |
| Diseases of the skin and subcutaneous tissue | 680-709 |
| Contact dermatitis and other eczema | 692 |
| Due to oils and greases | 692.1 |
| Due to solvents | 692.2 |
| Due to other chemical products | 692.4 |
| Due to solar radiation | 692.7 |
| Unspecified causes | 692.9 |
| Other hypertrophic and atrophic conditions of the skin | 701 |
| Specified | 701.8 |
| Unspecified | 701.9 |
| Dyschromia | 709 |

APPENDIX B

CANCER INCIDENCE DATA

MISSOURI CANCER REGISTRY,
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 85 | 20535 | 19.7 | 20535 | 19.7 |
| 86 | 21624 | 20.7 | 42159 | 40.4 |
| 87 | 21150 | 20.3 | 63309 | 60.7 |
| 88 | 21423 | 20.6 | 84732 | 81.3 |
| 89 | 19512 | 18.7 | 104244 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| BRONCHUS & LUNG | 17587 | 16.9 | 17587 | 16.9 |
| LARYNX | 1411 | 1.4 | 18998 | 18.2 |
| MALE GENITAL ORG | 146 | 0.1 | 19144 | 18.4 |
| MELANOMA | 1432 | 1.4 | 20576 | 19.7 |
| MULTIPLE MYELOMA | 959 | 0.9 | 21535 | 20.7 |
| NASAL CAVITIES | 179 | 0.2 | 21714 | 20.8 |
| OTHER CANCER SIT | 79927 | 76.7 | 101641 | 97.5 |
| RESPIRATORY ORGA | 214 | 0.2 | 101855 | 97.7 |
| SKIN CANCER | 2389 | 2.3 | 104244 | 100.0 |

| AGEHO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 0 TO 14 | 797 | 0.8 | 797 | 0.8 |
| 15 TO 44 | 10682 | 10.2 | 11479 | 11.0 |
| 45 TO 64 | 31810 | 30.5 | 43289 | 41.5 |
| 65 TO 74 | 30522 | 29.3 | 73811 | 70.8 |
| 75 PLUS | 30433 | 29.2 | 104244 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

TABLE OF SITEN BY AGEHO

SITEN          AGEHO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 4 | 434 | 6768 | 6348 | 4033 | 17587 |
| LARYNX | 1 | 51 | 694 | 425 | 240 | 1411 |
| MALE GENITAL ORG | 2 | 14 | 60 | 52 | 38 | 146 |
| MELANOMA | 4 | 381 | 505 | 298 | 244 | 1432 |
| MULTIPLE MYELOMA | 2 | 16 | 252 | 326 | 363 | 959 |
| NASAL CAVITIES | 4 | 23 | 64 | 53 | 35 | 179 |
| OTHER CANCER SIT | 755 | 9513 | 22810 | 22577 | 24472 | 79927 |
| RESPIRATORY ORGA | 15 | 29 | 63 | 59 | 48 | 214 |
| SKIN CANCER | 10 | 221 | 594 | 604 | 960 | 2389 |
| TOTAL | 797 | 10682 | 31810 | 30522 | 30435 | 104244 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

TABLE OF SITEN BY DX_YR

SITEN

DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 3520 | 3696 | 3449 | 3612 | 3310 | 17587 |
| LARYNX | 285 | 333 | 301 | 275 | 217 | 1411 |
| MALE GENITAL ORG | 30 | 28 | 43 | 29 | 16 | 146 |
| MELANOMA | 284 | 300 | 308 | 275 | 265 | 1432 |
| MULTIPLE MYELOMA | 196 | 226 | 175 | 176 | 186 | 959 |
| NASAL CAVITIES | 41 | 37 | 37 | 30 | 34 | 179 |
| OTHER CANCER SIT | 16670 | 16405 | 16335 | 16495 | 15024 | 79927 |
| RESPIRATORY ORGA | 36 | 42 | 48 | 38 | 50 | 214 |
| SKIN CANCER | 473 | 557 | 454 | 495 | 410 | 2389 |
| TOTAL | 20535 | 21624 | 21150 | 21423 | 19512 | 104244 |

DATA UPDATED TO 3RD QUARTER 1991

APPENDIX C

MORTALITY DATA

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64129

TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 6 | 15 | 11 | 9 | 10 | 51 |
| MALE GENITAL ORG | 0 | 0 | 2 | 0 | 0 | 2 |
| MELANOMA | 0 | 2 | 0 | 0 | 1 | 3 |
| MULTIPLE MYELOMA | 2 | 0 | 1 | 0 | 0 | 3 |
| NASAL CAVITIES | 0 | 0 | 1 | 0 | 0 | 1 |
| OTHER CANCER SIT | 23 | 33 | 35 | 38 | 24 | 153 |
| SKIN CANCER | 1 | 0 | 1 | 1 | 0 | 3 |
| TOTAL | 32 | 50 | 51 | 48 | 35 | 216 |

DATA UPDATED TO 3RD QUARTER 1991

TOTAL DEATHS BY SELECTED CAUSES FOR SELECTED SELECTED ZIPCODES *; 1986-1990
OBSERVED VS EXPECTED DEATHS BASED ON MISSOURI AND COUNTY ** AGE-SPECIFIC RATES

| CAUSES OF DEATH (ICD-9) | OBSERVED DEATHS | EXPECTED DEATHS BASED ON STATE RATES | EXPECTED DEATHS BASED ON COUNTY RATES | SIGNIFICANT DIFFERENCE *** FROM STATE | SIGNIFICANT DIFFERENCE *** FROM COUNTY |
|---|---|---|---|---|---|
| ALL DEATHS | 6,251 | 7001.7 | 7067.4 | YES | YES |
| **NEOPLASMS** | | | | | |
| BREAST CAN | 117 | 135.8 | 149.5 | NO | YES |
| BRONCH LUNG UNSPEC | 417 | 475.4 | 491.0 | NO | NO |
| DIGESTIVE CAN | 354 | 344.2 | 375.8 | NO | NO |
| GENITAL ORG CAN | 161 | 168.7 | 162.2 | NO | NO |
| LARYNX UNSPEC | 15 | 11.1 | 12.0 | NO | NO |
| LEUKEMIA | 43 | 58.1 | 55.0 | YES | NO |
| MAL MELANOMA OF SKIN | 11 | 18.1 | 18.9 | YES | NO |
| MAL NEO OF LARYNX | 15 | 12.0 | 12.9 | NO | NO |
| MAL NEO NASAL CAVITIES | 3 | 1.4 | 1.6 | NO | NO |
| MAL NEO OF PENIL | 0 | 0.0 | 0.7 | NO | NO |
| MAL NEO OF SCROTUM | 0 | 0.6 | 0.7 | NO | NO |
| MAL NEO TREACH BRONCH LUNG | 479 | 476.3 | 493.7 | NO | NO |
| MULT MYELOMA | 24 | 25.1 | 21.9 | NO | NO |
| MULT MYELOMA IMMUNOPROLIF NEO | 24 | 25.1 | 21.9 | NO | NO |
| HASAL CAVITIES | 0 | 0.1 | 0.5 | NO | NO |
| OTHER CANCERS | 300 | 320.5 | 325.2 | NO | NO |
| OTHER MAL NEO OF SKIN | 11 | 8.5 | 9.2 | NO | NO |
| RESPIRAT CAN | 497 | 492.0 | 510.4 | NO | NO |
| URINARY ORGAN CAN | 55 | 63.7 | 62.3 | NO | YES |
| \|MALIGNANT NEOPLASMS (140-239) | 1,549 | 1623.7 | 1665.9 | NO | YES |
| \|MALIGNANT NEOPLASMS (140-208) | 1,527 | 1603.8 | 1646.6 | NO | YES |
| BENGIN NEOPLASMS (210-229) | 7 | 4.9 | 6.0 | NO | NO |
| **OTHER SELECTED CAUSES** | | | | | |
| ACUTE DILATION OF STOMACH | 0 | 0.0 | 0.3 | NO | NO |
| ACUTE/SUBACUTE NECROSIS OF LIV | 0 | 0.0 | 0.3 | NO | NO |
| CHRONIC LIVER DIS/CIRRHOSIS | 70 | 1.3 | 1.2 | NO | NO |
| CIRRHOSIS OF LIVER W/O ALCOHOL | 36 | 50.2 | 74.9 | NO | NO |
| DIS FUNCT OF STOMACH | 0 | 30.2 | 34.9 | NO | NO |
| DYSPEPSIA ETC | 0 | 0.1 | 0.2 | NO | NO |
| OTHER CHRONIC NON ALCOHOL DIS | 0 | 0.2 | 0.0 | NO | NO |
| OTHER DIS DIGEST SYST | 137 | 123.7 | 142.9 | NO | NO |
| UNSPEC CHRON LIVR DIS W/O ALCO | 0 | 0.4 | 0.4 | NO | NO |
| UNSPEC FUNCT DISORDER STOMACH | 0 | 0.4 | 0.2 | NO | NO |

*   SELECTED ZIPCODE 64120, 64123, 64124, 64125, 64126, 64127, 64128, 64129, 64052, 64053, AND 64054.

**  COMPARED TO JACKSON COUNTY.
**  FOR EXPECTED DEATHS OF 5 OR MORE, CHI-SQUARE DISTRIBUTION WAS USED.
*** FOR EXPECTED DEATHS LESS THAN 5, POISSON DISTRIBUTION WAS USED.

TOTAL DEATHS BY SELECTED CAUSES AND AGE GROUPS
MISSOURI: 1986-1990

| | | | NUMBER OF DEATHS | | | |
|---|---|---|---|---|---|---|
| CAUSES OF DEATH (ICD-9) | ALL AGES * | 0-14 YRS | 15-44 YRS | 45-64 YRS | 65-74 YRS | 75 + YRS |
| ALL DEATHS | 251,333 | 5,551 | 16,234 | 41,133 | 54,224 | 134,163 |
| **NEOPLASMS** | | | | | | |
| BREAST CAN | 4,759 | 0 | 396 | 1,549 | 1,251 | 1,563 |
| BRONCH LUNG UNSPEC | 16,258 | 1 | 289 | 5,444 | 5,851 | 4,672 |
| DIGESTIVE CAN | 12,790 | 1 | 296 | 2,867 | 3,558 | 5,968 |
| GENITAL ORGAN CAN | 5,965 | 0 | 203 | 1,066 | 1,662 | 3,034 |
| LARYNX UNSPEC | 383 | 0 | 7 | 125 | 131 | 120 |
| LEUKEMIA | 2,101 | 65 | 182 | 424 | 501 | 929 |
| MAL MELANOMA OF SKIN | 641 | 0 | 109 | 236 | 137 | 159 |
| MAL NEO OF LARYNX | 412 | 0 | 7 | 135 | 139 | 127 |
| MAL NEO OF NASAL CAVITIES | 48 | 0 | 3 | 15 | 18 | 17 |
| MAL NEO OF PENIS | 20 | 0 | 0 | 5 | 8 | 7 |
| MAL NEO OF SCROTUM | | 0 | 0 | 0 | 1 | 0 |
| MAL NEO TREACH BRONCH LUNG | 16,356 | 1 | 292 | 5,472 | 5,886 | 4,704 |
| MULT MYELOMA IMMUNOPROLIF NEO | 877 | 0 | 9 | 189 | 286 | 393 |
| NASAL CAVITITES | 882 | 0 | 9 | 192 | 287 | 394 |
| OTHER CANCERS | 5 | 0 | 2 | 2 | 1 | 2 |
| OTHER MAL NEO OF SKIN | 11,274 | 121 | 807 | 3,064 | 3,105 | 4,173 |
| RESPIRAT CAN | 298 | 1 | 37 | 82 | 67 | 118 |
| URINARY ORGAN CAN | 16,901 | 0 | 53 | 531 | 621 | 4,021 |
| ALL NEOPLASMS (140-239) | 56,720 | 220 | 2,313 | 15,273 | 17,023 | 21,889 |
| MALIGNANT NEOPLASMS (140-208) | 56,026 | 198 | 2,253 | 15,149 | 16,868 | 21,556 |
| BENIGN NEOPLASMS (210-229) | 176 | 5 | 13 | 35 | 40 | 83 |
| **OTHER SELECTED CAUSES** | | | | | | |
| ACUTE DILATION OF STOMACH | 1 | 0 | 0 | 0 | 0 | 1 |
| ACUTE/SUBACUTE NECROSIS OF LIV | 34 | 0 | 1 | 6 | 6 | 1 |
| CIRRHOSIS OF LIVER DIS/CIRRHOSIS | 2,010 | 5 | 270 | 840 | 502 | 395 |
| CIRRHOS LIVER DIS/W/O ALCOHOL | 1,051 | 1 | 81 | 389 | 294 | 286 |
| DIS FUNCT OF STOMACH | 2 | 0 | 0 | 1 | | 1 |
| DYSPEPSIA ETC | 4 | 0 | 0 | 1 | | |
| OTHER CHRONIC NON ALCOHOL DIS | 8 | 0 | 5 | 1 | 1 | 3 |
| OTHER DIS DIGEST SYST | 4,377 | 23 | 421 | 1,315 | 990 | 1,628 |
| UNSPC CHRON LIVR DIS W/O ALCO | 14 | 0 | 3 | 3 | 5 | 3 |
| UNSPEC FUNCT DISORDER STOMACH | 14 | 0 | 0 | 1 | 3 | 10 |

\* MAY INCLUDE DEATHS OF UNKNOWN AGE.

TOTAL DEATHS BY SELECTED CAUSES AND AGE GROUPS
JACKSON COUNTY, 1986-1990

| CAUSES OF DEATH (ICD-9) | ALL AGES * | NUMBER OF DEATHS 0-14 YRS | 15-44 YRS | 45-64 YRS | 65-74 YRS | 75 + YRS |
|---|---|---|---|---|---|---|
| ALL DEATHS | 30,808 | 869 | 2,606 | 5,646 | 6,499 | 15,184 |
| **NEOPLASMS** | | | | | | |
| BREAST CAN | 640 | 0 | 58 | 206 | 167 | 209 |
| BRONCH LUNG UNSPEC | 2,036 | 0 | 35 | 698 | 718 | 585 |
| DIGESTIVE CAN | 1,586 | 0 | 46 | 391 | 467 | 682 |
| GENITAL ORG CAN | 717 | 0 | 27 | 146 | 186 | 358 |
| LARYNX UNSPEC | 50 | 0 | 2 | 10 | 22 | 16 |
| LEUKEMIA | 240 | 9 | 28 | 53 | 54 | 96 |
| MAL MELANOMA OF SKIN | 83 | 0 | 16 | 34 | 14 | 19 |
| MAL NEO OF LARYNX | 53 | 0 | 2 | 13 | 22 | 16 |
| MAL NEO OF NASAL CAVITIES | 7 | 0 | 1 | 3 | 2 | 1 |
| MAL NEO OF PENIS | 3 | 0 | 0 | 2 | 1 | 0 |
| MAL NEO TREACH BRONCH LUNG | 2,047 | 0 | 35 | 700 | 722 | 590 |
| MULT MYELOMA | 91 | 0 | 1 | 19 | 33 | 38 |
| MULT MYELOMA IMMUNOPROLIF NEO | 91 | 0 | 1 | 19 | 33 | 38 |
| NASAL CAVITIES | 2 | 0 | 0 | 0 | 1 | 1 |
| OTHER CANCERS | 1,393 | 16 | 108 | 415 | 365 | 489 |
| OTHER MAL NEO OF SKIN | 138 | 0 | 14 | 14 | 15 | 8 |
| RESPIRAT CAN | 2,146 | 0 | 39 | 719 | 750 | 608 |
| URINARY ORGAN CAN | 262 | 0 | 6 | 62 | 69 | 125 |
| ALL NEOPLASMS (140-239) | 7,042 | 30 | 323 | 2,074 | 2,065 | 2,607 |
| MALIGNANT NEOPLASMS (140-208) | 6,927 | 28 | 312 | 1,992 | 2,058 | 2,592 |
| BENIGN NEOPLASMS (210-229) | 115 | 1 | 5 | | 4 | 10 |
| **OTHER SELECTED CAUSES** | | | | | | |
| ACUTE/SUBACUTE NECROSIS OF LIV | 6 | 0 | 0 | 1 | 0 | 5 |
| CHRONIC LIVER DIS/CIRRHOSIS | 322 | 0 | 47 | 163 | 67 | 45 |
| CIRRHOSIS OF LIVER W/O ALCOHOL | 149 | 0 | 11 | 74 | 34 | 30 |
| DIS FUNCT OF STOMACH | 1 | 0 | 0 | 0 | 0 | 1 |
| OTHER DIS DIGEST SYST | 622 | 3 | 77 | 226 | 127 | 189 |
| UNSPC CHRON LIVR DIS W/O ALCO | 2 | 0 | 1 | 0 | 0 | 1 |
| UNSPEC FUNCT DISORDER STOMACH | 1 | 0 | 0 | 0 | 0 | 1 |

* MAY INCLUDE DEATHS OF UNKNOWN AGE.

TOTAL DEATHS BY SELECTED CAUSES AND AGE GROUPS
SELECTED ZIPCODES, 1986-1990

| CAUSES OF DEATH (ICD-9) | NUMBER OF DEATHS | | | | | |
|---|---|---|---|---|---|---|
| | ALL AGES * | 0-14 YRS | 15-44 YRS | 45-64 YRS | 65-74 YRS | 75 + YRS |
| ALL DEATHS | 6,251 | 205 | 487 | 1,321 | 1,487 | 2,751 |
| **NEOPLASMS** | | | | | | |
| BREAST CAN | 117 | 0 | 7 | 36 | 32 | 42 |
| BRONCH LUNG UNSPEC | 477 | 0 | 7 | 181 | 156 | 133 |
| DIGESTIVE CAN | 354 | 0 | 5 | 90 | 116 | 143 |
| GENITAL ORG CAN | 161 | 0 | 2 | 40 | 50 | 69 |
| LARYNX UNSPEC | 15 | 0 | 0 | 5 | 8 | 4 |
| LEUKEMIA | 43 | 2 | 4 | 9 | 12 | 16 |
| MAL MELANOMA OF SKIN | 15 | 0 | 1 | 3 | 4 | 3 |
| MAL NEO OF LARYNX | 11 | 0 | 0 | 3 | 8 | 4 |
| MAL NEO OF NASAL CAVITIES | 3 | 0 | 1 | 1 | 1 | 0 |
| MAL NEO TREACH BRONCH LUNG | 479 | 0 | 7 | 181 | 156 | 135 |
| MULT MYELOMA | 24 | 0 | 0 | 4 | 9 | 11 |
| MULT MYELOMA IMMUNOPROLIF NEO | 24 | 0 | 0 | 4 | 9 | 11 |
| OTHER CANCERS | 300 | 1 | 23 | 98 | 86 | 92 |
| OTHER MAL NEO OF SKIN | 11 | 0 | 1 | 4 | 3 | 3 |
| RESPIRAT CAN | 497 | 0 | 8 | 185 | 165 | 139 |
| URINARY ORGAN CAN | 55 | 0 | 2 | 9 | 6 | 28 |
| ALL NEOPLASMS (140-239) | 1,519 | 4 | 53 | 472 | 481 | 519 |
| MALIGNANT NEOPLASMS (140-208) | 1,527 | 3 | 51 | 467 | 477 | 529 |
| BENIGN NEOPLASMS (210-229) | | 0 | 1 | 2 | 1 | 3 |
| **OTHER SELECTED CAUSES** | | | | | | |
| CHRONIC LIVER DIS/CIRRHOSIS | 70 | 0 | 9 | 32 | 18 | 11 |
| CIRRHOSIS LIVER W/O ALCOHOL | 36 | 0 | 1 | 5 | 12 | 8 |
| OTHER DIS DIGEST SYST | 137 | 0 | 20 | 46 | 32 | 39 |

* MAY INCLUDE DEATHS OF UNKNOWN AGE.

SELECTED ZIPCODE 64120, 64123, 64124, 64125, 64126, 64127, 64128, 64129, 64052, 64053, AND 64054.

APPENDIX D

MORBIDITY DATA

HOSPITAL DISCHARGES BY SELECTED PRINCIPAL DIAGNOSES FOR SELECTED ZIPCODES * 1983-1987
OBSERVED VS EXPECTED DISCHARGES BASED ON MISSOURI AND JACKSON COUNTIES ** AGE-SPECIFIC RATES

| PRINCIPAL DIAGNOSIS (ICD-9) | OBSERVED DISCHARGES | EXPECTED BASED STATE RATES | DISCHARGES ON COUNTY RATES | SIGNIFICANT DIFFERENCE *** STATE | COUNTY |
|---|---|---|---|---|---|
| ALL DISCHARGES | 101,882 | | | | |
| **NEOPLASMS** | | | | | |
| BREAST CAN | 409 | 460.3 | 478.9 | YES | YES |
| BRONCH LUNG UNSPEC | 487 | 425.6 | 439.4 | YES | YES |
| DIGESTIVE CAN | 862 | 762.6 | 774.2 | YES | YES |
| GENITAL ORG CAN | 717 | 689.3 | 656.5 | NO | YES |
| LARYNX UNSPEC | 32 | 19.1 | 26.6 | YES | NO |
| LEUKEMIA | 135 | 137.3 | 113.1 | NO | NO |
| MAL MELANOMA OF SKIN | 24 | 41.6 | 36.8 | YES | YES |
| MAL NEO OF LARYNX | 77 | 49.3 | 53.4 | YES | NO |
| MAL NEO OF NASAL CAVITIES | 7 | 4.6 | 3.6 | NO | YES |
| MAL NEO OF PENIS ETC | 2 | 0.7 | 0.4 | NO | NO |
| MAL NEO OF SCROTUM | | 0.1 | 0.9 | NO | YES |
| MAL NEO OTHER/ILL DEF SITE | 2 | 0.4 | 0.9 | NO | NO |
| MAL NEO-TREACH BRONCH LUNG | 834 | 693.7 | 724.4 | YES | YES |
| MULT MYELOMA | 58 | 58.8 | 55.5 | NO | NO |
| MULT MYELOMA IMMUNOPROLIF NEO | 59 | 60.6 | 57.1 | NO | NO |
| NASAL CAVITIES | 2 | 3.2 | 2.7 | YES | NO |
| OTHER CANCERS | 1,453 | 1635.2 | 1526.9 | NO | NO |
| OTHER MAL NEO OF SKIN | 930 | 175.5 | 61.4 | YES | YES |
| RESPIRAT CAN | 338 | 762.5 | 791.2 | NO | NO |
| URINARY ORGAN CAN | 338 | 317.4 | 320.0 | NO | YES |
| ALL NEOPLASMS (140-239) | 6,094 | 6221.1 | 6075.9 | NO | YES |
| MALIGNANT NEOPLASMS (140-209) | 4,845 | 4764.6 | 4664.8 | NO | YES |
| BENIGN NEOPLASMS (210-229) | 1,005 | 1142.1 | 1168.6 | YES | YES |
| **OTHER SELECTED DIAGNOSES** | | | | | |
| ACUTE DILATION OF STOMACH | 0 | 2.4 | 2.0 | NO | NO |
| ACUTE/SUBACUTE NECROSIS OF LIV | 20 | 14.7 | 19.1 | NO | NO |
| CHRONIC LIVER DIS/CIRRHOSIS | 249 | 175.1 | 225.1 | YES | YES |
| CIRRHOSIS OF LIVER W/O ALCOHOL | 68 | 52.9 | 56.9 | YES | YES |
| CONTACT DERMTITIS | 30 | 30.4 | 24.9 | NO | NO |
| DERM DUE TO OTHER CHEM PROD | 0 | 0.4 | 0.2 | NO | NO |
| DERM DUE TO SOLVENTS | 0 | 2.0 | 1.0 | NO | NO |
| DERM DUE TO UNSPEC CAUSE | 20 | 25.0 | 19.9 | NO | NO |
| DIS FUNCT OF STOMACH | 101 | 125.0 | 93.9 | NO | YES |
| DIS OF SKIN | 1,625 | 1282.0 | 1467.1 | YES | YES |
| DYSCHROMIA | 0 | 1.2 | 1.2 | NO | NO |
| FLAT FIA A ETC | 75 | 76.9 | 70.8 | NO | NO |
| OTHER CHRONIC NON ALCOH LIV DI | 11 | 7.0 | 8.9 | NO | NO |
| OTHER DIS DIGEST SYST | 2,890 | 2808.7 | 2756.7 | NO | YES |
| OTHER HYPERTROPHIC/ATROPHIC SK | 1 | 1.9 | 1.7 | NO | NO |
| OTHER HYPERTROPHIC SK | 3 | 15.2 | 13.1 | YES | YES |
| UNSPC HYPERTROPHIC/ATROPHIC SK | 4 | 4.3 | 5.3 | NO | NO |
| UNSPEC CHRONIC LIV DIS W/O ALC | 22 | 32.8 | 15.2 | NO | YES |
| UNSPEC-FUNCT-DISORDER-STOMACH | | | | | |

HOSPITAL DISCHARGES BY SELECTED PRINCIPAL DIAGNOSES FOR SELECTED ZIPCODES * 1983-1987
OBSERVED VS EXPECTED DISCHARGES BASED ON MISSOURI AND JACKSON COUNTIES ** AGE-SPECIFIC RATES

| | | EXPECTED DISCHARGES | | SIGNIFICANT |
|---|---|---|---|---|
| | | BASED ON | | DIFFERENCE *** |
| | OBSERVED | STATE | COUNTY | FROM |
| PRINCIPAL DIAGNOSIS (ICD-9) | DISCHARGES | RATES | RATES | STATE COUNTY |
| --------------------------- | ---------- | ----- | ----- | ----- ----- |

OTHER SELECTED DIAGNOSES, CONTINUED
SELECTED ZIPCODES 64123, 64124,   64125,  64126,  64127
64128, 64129, 64052, 64053, AND 64054

*** FOR EXPECTED DISCHARGES OF 5 OR MORE, CHI-SQUARE DISTRIBUTION WAS USED.
    FOR EXPECTED DISCHARGES LESS THAN 5, POISSON DISTRIBUTION WAS USED.

HOSPITAL DISCHARGES BY SELECTED PRINCIPAL DIAGNOSES AND AGE GROUPS
MISSOURI, 1983-1987

| PRINCIPAL DIAGNOSIS (ICD-9) | ALL AGES | NUMBER OF DISCHARGES | | | | |
|---|---|---|---|---|---|---|
| | | 0-14 YRS | 15-44 YRS | 45-64 YRS | 65-74 YRS | 75+ YRS |
| ALL DISCHARGES | 3,610,679 | 294,163 | 1,291,869 | 769,614 | 559,006 | 694,073 |
| **NEOPLASMS** | | | | | | |
| BREAST CAN | 16,446 | 9 | 2,177 | 6,580 | 4,129 | 3,548 |
| BRONCH LUNG UNSPEC | 15,202 | 10 | 484 | 6,489 | 5,199 | 3,018 |
| DIGESTIVE CAN | 28,188 | 70 | 1,039 | 7,769 | 8,562 | 10,740 |
| GENITAL ORGAN | 25,224 | 42 | 2,373 | 6,629 | 7,918 | 8,252 |
| LARYNX UNSPEC | 994 | 1 | 224 | 312 | 225 | 132 |
| LEUKEMIA | 4,999 | 571 | 805 | 1,188 | 1,043 | 1,352 |
| MAL MELANOMA OF SKIN | 1,754 | 2 | 392 | 554 | 277 | 234 |
| MAL NEO OF LARYNX | 1,323 | 2 | 36 | 80 | 549 | 306 |
| MAL NEO OF NASAL CAVITIES | 146 | 0 | 13 | 24 | 102 | 75 |
| MAL NEO OF PENIS ETC | 15 | 0 | 1 | 2 | 4 | 43 |
| MAL NEO OF SCROTUM | 5 | 0 | 1 | 2 | 1 | 3 |
| MAL NEO OTHER/ILL DEF SITE | 24,861 | 14 | 739 | 10,167 | 8,802 | 5,137 |
| MAL STOMACH BRONCH LUNG | 2,151 | 1 | 46 | 714 | 703 | 684 |
| MULT MYELOMA | 2,118 | 2 | 51 | 739 | 721 | 703 |
| MULT MYELOMA IMMUNOPROLIF NEO | 115 | 2 | 16 | 31 | 38 | 29 |
| NASAL CAVITIES | | | | | | |
| OTHER CANCERS | 28,775 | 1,055 | 6,149 | 20,426 | 16,319 | 14,107 |
| OTHER MAL NEO OF SKIN | 2,635 | 22 | 934 | 1,221 | 633 | 197 |
| RESPIRAT CAN | 27,307 | 44 | 358 | 3,102 | 9,637 | 1,459 |
| URINARY ORGAN CAN | 11,743 | 98 | 358 | 3,021 | 3,783 | 4,459 |
| ALL NEOPLASMS (140-239) | 222,569 | 3,611 | 36,365 | 72,496 | 57,092 | 52,954 |
| MALIGNANT NEOPLASMS (140-208) | 172,642 | 1,889 | 14,511 | 56,679 | 51,289 | 48,011 |
| BENIGN NEOPLASMS (210-229) | 39,466 | 1,440 | 18,047 | 13,098 | 3,949 | 2,931 |
| **OTHER SELECTED DIAGNOSES** | | | | | | |
| ACUTE DILATION OF STOMACH | 86 | 5 | 18 | 21 | 17 | 25 |
| ACUTE/SUBACUTE NECROSIS OF LIV | 516 | 14 | 164 | 171 | 97 | 36 |
| CHRONIC LIVER DIS/CIRRHOSIS | 6,125 | 37 | 1,426 | 2,682 | 1,273 | 700 |
| CIRRHOSIS LIVER W/O ALCOHOL | 1,995 | 1 | 181 | 710 | 578 | 433 |
| CONTACT DERMATITIS | 1,795 | 163 | 283 | 244 | 156 | 219 |
| DERM DUE TO OTHER CHEM PROD | 14 | 5 | | | | 2 |
| DERM DUE TO SOLVENTS | 1 | 0 | 1 | | 0 | 0 |
| DERM DUE TO UNSPEC CAUSE | 816 | 107 | 175 | 217 | 131 | 186 |
| DIS FUNCT OF STOMACH | 4,380 | 278 | 1,634 | 1,282 | 597 | 587 |
| DIS OF SKIN | 45,616 | 5,084 | 14,736 | 10,084 | 5,952 | 9,746 |
| DYSPEPSIA | 40 | 8 | 8 | 8 | | |
| DYSPEPSIA ETC | 2,692 | 75 | 1,019 | 852 | 402 | 342 |
| OTHER CHRONIC NON ALCOH LIV DI | 435 | 17 | 113 | 194 | 75 | 36 |
| OTHER DIS DIGEST SYST | 100,078 | 9,420 | 28,821 | 29,302 | 19,150 | 21,834 |
| OTHER HYPERTROPHIC/ATROPHIC SK | 229 | 0 | 81 | 285 | 67 | |
| UNSPEC HYPERTROPHIC/ATROPHIC SK | 201 | 4 | 61 | 81 | 18 | 5 |
| UNSPEC CHRONIC LIV DIS W/O ALC | 73 | 2 | 19 | 23 | 14 | 15 |
| UNSPEC FUNCT DISORDER STOMACH | 1,150 | 31 | 473 | 338 | 146 | 162 |

HOSPITAL DISCHARGES BY SELECTED PRINCIPAL DIAGNOSES AND AGE GROUPS
JACKSON COUNTY, 1983-1987

| | | | NUMBER OF DISCHARGES | | | |
| PRINCIPAL DIAGNOSIS (ICD-9) | ALL AGES * | 0-14 YRS | 15-44 YRS | 45-64 YRS | 65-74 YRS | 75 + YRS |
|---|---|---|---|---|---|---|
| ALL DISCHARGES | 446,462 | 34,250 | 170,808 | 96,534 | 62,679 | 82,004 |
| **NEOPLASMS** | | | | | | |
| BREAST CAN | 2,079 | 2 | 268 | 812 | 513 | 484 |
| BRONCH LUNG UNSPEC | 1,872 | 2 | 68 | 839 | 639 | 324 |
| DIGESTIVE CAN | 3,825 | 7 | 120 | 1,037 | 975 | 1,256 |
| GENITAL ORG CAN | 2,864 | 3 | 252 | 798 | 890 | 920 |
| LARYNX UNSPEC | 214 | 0 | 5 | 103 | 33 | 73 |
| LEUKEMIA | 493 | 54 | 95 | 106 | 105 | 133 |
| MAL MELANOMA OF SKIN | 161 | 5 | 43 | 68 | 21 | 24 |
| MAL NEO OF LARYNX | 229 | 0 | 16 | 105 | 67 | 41 |
| MAL NEO OF NASAL CAVITIES | 28 | 0 | 3 | 5 | 2 | 12 |
| MAL NEO OF SCROTUM ETC | 13 | 0 | 0 | 0 | 0 | 1 |
| MAL NEO OF SCROTUM | 14 | 0 | 0 | 0 | 0 | 1 |
| MAL NEO OTHER/ILL DEF SITE | 3,088 | 2 | 109 | 1,322 | 1,084 | 571 |
| MAL NEO TREACH BRONCH LUNG | 238 | 1 | 1 | 94 | 83 | 59 |
| MULT MYELOMA | 245 | 1 | 1 | 98 | 85 | 60 |
| MULT MYELOMA IMMUNOPROLIF NEO | 12 | 1 | 0 | 2 | 2 | 6 |
| NASAL CAVITIES | 6,615 | 114 | 835 | 2,352 | 1,758 | 1,555 |
| OTHER CANCERS | 273 | 3 | 23 | 63 | 66 | 118 |
| OTHER MAL NEO OF SKIN | 3,593 | 2 | 138 | 1,455 | 1,167 | 631 |
| RESPIRAT ORGAN CAN | 1,399 | 16 | 56 | 381 | 433 | 508 |
| URINARY ORG CAN | 26,248 | 416 | 4,692 | 8,764 | 6,460 | 6,078 |
| ALL NEOPLASMS (140-239) | 20,648 | 245 | 1,764 | 6,941 | 5,841 | 5,487 |
| MALIGNANT NEOPLASMS (140-208) | 5,110 | 171 | 2,557 | 1,553 | 459 | 390 |
| BENIGN NEOPLASMS (210-229) | | | | | | |
| **OTHER SELECTED DIAGNOSES** | | | | | | |
| ACUTE DILATION OF STOMACH | 9 | 0 | 0 | 1 | 3 | 5 |
| ACUTE/SUBACUTE NECROSIS OF LIV | 83 | 1 | 34 | 29 | 13 | 6 |
| CHRONIC LIVER DIS/CIRRHOSIS | 971 | 4 | 236 | 474 | 167 | 90 |
| CIRRHOSIS OF LIVER W/O ALCOHOL | 245 | 0 | 25 | 126 | 59 | 57 |
| CONTACT DERMITITIS | 108 | 4 | 25 | 26 | 10 | 23 |
| DERM DUE TO OTHER CHEM PROD | | 0 | 15 | 21 | 11 | 10 |
| DERM DUE TO UNSPEC CAUSE | 78 | 21 | 148 | 210 | 59 | 8 |
| DIS FUNCT OF STOMACH | 409 | 13 | 148 | 120 | 59 | 56 |
| DIS OF SKIN | 6,444 | 701 | 2,291 | 1,444 | 692 | 1,316 |
| DYSCHROMIA | 308 | 12 | 111 | 96 | 48 | 41 |
| DYSPEPSIA ETC | 47 | 2 | 13 | 3 | 8 | 4 |
| OTHER CHRONIC NON ALCOH LIV DI | | | | | | |
| OTHER DIS DIGEST SYST | 12,087 | 104 | 3,960 | 3,872 | 1,887 | 2,250 |
| OTHER HYPERTROPHIC/ATROPHIC SK | 19 | 0 | 2 | 13 | 5 | 5 |
| UNSPC HYPERTROPHIC/ATROPHIC SK | 51 | 1 | 25 | 19 | 4 | 4 |
| UNSPEC CHRONIC LIV DIS W/O ALC | 13 | 0 | 4 | 13 | 5 | 2 |
| UNSPEC FUNCT DISORDER STOMACH | 58 | 1 | 26 | 17 | 6 | 8 |

HOSPITAL DISCHARGES BY SELECTED PRINCIPAL DIAGNOSES AND AGE GROUPS
SELECTED ZIPCODES, 1983-1987

| PRINCIPAL DIAGNOSIS (ICD-9) | ALL AGES * | NUMBER OF DISCHARGES | | | | |
|---|---|---|---|---|---|---|
| | | 0-14 YRS | 15-44 YRS | 45-64 YRS | 65-74 YRS | 75 + YRS |
| ALL DISCHARGES | 101,882 | 8,471 | 38,186 | 22,609 | 15,778 | 16,802 |
| **NEOPLASMS** | | | | | | |
| BREAST CAN | 409 | 1 | 44 | 149 | 116 | 99 |
| BRONCH LUNG UNSPEC | 487 | 1 | 18 | 226 | 173 | 69 |
| DIGESTIVE CAN | 862 | 2 | 26 | 262 | 257 | 315 |
| GENITAL ORG CAN | 732 | 0 | 42 | 224 | 229 | 222 |
| LARYNX UNSPEC | 133 | 13 | 1 | 31 | 7 | 8 |
| LEUKEMIA | 24 | 0 | 23 | 11 | 24 | 42 |
| MAL MELANOMA OF SKIN | 77 | 0 | 4 | 42 | 19 | 7 |
| MAL NEO OF LARYNX | 7 | 0 | 5 | | 2 | 11 |
| MAL NEO OF NASAL CAVITIES | 4 | 0 | 2 | 3 | 1 | 1 |
| MAL NEO OF PENIS ETC | 2 | 0 | 2 | 0 | 0 | 1 |
| MAL NEO OF SCROTUM | 1 | 0 | 0 | 0 | 0 | 0 |
| MAL NEO OTHER/IL DEF SITE | 2 | 0 | 0 | 3 | 0 | 0 |
| MAL NEO TREACH BRONCH LUNG | 834 | 1 | 26 | 363 | 304 | 140 |
| MULT MYELOMA | 58 | 0 | 0 | 18 | 18 | 22 |
| MULT MYELOMA IMMUNOPROLIF NEO | 59 | 0 | 0 | 18 | 19 | 22 |
| NASAL CAVITIES | 2 | 0 | 0 | 0 | 1 | 0 |
| OTHER CANCERS | 1,456 | 26 | 150 | 516 | 420 | 344 |
| OTHER MAL NEO OF SKIN | 63 | 2 | 34 | 8 | 18 | 0 |
| RESPIRAT CAN | 930 | 1 | 12 | 411 | 329 | 155 |
| URINARY ORGAN CAN | 338 | 1 | 93 | 93 | 245 | 109 |
| ALL NEOPLASMS (140-239) | 6,094 | 101 | 891 | 2,041 | 1,645 | 1,415 |
| MALIGNANT NEOPLASMS (140-208) | 4,845 | 44 | 331 | 1,686 | 1,498 | 1,286 |
| BENIGN NEOPLASMS (210-229) | 1,005 | 50 | 464 | 293 | 119 | 79 |
| **OTHER SELECTED DIAGNOSES** | | | | | | |
| ACUTE/SUBACUTE NECROSIS OF LIV | 20 | 0 | 9 | 8 | 4 | 1 |
| CHRONIC LIVER DIS/CIRRHOSIS | 249 | 4 | 56 | 128 | 40 | 21 |
| CIRRHOSIS OF LIVER W/O ALCOHOL | 68 | 0 | 2 | 35 | 17 | 4 |
| CONTACT DERMTITIS | 20 | 7 | 6 | 7 | 3 | 7 |
| DERM DUE TO UNSPEC CAUSE | 101 | 5 | 4 | 5 | 14 | 3 |
| DIS FUNCT OF STOMACH | 20 | 5 | 42 | 28 | 2 | 2 |
| DIS OF SKIN | 101 | 1 | 6 | 7 | 3 | 2 |
| DYSPEPSIA ETC | 1,625 | 191 | 615 | 357 | 200 | 210 |
| OTHER CHRONIC NON ALCOH LIV DI | 75 | 3 | 26 | 25 | 11 | 21 |
| OTHER DIS OF STOMACH | 11 | 2 | 5 | 3 | 1 | 0 |
| OTHER HYPERTROPHIC/ATROPHIC SK | 2,898 | 33 | 957 | 953 | 475 | 480 |
| UNSPC HYPERTROPHIC/ATROPHIC SK | 3 | 0 | 2 | 1 | 1 | 0 |
| UNSPEC CHRONIC LIV DIS W/O ALC | 4 | 0 | 0 | 2 | 0 | 1 |
| UNSPEC FUNCT DISORDER STOMACH | 22 | 1 | 15 | 1 | 3 | 2 |

* MAY INCLUDE DISCHARGES OF UNKNOWN AGE. 4126, 64127, 64128, 64129, 64052, 64053, AND 64054..

APPENDIX E

NATALITY DATA

(Selected Characteristics

___ and Fetal Deaths)

Total Live Births by Selected Characteristics and Fetal Deaths for Selected Zip Codes: 1986-1990
Observed vs. Expected* Based on Missouri and County Rates
Kerr Chem

| | Observed Anomalies | Expected Charactertistics Based on State | Significant | Expected Charactertistics Based on County | Significant |
|---|---|---|---|---|---|
| LIVE BIRTHS | | | | | |
| Total Live Births | 10,001 | | | | |
| Birth Weight <2500 G | 1,023 | 694.1 | YES | 850.1 | YES |
| Gestation <37 weeks | 1,200 | 888.0 | YES | 999.1 | YES |
| 1-Min APGAR <8 | 2,715 | 2,148.2 | YES | 2,527.3 | YES |
| 5-Min APGAR <8 | 421 | 339.0 | YES | 403.0 | NO |
| FETAL DEATHS | | | | | |
| Total Fetal Deaths | 53 | 66.4 | NO | 68.4 | NO |

* For expected births/fetal deaths of 5 or more, Chi-Square Distribution was used.
  For expected births/fetal deaths of less than 5, Poisson Distribution was used.

TOTAL LIVE BIRTHS BY SELECTED CHARACTERISTICS; NUMBER AND RATE PER 1,000 LIVE BIRTHS
TOTAL FETAL DEATHS; NUMBER AND RATE PER 1,000 LIVE BIRTHS PLUS FETAL DEATHS
FOR SELECTED AREAS OF RESIDENCE, 1986-1990

| LIVE BIRTHS | MISSOURI NUMBER | MISSOURI RATE | JACKSON COUNTY NUMBER | JACKSON COUNTY RATE | SELECTED ZIPCODES NUMBER | SELECTED ZIPCODES RATE |
|---|---|---|---|---|---|---|
| TOTAL LB | 382,937 | | 54,069 | | 10,001 | |
| BIRTH WT <2500 G | 26,576 | 69.4 | 4,434 | 82.0 | 1,023 | 102.3 |
| GESTATION <37 WKS | 34,020 | 88.8 | 5,400 | 99.9 | 1,200 | 120.0 |
| 1-MIN APGAR <8 | 82,260 | 214.8 | 13,662 | 252.7 | 2,715 | 271.5 |
| 5-MIN APGAR < 8 | 12,987 | 33.9 | 2,181 | 40.3 | 421 | 42.1 |
| | | | | | | |
| FETAL DEATHS | | | | | | |
| TOTAL FD | 2,525 | 6.6 | 369 | 6.8 | 53 | 5.3 |

* SELECTED ZIPS 64120, 64123, 64124, 64125, 64126, 64127, 6412864129, 64052, 64053, 64054

APPENDIX F

NATALITY DATA

(Birth Defects)

Total Multi-Source Birth Defect Registry for Selected Areas: 1980–1986
Observed vs. Expected* Based on Missouri and County Rates
Kerr Chem

| | Observed Anomalies | Expected Anomalies Based on State Rate | Significant Difference | Expected Anomalies Based on County Rate | Significant Difference |
|---|---|---|---|---|---|
| Total Live Births | 16,536 | | | | |
| Births with Anomalies | 933 | 663.1 | YES | 881.4 | NO |
| Nervous System | 26 | 29.8 | NO | 29.8 | NO |
| Eye | 11 | 9.9 | NO | 9.9 | NO |
| Ear, Face & Neck | 30 | 26.5 | NO | 31.4 | NO |
| Circulatory System | 141 | 124.0 | NO | 137.2 | NO |
| Respiratory System | 29 | 19.8 | YES | 24.8 | NO |
| Cleft Lip/Palate | 35 | 26.5 | NO | 29.8 | NO |
| Other Upper Alimentary | 16 | 39.7 | YES | 16.5 | NO |
| Other Digestive | 29 | 21.5 | NO | 26.5 | NO |
| Genital Organs | 138 | 97.6 | YES | 124.0 | NO |
| Urinary Organs | 25 | 14.9 | NO | 18.2 | NO |
| Poly/Syndactyly | 91 | 39.7 | YES | 72.8 | NO |
| Club Foot | 65 | 43.3 | YES | 44.6 | YES |
| Dislocation of Hip | 11 | 9.9 | NO | 9.9 | NO |
| Limb Reduction | 6 | 6.6 | NO | 6.6 | NO |
| Other Musculoskeletal | 122 | 86.0 | YES | 115.8 | NO |
| Skin, Hair, Nails | 166 | 72.8 | YES | 178.6 | NO |
| Chromosomal Anomalies | 21 | 21.5 | NO | 23.2 | NO |
| Other Anomalies | 128 | 84.3 | YES | 122.4 | NO |

\* For expected anomalies of 5 or more, Chi–Square distribution was used.
  For expected anomalies of less than 5, Poisson Distribution was used.

TOTAL MULTI-SOURCE BIRTH DEFECT REGISTRY, NUMBER AND RATE PER 1,000 LIVE BIRTHS
FOR SELECTED AREAS OF RESIDENCE, 1980-1986

| | MISSOURI | | COUNTIES JACKSON | | SELECTED ZIPCODES | |
|---|---|---|---|---|---|---|
| | NUMBER | RATE | NUMBER | RATE | NUMBER | RATE |
| TOTAL LIVE BIRTHS | 533,734 | | 73,930 | | 16,536 | |
| BIRTHS WITH ANOMALIES | 21,413 | 40.1 | 3,941 | 53.3 | 933 | 56.4 |

ANOMALIES BY TYPE**

| | MISSOURI | | COUNTIES JACKSON | | SELECTED ZIPCODES | |
|---|---|---|---|---|---|---|
| | NUMBER | RATE | NUMBER | RATE | NUMBER | RATE |
| NERVOUS SYSTEM | 986 | 1.8 | 135 | 1.8 | 26 | 1.6 |
| EAR,FACE,NECK | 383 | 0.6 | 67 | 0.9 | 11 | 0.7 |
| CIRCULATORY SYSTEM | 841 | 1.5 | 137 | 1.9 | 30 | 1.8 |
| RESPIRATORY SYSTEM | 4,001 | 7.5 | 611 | 8.3 | 141 | 8.5 |
| CLEFT LIP/PALATE | 657 | 1.2 | 114 | 1.5 | 29 | 1.8 |
| OTHER UPPER ALIMENTARY | 873 | 1.6 | 135 | 1.8 | 35 | 2.1 |
| OTHER DIGESTIVE | 1,303 | 2.4 | 75 | 1.0 | 16 | 1.0 |
| GENITAL ORGANS | 693 | 1.3 | 116 | 1.6 | 29 | 1.8 |
| URINARY ORGANS | 3,126 | 5.9 | 553 | 7.5 | 138 | 8.3 |
| POLY/SYNDACTYLY | 1,286 | 2.4 | 78 | 1.1 | 25 | 1.5 |
| CLUB FOOT | 1,503 | 2.8 | 320 | 4.4 | 95 | 5.5 |
| DISLOCATION OF HIP | 313 | 0.6 | 194 | 2.6 | 65 | 3.9 |
| LIMB REDUCTION | 228 | 0.4 | 42 | 0.6 | 11 | 0.7 |
| OTHER MUSCULOSKELETAL | 2,772 | 5.2 | 519 | 7.0 | 122 | 7.4 |
| SKIN,HAIR,NAILS | 2,322 | 4.4 | 799 | 10.8 | 166 | 10.0 |
| CHROMOSOMAL ANOMALIES | 681 | 1.3 | 101 | 1.4 | 21 | 1.3 |
| OTHER ANOMALIES | 2,696 | 5.1 | 545 | 7.4 | 128 | 7.7 |

* SELECTED ZIPCODES ARE 64120, 64123, 64124, 64125, 64126,
64128, 64127, 64128, 64129, 64052, 64053, AND 64054

** A CHILD MAY HAVE MORE THAN ONE ANOMALY

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64052

TABLE OF SITEN BY AGEMO

SITEN           AGEMO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 4 | 40 | 35 | 26 | 105 |
| LARYNX | 0 | 0 | 6 | 2 | 1 | 9 |
| MELANOMA | 0 | 1 | 0 | 4 | 1 | 6 |
| MULTIPLE MYELOMA | 0 | 0 | 1 | 4 | 2 | 7 |
| NASAL CAVITIES | 0 | 0 | 1 | 0 | 0 | 1 |
| OTHER CANCER SIT | 3 | 26 | 118 | 124 | 122 | 395 |
| RESPIRATORY ORGA | 0 | 0 | 0 | 1 | 0 | 1 |
| SKIN CANCER | 0 | 2 | 4 | 2 | 5 | 13 |
| TOTAL | 3 | 33 | 170 | 172 | 157 | 535 |

DATA UPDATED TO 3RD QUARTER 1991

TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 23 | 22 | 22 | 22 | 16 | 105 |
| LARYNX | 2 | 3 | 2 | 2 | 0 | 9 |
| MELANOMA | 4 | 0 | 0 | 2 | 0 | 6 |
| MULTIPLE MYELOMA | 2 | 0 | 0 | 2 | 3 | 7 |
| NASAL CAVITIES | 0 | 0 | 0 | 0 | 0 | 1 |
| OTHER CANCER SIT | 89 | 82 | 87 | 64 | 71 | 393 |
| RESPIRATORY ORGA | 0 | 1 | 0 | 0 | 0 | 1 |
| SKIN CANCER | 6 | 3 | 2 | 0 | 2 | 13 |
| TOTAL | 126 | 111 | 114 | 92 | 92 | 535 |

DATA UPDATED TO 3RD QUARTER 1991