MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64053

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 85 | 28 | 18.4 | 28 | 18.4 |
| 86 | 27 | 17.8 | 55 | 36.2 |
| 87 | 33 | 21.7 | 88 | 57.9 |
| 88 | 35 | 23.0 | 123 | 80.9 |
| 89 | 29 | 19.1 | 152 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| BRONCHUS & LUNG | 29 | 19.1 | 29 | 19.1 |
| LARYNX | 2 | 1.3 | 31 | 20.4 |
| MELANOMA | 2 | 1.3 | 33 | 21.7 |
| OTHER CANCER SIT | 117 | 77.0 | 150 | 98.7 |
| SKIN CANCER | 2 | 1.3 | 152 | 100.0 |

| AGENO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 0 TO 14 | 4 | 2.6 | 4 | 2.6 |
| 15 TO 44 | 15 | 9.9 | 19 | 12.5 |
| 45 TO 64 | 52 | 34.2 | 71 | 46.7 |
| 65 TO 74 | 45 | 29.6 | 116 | 76.3 |
| 75 PLUS | 36 | 23.7 | 152 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64053

TABLE OF SITEN BY AGEMO

SITEN          AGEMO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 0 | 14 | 11 | 4 | 29 |
| LARYNX | 0 | 0 | 0 | 2 | 0 | 2 |
| MELANOMA | 0 | 0 | 0 | 2 | 0 | 2 |
| OTHER CANCER SIT | 4 | 15 | 37 | 30 | 31 | 117 |
| SKIN CANCER | 0 | 0 | 0 | 0 | 1 | 2 |
| TOTAL | 4 | 15 | 52 | 45 | 36 | 152 |

TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 4 | 3 | 9 | 9 | 4 | 29 |
| LARYNX | 1 | 0 | 1 | 0 | 0 | 2 |
| MELANOMA | 0 | 0 | 0 | 0 | 2 | 2 |
| OTHER CANCER SIT | 22 | 24 | 23 | 25 | 23 | 117 |
| SKIN CANCER | 1 | 0 | 0 | 1 | 0 | 2 |
| TOTAL | 28 | 27 | 33 | 35 | 29 | 152 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP64054

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 85 | 24 | 24.0 | 24 | 24.0 |
| 86 | 14 | 14.0 | 38 | 38.0 |
| 87 | 33 | 33.0 | 71 | 71.0 |
| 88 | 17 | 17.0 | 88 | 88.0 |
| 89 | 12 | 12.0 | 100 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| BRONCHUS & LUNG | 16 | 16.0 | 16 | 16.0 |
| LARYNX | 1 | 1.0 | 17 | 17.0 |
| MELANOMA | 1 | 1.0 | 18 | 18.0 |
| MULTIPLE MYELOMA | 1 | 1.0 | 19 | 19.0 |
| OTHER CANCER SIT | 76 | 76.0 | 95 | 95.0 |
| RESPIRATORY ORGA | 2 | 2.0 | 97 | 97.0 |
| SKIN CANCER | 3 | 3.0 | 100 | 100.0 |

| AGENO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 0 TO 14 | 1 | 1.0 | 1 | 1.0 |
| 15 TO 44 | 14 | 14.0 | 15 | 15.0 |
| 45 TO 64 | 32 | 32.0 | 47 | 47.0 |
| 65 TO 74 | 25 | 25.0 | 72 | 72.0 |
| 75 PLUS | 28 | 28.0 | 100 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64054

TABLE OF SITEN BY AGEMO

SITEN          AGEMO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|-----------|---------|----------|----------|----------|---------|-------|
| BRONCHUS & LUNG | 0 | 0 | 5 | 5 | 6 | 19 |
| LARYNX | 0 | 0 | 1 | 0 | 0 | 1 |
| MELANOMA | 0 | 0 | 1 | 0 | 0 | 1 |
| MULTIPLE MYELOMA | 0 | 0 | 0 | 1 | 0 | 1 |
| OTHER CANCER SIT | 1 | 14 | 23 | 16 | 22 | 76 |
| RESPIRATORY ORGA | 0 | 0 | 1 | 1 | 0 | 2 |
| SKIN CANCER | 0 | 0 | 1 | 2 | 0 | 3 |
| TOTAL | 1 | 14 | 32 | 25 | 28 | 100 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64054

TABLE OF SITEN BY DX_YR

SITEN    DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 4 | 2 | 7 | 2 | 1 | 16 |
| LARYNX | 0 | 0 | 0 | 0 | 1 | 1 |
| MELANOMA | 0 | 1 | 0 | 0 | 0 | 1 |
| MULTIPLE MYELOMA | 0 | 0 | 0 | 1 | 0 | 1 |
| OTHER CANCER SIT | 17 | 9 | 26 | 14 | 10 | 76 |
| RESPIRATORY ORGA | 0 | 2 | 0 | 0 | 0 | 2 |
| SKIN CANCER | 3 | 0 | 0 | 0 | 0 | 3 |
| TOTAL | 24 | 14 | 33 | 17 | 12 | 100 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64120

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 85 | 7 | 35.0 | 7 | 35.0 |
| 86 | 4 | 20.0 | 11 | 55.0 |
| 87 | 3 | 15.0 | 14 | 70.0 |
| 88 | 3 | 15.0 | 17 | 85.0 |
| 89 | 3 | 15.0 | 20 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| BRONCHUS & LUNG | 5 | 25.0 | 5 | 25.0 |
| LARYNX | 1 | 5.0 | 6 | 30.0 |
| OTHER CANCER SIT | 14 | 70.0 | 20 | 100.0 |

| AGEMO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 15 TO 44 | 2 | 10.0 | 2 | 10.0 |
| 45 TO 64 | 7 | 35.0 | 9 | 45.0 |
| 65 TO 74 | 8 | 40.0 | 17 | 85.0 |
| 75 PLUS | 3 | 15.0 | 20 | 100.0 |

TABLE OF SITEN BY AGEMO

SITEN          AGEMO

| FREQUENCY | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|-----------|----------|----------|----------|---------|-------|
| BRONCHUS & LUNG | 0 | 2 | 2 | 1 | 5 |
| LARYNX | 0 | 0 | 1 | 0 | 1 |
| OTHER CANCER SIT | 2 | 5 | 5 | 2 | 14 |
| TOTAL | 2 | 7 | 8 | 3 | 20 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

| COUNTY | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| JACKSON | 13209 | 100.0 | 13209 | 100.0 |

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 85 | 2776 | 21.0 | 2776 | 21.0 |
| 86 | 2631 | 19.9 | 5407 | 40.9 |
| 87 | 2606 | 19.7 | 8013 | 60.7 |
| 88 | 2727 | 20.6 | 10740 | 81.3 |
| 89 | 2469 | 18.7 | 13209 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| BRONCHUS & LUNG | 2271 | 17.2 | 2271 | 17.2 |
| LARYNX | 184 | 1.4 | 2455 | 18.6 |
| MALE GENITAL ORG | 19 | 0.1 | 2474 | 18.7 |
| MELANOMA | 147 | 1.1 | 2621 | 19.8 |
| MULTIPLE MYELOMA | 106 | 0.8 | 2727 | 20.6 |
| NASAL CAVITIES | 19 | 0.1 | 2746 | 20.8 |
| OTHER CANCER SIT | 10170 | 77.0 | 12916 | 97.8 |
| RESPIRATORY ORGA | 26 | 0.2 | 12942 | 98.0 |
| SKIN CANCER | 267 | 2.0 | 13209 | 100.0 |

| AGEHD | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 0 TO 14 | 106 | 0.8 | 106 | 0.8 |
| 15 TO 44 | 1552 | 11.7 | 1658 | 12.6 |
| 45 TO 64 | 4153 | 31.4 | 5811 | 44.0 |
| 65 TO 74 | 3747 | 28.4 | 9558 | 72.4 |
| 75 PLUS | 3651 | 27.6 | 13209 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

TABLE OF SITEN BY AGENO

SITEN          AGENO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 67 | 916 | 814 | 474 | 2271 |
| LARYNX | 0 | 11 | 94 | 60 | 19 | 184 |
| MALE GENITAL ORG | 1 | 5 | 9 | 1 | 3 | 19 |
| MELANOMA | 0 | 46 | 48 | 28 | 25 | 147 |
| MULTIPLE MYELOMA | 0 | 0 | 24 | 42 | 40 | 106 |
| NASAL CAVITIES | 0 | 1 | 8 | 6 | 4 | 19 |
| OTHER CANCER SIT | 100 | 1374 | 2971 | 2734 | 2991 | 10170 |
| RESPIRATORY ORGA | 2 | 4 | 6 | 8 | 6 | 26 |
| SKIN CANCER | 3 | 44 | 77 | 54 | 89 | 267 |
| TOTAL | 106 | 1552 | 4153 | 3747 | 3651 | 13209 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89
Jackson County
TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 495 | 463 | 432 | 483 | 398 | 2271 |
| LARYNX | 38 | 51 | 36 | 51 | 28 | 184 |
| MALE GENITAL ORG | 3 | 7 | 4 | 1 | 4 | 19 |
| MELANOMA | 38 | 27 | 31 | 30 | 24 | 147 |
| MULTIPLE MYELOMA | 23 | 17 | 19 | 23 | 24 | 106 |
| NASAL CAVITIES | 3 | 2 | 6 | 5 | 3 | 19 |
| OTHER CANCER SIT | 2084 | 2011 | 2032 | 2096 | 1947 | 10170 |
| RESPIRATORY ORGA | 6 | 7 | 3 | 6 | 4 | 26 |
| SKIN CANCER | 89 | 46 | 43 | 52 | 37 | 267 |
| TOTAL | 2776 | 2631 | 2606 | 2727 | 2469 | 13209 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|---------------------|--------------------|
| 85 | 541 | 18.8 | 541 | 18.8 |
| 86 | 581 | 20.2 | 1122 | 39.1 |
| 87 | 599 | 20.9 | 1721 | 59.9 |
| 88 | 594 | 20.7 | 2315 | 80.6 |
| 89 | 556 | 19.4 | 2871 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|---------------------|--------------------|
| BRONCHUS & LUNG | 578 | 20.1 | 578 | 20.1 |
| LARYNX | 55 | 1.9 | 633 | 22.0 |
| MALE GENITAL ORG | 8 | 0.3 | 641 | 22.3 |
| MELANOMA | 21 | 0.7 | 662 | 23.1 |
| MULTIPLE MYELOMA | 29 | 1.0 | 691 | 24.1 |
| NASAL CAVITIES | 4 | 0.1 | 695 | 24.2 |
| OTHER CANCER SIT | 2123 | 73.9 | 2818 | 98.2 |
| RESPIRATORY ORGA | 8 | 0.3 | 2826 | 98.4 |
| SKIN CANCER | 45 | 1.6 | 2871 | 100.0 |

| AGEMO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|---------------------|--------------------|
| 0 TO 14 | 19 | 0.7 | 19 | 0.7 |
| 15 TO 44 | 295 | 10.3 | 314 | 10.9 |
| 45 TO 64 | 917 | 31.9 | 1231 | 42.9 |
| 65 TO 74 | 876 | 30.5 | 2107 | 73.4 |
| 75 PLUS | 764 | 26.6 | 2871 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

TABLE OF SITEN BY AGEHO

SITEN          AGEHO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 10 | 261 | 190 | 117 | 578 |
| LARYNX | 0 | 4 | 29 | 16 | 6 | 55 |
| MALE GENITAL ORG | 0 | 1 | 4 | 0 | 3 | 8 |
| MELANOMA | 0 | 3 | 6 | 7 | 5 | 21 |
| MULTIPLE MYELOMA | 0 | 0 | 4 | 12 | 13 | 29 |
| NASAL CAVITIES | 0 | 0 | 1 | 1 | 2 | 4 |
| OTHER CANCER SIT | 19 | 267 | 600 | 637 | 600 | 2123 |
| RESPIRATORY ORGA | 0 | 2 | 1 | 3 | 2 | 8 |
| SKIN CANCER | 0 | 8 | 11 | 10 | 16 | 45 |
| TOTAL | 19 | 295 | 917 | 876 | 764 | 2871 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 111 | 124 | 116 | 122 | 105 | 570 |
| LARYNX | 8 | 24 | 10 | 7 | 6 | 55 |
| MALE GENITAL ORG | 1 | 3 | 2 | 0 | 2 | 8 |
| MELANOMA | 7 | 3 | 2 | 5 | 4 | 21 |
| MULTIPLE MYELOMA | 7 | 2 | 6 | 6 | 8 | 29 |
| NASAL CAVITIES | 0 | 0 | 3 | 0 | 1 | 4 |
| OTHER CANCER SIT | 388 | 413 | 452 | 447 | 423 | 2123 |
| RESPIRATORY ORGA | 1 | 6 | 0 | 1 | 0 | 8 |
| SKIN CANCER | 18 | 6 | 8 | 6 | 7 | 45 |
| TOTAL | 541 | 581 | 599 | 594 | 556 | 2871 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

TABLE OF ZIP BY DX_YR

ZIP      DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY| 85| 86| 87| 88| 89| TOTAL |
|---|---|---|---|---|---|---|
| 64052 | 126 | 111 | 114 | 92 | 92 | 535 |
| 64053 | 28 | 27 | 33 | 35 | 29 | 152 |
| 64054 | 24 | 14 | 33 | 17 | 12 | 100 |
| 64120 | 7 | 4 | 3 | 3 | 3 | 20 |
| 64123 | 42 | 61 | 59 | 48 | 70 | 280 |
| 64124 | 56 | 76 | 54 | 77 | 69 | 332 |
| 64125 | 4 | 4 | 11 | 9 | 11 | 39 |
| 64126 | 37 | 37 | 34 | 30 | 30 | 168 |
| 64127 | 97 | 112 | 118 | 149 | 115 | 591 |
| 64128 | 88 | 85 | 89 | 86 | 90 | 438 |
| 64129 | 32 | 50 | 51 | 48 | 35 | 216 |
| TOTAL | 541 | 581 | 599 | 594 | 556 | 2871 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64082

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 85 | 126 | 23.6 | 126 | 23.6 |
| 86 | 111 | 20.7 | 237 | 44.3 |
| 87 | 114 | 21.3 | 351 | 65.6 |
| 88 | 92 | 17.2 | 443 | 82.8 |
| 89 | 92 | 17.2 | 535 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| BRONCHUS & LUNG | 105 | 19.6 | 105 | 19.6 |
| LARYNX | 9 | 1.7 | 114 | 21.3 |
| MELANOMA | 6 | 1.1 | 120 | 22.4 |
| MULTIPLE MYELOMA | 7 | 1.3 | 127 | 25.7 |
| NASAL CAVITIES | 1 | 0.2 | 128 | 23.9 |
| OTHER CANCER SIT | 395 | 73.5 | 521 | 97.4 |
| RESPIRATORY ORGA | 1 | 0.2 | 522 | 97.6 |
| SKIN CANCER | 13 | 2.4 | 535 | 100.0 |

| AGEHO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 0 TO 14 | 3 | 0.6 | 3 | 0.6 |
| 15 TO 44 | 33 | 6.2 | 36 | 6.7 |
| 45 TO 64 | 170 | 31.8 | 206 | 38.5 |
| 65 TO 74 | 172 | 32.1 | 378 | 70.7 |
| 75 PLUS | 157 | 29.3 | 535 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64124

TABLE OF SITEN BY AGEHO

SITEN        AGEHO

| FREQUENCY | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 34 | 21 | 16 | 71 |
| LARYNX | 2 | 7 | 3 | 0 | 12 |
| MALE GENITAL ORG | 0 | 3 | 0 | 0 | 3 |
| MELANOMA | 0 | 1 | 0 | 1 | 2 |
| MULTIPLE MYELOMA | 0 | 0 | 1 | 0 | 1 |
| NASAL CAVITIES | 0 | 0 | 0 | 1 | 1 |
| OTHER CANCER SIT | 41 | 61 | 81 | 53 | 236 |
| RESPIRATORY ORGA | 1 | 0 | 0 | 0 | 1 |
| SKIN CANCER | 1 | 0 | 2 | 2 | 5 |
| TOTAL | 45 | 106 | 108 | 73 | 332 |

DATA UPDATED TO 3RD QUARTER 1991

TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85| | 86| | 87| | 88| | 89| | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 19 | 14 | 10 | 18 | 10 | 71 |
| LARYNX | 0 | 7 | 2 | 3 | 0 | 12 |
| MALE GENITAL ORG | 1 | 1 | 0 | 0 | 1 | 3 |
| MELANOMA | 1 | 0 | 0 | 1 | 0 | 2 |
| MULTIPLE MYELOMA | 0 | 1 | 0 | 0 | 0 | 1 |
| NASAL CAVITIES | 0 | 0 | 1 | 0 | 0 | 1 |
| OTHER CANCER SIT | 34 | 51 | 40 | 53 | 58 | 236 |
| RESPIRATORY ORGA | 0 | 1 | 0 | 0 | 0 | 1 |
| SKIN CANCER | 1 | 1 | 1 | 2 | 0 | 5 |
| TOTAL | 56 | 76 | 54 | 77 | 69 | 332 |

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP#64125

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 85 | 4 | 10.3 | 4 | 10.3 |
| 86 | 4 | 10.3 | 8 | 20.5 |
| 87 | 11 | 28.2 | 19 | 48.7 |
| 88 | 9 | 23.1 | 28 | 71.8 |
| 89 | 11 | 28.2 | 39 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| BRONCHUS & LUNG | 7 | 17.9 | 7 | 17.9 |
| LARYNX | 1 | 2.6 | 8 | 20.5 |
| OTHER CANCER SIT | 30 | 76.9 | 38 | 97.4 |
| SKIN CANCER | 1 | 2.6 | 39 | 100.0 |

| AGEMO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 15 TO 44 | 5 | 12.8 | 5 | 12.8 |
| 45 TO 64 | 13 | 33.3 | 18 | 46.2 |
| 65 TO 74 | 9 | 23.1 | 27 | 69.2 |
| 75 PLUS | 12 | 30.8 | 39 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64125

TABLE OF SITEN BY AGEHO

SITEN        AGEHO

| FREQUENCY | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 5 | 0 | 2 | 7 |
| LARYNX | 1 | 0 | 0 | 0 | 1 |
| OTHER CANCER SIT | 4 | 8 | 8 | 10 | 30 |
| SKIN CANCER | 0 | 0 | 1 | 0 | 1 |
| TOTAL | 5 | 13 | 9 | 12 | 39 |

TABLE OF SITEN BY DX_YR

SITEN        DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 1 | 0 | 2 | 2 | 2 | 7 |
| LARYNX | 0 | 1 | 0 | 0 | 0 | 1 |
| OTHER CANCER SIT | 3 | 3 | 8 | 7 | 9 | 30 |
| SKIN CANCER | 0 | 0 | 1 | 0 | 0 | 1 |
| TOTAL | 4 | 4 | 11 | 9 | 11 | 39 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64126

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 85 | 37 | 22.0 | 37 | 22.0 |
| 86 | 37 | 22.0 | 74 | 44.0 |
| 87 | 34 | 20.2 | 108 | 64.3 |
| 88 | 30 | 17.9 | 138 | 82.1 |
| 89 | 30 | 17.9 | 168 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| BRONCHUS & LUNG | 23 | 13.7 | 23 | 13.7 |
| LARYNX | 1 | 0.6 | 24 | 14.3 |
| MALE GENITAL ORG | 1 | 0.6 | 25 | 14.9 |
| MELANOMA | 3 | 1.8 | 28 | 16.7 |
| MULTIPLE MYELOMA | 2 | 1.2 | 30 | 17.9 |
| NASAL CAVITIES | 1 | 0.6 | 31 | 18.5 |
| OTHER CANCER SIT | 130 | 77.4 | 161 | 95.8 |
| RESPIRATORY ORGA | 2 | 1.2 | 163 | 97.0 |
| SKIN CANCER | 5 | 3.0 | 168 | 100.0 |

| AGEMO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|---|---|---|---|---|
| 0 TO 14 | 3 | 1.8 | 3 | 1.8 |
| 15 TO 44 | 21 | 12.5 | 24 | 14.3 |
| 45 TO 64 | 55 | 32.7 | 79 | 47.0 |
| 65 TO 74 | 57 | 33.9 | 136 | 81.0 |
| 75 PLUS | 32 | 19.0 | 168 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64126

TABLE OF SITEN BY AGEMO

SITEN·                AGEMO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 0 | 11 | 11 | 1 | 23 |
| LARYNX | 0 | 0 | 0 | 1 | 0 | 1 |
| MALE GENITAL ORG | 0 | 1 | 0 | 0 | 0 | 1 |
| MELANOMA | 0 | 0 | 2 | 0 | 1 | 3 |
| MULTIPLE MYELOMA | 0 | 0 | 0 | 1 | 1 | 2 |
| NASAL CAVITIES | 0 | 0 | 0 | 0 | 1 | 1 |
| OTHER CANCER SIT | 3 | 17 | 41 | 43 | 26 | 130 |
| RESPIRATORY ORGA | 0 | 1 | 0 | 0 | 1 | 2 |
| SKIN CANCER | 0 | 2 | 1 | 1 | 1 | 5 |
| TOTAL | 3 | 21 | 55 | 57 | 32 | 160 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64126

TABLE OF SITEN BY DX_YR

SITEN      DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 3 | 3 | 8 | 4 | 5 | 23 |
| LARYNX | 0 | 0 | 0 | 1 | 0 | 1 |
| MALE GENITAL ORG | 0 | 1 | 0 | 0 | 0 | 1 |
| MELANOMA | 1 | 0 | 1 | 1 | 0 | 3 |
| MULTIPLE MYELOMA | 0 | 0 | 0 | 0 | 2 | 2 |
| NASAL CAVITIES | 0 | 0 | 0 | 0 | 1 | 1 |
| OTHER CANCER SIT | 30 | 31 | 24 | 23 | 22 | 130 |
| RESPIRATORY ORGA | 1 | 1 | 0 | 0 | 0 | 2 |
| SKIN CANCER | 2 | 1 | 1 | 1 | 0 | 5 |
| TOTAL | 37 | 37 | 34 | 30 | 30 | 168 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64127

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 85 | 97 | 16.4 | 97 | 16.4 |
| 86 | 112 | 19.0 | 209 | 36.4 |
| 87 | 118 | 20.0 | 327 | 55.3 |
| 88 | 149 | 25.2 | 476 | 80.5 |
| 89 | 115 | 19.5 | 591 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| BRONCHUS & LUNG | 138 | 23.4 | 138 | 23.4 |
| LARYNX | 10 | 1.7 | 148 | 25.0 |
| MELANOMA | 2 | 0.3 | 150 | 25.4 |
| MULTIPLE MYELOMA | 6 | 1.0 | 156 | 26.4 |
| OTHER CANCER SIT | 428 | 72.4 | 584 | 98.8 |
| RESPIRATORY ORGA | 1 | 0.2 | 585 | 99.0 |
| SKIN CANCER | 6 | 1.0 | 591 | 100.0 |

| AGENO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 0 TO 14 | 1 | 0.2 | 1 | 0.2 |
| 15 TO 44 | 67 | 11.3 | 68 | 11.5 |
| 45 TO 64 | 190 | 32.1 | 258 | 43.7 |
| 65 TO 74 | 184 | 31.1 | 442 | 74.8 |
| 75 PLUS | 149 | 25.2 | 591 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64127

TABLE OF SITEN BY AGEHO

SITEN          AGEHO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 3 | 62 | 45 | 28 | 138 |
| LARYNX | 0 | 0 | 3 | 6 | 1 | 10 |
| MELANOMA | 0 | 1 | 0 | 0 | 1 | 2 |
| MULTIPLE MYELOMA | 0 | 0 | 0 | 2 | 4 | 6 |
| OTHER CANCER SIT | 1 | 62 | 124 | 129 | 112 | 428 |
| RESPIRATORY ORGA | 0 | 0 | 0 | 0 | 1 | 1 |
| SKIN CANCER | 0 | 1 | 1 | 2 | 2 | 6 |
| TOTAL | 1 | 67 | 190 | 184 | 149 | 591 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64127

TABLE OF SITEN BY DX_YR

SITEN    DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85 | 86 | 87 | 88 | 89 | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 25 | 27 | 26 | 37 | 23 | 138 |
| LARYNX | 1 | 2 | 4 | 0 | 3 | 10 |
| MELANOMA | 0 | 0 | 1 | 1 | 0 | 2 |
| MULTIPLE MYELOMA | 0 | 1 | 3 | 2 | 0 | 6 |
| OTHER CANCER SIT | 68 | 82 | 84 | 108 | 86 | 428 |
| RESPIRATORY ORGA | 0 | 0 | 0 | 1 | 0 | 1 |
| SKIN CANCER | 3 | 0 | 0 | 0 | 3 | 6 |
| TOTAL | 97 | 112 | 118 | 149 | 115 | 591 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP#64128

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 85 | 88 | 20.1 | 88 | 20.1 |
| 86 | 85 | 19.4 | 173 | 39.5 |
| 87 | 89 | 20.3 | 262 | 59.8 |
| 88 | 86 | 19.6 | 348 | 79.5 |
| 89 | 90 | 20.5 | 438 | 100.0 |

| SITEN | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| BRONCHUS & LUNG | 78 | 17.8 | 78 | 17.8 |
| LARYNX | 12 | 2.7 | 90 | 20.5 |
| MALE GENITAL ORG | 2 | 0.5 | 92 | 21.0 |
| MELANOMA | 1 | 0.2 | 93 | 21.2 |
| MULTIPLE MYELOMA | 7 | 1.6 | 100 | 22.8 |
| OTHER CANCER SIT | 336 | 76.7 | 436 | 99.5 |
| RESPIRATORY ORGA | 1 | 0.2 | 437 | 99.8 |
| SKIN CANCER | 1 | 0.2 | 438 | 100.0 |

| AGEMO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 0 TO 14 | 3 | 0.7 | 3 | 0.7 |
| 15 TO 44 | 43 | 9.8 | 46 | 10.5 |
| 45 TO 64 | 133 | 30.4 | 179 | 40.9 |
| 65 TO 74 | 124 | 28.3 | 303 | 69.2 |
| 75 PLUS | 135 | 30.8 | 438 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64128

TABLE OF SITEN BY AGEHO

SITEN          AGEHO

| FREQUENCY | 0 TO 14 | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 1 | 32 | 30 | 15 | 78 |
| LARYNX | 0 | 1 | 8 | 1 | 2 | 12 |
| MALE GENITAL ORG | 0 | 0 | 1 | 0 | 1 | 2 |
| MELANOMA | | | 1 | 0 | 0 | 1 |
| MULTIPLE MYELOMA | 0 | 0 | 0 | 3 | 4 | 7 |
| OTHER CANCER SIT | 3 | 41 | 91 | 89 | 112 | 336 |
| RESPIRATORY ORGA | 0 | 0 | 0 | 1 | 0 | 1 |
| SKIN CANCER | 0 | 0 | 0 | 0 | 1 | 1 |
| TOTAL | 3 | 43 | 133 | 124 | 135 | 438 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64128

TABLE OF SITEN BY DX_YR

SITEN          DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85| | 86| | 87| | 88| | 89| | TOTAL |
|---|---|---|---|---|---|
| BRONCHUS & LUNG | 17 | 20 | 15 | 11 | 15 | 78 |
| LARYNX | 3 | 6 | 1 | 1 | 1 | 12 |
| MALE GENITAL ORG | 0 | 1 | 0 | 0 | 1 | 2 |
| MELANOMA | 0 | 0 | 0 | 0 | 1 | 1 |
| MULTIPLE MYELOMA | 3 | 0 | 2 | 0 | 2 | 7 |
| OTHER CANCER SIT | 65 | 57 | 70 | 74 | 70 | 336 |
| RESPIRATORY ORGA | 0 | 1 | 0 | 0 | 0 | 1 |
| SKIN CANCER | 0 | 0 | 1 | 0 | 0 | 1 |
| TOTAL | 88 | 85 | 89 | 86 | 90 | 438 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64129

YEAR OF FIRST DIAGNOSIS OF THIS CANCER.

| DX_YR | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 85 | 32 | 14.8 | 32 | 14.8 |
| 86 | 50 | 23.1 | 82 | 38.0 |
| 87 | 51 | 23.6 | 133 | 61.6 |
| 88 | 48 | 22.2 | 181 | 83.8 |
| 89 | 35 | 16.2 | 216 | 100.0 |

| SITE# | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| BRONCHUS & LUNG | 51 | 23.6 | 51 | 23.6 |
| MALE GENITAL ORG | 2 | 0.9 | 53 | 24.5 |
| MELANOMA | 3 | 1.4 | 56 | 25.9 |
| MULTIPLE MYELOMA | 3 | 1.4 | 59 | 27.3 |
| NASAL CAVITIES | 1 | 0.5 | 60 | 27.8 |
| OTHER CANCER SIT | 153 | 70.8 | 213 | 98.6 |
| SKIN CANCER | 3 | 1.4 | 216 | 100.0 |

| AGEHO | FREQUENCY | PERCENT | CUMULATIVE FREQUENCY | CUMULATIVE PERCENT |
|-------|-----------|---------|----------------------|--------------------|
| 15 TO 44 | 27 | 12.5 | 27 | 12.5 |
| 45 TO 64 | 83 | 38.4 | 110 | 50.9 |
| 65 TO 74 | 64 | 29.6 | 174 | 80.6 |
| 75 PLUS | 42 | 19.4 | 216 | 100.0 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64129

TABLE OF SITEN BY AGEMO

SITEN          AGEMO

| FREQUENCY | 15 TO 44 | 45 TO 64 | 65 TO 74 | 75 PLUS | TOTAL |
|---|---|---|---|---|---|
| BRONCHUS & LUNG | 0 | 32 | 14 | 5 | 51 |
| MALE GENITAL ORG | 0 | 0 | 0 | 2 | 2 |
| MELANOMA | 0 | 1 | 1 | 1 | 3 |
| MULTIPLE MYELOMA | 0 | 2 | 0 | 1 | 3 |
| NASAL CAVITIES | 0 | 0 | 1 | 0 | 1 |
| OTHER CANCER SIT | 26 | 47 | 48 | 32 | 153 |
| SKIN CANCER | 1 | 1 | 0 | 1 | 3 |
| TOTAL | 27 | 83 | 64 | 42 | 216 |

DATA UPDATED TO 3RD QUARTER 1991

MISSOURI CANCER REGISTRY
MISSOURI DEPARTMENT OF HEALTH
STATE OF MISSOURI

CANCER CASES DIAGNOSED IN 1985-89

ZIP=64120

TABLE OF SITEN BY DX_YR

SITEN

DX_YR(YEAR OF FIRST DIAGNOSIS OF THIS CANCER.)

| FREQUENCY | 85| | 86| | 87| | 88| | 89| | TOTAL |
|-----------|-----|-----|-----|-----|-----|-------|
| BRONCHUS & LUNG | 1 | 2 | 0 | 1 | 1 | 5 |
| LARYNX | 1 | 0 | 0 | 0 | 0 | 1 |
| OTHER CANCER SIT | 5 | 2 | 3 | 2 | 2 | 14 |
| TOTAL | 7 | 4 | 3 | 3 | 3 | 20 |

DATA UPDATED TO 3RD QUARTER 1991