# Medical Hypothesis: Xenoestrogens As Preventable Causes of Breast Cancer

Devra Lee Davis,[1] H. Leon Bradlow,[2] Mary Wolff,[3] Tracey Woodruff,[4] David G. Hoel,[5] and Hoda Anton-Culver[6]

[1]Office of the Assistant Secretary for Health, Department of Health and Human Services, Washington, DC 20201 USA; [2]Strang Cornell Cancer Research Laboratory, Cornell University Medical Center, Ithaca, NY 10021 USA; [3]Department of Environmental and Community Medicine, Mt. Sinai Medical Center, City University of New York, New York, NY 10029 USA; [4]Institute for Health Policy Research, University of California, San Francisco, CA 94109 USA; [5]Department of Biometrics and Epidemiology, Medical University of South Carolina, SC 29425 USA; [6]Epidemiology Program, Department of Medicine, University of California, Irvine, CA 92717 USA

Changes in documented risk factors for breast cancer and rates of screening cannot completely explain recent increases in incidence or mortality. Established risk factors for breast cancer, including genetics, account for at best 30% of cases. Most of these risk factors can be linked to total lifetime exposure to bioavailable estrogens. Experimental evidence reveals that compounds such as some chlorinated organics, polycyclic aromatic hydrocarbons (PAHs), triazine herbicides, and pharmaceuticals affect estrogen production and metabolism and thus function as xenoestrogens. Many of these xenoestrogenic compounds also experimentally induce mammary carcinogenesis. Recent epidemiologic studies have found that breast fat and serum lipids of women with breast cancer contain significantly elevated levels of some chlorinated organics compared with noncancer controls. As the proportion of inherited breast cancer in the population is small, most breast cancers are due to acquired mutations. Thus, the induction of breast cancer in the majority of cases stems from interactions between host factors, including genetics and environmental carcinogens. We hypothesize that substances such as xenoestrogens increase the risk of breast cancer by mechanisms which include interaction with breast-cancer susceptibility genes. A series of major epidemiologic studies need to be developed to evaluate this hypothesis, including studies of estrogen metabolism, the role of specific xenoestrogenic substances in breast cancer, and relevant genetic-environmental interactions. In addition, experimental studies are needed to evaluate biologic markers of suspect xenoestrogens and biologic markers of host susceptibility and identify pathways of estrogenicity that affect the development of breast cancer. If xenoestrogens do play a role in breast cancer, reductions in exposure will provide an opportunity for primary prevention of this growing disease. Tests for estrogenicity could become critical screening tools with which to assess the potential health consequences of new and existing chemicals. *Key words:* aromatic hydrocarbons, breast cancer, chlorinated organics, genetic susceptibility, pesticides, xenobiotics, xenoestrogens. *Environ Health Perspect* 101:372–377(1993).

After years of puzzling, steady increases in breast cancer, public health researchers are rekindling interest in the role that exposure to xenobiotic agents, such as chlorinated organics and pharmaceutical agents, could play in the development of the disease. Do such substances increase the risk of this most common cancer in women by directly or indirectly altering estrogen production or metabolism? Do they activate or promote breast-cancer susceptibility genes (*1*)? Breast cancer is generally recognized to be determined primarily by total cumulative exposure to bioavailable estrogens (*2*). Could environmental chemicals that increase estrogen exposure by functioning as xenoestrogens explain some of the increases in breast cancer?

Although some of the recorded increase in breast cancer reflects improved detection (*3*), changes in known risk factors for the disease cannot completely explain recent patterns (*4*). A recent study that estimated age-specific rates of mammography from a Gallup Poll concluded that much of the recorded increase in incidence in the 1980s may be due to mammography, but that a sustained 1% annual increase in breast cancer mortality has occurred since the 1940s (*3*). Other studies have also documented increased mortality from breast cancer in a number of industrial countries (*5,6*).

About 40% of all cancers in women are hormonally mediated (*7*). Both estrogens and progestagens play critical roles in the development of breast cancer (*8*). This paper briefly reviews recent experimental and epidemiologic evidence on the critical and cumulative role of estrogens and xenoestrogens in the induction of breast cancer. We hypothesize that changes in exposures to xenoestrogenic substances may partly account for recent trends in breast cancer and present an opportunity for primary prevention.

## Experimental Evidence

A number of lines of evidence attest to the ability of xenobiotic materials to affect estrogen production (*9*). Ovariectomy, which reduces endogenous hormones, inhibits the progression of chemically induced mammary tumors, whereas reintroduction of estrogen by implantation stimulates tumor development. Moreover, rat mammary cancers depend on both late and early exposure to estrogen and prolactin (*11*).

Experimental studies indicate that estradiol metabolism proceeds primarily via two mutually exclusive pathways, each of which is affected by xenobiotic exposures: pathway I to 2-hydroxyestrone (2-OHE1), which has minimal estrogenic activity and is nongenotoxic, or pathway II to 16α-OHE1, a fully potent estrogen which is also genotoxic (*12*). Breast cancer risk appears to be linked with these two pathways. Substances that elevate pathway II or inhibit pathway I increase risk, whereas those that inhibit pathway II or elevate pathway I decrease risk. Thus, dimethyl benzanthracene (DMBA), benzo[*a*]pyrene (BaP), oncogenes, and tumor virus exposure inhibit pathway I and also induce mammary tumors (*13*). Dietary supplements that increase pathway I, such as indole-3-carbinol, also decrease mammary tumor incidence (*14*), but those that induce pathway II, such as alcohol, tend to increase carcinogenic response (*10,15*). In addition to affecting pathway II, alcohol consumption has been shown to induce P450IIE and decrease P4501A1, subfamilies of enzymes key to the metabolism of other potential carcinogens (*15*).

As to the role of dietary factors in estrogen production, a number of studies indicate that both fat and fiber intake modulates estrogen metabolism. Linoleic and arachidonic acids increase pathway II (*12*). A high-fiber diet, along with greater physi-

Address correspondence to D.L. Davis, Office of the Assistant Secretary for Health, DHHS, 200 Independence Avenue SW, Washington, DC 20201 USA.
Members of the Breast Cancer Prevention Collaborative Work Group provided constructive comments on the development of this hypothesis at meetings of the International Society for Environmental Epidemiology held at the National Institute for Public Health in Cuernavaca, Mexico, August 1992, and at a workshop sponsored by NIEHS and Health and Welfare Canada, held at the National Research Council, Washington, DC, December 1992. Support for this research was provided to the authors by NIEHS, the National Cancer Institute, and Health and Welfare Canada.
Received 12 May 1993; accepted 28 June 1993.



cal exercise, reduces and ~~~~
tion of fecal estrogens (~~~ ~~~~ ~~~~
restriction results in major increases in
pathway I and reductions in pathway II
(17).

A variety of *in vitro* and *in vivo* studies
have documented the estrogenicity of some
lipophilic, bioconcentrated xenobiotics;
that is, their ability to stimulate estrogen
and function as xenoestrogens (Table 1).
Estrogens promote breast cell proliferation
(18) and hypertrophy of other secondary
sex organs (19). Similar effects have been
observed in fish, birds, and wildlife (9).
Xenoestrogenic substances include several
lipophilic, persistent compounds for which
human, food chain, and wildlife exposures
have been widespread (20). These chemicals
include a number of chlorinated
organics, such as $o,p'$-DDT, an isomer of
the pesticide DDT, chlordecone, heptachlor,
and other pesticides, polychlorinated
biphenyls (PCBs), triazine herbicide,
and a number of polycyclic aromatic
hydrocarbons (PAH), compounds derived
from petroleum products, fossil fuels, and
products of incomplete combustion. In
addition, some pharmaceutical agents such
as diethylstilbestrol (DES) are direct estrogens,
and others, such as tamoxifen, mimic
estrogen in premenopausal women but
block estrogen in postmenopausal women
(21). Still other pharmaceuticals, such as
cimetidine, inhibit pathway I and stimulate
breast cell proliferation (22). Animals
exposed to ambient levels of commonly
encountered compounds one at a time,
such as Aroclor 1254, a PCB, showed no
adverse effects. But animals dosed with
mixtures of ambient levels of commonly
encountered groundwater contaminants,
including PCBs and ubiquitous viruses,
developed a variety of adverse effects on
growth and reproduction (23).

A number of xenoestrogenic compounds
induce or promote breast cancer
experimentally (24). Primary carcinogenesis
may also occur with other xenobiotics
because human breast epithelial and fibroblastic
cells metabolize them to carcinogenic
electrophiles (25). Table 2 summarizes
the research on mammary carcinogenicity
of several important, widely used
toxic substances. These include $o,p'$-DDT,
some isomers of PCB, benzene, and several
PAHs, including methylcholanthrene,
dibenz[ah]anthracene, and DMBA (26-28).
PAHs produce increased intracellular oxidation
and chromosomal breaks or gene
rearrangements (29).

Atrazine is of special interest, as it is a
triazine herbicide that is one of the most
commonly used pesticides in the United
States today, and it is widely found in
groundwater (30). Atrazine is a stable compound
that is retained in the abdominal fat

Table 1. Experimental evidence on the estrogenicity of some chlorinated organics

| Chemical | In vivo evidence | Reference | In vitro evidence | Reference |
|---|---|---|---|---|
| $o,p'$-DDT | Initiated implantation and maintained pregnancy in rats | Johnson et al., 1992 (67) | Inhibits the binding of [$^3$H]estradiol to rat uterine cytosolic estrogen receptor | Nelson, 1974 (68) |
| $o,p'$-DDT | Uterotropic (causes increased uterine weight) in rats | Welch et al., 1969 (69) | Inhibits the binding of [$^3$H]estradiol to rat uterine cytosolic estrogen receptor | Nelson, 1974 (68) |
| Methoxychlor | Initiated implantation and maintained pregnancy in rats | Johnson et al., 1992 (67) | | |
| Chlordecone (kepone) | Initiated implantation and maintained pregnancy in rats | Johnson et al., 1992 (67) | | |
| β-Hexachlorocyclohexane | | | Induction of cytosolic progesterone receptor; redistribution of estrogen receptors | Coosen and Van Velsen, 1989 (70) |
| PCBs | | | Estrogen receptor binding to probes | Korach et al., 1988 (71) |
| Kepone (chlordecone), heptachlor, chlordane, Aroclor 1221 | | | Enhanced proliferative potency in human breast estrogen-sensitive MCF7 cells | Soto et al., 1992 (19) |
| Atrazine | | | Hormone release increased | Ghinea et al. 1988 (72) |

Table 2. Experimental evidence on mammary carcinogenesis of some chlorinated organics

| Chemical | Animal evidence | Reference |
|---|---|---|
| **Organochlorines** | | |
| DDT | Accelerator of mammary tumors in male mice treated with 2-acetamidophenanthrene | Scribner and Mottet, 1981 (73) |
| Triazines Atrazine | Increased incidence of mammary tumors in male rats (750 ppm for 126 weeks) | Pinter et al, 1990 (32) |
| Benzene | Breast cancer, oral and respiratory routes | Maltoni et al., 1989 (74) |
| **Polycyclic aromatic hydrocarbons** | | |
| Benzo[a]pyrene | Mammary tumors, gastrointestinal route | Huggins and Yang 1962 (75) |
| Dibenz[ah]anthracene | Mammary tumors, gastrointestinal route | Snell and Stearn, 1962 (76) |

of chickens for a week following 1 week of
feeding (31). It induces exceptionally rare
breast tumors in male animals and also
produces reproductive organ tumors (32)
and endocrinological effects.

## Epidemiologic Evidence

Two recent epidemiologic studies have
highlighted the importance of pre-natal
exposures to estrogen for breast cancer.
One investigation found that women born
to mothers with pre-eclampsia, and therefore
lower estrogen levels during pregnancy,
had significantly reduced risks of developing
breast cancer compared with controls.
In this same analysis, women born
mothers with elevated estrogen during
pregnancy sustained an increased risk
breast cancer that was not statistically s
nificant but may have biological impo
tance (33).

A second study corroborates the role
prenatal exposures to estrogen. Dizygo
twins, whose mothers generally have high
levels of estrogens, have higher rates
breast cancer. Among all twins, the oc
ratio associated with one of the twins be
male (1.54) was higher than those assoc



Table 5. Case–control studies on chlorinated organics and breast cancer.

| Reference | Matching; confounding | No. of cases/ controls | Analytes | Relative risk (odds ratio) |
|---|---|---|---|---|
| Albert et al. 1982 (77) (tumor vs. normal mammary tissue) | None | 8/7 | DDT,[a] HCH,[a] dieldrin, heptachlorepoxide | — |
| Wassermann et al., 1976 (78) (tumor vs. normal mammary tissue) | None | 9/5 | DDT,[a] DDD,[a] PCB,[a] HCH, dieldrin, heptachlorepoxide | — |
| Unger et al., 1984 (48) (biopsy) | No matching; age | 14/21 | DDE, PCB | |
| Unger et al., 1984 (48) (autopsy) | No matching; age | 18/35 | PCB | |
| Falck et al., 1992 (49) | No matching; age, height, weight, smoking | 20/20 | DDE,[b] DDT, PCB,[b] heptachlorepoxide, oxychlordane, trans-nonachlor, HCB, b-HCH | |
| Mussalo-Rauhamaa et al., 1990 (50) | No matching; age, parity, weight, height, occupation, smoking, fish meals | 44/33 | DDT, PCB, HCB, HCH,[b] heptachlorepoxide, chlordane, trans-nonachlor, PAH | 10.5 (>0.1 ppm) |
| Wolff et al., 1993 (51) | Age, menopausal status, day of cycle, enrollment date, body mass, age at menarche, parity, family history, past benign disease, lactation, smoking, alcohol use, race | 58/171 | DDE,[b] PCB | 4 (10th–90th percentile) |

HCH, hexachlorocyclohexane; HCB, hexachlorobiphenyl.
[a]Albert et al. (77) and Wasserman et al. (78) found differences between malignant and normal breast tissue for these residues.
[b]Associated with elevated risk.

ed with both twins being female (1.3) and was highest in premenopausal women with twin brothers (2.88) (34). This may be due to the fact that developing, hormonally affected organs in sisters of twin brothers are exposed to relatively more circulating prenatal estrogens than are twin sisters. Prenatal imprinting may prime estrogen receptors for subsequent response or provide irreversible programming of the distribution of cytochrome P450s and other of the terminal enzymes of the microsomal and mitochondrial mixed-function oxidase, electron transport chains.

Most of the known risk factors for breast cancer, which at best account for 30% of cases (2) are linked with total lifetime exposure to reproductive hormones (35). Aside from genetics and radiation in premenopausal breast cancer, these risk factors include age, age at menarche, menopause, and first full-term pregnancy, total calorie intake, family history, height, radiation exposure, and alcohol intake (36). Artificial reduction of hormones by ovariectomy before age 35 reduces human breast cancer risk (36).

Diet influences estrogen production in various ways. A diet of proportionally higher total calories relative to body mass can also alter the metabolism of estrogen in the gut and stimulate earlier onset of menses. However, obese, premenopausal women who are amenorrheic have reduced risks of breast cancer, whereas obese postmenopausal women have higher risks, presumably due to the ability of body fat to enhance production of estrogens after menopause when ovarian production of estrogen diminishes rapidly (2). Severe restriction of caloric intake appears to reduce the risk of breast cancer (37), possibly by delaying the onset of menses or otherwise reducing total lifetime estrogen exposure.

The role of dietary fat for breast cancer remains the subject of a lively debate and inconsistent results. A meta-analysis of 12 case–control studies reported that the risk of breast cancer increased with increasing dietary fat and included some studies with more than a twofold difference (38). Others have found no such association (39).

Direct epidemiologic evidence linking chlorinated organics to breast cancer ranges from suggestive geographic and cross sectional mortality analyses to case–control studies. A recent analysis of chemical plant workers found more than a twofold increase in breast cancer in female workers exposed to dioxin contamination (40). Elevated breast cancer rates were detected in an analysis of women exposed to extensive environmental contamination with PCBs in Japan (41). In contrast other studies have been negative (42,43).

Geographic and other large-scale analyses have suggested a link between breast cancer and PAH or chlorinated organic compounds but have not involved direct measures of exposure (16). Significantly elevated rates of breast cancer have been detected in one area of Minnesota where water was contaminated with PAH (44,45). Women who work in the chemical industry (46) or who live near hazardous waste sites are also reported to have high rates of breast cancer (47). Another study reported a temporal association between decrease in population exposure to chlorinated organics and a reduction in breast cancer mortality rates (16).

As Table 3 reveals, most of the negative analytic studies have involved fewer than 10 cases and have had only about a 3% chance of detecting a twofold difference in risk (48). Several more recent studies have provided evidence that chlorinated organics are linked to breast cancer. In one study, the breast fat of women with cancer at biopsy had about 40% more of some chlorinated pesticides such as metabolites of DDT and elevated levels of PCB (49). About 50% more hexachlorocyclohexane (50) was detected in pooled blood from breast cancer cases compared to a pooled reference group, controlling for age and parity.

Further resolution of the role of chlorinated organics comes from a well-designed study that matched on several factors and adjusted for a number of confounders. This recent nested case–control study of prospectively gathered cases was drawn from a cohort of 14,000 women. Women at the 90th percentile of DDE in serum had a fourfold greater risk of breast cancer compared to those at the 10th percentile (51). PCB levels also differed, but this difference was not statistically significant. Two other case–control studies are germane involving ovarian cancer, which is also hormonally mediated. A hospital-based case–control study in Italy detected significant link between herbicides and ovarian cancer but could not pinpoint specific exposures (52). A population-based case–control study which provides better characterization of exposure and control

for relevant reproductive risk factors notes that women exposed to chlorinated organic triazine herbicides through farmwork for 10 or more years have a relative risk of 2.7 for ovarian cancer (53).

## Hypothesis

A variety of experimental and human evidence indicates that the greater the total lifetime exposure to bioavailable estrogen, the greater the risk for breast cancer. In light of the pivotal role of estrogen, we hypothesize that exposure to some xenoestrogens elevates endogenous hormone levels, especially 16α-OHE1, which stimulate breast cell proliferation and thereby induce or promote breast cancer. Xenobiotic compounds could alter bioactive estrogen or progesterone in breast cancer cases or otherwise induce mammary carcinogenesis through the P450 enzymes. Those with genetic susceptibility to breast cancer might be exquisitely sensitive to the proliferative effects of xenoestrogenic substances in the environment.

Xenoestrogenic compounds may work through several estrogen-related mechanisms or through other mechanisms unrelated to estrogen (Fig. 1). Environmental chemicals may be directly estrogenic, as is $o,p'$-DDT. Or they may alter estradiol metabolism, or otherwise enhance the production of 16α-OHE1 (pathway II) or reduce the production of 2-OHE1 (pathway I), as occurs with some drugs such as cimetidine. In addition, potentiating factors such as alcohol and fat may affect estrogen hydroxylation. Other breast carcinogens appear to operate completely outside of estrogen pathways as direct carcinogens. For example, fluoroscopic radiation induces mammary carcinoma experimentally and in humans, probably by direct stimulation of proliferating ductal cells or direct mutation of stem cells.

Whatever the pathway to breast cancer, genetic factors are ultimately involved in the expression of this highly heterogenous disease. Younger women are more affected by inherited genetic factors, as hereditary breast cancer accounts for 36% of breast cancer cases ages 20–29, but only 1% of cases over age 80 (54). In some families with the rare, autosomal dominant Li-Fraumeni syndrome (55), a high breast cancer risk is due to the inheritance of a specific cancer-predisposing mutation on chromosome 17q21 (56,57). Results of a recent population study suggest that more than 6.5 women per 1000 with breast cancer are carriers of another inherited breast cancer-predisposing mutation in a series of codons on chromosome 17 (54).

As the proportion of inherited breast cancer in the population is small (58), most breast cancers result from acquired mutations, possibly stemming from xenoestrogens or from environmental carcinogens that affect pathways other than estrogen. This hypothesis suggests that it is important to study genetic–environmental interactions to identify environmental factors that influence gene expression in the great majority of acquired mutations.

Two lines of evidence are pinpointing the location of cancer-predisposing genes on chromosome 17 in both inherited and somatic mutations for breast cancer: gene linkage studies in families with multiple affected members and allelic composition studies comparing tumors with normal tissues for loss of heterozygosity (Fig. 1). Two genes have recently been implicated in the development of hereditary breast cancer, the tumor-suppressor gene p53 (56–60), which maps to chromosome 17p13.1, and the breast-cancer-suppressor gene BRCA1 (61), which was originally identified by linkage to the anonymous DNA marker D17S74 at 17q21 (62) and appears to be involved in the largest proportion of inherited breast cancer. For noninherited breast cancer, the role of xenoestrogenic or xenobiotic exposures for oncogene activation or gene suppression needs to be carefully evaluated.

## Discussion

How can we explain the fact that the generation of women who had their children earlier in life and had more of them now have higher rates of breast cancer? Obviously, known risk factors do not completely account for breast cancer patterns in industrialized countries (4). The great preponderance of these factors, such as early age of menses, late age of menopause, reproductive history, and caloric intake relative to body weight, can be linked to total lifetime exposure to bioavailable estrogen. We need to identify xenobiotic factors that directly or indirectly increase estrogen exposure. A number of studies are suggested by this theory. Investigations of populations with differing rates of disease and xenoestrogen exposures will permit us to test this hypothesis, as will analyses of archived materials from varied populations. A major series of case–control studies in countries with differing breast cancer rates and chemical exposures should further assess the role of xenoestrogenic materials by assaying markers of exposure to suspect xenoestrogens and early markers of biologic effect. Special attention needs to be paid to the mechanisms by which environmental exposures, including xenoestrogens, might activate oncogenes or suppress other genes, teasing out the interaction between genetic susceptibility and environmental factors. In addition, laboratory studies in human cell culture and *in vivo* systems of suspect xenoestrogenic materials should be expanded to screen chemicals for estrogenicity and to identify mechanisms by which these substances could affect estrogen metabolism or otherwise promote the development of breast cancer. Preliminary *in vitro* work has found that several pesticides enhance the production of the genotoxic pathway II, 16α-OHE1, and reduce the yield of the nongenotoxic pathway I, 2-OHE1.

The xenoestrogenic hypothesis offers a possible resolution to several anomalies in breast cancer research, including some inconsistent results about dietary fat and breast cancer. Fat per se may be less important than xenoestrogenic contaminants in fat at different stages in women's lives. As to the postmenopausal period, one recent study found that 4 years after treatment,



Figure 1. Hypothesized pathways to breast cancer. OHE1, hydroxyestrone; LOH, loss of heterozygosity.

breast cancer recurred in postmenopausal women with positive estrogen-responsive receptors who ate diets high in fat, total fat intake, and saturated and polyunsaturated fats, as assessed at time of diagnosis (63). We need to determine whether bioaccumulated lipophilic, xenoestrogenic substances, such as PAHs and chlorinated organics, are elevated in these women, as well as whether saturated animal fats bioconcentrate higher levels of such compounds than do polyunsaturated vegetable fats.

This hypothesis also may account for one of the discrepancies in cancer that was first noted by the distinguished Danish researcher Clemmensen. Commonly referred to as Clemmensen's hook, the discrepancy occurs in the relationship between age and breast cancer incidence for several countries. Incidence of breast cancer rises monotonically with age up to about age 45, after which the rate of increase forms a hook and levels off or declines for about 10 years and then resumes an increasing, but more modest slope (64). The ages of this plateau correspond to the period of perimenopause, when the ovaries begin to produce less estrogen and progestin. It is tempting to speculate that the renewed surge in breast cancer after menopause, especially in obese women, might be linked with xenoestrogens and with the production of endogenous estrogens, which would be greatest in those with proportionally more body fat.

A recent series of studies on the possible link of environmental hormones with male reproductive disorders bears mention (65). Reported disorders of the male reproductive tract, including reduced sperm counts and testicular cancer, have increased over the past several decades (66). Could prenatal exposures to xenoestrogens be involved? Evidence from a number of fields points to the profound importance of endogenous and xenobiotic materials for the production of estrogen and other hormones. Future research will need to span disciplines to discern the extent to which human activities affect hormones throughout our lives.

With respect to breast cancer, most of the confirmed risk factors, which relate to reproductive behavior and dietary factors, are not easily changed by social policy. Many of the proposed interventions to reduce breast cancer involve the lifelong use of pharmaceutical agents or the advocacy of radical changes in diet, lifestyle, or even reproductive behavior. As to the latter point, a generation of women that has struggled long for reproductive freedom is unlikely to embrace suggestions that constrain reproductive choices. Research to pinpoint preventable causes of breast cancer is critically needed. If xenoestrogens do play a role in breast cancer, reductions in exposure will provide an opportunity for primary prevention of this growing disease.

## References

1. Breast Cancer Prevention Collaborative Research Group. Breast cancer: environmental factors. Lancet 340:904(1992).
2. Henderson BE, Ross RK, Pike MC. Hormonal chemoprevention of cancer in women. Science 259:633–638(1993).
3. Feuer EJ, Wun L-M. How much of the recent rise in breast cancer can be explained by increases in mammography utilization? A dynamic population model approach. Am J Epidemiol 136:1423–1436(1992).
4. Hahn RA, Moolgavkar S. Nulliparity, decade of first birth, and breast cancer in Connecticut cohorts, 1855–1945: an ecological study. Am J Public Health 79(11):1503–1507(1989).
5. Hoel DG, Davis DL, Miller AB, Sondik EJ, Swerdlow AJ. Trends in cancer mortality in 15 industrialized countries, 1969–1986. J Natl Cancer Inst 84:313–320(1992).
6. Kohlmeier L, Rehm J, Hoffmeister H. Lifestyle and trends in worldwide breast cancer rates. Ann NY Acad Sci 609:259–268(1990).
7. Henderson BE, Ross RK, Pike MC. Toward the primary prevention of cancer. Science 254:1131–1138(1991).
8. Key TJ, Pike MC. The role of estrogens and progestagens in the epidemiology and prevention of breast cancer. Eur J Cancer Clin Oncol 24(1):29–43(1988).
9. Colborn T, Clement C, eds. Chemically induced alterations in sexual and functional development: the wildlife/human connection. Advances in modern environmental toxicology, vol 21. Princeton, NJ:Princeton Scientific Publishing, 1992.
10. Welsch CW. Host factors affecting the growth of carcinogen-induced rat mammary carcinomas: a review and tribute to Charles Brenton Huggins. Cancer Res 45:3415–3443(1985).
11. Bradley CJ, Kledzik GS, Meites J. Prolactin and estrogen dependency of rat mammary cancers in early and late stages of development. Cancer Res 36:319–324(1976).
12. Telang NT, Suto A, Wong GY, Osborne MP, Bradlow HL. Induction by estrogen metabolite 16a-hydroxyestrone of genotoxic damage and aberrant proliferation in mouse mammary epithelial cells. J Natl Cancer Inst 84:634–638 (1992).
13. Bradlow HL, Michnovicz JJ, Telang NT, Osborne MP, Goldin BR. Diet, oncogenes and tumor viruses as modulators of estrogen metabolism in vivo and in vitro. Cancer Prev Detect S16:35–42(1991).
14. Bradlow HL, Michnovicz JJ, Telang NT, Osborne MP. Effect of dietary indole-3-carbinol on estradiol metabolism and spontaneous mammary tumors in mice. Carcinogenesis 12(9):1571–1574(1991).
15. Kreek MJ, Lahita R, Schaefer RA, Bradlow HL. Effects of acute and chronic liver disease on biological oxidation of estrogen metabolism in humans, in press.
16. Westin JB, Richter E. The Israeli breast cancer anomaly. Ann NY Acad Sci 609:269–279 (1990).
17. Fishman J, Bradlow HL. Effect of malnutrition on the metabolism of sex hormones in man. Clin Pharmacol Ther 22:721–728(1977).
18. Soto AM, Sonnenschein C. The role of estrogen in the proliferation of human breast tumor cells (MCF-7). J Steroid Biochem 23:87–94 (1985).
19. Soto AM, Lin TM, Justicia H, Silvia RM, Sonnenschein C. An "in culture" bioassay to access the estrogenicity of xenobiotics (E-screen). In: Chemically induced alterations in sexual and functional development: the wildlife/human connection (Colborn T, Clement C, eds). Advances in modern environmental Toxicology, vol 21. Princeton, NJ:Princeton Scientific Publishing, 1992:295–309.
20. McLachlan JA, Newbold RR, Teng CT, Korach KS. Environmental estrogens: orphan receptors and genetic imprinting. In: Chemically-induced alterations in sexual and functional development: the wildlife/human connection (Colborn T, Clement C, eds). Advances in modern environmental toxicology, vol. 21. Princeton, NJ:Princeton Scientific Publishing, 1992,107–112.
21. Spicer DV, Pike MC, Henderson BE. Ovarian cancer and long-term tamoxifen in premenopausal women. Lancet 337:1414(1991).
22. Galbraith RA, Michnovicz JJ. The effects of cimetidine on the oxidative metabolism of estradiol. N Engl J Med 321:269–274(1989).
23. Porter WP, Hinsdill R, Fairbrother A, Olson LJ, Jaeger J, Yuill T, Bisgaard S, Hunter WG, Nolan K. Toxicant-disease environment interactions associated with suppression of immune system, growth, and reproduction. Science 224:1014–1017(1984).
24. Welsch C. Rodent models to examine in vivo hormonal regulation of mammary gland tumorigenesis. In: Cellular and molecular biology of mammary cancer. New York: Plenum Press, 1987;163–179.
25. Bartley J, Bartholomew JC, Stampfer MR. Metabolism of benzo(a)pyrene by human epithelial and fibroblastic cells: metabolite patterns and DNA adduct formation. J Cell Biochem 18(2):135–148(1982).
26. Ranadive KJ, Karande KA. Studies on 1,2:5,6-dibenzanthracene induced mammary carcinogenesis in mice. Br J Cancer 17:272(1963).
27. Huggins CB. Hydrocarbon-induced mammary carcinoma. In: Experimental leukemia and mammary cancer. Chicago:University of Chicago Press, 1979:78.
28. Huggins CB. Induction of mammary cancer in rats. In: Experimental leukemia and mammary cancer. Chicago:University of Chicago Press, 1979;73.
29. Morris JJ, Seifter E. The role of aromatic hydrocarbons in the genesis of breast cancer. Med Hypotheses 177–184(1992).
30. Mayhew DA, Taylor GD, Smith SH, Banas DA. Twenty-four month combined chronic oral toxicity and oncogenicity study in rats utilizing atrazine technical: conducted by American Biogenics Corporation for Ciba-Geigy Corporation; study no. 410–1102, accession no. 262714–262727. Washington, DC:U.S. Environmental Protection Agency, 1986.
31. Khan SU, Foster TS. Residues of atrazine (2-chloro-4-ethylamino-6isopropylamino-s-triazine) and its metabolites in chicken tissues. J Agric Food Chem 24:768–771(1976).
32. Pinter A, Torok G, Borzsonyi M, Surjan A, Calk M, Kelecsenvi Z, Kocsis Z. Long-term carcinogenicity bioassay of the herbicide atrazine in F344 rats. Neoplasma 37(5):533–544(1990).
33. Ekbom A, Trichopoulos D, Adami HO, Hsieh CC, Lan SJ. Evidence of prenatal influences on

breast cancer risk. Lancet 340:1015–1018 (1992).

34. Hsieh C-C, Lan S-J, Ekbom A, Petridou E, Adami H-O, Trichopoulos D. Twin membership and breast cancer risk. Am J Epidemiol 136:1321–1326(1992).

35. Trichopoulos D, Brown J, MacMahon B. Urine estrogens and breast cancer risk factors among post-menopausal women. Int J Cancer 40(6):721–725(1987).

36. Harris JR, Lippman ME, Veronesi U, Willett W. Breast cancer (first of three parts). N Engl J Med 327;5:319–328(1992).

37. Willett WC. Nutritional epidemiology. New York:Oxford University Press,1989.

38. Howe GR, Hirohata T, Hislop TG, Iscovich JM, Yuan JM, Katsouyanni K, Lubin F, Marubini E, Modan B, Rohan U. Dietary factors and risk of breast cancer: combined analysis of 12 case-control studies. J Natl Cancer Inst 82(7):561–569(1990).

39. Willett WC, Stampfer MJ, Colditz GA, Rosner BA, Hennekens CH, Speizer FE. Dietary fat and the risk of breast cancer. N Engl J Med 316:22–28(1987).

40. Manz A, Berger J, Dwyer JH, Flesch-Janys D, Nagel S, Waltsgott H. Cancer mortality among workers in a chemical plant contaminated with dioxin. Lancet 338:959–964(1991).

41. Kuratsune M, Ikeda M, Nakamura Y, Hirohata T. A cohort study on mortality of "Yusho" patients: a preliminary report. Int Symp Princess Takamatsu Cancer Res Fund 18:61–66(1987).

42. Nicholson WJ, Seidman H, Selikoff IJ. Mortality experience of workers exposed to polychlorinated biphenyls during manufacture of electrical capacitors. Report to the industrial disease standards panel. Ontario:Ontario Ministry of Labor, 1987.

43. Bertazzi PA, Zocchetti C, Pesatori AC, Guercilena S, Sanarico M, Radice L. Ten-year mortality study of the population involved in the Seveso incident in 1976. Am J Epidemiol 129:1187–1200(1989).

44. Dusich K, Sigurson E, Hall WN, Dean AG. Cancer rates in a community exposed to low levels of creosote components in municipal water. Minn Med 63(11):803–806(1980).

45. Dean AG, Imrey HH, Dusich K, Hall WN. Adjusting morbidity ratios in two communities using risk factor prevalence in cases. Am J Epidemiol 127:654–662(1988).

46. Hall NE, Rosenman KD. Cancer by industry: analysis of a populationbased cancer registry with an emphasis on blue collar workers. Am J Ind Med 19(2):145–159(1991).

47. Griffith J, Duncan R, Riggan WB, Pellom AC. Cancer mortality in U.S. counties with hazardous waste sites and groundwater pollution. Arch Environ Health 44:69–74(1989).

48. Unger M, Kiaer H, Blichert-Toft M, Olsen J, Clausen J. Organochlorine compounds in human breast fat from deceased with and without breast cancer and in a biopsy material from newly diagnosed patients undergoing breast surgery. Environ Res 34:24–28(1984).

49. Falck F Jr, Ricci A Jr, Wolff MS, Godbold J, Deckers P. Pesticides and polychlorinated biphenyl residues in human breast lipids and their relation to breast cancer. Arch Environ Health 47:143–146(1992).

50. Mussalo-Rauhamaa H, Hasanen E, Pyysalo H, Antervo K, Kauppila R, Pantzar P. Occurrence of beta-hexachlorocyclohexane in breast cancer patients. Cancer 66:2124–2128(1990).

51. Wolff MS, Paolo G, Toniolo P, Lee Eric W, Rivera M, Dubin N. Blood levels of organochlorine residues and risk of breast cancer. J Natl Cancer Inst 85:648–652(1993).

52. Donna A, Betta PG, Robutti F, Crosignani P, Berrino F, Bellingeri D. Ovarian mesothelial tumors and herbicides: a case-control study. Carcinogenesis 5(7):941–942(1984).

53. Donna A, Crosignani P, Robutti F, Betta PG, Bocca R, Mariani N, Ferrario F, Fissi R, Berrino F. Triazine herbicides and ovarian epithelial neoplasms. Scand J Work Environ Health 15:47–53(1989).

54. Claus EB, Risch N, Thompson WD. Genetic analysis of breast cancer in the cancer and steroid hormone study. Am J Hum Genet 48:232–242(1991).

55. Li FP, Fraumeni JF Jr. Soft tissue sarcomas, breast cancer, and other neoplasms: a familial syndrome? Ann Intern Med 71(4):747–751 (1969).

56. Narod SA, Feunteun J, Lynch HT, Watson P, Conway T, Lynch J, Lenoir GM. Familial breast-ovarian cancer locus on chromosome 17q21-q23. Lancet 338:82–83(1991).

57. Srivastava S, Zou Z, Pirollo K, Blattner W, Chang EH. Germ-line transmission of a mutated p53 gene in a cancer-prone family with Li-Fraumeni syndrome. Nature 348:747–749(1990).

58. King MC. Breast cancer genes: how many, where and who are they? Nature Genet 2:89–90(1992).

59. Law JC, Strong LC, Chidambaram A, Farrell RE. A germ-line mutation in exon 5 of the pS3 gene in an extended cancer family. Cancer Res 51:6385–6387(1991).

60. Ponder B. Cancer. Gene losses in human tumours. Nature 335:400–401(1988).

61. Smith SA, Easton DF, Evans DGR, Ponder BAJ. Allele losses in the region 17q21-21 in familial breast and ovarian cancer involve the wild-type chromosome. Nature Genet 2:128–131(1992).

62. Hall JM, Lee MK, Newman B et al. Linkage of early-onset familial breast cancer to chromosome 17q21. Science 250:1684–1689(1990).

63. Holm L-E, Nordevang E, Hjalmar M-L, Lidbrink E, Callmer E, Nilsson B. Treatment failure and dietary habits in women with breast cancer. J Natl Cancer Inst 85:32–36(1993).

64. Clemmesen J. Carninoma of the breast: Results from statistical research. Br J Radiol 21:583–590(1948).

65. Sharpe, RM, Skakkeback, NE. Are estrogens involved in falling sperm counts and disorders of the male reproductive tract? Lancet 341:1392–1395(1993).

66. Giwereman A, Skakkeback, NE. The human testis—an organ at risk? Int J Androl 15:373–375(1992).

67. Johnson DC, Sen M, Dey SK. Differential effects of dichlorodiphenyltrichloroethane analogs, chlordecone, and 2,3,7,8-tetrachlorodibenzo-p-dioxin on establishment of pregnancy in hypophysectomized rat. Proc Soc Exp Biol Med 199:42–48(1992).

68. Nelson JA. Effects of dichlorodiphenyltrichloroethane (DDT) analogs and polychlorinated biphenyl (PCB) mixture on 17beta-(3H)estradiol binding to rat uterine receptor. Biochem Pharmacol 23(2): 447–451(1974).

69. Welch RM, Levin W, Conney AH. Estrogenic action of DDT and its analogs. Toxicol Appl Pharmacol 14(2):358–67(1969).

70. Coosen R, Van Velsen FL. Effects of the beta-isomer of hexachlorocyclohexane on estrogen-sensitive human mammary tumor cells. Toxicol Appl Pharmacol 101(2):310–318(1989).

71. Korach KS, Sarver P, Chae K, McLachlan JA, McKinney JD. Estrogen receptor binding activity of polychlorinated hydroxybiphenyls: conformationally restricted structural probes. Mol Pharmacol 33:120–126(1988).

72. Ghinea EL, Dumitriu L, Stefanovici G, Pop A, Damian A, Handoca A, Stancia R. Protein content and thyroid hormone release in vitro by differentiated thyroid cancer cells in the presence of estradiol, dehydroepiandrosterone, polypeptidic hormones and pesticides. Endocrinology 26:165–171(1988).

73. Scribner JD, Mottet NK. DDT acceleration of mammary gland tumors induced in the male Sprague-Dawley rat by 2-acetamidophenanthrene. Carcinogenesis 2(12):1235–1239(1981).

74. Maltoni C, Ciliberti A, Cotti G, Conti B, Belpoggi F. Benzene, an experimental multipotential carcinogen: results of the long-term bioassays performed at the Bologna Institute of Oncology. Environ Health Perspect 82.109–124(1989).

75. Huggins C, Yang NC. Induction and extinction of mammary cancer. Science 137: 257 (1962).

76. Snell KC. Steard HL. Pulmonary adenomatosis induced in DBA.2 mice by oral administration of dibenz(a,h)-anthracene. J Natl Cancer Inst 28:1043(1962).

77. Albert L, Hernandez-Roman P, Reyes R, Nava E. Chlorinated hydrocarbon residues concentrations in neoplastic human breast tissue, non-malignant breast tumor tissue and adjacent adipose tissues. International Congress of Pesticides 5, Chemistry, Kyoto, Japan, 1982. IUPAC VII-34. Washington, DC: International Union for Pure and Applied Chemistry, 1982.

78. Wasserman M, Nogueira DP, Tomatis L, Mirra AP, Shibata H, Arie G, Cucos S, Wasserman D. Organochlorine compounds in neoplastic and adjacent apparently normal breast tissue. Bull Environ Contam Toxicol 15:478–84(1976).



**If all your children deserved to go to college, but you could only send one, how would you choose?**

The United Negro College Fund believes you shouldn't have to choose. As the most experienced source in providing general operating support for black colleges, we've enabled thousands of deserving students to get a quality education.

But so many still need your help. How can we possibly say yes to one and no to another? Send your donation to UNCF 500 E. 62nd St., New York, NY 10021.

**UNITED NEGRO COLLEGE FUND
A Mind Is A Terrible Thing To Waste.**

