**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**FRED BECK, Individually and on behalf of
the Estate of EASTER BECK, Deceased; et al.,**        **PLAINTIFFS,**

**VS.**        **CIVIL ACTION NO. 3:03CV60-P-D**

**KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;
et al.,**        **DEFENDANTS.**

**CONSOLIDATED WITH**

**HOPE ELLIS, et al.,**        **PLAINTIFFS,**

**VS.**        **CIVIL ACTION NO. 3:04CV160-P-D**

**KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;
et al.,**        **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendants Koppers, Inc. and Beazer East, Inc.'s Motion to Strike Affidavit by Devraj Sharma [357-1]. Upon due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

The motion is well-taken and should be granted only with respect to paragraph 18 of the subject affidavit.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants Koppers, Inc. and Beazer East, Inc.'s Motion to Strike Affidavit by Devraj Sharma [357-1] is hereby **GRANTED** such that paragraph 18 of the Affidavit of Devraj Sharma, Ph.D. is **STRICKEN**.

**SO ORDERED** this the 13th day of September, A.D., 2005.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE