## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

FRED BECK; ET AL.,                                                     PLAINTIFFS,

VS.                                          CIVIL ACTION NO. 3:03CV60-P-D

KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;
ET AL.,                                                                DEFENDANTS.

## CONSOLIDATED WITH

HOPE ELLIS, ET AL.,                                                    PLAINTIFFS,

VS.                                          CIVIL ACTION NO. 3:04CV160-P-D

KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;
ET AL.,                                                                DEFENDANTS.

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that Defendants' Motion to Exclude Expert Testimony of James G. Dahlgren,

M.D. [464-1], Motion to Exclude Expert Testimony of Dr. William R. Sawyer [474-1], and

Motion to Exclude Expert Testimony of Michael A. Wolfson, M.D. [477-1] are **GRANTED IN**

**PART AND DENIED IN PART** as explained in the Opinion.

    **SO ORDERED** this the 2d day of February, A.D., 2006.


                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE