IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FRED BECK; ET AL.,**                                                    **PLAINTIFFS,**

**VS.**                                        **CIVIL ACTION NO. 3:03CV60-P-D**

**KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;**
**ET AL.,**                                                        **DEFENDANTS.**

**CONSOLIDATED WITH**

**HOPE ELLIS, ET AL.,**                                        **PLAINTIFFS,**

**VS.**                                        **CIVIL ACTION NO. 3:04CV160-P-D**

**KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;**
**ET AL.,**                          **DEFENDANTS.**

## **ORDER**

This matter comes before the court upon Plaintiff's Motion in Limine to Exclude Evidence of Koppers Employee Studies [453-1]. Upon due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The court concludes that evidence of the industrial hygiene studies performed **only** at the Grenada plant are relevant and admissible in the instant case.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion in Limine to Exclude Evidence of Koppers Employee Studies [453-1] is **DENIED** insofar as it seeks to exclude all of the subject industrial hygiene studies.

**SO ORDERED** this the 2nd day of February, A.D., 2006.

                                                                /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE