**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **FRED BECK; ET AL.,** | **PLAINTIFFS,** |
| **VS.** | **CIVIL ACTION NO. 3:03CV60-P-D** |
| **KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.; ET AL.,** | **DEFENDANTS.** |

**CONSOLIDATED WITH**

| | |
|---|---|
| **HOPE ELLIS, ET AL.,** | **PLAINTIFFS,** |
| **VS.** | **CIVIL ACTION NO. 3:04CV160-P-D** |
| **KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.; ET AL.,** | **DEFENDANTS.** |

## ORDER

This matter comes before the court upon Plaintiff's Motion to Exclude Testimony of Walter Shields as to PAHs [489-1]. Upon due consideration of the motion and the response filed thereto, the court finds that the motion is not well-taken and should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion to Exclude Testimony of Walter Shields as to PAHs [489-1] is **DENIED**.

**SO ORDERED** this the 2nd day of February, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE