**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

KENESHA BARNES, ON BEHALF
OF THE ESTATE OF SHERRIE
BARNES,                                                                                    PLAINTIFF,

VS.                                                                    CIVIL ACTION NO. 3:03CV60-P-D

KOPPERS, INC., F/K/A KOPPERS
INDUSTRIES, INC.; BEAZER EAST, INC;
ILLINOIS CENTRAL RAILROAD
COMPANY,                                                                             DEFENDANTS.

**ORDER**

This matter comes before the court upon Defendants' motion in limine to bar untimely expert opinions [908-1]. Upon due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

In her response, the plaintiff conceded the defendants' motion. On the merits of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1)  Defendants' motion in limine to bar untimely expert opinions [908-1] is **GRANTED**; accordingly,

(2) The plaintiff may not admit evidence of the new opinions of Dr. Sawyer regarding Sherrie Barnes offered in the *Hill* case, nor may the plaintiff admit evidence of any other expert opinions based on those new opinions.

**SO ORDERED** this the 11th day of April, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE