**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

KENESHA BARNES, ON BEHALF
OF THE ESTATE OF SHERRIE
BARNES,                                                                                          PLAINTIFF,

VS.                                                           CIVIL ACTION NO. 3:03CV60-P-D

KOPPERS, INC., F/K/A KOPPERS
INDUSTRIES, INC.; BEAZER EAST, INC;
ILLINOIS CENTRAL RAILROAD
COMPANY,                                                                                    DEFENDANTS.

## ORDER

This matter comes before the court upon Plaintiff's motion for clarification and reconsideration of Order entered March 17, 2006 [917-1]. Upon due consideration of the motion, the court finds that same should be denied. With regard to clarification, the March 17, 2006 Order clearly addresses the plaintiff's questions posed in her motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's motion for clarification and reconsideration of Order entered March 17, 2006 [917-1] is **DENIED**.

**SO ORDERED** this the 11th day of April, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE