IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FRED BECK, ET AL., (Alice Hill on
Behalf of the Estate of David Hill),                                                      PLAINTIFFS,

VS.                                        CIVIL ACTION NO. 3:03CV060-P-D

KOPPERS INDUSTRIES, ET AL.,                                             DEFENDANTS.

## ORDER

This matter comes before the court upon Plaintiff Alice Hill on behalf of the estate of David Hill's Objection to the Magistrate Judge's July 13, 2009 Minute Entry [1242]. After due consideration of the objection and the responses filed thereto, the court finds as follows, to-wit:

Concluding that the subject ruling by the Magistrate Judge was neither clearly erroneous nor contrary to law, the court concludes that the instant objection should be overruled.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff Alice Hill on behalf of the estate of David Hill's Objection to the Magistrate Judge's July 13, 2009 Minute Entry [1242] is **OVERRULED**; therefore,

(2) Defendant's shall have ten business days from the date of this order to procure the subject samples from the plaintiff's residence at 183 Carver Circle.

**SO ORDERED** this the 22nd day of September, A.D., 2009.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE