**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ALICE HILL on behalf of the estate of
DAVID HILL, Deceased, ET AL.,**                            **PLAINTIFFS,**

**VS.**                       **CIVIL ACTION NO. 3:03CV060-P-D**

**ILLINOIS CENTRAL RAILROAD
COMPANY, ET AL.,**                          **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Illinois Central Railroad Company's motion for summary judgment [1254] on the claims of Alice Hill on behalf of David Hill is **GRANTED**; accordingly,

(2) Pursuant to Federal Rule of Civil Procedure 54(b), since there is no just reason for delay, the claims of Alice Hill on behalf of David Hill against Illinois Central are hereby **DISMISSED WITH PREJUDICE**; and

(3) The parties are instructed to show cause within 30 days of entry of this Final Judgment why this ruling should not apply to the other plaintiffs in this action and the related actions.

**SO ORDERED** this the 20th day of October, A.D., 2009.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE