**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **ALICE HILL, ET AL.,** | **PLAINTIFFS,** |
| **VS.** | **CIVIL ACTION NO. 3:03CV60-P-D** |
| **KOPPERS INDUSTRIES, ET AL.,** | **DEFENDANTS.** |

## ORDER

This matter comes before the court upon Defendants Koppers, Inc. and Beazer East, Inc.'s Motion for Leave to Exceed Page Limits [1304] regarding their *Daubert* motions. After due consideration of the motion, the court finds that it should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants Koppers, Inc. and Beazer East, Inc.'s Motion for Leave to Exceed Page Limits [1304] is **DENIED**.

**SO ORDERED** this the 22nd day of October, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE