# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ALICE HILL, ET AL.,**                                          **PLAINTIFFS,**

**VS.**                                  **CIVIL ACTION NO. 3:03CV60-P-D**

**KOPPERS INDUSTRIES, ET AL.,**                              **DEFENDANTS.**

## ORDER

These matters come before the court upon the plaintiff's two motions to reconsider [1301 and 1303] this court's September 30, 2009 Order granting the defendants' motion to strike certain opinion testimony of Drs. Rosenfeld, Dahlgren, and Sawyer. After due consideration of the motions to reconsider, the court finds as follows, to-wit:

Because the plaintiff has not shown a clear manifest error of law, the court concludes that the motions to reconsider should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's two motions to reconsider [1301 and 1303] are **DENIED**.

**SO ORDERED** this the 24th day of November, A.D., 2009.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE