IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **FRED BECK, ET AL.** | **PLAINTIFFS** |
| vs. | **CIVIL ACTION NO. 3:03cv60-P-D** |
| **KOPPERS INDUSTRIES, INC., ET AL.** | **DEFENDANTS** |

## ORDER

This cause is before the court on the motion [1380] of defendants to alter or amend this court's January 20, 2010 judgment dismissing the claims of plaintiff Alice Hill, on behalf of the Estate of David Hill. Defendants request, pursuant to Federal Rule of Civil Procedure 54(b), that the court direct entry of final judgment as to all claims of Alice Hill, on behalf of the Estate of David Hill; state expressly that there is no just reason for delaying appellate review; and dismiss all the claims with prejudice. Plaintiffs do not oppose the motion, and the court finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that:

(1) The defendants' motion to alter or amend [1380] the January 20, 2010 judgment on the claims of plaintiff Alice Hill, on behalf of the Estate of David Hill, is **GRANTED**; accordingly,

(2) The judgment will be amended, and the court will direct entry of final judgment as to all claims of Alice Hill, on behalf of the Estate of David Hill; state expressly that there is no just reason for delaying appellate review; and dismiss all the claims with prejudice. An amended judgement will be entered forthwith.

SO ORDERED, this the 23rd day of March, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE